# EXHIBIT 1

(Filed Under Seal)

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK


CASE NO. 15-CV-07433-RWS


-----------------------------------------x

VIRGINIA L. GIUFFRE,


                          Plaintiff,

v.

GHISLAINE MAXWELL,

                          Defendant.


-----------------------------------------x


                          June 1, 2016
                          9:12 a.m.


        C O N F I D E N T I A L

    Deposition of JOHN ALESSI, pursuant
    to notice, taken by Plaintiff, at the
    offices of Boies Schiller & Flexner, 401
    Las Olas Boulevard, Fort Lauderdale, Florida,
    before Kelli Ann Willis, a Registered
    Professional Reporter, Certified Realtime
    Reporter and Notary Public within and
    for the State of Florida.



                                                    Page 9
1                        JOHN ALESSI
2        Q.   You're ready to start, correct?
3        A.   Yes.
4        Q.   Can you tell us your current address?
5        A.   ███████████████████████   Boynton Beach,
6   Florida 33472.
7        Q.   And your date of birth?
8        A.   ████████████████████ .
9        Q.   And was there a time when you worked for a
10  man named Jeffrey Epstein?
11       A.   Yes.
12       Q.   And can you tell us when you began working
13  for Mr. Epstein?
14       A.   I began working for Mr. Epstein part-time.
15  I cannot exactly tell you the date, but it was
16  1990/'91, probably.  I worked a total of 13 years
17  for him.
18       Q.   Okay.  So you began in 1990 part-time,
19  correct?
20       A.   Right.
21       Q.   And you stopped working for him when?
22       A.   I stopped working for him on
23  December 31st, 2001.  I was out -- yes, 2001.
24       Q.   Okay.
25       A.   The end of 2001.  I left the last day of



Page 10

1                    JOHN ALESSI

2    the year.

3         Q.    Okay.  I know that it's been a long time.

4         A.    It's been a long time.

5         Q.    I know.  So I'm going to ask that you

6    refer to the statement that you provided to the

7    police November 21st, 2005, and please go to page 5.

8    I just want you to start reading at line 2 and 3,

9    and tell me if that refreshes your recollection as

10   to your time or duration of employment.

11        A.    You're right.  It was 2002, then.  2002.

12        Q.    So sometime in 1990, you were a part-time

13   employee?

14        A.    Uh-huh.

15        Q.    And you worked until December 31st, 2002;

16   is that right?

17        A.    Yes.

18        Q.    Okay.  And is it also correct that you

19   began full-time employment with Mr. Epstein on

20   January 1st, 1991, as stated in that report?

21        A.    Yes.

22        Q.    Prior to 1990, who did you work for?

23        A.    Prior to 1990, I had a company, a

24   maintenance company, myself, my own company, Alessi

25   Maintenance.  And before that, I worked for another



 1                    JOHN ALESSI
 2   family, the Radi family in Palm Beach.
 3        Q.   Did you ever work for a man named Les
 4   Wexner?
 5        A.   I did some work for him in his mother's
 6   house.
 7        Q.   Where was that?
 8        A.   Palm Beach.  What year?  Before -- before
 9   I came to work for Jeffrey.
10        Q.   Is that who recommended that you work for
11   Jeffrey Epstein?
12        A.   I guess so.
13        Q.   Okay.  When you started with Jeffrey
14   Epstein, what were your job duties?
15        A.   I was doing maintenance.  I was doing
16   building and rebuilding and maintenance work
17   basically.  Because he just bought the house at that
18   time.  And because of Mr. Wechsler knowing me, they
19   recommend me to go to the house and take a look at
20   the house.  And we start tearing the house down,
21   basically, at the beginning of my job.
22        Q.   Did you assist in the teardown?
23        A.   Yes.
24        Q.   Okay.  So your job duties then was that of
25   a maintenance?



Page 12
```
 1                    JOHN ALESSI
 2       A.    Maintenance, building.
 3       Q.    Got it.
 4             And did you meet Mr. Epstein when you
 5  were -- in 1990?
 6       A.    Yes, I met him.
 7       Q.    Okay.  And in 1991, who made the decision
 8  for you to become a full-time employee?
 9       A.    Jeffrey.
10       Q.    And as a full-time employee initially,
11  what was your job?
12       A.    I was basically maintenance, the same
13  thing as I was doing with -- I was exclusively
14  working for him.  I was full-time working for him as
15  maintenance, because the house was still on
16  renovation, and he wanted me there.
17       Q.    Okay.  And how was your relationship with
18  Mr. Epstein back then, 1991?
19       A.    Great.  No problem.
20       Q.    It was good?
21       A.    It was good.
22       Q.    Did he have a girlfriend back then, in
23  1991?
24             MR. PAGLIUSCA:  Object to the form and
25             foundation.
```



Page 13

1                    JOHN ALESSI

2              You can answer the question.

3         Occasionally, I'll need to object for the

4         record in case we need to have a discussion

5         about this with the judge.  And so that's just

6         me preserving those objections.

7              THE WITNESS:  Yes, he had a girlfriend.

8         Her name was Dr. Andersson, Eva Andersson.  And

9         she was there just for a few months after I

10        came to the house.

11   BY MR. EDWARDS:

12        Q.   And how was your relationship with

13   Dr. Andersson?

14        A.   Fine.

15        Q.   Okay.  And at the time when Mr. Epstein

16   was -- at the time when Dr. Andersson was Jeffrey

17   Epstein's girlfriend, did you see any other female

18   companions around the house?

19        A.   Eventually -- they have a lot of guests,

20   too.  They did have guests coming in.  But I can't

21   remember exactly who.  It's a socialite.  So they

22   have friends.

23        Q.   At the time when Dr. Andersson was

24   Mr. Epstein's girlfriend, was Mr. Epstein getting

25   massages?



Page 14

1                    JOHN ALESSI

2           MR. PAGLIUSCA:  Object to the form and

3      foundation.

4           THE WITNESS:  I think so.  I was not

5      involved in the house, inside of the house that

6      much.  But they always got massages.  Always.

7  BY MR. EDWARDS:

8      Q.   Okay.  I'm talking about the time period

9  when Dr. Andersson was there.

10     A.   Yes, they got massages.

11     Q.   Okay.  So do you remember other female

12 visitors when Dr. Andersson was Mr. Epstein's

13 girlfriend?

14     A.    I don't remember.  I remember people being

15 there, visitors, but I cannot remember that far.

16     Q.   Okay.  After -- did there come a point in

17 time when Dr. Andersson was no longer Mr. Epstein's

18 girlfriend?

19     A.   Right.

20     Q.   Yes?

21     A.   Yes.

22     Q.   And did he -- did he have a new

23 girlfriend?

24           MR. PAGLIUSCA:  Object to form and

25      foundation.



Page 23

                        JOHN ALESSI

1

2       Q.   All right.

3            Who was in charge of the Palm Beach house?

4       A.   I was.

5       Q.   All right.

6            Who was your direct supervisor?

7       A.   Mr. Epstein.  He would deal with me

8    directly, or if he was not available, Ms. Maxwell.

9       Q.   Okay.  I want you to go to Exhibit 3 and

10   page -- page 179, line 8.

11      A.   Line 8, "QUESTION:  And then Maxwell came

12   and she took over you as your immediate supervisor?

13           Yes.  That's correct.  Yes.  She became

14   the supervisor not only for this house, but for all

15   the homes.

16      Q.   Okay.  So your immediate supervisor was

17   Ms. Maxwell?

18      A.   Ms. Maxwell.  But if Mr. Epstein was at

19   the house, I would never go to Ms. Maxwell; I would

20   go to him directly, or he would come to me.

21      Q.   Okay.  At some point in time towards the

22   end of your tenure, did you come to resent

23   Ms. Maxwell?

24           MR. PAGLIUSCA:  Object to the form and

25           foundation.



Page 28

1                          JOHN ALESSI

2      Q.   And where did the massage therapists --

3   where did they come from?

4      A.   Most, they came from Palm Beach.  Palm

5   Beach County.

6      Q.   And over the course of that 10-year period

7   of time while Ms. Maxwell was at the house, do you

8   have an approximation as to the number of different

9   females -- females that you were told were massage

10  therapists that came to the house?

11            MR. PAGLIUSCA:  Object to form and

12         foundation.

13            THE WITNESS:  I cannot give you a number,

14         but I would say probably over 100 in my stay

15         there.

16  BY MR. EDWARDS:

17      Q.   And many of the times would the females

18  come only one time and not return?

19            MR. PAGLIUSCA:  Object to form and

20         foundation.

21  BY MR. EDWARDS:

22      Q.   Let me ask that a different way.

23            Were there times when some of these

24  females that would come to the house, and you were

25  told that they were massage therapists, would come



Page 30

JOHN ALESSI

1                        JOHN ALESSI

2    BY MR. EDWARDS:

3         Q.   Okay.  And who would find the massage

4    therapist to bring to the house?

5         A.   They would call me in my office, and they

6    would say, Get me a massage at 10:00 with this

7    person.

8              I have a list of the massage therapists, a

9    Rolodex, or a card, and I would call them for the

10   specific time they want a massage.  And I would do

11   that.

12        Q.   I don't think I asked the right -- the

13   question that I was looking to ask, so let me go

14   back.

15             Did you go out looking for the girls --

16        A.   No.

17        Q.   -- to bring --

18        A.   Never.

19        Q.   -- as the massage therapists?

20        A.   Never.

21        Q.   Who did?

22        A.   Ms. Maxwell, Mr. Epstein and their

23   friends, because their friends relayed to other

24   friends they knew a massage therapist and they would

25   send to the house.  So it was referrals.



Page 34

1                    JOHN ALESSI

2        foundation.  Hold on.  That misstates what is

3        happening in this deposition, because the word

4        "recruit" was introduced by the lawyers in this

5        deposition.  So I object to your

6        characterization of the testimony.

7   BY MR. EDWARDS:

8        Q.   I'll read for you the question and the

9   answer.

10            The question was:  "QUESTION:  When did

11   that role get transferred from you to Ms. Maxwell,

12   the role of looking after girls or calling the

13   girls?

14            "ANSWER:  I didn't look after -- out for

15   girls.  Ms. Maxwell was the one that recruit.  I

16   remember one occasion or two occasions she would say

17   to me, John, give me a list of all the spas in Palm

18   Beach County, and I will drive her from one to the

19   other to PGA in Boca; and she would go in and drop

20   credit cards -- not credit cards but business cards,

21   and she would come out.  And then we'd go to -- she

22   will recruit the girls.  Was never, never done by me

23   or Mr. Epstein or anyone else that I know of."

24            Is that truthful testimony?

25        A.   It is truthful; however, I think



Page 35

```
1                    JOHN ALESSI
2    "recruiting," for myself, for my point of view, is
3    hiring immediately and recruit the person.
4              I think she was looking for massage
5    therapists.  She was looking for the best kind.  She
6    went -- and you're right, I went one time with her,
7    or twice maybe, to different spas and different
8    clubs, great clubs, I mean, in Boca, in Fort
9    Lauderdale, in -- in Palm Beach.  She was looking
10   for the best massage therapists available.
11             How she find these girls, I don't know.  I
12   just drove there.  I just was the driver.  I never
13   was involved with any of the offerings or
14   negotiations or meeting these girls.  Never.
15        Q.   Okay.  Ms. Maxwell was the one that would
16   meet the girls?
17        A.   Yeah.
18        Q.   Okay.  Did you ever check any of the IDs
19   for any of these girls?
20        A.   I was not -- that was not in my everyday
21   things to do.  It was not.
22        Q.   That was just not part of your job?
23        A.   That was not my job.
24        Q.   Did Ms. Maxwell take photographs while she
25   was at the Palm Beach house?
```



Page 52

```
1                     JOHN ALESSI
2              MR. PAGLIUSCA:  Object to form and
3         foundation.
4              THE WITNESS:  Himself.  Himself.
5    BY MR. EDWARDS:
6         Q.   And you do not know the ages of the
7    various massagists, right?
8         A.   No.
9         Q.   Did you have occasion to clean up after
10   the massages?
11        A.   Yes.
12        Q.   Okay.  And that is after both a massage
13   for Jeffrey Epstein, as well as clean up after a
14   massage that Ghislaine Maxwell may have received?
15        A.   Yes.
16        Q.   And on occasion, after -- in cleaning up
17   after a massage of Jeffrey Epstein or Ghislaine
18   Maxwell, did you have occasion to find vibrators or
19   sex toys that would be left out?
20             MR. PAGLIUSCA:  Object to form and
21        foundation.
22             THE WITNESS:  Yes, I did.
23   BY MR. EDWARDS:
24        Q.   Can you describe the types of vibrators or
25   sex toys that you found left out after a massage
```



Page 53

```
 1                       JOHN ALESSI
 2    that Jeffrey Epstein had just received or Ghislaine
 3    Maxwell had just received?
 4              MR. PAGLIUSCA:  Object to form and
 5         foundation.
 6              THE WITNESS:  It was probably two to three
 7         times, I would say.  It was not all the time.
 8         I would find things like a dildo, it's called a
 9         double.  I hate to say it because these ladies.
10         But I find these things, put my gloves on, took
11         it out and rinse it, and put it in
12         Ms. Maxwell's closet.
13    BY MR. EDWARDS:
14         Q.   Why would you put the dildo or sex toy in
15    Ms. Maxwell's closet?
16         A.   Because I knew that's where they were
17    kept.
18         Q.   How did you know that the sex toys were
19    kept in Ms. Maxwell's closet?
20         A.   Because I know where everything was in
21    that house.  Every single room, every single thing,
22    it was a place, it was placed by me, by the cleaning
23    lady or my wife.  Every -- everything that happened
24    in that house, I knew it.
25         Q.   Who showed you where the dildo or sex toys
```



Page 54

```
 1                         JOHN ALESSI
 2   were kept in the house the first time?
 3              MR. PAGLIUSCA:  Object to form and
 4        foundation.
 5              THE WITNESS:  Nobody.  Nobody show me.
 6   BY MR. EDWARDS:
 7        Q.   You just saw it?
 8        A.   I saw it.
 9        Q.   So you knew where to put it back?
10        A.   Yeah.  We had to open the closet, clean
11   the closet, put the clothes in place, put the shoes
12   in place, put everything in place.  So it was a
13   matter of tidying things up.
14        Q.   Did you ever find any costumes?
15        A.   I saw one shiny black costume, but I
16   didn't even know --
17        Q.   Where did you see it?
18        A.   The same place.
19        Q.   In Ms. Maxwell's closet?
20        A.   Yes.
21        Q.   And where was Ms. Maxwell's closet in the
22   house?
23        A.   In the house?  It was in the opposite side
24   of his bathroom.  It was her bathroom in the master
25   bedroom.  It was in the middle.  So it was on the
```



Page 94
```
 1                    JOHN ALESSI
 2   BY MR. EDWARDS:
 3        Q.   That demonstrates that she was, I believe,
 4   terminated from her employment in 2000.
 5             My question to you is:  Do you remember
 6   what time of year or what month it would have been,
 7   whether spring, summer, fall, winter; January,
 8   February, December?
 9        A.   Of what year?
10        Q.   Of 2000, that you would have gone to the
11   Mar-a-Lago?
12        A.   It wasn't 2000.
13             MR. PAGLIUSCA:  Object to form and
14        foundation.
15   BY MR. EDWARDS:
16        Q.   Okay.  Do you think it was a different
17   year that you went to Mar-a-Lago?
18        A.   Yes.
19        Q.   Okay.  What year do you believe that you
20   went to the Mar-a-Lago to pick Virginia up?
21        A.   I think it was 2000 and -- I think it was
22   the summer of 2002.
23        Q.   Okay.
24        A.   Summer, because I remember that day that I
25   was sweating like hell in the -- in the car, waiting
```



Page 95

1                     JOHN ALESSI

2    for Ms. Maxwell to come out of the massage.

3        Q.   Okay.  So what month of the summer do you

4    remember it being?

5        A.   I think in June, July, maybe, 2001.

6        Q.   2000 and what?

7        A.   2001.

8        Q.   June, July, 2001, that's when you believe

9    that it was?

10       A.   Yes.

11       Q.   Okay.  And do you remember the month --

12       A.   No, sorry.  Sorry.  Not 2001.  We left in

13   December 31st.  It was 2000 -- the last year that I

14   was working for Jeffrey, when I met Virginia.

15       Q.   Your recollection, as you sit here

16   today --

17       A.   It was 2002.

18       Q.   -- is that it was June or July of 2002 --

19       A.   2002.

20       Q.   -- when you met Virginia Roberts at the

21   Mar-a-Lago?

22       A.   My recollection.

23       Q.   Okay.  And other than the fact that you

24   were sweating, what else tells you what month that

25   it was that you remember meeting her at the



Page 96

1                    JOHN ALESSI
2    Mar-a-Lago?
3         A.    It was -- I know it was summer of 2002,
4    and she spoke to -- far away.  I wasn't -- I was in
5    the driveway, and she was far away talking to
6    Virginia.  She spoke to her maybe five minutes.
7         Q.    Okay.
8         A.    And she came to the car, and we went home.
9    In the afternoon, about 4:00 or 5:00 in the
10   afternoon, the same day, Virginia came to the house.
11        Q.    Who brought her to the house?
12        A.    I don't know.  She came to the back door,
13   I remember.  And she was dressed differently.  She
14   came to the house.
15        Q.    When you first arrived to the Mar-a-Lago
16   with -- are you driving the car and Ms. Maxwell is
17   in the passenger seat?
18        A.    Yes.
19        Q.    And could you see Virginia Roberts from
20   the car?
21        A.    Yes.
22        Q.    Where was she sitting or standing?  How
23   far away from the car?
24        A.    She was standing right in front of the
25   driveway.  This is the Mar-a-Lago, the house, and



Page 97

1                      JOHN ALESSI

2    here is the spa, and the driveway that's here.  I

3    was parked this way, and I would see her with

4    Ms. Maxwell, talking.

5        Q.   Did you --

6        A.   I could not hear what they were saying,

7    but I did see it.

8        Q.   Did you park the car or did you stop right

9    there and --

10       A.   I parked the car because we are not

11   allowed to go into Mar-a-Lago.

12       Q.   Okay.  Let me finish my question.

13            Did you park the car in a parking space in

14   the parking lot or did you just stop on the side of

15   the road and Ms. Maxwell got out?

16       A.   Mar-a-Lago has a -- has a long wide

17   driveway, and on the right of the driveway is -- is

18   the parking spots like this or something.  And I

19   parked in one of those spaces.  And waiting for her,

20   I think it was over an hour that I wait for her.

21       Q.   Okay.  So did you watch her first talk

22   to --

23       A.   No.  At the end.  Right at the end,

24   before -- when she was leaving.

25       Q.   So Ms. Maxwell gets out of the car.  And



Page 98

                          JOHN ALESSI

 1

 2    when you're pulling up to the Mar-a-Lago, could you

 3    see Virginia Roberts then?

 4         A.    No.  No.

 5         Q.    So after you wait an hour, Ms. Maxwell is

 6    coming out?

 7         A.    And then she saw Virginia and she

 8    stopped -- she went to her, she talked to her, she

 9    came back to the car.

10         Q.    And prior to that day, you had never seen

11    Virginia at the house?

12         A.    Never.  Never.

13         Q.    Okay.  Did Ms. Maxwell tell you that

14    Virginia's father worked at the Mar-a-Lago?

15         A.    I don't think so.  I think it was -- I

16    think we find out later, after the -- she says, My

17    father works -- I think it was from Virginia, that

18    she says her father works at Mar-a-Lago.

19              It is information from her.  I don't think

20    it was Ms. Maxwell that told me anything.  She don't

21    have to -- she don't have to talk to me.  I mean,

22    Ms. Maxwell will not go and talk to me about this --

23    these people's family.  I don't know.  She never

24    did.

25         Q.    Okay.  I only have to go by what I have.



Page 103

1                           JOHN ALESSI

2                   I don't remember that day, how she got

3       home.  I don't know.  I can't remember.

4           Q.   After that day, do you recall that she

5       started coming to the house more frequently?

6           A.   Yes, she did.

7           Q.   In fact, did she start coming to the house

8       approximately three times a week?

9           A.   Yes, probably.

10          Q.   And at times, would you go pick her up?

11          A.   Yes.  This happened maybe twice, three

12      times.

13          Q.   And at times, would you take her home?

14          A.   Yes.

15          Q.   And did there come a point in time where

16      Virginia starting bringing other girls with her?

17              MR. PAGLIUSCA:  Object to form and

18          foundation.

19              THE WITNESS:  That was maybe two weeks

20          before we left.  I saw her bringing some

21          friends with her to the house.  And I cannot

22          remember how many times, but I was at the end

23          of our stay.

24      BY MR. EDWARDS:

25          Q.   At the end of her [sic] stay, you saw when



Page 104

1                    JOHN ALESSI

2   she would come over to the house, she would bring

3   certain friends who were girls --

4            MR. PAGLIUSCA:  Object to form and

5        foundation.

6   BY MR. EDWARDS:

7        Q.   -- to the house, right?

8        A.   Yes, females, yes.

9        Q.   Do you know how long Virginia had been

10  coming over to the house before she started

11  traveling on an airplane with Ghislaine and Jeffrey?

12           MR. PAGLIUSCA:  Object to foundation.

13           THE WITNESS:  Not too long.  I don't think

14       it was too long after that.

15  BY MR. EDWARDS:

16       Q.   Would you drive her to the airport with

17  them?

18       A.   Occasionally, I think so, yes.  I would

19  drive everybody to the airport.  My wife would drive

20  the chefs, the service people, the luggage to Jet

21  Aviation.

22       Q.   Is that where Mr. Epstein kept his plane,

23  Jet Aviation?

24       A.   Yes.

25       Q.   At some point did Ghislaine Maxwell become



Page 141

1                      JOHN ALESSI

2           MR. PAGLIUSCA:  Seven.

3           MR. EDWARDS:  Seven?

4           (The referred-to document was marked by

5       the court reporter for Identification as

6       Deposition Exhibit 7.)

7           MR. EDWARDS:  I apologize, Jeff.  I just

8       can't find a copy right now.

9           MR. PAGLIUSCA:  I have it.

10          MR. EDWARDS:  Okay.

11  BY MR. EDWARDS:

12      Q.   So this is a composite exhibit.  It is

13  four pages.  The first one that you're looking at

14  should be -- do you have SAO 01456?

15          MR. PAGLIUSCA:  Yes.

16          MR. EDWARDS:  Okay.

17  BY MR. EDWARDS:

18      Q.   Does the format of this look familiar to

19  you?

20      A.   Yes.  It looks like the books that we used

21  to have that has -- the message books.

22      Q.   How would that work?  How would that

23  process work?

24      A.   Somebody called, you write it down, and

25  you take the -- you leave the copy in the -- in the



Page 175

1                          JOHN ALESSI
2    many things?
3         A.   Yes, she did.
4         Q.   Interesting buildings?
5         A.   No.  She -- she liked -- she had a dog,
6    and she took a lot of photographs of her dog.  And
7    us.  And she took photographs of the cars and the
8    house.  Everything inside.  She had an album full of
9    photographs of people, young girls, girls.  And I
10   remember that she had.  Like a hobby.
11        Q.   Right.
12             You never saw any pictures that were very
13   upsetting to you, though, correct?
14        A.   No.  No.
15        Q.   Okay.  And the pictures that you saw were
16   sort of -- would you describe them as being artistic
17   kind of pictures?
18             MR. EDWARDS:  Objection, counsel
19        testifying.
20             THE WITNESS:  I think so.  I don't think
21        they were pornographic.  I don't think it was
22        any vaginal or things, you know, female parts
23        showing.  It was some girls were topless,
24        taking the sun.  It was a beautiful house, it
25        was a beautiful setting, so she took a lot of



Page 236

```
 1                      JOHN ALESSI
 2                 CERTIFICATE OF OATH
 3   STATE OF FLORIDA        )
 4   COUNTY OF MIAMI-DADE    )
 5
             I, the undersigned authority, certify
 6   that JOHN ALESSI personally appeared before    me
     and was duly sworn.
 7           WITNESS my hand and official seal
     this 1st day of June, 2016.
 8
 9
                 Kelli Ann Willis, RPR, CRR
10               Notary Public, State of Florida
                 Commission FF928291, Expires 2-16-20
11       + + + + + + + + + + + + + + + + + +
12                    CERTIFICATE
13   STATE  OF   FLORIDA )
14   COUNTY OF MIAMI-DADE )
15           I, Kelli Ann Willis, Registered
     Professional Reporter and Certified Realtime
16   Reporter do hereby certify that    I was
     authorized to and did stenographically report the
17   foregoing deposition of JOHN ALESSI; that a review
     of the transcript was not requested; and that the
18   transcript is a true record of my stenographic
     notes.
19           I FURTHER CERTIFY that I am not a
     relative, employee, attorney, or counsel of   any
20   of the parties, nor am I a relative or employee of
     any of the parties' attorney or counsel connected
21   with the action, nor am I financially interested
     in the action.
22           Dated this 1st day of June, 2016.
23
24               KELLI ANN WILLIS, RPR, CRR
25
```



# EXHIBIT 2

(Filed Under Seal)

1

1            UNITED STATES DISTRICT COURT
                     for the
2           SOUTHERN DISTRICT OF NEW YORK

3           Civil Action No. 15-cv-07433-RWS

4   VIRGINIA GIUFFRE,

5        Plaintiff,

6   vs.

7   GHISLAINE MAXWELL

8        Defendant.

9   ----------------------------------------------------

10      VIDEO-DEPOSITION
        OF:                JAMES MICHAEL AUSTRICH
11
        TAKEN BY:          Defendant
12
        REPORTED BY:       Karla Layfield, RMR
13                         Stenographic Court Reporter
                           Notary Public
14                         State of Florida at Large

15      DATE AND TIME:     June 23, 2016; 9:03 a.m.

16      PLACE:             Owen & Associates Court Reporters
                           108 N. Magnolia Avenue, Suite 501
17                         Ocala, Florida

18      APPEARANCES:       Laura A. Menninger, Esquire
                           HADDON, MORGAN & FOREMAN, PC
19                         150 East 10th Avenue
                           Denver, Colorado  80203
20                         Attorney for Defendant

21                         Brad Edwards, Esquire
                           Farmer, Jaffe, Weissing, Edwards,
22                         FISTOS & LEHRMAN, PL
                           425 Andrews Avenue, Suite 2
23                         Fort Lauderdale, Florida  33301
                           Attorney for Plaintiff

24
    Also Present:  Kenneth Sarsony, Videographer
25              Virginia Giuffre

              Owen & Associates Court Reporters
               P.O. Box 157, Ocala, Florida
              352.624.2258 * owenassocs@aol.com

16

1      A    Yes.

2      Q    Was it is a franchise, if you know?

3      A    I know when I first started there, they were

4  corporate, but then they were a franchise.  They were

5  bought out.  But I'm not sure if when I got there they

6  were a franchise or not.

7      Q    Got it.

8           Do you know if Ms. Roberts had any previous

9  employment before she worked at Taco Bell?

10     A    I think by the apartment, she worked for KFC for

11  a little while.

12          MS. MENNINGER:  Are you looking at Ms.

13      Roberts?

14          THE WITNESS:  I'm thinking.  I can't

15      remember.  I remember something with KFC.  They

16      had one really close to us.  I think she worked

17      there for a tiny, tiny bit.  I'm not sure.

18          MS. MENNINGER:  Okay.

19  BY MS. MENNINGER:

20     Q    Before the Taco Bell?

21     A    Or she could've  applied there.  It's just in my

22  head.  She might have just applied there, and didn't get

23  it, and that's why I brought her to Taco Bell.

24     Q    Okay.

25     A    Because we were both the night managers.

19

1    A    No.

2    Q    Do you know about what years this was?

3    A    Not really.

4    Q    Do you know about how old you were?

5    A    When, what?

6    Q    I'm just focused on the period of time in which

7  you were living at her parent's house in the trailer.

8    A    I was probably 18 when we moved in there.

9    Q    And you said you were only there for a couple of

10 months?

11   A    Not that I remember.  Like, it might have been a

12 little longer.  I'm not sure.

13   Q    Were you engaged to Ms. Roberts?

14   A    Yes.

15   Q    When did you become engaged to her?

16   A    When we were living in Oakland Park.

17   Q    Tell me about the engagement.  How did it come

18 about?

19   A    Well, we fell in love, and -- I believe it was

20 Valentine's Day when I proposed.

21   Q    Did you have a ring?

22   A    Yes.

23   Q    Did she accept?

24   A    Yes.

25   Q    How long were you engaged?

Owen & Associates Court Reporters
 P.O. Box 157, Ocala, Florida
 352.624.2258 * owenassocs@aol.com

30

1    A    Yes -- well, for a while.  I mean, I know at the

2  end, I wasn't working anywhere.

3    Q    Why weren't you working?

4    A    I don't remember the exact reason.

5    Q    Had you quit?

6    A    I believe so.  I know the pet store let me go

7  for walking on to the other side talking to somebody.  But

8  I don't remember why I left Dunkin' Donuts.

9    Q    Do you believe that you were fired from Dunkin'

10  Donuts?

11    A    No.  That pet store was the only time anybody

12  ever fired me.

13    Q    That will stick in your brain.

14    A    Yeah.

15    Q    At the time that you left the pet store, was

16  Ms. Roberts still working there?

17    A    Yes.

18    Q    And how long do you recall her working there?

19    A    Not long.

20    Q    I hate to do this to you, but what does "not

21  long" mean to you, weeks, months, days?

22    A    Over a month.  That's really all I can say.

23  Maybe over a month before she went to work at the

24  Mar-a-Lago or Donald Trump's country club.

25    Q    Did she leave the pet store to go work at

34

```
 1  BY MS. MENNINGER:
 2       Q    Did you know her friend by the name of Tony
 3  Figueroa?
 4       A    Somewhat.
 5       Q    Tell me what you remember about Tony Figueroa.
 6       A    Other than him being an idiot, not much.
 7       Q    Did you have any interactions with Mr. Figueroa?
 8       A    Very little.
 9       Q    When do you recall seeing him, like, in what
10  city, I mean?
11       A    Up in West Palm Beach.
12       Q    Did he come over to your apartment?
13       A    I believe so.
14       Q    Did you believe them to be having a
15  relationship?
16       A    At the very end when I left, yes.
17       Q    Was that one of the reasons for your leaving?
18       A    One of them.
19       Q    What were the others?
20       A    Well, after I found out about that, that's when
21  I heard about all the other stuff that was happening.
22       Q    What did you hear about all the other stuff?
23       A    Well, I mean, after she went to work for
24  Mar-a-Lago then she was, I guess, recruited to go work for
25  Jeff something.  I don't remember his last name.
```

35

1     Q    Is that what she told you "she was recruited"?

2     A    Yeah.  Well, she didn't use those words.  But I

3  don't know why else anybody would take -- like, they hired

4  her over there as a massage therapist, but she didn't have

5  any experience.

6     Q    At Mar-a-Lago  --

7     A    At Mar-a-Lago, yes.  Then all of a sudden one

8  day, she was working for Jeff, whatever his name was.

9     Q    Let me just take a step back.  You found out

10 towards the end of your relationship with Ms. Roberts that

11 she was then having a relationship with Mr. Figueroa.  Is

12 that right?

13    A    I don't know if it was a relationship.  But,

14 yes.

15    Q    Enough to cause you to think you didn't want to

16 be engaged anymore?

17    A    Yes.

18    Q    Did you and Ms. Roberts have a fight at that

19 time?

20    A    Yes.

21    Q    What do you remember about the fight?  What do

22 you recall?

23    A    I don't recall.  I remember us having a fight

24 and then leaving not too long afterwards.

25    Q    You referred to finding out all this other stuff

Owen & Associates Court Reporters
P.O. Box 157, Ocala, Florida
352.624.2258 * owenassocs@aol.com

92

 1      Q    When you got the apartment in Oakland Park, you

 2   got it with Virginia?

 3      A    Well, yeah.  She was living with us -- and

 4   Mario.

 5           MS. MENNINGER:  All right.  I think that's

 6        all I have.

 7           MR. EDWARDS:   Okay.

 8           THE VIDEOGRAPHER:  We're going off the

 9        record.  This concludes disc one, volume one of

10        the video-deposition of James Michael Austrich.

11        We're going off the record.  The time is

12        approximately 11:20 a.m.

13           (Break taken.)

14           THE VIDEOGRAPHER:  We're back on the record

15        with disc two, volume one, of the video-

16        deposition of James Michael Austrich.  And the

17        time is approximately 11:23 a.m.  Thank you.

18                      CROSS-EXAMINATION

19   BY MR. EDWARDS:

20      Q    Mr. Austrich, as you know, my name is Brad

21   Edwards, and I represent Virginia.

22      A    Yes.

23      Q    I'm going to ask you some follow-up questions to

24   the questions that you were asked previously.

25           All right?

                    Owen & Associates Court Reporters
                     P.O. Box 157, Ocala, Florida
                    352.624.2258 * owenassocs@aol.com

98

1   how long we lived there.

2       Q   Okay.  At some point in time, though, while

3   you're living on her parent's property, it becomes 1999?

4       A   Yeah, I believe.

5       Q   Okay.  And so when you started living at her

6   parent's property, you're 18, she's 15, but at some point

7   in time you turn 19 and she turned 16?

8       A   Yes.

9       Q   Okay.  And at some other point in time, she

10  leaves the job at the pet store?

11      A   Pet store, yeah.

12      Q   And goes to work at the Mar-a-Lago?

13      A   Yes.  At Donald Trump's country club, yeah.

14      Q   Okay.  Donald Trump's country club is called the

15  Mar-a-Lago?

16          MS. MENNINGER:  Objection.

17          THE WITNESS:  Yeah, that's what I always

18      remember it as.  Yes.

19  BY MR. EDWARDS:

20      Q   Is that right?

21          MS. MENNINGER:  Objection, leading.  I do get

22      a chance to object.  Leading.

23  BY MR. EDWARDS:

24      Q   When you used the term "Mar-a-Lago" and used the

25  term "Donald Trump's country club," are we talking about

Owen & Associates Court Reporters
P.O. Box 157, Ocala, Florida
352.624.2258 * owenassocs@aol.com

100

1          A    But if she had to get clean for her job, she

2    would have gotten clean for the job.

3          Q    Okay.  Do you remember her being hired as a

4    bathroom attendant there, a locker room attendant?

5          A    Now that you're saying that, some kind of

6    attendant sounds familiar.  But I don't really remember.

7    All I remember is for the massage.  As a -- I don't

8    remember exactly what she got hired for at Donald Trump's

9    place.  But I just remember the masseuse thing.

10              But as you're saying "the attendant," the

11   attendant sounds familiar because I doubt her father would

12   hire her as a massage therapist without knowing anything.

13         Q    So you had known her for some period of time

14   before she gets this job at the Mar-a-Lago, right?

15         A    Right.

16         Q    Did she have any massage therapy training

17   whatsoever?

18         A    No.

19         Q    Ever given a massage to anyone?

20         A    Not that I remember.

21         Q    Ever given a massage to you?

22         A    Not until she was already doing the massage

23   stuff.  But, no, I don't remember any kind of massage

24   training or even like an inkling for it.

25         Q    Okay.  Then when she goes to work for

1   Mar-a-Lago, you don't remember, I think is the words you
2   used, whether she worked there for weeks or months?
3        A    Yes.
4        Q    You don't remember?
5        A    No, not at all.
6        Q    And at the time when she gets the job at the
7   Mar-a-Lago, do you remember where you were working, if
8   anywhere?
9        A    No.  I mean, I think at that time, I was working
10  at one of the places.  But I don't really remember where.
11       Q    And then, and I believe that you used this word,
12  correct me if I'm wrong, she's recruited to work for Jeff?
13       A    Yes.
14       Q    And do you remember her telling you that it was
15  an assistant or somebody associated with Jeff that
16  recruited her to work with Jeff?
17            MS. MENNINGER:  Objection, leading.
18            THE WITNESS:  I don't remember.
19            MS. MENNINGER:  Misstates the testimony.
20            THE WITNESS:  Sorry.  I don't remember.  All
21       I remember was that somebody got her from there to
22       Jeff.
23            MR. EDWARDS:   Got it.
24  BY MR. EDWARDS:
25

                Owen & Associates Court Reporters
                  P.O. Box 157, Ocala, Florida
                352.624.2258 * owenassocs@aol.com

109

1      Q    Then there's months; November, December.

2      A    So this is the year 2000, and these are the

3  months?

4           MS. MENNINGER:  Objection to this entire line

5      of questioning.  The witness has no foundation for

6      talking about this particular document.

7  BY MR. EDWARDS:

8      Q    Okay.  So do you know how long that -- as you

9  sit here today, do you remember how long Virginia had been

10  going over to Jeff's house before she started traveling on

11  an airplane with him?

12          MS. MENNINGER:  Objection, foundation.

13          THE WITNESS:  No.

14  BY MR. EDWARDS:

15     Q    It could be months, it could be a year?

16          MS. MENNINGER:  Objection, foundation.

17          THE WITNESS:  I don't think it -- I don't

18     think she was there for very long without doing

19     traveling.

20  BY MR. EDWARDS:

21     Q    But in your mind, you can't tell me how long

22  "very long" is?

23     A    No, I mean, I don't.

24     Q    Okay.  And is there anything that would tell you

25  the year or the month in which you remember Virginia first

110

1   going over to Jeff's house?

2       A    Not really.

3       Q    There's nothing I could really show you in this

4   world that would remind you right now?

5       A    No.

6       Q    Okay.  Before going over to work with Jeff, did

7   Virginia have any massage experience?

8       A    No.

9       Q    When -- I think you said with respect to

10  "bringing other girls, that sounds familiar," what other

11  girls do you remember her bringing?  Do you remember their

12  names?

13      A    I don't remember names.

14          MS. MENNINGER:  Objection, foundation.

15  BY MR. EDWARDS:

16      Q    Did you ever drive any of the other girls over

17  to Jeff's house?

18      A    I don't think so.

19      Q    Okay.  How many times did you to to Jeff's

20  house?

21      A    A few times.  Like, I think I went -- I think I

22  dropped her off and somebody always brought her back.  I

23  don't really remember picking her up too much.

24      Q    Okay.  And in the beginning, she was telling you

25  that she was performing massages?

127

1    A    Yeah, something like that.

2    Q    Do you know what time of year?

3    A    No.

4    Q    Do you know whether the spa at Mar-a-Lago closes

5  during the summers?

6         MR. EDWARDS:  Form.

7         THE WITNESS:  No, I have no idea.

8  BY MS. MENNINGER:

9    Q    You don't know how she got the job with Jeff?

10   A    No.  I know somebody -- somebody -- like,

11 that's why I said "recruited" -- that's the only word I

12 can think of -- that worked for Jeff.

13   Q    Why do you use the word "recruited"?

14   A    Because that's the only word -- I don't know,

15 football or everything.  That's the only word I can think

16 of, you recruit somebody.

17   Q    Hired her?

18   A    Yeah, I guess.  It was -- it was just a very

19 fast thing.

20   Q    You don't know who that person was?

21   A    No.

22   Q    You don't know what she said to that person?

23   A    No.

24   Q    You don't know what that person said to her?

25   A    Nope.

                Owen & Associates Court Reporters
                  P.O. Box 157, Ocala, Florida
                 352.624.2258 * owenassocs@aol.com

128

1      Q    Do you remember her coming home and saying "I
2   got a job with Jeff"?

3      A    I remember she said she got a job with Jeff.

4      Q    Did she tell about that job?

5      A    I think it was -- I think at the time it was for
6   massage therapy, like, she was going to be a masseuse.

7      Q    And she was excited about it?

8      A    Yeah.

9      Q    She wasn't sad about it?

10     A    Not that I remember.  But I really don't
11  remember much from back then.

12     Q    She wasn't crying when she came home and said "I
13  just got a job with Jeff," right?

14     A    No.

15     Q    You're guessing that you -- she got the job with
16  Jeff before you moved into the Bent Oak apartment, but you
17  don't know.  Correct?

18          MR. EDWARDS:  Form

19          THE WITNESS:  Yes.  But I would think we
20       would have had to have had the money by then.  So
21       that was the only time she was making real good
22       money.

23  BY MS. MENNINGER:

24     Q    And do you know how much that apartment cost?

25     A    I know it was expensive.

146

```
 1                    C E R T I F I C A T E
 2   STATE OF FLORIDA
 3   COUNTY OF MARION
 4           I, Karla Layfield, RMR, Stenographic Court
 5   Reporter, do hereby certify that I was authorized to and
 6   did stenographically report the foregoing deposition of
 7   James Michael Austrich; that said witness was duly sworn
 8   to testify truthfully; and that the foregoing pages,
 9   numbered 1 through 145, inclusive, constitute a true and
10   correct record of the testimony given by said witness to
11   the best of my ability.
12           I FURTHER CERTIFY that I am not a relative or
13   employee or attorney or counsel of any of the parties
14   hereto, nor a relative or employee of such attorney or
15   counsel, nor am I financially interested in the action.
16           WITNESS MY HAND this ___ day of June, 2016, at
17   Ocala, Marion County, Florida.
18
19                          _____
                            Karla Layfield, RMR
20                          Stenographic Court Reporter
21
22
23
24
25
```

# EXHIBIT 3

(Filed Under Seal)

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

CASE NO. 15-CV-07433-RWS

VIRGINIA L. GIUFFRE,
            Plaintiff,
    -against-
GHISLAINE MAXWELL,
            Defendant.
_____/

                        250 N. Australian Avenue,
                        Suite 1400
                        West Palm Beach, Florida 33401
                        Friday, September 9, 2016
                        8:35 a.m. - 2:08 p.m.


        C O N F I D E N T I A L


    VIDEOTAPED DEPOSITION OF JEFFREY EPSTEIN


        Taken before Darline M. West,
Registered Professional Reporter, Notary Public
in and for the State of Florida At Large,
pursuant to Notice of Taking Deposition filed
by the Plaintiff in the above cause.

            MAGNA LEGAL SERVICES
        1200 Avenue of the Americas
        New York, New York 10026

            (866) 624-6221



Page 74

```
 1                J. Epstein - Confidential
 2    BY MR. CASSELL:
 3        Q.   Isn't it true that Maxwell led Virginia up
 4    to your Palm Beach mansion massage room the first
 5    time you met her?
 6             MR. PAGLIUCA:  Object to form and
 7        foundation.
 8             THE WITNESS:  Fifth.
 9    BY MR. CASSELL:
10        Q.   You saw Maxwell bringing Virginia up to
11    your room, true, sir?
12             MR. PAGLIUCA:  Object to form and
13        foundation.
14             THE WITNESS:  Fifth.
15    BY MR. CASSELL:
16        Q.   Isn't it true that it was standard
17    operating procedure for Maxwell to bring underage
18    girls up to your room?
19             MR. PAGLIUCA:  Object to form and
20        foundation.
21             THE WITNESS:  Fifth.
22    BY MR. CASSELL:
23        Q.   Isn't it true that it was standard
24    operating procedure for Maxwell to bring underage
25    girls up to your room for you to sexually abuse?
```



Page 116

1              J. Epstein - Confidential

2              THE WITNESS:  Fifth.

3    BY MR. CASSELL:

4         Q.   In 2000, Virginia was approached by

5    Maxwell, true?

6              MR. PAGLIUCA:  Object to form and

7         foundation.

8              THE WITNESS:  Fifth.

9    BY MR. CASSELL:

10        Q.   Maxwell was one of the main women whom you

11   used to procure underage girls for sexual activities,

12   true?

13             MR. PAGLIUCA:  Object to form and

14        foundation.

15             THE WITNESS:  Fifth.

16   BY MR. CASSELL:

17        Q.   It was your understanding that Maxwell met

18   Virginia at the Mar-a-Lago Club in Palm Beach in

19   2000, true?

20             MR. PAGLIUCA:  Object to form and

21        foundation.

22             THE WITNESS:  Fifth.

23   BY MR. CASSELL:

24        Q.   In 2000, you were a member of the

25   Mar-a-Lago Club, true?



Page 117

1          J. Epstein - Confidential

2               MR. PAGLIUCA:  Object to form.

3               THE WITNESS:  Fifth.

4     BY MR. CASSELL:

5          Q.   In 2000, Ms. Maxwell had access to the

6     Mar-a-Lago Club, true?

7               MR. PAGLIUCA:  Object to form and

8          foundation.

9               THE WITNESS:  Fifth.

10    BY MR. CASSELL:

11         Q.   The reason Maxwell had access to the

12    Mar-a-Lago Club in 2000 was because of your

13    connections to the club, true?

14              MR. PAGLIUCA:  Object to form and

15         foundation.

16              THE WITNESS:  Fifth.

17    BY MR. CASSELL:

18         Q.   Maxwell was a primary co-conspirator in

19    your sexual abuse scheme, true?

20              MR. PAGLIUCA:  Object to form and

21         foundation.

22              THE WITNESS:  Fifth.

23    BY MR. CASSELL:

24         Q.   Maxwell was a primary co-conspirator in

25    your sex trafficking scheme, true?



Page 118

```
 1              J. Epstein - Confidential
 2              MR. PAGLIUCA:  Object to form and
 3         foundation.
 4              THE WITNESS:  Fifth.
 5    BY MR. CASSELL:
 6         Q.   Maxwell herself regularly participated in
 7    your sexual exploitation of minors, true?
 8              MR. PAGLIUCA:  Object to form and
 9         found.
10              THE WITNESS:  Fifth.
11    BY MR. CASSELL:
12         Q.   In 2000, Maxwell herself regularly
13    participated in your sexual exploitation of minors,
14    true?
15              MR. PAGLIUCA:  Object to form and
16         foundation.
17              THE WITNESS:  Fifth.
18    BY MR. CASSELL:
19         Q.   Maxwell herself regularly participated in
20    your sexual exploitation of Virginia, true?
21              MR. PAGLIUCA:  Object to form and
22         foundation.
23              THE WITNESS:  Fifth.
24    BY MR. CASSELL:
25         Q.   Did Maxwell participate in your sexual
```



Page 376

1                    REPORTER'S CERTIFICATE

2

STATE OF FLORIDA

3  COUNTY OF PALM BEACH

4

5        I, DARLINE MARIE WEST, RPR, certify that I was

6  authorized to and did stenographically report the

7  foregoing deposition; and that the transcript is a

8  true record thereof.

9

10       I further certify that I am not a relative,

11  employee, attorney, or counsel of any of the parties,

12  nor am I a relative or employee of any of the

13  parties' attorney or counsel connected with the

14  action, nor am I financially interested in the

15  action.

16

17       Dated this 13th day of September 2016.

18

19

20

21                    _____

22                    DARLINE MARIE WEST, RPR

23

24

25



# EXHIBIT 4

(Filed Under Seal)

1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE: 15-cv-07433-RWS

VIRGINIA GIUFFRE,

      Plaintiff,

v.

GHISLAINE MAXWELL,

      Defendant.
_____/

VIDEOTAPED DEPOSITION OF TONY FIGUEROA

Volume 1 of 2

Pages 1 - 157

Taken at the Instance of the Defendant

DATE:          Friday, June 24, 2016

TIME:          Commenced:  8:59 a.m.
                Concluded:  1:22 p.m.

PLACE:        Southern Reporting Company
                B. Paul Katz Professional Center
                (SunTrust Building)
                One Florida Park Drive South
                Suite 214
                Palm Coast, Florida  32137

REPORTED BY:  LEANNE W. FITZGERALD, FPR
                Florida Professional Reporter
                Court Reporter and Notary Public

82

1      Q    Right?

2      A    Yeah.

3      Q    And she travelled the world?

4      A    Uh-huh (affirmative).  Yes.

5      Q    Did JJ say there was anything weird about

6    her job?

7      A    No.

8           MR. EDWARDS:  Object to the form.

9    BY MS. MENNINGER:

10     Q    Did you know whether she had any massage

11   training?

12     A    I did not.  Like I said, the past three --

13   three or four years before then, I had no contact

14   with her whatsoever.  So I had no clue what she was

15   certified in or had done with her life.

16     Q    Okay.  I would like to take about a five-

17   or ten-minute break, if that's okay with you.

18     A    That's fine.

19          THE VIDEOGRAPHER:  The time is 10:13.  We

20          are off the record.

21          The time is 10:27.  We are back on the

22          record.

23          MS. MENNINGER:  All right.  I would like

24          to mark as an exhibit now Defendant's

25          Exhibit 4.

88

1    certain times and stuff.  And it would just -- you

2    know, it just did not make sense to me that it it

3    was just a masseuse, you know.  Like I said, he's a

4    billionaire.  You can afford another masseuse.  Why

5    do you need her, you know.

6         Q    Do you know whether he --

7         (Brief interruption.)

8         A    Let me turn this down.

9         Q    Sorry.

10        A    I'm sorry.

11        (Briefly off the record.)

12        Q    Do you know whether he had other masseuses

13    at the time?

14        A    I -- I really don't know.  All I know is

15    he would have Virginia, obviously, go out and look

16    for other girls, also, to bring back, as well.

17        Q    And how do you know that?

18        A    Because she had explained to me that

19    sometimes when she would go out on trips that her

20    and Ms. Maxwell and stuff would go out to, like,

21    clubs and stuff and just try and pick up girls to

22    bring back, so...

23        Q    That's what Virginia told you?

24        A    Yes.

25        Q    All right.  Did any of your information --

1          (Brief interruption.)

2      A     I thought I muted it.

3      Q     Did any of your information come from

4    anywhere other than Virginia?

5      A     No.

6          MR. EDWARDS:  Object to the form.

7      A     Like I said, I did not talk -- I did not

8    really speak to any of them other than, you know,

9    hi, how's it going and stuff like that, until I had

10   actually met Jeffrey.  And then he was the only one

11   I ever really spoke with.  I had met Ms. Maxwell a

12   couple of times, but it was never, like, you know,

13   actual conversations, so...

14   BY MS. MENNINGER:

15     Q     All right.  Well, let me -- when did you

16   meet Jeffrey?

17     A     I'd probably say -- probably a few months

18   after I had moved in with her.

19     Q     Okay.  And how did you come to meet

20   Jeffrey?

21     A     Dropping her off over at his mansion.

22     Q     And did you drop her off using her car?

23     A     Yes.

24     Q     And so she just asked you:  Can you take

25   me over there?

90

1          A    Yeah.

2          Q    And did she tell you where to go?

3          A    Yeah.  She told where he lived and

4    everything.  And then obviously I got to take the

5    car, because she was going somewhere else in the

6    world and did not need it, so...

7          Q    You were dropping her off for a multi-day

8    trip?

9          A    Yeah.  She would normally go about two

10   weeks out of every month, so...

11         Q    Two weeks straight?

12         A    Yeah.  It was two weeks home and two weeks

13   gone, basically.

14         Q    Did you always take her to his house,

15   or...

16         A    Yeah.  Pretty much every time I took her

17   there, it was always to his mansion.  I picked her

18   up one time -- maybe it was a couple of times --

19   from the jet stream place.  But pretty much every

20   single time it was at the hou- -- at the mansion.

21         (Brief interruption.)

22         Q    Okay.  So you're -- is that your phone?

23   I'm --

24         A    No, it is.  I thought I muted it.

25         Q    That's okay.

92

1    talking like that, so...

2        Q    Okay.  Where did your first conversation

3    with Jeffrey take place?

4        A    I'm pretty sure it was in the kitchen or

5    the living room.

6        Q    Inside the house?

7        A    Yeah, it was inside the house.  I've never

8    seen him anywhere else other than in the mansion or

9    getting off the jet.

10       Q    So you were allowed to go inside the

11   house --

12       A    Yeah.

13       Q    -- with Ms. Roberts?

14       A    Yeah.  But I never went upstairs.  I've

15   only been in the kitchen, the living room, and by

16   the pool.

17       Q    How many times would you estimate that you

18   had been over to the house?

19       A    I mean, at least once every two weeks to

20   drop her off, you know.

21       Q    Was there a period of time between 2001

22   and when she left in 2002 where she was not working

23   for Jeffrey?

24       A    Yes.

25       Q    What period of time was that?

93

1      A    It was pretty much, like, when she was

2    actually working as a server.  Like, basically

3    because we were trying to not have her go back

4    there.  Like, she did not want to go back there.

5    And we were trying to just work without needing his

6    money, you know.

7      Q    All right.  And if I can re-call up that

8    Exhibit 2, can you see from here when about she was

9    working as a server?

10     A    March 4th, '02.

11     Q    Do you know about how long she worked

12   there?

13     A    I do not.  I'm not sure.

14     Q    Days?  Weeks?  Months?  Anything?

15     A    I really have no clue.

16     Q    Okay.  How old was Ms. Roberts in 2002, if

17   you know?

18     A    I'd probably say, like, 18 or so, maybe.

19     Q    If her birthday is in '83 --

20     A    Oh, if it's in '83, then I'd say --

21   because I was born in '82, so a year younger than me

22   would be...

23     Q    18, 19?

24     A    Yeah, somewhere around there.

25         MR. EDWARDS:  Object to the form.

1      Q   I guess my question is:  Did she ever tell

2   you that she had started as a regular masseuse for

3   him and then transitioned to something other than a

4   masseuse?

5      A   No.  She never said that it transitioned.

6   But she ended up explaining to me what had happened

7   before, so...

8      Q   What has -- what is that?

9      A   That her and Ms. Maxwell and Jeffrey would

10  obviously be doing stuff, all three of them

11  together.  Like I said, that they would all go out

12  to clubs to pick up girls and try and find them to

13  bring back for Jeffrey.  And then she told me about

14  how, like I said, her and Ms. Maxwell and Jeffrey

15  were all intimate together on multiple occasions.

16     Q   When did she tell you this?

17     A   I'm not exactly sure on the dates.

18     Q   Was it while you were still together?

19     A   Yes.

20     Q   Did you -- had you met Ms. Maxwell?

21     A   Yeah, I had met her a couple of times.

22     Q   When did you meet Ms. Maxwell?

23     A   Dates, I'm unsure of.  But it was pretty

24  much, like I said, at Jeffrey's house in the

25  kitchen.

97

1      Q    Was it earlier in the time you were with
2    her, or...
3      A    It was about -- I'd say about six months
4    or so.  I don't know.  I'm not exactly positive.
5      Q    All right.  So at the time you met
6    Ms. Maxwell, had Ms. Roberts already told you that
7    she had been intimate?
8      A    No.  She had told me about that, I
9    believe, after I had max- -- after I had already met
10   her.
11     Q    Okay.  And tell me everything that you
12   remember about what Ms. Roberts said about being
13   intimate with Ms. Maxwell and Mr. Epstein at the
14   same time.
15     A    I remember her talking about, like,
16   strap-ons and stuff like that.  But, I mean, like I
17   said, all the details are not really that clear.
18   But I remember her talking about, like, how they
19   would always be using and stuff like that.
20     Q    She and Ms. Maxwell and Mr Epstein would
21   used strap-ons?
22     A    Uh-huh (affirmative).
23     Q    How did you feel about that?
24     A    I just -- obviously not happy about it.
25     Q    What did you say?

103

1      A    I did not.

2      Q    When the FBI interviewed you, did you

3  mention this to them?

4      A    I mentioned -- anything they asked me, I

5  did not hold anything back.

6      Q    Okay.  Do you recall specifically talking

7  about sex with the Prince?

8      A    I -- I don't recall talking to them about

9  that, but, I mean, it's -- it could be possible.

10      Q    Other than sex with the Prince, is there

11  anyone else that Jeffrey wanted Ms. Roberts to have

12  sex with that she relayed to you?

13      A    Mainly, like I said, just Ms. Maxwell and

14  all the other girls.

15      Q    Ms. Maxwell wanted -- Jeffrey wanted

16  Virginia to have sex with Ms. Maxwell?

17      A    And him, yeah.

18      Q    And did she tell you whether she had ever

19  done that?

20      A    Yeah.  She said that she did.

21      Q    And when did she tell you that?

22      A    I'm not sure on the date.

23      Q    And what did she describe having happened?

24      A    I believe I already told you that.  With

25  the strap-ons and dildos and everything.

157

1                    CERTIFICATE OF REPORTER

2
    STATE OF FLORIDA     )
3                        )
    COUNTY OF VOLUSIA    )
4

5

6

7          I, Leanne W. Fitzgerald, Court Reporter, do
    hereby certify that I was authorized to and did
8   stenographically report the deposition of TONY
    FIGUEROA; and that the foregoing transcript is a
9   true record of my stenographic notes.

10         I further certify that I am not a relative,
    employee, attorney, or counsel of any of the
11  parties, nor am I a relative or employee of any of
    the parties' attorneys or counsel connected with the
12  action, nor am I financially interested in the
    action.

13
           Dated this 5th day of July, 2016.
14

15

16

17

18

19
                        _____
20                      Leanne W. Fitzgerald, FPR
                        Florida Professional Reporter
21
                        Digital Certificate Authenticated
22                      By Symantec

23

24

25

158

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE: 15-cv-07433-RWS

VIRGINIA GIUFFRE,

      Plaintiff,

v.

GHISLAINE MAXWELL,

      Defendant.

_____/

VIDEOTAPED DEPOSITION OF TONY FIGUEROA

Volume 2 of 2

Pages 158 - 258

Taken at the Instance of the Defendant

DATE:          Friday, June 24, 2016

TIME:          Commenced:  8:59 a.m.
                Concluded:  1:22 p.m.

PLACE:        Southern Reporting Company
                B. Paul Katz Professional Center
                (SunTrust Building)
                One Florida Park Drive South
                Suite 214
                Palm Coast, Florida  32137

REPORTED BY:  LEANNE W. FITZGERALD, FPR
                Florida Professional Reporter
                Court Reporter and Notary Public

168

1          A    Yes.

2          Q    All right.  And that belief was based on

3    Virginia telling you that?

4          A    And JJ and Michael.

5          Q    Okay.  So you had heard from some other

6    people, and then later --

7          A    Yeah.  Before she had come back to the

8    apartment, they said that she was a masseuse for

9    this guy.  And then when she came back, she told me.

10         Q    All right.  Once you started dating her

11   again -- I'm sorry.

12              Prior to dating her.  Go back to the first

13   time you were dating her.  Did she have money?

14         A    No.

15         Q    All right.  Was she able to afford her own

16   place?

17         A    No.

18         Q    Was she doing massages, at all?

19         A    No.

20         Q    All right.  Fast forward to the second

21   time when you get back together with her sometime in

22   2001.

23         A    Uh-huh (affirmative).

24         Q    Did she appear to you to have any massage

25   training?

169

1       A    No.

2       Q    As a seventeen-year-old at that time, was

3  she able to afford things?

4           MS. MENNINGER:  Objection.  Form.

5      Foundation.

6  BY MR. EDWARDS:

7       Q    Did she have money --

8       A    She had money.

9       Q    -- while working with Jeff?

10           And was the money in the form of cash?

11      A    Yes.

12      Q    And did she always have cash?

13      A    Yes.

14      Q    And how was the apartment paid for?

15          MS. MENNINGER:  Objection.  Form.

16  Foundation.

17      A    Cash.

18  BY MR. EDWARDS:

19      Q    And did you see how she was paying for the

20  apartment?

21      A    I did not watch her pay the bill, but...

22      Q    Okay.  When you would go to dinner, who

23  would pay?

24      A    Just whoever.

25          MS. MENNINGER:  Objection.  Form.

200

1          MS. MENNINGER:  Objection.  Form.

2      Foundation.

3          A    For Jeffrey.

4      BY MR. EDWARDS:

5          Q    All right.  Let me fix this.  Ghislaine --

6      when Ghislaine Maxwell would call you during the

7      time that you were living with Virginia, she would

8      ask you what, specifically?

9          MS. MENNINGER:  Objection.  Form.

10      Foundation.

11          A    Just if I had found any other girls just

12      to bring to Jeffrey.

13      BY MR. EDWARDS:

14          Q    Okay.

15          A    Pretty much every time there was a

16      conversation with any of them, it was either asking

17      Virginia where she was at, or asking her to get

18      girls, or asking me to get girls.

19          Q    All right.  Let's go to that second

20      category you just identified, which is asking

21      Virginia to get girls.  How many times were you in a

22      room where specifically Ghislaine Maxwell would ask

23      Virginia to bring girls?

24          A    None that I can recall.

25          Q    Okay.  How many times -- when you say they

228

1      went with Virginia, and you dropped her off; and

2      some occasions you went inside?

3              A     Yeah.

4              Q     And some of the occasions you went inside,

5      you hung out by the pool?

6              A     Yes.

7              Q     Or in the kitchen with the chef?

8              A     Yeah.

9              Q     All right.  And in the total of all the

10     times that you went inside the house, you saw

11     Ms. Maxwell -- I think you got up to six times?

12             A     Yeah, about five or six times.

13             Q     All right.  Total?

14             A     Total.

15             Q     That's not five or six times where --

16             A     That was period, all together.

17             Q     -- you brought girls?

18             A     No.  All together, period.

19             Q     All right.  I thought you said when I was

20     asking you questions that Ms. Maxwell never asked

21     you to bring girls.

22             A     I don't remember saying that.

23             Q     Okay.  Well, tell me.  When did

24     Ms. Maxwell ask you to bring a girl?

25             A     Never in person.  It was, like, literally,

229

1     like, on the phone maybe, like, once or twice.

2          Q   All right.  Did Ms. Maxwell call you

3     frequently?

4          A   No.

5          Q   All right.  How many times do you think

6     Ms. Maxwell called you, at all?

7          A   I'd just say that probably a just a few, a

8     couple of times.  Maybe once or twice.

9          Q   One or two --

10         A   The majority of the time it was pretty

11    much his assistant.

12         Q   How do you know Ms. Maxwell's voice?

13         A   Because she sounds British.

14         Q   So someone with a British accent called

15    you once or twice and asked for --

16         A   Well, she told me who she was.

17         Q   Okay.  And what did she say when she

18    called you and asked you to bring girls?

19         A   She just said, "Hi.  This is Ghislaine.

20    Jeffrey was wondering if you had anybody that could

21    come over."

22         Q   Okay.  When did that happen?

23         A   I'm not exactly sure on the time frame.

24         Q   Was it after the Roadhouse Grill or

25    before?

248

1        Q    So the thing that Virginia was tired of --

2    just so that the record is clear -- well, I'll let

3    you answer in your words.  Just be clear.

4             What was it that Virginia was trying to

5    get away from and stop with respect to working at

6    Jeffrey Epstein's house?

7             MS. MENNINGER:  Objection.  Form,

8         foundation -- as to Virginia's thought

9         processes.

10       A    To stop being used and abused.

11   BY MS. MENNINGER:

12        Q    How do you know that?

13            MS. MENNINGER:  Objection.  Form.

14         Foundation.

15       A    Due to all the things that I have come

16    to -- that have been brought to light, and in the

17    experiences that I've had, and the conversations

18    that I have had with her.  Like, it just all adds up

19    to that, so...

20   BY MS. MENNINGER:

21        Q    When Virginia was wanting to get out, did

22    she ever express that it was the times of work that

23    she was trying to get away from?

24       A    No.

25        Q    Okay.  What was she specifically

251

1       Q    Was she getting paid as much as she was

2 getting paid to work for Jeff Epstein?

3       A    Definitely not.

4       Q    She no longer had cash all around?

5       A    Nope.

6       Q    You mentioned that there was -- you had

7 several conversations with Virginia when she was

8 discussing them wanting -- or I think the word you

9 used was force, but later we tried to clarify that,

10 but them forcing her to have sex with Prince Andrew.

11 Do you remember that?

12       A    Yeah.

13       Q    And that you expressed that you were

14 worried for her safety if she were to decline that?

15       A    Yes.

16       Q    What about your conversation with Virginia

17 on that particular occasion made you worried for

18 Virginia's safety?

19       A    Just the way she was talking to me. Like,

20 she just sounded scared.

21       Q    And what -- what -- try to dig back and

22 remember what exactly she was saying and how she was

23 saying it, if you could just describe that for us.

24       A    She said that she went to go in -- I

25 remember at one time she was talking to me about how

258

1                    CERTIFICATE OF REPORTER

2
    STATE OF FLORIDA      )
3                         )
    COUNTY OF VOLUSIA     )
4

5

6

7          I, Leanne W. Fitzgerald, Court Reporter, do
    hereby certify that I was authorized to and did
8    stenographically report the deposition of TONY
    FIGUEROA; and that the foregoing transcript is a
9    true record of my stenographic notes.

10         I further certify that I am not a relative,
    employee, attorney, or counsel of any of the
11   parties, nor am I a relative or employee of any of
    the parties' attorneys or counsel connected with the
12   action, nor am I financially interested in the
    action.

13
           Dated this 5th day of July, 2016.
14

15

16

17

18

19
                      _____
20                    Leanne W. Fitzgerald, FPR
                      Florida Professional Reporter
21
                      Digital Certificate Authenticated
22                    By Symantec

23

24

25

# EXHIBIT 5

(Filed Under Seal)

# GIUFFRE

# VS.

# MAXWELL

**Deposition**

# VIRGINIA GIUFFRE

*05/03/2016*

---

# Agren Blando Court Reporting & Video, Inc.

*216 16th Street, Suite 600*
*Denver Colorado, 80202*
*303-296-0017*

*Agren Blando Court Reporting & Video, Inc.*

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Civil Action No. 15-cv-07433-RWS

CONFIDENTIAL VIDEOTAPED DEPOSITION OF
VIRGINIA GIUFFRE                         May 3, 2016

VIRGINIA L. GIUFFRE,

Plaintiff,

v.

GHISLAINE MAXWELL,

Defendant.

APPEARANCES:

    FAMER, JAFFE, WEISSING, EDWARDS, FISTOS &
    LEHRMAN, P.L.
        By Brad Edwards, Esq.
           425 N. Andrews Avenue
           Suite 2
           Fort Lauderdale, FL 33301
           Phone: 954.524.2820
           brad@pathtojustice.com
           Appearing on behalf of the
           Plaintiff


    BOIES, SCHILLER & FLEXNER LLP
        By Sigrid S. McCawley, Esq. (For Portion)
           401 East Las Olas Boulevard
           Suite 1200
           Fort Lauderdale, FL 33301-2211
           Phone: 954.356.0011
           smccawley@bsfllp.com
           Appearing on behalf of the
           Plaintiff

*Agren Blando Court Reporting & Video, Inc.*

```
 1     APPEARANCES:  (Continued)

 2         HADDON, MORGAN AND FORMAN, P.C.
               By Laura A. Menninger, Esq.
 3                 Jeffrey S. Pagliuca, Esq.
                   150 East 10th Avenue
 4                 Denver, CO 80203
                   Phone: 303.831.7364
 5                 lmenninger@hmflaw.com
                   jpagliuca@hmflaw.com
 6                 Appearing on behalf of the
                   Defendant
 7
       Also Present:
 8                 Brenda Rodriguez, Paralegal
                   Nicholas F. Borgia, CLVS Videographer
 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1   you don't.

2           Do you have any reason to believe that any

3   of your previous sworn statements that you have made

4   are not true?

5       A    No.

6           MR. EDWARDS:  I just object and ask that

7   if we're going to ask the witness questions about any

8   of her statements in whole or in part that the

9   witness be allowed to see the statement, review the

10  statement and then answer your questions.

11      Q    (BY MS. MENNINGER)  You may answer the

12  question.

13      A    Can you reask the question?  I'm sorry.

14      Q    Do you have any reason to believe that any

15  of your prior sworn statements are untrue?

16      A    I have no reason to believe that my prior

17  statements are untrue.

18      Q    Has anyone told you to say something that

19  was not true in connection with this case?

20      A    No, ma'am.

21      Q    All right.  I'd like to start with a

22  lawsuit that you filed under the caption Jane Doe

23  versus Jeffrey Epstein.

24           Do you recall that lawsuit?

25      A    I believe so.

1              (Exhibit 1 marked.)

2        Q      (BY MS. MENNINGER)   I'm going to show you

3    an exhibit that we are marking as Defendant's

4    Exhibit 1.

5              MR. EDWARDS:   Can I see that for a second?

6              I'd just like to make an objection on the

7    record for the misidentification of this document.

8              While there was a lawsuit filed under the

9    style of Jane Doe versus Jeffrey Epstein, Jane Doe

10   was not Virginia Giuffre.   And the lawsuit that's now

11   being handed to this witness is Jane Doe 102 versus

12   Jeffrey Epstein.

13             Is that the document we're talking about?

14             MS. MENNINGER:   Counsel, if you have an

15   objection, you should state the basis for your

16   objection in a non-leading, non-suggestive manner.

17             If you have any other record to make, you

18   can do so in a pleading filed with the Court.

19             MR. EDWARDS:   Sure.   My objection is

20   you've misrepresented what you've handed the witness.

21   I want to make sure that the witness is holding what

22   you actually want her to be holding as opposed to the

23   lawsuit you said that you were going to hand her.

24             That's it.

25             MS. MENNINGER:   Counsel, I will ask the

*Agren Blando Court Reporting & Video, Inc.*

1    January 19th, 2015?

2         A    At the very top of the page it says

3    January 21st, 2015.

4         Q    The date it was filed.  Is there a date

5    just above the signature block?

6         A    Oh, yes, sorry.  Yes, there is.

7         Q    And what date -- what date was that?

8         A    The 19th day of January, 2015.

9         Q    Okay.  And this document is something that

10   you believe contains the truth, correct?

11        A    To the best of my knowledge at the time,

12   yes.

13        Q    All right.  Did something change between

14   the time then and today that makes you believe that

15   it's not all accurate?

16        A    Well, as you can see, in line 4 on page 1,

17   I wasn't aware of my dates.  I was just doing the

18   best to guesstimate when I actually met them.

19             Since then I've been able to find out that

20   through my Mar-a-Lago records that it was actually

21   the summer of 2000, not the summer of 1999.

22        Q    Oh, I'm sorry.  Are you back on page 1?

23        A    On the first page.

24        Q    Okay.

25        A    Yes.

*Agren Blando Court Reporting & Video, Inc.*

1        MR. EDWARDS:  Objection.  Asked and

2   answered.

3        Q    (BY MS. MENNINGER)  You may answer.

4        MR. EDWARDS:  Answer again.

5        A    Again, I wouldn't say it's untrue.  Untrue

6   would mean that I would have lied.  And I didn't lie.

7   This was my best knowledge at the time.  And I did my

8   very best to try to pinpoint time periods going back

9   such a long time ago.

10        It wasn't until I found the facts that I

11   worked at Mar-a-Lago in 2000 that I was able to

12   figure that out.

13        Q    (BY MS. MENNINGER)  And approximately when

14   did you learn those facts about the dates you worked

15   at Mar-a-Lago?

16        A    I would say it was mid-2015.

17        Q    Mid-2015 is the first time you became

18   aware of the dates --

19        A    I don't know the exact --

20        Q    If you could just let me finish.

21        A    I'm sorry.

22        Q    That's all right.  Approximately mid-2015

23   when you learned the true dates that you had worked

24   at Mar-a-Lago?

25        A    That's correct.  Sorry.

1          MR. EDWARDS:  Object to the form.

2      A      Uhm, I don't know, to be honest.

3      Q      (BY MS. MENNINGER)  And in what order did

4   Taco Bell, Publix and Mar-a-Lago go, and the aviary,

5   sorry?

6      A      Oh, I would have to guess.  Do you want me

7   to guess?

8      Q      Sure.

9      A      Um, I would say Publix.  And then, I think

10   that's when I helped my boyfriend out at Taco Bell

11   and then I think the aviary.

12      Q      And where was the Taco Bell?

13      A      I was living in Fort Lauder -- I think it

14   was Fort Lauderdale.  Don't quote me on that, but

15   somewhere in Florida, Broward County, something like

16   that.

17      Q      And who were you living with at that time?

18      A      Michael.  His name is James, but Michael.

19      Q      So you were living with Michael when you

20   worked at the Taco Bell, right?

21      A      Yes, I was living with him.

22      Q      And you worked with Michael when you

23   worked at the Publix, correct?

24      A      No.

25      Q      Okay.  So Publix came after Taco Bell or

*Agren Blando Court Reporting & Video, Inc.*

1      Q     Whatever address you were living at, at

2   the time you started at Mar-a-Lago.

3      A     ████████████████████   Loxahatchee, Florida

4   33470.

5      Q     How is it that you came to work at

6   Mar-a-Lago?

7      A     My dad is a maintenance manager or

8   supervisor, I don't know what you call it.  But he

9   worked in the maintenance department, mostly on

10  tennis courts, working on the air conditioning,

11  helping set up for functions.  And he got me a summer

12  job there.

13     Q     Okay.  And you said you were on a break?

14     A     Yes.

15     Q     What were you on a break from?

16     A     I think like -- this is going back so long

17  now, but I was attempting to get my GED.  And it,

18  summer came, so school stops during the summertime

19  here in America, and I got a summer job.

20     Q     All right.  And where were you in school?

21     A     I don't actually know the name of the

22  place.  It's -- yeah, I know.

23     Q     A GED place?

24     A     Yeah, it was, like, I was previously in

25  Royal Palm Beach High School, but, I mean, because of

1    Q     Okay.  If I can direct your attention back

2    to Defendant's Exhibit 12 at page 15.  And under the

3    heading Response to Interrogatory Number 9, do you

4    see that where it says --

5    A     Yes.

6    Q     -- Ms. Joffrey (pronouncing) -- Giuffre,

7    excuse me, responds as follows?

8    A     Yes.

9    Q     Okay.  It says you worked as a locker room

10   attendant for the spa area, correct?

11   A     Yes.

12   Q     And it says records produced in this case

13   identify the date of employment as 2000, correct?

14   A     Yes.

15   Q     What records that were produced in this

16   case cause you to believe that the employment began

17   in 2000?

18   A     Uhm, is this going back to another

19   question that I'm not allowed to answer?

20   Q     No.

21   A     I have seen the documents, and I know that

22   my employment now was in 2000.

23   Q     What documents did you see that caused you

24   to make that answer?

25   A     The Mar-a-Lago employment documents.

1   masseuses had their own uniforms.

2        Q     What did the masseuses' uniform look like?

3        A     I don't remember.

4        Q     No recollection at all?

5        A     None whatsoever.

6        Q     Color?

7        A     No, sorry.  I remember mine.

8        Q     Okay.  How did it come to pass that you

9   were no longer working at Mar-a-Lago in two to three

10  weeks?

11       A     I was approached by Ghislaine Maxwell.

12       Q     Okay.  And how long had you been working

13  at Mar-a-Lago when you were approached by Ghislaine

14  Maxwell?

15       A     Roughly two to three weeks.

16       Q     Okay.  Where in the spa were you when you

17  were approached by Ghislaine Maxwell?

18       A     Just outside the locker room, sitting

19  where the other girl that works there usually sits.

20  She was away from the desk.  I was reading a book on

21  massage therapy.

22       Q     Was that indoors or outdoors?

23       A     Outdoors.

24       Q     Okay.  And what -- were you in the sun or

25  in the shade?

1    wanted to aim for something higher than being a

2    locker room attendant one day.  And.  Yeah.

3         Q     What was the name of the massage therapist

4    that you were speaking with?

5         A     Oh, I have no idea.

6         Q     Can you give me any physical description

7    of any of them?

8         A     Um, there was one who had blonde short

9    hair.  There was -- I would say there's probably

10   about four massage therapists that work in there.

11   So, I mean, I don't remember all of them.

12        Q     Okay.  What time of day was it?

13              MR. EDWARDS:  Object to the form.

14        A     Afternoon.

15        Q     (BY MS. MENNINGER)  How late?

16        A     Anywhere between 2 to 4.

17        Q     And what time did you get off of work?

18        A     I believe I got off at 5.

19        Q     And what was the rest of your conversation

20   with Ms. Maxwell?

21              I'm sorry, I don't think you finished.

22        A     Thank you.  Well, she noticed I was

23   reading the massage book.  And I started to have

24   chitchat with her just about, you know, the body and

25   the anatomy and how I was interested in it.  And she

1    told me that she knew somebody who was looking for a

2    traveling masseuse.

3            And I said, Well, I don't have any

4    accreditations.  This is the first book I've ever

5    read.  She goes, That's okay.  I know somebody.  We

6    can train you.  We can get you educated.  You know,

7    we can help you along the way if you pass the

8    interview.

9            If the guy likes you, then, you know, it

10   will work out for you.  You'll travel.  You'll make

11   good money.  You'll be educated, and you'll finally

12   get accredited one day.

13       Q    Okay.

14       A    She finished off by, you know, giving me

15   her number.  And I told her I'd have to ask my dad.

16   And I called my dad.  I ran over, actually, to see my

17   dad, talked to him.  He said it would be okay.  I

18   used the phone from Mar-a-Lago to call her and tell

19   her that I was allowed to come over.

20           And she said, Great.  Meet me here at -- I

21   don't remember the exact address, but it was

22   El Brillo Way in Palm Beach -- after you get off.

23   And my dad drove me.

24       Q    Did you write down her add -- the address

25   that she gave?

1        A       Yes.

2        Q       Did you write down her phone number?

3        A       Yes.

4        Q       So did you go run and talk to your dad

5    while she was still there?

6        A       No, I believe she left.  And she told me

7    to ask my dad and then to give her a phone call.

8        Q       Okay.  Did she ask you your age when she

9    had that conversation with you?

10       A       No, she did not.

11       Q       Did you tell her your age?

12       A       No, I did not.

13       Q       And so somewhere you wrote down a phone

14   number to call her back at?

15       A       Um-hum.

16       Q       All right.  And where did you write that

17   down?

18       A       Probably just a piece of paper lying

19   around the desk.

20       Q       Okay.  But you don't remember?

21       A       I mean, no, I don't have that piece of

22   paper anymore, so no.

23       Q       Okay.  And did you write down an address?

24       A       Yes.

25       Q       And what number do you think you called?

1      Q      When did you get your first car?

2      A      After my trip to London to meet Prince

3   Andrew.

4      Q      Okay.  What kind of car did you get?

5      A      A Dodge Dakota.

6      Q      And did you purchase that yourself?

7      A      Yes, I did.

8      Q      And how much did it cost?

9      A      I don't remember off the top of my head

10   how much it cost.

11      Q      Who did you buy it from?

12      A      My dad helped me bargain with it.  I don't

13   remember where we bought it from.

14      Q      And was the title put in your name or your

15   dad's name?

16      A      I think the title was put in my name.  I

17   think.  I mean, my dad was with me.  I've never

18   registered a car or anything like that before.  So --

19      Q      So that was your first time?

20      A      Yes.

21      Q      Memorable, right?

22      A      Yes.

23      Q      When you got there, a butler or someone

24   answered the door, is that what you said?

25      A      No, Ghislaine answered the door.

1        A        Yes.

2        Q        Who else was at home when you got home?

3        A        My mom, my dad and my brother.

4        Q        Which brother?

5        A        Sky.

6        Q        And anyone else who was there at the time?

7        A        I believe Michael might have been living

8    with me at that time.  So he might have been there.

9        Q        Do you recall if he was there when you got

10   home?

11       A        I don't really remember.  I remember what

12   I did when I got home, that I basically made a

13   beeline for the bathroom.

14       Q        Let me ask you a question.  Michael was

15   living with you at that home, at your parents' home

16   at the time, is your best recollection today; is that

17   right?

18       A        That's my best recollection, yes.

19       Q        When you say living with you, were you

20   guys staying in the same room?

21       A        Yes.

22       Q        Were you engaged at that time to him?

23       A        That was a really weird relationship.  He

24   was a friend who looked after me, and he did propose

25   to me and I did say yes.  But my heart was never in

1    it.

2              He was somebody that helped me off the

3    streets so I felt compelled to say yes to him.

4         Q    Okay.  So when he proposed to you and you

5    said yes, did that take place before you started

6    working at Mar-a-Lago or after you started working at

7    Mar-a-Lago?

8         A    Before.

9         Q    And so if he were living with your parents

10   at that time, you were living in the same room; is

11   that correct?

12        A    I believe so.

13        Q    And your parents understood him to be your

14   fiance?

15        A    I don't think they agreed with it, but I

16   think they understood it as that.  I mean --

17        Q    I mean, you communicated to them that he

18   had proposed and you had accepted?

19        A    Yeah, in not such a pretty way.  I mean,

20   they obviously weren't very happy about it.  And it

21   wasn't my true intentions to ever marry him.

22        Q    Okay.

23        A    But I did it to make him feel okay.  I

24   didn't want to be mean.

25        Q    What did your mom say about your

*Agren Blando Court Reporting & Video, Inc.*

1    A    I believe Juan Alessi was pretty much

2    within ear distance.

3    Q    Could you see him?

4    A    Yes.

5    Q    Okay.

6    A    Like I said, in ear distance, when I mean

7    ear distance like hearing, in the hearing vicinity.

8    And it was in the same time that she was asking him

9    to drop me off at home.

10    Q    Okay.  When you were driving home the

11    first night with Juan Alessi, did you have any

12    conversation with him?

13    A    No.  I had told him my address.  It was a

14    very quiet ride.

15    Q    Did you ride in the front or the back?

16    A    The front.

17    Q    It is your contention that, Ghislaine

18    Maxwell had sex with underage girls virtually every

19    day when I was around her, correct?

20    A    Yes.

21    Q    All right.  With whom did Ghislaine

22    Maxwell have sex in your presence?

23    A    Well, there's a lot of girls that were

24    involved.  We weren't on a first name basis with each

25    other.  I wouldn't be able to give you lists of names

*Agren Blando Court Reporting & Video, Inc.*

1    of girls.  It was continuous.

2         Q    It was continuous.  Name one girl that

3    Ghislaine Maxwell had sex with in your presence.

4         A    Emmy Taylor.  I mean, that's a name that I

5    know well because Emmy was always around.

6              I'm trying to think of her name, sorry.

7    Sarah.  Her name used to be Sarah Kellen.  I think

8    she's changed it now that she's married.

9              ███████████████████  (phonetic) -- I can't

10   pronounce her last name properly, but it's around

11   those lines.

12             There were a lot of other girls that I

13   honestly can't remember their names.  I'm sorry.  I

14   wish I could help out more because I really would

15   like to provide more witnesses for this, but I can't

16   remember a lot of girls' names.

17        Q    So those are the three names of females

18   that you observed Ghislaine Maxwell have sex with --

19             MR. EDWARDS:  Object to the form.

20   Mischaracterizes testimony.

21        Q    (BY MS. MENNINGER)  -- is that what I

22   understand your answer to be?

23             MR. EDWARDS:  Objection.  Mischaracterizes

24   her testimony.

25        A    Those are -- those are some three of the

1      Q     More than 20?

2      A     I would say more than 20.

3      Q     More than 50?

4      A     I don't think more than 50, but --

5      Q     Did --

6      A     I don't have an exact number.  I mean,

7   if -- I think if you look at the flight logs, you

8   know, that helps, but then they're not fully

9   complete.  We only have flight logs to one plane and

10  then there's a time I was flown commercially into the

11  island.

12     Q     Um-hum.

13     A     So it's really hard for me to gauge a

14  number.

15     Q     Okay.  Do you have any photographs of

16  yourself on the island?

17     A     I know I used to, but they would be left

18  in that apartment.

19     Q     What other locations did you participate

20  in sexual contact with Ghislaine Maxwell, other than

21  the island?

22     A     Everywhere.  New York, Palm Beach.

23     Q     Where in New York?

24     A     The mansion, Jeffrey's mansion.

25     Q     Okay.  Anywhere else in New York?

*Agren Blando Court Reporting & Video, Inc.*

1    think I met Prince Andrew in 2001.  And Glenn Dubin

2    and Stephen Kaufmann were, like I said, the first

3    people I was sent out to after my training.  So I

4    don't know.  I'm not going to give you an exact time

5    if I don't know it.

6         Q    I asked you the relative order.

7         A    And I'm trying to give you it.

8         Q    And where does Alan Dershowitz fit into

9    that group of people?

10        A    Same.  I can't tell you piece by piece by

11   piece who -- I know Glenn Dubin was first.

12        Q    Okay.

13        A    And I know Stephen Kaufmann was one of the

14   first I was sent to.  Alan Dershowitz could have been

15   between there.  Between, sorry, between Glenn and

16   Stephen.  The first time I was with Alan Dershowitz

17   was in New York, so I wasn't actually sent to him.

18   It actually happened at one of Jeffrey's residences.

19             (Ms. McCawley left the deposition.)

20        A    So it's very hard for me to

21   chronologically give you each person individually.

22        Q    (BY MS. MENNINGER)  Okay.  Name the other

23   politically connected and financially powerful people

24   that Ghislaine Maxwell told you to go have sex with?

25        A    Again, I'm going to tell you "they"

1    because that's how it went.  They instructed me to go

2    to George Mitchell, Jean Luc Brunel, Bill Richardson,

3    another prince that I don't know his name.  A guy

4    that owns a hotel, a really large hotel chain, I

5    can't remember which hotel it was.  Marvin Minsky.

6              There, you know, another foreign

7    president, I can't remember his name.  He was

8    Spanish.  There's a whole bunch of them that I

9    just -- it's hard for me to remember all of them.

10   You know, I was told to do something by these people

11   constantly, told to -- my whole life revolved around

12   just pleasing these men and keeping Ghislaine and

13   Jeffrey happy.  Their whole entire lives revolved

14   around sex.

15             They call massages sex.  They call

16   modeling sex.  They call --

17        Q    I asked you the names for people.  Are you

18   going to tell me any other names or is that all of

19   them?

20        A    I'm trying to think.  That's the answer

21   I'm trying to give to you.  It's that it's so hard to

22   just keep naming and naming and naming.

23        Q    All right.

24        A    A lot of times I would be introduced to

25   them.  I didn't know --

1    many times you want me to keep answering this

2    question.  Both told me to do this, okay?  They both

3    sent me to these people.

4              How many times do you want me to answer

5    this?

6         Q    (BY MS. MENNINGER)  I think you're

7    answering a different question so that's why I'm

8    going to ask you again.  I am not asking you anything

9    about a time when Jeffrey and Ghislaine together told

10   you to go do something.  I'm asking you to name a

11   single time during which Ghislaine Maxwell acting

12   alone directed you to go have sex with another

13   person?

14             MR. EDWARDS:  Objection.  Asked and

15   answered.  Harassing.  Argumentative.

16        A    I've given you the names of the people

17   that Ghislaine instructed me to go have sexual

18   relations with.  I am not discluding (sic) the fact

19   that Jeffrey also told me.

20             Ghislaine told me from her mouth to do

21   these things.  Jeffrey told me from his mouth to do

22   these things with these people.  Ghislaine instructed

23   me to do the things that I did with Jeffrey Epstein

24   on the very first meeting that I had with him.  She

25   brought me there under the preclusion (sic) that I

1    was going to be trained as a masseuse and that she

2    instructed me to take off my clothes and to give oral

3    sex to Jeffrey Epstein.

4         Q     (BY MS. MENNINGER)   Excuse me.   I've asked

5    you for the names.

6         A     I've just given you a name.   Jeffrey

7    Epstein is a big name.

8         Q     All right.

9         A     She instructed me on that one.

10        Q     So you're saying --

11              MR. EDWARDS:   The witness is finishing her

12   answer right now.   She's in the process of explaining

13   one of the people Ghislaine told her to have sex

14   with.

15        Q     (BY MS. MENNINGER)   So you're saying

16   Ghislaine Maxwell directed you to have sex with

17   Jeffrey Epstein?

18        A     Correct.

19        Q     Ghislaine Maxwell directed you to have sex

20   with Glenn Dubin?

21        A     Correct.

22        Q     What words did Ghislaine Maxwell tell you

23   to go have sex with Glenn Dubin?

24        A     It was the same all the time, all right?

25   They want me to go provide these men with a massage.

*Agren Blando Court Reporting & Video, Inc.*

1    A     When it happened?

2    Q     When Ghislaine Maxwell used the words, Go

3  give a massage to Bill Richardson, where were you?

4          MR. EDWARDS:  Object to the form.

5  Mischaracterizes her testimony.

6    A     I can't tell you where we were.  I know

7  where I was sent to.  I don't know where we were when

8  she told me to do that.

9    Q     (BY MS. MENNINGER)  Where were you sent

10  to --

11   A     New Mexico.

12   Q     -- by Ghislaine Maxwell?

13         MR. EDWARDS:  Object to the form.

14  Mischaracterizes her testimony again.

15   A     Are you smiling at me because --

16   Q     (BY MS. MENNINGER)  No, I'm asking you to

17  answer the question.

18   A     I have answered the question.  I was sent

19  to New Mexico.

20   Q     Okay.  Where were you sent from?

21   A     I already answered that.  I don't know

22  where I was sent from.

23   Q     Okay.

24   A     I was flying everywhere with these people.

25   Q     Where were you sent by Ghislaine Maxwell

1    A     No, she was not in the room.  She was in

2   another cabana.

3    Q     And other than telling you to go give the

4   owner of this large hotel chain a massage, do you

5   remember any other words she used to you to direct

6   you in what you should do?

7    A     Not at the time, no.

8    Q     Where did -- where were you and where was

9   Ms. Maxwell when she directed you to go have sex with

10  Marvin Minsky?

11            MR. EDWARDS:  Object to the form.

12   A     I don't know.

13   Q     (BY MS. MENNINGER)  Where did you go to

14  have sex with Marvin Minsky?

15   A     I believe it was the U.S. Virgin Islands,

16  Jeff's -- sorry, Jeffrey Epstein's island in the U.S.

17  Virgin Islands.

18   Q     And when was that?

19   A     I don't know.

20   Q     Do you have any time of year?

21   A     No.

22   Q     Do you know how old you were?

23   A     No.

24   Q     Other than Glenn Dubin, Stephen Kaufmann,

25  Prince Andrew, Jean Luc Brunel, Bill Richardson,

1     another prince, the large hotel chain owner and

2     Marvin Minsky, is there anyone else that Ghislaine

3     Maxwell directed you to go have sex with?

4          A     I am definitely sure there is.  But can I

5     remember everybody's name?  No.

6          Q     Okay.  Can you remember anything else

7     about them?

8          A     Look, I've given you what I know right

9     now.  I'm sorry.  This is very hard for me and very

10    frustrating to have to go over this.  I don't -- I

11    don't recall all of the people.  There was a large

12    amount of people that I was sent to.

13         Q     Do you have any notes of all these people

14    that you were sent to?

15         A     No, I don't.

16         Q     Where are your notes?

17         A     I burned them.

18         Q     When did you burn them?

19         A     In a bonfire when I lived at Titusville

20    because I was sick of going through this shit.

21         Q     Did you have lawyers who were representing

22    you at the time you built a bonfire and burned these

23    notes?

24         A     I've been represented for a long time, but

25    it was not under the instruction of my lawyers to do

1    this.   My husband and I were pretty spiritual people

2    and we believed that these memories were worth

3    burning.

4         Q    So you burned notes of the men with whom

5    you had sex while you were represented by counsel in

6    litigation, correct?

7              MR. EDWARDS:   Object to the form.

8         A    This wasn't anything that was a public

9    document.   This was my own private journal, and I

10   didn't want it anymore.   So we burned it.

11        Q    (BY MS. MENNINGER)   When did you write

12   that journal?

13        A    Just over time.   I started writing it

14   probably in, I don't know, I can't speculate, 2012,

15   2011.

16        Q    So you did not write this journal at the

17   time it happened?

18        A    No.

19        Q    You started writing this journal

20   approximately a decade after you claim you finished

21   being sexually trafficked, correct?

22        A    Yes.

23        Q    And you started writing a journal after

24   you had a lawyer, correct?

25        A    Correct.

1      THE VIDEOGRAPHER:  We're back on the

2  record at 2:55.

3      Q    (BY MS. MENNINGER)  Do you have any

4  photographs of yourself either nude or in a sexually

5  compromising position that you claim were taken by

6  Ghislaine Maxwell?

7      A    I do not have any of those in my evidence.

8  But if you ask Ghislaine Maxwell, she would have

9  plenty.

10      Q    Do you have any in your storage boxes in

11  Sydney?

12      A    No.

13      Q    Do you know whether your attorneys have

14  any such photographs that you claim were taken by

15  Ghislaine Maxwell?

16      A    No.

17      Q    You don't know or they don't have them?

18      A    I don't know.  And I don't think they have

19  them.  If they had them, they would have told me.

20  You should ask your client.  She's got plenty of

21  them.

22      Q    What type of camera did Ghislaine Maxwell

23  use?

24      A    It was a black camera.  And it had a, I

25  don't know the types and names of them, but the lens

1    that goes out.

2         Q    Was it digital or single reflex?

3         A    Again, I don't know types of cameras.  I

4    mean, I use my phone for using a camera.  So it's a

5    black camera and it had a lens that you could put out

6    further or bring back.

7         Q    Did you ask her to take any photographs of

8    you?

9         A    No.  She asked to take photographs of me.

10        Q    Was it a film or a digital camera?

11        A    I never saw how she printed them out.

12        Q    What's the first time you told anybody

13   that you had been sexually trafficked?

14             MR. EDWARDS:   Form.

15        A    Tony Figueroa, my ex-boyfriend, knew some

16   of the stuff that was happening, though I did not go

17   in great detail to him, being that he's my boyfriend.

18   And then the first person I really opened up to about

19   everything was my husband.

20        Q    (BY MS. MENNINGER)  Did you tell Tony

21   Figueroa that you were forced to have sex with

22   Jeffrey Epstein?

23        A    Yes.

24        Q    Did you tell Tony Figueroa you were forced

25   to have sex with Ghislaine Maxwell?

1    any interactions with law enforcement?

2        A     Yes.

3        Q     When?

4        A     When I tried to break away from Jeffrey

5    and Ghislaine, I started making myself unavailable.

6    And I got a job at Road House Grill.  And Tony used

7    to come pick me up in the afternoons, at nighttime,

8    and he'd sit at the bar.  And there's this big cup

9    that's got tips in it.

10            I was in the back room.  And I had to --

11   first you have to sign out and you have to take off

12   your aprons, put your aprons away.  And there's a

13   whole bunch of cleaning up stuff you have to do.

14            In that time period, Tony grabbed money

15   from a cup that had money in it.  That was for the

16   bartenders for their tips.  My boss called me the

17   next day.  He told me that I had stolen the money,

18   which I hadn't.  And I came back and I returned the

19   money after I confronted Tony about it.  Gave the

20   money back to him and he said, I'm sorry, but it's

21   just law that I have to call the police.  So he

22   called the police.

23            And knowing that Jeffrey has got the Palm

24   Beach Police Department in his pocket, I went to

25   Jeffrey Epstein and I told him what had happened.

1    And Jeffrey said, Don't worry about it.  Let me take

2    care of it for you.

3         Q    Okay.  I'm sorry.  When did you have

4    interaction with law enforcement, then?

5         A    What year?

6         Q    Did you speak with a law enforcement

7    officer?

8         A    I don't believe I spoke to them.  Jeffrey

9    handled everything.

10        Q    Okay.  And you said that you had finished

11   your shift at -- this is at the Road House Grill,

12   correct?

13        A    Correct.

14        Q    You had finished your shift?

15        A    Yeah, it was the end of the shift.

16        Q    Okay.  And you had cleaned up and were

17   checking out, correct?

18        A    Yeah, it's a completely separate part of

19   the -- it's like back of the house.  Do you know what

20   that means, like in waitering terms?

21        Q    (Indicating.)

22        A    Yeah, back of the house.

23        Q    And what was -- who was this boss that you

24   spoke to?

25        A    I can't remember his name.

1    exclusivity?

2         A     Yes.

3         Q     What was that period?

4         A     I believe it was like a three-month period

5    or something.

6         Q     Okay.  And what other terms of the

7    contract, do you recall?

8         A     I couldn't talk to any other news

9    publication about the story.

10        Q     Anything else?

11        A     Not that I know of.

12        Q     Were you happy when the period was up?

13        A     Well, I mean, at that time I wanted to

14   write about my story.  So I guess, yes, I was happy

15   when that period was up.

16        Q     And you were actively writing a book at

17   that time, correct?

18        A     My manuscript.  I've never published it.

19        Q     You were writing the manuscript at the

20   time of your period of exclusivity with Sharon

21   Churcher, correct?

22        A     Those three months were just craziness.  I

23   think I started after that.

24        Q     You think you started writing the book

25   after the 90 days were up?

1       A       Yeah.

2       Q       And then you attempted to sell that

3    manuscript, correct?

4       A       I didn't attempt to sell it.  I went to

5    other publications, like, what do you call them?

6    People -- I'm trying to think of the name of the

7    word.  People who publish books, not like a newspaper

8    or anything.  And I inquired about what they thought

9    of my manuscript and if they thought it was, you

10   know, a good story.  And, yeah.

11      Q       So you sent the manuscript to these people

12   for the purposes of trying to publish the book,

13   correct?

14      A       Some people, yes.

15      Q       And you were trying to get money from the

16   book publication, correct?

17      A       Well, I wasn't going to sell it to them

18   for free.

19      Q       But you were unsuccessful in finding

20   someone to publish it, correct?

21      A       Well, I was always on the fence with it.

22   I wasn't too sure if I wanted to or didn't want to.

23   I was more seeking judgment based upon these people

24   who have done this plenty and plenty of times.

25              Still to this day, I mean, I've had people

1    who have been interested in it and I still don't know

2    if I want to do it yet.  I mean, I think there's a

3    lot more that can go into it, you know.

4         Q     You were actively sending the manuscript

5    to people for purposes of having them reach a deal

6    with you and publish it, correct?

7         A     No deal was ever talked about.  What we

8    talked about was the possibility of publishing it, is

9    it publishing-worthy, would I need to get a

10   ghostwriter.  You know, this is the first time I've

11   ever written a manuscript so I didn't know what I was

12   doing.

13        Q     Okay.  You contacted Jarred Weisfeld,

14   correct?

15        A     Correct.

16        Q     I'm going to mark a document as

17   Defendant's Exhibit 16.  It is a composite exhibit.

18              (Exhibit 16 marked.)

19              MR. EDWARDS:  Thank you.

20        Q     (BY MS. MENNINGER)  I'm not going to ask

21   you to read every single page of this, but if you

22   look at the first page.

23        A     Um-hum.

24        Q     Can you tell what this is in terms of what

25   type of document?

1  calm the anxiety and everything down.

2      Q      Before you met Jeffrey Epstein, had you

3  used any drugs?

4      A      Sure, yes.

5      Q      Which drugs had you used prior to meeting

6  Jeffrey Epstein?

7      A      I smoked pot.  I've taken Ecstasy.

8      Q      Cocaine?

9      A      Yeah, I would have snorted cocaine,

10  um-hum.

11      Q      Did you ever abuse alcohol before meeting

12  Jeffrey Epstein?

13      A      No, I was -- I wasn't even of age to be

14  able to buy it.  I mean, if there was alcohol at

15  parties I would have drank it, but I wouldn't say I

16  abused it.

17      Q      Okay.  Were there ever occasions upon

18  which you were observed to be drunk by other people,

19  prior to meeting Jeffrey Epstein?

20      A      If you're drinking, the possibility of

21  getting drunk is always there.  I don't -- I can't

22  recall exact situation where that was the case,

23  but --

24      Q      Were you diagnosed as a drug addict prior

25  to meeting Jeffrey Epstein?

*Agren Blando Court Reporting & Video, Inc.*

```
1   AGREN BLANDO COURT REPORTING & VIDEO, INC.
    216 - 16th Street, Suite 600
2   Denver, Colorado  80202
    4450 Arapahoe Avenue, Suite 100
3   Boulder, Colorado  80303

4   May 11, 2016

5   Sigrid S. McCawley, Esq.
    BOIES, SCHILLER & FLEXNER LLP
6   401 East Las Olas Boulevard
    Suite 1200
7   Fort Lauderdale, FL 33301-2211

8   Re:  Videotaped Deposition of VIRGINIA GIUFFRE
             Giuffre v. Maxwell
9            Case No. 15-cv-07433-RWS

10  The aforementioned deposition is ready for reading
    and signing.  Please attend to this matter by
11  following BOTH of the items indicated below:

12          Call 303-296-0017 and arrange with us to read
            and sign the deposition in our office.
13
     XXX   Have the deponent read your copy and sign
14          the signature page and amendment sheets, if
            applicable; the signature page is attached.
15
            Read the enclosed copy of the deposition and
16          sign the signature page and amendment
            sheets, if applicable; the signature page is
17          attached.

18   XXX   WITHIN 30 DAYS OF THE DATE OF THIS LETTER

19          By         due to a trial date of

20  Please be sure the original signature page and
    amendment sheets, if any, are SIGNED BEFORE A NOTARY
21  PUBLIC and returned to Agren Blando for filing with
    the original deposition.  A copy of these changes
22  should also be forwarded to counsel of record.
    Thank you.
23
    AGREN BLANDO COURT REPORTING & VIDEO, INC.
24

25  cc:  All Counsel
```

# *GIUFFRE*

# *VS.*

# *MAXWELL*

**Deposition**

## *VIRGINIA GIUFFRE VOLUME II*

*11/14/2016*

---

## *Agren Blando Court Reporting & Video, Inc.*

*216 16th Street, Suite 600*
*Denver Colorado, 80202*
*303-296-0017*

*Agren Blando Court Reporting & Video, Inc.*

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Civil Action No. 15-cv-07433-RWS


CONFIDENTIAL VIDEO DEPOSITION OF
VIRGINIA GIUFFRE, VOLUME II

November 14, 2016


VIRGINIA L. GIUFFRE,

Plaintiff,

v.

GHISLAINE MAXWELL,

Defendant.


APPEARANCES:

        BOIES, SCHILLER & FLEXNER LLP
            By Sigrid S. McCawley, Esq.
            401 East Las Olas Boulevard
            Suite 1200
            Fort Lauderdale, FL 33301
            Phone: 954.356.0011
            smccawley@bsfllp.com
            Appearing on behalf of the Plaintiff

*Agren Blando Court Reporting & Video, Inc.*

```
 1     APPEARANCES:   (Continued)

 2           HADDON, MORGAN AND FORMAN, P.C.
                 By Laura Menninger, Esq.
 3                   Jeffrey S. Pagliuca, Esq.
                     150 East 10th Avenue
 4                   Denver, CO 80203
                     Phone: 303.831.7364
 5                   lmenninger@hmflaw.com
                     jpagliuca@hmflaw.com
 6                   Appearing on behalf of the
                     Defendant
 7
       Also Present:
 8                   Ann Lundberg, Paralegal
                     Maryvonne Tompkins, Videographer
 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1    A    Yes.

2    Q    And you believe the Neiman Marcus was

3  located in which city?

4    A    Well, it's around Fort Lauderdale.  I

5  can't tell you exactly.  Fort Lauderdale is so big,

6  like Broward County?  Is that the word for it?

7    Q    And what did you do at Neiman Marcus?

8    A    I worked in the changing rooms.

9    Q    And what did you do in the changing room?

10   A    I think I just like -- if I remember

11  right, I just put clothes away that people left in

12  there.  Probably went out to get sizes, different

13  sizes for women who wanted different sizes of the

14  same product.

15   Q    And where did you work after Neiman

16  Marcus?

17   A    Taco Bell.

18   Q    Did you work at Southeast Employee

19  Management Company?

20   A    I don't recognize that.  I don't know if

21  that's a payroll company or what it is.  I don't know

22  what Southeast -- what is it called?

23   Q    Southeast Employee Management Company.

24   A    No, I don't remember that.

25   Q    Did you ever work as a temp?

1    A    Not that I remember.

2    Q    Going to different offices and filling in?

3    A    No.

4    Q    Did you work for Oasis Outsourcing?

5    A    I don't -- I don't know if that's a

6    payroll company or if that's an actual place, but

7    that doesn't ring a bell.

8    Q    Did you -- do you know how much you got

9    paid when you were working at places like Oasis

10   Outsourcing?

11   A    Well, considering I don't know if I worked

12   at Oasis Outsourcing, I wouldn't even know how much I

13   got paid.

14   Q    Did you review your Social Security

15   records?

16   A    Yes.

17   Q    You saw Oasis Outsourcing listed there?

18   A    Right, but like I said, it doesn't even

19   ding a bell at all.

20   Q    Do you know how much money they said you

21   made from them?

22        MS. MCCAWLEY:  Objection.  If you want to

23   show her the documents, she can see what amount is

24   listed and answer your questions, but if you're not

25   going to show her the document, that's the best she

1    can do.

2         A     Yeah, if you could.  I'm happy to answer

3    your questions.  I want to be helpful, so...

4         Q     (BY MS. MENNINGER)  Great.  Well, do you

5    remember how much money you made from Oasis

6    Outsourcing?

7         A     Like I said, I don't even remember working

8    for Oasis Outsourcing, or what it is, so I couldn't

9    tell you.

10        Q     Do you remember how much money you were

11   making per hour at Neiman Marcus?

12        A     No, not off the top of my head.

13        Q     Do you know how many months you worked

14   there?

15        A     Not long.  I'd probably say -- I mean, I

16   don't know.  I'm not going to guess.  But around the

17   three-month mark would be my -- I don't know the

18   exact answer.

19        Q     Do you remember any of your coworkers?

20        A     No.

21        Q     Did you work at Mannino's?

22        A     Briefly, yes.

23        Q     What is Mannino's?

24        A     A cute little Italian restaurant in

25   Wellington.

1      Q      And what did you do at Mannino's?

2      A      I did waitressing.

3      Q      And how much did you make?

4      A      Oh, I don't know.  I don't remember.

5      Q      Did you work at TGI Fridays?

6      A      Again, very shortly.  Short time period,

7   and I was a waitress again.

8      Q      And how much did you make there?

9      A      I have no idea.

10      Q      Did you get fired?

11      A      No.

12      Q      Why did you leave?

13      A      I was -- that's around the time period

14   that I was approached by -- I can't remember his

15   name, but he owned a veterinary clinic or he was a

16   vet, one of the two, and he offered me to come work

17   for him.

18      Q      When you were working at TG -- TGI

19   Fridays, were you also working at the Roadhouse

20   Grill?

21      A      No.

22      Q      Those were not at the same time?

23      A      I don't know.  I don't think so.  Maybe

24   consecutively like after each other.

25      Q      Do you recall working at the Roadhouse

1      Grill?

2           A     Yes.

3           Q     And why did you leave there?

4           A     We all know that the thing that went down

5      there.  Tony picked me up and took some money out of

6      a jar, and then I went to go give it back to the guy,

7      thinking that it would be all right, and it wasn't.

8      So I got fired, I think.

9           Q     Sure.  Okay.  I show you some -- are we on

10     9?

11                MR. PAGLIUCA:  Yes, 9.

12          Q     (BY MS. MENNINGER)  I'd like to show you

13     Defendant's Exhibit 9.

14                (Exhibit 9 marked.)

15                THE DEPONENT:  Thank you.

16          Q     (BY MS. MENNINGER)  Do you recognize your

17     handwriting on this document?

18          A     Yes.

19          Q     Did you fill out an application for

20     employment --

21          A     Yes.

22          Q     -- on March 26th of 2002?

23          A     Yes.

24          Q     And where were you living at that time?

25          A     I've put down my parents' address, but I

1    and seasonal employee, correct?

2         A      Correct.

3         Q      And your dad was a full-time year-round

4    employee, right?

5         A      Yes.

6         Q      He worked there all the time.

7         A      Yes.

8         Q      And your job was a seasonal employment.

9         A      Well, as far as I know --

10               MS. MCCAWLEY:  Objection.

11        A      -- I was hired for the summer, so...

12        Q      (BY MS. MENNINGER)  Right.  Okay.  So the

13   work hours, in the next paragraph, what -- what is

14   that -- can you just read that bottom paragraph for

15   us?

16        A      "The Club never shuts down from

17   November 1st to Mother's Day; for 24 hours a day, 7

18   days a week, it serves the diverse needs of our

19   members.  Therefore to ensure the adequate coverage

20   at all times, departments have arranged different

21   schedules for their employees."

22        Q      Okay.  I'm going to show you Defendant's

23   Exhibit 20.

24        A      Close this one?

25        Q      Yeah.

*Agren Blando Court Reporting & Video, Inc.*

1   STATE OF COLORADO)

2                    )   ss.   REPORTER'S CERTIFICATE

3   COUNTY OF DENVER )

4            I, Pamela J. Hansen, do hereby certify that

5   I am a Registered Professional Reporter and Notary

6   Public within the State of Colorado; that previous to

7   the commencement of the examination, the deponent was

8   duly sworn to testify to the truth.

9            I further certify that this deposition was

10  taken in shorthand by me at the time and place herein

11  set forth, that it was thereafter reduced to

12  typewritten form, and that the foregoing constitutes

13  a true and correct transcript.

14           I further certify that I am not related to,

15  employed by, nor of counsel for any of the parties or

16  attorneys herein, nor otherwise interested in the

17  result of the within action.

18           In witness whereof, I have affixed my

19  signature this 23rd day of November, 2016.

20           My commission expires September 3, 2018.

21

22

                 Pamela J. Hansen, CRR, RPR, RMR
23               216 - 16th Street, Suite 600
                 Denver, Colorado  80202
24

25

# EXHIBIT 6
(Filed Under Seal)

ROSS NEIL  SUTHERLAND GOW   11/18/2016

1                    IN THE HIGH COURT OF JUSTICE
                       QUEEN'S BENCH DIVISION
2

3                        Claim No. CR 2016 624

4    BETWEEN:

5                      VIRGINIA L. GIUFFRE
                                            Applicant,
6                          and

7                         ROSS GOW,

8                                           Respondent.

9    AND:

10                 UNITED STATES DISTRICT COURT
                   SOUTHERN DISTRICT OF NEW YORK
11

12   Virginia L. Giuffre,      )
               Plaintiff,      )
13                             )
                    v.         )    Case No. 15 cv 07433 RWS
14                             )
        Ghislaine Maxwell,     )
15            Defendant.       )

16

17                   Friday, November 18, 2016

18                       AT: 8:27 a.m.

19                        Taken at:

20

21                    Essex Chambers 29,
                       81 Chancery Lane,
22                  London, UK, WC2A 1DD

23

24   Court Reporter:  Lisa Barrett, Accredited Real time
     Reporter
25

| | | | |
|---|---|---|---|
| 1 | A. | No, I have not. | 08:31:58 |
| 2 | Q. | When you met her last night, did she assist you | 08:32:01 |
| 3 | | in preparation for this deposition? | 08:32:04 |
| 4 | A. | No. | 08:32:07 |
| 5 | Q. | Did she tell you anything about this case? | 08:32:10 |
| 6 | A. | No. | 08:32:13 |
| 7 | Q. | Do you know Ghislaine Maxwell? | 08:32:20 |
| 8 | A. | I do know Ms. Maxwell, yes. | 08:32:24 |
| 9 | Q. | How did you meet her? | 08:32:26 |
| 10 | A. | I met her in the offices of Devonshires law | 08:32:27 |
| 11 | | firm on or around March 2011. | 08:32:31 |
| 12 | Q. | So your first meeting was in person? | 08:32:37 |
| 13 | A. | First meeting was in person, yes. | 08:32:41 |
| 14 | Q. | Had you spoken to her prior to that? | 08:32:42 |
| 15 | A. | I believe that the very first engagement was -- | 08:32:45 |
| 16 | | I was introduced to her by my chairman Brian Basham but | 08:32:50 |
| 17 | | I believe the first words we had were in the Devonshire | 08:32:54 |
| 18 | | law office. | 08:32:58 |
| 19 | Q. | Did Ms. Maxwell retain the services of you or | 08:33:00 |
| 20 | | your firm? | 08:33:03 |
| 21 | A. | Yes, she did. | 08:33:04 |
| 22 | Q. | And was that in March of 2011? | 08:33:06 |
| 23 | A. | It was. | 08:33:09 |
| 24 | Q. | Do you have a written agreement? | 08:33:11 |
| 25 | A. | We did have a written agreement but I can no | 08:33:14 |

| | |
|---|---|
| 1   longer locate that agreement. | 08:33:16 |
| 2       Q.   Was that agreement ever renewed? | 08:33:19 |
| 3       A.   It was renewed, I believe on or around the | 08:33:21 |
| 4   beginning of January 2015, potentially the 2nd of January | 08:33:26 |
| 5   via email. | 08:33:32 |
| 6       Q.   Was the agreement revised when it was renewed? | 08:33:34 |
| 7       A.   It wasn't revised.  It was a straightforward | 08:33:38 |
| 8   re-establishment of the original agreement. | 08:33:42 |
| 9       Q.   Is it your belief that that agreement was in | 08:33:45 |
| 10  effect on January 2nd, 2015? | 08:33:49 |
| 11      A.   Yes. | 08:33:53 |
| 12      Q.   Do you recall the terms of that agreement? | 08:33:59 |
| 13      A.   Well, it was a re-establishment of an existing | 08:34:03 |
| 14  agreement so if we go back to the original agreement, it | 08:34:06 |
| 15  was to provide public relations services to Ms. Maxwell | 08:34:08 |
| 16  in the matter of Guiffre and her activities. | 08:34:13 |
| 17          MS. SCHULTZ:  I'm marking as Exhibit 2, a | 08:34:29 |
| 18  document labeled GM 00068. | 08:34:31 |
| 19          (Exhibit 2 was marked for identification) | 08:30:48 |
| 20          MR. DYER:  Why don't you start making a pile of | 08:34:38 |
| 21  them, Mr. Gow, because it may be that later on you'll be | 08:34:40 |
| 22  asked to go back to them. | 08:34:43 |
| 23          THE WITNESS:  Yes, sir. | 08:34:44 |
| 24          MR. DYER:  You don't have copies for me of | 08:34:55 |
| 25  these documents? | 08:34:57 |

Case 18-2868, Document 283, 08/09/2019, 2628241, Page123 of 883

| | |
|---|---|
| 1          MS. SCHULTZ:  I do not have any more copies on | 08:34:58 |
| 2   that. | 08:34:59 |
| 3          MR. DYER:  No, no, no, it's much more important | 08:35:00 |
| 4   that ... just for the purpose of following things, it's | 08:35:00 |
| 5   easier. | 08:35:03 |
| 6          BY MS. SCHULTZ: | 08:35:12 |
| 7      Q.   Is ross@acuityreputation.com your email | 08:35:12 |
| 8   address? | 08:35:15 |
| 9      A.   It is, my business email, yes. | 08:35:16 |
| 10     Q.   Did you send the email depicted in this | 08:35:18 |
| 11  document? | 08:35:21 |
| 12     A.   Yes, I did. | 08:35:26 |
| 13     Q.   Did you send it on January 2nd, 2015? | 08:35:27 |
| 14     A.   I believe I did. | 08:35:31 |
| 15     Q.   When you sent that email were you acting | 08:35:34 |
| 16  pursuant to Ms. Maxwell's retention of your services? | 08:35:36 |
| 17     A.   Yes, I was. | 08:35:41 |
| 18     Q.   Could you please tell me everything you know | 08:35:58 |
| 19  about Virginia Roberts Guiffre. | 08:36:00 |
| 20         MS. MENNINGER:  Objection, foundation and form. | 08:36:09 |
| 21         MR. DYER:  You may answer. | 08:36:11 |
| 22  BY MS. SCHULTZ: | 08:36:11 |
| 23     Q.   You testified earlier that you were retained -- | 08:36:12 |
| 24         MR. DYER:  Are you withdrawing that question? | 08:36:15 |
| 25         BY MS. SCHULTZ: | 08:36:17 |

| | | |
|---|---|---|
| 1 | Q.   No, I'm not, I'm not.  Please -- I am | 08:36:17 |
| 2 | withdrawing that question. | 08:36:20 |
| 3 | MR. DYER:  Alright. | 08:36:20 |
| 4 | MS. SCHULTZ:  I am withdrawing that question. | 08:36:20 |
| 5 | BY MS. SCHULTZ: | 08:36:22 |
| 6 | Q.   You testified previously that you were retained | 08:36:22 |
| 7 | to handle matters relating to Virginia Roberts Guiffre; | 08:36:24 |
| 8 | is that correct? | 08:36:29 |
| 9 | A.   Correct. | 08:36:30 |
| 10 | Q.   Okay.  So you are aware of who Ms. Roberts | 08:36:31 |
| 11 | Guiffre is? | 08:36:35 |
| 12 | A.   I am. | 08:36:36 |
| 13 | Q.   Okay.  Please tell me everything you know about | 08:36:37 |
| 14 | Virginia Roberts Guiffre, please. | 08:36:39 |
| 15 | MS. MENNINGER:  Objection, foundation, form, | 08:36:42 |
| 16 | and may call for privileged materials. | 08:36:43 |
| 17 | BY MS. SCHULTZ: | 08:36:45 |
| 18 | Q.   You can answer -- to the extent that anything | 08:36:46 |
| 19 | you testify to is not protected by a privilege. | 08:36:48 |
| 20 | A.   Ms. Roberts first came to my attention on or | 08:36:58 |
| 21 | around March 2011 when I was called into a meeting with | 08:37:03 |
| 22 | Philip Barden and Ms. Maxwell at Devonshires law office, | 08:37:08 |
| 23 | that she had made -- Ms. Guiffre had made extremely | 08:37:14 |
| 24 | unpleasant allegations about Ms. Maxwell's private life. | 08:37:20 |
| 25 | We were -- Acuity Reputation, my firm | 08:37:26 |

| | | |
|---|---|---|
| 1 | was called in to protect Ms. Maxwell's reputation, and | 08:37:29 |
| 2 | to set the record straight.  That was -- and that work | 08:37:33 |
| 3 | commenced on or around March of 2011. | 08:37:42 |
| 4 | Q.   What do you mean by "set the record straight"? | 08:37:46 |
| 5 | A.   Ms. Guiffre's allegations about Ms. Maxwell | 08:37:51 |
| 6 | were, we believe, and to this day continue to believe, | 08:37:55 |
| 7 | untrue, defamatory, and fantastical.  And with | 08:37:58 |
| 8 | Devonshires' lawyers, we set about putting out -- | 08:38:09 |
| 9 | crafting a statement which would put Ms. Maxwell's point | 08:38:15 |
| 10 | of view across that Ms. Guiffre's allegations were untrue | 08:38:19 |
| 11 | and, frankly, abhorrent. | 08:38:25 |
| 12 | Q.   What advice did you give Miss Maxwell as part | 08:38:28 |
| 13 | of your retention? | 08:38:31 |
| 14 | A.   It is standard procedure in cases where it's | 08:38:32 |
| 15 | understood that a party may be defaming one's client that | 08:38:36 |
| 16 | one puts out a statement correcting those allegations and | 08:38:42 |
| 17 | providing a clearer picture of where the truth lies.  So | 08:38:46 |
| 18 | it was very much our counsel that Ms. Maxwell put out a | 08:38:49 |
| 19 | statement, vehemently denying the allegations. | 08:38:55 |
| 20 | Q.   When you testified that Ms. Guiffre, I'm going | 08:38:59 |
| 21 | to refer to her by just her married name, came to your | 08:39:03 |
| 22 | attention at that March 2011 meeting at Devonshires with | 08:39:06 |
| 23 | Mr. Barden and Ms. Maxwell, correct, and you learned | 08:39:12 |
| 24 | about her at that meeting; is that correct? | 08:39:16 |
| 25 | A.   Correct. | 08:39:18 |

| | |
|---|---|
| 1   remaining, so... | 08:58:14 |
| 2            I've marked as Exhibit 3 RG(UK) 00002.  Do you | 08:58:15 |
| 3   recognize this email? | 08:58:47 |
| 4       A.   I do. | 08:58:48 |
| 5       Q.   Did you receive this email? | 08:58:49 |
| 6       A.   I did, on the -- on New Year's Day 2015. | 08:58:50 |
| 7       Q.   Did you contact Ms. Maxwell after receiving | 08:58:57 |
| 8   this email? | 08:58:58 |
| 9       A.   I did. | 08:58:59 |
| 10      Q.   Did you make any response to Mr. Ball in any | 08:59:19 |
| 11  form? | 08:59:22 |
| 12      A.   I did. | 08:59:22 |
| 13      Q.   Can you tell me what you -- what response you | 08:59:25 |
| 14  made? | 08:59:26 |
| 15      A.   Well, the response to Mr. Ball was part of a | 08:59:27 |
| 16  series of responses having spoken to my client within 24 | 08:59:33 |
| 17  hours or so, we got back to Mr. Ball with an agreed | 08:59:41 |
| 18  statement which went out to a number of media. | 08:59:44 |
| 19      Q.   When you say "agreed statement" can you tell me | 08:59:50 |
| 20  more about what you mean?  Who agreed to the statement? | 08:59:52 |
| 21      A.   I need to give you some context, if I may, | 08:59:58 |
| 22  about that statement. | 09:00:01 |
| 23                  So, this is on New Year's Day.  I was | 09:00:02 |
| 24     in France so the email time here of 21:46, in French | 09:00:04 |
| 25     time was 22:46, and I was getting up early the next | 09:00:10 |

| | |
|---|---|
| 1   morning to drive my family back from the south of | 09:00:14 |
| 2   France to England, which is a 14-hour journey, door to | 09:00:17 |
| 3   door.  So on the morning of the 2nd of January, | 09:00:22 |
| 4   bearing in mind that Ms. Maxwell, I think was in New | 09:00:26 |
| 5   York then, she was five hours behind, so there was | 09:00:28 |
| 6   quite a lot of, sort of time difference between the | 09:00:30 |
| 7   various countries here, I sent her an email, I | 09:00:35 |
| 8   believe, saying -- parsing this -- forwarding this | 09:00:38 |
| 9   email to her saying "How do you wish to proceed?" And | 09:00:41 |
| 10  then I was on the telephone -- I had two telephones in | 09:00:45 |
| 11  the car, I received in excess of 30 phone calls from | 09:00:50 |
| 12  various media outlets on the 2nd of January, all | 09:00:54 |
| 13  asking for information about how Ms. Maxwell was | 09:01:00 |
| 14  looking to respond to the latest court filings, which | 09:01:04 |
| 15  were filed on the 30th of December as I understand. | 09:01:10 |
| 16            And by close -- towards close of play | 09:01:13 |
| 17  on the 2nd, I received an email forwarded by | 09:01:16 |
| 18  Ms. Maxwell, containing a draft statement which my | 09:01:33 |
| 19  understanding was the majority of which had been | 09:01:36 |
| 20  drafted by Mr. Barden with a header along the lines of | 09:01:39 |
| 21  "This is the agreed statement."  At close of play on | 09:01:44 |
| 22  the 2nd. | 09:01:48 |
| 23            So I -- I was -- I had gone under the | 09:01:50 |
| 24  Channel Tunnel and I was sitting on the other side and | 09:01:54 |
| 25  that email, which my understanding was that it had | 09:01:57 |

| | | |
|---|---|---|
| 1 | been signed off by the client, effectively, was then | 09:02:01 |
| 2 | sent out to a number of media, including Mr. Ball and | 09:02:05 |
| 3 | various other UK newspapers. | 09:02:09 |
| 4 | Q.   Mr. Gow, when you say "end of play" and "close | 09:02:12 |
| 5 | of play," are you referring to sending the email that's | 09:02:15 |
| 6 | Exhibit 2? | 09:02:18 |
| 7 | A.   Yes, I am. | 09:02:24 |
| 8 | MR. DYER:  My understanding is that it went to | 09:02:29 |
| 9 | people other than those listed? | 09:02:30 |
| 10 | THE WITNESS:  Yes, that is -- | 09:02:32 |
| 11 | MR. DYER:  Just a sample. | 09:02:34 |
| 12 | THE WITNESS:  That is a sample.  Everyone who | 09:02:35 |
| 13 | effectively -- well, the detail on this, I was driving, | 09:02:37 |
| 14 | so my eldest son in the back had my BlackBerry and was | 09:02:40 |
| 15 | trying to capture -- it was a pretty chaotic day. | 09:02:43 |
| 16 | Most people in the UK were on holiday.  In fact, | 09:02:48 |
| 17 | it was a holiday weekend, our office was closed, my PA was | 09:02:50 |
| 18 | on holiday, so my son was basically doing an internship in | 09:02:54 |
| 19 | the back of the car, downloading the names of the callers | 09:02:58 |
| 20 | from various media outlets and -- so we had a list of | 09:03:02 |
| 21 | those so when I got to the car park, at the end of the | 09:03:05 |
| 22 | Eurotunnel thing in the UK, I had numerous names, so the | 09:03:09 |
| 23 | email went out to a wide range of people. | 09:03:14 |
| 24 | But the 30 or so calls I had is an aggregate | 09:03:17 |
| 25 | number, so there might have been five calls from the BBC | 09:03:20 |

| | |
|---|---|
| 1   10 more seconds. | 09:19:50 |
| 2         MS. SCHULTZ:  Understood, and I apologize. | 09:19:52 |
| 3         MR. SPEARMAN:  This is what, Exhibit 9? | 09:19:54 |
| 4         MR. DYER:  Yes. | 09:19:56 |
| 5         MS. SCHULTZ:  Yes. | 09:19:56 |
| 6         (Exhibit 9 was marked for identification.) | 09:19:56 |
| 7    BY MS. SCHULTZ: | 09:20:01 |
| 8      Q.   This also appears to be an email chain with you | 09:20:02 |
| 9    and Ms. Maxwell; is that correct? | 09:20:05 |
| 10     A.   It does appear to be so. | 09:20:07 |
| 11     Q.   Did you send the top email of the chain that | 09:20:08 |
| 12   says "Okay, G, going with this"? | 09:20:10 |
| 13     A.   I did. | 09:20:13 |
| 14     Q.   And did you receive from Ms. Maxwell, the | 09:20:14 |
| 15   bottom email of that chain? | 09:20:16 |
| 16     A.   I believe so.  Well, I believe -- yes, yeah, it | 09:20:17 |
| 17   was forwarded from Ms. Maxwell, yes. | 09:20:21 |
| 18         MR. DYER:  Sorry, I don't quite understand that | 09:20:29 |
| 19   answer. | 09:20:31 |
| 20         THE WITNESS:  I misspoke that.  I did receive | 09:20:33 |
| 21   it from Ms. Maxwell. | 09:20:34 |
| 22         MR. DYER:  Okay. | 09:20:38 |
| 23    BY MS. SCHULTZ: | 09:20:38 |
| 24     Q.   The subject line does have "FW" which to me | 09:20:39 |
| 25   indicates it's a forward.  Do you know where the rest of | 09:20:42 |

| | |
|---|---|
| 1 | this email chain is? | 09:20:45 |
| 2 | A. My understanding of this is: It was a holiday | 09:20:49 |
| 3 | in the UK, but Mr. Barden was not necessarily accessible, | 09:20:54 |
| 4 | at some point in time, so this had been sent to him | 09:20:59 |
| 5 | originally by Ms. Maxwell, and because he was | 09:21:03 |
| 6 | unavailable, she forwarded it to me for immediate action. | 09:21:07 |
| 7 | I therefore respond, "Okay, Ghislaine, I'll go with | 09:21:14 |
| 8 | this." | 09:21:19 |
| 9 | It is my understanding that this is | 09:21:20 |
| 10 | the agreed statement because the subject of the second | 09:21:22 |
| 11 | one is "Urgent, this is the statement" so I take that | 09:21:24 |
| 12 | as an instruction to send it out, as a positive | 09:21:27 |
| 13 | command: "This is the statement." | 09:21:30 |
| 14 | Q. Okay. | 09:21:33 |
| 15 | A. And I say, "Thanks, Philip" because I'm aware | 09:21:33 |
| 16 | of the fact that he had a hand, a considerable hand in | 09:21:37 |
| 17 | the drafting. | 09:21:40 |
| 18 | Q. Okay. Could I ask you to please refer back to | 09:21:41 |
| 19 | Exhibit 2. Looking also at Exhibit 9, Exhibit 9 appears | 09:21:47 |
| 20 | to have five sentences in it. Do you agree that those | 09:22:03 |
| 21 | same five sentences are part of the communication that is | 09:22:10 |
| 22 | borne in Exhibit 2? | 09:22:13 |
| 23 | A. Sorry, could you say that again. I'm just | 09:22:18 |
| 24 | following what your -- | 09:22:20 |
| 25 | Q. It was a bad question. Let me try that again. | 09:22:21 |

| | |
|---|---|
| 1      Q.    Okay.   Have you ever communicated anything | 09:54:42 |
| 2   regarding Ms. Guiffre's criminal allegations to the press | 09:54:52 |
| 3   or the media? | 09:54:56 |
| 4      A.    As part of a wider conversation about her | 09:54:58 |
| 5   unsavory allegations about Ms. Maxwell, it's possible | 09:55:04 |
| 6   that I might have done, but I can't recall the detail, | 09:55:08 |
| 7   I'm afraid. | 09:55:11 |
| 8      Q.    Do you -- do you remember discussing that with | 09:55:12 |
| 9   The Guardian? | 09:55:20 |
| 10     A.    No, I don't.   I'm not saying I didn't but I | 09:55:26 |
| 11  can't recall.   You have to bear in mind, if you'd be so | 09:55:29 |
| 12  kind, that I've been speaking to over 30 journalists and | 09:55:34 |
| 13  media outlets about this, and I can't recall every single | 09:55:39 |
| 14  -- the detail of every single conversation. | 09:55:41 |
| 15     Q.    Earlier you testified with regard to Exhibit 2 | 09:55:44 |
| 16  that in the days following sending that email, you also | 09:55:47 |
| 17  communicated with other press and media outlets.   Do you | 09:55:53 |
| 18  recall today any of the other press and media outlets you | 09:55:58 |
| 19  communicated with, in addition to those listed at the top | 09:56:02 |
| 20  of that email? | 09:56:07 |
| 21     A.    The Guardian, The Sun, from the top of my | 09:56:07 |
| 22  memory, but in addition to -- in addition to emails there | 09:56:14 |
| 23  would have been telephone calls and I'm -- there may not | 09:56:21 |
| 24  be a transcript of those calls, these are emails inter | 09:56:25 |
| 25  alia, others, and I can't recall every single email that | 09:56:33 |

| | | |
|---|---|---|
| 1 | from John Swain? | 09:58:42 |
| 2 |    A.   I believe I did. | 09:58:44 |
| 3 |    Q.   That's all the questions I have about that | 09:58:49 |
| 4 | document. | 09:58:51 |
| 5 |    A.   Thank you. | 09:58:52 |
| 6 |    Q.   Regarding communications you made after sending | 09:59:05 |
| 7 | the email in Exhibit 2, I believe, and please correct me | 09:59:08 |
| 8 | if I'm wrong, you testified that you received 30 or more | 09:59:14 |
| 9 | calls that were -- that you would classify as press | 09:59:17 |
| 10 | inquiries regarding Ms. Guiffre; is that correct? | 09:59:20 |
| 11 |    A.   Yes. | 09:59:23 |
| 12 |    Q.   Do you recall emailing the statement to other | 09:59:24 |
| 13 | entities beyond what is on the list on Exhibit 2? | 09:59:29 |
| 14 |    A.   Yes, I think I answered that previously.  Yes, | 09:59:33 |
| 15 | I mean there is a far -- I said inter alia, so there is a | 09:59:36 |
| 16 | wider range of people that I would have emailed it to in | 09:59:40 |
| 17 | response to incoming queries -- | 09:59:43 |
| 18 |    Q.   Do you -- | 09:59:46 |
| 19 |    A.   But I -- | 09:59:46 |
| 20 |    Q.   Sorry. | 09:59:47 |
| 21 |    A.   I can't remember every single one. | 09:59:48 |
| 22 |    Q.   Do you recall ever reading the statement to the | 09:59:50 |
| 23 | press or the media over the phone? | 09:59:52 |
| 24 |    A.   It's very possible that I would have done so, | 09:59:56 |
| 25 | yes. | 09:59:57 |

| | | |
|---|---|---|
| 1 | MR. DYER:  Do you mean Exhibit 2? | 09:59:58 |
| 2 | MS. SCHULTZ:  Yes.  Exhibit 2. | 10:00:00 |
| 3 | THE WITNESS:  To be clear, Exhibit 2 was the | 10:00:02 |
| 4 | base document. | 10:00:03 |
| 5 | MS. SCHULTZ:  Uh-hmm. | 10:00:05 |
| 6 | THE WITNESS:  In addition to the 2011 March | 10:00:05 |
| 7 | statement.  Those were the two working documents that | 10:00:10 |
| 8 | were always referred to, both of which -- well, the first | 10:00:15 |
| 9 | one was in a public domain and was on record on the | 10:00:17 |
| 10 | Devonshires -- on -- with Devonshires name at the top on | 10:00:21 |
| 11 | PR Newswire which is a global delivery service.  So that | 10:00:24 |
| 12 | was easily accessible by people.  And the second one was | 10:00:28 |
| 13 | the -- further to the 2nd of January 2015. | 10:00:31 |
| 14 | BY MS. SCHULTZ: | 10:00:38 |
| 15 | Q.   To the extent you can recall or could estimate, | 10:00:37 |
| 16 | how many other emails do you believe you sent bearing | 10:00:40 |
| 17 | that statement that's in Exhibit 2? | 10:00:43 |
| 18 | A.   I really can't remember but certainly more than | 10:00:47 |
| 19 | six and probably less than 30, somewhere in between. | 10:00:48 |
| 20 | Any time there was an incoming query | 10:00:52 |
| 21 | it was either dealt with on the telephone by referring | 10:00:54 |
| 22 | them back to the two statements of March 2011 and | 10:00:57 |
| 23 | January 2015 or someone would email them the | 10:01:00 |
| 24 | statement.  So no one was left unanswered, broadly, is | 10:01:06 |
| 25 | the -- is where we were.  But I can't remember every | 10:01:09 |

ROSS NEIL SUTHERLAND GOW     11/18/2016        Page 68

| | | |
|---|---|---|
| 1 | single person we reached out to. | 10:01:13 |
| 2 | Q.   Okay.  So is it your testimony that you reached | 10:01:19 |
| 3 | out to individuals who did not first contact you? | 10:01:22 |
| 4 | A.   No.  We were in response mode. | 10:01:26 |
| 5 | Q.   Okay. | 10:01:28 |
| 6 | A.   There was enough to do responding to incoming | 10:01:29 |
| 7 | queries, I wouldn't have been making more work, to be | 10:01:33 |
| 8 | honest. | 10:01:38 |
| 9 | Q.   Alright. | 10:01:38 |
| 10 | MR. DYER:  So journalists paid no attention to | 10:01:42 |
| 11 | your "No further communication will be provided on the | 10:01:44 |
| 12 | matter." | 10:01:47 |
| 13 | A.   No -- that's quite correct, sir, and there | 10:01:48 |
| 14 | probably was a -- it's regarded as tweaking their tales. | 10:01:50 |
| 15 | BY MS. SCHULTZ: | 10:02:00 |
| 16 | Q.   Mr. Gow, I'm handing you what I've marked as | 10:02:00 |
| 17 | Exhibit 14.  The Bates number is RG(UK) 000004.  I'll | 10:02:04 |
| 18 | give you a moment to look at it. | 10:02:17 |
| 19 | (Exhibit 14 was marked for identification.) | 10:02:19 |
| 20 | BY MS. SCHULTZ: | 10:02:43 |
| 21 | Q.   Thank you.  Toward the top of the page there is | 10:02:44 |
| 22 | a passage that reads: | 10:02:47 |
| 23 | "Apologies, should read | 10:02:49 |
| 24 | Virgina Roberts all the way | 10:02:51 |
| 25 | through." [As read] | 10:02:53 |

| | | |
|---|---|---|
| 1 | servicing ultra high net worth clients, individuals, | 11:23:14 |
| 2 | corporates, governments and NGOs, managing their media | 11:23:20 |
| 3 | relations and protecting their reputation. | 11:23:25 |
| 4 | Q.   Approximately how long have you been providing | 11:23:27 |
| 5 | such services? | 11:23:30 |
| 6 | A.   Acuity was set up in 2010. | 11:23:31 |
| 7 | (Exhibit 26 was marked for identification.) | 11:23:42 |
| 8 | BY MS. SCHULTZ: | |
| 9 | Q.   I'm going to hand you what I've marked as | 11:23:37 |
| 10 | Exhibit 26. | 11:23:39 |
| 11 | A.   Thank you. | 11:23:43 |
| 12 | Q.   Does this document fairly depict pages from | 11:23:53 |
| 13 | your -- from Acuity Reputation's website? | 11:23:55 |
| 14 | A.   It does. | 11:23:59 |
| 15 | Q.   Do you see where it says "We manage reputation | 11:24:02 |
| 16 | and forge opinion through public relations, strategic | 11:24:06 |
| 17 | communications and high level networking"? | 11:24:10 |
| 18 | A.   I do. | 11:24:13 |
| 19 | Q.   Is that a true statement? | 11:24:13 |
| 20 | A.   Say it again.  Sorry. | 11:24:15 |
| 21 | Q.   Is that a true statement? | 11:24:17 |
| 22 | A.   It is, yes.  I wrote that statement. | 11:24:18 |
| 23 | MR. DYER:  Sorry, you read it or you wrote it? | 11:24:20 |
| 24 | THE WITNESS:  I wrote it, so I do recognize it. | 11:24:22 |
| 25 | BY MS. SCHULTZ: | 11:24:28 |

| | |
|---|---|
| 1    Q.   Is it correct that public relations and | 11:24:29 |
| 2   strategic communications are things that you personally | 11:24:31 |
| 3   do as part of your professional activities? | 11:24:36 |
| 4    A.   I personally -- I'm involved in public | 11:24:40 |
| 5   relations and strategic communications, yes. | 11:24:44 |
| 6    Q.   Is it correct that the media is the intended | 11:24:48 |
| 7   recipient of this strategic communications. | 11:24:51 |
| 8    A.   It's -- the -- it's a larger ground than just | 11:24:55 |
| 9   the media.  There may be lobbyists, government think | 11:24:59 |
| 10   tanks, focus groups, government departments. | 11:25:05 |
| 11    Q.   Would it be fair to say that the media is often | 11:25:09 |
| 12   the intended recipient of strategic communications? | 11:25:12 |
| 13    A.   It is a frequent recipient. | 11:25:16 |
| 14    Q.   Referent recipient? | 11:25:18 |
| 15    A.   But not the sole recipient. | 11:25:21 |
| 16    Q.   Okay.  Do you see where your website claims | 11:25:23 |
| 17   that your company has "excellent relationships with the | 11:25:25 |
| 18   media"? | 11:25:28 |
| 19    A.   I do. | 11:25:30 |
| 20    Q.   Is that a true statement? | 11:25:31 |
| 21    A.   That is true, yeah. | 11:25:33 |
| 22    MR. DYER:  Except Mr. Syson. | 11:25:37 |
| 23    THE WITNESS:  Except Mr. Syson, sir. | 11:25:38 |
| 24    MS. SCHULTZ:  Of course. | 11:25:40 |
| 25    THE WITNESS:  And representatives of the Daily | 11:25:40 |

| | |
|---|---|
| 1  Mirror. | 11:25:41 |
| 2      BY MS. SCHULTZ: | 11:25:42 |
| 3      Q.   Is it correct that you advertise your | 11:25:42 |
| 4  "excellent relationships with the media" because your | 11:25:46 |
| 5  services often include giving communications to the media | 11:25:49 |
| 6  on behalf of your clients? | 11:25:52 |
| 7      A.   Yes. | 11:25:55 |
| 8          MS. SCHULTZ:  That's all I have for right now. | 11:25:59 |
| 9          MR. DYER:  I just wanted to ask you one | 11:26:01 |
| 10  question about Exhibit 25.  This was the email from the | 11:26:03 |
| 11  New York Daily News to you which you sent on to | 11:26:13 |
| 12  Ms. Maxwell and Mr. Barden. | 11:26:17 |
| 13          THE WITNESS:  Yes. | 11:26:20 |
| 14          MR. DYER:  Do you recollect whether you were | 11:26:29 |
| 15  asked to make any statement in response to this matter, | 11:26:30 |
| 16  the issue of proceedings in September of last year? | 11:26:35 |
| 17          THE WITNESS:   I don't, sir.  It's always been | 11:26:40 |
| 18  the case that Mr. Barden and I were encouraging | 11:26:45 |
| 19  Ms. Maxwell to make a statement, but she was very | 11:26:50 |
| 20  reluctant to do so. | 11:26:57 |
| 21          MR. DYER:  Right.  I think you've got him to | 11:27:00 |
| 22  accept that up until some time March, April, May, he may | 11:27:02 |
| 23  have spoken to Mr. Syson.  And that was the last | 11:27:06 |
| 24  statement that there's any evidence of him making about | 11:27:10 |
| 25  this matter.  But on the evidence, as I understand it, | 11:27:14 |

```
 1                 CERTIFICATE OF COURT REPORTER

 2

 3   I, Lisa M. Barrett, an Accredited Real-time Reporter,

 4   hereby certify that the testimony of the witness Ross

 5   Neil Sutherland Gow in the foregoing transcript,

 6   numbered pages 1 through 122, taken on this 18th day

 7   of November, 2016 was recorded by me in machine

 8   shorthand and was thereafter transcribed by me; and

 9   that the foregoing transcript is a true and accurate

10   verbatim record of the said testimony.

11

12

13   I further certify that I am not a relative, employee,

14   counsel or financially involved with any of the

15   parties to the within cause, nor am I an employee or

16   relative of any counsel for the parties, nor am I, in

17   any way, interested in the outcome of the within

18   cause.

19

20

21   Signed:  .................................

22   Name:    Lisa M. Barrett, RPR, CRR, CRC, CSR

23   Date:    .................................

24

25
```

# EXHIBIT 7

(Filed Under Seal)

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK


CASE NO. 15-CV-07433-RWS


----------------------------------------x

VIRGINIA L. GIUFFRE,


                        Plaintiff,

v.

GHISLAINE MAXWELL,

                        Defendant.


----------------------------------------x


                        June 20, 2016
                        9:12 a.m.


          C O N F I D E N T I A L

        Deposition of ▇▇▇▇▇▇▇▇▇ pursuant
        to notice, taken by Plaintiff, at the
        offices of Podhurst Orseck, 25 West
        Flagler Street, Suite 800, Miami, Florida,
        before Kelli Ann Willis, a Registered
        Professional Reporter, Certified Realtime
        Reporter and Notary Public within and
        for the State of Florida.



Page 54

1                  ██████████████ - CONFIDENTIAL
2    BY MR. EDWARDS:
3        Q.   When you got to his house, you were
4    requested to give a massage?
5             MR. PAGLIUCA:  Object to foundation and
6        form.
7             THE WITNESS:  I don't exactly remember.  I
8        don't remember if I was asked in the kitchen.
9        I don't remember if -- I don't remember.
10   BY MR. EDWARDS:
11       Q.   Massage was part of the game, though?
12            MR. PAGLIUCA:  Object to form and
13       foundation.
14            THE WITNESS:  I don't remember.  I'm
15       sorry.
16   BY MR. EDWARDS:
17       Q.   But even during this deposition today, we
18   have described at times you giving him a massage?
19       A.   Yes.  You're asking about my first
20   encounter, though.
21       Q.   Sorry, I'm just trying to sum up the whole
22   thing.
23       A.   Okay.
24       Q.   Was massage part of the lure to get you
25   specifically to his house?



Page 55

1 ██████████ - CONFIDENTIAL

2     A.   Yes.

3         MR. PAGLIUCA:  Object to form and

4     foundation.

5 BY MR. EDWARDS:

6     Q.   And at the time, you are 15, 16 or 17

7 years old?

8         MR. PAGLIUCA:  Object to form and

9     foundation.

10         THE WITNESS:  Yes.

11 BY MR. EDWARDS:

12     Q.   No massage experience?

13     A.   No.

14     Q.   You were told to bring other girls to his

15 house?

16         MR. PAGLIUCA:  Object to form and

17     foundation.

18         THE WITNESS:  After a while, yes.

19 BY MR. EDWARDS:

20     Q.   These massages were turned sexual by

21 Jeffrey, as opposed to by anyone else?

22     A.   Jeffrey took my clothes off without my

23 consent the first time I met him.

24     Q.   The massages were scheduled by people

25 working for Jeffrey?



```
                                                  Page 56
 1               ███████████  - CONFIDENTIAL
 2       A.   I don't recall.
 3            MR. PAGLIUCA:  Object to form and
 4       foundation.
 5  BY MR. EDWARDS:
 6       Q.   Jeffrey Epstein, during these massages,
 7  would use sex toys or have sex toys used?
 8            MR. PAGLIUCA:  Object to form and
 9       foundation.
10            THE WITNESS:  Well, at that point, it's no
11       longer a massage.  Something else is going on.
12       But, yes, he would take out adult toys and
13       different things.
14  BY MR. EDWARDS:
15       Q.   While you were a teenager, Jeffrey Epstein
16  asked you to live with him?
17       A.   Yes.  He wanted me to be emancipated.
18       Q.   Jeffrey Epstein encouraged girl-on-girl
19  sex?
20            MR. PAGLIUCA:  Object to form and
21       foundation.
22            THE WITNESS:  Yes.
23  BY MR. EDWARDS:
24       Q.   And after you cooperated with the police,
25  you were intimidated by people working for Jeffrey
```



```
                                                    Page 57
 1               ███████████  - CONFIDENTIAL
 2   Epstein?
 3           MR. PAGLIUCA:  Object to form and
 4       foundation.
 5           THE WITNESS:  Yes.
 6           MR. EDWARDS:  All right.  I don't have
 7       anything further for you.  I apologize that we
 8       even had to go through this, all right?
 9           THE WITNESS:  Okay.
10               E X A M I N A T I O N
11   BY MR. PAGLIUCA:
12       Q.   Ms. ████, by name is Jeff Pagluica.  I
13   live in Denver, Colorado.  And, like you, I don't
14   want to be here today either, okay?  I would rather
15   be in Denver.
16           I just want to -- as I understand it, and
17   I'm not trying to get into any of your treatment
18   over the last, let's say, 10 years, because I don't
19   know how long it's been, but as I understand what
20   you and your lawyer have said here today, you have
21   been involved in some number of years of therapy, in
22   which the purpose -- part of the purpose of the
23   therapy has been to forget all of these events that
24   Mr. Edwards was asking you questions about; is that
25   correct?
```



Page 71

```
 1                    ███████████  - CONFIDENTIAL
 2                    CERTIFICATE OF OATH
 3     STATE OF FLORIDA        )
 4     COUNTY OF MIAMI-DADE    )
 5
                  I, the undersigned authority, certify that
 6     ████████████  personally appeared before   me and
       was duly sworn.
 7                  WITNESS my hand and official seal    this
       23rd day of June, 2016.
 8
 9
                      Kelli Ann Willis, RPR, CRR
10                    Notary Public, State of Florida
                      Commission FF928291, Expires 2-16-20
11         + + + + + + + + + + + + + + + + + +
12                      CERTIFICATE
13     STATE  OF  FLORIDA  )
14     COUNTY OF MIAMI-DADE )
15             I, Kelli Ann Willis, Registered
       Professional Reporter and Certified Realtime
16     Reporter do hereby certify that    I was
       authorized to and did stenographically report the
17     foregoing deposition of ███████████  that a
       review of the transcript was not requested; and
18     that the transcript is     a true record of my
       stenographic notes.
19             I FURTHER CERTIFY that I am not a
       relative, employee, attorney, or counsel of   any
20     of the parties, nor am I a relative or employee of
       any of the parties' attorney or counsel connected
21     with the action, nor am I financially interested
       in the action.
22             Dated this 23rd day of June, 2016.
23
24                    KELLI ANN WILLIS, RPR, CRR
25
```



# EXHIBIT 8

(Filed Under Seal)

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK


VIRGINIA L. GIUFFRE,

              Plaintiff,

v.                              CASE NO.:15-CV-07433-RWS


GHISLAINE MAXWELL,

              Defendants.

_____



                    January 25, 2017

                    9:05 a.m. - 12:44 p.m.

                    401 E. Las Olas Boulevard

                    Fort Lauderdale, Florida


          **** C O N F I D E N T I A L ****


          VIDEOTAPE DEPOSITION OF SARAH KELLEN


          Taken on behalf of the before

Michael J. D'Amato, RMR, Notary Public in and for the

State of Florida at Large, pursuant to Notice of Taking

Deposition in the above cause.


Job # 293966



Page 15

1    decline to answer.

2        Q.    Who introduced you to Ghislaine Maxwell?

3        A.    On advice of my counsel I must invoke my Fifth

4    and Sixth Amendment privilege which I understand

5    protect the innocent and therefore I must unfortunately

6    decline to answer.

7        Q.    When you met Ghislaine Maxwell was she working

8    for Jeffrey Epstein?

9        A.    On advice of my counsel I must invoke my Fifth

10   and Sixth Amendment privilege which I understand

11   protect the innocent and therefore I must unfortunately

12   decline to answer.

13       Q.    Did Ghislaine Maxwell work as a recruiter for

14   young girls for Jeffrey Epstein when you met her?

15       A.    On advice of my counsel I must invoke my Fifth

16   and Sixth Amendment privilege which I understand

17   protect the innocent and therefore I must unfortunately

18   decline to answer.

19       Q.    I'm defining young girls to mean females the

20   ages 12 to 23.  Do you understand that?

21       A.    On advice of my counsel I must invoke my Fifth

22   and Sixth Amendment privilege which I understand

23   protect the innocent and therefore I must unfortunately

24   decline to answer.

25       Q.    Didn't Ghislaine Maxwell approach you to



Page 20

1   girls for sex with Jeffrey Epstein?

2       A.   On advice of my counsel I must invoke my Fifth

3   and Sixth Amendment privilege which I understand

4   protect the innocent and therefore I must unfortunately

5   decline to answer.

6       Q.   Did you assist Ghislaine Maxwell in procuring

7   underage girls for sex with Jeffrey Epstein?

8       A.   On advice of my counsel I must invoke my Fifth

9   and Sixth Amendment privilege which I understand

10  protect the innocent and therefore I must unfortunately

11  decline to answer.

12      Q.   Isn't it true that Ghislaine Maxwell would

13  recruit underage girls for sex and sex acts with

14  Jeffrey Epstein?

15      A.   On advice of my counsel I must invoke my Fifth

16  and Sixth Amendment privilege which I understand

17  protect the innocent and therefore I must unfortunately

18  decline to answer.

19      Q.   Did Ghislaine Maxwell give you information on

20  what underage girls she had contact information for?

21      A.   On advice of my counsel I must invoke my Fifth

22  and Sixth Amendment privilege which I understand

23  protect the innocent and therefore I must unfortunately

24  decline to answer.

25      Q.   Did Ghislaine Maxwell teach you to offer these



Page 199

1                    CERTIFICATE OF COURT REPORTER

2          I, MICHAEL J. D'AMATO, a Registered Merit Reporter

3    and Notary Public in and for the State of Florida at

4    Large, do HEREBY CERTIFY that I was authorized to and

5    did stenographically report the deposition of SARAH

6    KELLEN; that a review of the transcript was requested;

7    and that the foregoing transcript, pages from 1 to 197,

8    is a true and accurate record of my stenographic notes.

9          I FURTHER CERTIFY that I am not a relative,

10   employee, attorney, or counsel of any of the parties, nor

11   am I a relative or employee of any of the parties'

12   attorney or counsel connected with the action, nor am I

13   financially interested in the action.

14             Dated this 27th day of January 2017.

15                        _____

16                        MICHAEL J. D'AMATO,

17                        Registered Merit Reporter

18

19

20

21

22

23

24

25



# EXHIBIT 9

(Filed Under Seal)

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Civil Action No. 15-cv-07433-RWS

_____

VIDEOTAPE DEPOSITION OF:  PETER KENT
                          November 29, 2016

_____

VIRGINIA L. GIUFFRE,

Plaintiff,

v.

GHISLAINE MAXWELL,

Defendant.

_____

           PURSUANT TO SUBPOENA AND NOTICE, the
videotape deposition of PETER KENT was taken on behalf
of the Plaintiff at 150 East 10th Avenue, Denver,
Colorado 80230, on November 29, 2016, at 9:00 a.m.,
before Sandra L. Bray, Registered Diplomate Reporter,
Certified Realtime Reporter, and Notary Public within
Colorado.

MAGNA LEGAL SERVICES
(866) 624-6221



Page 25

1              MS. McCAWLEY:  I'm just asking about his

2    retention, which I believe is discoverable under

3    Rule 26.

4         Q.   (BY MS. McCAWLEY)  Do you recall whether

5    you were retained to perform work for one expert or

6    two experts?

7              THE DEPONENT:  Am I allowed to answer

8    this?

9              MR. PAGLIUCA:  Yes.

10        A.   I actually don't recall.

11        Q.   (BY MS. McCAWLEY)  Do you know whether

12   you were provided with one report or two reports when

13   you initially were retained?

14        A.   I believe I was provided with both the

15   reports at the same time.

16        Q.   Let me turn to about halfway back.  So

17   it's going to be -- there's markings on the bottom.

18   It says PK-005.

19        A.   Yes.

20        Q.   And it indicates an amount there, an

21   invoice.  Is this one of your invoices?

22        A.   Yes.

23        Q.   It indicates an amount of $17,875?

24        A.   Yes.

25        Q.   Is that the total amount you've been



Page 26

1  paid, with the exception of what we paid you for your

2  testimony here today, in this matter?

3           A.    I think so.  What date was this?

4           Q.    It looks like it's dated October 29th,

5  2016.

6           A.    Oh, yes.  In that case, yes.

7           Q.    Have you performed any work after that

8  date that you've been paid for?

9           A.    Only in preparation for this deposition.

10          Q.    Have you been paid for that work?

11          A.    No.

12          Q.    No.  Have you invoiced that work yet?

13          A.    No.

14          Q.    All right.  And then I'm going to turn

15  you to the next page -- please don't put it away

16  yet -- which appear to be invoices.

17          A.    Time sheets.

18          Q.    Time sheets?  You tell me.

19          A.    It's a time sheet.

20          Q.    Is this typically how you record your

21  time when you're doing expert work?

22          A.    Yes.

23          Q.    And this indicates -- the first entry is

24  on 9/28/2016.  Is that when you commenced work on this

25  matter?



Page 162

REPORTER'S CERTIFICATE

STATE OF COLORADO        )
                         ) ss.
CITY AND COUNTY OF DENVER  )

      I, SANDRA L. BRAY, Registered Diplomate Reporter, Certified Realtime Reporter, and Notary Public ID 20084001729, State of Colorado, do hereby certify that previous to the commencement of the examination, the said PETER KENT was duly sworn by me to testify to the truth in relations to the matters in controversy between the parties hereto; that the said deposition was taken in machine shorthand by me at the time and place aforesaid and was thereafter reduced to typewritten form; that the foregoing is a true transcript of the questions asked, testimony given, and proceedings had.

      I further certify that I am not employed by, related to, nor of counsel for any of the parties herein nor otherwise interested in the outcome of this litigation.

      IN WITNESS WHEREOF, I have affixed my signature this 8th of December, 2016.

      My commission expires January 16, 2020.

__X__  Reading and Signing was requested.

_____  Reading and Signing was waived.

_____  Reading and Signing is not required.



# EXHIBIT 10
## (Filed Under Seal)

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - x
VIRGINIA L. GIUFFRE,
      Plaintiff,
            Case No.: 15-cv-07433-RWS
   -against-
GHISLAINE MAXWELL,
      Defendant.
- - - - - - - - - - - - - - - - - - - - - x

C O N F I D E N T I A L

     Videotaped oral deposition of NADIA
MARCINKO, taken pursuant to notice, was
held at the law offices of BOIES
SCHILLER & FLEXNER, LLP, 575 Lexington
Avenue, New York, New York commencing
January 17, 2017, 1:04 p.m., before
Leslie Fagin, a Court Reporter and
Notary Public in the State of New York.
              - - -

MAGNA LEGAL SERVICES
1200 Avenue of the Americas
New York, New York 10026
(866) 624-6221



Page 10

```
 1        N. Marcinko - Confidential
 2   reside, a dwelling that is paid for by either
 3   Jeffrey Epstein or Ghislaine Maxwell?
 4        A.   Same answer.
 5        Q.   Do you know Jeffrey Epstein?
 6        A.   Same answer.
 7        Q.   Do you know Ghislaine Maxwell?
 8        A.   Same answer.
 9        Q.   How old were you when you met
10   either Jeffrey Epstein or Ghislaine Maxwell?
11        A.   Same answer.
12        Q.   Who introduced to you Ghislaine
13   Maxwell?
14        A.   Same answer.
15        Q.   When you met Ghislaine Maxwell, was
16   she working for Jeffrey Epstein?
17        A.   Same answer.
18        Q.   Did Ghislaine Maxwell work as a
19   recruiter of young girls for Jeffrey Epstein
20   when you met her?
21        A.   Same answer.
22        Q.   Did Ghislaine Maxwell instruct you
23   to recruit young girls for Jeffrey Epstein?
24        A.   Same answer.
25        Q.   Did Ghislaine Maxwell encourage
```



Page 12

1          N. Marcinko - Confidential

2    Ghislaine Maxwell?

3          A.    Same answer.

4          Q.    Have you observed Ghislaine Maxwell

5    and Jeffrey Epstein offering these young

6    girls money, education or other things of

7    value during the massage to get that young

8    girl to return to Jeffrey Epstein for sexual

9    purposes?

10          A.    Same answer.

11          Q.    Have you observed Ghislaine Maxwell

12    and Jeffrey Epstein convert what started as a

13    massage with these young girls into something

14    sexual?

15          A.    Same answer.

16          Q.    Have you understood when I talk

17    about young girls, I'm talking about girls

18    between the age range of 13 and 23 years old?

19          A.    Same answer.

20          Q.    Have you observed that when

21    Ghislaine Maxwell and Jeffrey Epstein used

22    the term, massage, it always includes sex?

23          A.    Same answer.

24          Q.    Was massage a word used by

25    Ghislaine Maxwell to lure girls into sex with



Page 96

```
 1
 2                    CERTIFICATE
 3

             I HEREBY CERTIFY that the witness,
 4   NADIA MARCINKO, was duly sworn by me and that

     the deposition is a true record of the
 5   testimony given by the witness.

 6   _____

     Leslie Fagin,
 7   Registered Professional Reporter

     Dated: January 17, 2017
 8
 9
10

             (The foregoing certification of
11   this transcript does not apply to any

12   reproduction of the same by any means, unless

13   under the direct control and/or supervision

14   of the certifying reporter.)

15
16
17
18
19
20
21
22
23
24
25
```



# EXHIBIT 11
# (Filed Under Seal)

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - x

VIRGINIA L. GIUFFRE,

        Plaintiff,

                        Case No.:

  -against-           15-cv-07433-RWS

GHISLAINE MAXWELL,

        Defendants.

- - - - - - - - - - - - - - - - - - - - x

               **CONFIDENTIAL**

       Videotaped deposition of GHISLAINE
MAXWELL, taken pursuant to subpoena, was
held at the law offices of BOIES
SCHILLER & FLEXNER, 575 Lexington
Avenue, New York, New York, commencing
April 22, 2016, 9:04 a.m., on the above
date, before Leslie Fagin, a Court
Reporter and Notary Public in the State
of New York.

               - - -

       MAGNA LEGAL SERVICES
     1200 Avenue of the Americas
     New York, New York 10026



Page 23

1          G Maxwell - Confidential

2          Q.   I'm not talking about friends.  I'm

3     talking about individuals --

4               MR. PAGLIUCA:  I'm going to object

5          to you interrupting the witness who was

6          answering your question.  The question

7          was, have you ever seen anyone, female

8          under the age of 18 at the house and

9          that's the question she was answering.

10         If you want to strike that question and

11         ask another question, feel free, but let

12         the witness respond, please.

13              MS. McCAWLEY:  I will do that.

14         Q.   Have you ever observed a female

15    under the age of 18 at Jeffrey Epstein's home

16    that was not a friend, a child -- one of your

17    friend's children?

18         A.   Again, I can't testify to that

19    because I have no idea what you are talking

20    about.

21         Q.   You have no idea what I'm talking

22    about in the sense you never observed a

23    female under the age of 18 at Jeffrey

24    Epstein's home that was not one of your

25    friend's children, is that correct?



Page 24

1       G Maxwell - Confidential

2           MR. PAGLIUCA:  Object to the form

3       and foundation.

4       A.   How would I possibly know how

5    someone is when they are at his house.  You

6    are asking me to do that.  I cannot possibly

7    testify to that.  As far as I'm concerned,

8    everyone who came to his house was an adult

9    professional person.

10      Q.   Are you familiar with the police

11   report that was issued in respect to the

12   investigation in this matter?

13          MR. PAGLIUCA:  Object to the form

14       and foundation.

15      Q.   Are you familiar with the police

16   report that was used in this matter, the

17   investigation of Jeffrey Epstein, has been

18   produced as a document in this matter?

19      A.   I have seen a police report.

20          (Maxwell Exhibit 1, police report,

21       marked for identification.)

22      Q.   The police report that you have in

23   front of you, can you turn to page 28 of that

24   report, the numbers are on the top right-hand

25   corner.



Page 31

```
 1          G Maxwell - Confidential
 2    -- just another one of Virginia's many
 3    fictitious lies and stories to make this a
 4    salacious event to get interest and press.
 5    It's absolute rubbish.
 6        Q.   Were you in charge of hiring
 7    individuals to provide massages for Jeffrey
 8    Epstein?
 9        A.   My job included hiring many people.
10    There were six homes.  As I sit here, I hired
11    assistants, I hired architects, I hired
12    decorators, I hired cooks, I hired cleaners,
13    I hired gardeners, I hired pool people, I
14    hired pilots, I hired all sorts of people.
15             In the course and a very small part
16    of my job was from from time to time to find
17    adult professional massage therapists for
18    Jeffrey.
19        Q.   When you say adult professional
20    massage therapists, where did you find these
21    massage therapists?
22        A.   From time to time I would visit
23    professional spas, I would receive a massage
24    and if the massage was good I would ask that
25    man or woman if they did home visits.
```



Page 41

1          G Maxwell - Confidential

2          Q.    Did you hire her?

3          A.    First of all, I don't hire girls

4     like that, so let's be clear, I already

5     testified to that, and I have no idea what

6     you are referring to.

7          Q.    When you say girls like that, what

8     do you mean?

9          A.    I hire people who are professional

10    at the house.  You are asking if I hired

11    somebody to do what, I don't know what you

12    are talking about.  I hired people to work in

13    the homes.

14         Q.    What was Nadia Marcinkova doing?

15              MR. PAGLIUCA:  Object to the form

16         and foundation.

17         A.    I have no idea what Nadia

18    Marcinkova was doing.  I didn't hire her and

19    I don't know what you are referring to.

20         Q.    You met Nadia Marcinkova?

21         A.    I testified I did.

22         Q.    Did she work for Jeffrey Epstein?

23         A.    I have no idea what she did.

24         Q.    Have you flown on planes with Nadia

25    Marcinkova?



Page 77

1          G Maxwell - Confidential

2              MR. PAGLIUCA:  Objection to the

3          form and foundation.

4     A.    I don't know what that means,

5     masseuse obligation, I don't know what you

6     are referring to.  Would you like to ask the

7     question properly?

8     Q.    I think it was proper.  I will ask

9     it again.

10              Did you ever assist in getting

11    Virginia Roberts a cell phone to use during

12    the time that she worked for Jeffrey Epstein?

13    A.    I have no recollection of doing

14    anything of that nature.

15    Q.    Did you ever tell Virginia that you

16    wanted her to have a cell phone so that she

17    could be on call regularly?

18    A.    I have no recollection of that

19    conversation.

20    Q.    How often would Virginia come over

21    to the house in Palm Beach to give massages?

22              MR. PAGLIUCA:  Objection to the

23          form and foundation.

24    A.    Ask the question again, please.

25    Q.    How often did Virginia Roberts come



Page 78

1          G Maxwell - Confidential

2    over to the house in Palm Beach to give

3    massages?

4          A.   It's important to understand that I

5    wasn't with Jeffrey all the time.  In fact, I

6    was only in the house less than half the

7    time, so I cannot testify to when I wasn't in

8    the house how often she came when I wasn't

9    there.

10              What I can say is that I barely

11   would remember her, if not for all of this

12   rubbish, I probably wouldn't remember her at

13   all, except she did come from time to time

14   but I don't recollect her coming as often as

15   she portrayed herself.

16        Q.   How many times a day on an average

17   day would Jeffrey Epstein get a massage?

18              MR. PAGLIUCA:  Objection to the

19        form and foundation.

20        A.   When I was at the house and when I

21   was there with him, he received a massage, on

22   average, about once a day.

23        Q.   Just once?

24        A.   Yes.

25        Q.   Were there days when he received



Page 79

```
 1          G Maxwell - Confidential
 2    four or five?
 3               MR. PAGLIUCA:  Objection to the
 4          form and foundation.
 5          A.    When I was present at the house, I
 6    never saw something like that.
 7          Q.    Do you know if Virginia was
 8    required to be on call at all times to come
 9    to the house if Jeffrey wanted her there?
10               MR. PAGLIUCA:  Objection to the
11          form and foundation.
12          A.    I have no idea of the arrangements
13    that Virginia made with Jeffrey.
14          Q.    When Virginia was in New York,
15    would Virginia sleep at Jeffrey's mansion in
16    New York?
17               MR. PAGLIUCA:  Objection to the
18          form and foundation.
19          A.    I don't recollect her being in New
20    York and I have no idea where she slept.
21          Q.    You don't ever remember seeing
22    Virginia Roberts in New York?
23               MR. PAGLIUCA:  Objection to the
24          form and foundation.
25          A.    I would barely recollect her at
```



Page 135

```
 1          G Maxwell - Confidential
 2    him at any of those homes?
 3          A.   Again, Virginia is absolutely
 4    totally lying.  This is a subject of
 5    defamation about Virginia and the lies she
 6    has told and one of lies she told was that
 7    President Clinton was on the island where I
 8    was present.  Absolutely 1000 percent that is
 9    a flat out total fabrication and lie.
10          Q.   You did fly on planes, Jeffrey
11    Epstein's planes with President Clinton, is
12    that correct?
13          A.   I have flown, yes.
14          Q.   Would it be fair to say that
15    President Clinton and Jeffrey are friends?
16          A.   I wouldn't be able to characterize
17    it like that, no.
18          Q.   Are they acquaintances?
19          A.   I wouldn't categorize it.
20          Q.   He just allowed him to use his
21    plane?
22          A.   I couldn't categorize Jeffrey's
23    relationship.
24          Q.   When you were on the plane with
25    Jeffrey and President Clinton, did you
```



Page 144

1           G Maxwell - Confidential

2    building that you would have seen when you

3    were on the trip in Europe?

4           MR. PAGLIUCA:  Objection to the

5      form and foundation.

6      A.    I can't possibly answer that.

7      Q.    Do you recall Virginia ever taking

8    pictures?

9      A.    I barely recall Virginia, period.

10     Q.    Do you recall her ever taking

11   pictures?

12     A.    No, I don't.

13     Q.    I'm going to direct your attention,

14   still within the flight logs to -- starting

15   on the next page from where you just were

16   which is going to be 000747.  And the date at

17   the top says 2001, you will see March and I'm

18   directing your attention down towards the

19   middle to the bottom where you will see the

20   numbers 27, 29 and 31.

21     A.    Uh-huh.

22     Q.    And we've got actually I'm going to

23   direct your attention to the one that starts

24   with TEB for Teterboro to SAF for Santa Fe

25   and the one below it Santa Fe to Palm Beach



Page 147

1          G Maxwell - Confidential

2    her but you would have to ask Jeffrey what he

3    brought her on the trip for.

4          Q.   But she would travel with him when

5    there was a work trip like this?

6          A.   I can't -- I'm seeing that she is

7    on this flight but I have no idea what she is

8    doing, he invited her, it would not be my

9    job.

10          Q.   What about Nadia Bjorlin, would she

11    regularly travel with Jeffrey on flights?

12          A.   I have no idea, you would have to

13    look through the flight logs.  I have no

14    idea.

15          Q.   Your recollection is -- what is

16    your recollection, do you recollect Nadia

17    traveling often on flights with Jeffrey?

18          A.   Absolutely not.  No, not at all.  I

19    don't recollect her actually on the flight at

20    all.

21          Q.   I think you can set that aside for

22    the moment.

23              (Maxwell Exhibit 9, message pad

24        pages, marked for identification.)

25          Q.   We will mark as Exhibit 9 these



Page 148

1            G Maxwell - Confidential

2    excerpts from -- we will identify what they

3    are but from the message pads.

4            Did you want to correct anything?

5    A.    I want to make an addendum.

6            Would you mind rereading the last

7    question back to me?

8            (Record read.)

9    A.    I also just want to say that at

10   this point I cannot recollect flying to

11   parties.  Jeffrey went for work so -- was

12   this in Santa Fe, this flight as well.

13   Q.    The flight we were looking at, yes

14   but it was to Santa Fe --

15   A.    I don't recall going to any parties

16   in Santa Fe at any time but certainly flying

17   to Santa Fe for a party seems highly

18   improbable.

19   Q.    So I'm going to direct your

20   attention to the document that I set before

21   you which is Bates number SAO 01456 and it

22   has different Bates numbers because it's a

23   smaller version of the larger production.

24   These are the pages I will be asking about.

25            In the time that you were working



Page 149

1          G Maxwell - Confidential

2    with Jeffrey in Palm Beach, do you recall a

3    process for taking, anybody at the house

4    taking messages when incoming phone calls

5    came in?

6         A.   You are supposed to take a message

7    and receive the message and write the message

8    down.  Who was the message was for, what time

9    it was taken and who took it and what the

10   message was, obviously.

11        Q.   Does what's in front of you look

12   familiar with respect to the message pads

13   that you would have used at the house?

14        A.   It is familiar.

15        Q.   I'm going to direct your attention

16   to the second page of it?

17             MR. PAGLIUCA:  These all have SAO

18        numbers on them or Bates ranges and I

19        don't see any of your Bates ranges on

20        these.  I know you have produced message

21        pads but those have your Bates range

22        numbers on them and I'm wondering if

23        these are different documents.

24             MS. McCAWLEY:  It's the same, just

25        ours have the Bates underneath them.



Page 174

```
 1          G Maxwell - Confidential
 2    believe.  Do you believe --
 3          A.    I can only testify --
 4          Q.    Let me finish the question so the
 5    record is clear.
 6                Do you believe Jeffrey Epstein
 7    sexually abused minors?
 8                MR. PAGLIUCA:  Objection to the
 9          form and foundation.
10          Q.    You can answer.
11          A.    I can only testify to what I know.
12    I know that Virginia is a liar and I know
13    what she testified is a lie.  So I can only
14    testify to what I know to be a falsehood and
15    half those falsehoods are enormous and so I
16    can only categorically deny everything she
17    has said and that is the only thing I can
18    talk about because I have no knowledge of
19    anything else.
20          Q.    I'm not asking about Virginia.  I'm
21    asking whether you believe that Jeffrey
22    Epstein sexually abused minors?
23          A.    Again, I repeat, I can only go on
24    what I know and what I know is a falsehood
25    based on what Virginia said.
```



Page 178

1          G Maxwell - Confidential

2              What I'm asking you is whether you

3     believe Jeffrey Epstein abused minors?

4              MR. PAGLIUCA:  I object to the form

5         and you made your record, she answered

6         the question.  A fair reading of her

7         answer is she doesn't have a belief

8         because she doesn't have any personal

9         knowledge.

10             MS. McCAWLEY:  Now you are

11        testifying for the witness.  Let her

12        answer the question.

13             MR. PAGLIUCA:  It's a fair answer

14        to the question.

15        A.   Again, I testified my only personal

16    knowledge concerns Virginia and everything

17    Virginia has said is an absolute lie, which

18    is why we are here in this room.  If you are

19    asking me to testify about things I have no

20    knowledge of other than the police report

21    that you showed me, I am not in a position to

22    make a statement based on that because you

23    are asking me to speculate and I cannot

24    speculate.

25        Q.   I'm asking you about your belief.



Page 179

1          G Maxwell - Confidential

2      I'm not asking you to speculate at all.  I'm

3      asking what you believe.

4          A.   You are asking me to speculate and

5      I won't speculate.

6          Q.   I'm not asking you to speculate.

7      I'm asking what you believe.

8              MR. PAGLIUCA:  She answered the

9          question and we can move on.

10             MS. McCAWLEY:  She hasn't answered

11         the question.

12             MR. PAGLIUCA:  We are not going to

13         engage in this debate.  She answered the

14         question.  If you want to mark it and

15         move to compel an answer to the

16         question, have at it.  Okay.

17         Q.   Ms. Maxwell, is it your belief that

18     Jeffrey Epstein interacted sexually with

19     minors?

20         A.   Again, you are asking me the same

21     type of question exactly but with different

22     language.  Again, my only knowledge of

23     somebody who claims these things that I have

24     personal knowledge of is Virginia.  Virginia

25     is an absolute liar and everything she has



Page 180

```
1            G Maxwell - Confidential
2    said is a lie.  Therefore, based on those
3    lies I cannot speculate on what anybody else
4    did or didn't do because if Virginia is the
5    example of what that story is and everything
6    she said is false, so everything that leads
7    from that is false.
8        Q.   So the 30 other minor children in
9    the police report are also telling lies about
10   being sexually abused during massages with
11   Mr. Epstein?
12           MR. PAGLIUCA:  Objection to the
13       form and foundation.  Counsel, can you
14       show me in these police reports who the
15       30 minors are?
16           MS. McCAWLEY:  I'm asking my
17       question.
18           MR. PAGLIUCA:  You are making a
19       representation about numbers, you are
20       making a representation on the record
21       about what people said or didn't say.
22       We have no knowledge about that.  These
23       are all redacted records so these are
24       bad questions.  They don't lead to any
25       admissible evidence.  It is only being
```



Page 214

1          G Maxwell - Confidential

2          A.    I'm carrying on.

3          Q.    I'm sorry.  I thought you were

4     done.

5          A.    Please.  Her statement also that

6     she was driven by her father to Palm Beach.

7     She was driven by her mother, as a matter of

8     fact.  Her whole entire characterization of

9     the first meeting with Jeffrey, as I was

10    outside speaking to her mother.

11         Q.    Let me stop you there, so we don't

12    get too far ahead.  Let me make sure I

13    understand your testimony.

14              The first, in the first piece when

15    you were talking, I believe you said and

16    correct me if I'm wrong, that her

17    characterization of the first meeting at

18    Mar-a-Lago was an obvious lie.

19              What part of that meeting was an

20    obvious lie?

21         A.    By her own testimony, all her

22    various many different descriptions of what

23    she was or wasn't or where she was or wasn't,

24    they have all changed.  She was either front

25    of house or bathroom attendant.  I don't know



Page 215

1          G Maxwell - Confidential

2    what she was, so just by her own words, one

3    doesn't know what's true and what isn't true.

4         Q.   Are you saying what position she

5    said she was working in, is that what you are

6    considering the obvious lie?

7         A.   I said inconsistency within her own

8    statement from everything, so in the

9    beginning it starts off with different

10   statements.

11        Q.   Then I believe you said the second

12   piece was that she was driven by her father?

13        A.   I said she was driven by her

14   mother.

15        Q.   That's the obvious lie?

16        A.   It's an obvious lie to me.

17        Q.   You said why don't you state it in

18   your own words but the characterization of

19   how she was with Jeffrey, what about that is

20   an obvious lie?

21        A.   I was standing outside talking to

22   her mother so the entire story is a

23   fabrication.

24        Q.   Did she not have sex with Jeffrey

25   Epstein during that first massage?



Page 220

```
 1          G Maxwell - Confidential
 2   up to the room and start a massage?
 3        A.   He would not.
 4        Q.   So the young girls in the police
 5   report who say they came over and were led up
 6   to the room on the first day, would they be
 7   wrong about that?
 8             MR. PAGLIUCA:  Objection to form
 9        and foundation.
10        A.   I can't comment what happened when
11   I was not at the house.  I can only comment
12   when I was at the house.
13        Q.   Was there ever a time where a woman
14   came to the house for the first time to give
15   a massage and Jeffrey had the massage that
16   day?
17             MR. PAGLIUCA:  Objection to the
18        form and foundation.
19        A.   Can we talk about adult
20   professional masseuses, please?
21        Q.   I'm asking, whether adult or
22   underage?
23        A.   I'm not interested in talking about
24   underage.  I can only testify to what I know,
25   professional masseuses, adult, I cannot
```



Page 221

1           G Maxwell - Confidential

2       testify to anything else.

3           Q.   Why can't you testify to an

4       underage girl that came over and was led up

5       to the room for a massage?

6               MR. PAGLIUCA:  Objection to the

7           form and foundation.

8           A.   The police records you are

9       referring to?

10          Q.   You are saying that didn't happen.

11      You're saying I can only testify to adults

12      that came for an interview and were led up to

13      the room.  Why can't you testify to whether

14      an underage girl was brought in for an

15      interview and led up --

16              MR. PAGLIUCA:  Objection to the

17          form and foundation.

18          Q.   Go ahead.

19          A.   Can you reask the question.

20          Q.   Why can't you testify as to an

21      underage girl who came over for an interview

22      and then was then led up to the room for the

23      massage?

24          A.   You've mangled your entire

25      question.  Can you please reask that in a way



Page 225

1          G Maxwell - Confidential
2    present at the home when a girl under the age
3    of 18 came over for the purposes of giving a
4    massage?
5          MR. PAGLIUCA:  Objection to the
6          form and foundation.
7          Q.   You can answer.
8          A.   You can be a professional masseuse
9    at 17 in Florida, so as far as I am aware, a
10   professional masseuse showed up for a
11   massage.  There is nothing inappropriate or
12   incorrect about that and your
13   mischaracterization of it, I think is
14   unfortunate.
15         Q.   How many teenagers did he have that
16   were professional masseuses that worked in
17   his home?
18         MR. PAGLIUCA:  Objection to the
19         form and foundation.
20         Q.   How many?
21         A.   First of all, I am not aware of
22   teenagers who worked in his home.
23         Q.   You are aware of Virginia Roberts
24   and you've stated she was 17 and she worked
25   for him, correct?



Page 226

1          G Maxwell - Confidential

2      A.    No.   I did not state that at all,

3   you are mischaracterizing my words and what I

4   said.

5          What I said was that we can all

6   agree and I think at this point there is not

7   one person in this room, however much you

8   would like her to be younger, to say she was

9   not 17 because that has been a very offensive

10  thing that you have all done.  So she was 17.

11  At 17 you are allowed to be a professional

12  masseuse and as far as I'm concerned, she was

13  a professional masseuse.  There is nothing

14  inappropriate or incorrect about her coming

15  at that time to give a massage.  Her entire

16  characterization of her first time at the

17  house was to me an obvious lie, given it was

18  impossible for her entire story to take place

19  given I was speaking to her mother the entire

20  she was at the house.

21      Q.   So it was impossible that day, that

22  first day she came and you were speaking to

23  the mother, for Virginia Roberts to have had

24  sex with Jeffrey Epstein during the time that

25  you were outside with her mother?



Page 228

1        G Maxwell - Confidential

2    absolutely 1000 percent that she did not have

3    any type of sexual relations as described by

4    you in your court papers that took place

5    because those allegedly according to her lies

6    involved some aspect of me.

7             As I was standing outside with her

8    mother the entire time, her entire story is a

9    lie.  Therefore, to ask me what she did or

10   didn't do during that time, I can only

11   testify to what she said about me, which was

12   1000 percent false.

13       Q.  So let's not take the first time,

14   let's take the next time she comes.

15       A.   No no, how can do you that, when

16   the basis of this entire horrible story that

17   you have put out is based on this first

18   appalling story that was written, repeated,

19   multiply by the press that lied about her

20   age, lied about the first time she came, lied

21   about and characterized the entire first

22   time.  I have been so absolutely appalled by

23   her story and appalled by the entire

24   characterization of it and I apologize

25   sincerely for my banging at the table



Page 229

1          G Maxwell - Confidential

2    earlier, I hope you accept my apology.  It's

3    borne out of years of feeling the pressure of

4    this entire lie that she has perpetrated from

5    our first time and whilst I recognize that

6    was -- I hope you forgive me sincerely

7    because it was just the length of time that

8    that terrible story has been told and retold

9    and rehashed when I know it to be 100 percent

10   false.

11        Q.   So not the first time she came, but

12   the second time she came or the third time or

13   any time she came, did you ever participate

14   in a massage with her in Jeffrey Epstein's

15   room?

16        A.   I have never participated at any

17   time with Virginia in a massage with Jeffrey.

18        Q.   Have you ever participated at any

19   time with Virginia in any kind of sexual

20   contact or sexual touching with Jeffrey and

21   Virginia?

22        A.   I have not.

23        Q.   So we were going through the list

24   of obvious lies and you were talking about

25   the first time which I believe we have



Page 248

1           G Maxwell - Confidential

2    of 18?

3         A.   I think we can establish what adult

4    would be.

5         Q.   You never interviewed or I know you

6    don't want to use the word hired, whatever

7    your role was, you brought in an exercise

8    instructor that was under the age of 18 to

9    work at the house?

10             MR. PAGLIUCA:  Object to the form

11        and foundation.

12        A.   I have already testified that what

13   I was responsible for was to find people who

14   had competencies in whatever area I was

15   looking for.  The competencies I was looking

16   for were professional and adult.

17        Q.   So there was no exercise instructor

18   that worked at the Palm Beach house or the

19   New York house or the New Mexico house or the

20   USVI under the age of 18?

21             MR. PAGLIUCA:  Objection to the

22        form and foundation.

23        A.   I can only testify to when I was at

24   the house.

25        Q.   Yes.



Page 310

1          G Maxwell - Confidential

2               MR. PAGLIUCA:   Objection to the

3          form and foundation.

4          A.    That's not how I would characterize

5     that.

6          Q.    How would you characterize it?

7          A.    I have testified that I'm

8     responsible for finding professional people

9     to work in the homes, age appropriate adult

10    people, so from pool attendants, to

11    gardeners, to chefs, to housekeepers, to

12    butlers, to chauffeurs and one of the

13    functions was to be able to answer the

14    telephones and in the context of finding

15    someone to answer the telephones, I did look

16    to try to find appropriate people to answer

17    the phones.

18         Q.    So did you find Johanna for

19    purposes of that role?

20         A.    So in the course of looking for

21    somebody to answer phones at the house,

22    Johanna was one of the people who said that

23    she was willing to answer phones.

24         Q.    Did you approach her at her school

25    campus?



Page 383

1          G Maxwell - Confidential

2      Q.   List all of the girls you met and

3  brought to Jeffrey Epstein's home for the

4  purposes of employment that were under the

5  age of 18?

6          MR. PAGLIUCA:  Objection to the

7      form and foundation.

8      A.   I've already characterized my job

9  was to find people, adults, professional

10  people to do the jobs I listed before; pool

11  person, secretary, house person, chef, pilot,

12  architect.

13      Q.   I'm asking about individuals under

14  the age of 18, not adult persons, people

15  under the age of 18.

16      A.   I looked for people or tried to

17  find people to fill professional jobs in

18  professional situations.

19      Q.   So Virginia Roberts was under the

20  age of 18, correct?

21      A.   I think we've established that

22  Virginia was 17.

23      Q.   Is she the -- sorry, go ahead.

24          Is she the only individual that you

25  met for purposes of hiring someone for



Page 390

1          G Maxwell - Confidential

2              MR. PAGLIUCA:  Object to the form

3        and foundation.

4        A.   If you want to ask Jeffrey

5    questions about me, you would have to ask

6    him.

7        Q.   Have you ever been involved in any

8    illegal activity in your lifetime?

9              MR. PAGLIUCA:  Objection to the

10       form and foundation.

11       A.   I can't think of anything I have

12   done that is illegal.

13       Q.   Have you ever been arrested?

14       A.   I have a DUI in the U.K. a long

15   time ago.

16       Q.   Is that the only arrest you have on

17   your record?

18       A.   Yes.

19       Q.   I will mark as Maxwell 22 this

20   email?

21              (Maxwell Exhibit 22, email, marked

22       for identification.)

23       Q.   This is dated January 21, 2015.

24   It's from Jeffrey Epstein to you, forwarding

25   the Guardian and I would like you to look at



Page 416

1

2                    CERTIFICATE

3

4

5          I HEREBY CERTIFY that the witness,

6    GHISLAINE MAXWELL, was duly sworn by me and

7    that the deposition is a true record of the

8    testimony given by the witness.

9

10    _____

11          Leslie Fagin,

         Registered Professional Reporter

12          Dated: April 22, 2016

13

14

15          (The foregoing certification of

16    this transcript does not apply to any

17    reproduction of the same by any means, unless

18    under the direct control and/or supervision

19    of the certifying reporter.)

20

21

22

23

24

25



Confidential

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - x
VIRGINIA L. GIUFFRE,

       Plaintiff,

                       Case No.:
   -against-          15-cv-07433-RWS

GHISLAINE MAXWELL,

       Defendant.

- - - - - - - - - - - - - - - - - - - - x

**CONFIDENTIAL**

      Continued Videotaped Deposition of
GHISLAINE MAXWELL, the Defendant herein,
taken pursuant to subpoena, was held at
the law offices of Boies, Schiller &
Flexner, LLP, 575 Lexington Avenue, New
York, New York, commencing July 22,
2016, 9:04 a.m., on the above date,
before Leslie Fagin, a Court Reporter
and Notary Public in the State of New
York.

               - - -
      MAGNA LEGAL SERVICES
   1200 Avenue of the Americas
    New York, New York 10026
      (866) 624-6221



Confidential

Page 44

```
 1        G. Maxwell - Confidential
 2   thought.  I really don't recall her, so it's
 3   hard for me to testify what I thought about
 4   her age at the time.
 5        Q.   Was Virginia, in the period of
 6   around 2000, the youngest person that, as you
 7   understood it, was giving Mr. Epstein
 8   massages?
 9            MR. PAGLIUCA:  Object to the form
10        and foundation.
11        A.   Again, I can't testify to her age,
12   but everybody else that I can recall seemed
13   to be again, like I would say, adults.
14        Q.   You didn't think Virginia was an
15   adult, did you?
16            MR. PAGLIUCA:  Object to the form
17        and foundation.
18        A.   Like I said, I don't recall her.  I
19   don't recall thinking about -- my memory is
20   of adults giving Jeffrey massages, and as I
21   don't really remember Virginia around that
22   time, I don't know what I think.
23        Q.   You do remember Virginia, about
24   that time back in the 2000s, giving
25   Mr. Epstein massages?
```



Confidential

Page 45
1            G. Maxwell - Confidential
2                MR. PAGLIUCA:  Object to the form
3         and foundation.
4         A.    I barely remember her at all.
5         Q.    Whether you barely remember her or
6    not, you do remember that back in the period
7    around 2000, Virginia was giving Mr. Epstein
8    massages, right?
9                MR. PAGLIUCA:  Objection to form
10        and foundation.
11        A.    Only in the most general terms.  It
12   would be somebody who would give him a
13   massage, and that's it.
14        Q.    During the period of time back in
15   the period around 2000, when you knew that
16   Virginia was somebody who would give
17   Mr. Epstein a massage, was she somebody who
18   you considered an adult?
19                MR. PAGLIUCA:  Objection to form
20        and foundation.
21        A.    I didn't consider her at all
22   because she is not somebody that I really
23   interacted with.
24        Q.    It is your testimony that Virginia
25   was not somebody that you interacted with, is



Confidential



Page 55
1           G. Maxwell - Confidential
2      Epstein's home in Palm Beach?
3             MR. PAGLIUCA:  Objection to form
4        and foundation.
5        A.
13       Q.



Confidential



Page 56

1          G. Maxwell - Confidential

2      Q.

5      A.

7      A.

11     Q.

16

22



Confidential



Page 57

1           G. Maxwell – Confidential

2              MR. PAGLIUCA:  Objection to form

3        and foundation.

4        A.  ██████████

█    █    ████████████████████

█    ███████████████████████████

█    ██████████████████████

8              MR. PAGLIUCA:  Objection to form

9        and foundation.

10       A.  ████████████████████

█    ████████████████████████

█    ███████████████████████

█    █████████████████

14       Q.  ████████████████████

█    █████████████████████

█    █████████████████████

█    █████████████████

█    █    ████████

█    █    ████████████████████

█    ██████████████████████

21       ██████████████████████

█    ████████

█         ████████████    ██████████

█         ████████████

█    █    █████████████



Confidential



Page 58

1          G. Maxwell - Confidential

2      Q.

21          MR. PAGLIUCA:   Objection to form

22      and foundation.



Confidential

```
Page 86
  1        G. Maxwell - Confidential
  2       and foundation.
  3       A.   No.
  4       Q.   ███████████████████████
     █    ████████████████████████████
     █    ████████████████████████████
     █    █████████████
  8            MR. PAGLIUCA:  Objection to form
  9       and foundation.
 10       A.   I don't know.
 11       ██   █████████████████████████
     █    ██   ████
     █    ██   ████████████████████████
     █    ████████████████████████████
     █    ████████████████████████████
     █    ██████████████████████
 17            MR. PAGLIUCA:  Objection to form
 18       and foundation.  Asked and answered.
 19       A.   No.
 20       Q.   Were they ever in the Virgin
 21   Islands?
 22            MR. PAGLIUCA:  Objection to form
 23       and foundation.
 24       A.   No.
 25       ██   ███████████████████████████
```



Confidential

Page 87



1

8

17

23

24          MR. PAGLIUCA:   Objection to form

25          and foundation.



Confidential

Page 91

```
 1          G. Maxwell - Confidential
 2      it to something in the case.
 3          MR. BOIES:  I think it's tied, but
 4      if you instruct her not to answer, it
 5      goes into the --
 6          MR. PAGLIUCA:  Meat grinder.
 7  BY MR. BOIES:
 8      Q.  ███████████████████████████
     ██████████████████████████
    ████████████████████████████████
    ██████████████████████████
    ███████████████
    ████████████████  ████████████████ .
14      A.  Can you repeat the question?
15      Q.  ████████████████████
    ████████████████████████████
    ██████████████████████████████
    ████████████████████████████████
    ███████████████
20          MR. PAGLIUCA:  Same objection.
21      A.  No.
22      Q.  ███████████████████████
    ██████████████████████████
24 . ██████████████████████████
    ████████████████████████████
```



Confidential

Page 197

1

2                    CERTIFICATE

3

4

5          I HEREBY CERTIFY that GHISLAINE

6    MAXWELL, was duly sworn by me and that the

7    deposition is a true record of the testimony

8    given by the witness.

9

10   _____

11          Leslie Fagin,

             Registered Professional Reporter

12           Dated:  July 22, 2016

13

14

15          (The foregoing certification of

16   this transcript does not apply to any

17   reproduction of the same by any means, unless

18   under the direct control and/or supervision

19   of the certifying reporter.)

20

21

22

23

24

25



# EXHIBIT 12
# (Filed Under Seal)

# GIUFFRE

# VS.

# MAXWELL

### Deposition

## LYNN TRUDE MILLER

*05/24/2016*

---

## Agren Blando Court Reporting & Video, Inc.
*216 16th Street, Suite 600*
*Denver Colorado, 80202*
*303-296-0017*

*Agren Blando Court Reporting & Video, Inc.*

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Civil Action No. 15-cv-07433-RWS

CONFIDENTIAL VIDEOTAPED DEPOSITION OF
LYNN TRUDE MILLER                May 24, 2016

VIRGINIA L. GIUFFRE,

Plaintiff,

v.

GHISLAINE MAXWELL,

Defendant.

APPEARANCES:

    S.J. QUINNEY COLLEGE OF LAW, UNIVERSITY OF UTAH
       By Paul G. Cassell, Esq.
         383 S. University Street
         Salt Lake City, UT 84112
         Phone: 801.585.5202
         Cassellp@law.utah.edu
         Appearing on behalf of the
         Plaintiff

    HUTCHINSON BLACK AND COOK, LLC
       By John Clune, Esq.
         921 Walnut Street
         Suite 200
         Boulder, CO 80302
         Phone: 303.442.6514
         clune@hbcboulder.com
         Appearing on behalf of the
         Deponent

*Agren Blando Court Reporting & Video, Inc.*

```
 1
        APPEARANCES:  (Continued)
 2
           HADDON, MORGAN AND FORMAN, P.C.
 3            By Laura A. Menninger, Esq.
              Jeffrey S. Pagliuca, Esq.
 4            150 East 10th Avenue
              Denver, CO 80203
 5            Phone: 303.831.7364
              lmenninger@hmflaw.com
 6            jpagliuca@hmflaw.com
              Appearing on behalf of the
 7            Defendant

 8      Also Present:
              Maryvonne Tompkins, Videographer
 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1          A      Because I wasn't told any different.

2          Q      Do you know where any -- any source of

3     that information came from?  Was it Sky?

4          A      It came from Sky.

5          Q      Okay.  And what do you recall him telling

6     you about when Virginia stopped working at

7     Mar-a-Lago?

8          A      She was in a discussion with Mrs. Maxwell

9     to educate her and take her under her wing and be her

10    new momma.  That's what I heard.

11         Q      Okay.  And who told you that?

12         A      Sky.

13         Q      Okay.  And do you remember when Sky told

14    you that?

15         A      I don't remember.

16         Q      Okay.  Did you learn anything else about

17    that, other than what you just said?

18         A      No.

19         Q      Okay.  Do you know where she went to work

20    after Mar-a-Lago?

21         A      I think she went with Mrs. Maxwell.

22         Q      But do you know where, physically?

23         A      Physically, Sky and I dropped her off one

24    day at Mrs. Maxwell's.  I did not speak with

25    Mrs. Maxwell.  I didn't have anything to say to her.

*Agren Blando Court Reporting & Video, Inc.*

1    STATE OF COLORADO)

2                        )   ss.    REPORTER'S CERTIFICATE

3    COUNTY OF DENVER )

4           I, Kelly A. Mackereth, do hereby certify

5    that I am a Registered Professional Reporter and

6    Notary Public within the State of Colorado; that

7    previous to the commencement of the examination, the

8    deponent was duly sworn to testify to the truth.

9           I further certify that this deposition was

10   taken in shorthand by me at the time and place herein

11   set forth, that it was thereafter reduced to

12   typewritten form, and that the foregoing constitutes

13   a true and correct transcript.

14          I further certify that I am not related to,

15   employed by, nor of counsel for any of the parties or

16   attorneys herein, nor otherwise interested in the

17   result of the within action.

18          In witness whereof, I have affixed my

19   signature this 31st day of May, 2016.

20          My commission expires April 21, 2019.

21

22
                  Kelly A. Mackereth, CRR, RPR, CSR
23                216 - 16th Street, Suite 600
                  Denver, Colorado  80202
24

25

# EXHIBIT 13
# (Filed Under Seal)

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK


CASE NO. 15-CV-07433-RWS


----------------------------------------x

VIRGINIA L. GIUFFRE,


                    Plaintiff,

v.

GHISLAINE MAXWELL,

                    Defendant.


----------------------------------------x


                    June 21, 2016

                    9:17 a.m.


            C O N F I D E N T I A L

       Deposition of JOSEPH RECAREY, pursuant
       to notice, taken by Plaintiff, at the
       offices of Boies Schiller & Flexner, 401
       Las Olas Boulevard, Fort Lauderdale, Florida,
       before Kelli Ann Willis, a Registered
       Professional Reporter, Certified Realtime
       Reporter and Notary Public within and
       for the State of Florida.



Page 25

```
 1              JOSEPH RECAREY - CONFIDENTIAL
 2   BY MR. EDWARDS:
 3        Q.   All right.
 4             Was SG a licensed massage therapist?
 5             MR. PAGLIUCA:  Object to form and
 6        foundation.
 7             THE WITNESS:  No.
 8   BY MR. EDWARDS:
 9        Q.   And at 14 years old, are you permitted to
10   be a licensed massage therapist?
11        A.   Not to my knowledge.
12        Q.   After speaking with SG and understanding
13   her account of what took place at Jeffrey Epstein's
14   home, what -- what happened next in the
15   investigation?
16        A.   At some point the investigation was turned
17   over to me for follow-up.  I know there was trash
18   pulled that was done prior to -- and surveillance
19   that was done prior to the case being turned over to
20   me; and trash pulls being an investigative technique
21   to acquire intelligence, information and evidence.
22        Q.   Okay.  If we go to page 17, at the top,
23   and, first of all, I will ask you from memory, do
24   you remember if               identified Jeffrey
25   Epstein in a photo lineup?
```



Page 27

1              JOSEPH RECAREY - CONFIDENTIAL

2    "a cross-reference"?

3        A.    Uh-huh.

4        Q.    How is a cross-reference performed?  What

5    does that mean?

6        A.    When -- when something is

7    cross-referenced, they -- they jot down license

8    plate numbers.  They conduct their background into

9    the individuals; photographs, computer research.

10       Q.    A cross-reference of Jeffrey Epstein's

11   residence revealed which affiliated names?

12       A.    It revealed Nadia Marcinkova, Ghislane

13   Maxwell, Mark Epstein.  Also, the cross-reference,

14   any previous reports from the residence as well.

15       Q.    During your investigation, did you learn

16   of any involvement that Nadia Marcinkova had with

17   any of the activities you were investigating?

18            MR. PAGLIUCA:  Object to form and

19       foundation.

20            THE WITNESS:  Yes.

21   BY MR. EDWARDS:

22       Q.    And what involvement did you learn of

23   Nadia Marcinkova?

24            MR. PAGLIUCA:  Object to form and

25       foundation.



Page 28

1                JOSEPH RECAREY - CONFIDENTIAL

2          THE WITNESS:  Nadia was involved sexually

3      with one of the victims at Epstein's request.

4   BY MR. EDWARDS:

5      Q.   Okay.  Do you remember which victim you're

6   remembering right now?

7      A.   AH.

8      Q.   Okay.  If it indicates in the report that

9   she was also sexually involved with other victims,

10  is that possible as well?

11     A.   Yes.

12          MR. PAGLIUCA:  Object to form and

13      foundation.

14  BY MR. EDWARDS:

15     Q.   Okay.  The one that you remember in your

16  mind is AH?

17          MR. PAGLIUCA:  Object to form and

18      foundation.

19          THE WITNESS:  Correct.

20  BY MR. EDWARDS:

21     Q.   The other name that is on here as a

22  cross-reference is Ghislane Maxwell.

23          Did you speak with Ghislane Maxwell?

24     A.   I did not.

25     Q.   Did you ever attempt to speak with



Page 29

1         JOSEPH RECAREY - CONFIDENTIAL

2    Ghislane Maxwell?

3         A.    I wanted to speak with everyone related to

4    this home, including Ms. Maxwell.  My contact was

5    through Gus, Attorney Gus Fronstin, at the time, who

6    initially had told me that he would make everyone

7    available for an interview.  And subsequent

8    conversations later, no one was available for

9    interview and everybody had an attorney, and I was

10   not going to be able to speak with them.

11        Q.    Okay.  During your investigation, what did

12   you learn in terms of Ghislane Maxwell's

13   involvement, if any?

14             MR. PAGLIUCA:  Object to form and

15        foundation.

16             THE WITNESS:  Ms. Maxwell, during her

17        research, was found to be Epstein's long-time

18        friend.  During the interviews, Ms. Maxwell was

19        involved in seeking girls to perform massages

20        and work at Epstein's home.

21             MR. PAGLIUCA:  Object to form and

22        foundation.

23   BY MR. EDWARDS:

24        Q.    Did you interview -- how many girls did

25   you interview that were sought to give or that



Page 30

```
 1              JOSEPH RECAREY - CONFIDENTIAL
 2   actually gave massages at Epstein's home?
 3              MR. PAGLIUCA:  Object to form and
 4         foundation.
 5   BY MR. EDWARDS:
 6         Q.   Approximately.
 7              MR. PAGLIUCA:  Same objection.
 8              THE WITNESS:  I would say approximately
 9         30; 30, 33.
10   BY MR. EDWARDS:
11         Q.   And of the 30, 33 or so girls, how many
12   had massage experience?
13              MR. PAGLIUCA:  Object to form and
14         foundation.
15              THE WITNESS:  I believe two of them may
16         have been -- two of them.
17   BY MR. EDWARDS:
18         Q.   Okay.  And as we go through this report,
19   you may remember the names?
20         A.   Correct.  Let me correct myself.  I
21   believe only one had.
22         Q.   And was that -- was that one of similar
23   age to the other girls?
24              MR. PAGLIUCA:  Object to form and
25         foundation.
```



Page 40

                 1        JOSEPH RECAREY - CONFIDENTIAL

 2       foundation.

 3              THE WITNESS:  Yes, I did.

 4  BY MR. EDWARDS:

 5       Q.   And were trash pulls done at the property

 6  of Jeffrey Epstein?

 7       A.   Yes.

 8       Q.   What is the purpose of a trash pull, and

 9  what is a trash pull?

10       A.   A trash pull is when property is

11  discarded, such as trash, we coordinate with the

12  sanitation department to collect the trash, once it

13  leaves the property, and it's put into an empty well

14  of the trash truck.  We acquire the bags, and we

15  sift through the contents of the trash.

16       Q.   Did you or another detective from the unit

17  observe each step of the trash pull to make sure

18  that you had a good chain of custody of the

19  evidence?

20              MR. PAGLIUCA:  Object to form and

21          foundation.

22              THE WITNESS:  Yes.  The members of

23          the OCTAN unit at that time did.

24  BY MR. EDWARDS:

25       Q.   Okay.  And what is that process?



Page 41

1               JOSEPH RECAREY - CONFIDENTIAL
2         A.    The process --
3               MR. PAGLIUCA:  Object to form and
4         foundation.
5               THE WITNESS:  The process is when the --
6         once you coordinate a trash pull with the
7         sanitation supervisor, you meet with the
8         sanitation worker and ensure that either the
9         can that he's going to place in the well is
10        completely empty and you physically observe him
11        collect the trash and place it into the empty
12        container.  And then you follow him to a
13        disclosed area, and we retrieve the bags and
14        you sift through the trash.
15   BY MR. EDWARDS:
16        Q.    Okay.  What were you looking for in terms
17   of evidentiary value from these trash pulls?
18               MR. PAGLIUCA:  Object to form and
19        foundation.
20               THE WITNESS:  We were looking for any --
21        any form of identification.  You were looking
22        for -- to gather any kind of intelligence
23        and/or evidence.
24   BY MR. EDWARDS:
25        Q.    Okay.  If we go to page 20 of the report,



Page 42

```
1              JOSEPH RECAREY - CONFIDENTIAL
2   I guess I'll start with where it says on 4/4/2005, I
3   just want to ask you, was a voice mail message taken
4   into evidence from HR to SG?
5        A.   Yes.
6        Q.   Okay.  And the purpose of that evidence is
7   to corroborate what?
8              MR. PAGLIUCA:  Object to form and
9         foundation.
10             THE WITNESS:  It was actually a phone call
11        from HR to SG confirming an appointment to go
12        work at Epstein's residence.
13  BY MR. EDWARDS:
14       Q.   The next line down is what I wanted to
15  focus on, April 5th, 2005.
16             This trash pull, what evidence is yielded
17  from this particular trash pull?
18             MR. PAGLIUCA:  Object to form and
19        foundation.
20             THE WITNESS:  The trash pull indicated
21        that there were several messages with written
22        items on it.  There was a message from HR
23        indicating that there would be an 11:00
24        appointment.  There were other individuals that
25        had called during that day.
```



Page 43

1                 JOSEPH RECAREY - CONFIDENTIAL

2    BY MR. EDWARDS:

3         Q.    And when you would -- when you would see

4    females' names and telephone numbers, would you take

5    those telephone numbers and match it to -- to a

6    person?

7                 MR. PAGLIUCA:   Object to form and

8         foundation.

9                 THE WITNESS:   We would do our best to

10        identify who that person was.

11   BY MR. EDWARDS:

12        Q.    And is that one way in which you

13   discovered the identities of some of the other what

14   soon came to be known as victims?

15                MR. PAGLIUCA:   Object to form and

16        foundation.

17                THE WITNESS:   Correct.

18   BY MR. EDWARDS:

19        Q.    Okay.   There's the second paragraph from

20   the bottom, it starts, "Detective Leigh provided

21   trash from 4/06, 4/07/2005."

22                Do you see that?

23        A.    Yes.

24        Q.    And what is the purpose of the indication

25   that "the following information was retrieved:  Jet



Page 45

                    JOSEPH RECAREY - CONFIDENTIAL

1          JOSEPH RECAREY - CONFIDENTIAL

2    BY MR. EDWARDS:

3         Q.   And then some of the remaining messages,

4    "Johanna, work Sunday at 4 p.m.; A, Monday after

5    school; left message for Courtney W and NT," are

6    these individuals that you later learned were

7    underaged girls that had been to Jeffrey Epstein's

8    home?

9              MR. PAGLIUCA:   Object to form and

10        foundation.

11             THE WITNESS:   That's correct.

12   BY MR. EDWARDS:

13        Q.   What types of documents do you remember

14   retrieving from the trash pulls from Jeffrey

15   Epstein's home?

16        A.   There was numerous items.  It was a lot of

17   handwritten notes on different -- different pads of

18   paper.  Some of the pads had names on it, whether it

19   was Epstein, whether it was Ghislane Maxwell,

20   whether it was -- there were phone messages.

21             When I say "phone messages," I mean, you

22   know, the kind that come in a book.  They are carbon

23   copied, so the yellow copy always stays with the

24   book, but the white copy is torn off.  So there was

25   always a carbon copy of the actual phone message.



Page 72

```
 1              JOSEPH RECAREY - CONFIDENTIAL
 2              THE WITNESS:  Correct.
 3  BY MR. EDWARDS:
 4       Q.   And let me go back to the beginning six
 5  pages of that exhibit, No. 4.
 6              MR. PAGLIUCA:  Why don't we just make a
 7         copy of it now if we're going to ask questions
 8         about it?  I'm not trying to --
 9              MR. EDWARDS:  Yes, I know.  It's just the
10         first six pages.
11              (A discussion was held off the record,
12         after which the following proceedings were
13         held:)
14              THE VIDEOGRAPHER:  On the record at 10:32.
15  BY MR. EDWARDS:
16       Q.   And what were some of the items that were
17  found in -- well, are the documents that you're
18  holding, 1 through 6, an accurate reflection of the
19  items that were found in Jeffrey Epstein's home
20  during the search warrant execution?
21              MR. PAGLIUCA:  Object to form and
22         foundation.
23              THE WITNESS:  Yes.
24  BY MR. EDWARDS:
25       Q.   And I believe that you described that some
```



Page 73

```
 1              JOSEPH RECAREY - CONFIDENTIAL
 2    of the -- that the house appeared to be -- I don't
 3    remember the word you used -- sanitized, for lack of
 4    a better word?
 5              MR. PAGLIUCA:  Object to form and
 6         foundation.
 7    BY MR. EDWARDS:
 8         Q.   How did you know that?
 9         A.   The computers had been removed from the
10    home.
11         Q.   How did you know the computers were
12    removed?
13         A.   Based on -- based on the dangling wires
14    left behind, the monitors left, but the actual CPU
15    of it was missing.
16              When you went into the bedroom of Jeffrey
17    Epstein, everything was removed from the -- the
18    shelves, from the armoire.
19         Q.   Did you find nude photographs of girls?
20         A.   Yes.
21         Q.   All right.
22              And what did you do with that evidence?
23         A.   That was collected and placed into our
24    crime scene unit.
25         Q.   And where is that evidence today?
```



Page 74

1              JOSEPH RECAREY - CONFIDENTIAL

2        A.   Any evidence that was not returned to its

3   rightful owner was turned over to the FBI.

4        Q.   And evidence which would be nude

5   photographs of girls would be evidence not turned

6   back over to Epstein?

7        A.   Correct.

8             MR. PAGLIUCA:  Object to form and

9        foundation.

10             THE WITNESS:  Some of the items that were

11        collected were later found to be personal items

12        of the houseman, Janush.  I recall reviewing

13        his personal photographs on -- on a micro SD

14        card for, like, photos of him and his wife or

15        girlfriend at the time.

16   BY MR. EDWARDS:

17        Q.   And the underaged girls that you had

18   spoken with during your investigation, had they

19   described seeing photographs of naked girls in the

20   house?

21             MR. PAGLIUCA:  Object to form and

22        foundation.

23             THE WITNESS:  Yes, they did.

24   BY MR. EDWARDS:

25        Q.   That's something that ran consistent with



Page 78

1              JOSEPH RECAREY - CONFIDENTIAL

2    BY MR. EDWARDS:

3        Q.   Okay.  Also reflected are the property

4    receipts?

5              MR. PAGLIUCA:  Object to form and

6        foundation.

7              THE WITNESS:  Correct.

8    BY MR. EDWARDS:

9        Q.   All right.

10             And where were those taken from, in terms

11   of whose property is that?

12             MR. PAGLIUCA:  Object to form and

13       foundation.

14             THE WITNESS:  This would have been taken

15       from the home of Jeffrey Epstein.

16   BY MR. EDWARDS:

17       Q.   And in reviewing that evidence, were you

18   able to substantiate or corroborate certain victims'

19   accounts of their allegations of having been at the

20   house?

21             MR. PAGLIUCA:  Object to form and

22       foundation.

23             THE WITNESS:  Correct.

24   BY MR. EDWARDS:

25       Q.   Did you find names of other witnesses and



Page 79

```
 1            JOSEPH RECAREY - CONFIDENTIAL
 2  people that you knew to have been associated with
 3  the house in those message pads?
 4            MR. PAGLIUCA:  Object to form and
 5       foundation.
 6            THE WITNESS:  Yes.
 7  BY MR. EDWARDS:
 8       Q.   And so what was the evidentiary value to
 9  you of the message pads collected from Jeffrey
10  Epstein's home in the search warrant?
11            MR. PAGLIUCA:  Object to form and
12       foundation.
13            THE WITNESS:  It was very important to
14       corroborate what the victims had already told
15       me as to calling in and for work.
16  BY MR. EDWARDS:
17       Q.   Okay.  And did you learn the identities of
18  some of the other individuals associated with
19  Jeffrey Epstein through the review of that
20  particular evidence?
21            MR. PAGLIUCA:  Object to form and
22       foundation.
23            THE WITNESS:  Correct.
24  BY MR. EDWARDS:
25       Q.   Okay.  And what did you do with that
```



Page 83

```
 1              JOSEPH RECAREY - CONFIDENTIAL
 2   BY MR. EDWARDS:
 3        Q.   In these messages, did you see messages
 4   that were taken by Ghislane Maxwell or left for
 5   Ghislane Maxwell?
 6              MR. PAGLIUCA:  Object to form and
 7         foundation.
 8              THE WITNESS:  I do recall seeing messages
 9         utilizing her pad, her stationery.
10   BY MR. EDWARDS:
11        Q.   Okay.  Do you remember messages
12   specifically that Ms. Maxwell, she is home, or calls
13   for Ms. Maxwell, or indicating that the person
14   taking the message is GM?  Do you remember those?
15        A.   Yes.
16              MR. PAGLIUCA:  Object to form and
17         foundation.
18   BY MR. EDWARDS:
19        Q.   And did that give you further reason to
20   want to speak to Ghislane Maxwell?
21              MR. PAGLIUCA:  Object to form and
22         foundation.
23              THE WITNESS:  Correct.  I wanted to speak
24         with everyone in the home and everyone
25         associated with Jeffrey Epstein.
```



Page 97
```
 1                 JOSEPH RECAREY - CONFIDENTIAL
 2    anything that's found that has any kind of
 3    identifiers, any kind of names, phone numbers,
 4    anything that could be used to identify further
 5    victims and/or to corroborate what the information
 6    we already obtained, that information would be kept.
 7         Q.   Okay.
 8         A.   Be followed up on.
 9         Q.   You testified earlier about certain pieces
10    of paper that had Ghislane Maxwell's name on it that
11    were obtained.
12              Are the documents that are listed, the
13    first one, two, three, four pages of Exhibit 8, some
14    of the documents that you're referring to?
15              MR. PAGLIUCA:  Object to form and
16         foundation.
17              THE WITNESS:  That is correct.
18    BY MR. EDWARDS:
19         Q.   And if we go through this stack of
20    documents, if you could just review them and tell me
21    if these are some of the items obtained through the
22    trash pulls at Jeffrey Epstein's home?
23              MR. PAGLIUCA:  Object to form and
24         foundation.
25              THE WITNESS:  That is correct.  This is --
```



Page 98

```
 1              JOSEPH RECAREY - CONFIDENTIAL
 2        these items were collected in the trash pull.
 3   BY MR. EDWARDS:
 4        Q.   Okay.  And these are items that you felt
 5   had some evidentiary value?
 6             MR. PAGLIUCA:  Object to form and
 7        foundation.
 8             THE WITNESS:  Yes.
 9   BY MR. EDWARDS:
10        Q.   Were there other items within the trash
11   that were discarded as not having any apparent
12   evidentiary value?
13        A.   Correct.  There was stuff like food trash
14   we're not going to keep.  You know, an apple core.
15   None of that's going to be kept.
16        Q.   Okay.  And when you took this stuff into
17   evidence, how was it maintained?
18        A.   It was placed in a -- in a sealed
19   container, a sealed Ziploc, and placed into
20   evidence.
21        Q.   And then was that file later transferred
22   to the State Attorney's Office or the FBI?
23             MR. PAGLIUCA:  Object to form and
24        foundation.
25             THE WITNESS:  It was collected by the FBI.
```



Page 366

2

3            C E R T I F I C A T E

4    STATE OF FLORIDA      )

                           : ss

5    COUNTY OF MIAMI-DADE )

6            I, KELLI ANN WILLIS, a Registered

7    Professional, Certified Realtime Reporter and

8    Notary Public within and for The State of

9    Florida, do hereby certify:

10           That JOSEPH RECAREY, the witness whose

11   deposition is hereinbefore set forth was duly

12   sworn by me and that such Deposition is a true

13   record of the testimony given by the witness.

14           I further certify that I am not related

15   to any of the parties to this action by blood

16   or marriage, and that I am in no way interested

17   in the outcome of this matter.

18           IN WITNESS WHEREOF, I have hereunto set

19   my hand this 24th day of June, 2016.

20

21           _____

             KELLI ANN WILLIS, RPR, CRR

22

23

24

25



# EXHIBIT 14
# (Filed Under Seal)

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - x
VIRGINIA L. GIUFFRE,

       Plaintiff,

                         Case No.:
   -against-               15-cv-07433-RWS

GHISLAINE MAXWELL,

       Defendant.

- - - - - - - - - - - - - - - - - - - - - x

             **CONFIDENTIAL**

      Videotaped deposition of RINALDO
RIZZO, taken pursuant to subpoena, was
held at the law offices of Boies
Schiller & Flexner, 333 Main Street,
Armonk, New York, commencing June 10,
2016, 10:06 a.m., on the above date,
before Leslie Fagin, a Court Reporter
and Notary Public in the State of New
York.
               - - -
     MAGNA LEGAL SERVICES
  1200 Avenue of the Americas
   New York, New York 10026
      (866) 624-6221



Page 25

```
 1          R. Rizzo - Confidential
 2   even Nadia.  And what I found very repulsive,
 3   out of the ordinary, was Nadia was wearing a
 4   swimsuit that was very revealing and
 5   basically, her bottom basically went up her
 6   butt, revealing all of her buttocks.  So
 7   again, in the context not very appropriate
 8   for the situation.
 9          Q.   Could you tell the relationship of
10   age between the three girls that you have
11   described and Nadia, for instance?
12              MR. PAGLIUCA:  Object to the form
13          and foundation.
14          A.   Nadia seemed to be a bit older, I
15   would say.
16          Q.   How does this end, or is there,
17   what do you do next?  How does this meeting
18   that you've just described break up?
19          A.   I asked to excuse myself and asked
20   where the bathroom was, so I'm pointed inside
21   the house, to go inside the house to the
22   bathroom.
23              I walk in there, and I walk, as I'm
24   walking to the bathroom, what caught my eye,
25   and I had to take a double lock, there were
```



Page 26

```
 1            R. Rizzo - Confidential
 2    pictures of naked women, half-dressed girls.
 3    So I went to the bathroom, again, from
 4    someone, myself working in private service, I
 5    always know in houses there are cameras, so
 6    again, I was very reluctant to stare, because
 7    you never know when you are on camera.
 8               So I used the bathroom, and I came
 9    out, and you know, curiosity got the best of
10    me, and I leaned over and started looking at
11    these pictures for a brief minute, and it was
12    just so coincidental that as I did that, Ms.
13    Maxwell enters, and she immediately says to
14    me that Jeffrey would like for me to rejoin
15    the party immediately.
16        Q.   How many pictures of nude females
17    did you see in Jeffrey Epstein's home?
18               MR. PAGLIUCA:  Object to the form
19          and foundation.
20        A.   I can't recall the exact number.
21        Q.   Can you describe the pictures that
22    you saw in terms of what the people, what the
23    people or person within the picture was
24    wearing, what the age range would be of the
25    person that's in the photograph, any poses,
```



Page 52

1          R. Rizzo - Confidential

2          Q.    Did you learn whether your

3     perception was correct?

4                MR. PAGLIUCA:   Same objection.

5          A.    It was younger.  Yes, I did.

6          Q.    How old was this girl?

7          A.    15 years old.

8          Q.    What happens next when Ghislaine

9     Maxwell and Jeffrey Epstein and a 15-year-old

10    girl walk into Eva Anderson's home?

11               MR. PAGLIUCA:   Object to the form.

12    Foundation.

13         A.    They proceed into the dining room

14    area, which is across from the living room

15    area.  I go into the kitchen and I hear a

16    conversation start.  Very muffled, I could

17    not hear any particulars about the

18    conversation whatsoever.

19               My wife and I are in the kitchen

20    preparing the evening meal.  Eva brings the

21    young girl into the kitchen.  In the kitchen,

22    there is an island with three barstools.  Eva

23    instructs the young girl to sit to the

24    furthest barstool on the right.

25         Q.    Describe for me what the girl



Page 53

1          R. Rizzo - Confidential

2    looked like, including her demeanor and

3    anything else you remember about her when she

4    walks into the kitchen.

5          A.    Very attractive, beautiful young

6    girl.  Makeup, very put together, casual

7    dress.  But she seemed to be upset, maybe

8    distraught, and she was shaking, and as she

9    sat down, she sat down and sat in the stool

10   exactly the way the girls that I mentioned to

11   you sat at Jeffrey's house, with no

12   expression and with their head down.  But we

13   could tell that she was very nervous.

14         Q.    What do you mean by distraught and

15   shaking, what do you mean by that?

16         A.    Shaking, I mean literally

17   quivering.

18         Q.    What happens next?

19         A.    We were, again, the absurdity,

20   never introduced.  Like you would walk into a

21   room and say this is -- so my wife and I are

22   in the kitchen and this young girl is sitting

23   there.  It was a very uncomfortable moment.

24   I look at my wife.  And so I want to ease the

25   moment, and so I introduced myself and I



Page 54

```
 1        R. Rizzo - Confidential
 2   introduced my wife, and she doesn't really
 3   respond.
 4             And I asked her, are you okay?  And
 5   she doesn't really respond.  Nothing verbal,
 6   no cues, her head is still down.  I ask her
 7   if she would like some water, tissue,
 8   anything, and she basically doesn't respond.
 9        Q.   You ask her for a tissue?
10        A.   If she would like a tissue or some
11   water at the time.
12        Q.   Was she crying at the time?
13        A.   My perception, she was on the verge
14   of crying.  And I'm trying to loosen the
15   situation every way I know how, so the only
16   way I knew how, and I thought maybe this will
17   comfort her, I said oh, by the way, do you
18   work for Jeffrey.
19             And she says that, I guess kind of
20   made her feel comfortable, because maybe it
21   was that comment or my persistence, and she
22   said yes.  So I said, what do you do?  And
23   she says I'm Jeffrey's executive assistant,
24   personal assistant.  Which, from looking at
25   her, just didn't seem to suit.
```



Page 55

1          R. Rizzo - Confidential

2               And I blurted out:  You're his

3    executive personal assistant?  What do you

4    do?  And she says I was hired as his

5    executive personal assistant.  I schedule his

6    appointments.

7               And I'm shocked, and I blurt out:

8    You seem quite young, how did you get a job?

9    How old are you?  And she says to me, point

10   blank:  I'm 15 years old.

11              And I said to her:  You're 15 years

12   old and you have a position like that?  At

13   that point she just breaks down hysterically,

14   so I feel like I just said something wrong,

15   and she will not stop crying.  My wife and I

16   were at a loss for words, and I keep on

17   trying to console her, and nothing I was

18   saying, are you all right, do you need a

19   tissue, do you need water, consoles her.

20              And then in a state of shock, she

21   just lets it rip, and what she told me was

22   just unbelievable.

23   Q.   What did she say?

24              MR. PAGLIUCA:  Object to the form

25        and foundation.



Page 56

```
1            R. Rizzo - Confidential
2       A.    She proceeds to tell my wife and I
3  that, and this is not -- this is blurting
4  out, not a conversation like I'm having a
5  casual conversation.  That quickly, I was on
6  an island, I was on the island and there was
7  Ghislaine, there was Sarah, she said they
8  asked me for sex, I said no.
9            And she is just rambling, and I'm
10 like what, and she said -- I asked her, I
11 said what?  And she says yes, I was on the
12 island, I don't know how I got from the
13 island to here.  Last afternoon or in the
14 afternoon I was on the island and now I'm
15 here.  And I said do you have a -- this is
16 not making any sense to me, and I said this
17 is nuts, do you have a passport, do you have
18 a phone?
19            And she says no, and she says
20 Ghislaine took my passport.  And I said what,
21 and she says Sarah took her passport and her
22 phone and gave it to Ghislaine Maxwell, and
23 at that point she said that she was
24 threatened.  And I said threatened, she says
25 yes, I was threatened by Ghislaine not to
```



Page 57

1          R. Rizzo - Confidential

2    discuss this.

3          And I'm just shocked.  So the

4    conversation, and she is just rambling on and

5    on, again, like I said, how she got here, she

6    doesn't know how she got here.  Again, I

7    asked her, did you contact your parents and

8    she says no.

9          At that point, she says I'm not

10   supposed to talk about this.  I said, but I

11   said:  How did you get here.  I don't

12   understand.  We were totally lost for words.

13         And she said that before she got

14   there, she was threatened again by Jeffrey

15   and Ghislaine not to talk about what I had

16   mentioned earlier, about -- again, the word

17   she used was sex.

18      Q.   And during this time that you're

19   saying she is rambling, is her demeanor

20   continues to be what you described it?

21      A.   Yes.

22      Q.   Was she in fear?

23      A.   Yes.

24         MR. PAGLIUCA:  Object to the form

25         and foundation.



```
                                         Page 58
 1          R. Rizzo - Confidential
 2      Q.    You could tell?
 3      A.    Yes.
 4          MR. PAGLIUCA:  Same objection.
 5      A.    She was shaking uncontrollably.
 6      Q.    What happens with this 15-year-old
 7  girl next?
 8          MR. PAGLIUCA:  Object to the form
 9      and foundation.
10      A.    As she is trying to explain, and
11  I'm asking questions because I'm as feared as
12  she is at this point.  We hear people
13  approach and she just shuts up.
14      Q.    What happens next?
15      A.    Eva comes in and tells her that she
16  will be working for Eva in the city.
17      Q.    As what?
18      A.    As a nanny.
19      Q.    Did you see this girl again?
20      A.    Yes.
21      Q.    And when?
22      A.    On a flight maybe a month or so to
23  Sweden.
24      Q.    What was the purpose of the flight?
25      A.    We were going to Sweden for the
```



Page 59

```
 1            R. Rizzo - Confidential
 2   summer.
 3        Q.    Who was on the flight?
 4        A.    The Dubin family.
 5        Q.    As well as this girl?
 6        A.    Yes.
 7        Q.    What happens?
 8        A.    One thing that I forgot to mention
 9   is during our initial conversation, I asked
10   her what her name was ████  she said her name
11   was ████████
12        Q.    What happened with ████████?
13        A.    We flew to Sweden, we stopped at an
14   airport that we didn't usually stop at and
15   she got off the plane.
16        Q.    Just so that I make sure I
17   understand, who it was that she says asked
18   her for sex on the island, who was that?
19            MR. PAGLIUCA:  Object to the form.
20        Foundation.
21        A.    She didn't specify who asked for
22   sex.  She said that they asked for sex.
23   Immediately after that she put Ghislaine and
24   Sarah into the conversation.
25        Q.    Taking her passport?
```



Page 60

1          R. Rizzo - Confidential

2      A.   Yes.

3      Q.   From -- are there any other

4  incidents or occurrences that you observed

5  personally with Jeffrey Epstein and Ghislaine

6  Maxwell?

7          MR. PAGLIUCA:  Object to the form

8      and foundation.

9      A.   Not that I can recall.

10     Q.   This last event that you described,

11 what's the timeframe when that occurred?

12     A.   Late 2004, 2005.

13     Q.   When did you resign your employment

14 from the Dubin family?

15     A.   I think roughly October.

16     Q.   Of what year?

17     A.   2005.

18     Q.   Why?

19     A.   My wife and I had discussed these

20 incidents, and this last one was just, we

21 couldn't deal with it.

22     Q.   When you left your employment with

23 the Dubin family, did you have a job?

24     A.   When we finally left, I stayed on

25 three months after my resignation, I had a



Page 141

1

2                          CERTIFICATE

3

4

5          I HEREBY CERTIFY that RINALDO

6   RIZZO, was duly sworn by me and that the

7   deposition is a true record of the testimony

8   given by the witness.

9

10  _____

11          Leslie Fagin,

            Registered Professional Reporter

12          Dated:   June 10, 2016

13

14

15          (The foregoing certification of

16   this transcript does not apply to any

17   reproduction of the same by any means, unless

18   under the direct control and/or supervision

19   of the certifying reporter.)

20

21

22

23

24

25



# EXHIBIT 15
# (Filed Under Seal)

Confidential

Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 15-CV-07433-RWS

----------------------------------------x

VIRGINIA L. GIUFFRE,

Plaintiff,

v.

GHISLAINE MAXWELL,

Defendant.

----------------------------------------x

June 3, 2016
9:07 a.m.

C O N F I D E N T I A L

Deposition of DAVID RODGERS, pursuant
to notice, taken by Plaintiff, at the
offices of Boies Schiller & Flexner, 401
Las Olas Boulevard, Fort Lauderdale, Florida,
before Kelli Ann Willis, a Registered
Professional Reporter, Certified Realtime
Reporter and Notary Public within and
for the State of Florida.



Confidential

Page 18

```
 1                   DAVID RODGERS
 2   flyer person, then you would reduce it to an
 3   initial?
 4           MR. PAGLIUCA:  Object to form and
 5        foundation.
 6           MR. REINHART:  You can answer the
 7        question.
 8           You can answer the question, if you can
 9        answer the question.  You are allowed to answer
10        the question, if you understand the question.
11   BY MR. EDWARDS:
12        Q.   I'm trying to understand your testimony.
13             Is it, if you came to know that person --
14        A.   Uh-huh.
15        Q.   -- as a frequent flyer passenger, you
16   would begin to reduce that person's name to an
17   initial at some point?
18           MR. PAGLIUCA:  Same objection.
19           THE WITNESS:  Well, we don't really have a
20        frequent flyer program that we do, so to speak.
21        A lot of times I would do it because if you
22        would write out everybody's name there is not
23        enough space, you know, to get everybody's name
24        in that little square there.
25
```



Confidential

Page 34

1                          DAVID RODGERS

2        Q.     -- is that right?

3               And is that -- is Ghislaine Maxwell

4     somebody that through the years 1995 through 2013

5     was somebody who flew very frequently?

6        A.     What were the years again?

7        Q.     The years of this book, 1995 --

8        A.     I wouldn't say through 2013.  But, yes,

9     '95 through 2000 sometime.  Probably, I would have

10    to go back and -- well, you can see in there.

11       Q.     We will get to it.

12       A.     There will be a point where you don't see

13    her much.  But to say it went through 2013 would not

14    be accurate.

15       Q.     Let's do it this way:  The person that you

16    have reflected on numerous notations --

17       A.     Yes.

18       Q.     -- through here as GM --

19       A.     Yes.

20       Q.     -- just by the initials, are we able to

21    safely know that that is Ghislaine Maxwell?

22       A.     Yes.

23               MR. PAGLIUCA:  Object to form and

24          foundation.

25               MR. EDWARDS:  Court reporter, did you get



Confidential

Page 35

```
 1                    DAVID RODGERS
 2      the answer?
 3            THE REPORTER:  Yes.  The answer came
 4      before the objection.
 5  BY MR. EDWARDS:
 6      Q.   So on the next flight, the next day, from
 7  Palm Beach to SAF.  Is SAF Santa Fe?
 8      A.   Yes.
 9      Q.   And it indicates JE and GM.
10            Are we able to then know that those
11  passengers on that flight were Jeffrey Epstein and
12  Ghislaine Maxwell?
13      A.   Yes.
14            MR. PAGLIUCA:  Object to form and
15      foundation.
16  BY MR. EDWARDS:
17      Q.   And where would you land at SAF?  Is that
18  an airport?
19      A.   It is an airport.
20      Q.   Is it a private airport?
21      A.   No.  It's -- airlines go in there.
22      Q.   Did Jeffrey Epstein also have a landing
23  strip at his property in New Mexico?
24      A.   He did at one time.
25      Q.   What would that -- do you remember what
```



Confidential

Page 36

```
1                    DAVID RODGERS
2   that code would be?
3        A.    I don't believe there was a code.
4        Q.    All right.  Were there times that you
5   landed either the Gulfstream or the Boeing --
6        A.    No.
7        Q.    No.
8             MR. REINHART:  Let him finish the question
9        before you answer.
10            THE WITNESS:  Oh, I'm sorry.
11  BY MR. EDWARDS:
12       Q.    Sure.  We are doing fine so far.  But the
13  court reporter is taking down all of our questions
14  and all of our answers.  We are communicating well.
15       A.    Okay.
16       Q.    But when I go to read this back, we may
17  not get that.
18       A.    Okay.  Go ahead.
19       Q.    So were there times where you landed one
20  of Jeffrey Epstein's planes on his private landing
21  strip at the New Mexico property?
22       A.    Yes.  But not the Gulfstream and not the
23  Boeing.
24       Q.    What plane did you land on his property?
25       A.    The Cessna 421.  And probably a
```



Confidential

Page 96

1                    DAVID RODGERS

2        9:00, so it is 20 to 11:00 here.

3   BY MR. EDWARDS:

4        Q.    So I want to go to page 41, and down to

5   December 9th.  Sorry.  December 11.

6        A.    Okay.

7        Q.    Palm Beach to Teterboro.

8        A.    Yeah.

9        Q.    And who are the passengers?

10       A.    Jeffrey Epstein, Ghislaine Maxwell, Emmy

11  Tayler, Virginia.

12       Q.    And this appears to be the first time that

13  Virginia's name appears in the log?

14       A.    Right.

15       Q.    Is there a -- is there a reason why the

16  first time -- I notice that the first time on some

17  of the other passengers, you use a first and last

18  name.  Is there any reason why you didn't use her

19  first and last name?

20       A.    I probably didn't know her last name.

21       Q.    Just didn't catch it.

22       A.    Yes.

23       Q.    Okay.  It was not that somebody told you

24  not to use the last name?

25       A.    No.  No.



Confidential

Page 97

1                      DAVID RODGERS

2      Q.   So that flight goes from Palm Beach to

3   Teterboro.

4           Can you remember whether that's the first

5   time that you flew on a plane with Virginia Roberts?

6           MR. PAGLIUCA:   Object to --

7           THE WITNESS:   I believe it is.

8           MR. PAGLIUCA:   Object to form and

9      foundation.

10  BY MR. EDWARDS:

11     Q.   Do you remember the flight?

12     A.   No.

13     Q.   The next flight three days later goes from

14  Teterboro to Virgin Islands with Jeffrey Epstein,

15  Ghislaine Maxwell, Adam Perry Lang, and Virginia; is

16  that right?

17     A.   Yes.

18     Q.   And below that, it says, "Reposition."

19          What does that mean?

20     A.   We were taking the airplane with no

21  passengers to go into maintenance, or an OPS2

22  inspection.

23     Q.   Okay.   This is -- this is the same

24  Gulfstream, is that right?

25     A.   Yes.



Confidential

Page 98

1                      DAVID RODGERS

2      Q.    How many passengers would that Gulfstream

3  allow?

4      A.    Twelve passengers, I believe.

5      Q.    And do you know how Jeffrey Epstein,

6  Ghislaine Maxwell, Adam Perry Lang, and Virginia get

7  off of St. Thomas or leave the island?

8      A.    No.  I do not.  Probably a charter, I'm

9  guessing.

10     Q.    If -- who would fly the -- well, is there

11 any other plane that Jeffrey Epstein was able to

12 access back then that was a private plane?

13          MR. PAGLIUCA:  Object to foundation.

14          THE WITNESS:  No.  At that point in time

15      we don't have the Boeing yet.

16 BY MR. EDWARDS:

17     Q.    So how many airplanes did Jeffrey Epstein

18 back then?

19     A.    Well, we -- I don't know if we had the 421

20 then.  We may or may not have.  But it wouldn't --

21 you know, you wouldn't be flying the 421 down to

22 St. Thomas with Jeffrey.  It is too long of a

23 flight.

24     Q.    The Cessna?

25     A.    The Cessna 421, correct.



Confidential

Page 99

1                    DAVID RODGERS

2        Q.    Okay.

3        A.    But I'm not even sure we still had it at

4    this point in time.

5        Q.    Yeah.   It shows up on the next page.   We

6    will get there.

7        A.    Does it?   Okay.

8              So then, yes, the answer is, yeah, we

9    still had the airplane.   But we wouldn't have used

10   that.

11       Q.    So is there any way of telling how Jeffrey

12   Epstein, Ghislaine Maxwell, Adam Perry Lang, and

13   Virginia were in the Virgin Islands on that, from

14   December 14th, 2000 --

15             MR. PAGLIUCA:   Object to foundation.

16   BY MR. EDWARDS:

17       Q.    -- based on your knowledge or your logs or

18   anything else?

19       A.    No, I wouldn't have any way of knowing.

20       Q.    Okay.

21       A.    Because the next flight that they are on

22   was like this Palm Beach one, January 16th.   So I

23   wouldn't have any idea.

24       Q.    Okay.   To your knowledge, did Jeffrey

25   Epstein ever fly commercially?



Confidential

Page 100

1                          DAVID RODGERS

2        A.    He probably has.  Back then at this time,

3    I'm going to say probably not.  But I know that he

4    has flown commercially.  But usually that would be

5    like going to Europe, maybe.

6        Q.    Okay.  January 16th through the 25th,

7    those flights, do you see that block that I'm

8    talking about?

9        A.    Yes.

10       Q.    Jeffrey Epstein, Ghislaine Maxwell, Emmy

11   Tayler, and then at times Shelly Lewis, do you see

12   that?

13       A.    Yes, right.

14       Q.    The 25th it lands in Teterboro.  And the

15   next day, on the 26th, leaves out of Teterboro with

16   Jeffrey Epstein, Ghislaine Maxwell, Emmy Tayler, and

17   Virginia Roberts.  This time you wrote the whole

18   name.

19       A.    Right.  Right.

20       Q.    So when you write the full name, does that

21   signify -- that's when you may have learned her last

22   name?

23       A.    Correct.

24       Q.    And do you know how she -- how she got up

25   to New Jersey or New York?



Confidential

Page 101

                    DAVID RODGERS

1

2      A.   I do not.  I would guess the airlines.

3      Q.   At this point in time, did you know what

4  her -- what her relationship was with Jeffrey

5  Epstein or Ghislaine Maxwell?

6           MR. PAGLIUCA:  Object to form.

7           THE WITNESS:  No.

8  BY MR. EDWARDS:

9      Q.   Did you -- was she a masseuse?

10          MR. PAGLIUCA:  Object to foundation.

11          THE WITNESS:  I -- I'm not sure what she

12      was.

13  BY MR. EDWARDS:

14     Q.   Did you form any -- any belief that she

15  was a friend or a business associate or anything?

16          MR. PAGLIUCA:  Object to foundation.

17          THE WITNESS:  Well, I mean, we had a lot

18      of people on the airplane.  And Virginia was

19      just another one of those passengers.

20  BY MR. EDWARDS:

21     Q.   Okay.  So on the 26th, flies to Palm

22  Beach.  And then -- and then I guess the 27th --

23     A.   Right.

24     Q.   -- leaves from Palm Beach to the Virgin

25  Islands --



Confidential

Page 102

1                       DAVID RODGERS

2        A.    Yes.

3        Q.    -- with Jeffrey Epstein, Ghislaine

4   Maxwell, Emmy Tayler, and Virginia Roberts, right?

5        A.    Yes.

6        Q.    And on the 30th, you fly it back.  That's

7   still the Gulfstream, right?

8        A.    Yes.

9        Q.    From the Virgin Islands to Palm Beach with

10  the same four passengers, correct?

11       A.    Yes.

12       Q.    And that's Jeffrey Epstein, Ghislaine

13  Maxwell, Emmy Tayler, and Virginia Roberts?

14       A.    Correct.

15       Q.    And then what happens to that plane, the

16  Gulfstream, for the next month, from February 1st

17  through March 5th?

18       A.    Well, I don't know what happened to it,

19  but I'm -- from, looks like February 17th, I'm going

20  to school to get a type rating on the Boeing.  And

21  I'm gone for about three weeks.

22       Q.    So this is when you're doing a simulator

23  on the Boeing?

24       A.    Correct.

25       Q.    And getting your certification to fly the



Confidential

Page 103

```
 1                     DAVID RODGERS
 2   Boeing?
 3        A.    Yes.
 4        Q.    The Boeing, was that previously owned by
 5   The Limited or Les Wexner?
 6        A.    I'm not sure of the company name,
 7   officially.  But probably, yes.
 8        Q.    Some association with him?
 9        A.    Some association, yes.
10        Q.    Do you know who flew the Gulfstream while
11   you were doing the simulator?
12        A.    Well, it would have been Larry Visoski,
13   I'm not sure who the first officer was.
14        Q.    Do you know if any logs were kept of the
15   passengers' names?
16        A.    While I was at school?
17        Q.    Right, while you were at school.
18        A.    There probably were logs, but I don't know
19   where they are.
20        Q.    Have you ever spoken with Larry about
21   whether he kept names of passengers?
22        A.    I don't think he does.
23        Q.    Do you know where Larry Visoski flew the
24   Gulfstream for the month that you were --
25        A.    No.
```



Confidential

Page 104

```
 1                        DAVID RODGERS
 2        Q.    Sorry.  Just let me finish my question.  I
 3   know I was getting it out slow.
 4              -- but for the month that you were
 5   training on the Boeing?
 6        A.    No.
 7        Q.    All right.  So the last flight that you
 8   took in the Gulfstream before you began, before you
 9   flew the Cessna for a day, I guess, right, from
10   Santa Fe to DFW --
11        A.    Right.
12        Q.    -- February 3rd --
13        A.    Yes.
14        Q.    And that's the Cessna with 908GM tail
15   number?
16        A.    Yes.
17        Q.    The last flight that you flew on the
18   Gulfstream was the flight back from St. Thomas with
19   Jeffrey Epstein, Ghislaine Maxwell, Emmy Tayler, and
20   Virginia Roberts, right?
21        A.    Uh-huh.
22        Q.    And then the next time that you're on the
23   plane is -- on the Gulfstream is when?
24        A.    It looks like March the 5th.
25        Q.    And who are the passengers on that flight?
```



Confidential

Page 105

1                        DAVID RODGERS

2    Where is it going to?

3         A.    Jeffrey Epstein, Ghislaine Maxwell, Emmy

4    Tayler, Virginia Roberts.

5         Q.    And then there's notation of Gary

6    Roxborough?

7         A.    Yes.

8         Q.    Do you know why that is?

9         A.    Yeah.  He was the first officer.

10         Q.    Why did he become the first officer?

11         A.    Because Larry was probably in training for

12    the Boeing.

13         Q.    Okay.  You took -- you alternated?

14         A.    Right.  We didn't go at the same time.

15         Q.    All right.  Then the Gulfstream has the

16    same aircraft make and model.  That's the same

17    Gulfstream airplane, right?

18         A.    Yes.

19         Q.    But the aircraft identification mark

20    changes --

21         A.    Correct.

22         Q.    -- on March 5th, 2001.

23         A.    Correct.

24         Q.    And it changes to N -- it changes from

25    N908JE to N909JE.



Confidential

Page 106

```
 1                    DAVID RODGERS
 2         A.    Yes.
 3         Q.    Why was that?
 4         A.    Because the N908JE went to the Boeing.
 5    That was going to be on the Boeing now.
 6         Q.    And the new number for N909JE was
 7    transferred to the Gulfstream?
 8         A.    Correct.
 9         Q.    And where does that first flight on the
10    5th go?
11         A.    From Palm Beach to Stephenville up in
12    Newfoundland for a fuel stop.
13         Q.    Okay.  And then how do you know it is a
14    fuel stop?
15         A.    Because we are going to Paris, and so we
16    have to stop there for fuel.
17         Q.    Okay.  I know how -- I know how you would
18    know that.  But is there any indication on any of
19    the numbers that go off to the right that would tell
20    me that it's a fuel stop as opposed to --
21         A.    No.
22         Q.    No?  Okay.  All right.  So there's no way
23    after today's deposition I can look at any of the
24    numbers; it's not going to tell me what it was for?
25         A.    No.  No.  And it's -- obviously it looks
```



Confidential

Page 107

1                        DAVID RODGERS

2    different, because one day is the 5th; one day is

3    the 6th.  But we landed there like at 11:50 at

4    night.  And then when we took off, it was, you know,

5    the next day.

6         Q.   Okay.  Got it.

7              And then where do you go the next day?

8         A.   We went from Stephenville to

9    Paris-Le Bourget.

10        Q.   And who were the passengers going to

11   Paris?

12        A.   Jeffrey Epstein, Ghislaine Maxwell, Emmy

13   Tayler, and Virginia Roberts.

14        Q.   And then what's the next flight?

15        A.   On the 8th, from Paris to -- I believe

16   that is in Spain.

17        Q.   Granada, Spain?

18        A.   Granada, Spain.  Correct.

19        Q.   Okay.  And who are the passengers on that

20   trip?

21        A.   Jeffrey Epstein, Ghislaine Maxwell, Emmy

22   Tayler, Virginia Roberts, Alberto and Linda Pinto,

23   one female, and Ricardo, it looks like Orieta.

24        Q.   And then what's the next flight?

25        A.   From there to Tangiers.  From Granada to



Confidential

Page 108

1                          DAVID RODGERS

2    Tangiers.

3         Q.   When you landed -- sorry to go back --

4    when you landed in -- what did we say LEGR was?

5         A.   Granada, Spain.

6         Q.   Where did -- where did you stay?  Where do

7    you stay on those trips?

8         A.   We didn't stay.  We left the same day, I

9    believe.

10        Q.   Okay.  What if we go back to one flight to

11   LFPB?

12        A.   Uh-huh.  LFPB.

13        Q.   That's Paris?

14        A.   Yeah.  We stayed in Paris.

15        Q.   And do --

16        A.   We stayed there.

17        Q.   Do you know -- do you stay at the same

18   location where Jeffrey Epstein, Ghislaine Maxwell,

19   Emmy Tayler, and Virginia Roberts stay?

20        A.   No.

21        Q.   Where do you stay while you are in Paris?

22        A.   Hotel.

23        Q.   Where do they say?

24             MR. PAGLIUCA:  Object to foundation.

25             THE WITNESS:  He has a place there, in



Confidential

Page 109

1                         DAVID RODGERS

2        Paris.

3   BY MR. EDWARDS:

4        Q.    Okay.  Jeffrey Epstein has a home or a

5   house in Paris?

6        A.    Right.

7        Q.    Okay.  Have you been to it?

8        A.    Yes, I believe I have.

9        Q.    Have you ever stayed there?

10       A.    No.

11       Q.    And getting to and from the airport, were

12   you ever in the car riding to or from the airport in

13   Paris with Jeffrey Epstein?

14       A.    No.

15       Q.    So going down to the 9th, then, where is

16   that flight?

17       A.    That is from Tangiers to London Luton

18   Airport.

19       Q.    And is Luton Airport, is that a major

20   airport?

21       A.    For general aviation it is.  There is

22   airline service in there, but it is not a huge one,

23   for sure.

24       Q.    Who were the passengers?

25       A.    Jeffrey Epstein, Ghislaine Maxwell, Emmy



Confidential

Page 110

1                    DAVID RODGERS

2    Tayler, and Virginia Roberts.

3        Q.    And am I reading this correctly that the

4    next flight is two days later, on the 11th?

5        A.    Yes.

6        Q.    And where does the flight on the 11th go?

7        A.    From Luton to Bangor, Maine.

8        Q.    All right.  While in London, do you know

9    what Jeffrey Epstein, Ghislaine Maxwell, Emmy

10   Tayler, and Virginia Roberts did?

11       A.    No, I do not.

12       Q.    Do you know who they saw?

13       A.    No, I do not.

14       Q.    After the flight to Maine, where is the

15   next flight?

16       A.    Maine is from Bangor to Teterboro the same

17   day.

18       Q.    Okay.

19       A.    So that was a fuel stop.

20            MR. EDWARDS:  All right.  We are at a good

21       time to stop.  The videographer has to change

22       tapes.

23            THE WITNESS:  Okay.

24            MR. EDWARDS:  So we why don't we take a

25       five-minute break.



Confidential

Page 111

```
 1                    DAVID RODGERS
 2          THE WITNESS:  Okay.
 3          THE VIDEOGRAPHER:  Off the record at
 4      10:57.
 5          (Thereupon, a recess was taken, after
 6      which the following proceedings were held:)
 7          THE VIDEOGRAPHER:  This is the beginning
 8      of Disk 2.  On the record at 11:12.
 9  BY MR. EDWARDS:
10      Q.   Sure.  If we go back to page 41,
11  December 7th, 2000.
12          MR. PAGLIUCA:  Give us a Bates page,
13      please.
14          MR. EDWARDS:  Right, 41.  For the
15      remainder, when I say "page," I'm really just
16      referring to the Bates number.
17  BY MR. EDWARDS:
18      Q.   So page 41, December 7th, 2000.
19      A.   Okay.
20      Q.   Do you see that?
21          Where was that flight going from and to?
22      A.   Luton to -- Luton -- that's going into
23  Marham Air Force Base.
24      Q.   Do you remember why you would have flown
25  into the Air Force base?
```



Confidential

Page 112

1                    DAVID RODGERS

2       A.   We flew in there to drop the passengers

3  off.  And then these passengers that were on there,

4  we dropped them off.  And then -- let's see.  We

5  repositioned.

6            I don't remember.  We dropped passengers

7  off, and we had to leave, I believe.

8       Q.   Okay.  That was --

9       A.   We weren't allowed to stay there.

10      Q.   That was Tom Pritzker?

11      A.   Yes.

12      Q.   And then did you also drop off Jeffrey

13 Epstein, Ghislaine Maxwell, Kelly Spamm?

14      A.   Yes.

15      Q.   Okay.

16      A.   I believe everyone got off the airplane

17 there.

18      Q.   And where did you reposition to?

19      A.   It says, "Positioned in Norwich, England."

20 I guess it's Norwich.

21      Q.   Sandringham, that is what it says right

22 above that.  What is that?

23      A.   Sandringham.  I believe Sandringham is the

24 estate that the queen has --

25      Q.   Okay.



Confidential

Page 113

1                         DAVID RODGERS

2       A.    -- near there.

3       Q.    All right.  And the flight on

4    December 9th --

5       A.    Uh-huh.

6       Q.    That's Jeffrey Epstein, Ghislaine Maxwell,

7    Emmy Tayler, Kelly Spamm?

8       A.    Right.

9       Q.    And then what did you write in the

10   parenthesis under that?

11      A.    "Blowing snow on runway."  It was a great

12   weird phenomenon that happened that night.

13      Q.    And then you're leaving out of that

14   Sandringham Airport; is that right?

15      A.    We are -- which one are you on?

16      Q.    On the 9th.

17      A.    On the 9th --

18      Q.    The first entry on the 9th.

19      A.    The 9th, we're leaving, looks like

20   Norwich, England, I believe, EGSH, and we go to

21   Gander, Newfoundland --

22      Q.    Okay?

23      A.    -- for a fuel stop.

24      Q.    I think before we took a break that we

25   were on page 43.



Confidential

Page 114

1                    DAVID RODGERS

2        A.    Uh-huh.

3        Q.    And the flight that began in Palm Beach,

4    before going to Paris and Belgium, Tangier, I think

5    you told me, it ended up in Maine --

6        A.    Correct.

7        Q.    -- on March 11th, 2001.

8        A.    Right.

9        Q.    Or, sorry, it ended up in Teterboro.

10       A.    Teterboro.

11       Q.    Okay.  And then on the 15th, you fly

12   from -- on the Gulfstream out of Teterboro to ISP.

13   Do you know where that is?

14       A.    Islip, New York.

15       Q.    Okay.  And Virginia Roberts was on the

16   flight that landed in Teterboro on the 11th,

17   correct?

18            MR. PAGLIUCA:  Object to form and

19        foundation.

20            THE WITNESS:  Yes.

21   BY MR. EDWARDS:

22       Q.    But leaving out of Teterboro, she's not

23   one of the passengers on the flight.

24       A.    No.

25       Q.    Any idea where she went?



Confidential

Page 115

1                    DAVID RODGERS

2       A.    No.

3       Q.    Okay.

4             MR. PAGLIUCA:  Are you referring to

5       Bates 0041, the 11th through 14th?  Is that

6       what you're talking about?

7             MR. EDWARDS:  Forty-three.

8             MR. PAGLIUCA:  Forty-three.

9             MR. EDWARDS:  March 11th and March 15th,

10      2001.

11            MR. REINHART:  If it will help there, the

12      flight numbers column, like the fifth or sixth

13      column over, are sequentially numbered and

14      unique numbers.  So if you want to just say

15      "flight 1468" --

16            MR. EDWARDS:  Okay.

17            MR. REINHART:  -- that might help

18      everybody --

19            MR. EDWARDS:  Right.

20            MR. REINHART:  -- follow along.

21            MR. EDWARDS:  Okay.  Thanks, Bruce.

22            MR. REINHART:  Uh-huh.

23   BY MR. EDWARDS:

24      Q.    So the flight now that I'm talking about

25   that leaves out of Teterboro on the 15th, flight



Confidential

Page 116

```
 1                    DAVID RODGERS
 2   No. 1471 --
 3        A.   Right.
 4        Q.   -- the passengers appear to be Jeffrey
 5   Epstein, Ghislaine Maxwell, Adam Perry Lang, Alexia
 6   Wallert and Banu Cukuglu?
 7        A.   I think so.
 8        Q.   Do you remember Banu?
 9        A.   I definitely remember that.  It was a hard
10   name to spell.
11             Yeah.  Sort of, I guess.  I mean, if she
12   walked in right now, I probably wouldn't recognize
13   her.
14        Q.   Well, it has been since 2001, so --
15        A.   Yeah, I know.
16        Q.   Okay.  So then the next flight is 1472.
17   Where is that?  Where is that going?
18        A.   From Islip to Lake City, Florida.
19        Q.   All right.  And the passengers, again, are
20   who?
21        A.   Jeffrey Epstein, Ghislaine Maxwell, Adam
22   Perry Lang, Alexia Wallert and Banu Cukuglu,
23   whatever her name is.
24        Q.   Did you know what relationship she had, if
25   at all, with Jeffrey Epstein?
```



Confidential

```
                                                    Page 117
  1                         DAVID RODGERS

  2        A.    No.  No.

  3        Q.    Do you remember an Ed Tuttle?

  4        A.    Yes.

  5        Q.    And who was he?

  6        A.    I believe Ed was a, probably in

  7   construction.  I think he may have been around

  8   before the Jeffrey -- well, let me think.

  9        Q.    If we skip down to March 16th, I see his

 10   name.  So I don't know if that's going to help you.

 11        A.    I believe -- I believe Ed Tuttle was like

 12   maybe an architect, or somewhere in the

 13   construction, real estate side, I believe.

 14        Q.    Okay.  So flight No. 1477 --

 15        A.    Uh-huh.

 16        Q.    -- from LaGuardia to Palm Beach, is that

 17   Jeffrey Epstein, Ghislaine Maxwell, Emmy Tayler, Joe

 18   Pagano, Eva Dubin?

 19        A.    Yes.

 20        Q.    Celina Dubin?

 21        A.    Yes.

 22        Q.    Jordan Dubin?

 23        A.    Right.

 24        Q.    Maya Dubin and two nannies?

 25        A.    Yes.
```



Confidential

Page 118

```
 1                    DAVID RODGERS

 2      Q.    And Alexia Wallert?  Is that what that is?

 3      A.    I would assume so, yes, AW.

 4      Q.    That is sort of what we talked about in

 5 the beginning, where Alexia Wallert appears in full

 6 name at the top --

 7      A.    Right.

 8      Q.    -- and it's AW, AW, AW.

 9      A.    And there's no room to write her name out

10 there --

11      Q.    Right.

12      A.    -- so she's AW.

13      Q.    Okay.  And then the next flight, the 27th,

14 leaves out of Palm Beach.  Who are our passengers on

15 that flight and where's it going?  1478 is the

16 flight.

17      A.    Yeah.  Jeffrey Epstein, Ghislaine Maxwell,

18 Emmy Tayler, Virginia Roberts, two females, Banu,

19 and that's it.

20      Q.    And do you know, in New York, when that

21 plane lands in Teterboro, where do you stay when the

22 plane is up there?

23      A.    It is 2001.  At an apartment there.

24      Q.    Did you have your own apartment?

25      A.    Yes.
```



Confidential

Page 119

1                    DAVID RODGERS

2         Q.    Or did you stay at one of Jeffrey

3    Epstein's apartments?

4         A.    No.  It was his apartment, Jeffrey's

5    apartment.

6         Q.    Was that one of the apartments at 301 East

7    66th Street?

8         A.    Yes.

9         Q.    And did any of the other passengers from

10   that flight, that 1478, did any of them stay at any

11   of those apartments?

12        A.    Yeah.  Emmy would have.  Virginia probably

13   did.

14        Q.    Did you see Virginia stay at the

15   apartment?

16        A.    I don't know.

17        Q.    When you were in New York and you left

18   from the airport, did you ride in the same car with

19   Virginia?

20        A.    Not usually.  I mean, I don't know if we

21   ever did.  It's possible we did.

22        Q.    Do you know whether Virginia Roberts

23   stayed at Jeffrey Epstein's townhouse or whether

24   Virginia Roberts stayed at the apartments?

25             MR. PAGLIUCA:  Object to form.



Confidential

Page 120

```
 1                    DAVID RODGERS
 2          THE WITNESS:  I don't know for sure.
 3
 4  BY MR. EDWARDS
 5      Q.   Can you recollect riding in a car with
 6  her, or can you recollect whether she got in a car
 7  with anyone else?
 8          MR. PAGLIUCA:  Object to form.
 9          THE WITNESS:  I can't.
10          MR. EDWARDS:  Okay.
11          MR. REINHART:  I'm sorry.  Are you asking
12      about that specific trip or --
13          MR. EDWARDS:  Sorry.
14  BY MR. EDWARDS:
15      Q.   I mean that specific trip.
16      A.   No.  I can't.
17      Q.   How about in general at any time?
18      A.   No.  I don't recall.  I mean, I can
19  recall, I would ride sometimes with Emmy, with Adam
20  I remember them being in the car.  But, again, that
21  was unusual.  Usually it would just be Larry and
22  myself.  But on occasion, you know, somebody might
23  ride with us.
24      Q.   When you would stay at the apartment in
25  New York on East 66th Street, would it always be in
```



MAGNA
LEGAL SERVICES

Confidential

Page 121

1                    DAVID RODGERS

2  the same apartment?

3       A.   Yes.

4       Q.   All right.  There are multiple apartments

5  owned by Jeffrey Epstein?

6       A.   At that time, it was the same apartment.

7       Q.   Okay.  Have you stayed in other apartments

8  since that time?

9       A.   Yes.

10      Q.   All at that East 66th Street location?

11      A.   Yes.  I really don't -- I don't have an

12  apartment there now.  We haven't gone there since

13  probably 2008.

14      Q.   How about Banu?  Would she have stayed at

15  301 East 66th Street?

16           MR. PAGLIUCA:  Object to foundation.

17           THE WITNESS:  Most likely.

18  BY MR. EDWARDS

19      Q.   Why do you say that?

20      A.   Well, if she's on the plane with us on

21  multiple trips, then most likely she probably stayed

22  there.

23      Q.   Have you been to Jeffrey Epstein's

24  townhouse as 9 East 71st Street?

25      A.   Yes.



Confidential

Page 122

1                     DAVID RODGERS

2       Q.    And it's a pretty big place, right?

3       A.    Pretty big.

4       Q.    And it has numerous bedrooms?

5       A.    Yes.

6       Q.    Any reason why Banu would not have been

7   staying there?

8             MR. PAGLIUCA:  Object to foundation.

9             THE WITNESS:  I don't know.

10  BY MR. EDWARDS

11      Q.    I'm just trying to get to, is there a

12  reason why you believe that Banu would have, I think

13  you said, probably have stayed at the apartment

14  versus the townhouse?

15      A.    Well, I only say that because Emmy, you

16  know, stayed there.

17      Q.    Stayed where?

18      A.    At the -- at our apartments.

19      Q.    Okay.

20      A.    I'm pretty sure Adam, yeah, Adam stayed

21  there at the time.  So most of the people that were

22  regulars on the flight, they would stay there in the

23  apartments.

24      Q.    Okay.  But do you remember Virginia or

25  Banu staying in the apartments?



Confidential

Page 123

```
1                    DAVID RODGERS
2        A.    I do not specifically.
3        Q.    Okay.  The next flight on the next day,
4   1479, is flying from Teterboro to Santa Fe; is that
5   right?
6        A.    Yes.
7        Q.    And who are those passengers?
8        A.    Jeffrey Epstein, Ghislaine Maxwell, Adam
9   Perry Lang, Virginia Roberts, Banu, Marvin Minsky,
10  Henry Jarecki.
11       Q.    Do you remember Marvin and Henry?
12       A.    I remember Henry.  I don't really remember
13  Marvin.
14       Q.    Okay.  And then two days later -- again,
15  where would you have stayed if you landed in
16  Santa Fe on March 29th, 2001?
17       A.    Probably would have stayed at the ranch.
18       Q.    At the Zorro Ranch?
19       A.    Yes.
20       Q.    All right.  Did the other passengers that
21  were on the plane, Jeffrey Epstein, Ghislaine
22  Maxwell, Adam Perry Lang, Virginia Roberts, Banu --
23  I'm not evening going to try her last name --
24       A.    Right.
25       Q.    -- Marvin Minsky and Henry Jarecki also
```



Confidential

Page 124

1                    DAVID RODGERS

2    have stayed at the ranch?

3            MR. PAGLIUCA:  Object to foundation.

4            THE WITNESS:  I'm going to say most likely

5        they did.

6    BY MR. EDWARDS

7        Q.   Was there any other location in Santa Fe

8    where you are aware passengers would have stayed?

9        A.   Not that I'm aware of.

10       Q.   If you were all going to the same place,

11   is that an occasion where you would all ride in the

12   same vehicle from the airport to the ranch?

13           MR. PAGLIUCA:  Object to foundation.

14           THE WITNESS:  I don't know.

15   BY MR. EDWARDS

16       Q.   You would still right in separate

17   vehicles?

18       A.   Right.  Because it takes us about an hour

19   to finish up at the airport.

20       Q.   And then the 31st, so two days?

21       A.   Let me go back to that one --

22       Q.   Sure.

23       A.   -- and say, it is possible.  I think Adam

24   has ridden with us before.  So I couldn't swear that

25   one way or the other.  But he has probably ridden



Confidential

                                                        Page 125

1                        DAVID RODGERS

2    with us before to the airport; to or from the

3    airport.

4         Q.    Two days later, flight No. 1408 out of

5    Santa Fe to Palm Beach, who were the passengers

6    there?

7         A.    Jeffrey Epstein, Ghislaine Maxwell, Prince

8    Andrew, Virginia Roberts, Nadia Bjorlin, Henry

9    Jarecki, Marvin Minsky.

10        Q.    Do you remember when you were at the ranch

11   Nadia Bjorlin arriving?

12        A.    I would assume that she airlined in there.

13        Q.    Do you remember her at the ranch?  Did she

14   perform for you or anything?

15        A.    No.

16              I don't remember her at the ranch.  I

17   mean, I'm sure she was there.  I just don't

18   remember.

19        Q.    Okay.  Do you remember a person named

20   Heather Mann?  She's found on flight 1438 next to

21   Lydia.

22        A.    Heather Mann, not really.

23        Q.    Okay.  The next flight, on page 45, is

24   1488.  The flight number.  April 9th, 2001.

25        A.    Right.



Confidential

Page 126

1                         DAVID RODGERS

2      Q.   Where does that flight take off from and

3  where does it go?

4      A.   Palm Beach to Atlantic City.

5      Q.   Who is on that flight?

6      A.   Jeffrey Epstein, Emmy Tayler, Virginia

7  Roberts, Banu and Johanna.

8      Q.   Do you remember Johanna Sjoberg?

9      A.   I don't.

10     Q.   On that same day, you take a flight to

11  Teterboro?

12     A.   Right.

13     Q.   Did you go to the casinos at all that day?

14     A.   I don't think so.

15     Q.   Would that be something that you would do

16  with them?  Or you would stay back?

17     A.   No.  We would stay at the airport.

18     Q.   All right.

19          And then two days later, on the 11th,

20  flight 1490, the plane flies out of Teterboro.

21          For that two-day period of time, the night

22  of the 9th and the night of the 10th, would you have

23  stayed at the apartment?

24          MR. PAGLIUCA:  Object to foundation.

25          MR. EDWARDS:  In New York.



Confidential

Page 127

```
1                        DAVID RODGERS
2            THE WITNESS:  I would say, yes.
3  BY MR. EDWARDS:
4       Q.   All right.  Do you know where Virginia and
5  Banu and Johanna stayed?
6       A.   No idea.
7       Q.   You can't recollect whether they were --
8  you can't recollect seeing them at the apartments?
9            MR. PAGLIUCA:  Object to foundation.
10           THE WITNESS:  No.
11 BY MR. EDWARDS:
12      Q.   All right.
13           Then on the 11th, you leave from Teterboro
14 and go to where?
15      A.   St. Thomas.
16      Q.   That is flight 1490.  And on that flight,
17 Jeffrey Epstein, Ghislaine Maxwell, Prince Andrew,
18 Banu, Virginia Roberts and Johanna?
19      A.   Yes.
20      Q.   And that is -- that is a flight -- how
21 does -- how did those passengers get from -- does
22 Jeffrey Epstein have a place in St. Thomas?
23           MR. PAGLIUCA:  Object to form.
24           THE WITNESS:  Well, yes.
25
```



MAGNA
LEGAL SERVICES

Confidential

Page 128

1                    DAVID RODGERS

2    BY MR. EDWARDS:

3         Q.    Where is that?

4         A.    In St. Thomas, he has an office.  In St.

5    Thomas.

6         Q.    Where does he stay in the Virgin Islands?

7         A.    On Little St. James.

8         Q.    And how do the passengers get from

9    St. Thomas to Little St. James?

10        A.    Most likely, helicopter.

11        Q.    How many people does the helicopter fit?

12        A.    We didn't own a helicopter then.

13              Probably -- probably 5.  It depends,

14   because they had different helicopters.  I'm not

15   sure which one they used that day.

16        Q.    What is the duration of the flight from

17   St. Thomas to Little St. James?

18        A.    About six minutes.

19        Q.    What is the duration of a boat trip from

20   Little St. James to St. Thomas?

21        A.    Probably about, let's say, 15 to 20

22   minutes.  But you are on the east side of the island

23   and the airport is almost to the west side of the

24   island.

25        Q.    So you have to almost circle the island?



Confidential

Page 129

```
 1                    DAVID RODGERS
 2       A.   To get from the island by boat, to get
 3  to -- there's land there and take a car, it is
 4  probably -- it is probably close to an hour, 45
 5  minutes for sure.
 6       Q.   Are there passenger manifests that are
 7  kept for the helicopters?
 8            MR. PAGLIUCA:  Object to foundation.
 9            THE WITNESS:  I'm not sure.  I'm not sure.
10  BY MR. EDWARDS:
11       Q.   Back in this time, in around April of
12  2001, did Jeffrey Epstein have a helicopter yet?
13       A.   No, he did not have a helicopter.
14       Q.   At that time?
15       A.   Correct.
16       Q.   And so do you remember the name of the
17  company or corporation that they rented or
18  transported?
19       A.   I don't.  It was the only -- helicopter
20  service there in St. Thomas is no longer there.
21       Q.   Okay.
22       A.   Air Center Helicopter.
23       Q.   Was there a particular person at Air
24  Center Helicopter that you ever coordinated with?
25       A.   We would, like, call a dispatcher.  Or you
```



Confidential

Page 130

```
 1                    DAVID RODGERS
 2   know, whoever picked up the phone, we would call
 3   them.
 4        Q.   All right.  So 1491 is a flight from
 5   St. Thomas to Palm Beach; is that right?
 6        A.   Yes.
 7        Q.   And Gwendolyn Beck is now on that flight?
 8        A.   Yes.
 9        Q.   Do you remember that flight at all, 1491?
10        A.   Not really.
11        Q.   Anything about it stick out in your mind?
12        A.   No.
13        Q.   All right.  The next flight that -- do you
14   remember a female name Kelly Bovina?
15        A.   I remember the name, but I don't remember
16   her.
17        Q.   Was she an actress as well, do you
18   remember that?
19        A.   I don't recall.
20        Q.   The next flight I want to direct your
21   attention is 1501, May 3rd, 2001.
22        A.   Okay.
23        Q.   What is that airport, ADS?
24        A.   Addison, Texas.  San Antonio, Texas.
25        Q.   And who are the passengers on that?
```



Confidential

Page 131

```
 1                        DAVID RODGERS
 2        A.    Jeffrey Epstein, Virginia Roberts.
 3        Q.    Do you know how Virginia Roberts got to
 4   Addison, Texas?
 5        A.    No.
 6        Q.    Was that flight -- was the purpose of that
 7   flight only to pick up Virginia Roberts?
 8              MR. PAGLIUCA:  Object to form and
 9        foundation.
10   BY MR. EDWARDS:
11        Q.    Can you tell by your logs?
12        A.    Not really.  Let's see.  We -- no, I don't
13   know.
14        Q.    The flight previous on the 3rd flies in
15   from where?  Where is that?
16        A.    Little Rock.
17        Q.    Arkansas?
18        A.    Correct.
19        Q.    So the only passenger on that flight from
20   Little Rock, Arkansas, to Addison, Texas, flight
21   1500, is Jeffrey Epstein, right?
22        A.    Right.
23        Q.    And then you land in Addison before going
24   to Santa Fe?
25        A.    That is actually San Antonio, I believe.
```



Confidential

Page 132

```
 1                    DAVID RODGERS
 2   Yes.  That is San Antonio, SAT.
 3        Q.   How long is the flight from Addison to San
 4   Antonio?
 5        A.   I would be guessing, probably an hour.
 6        Q.   Do you know what the purpose was for
 7   landing --
 8        A.   Well, you know, I can tell you.  It is
 9   9/10s.  Fifty-four minutes.
10        Q.   Do you know what the purpose was to be to
11   land in Addison, Texas, before arriving in San
12   Antonio?
13        A.   I do not.  But it appears that we spent
14   the night in San -- oh, I see what you are saying.
15   No, I don't know.  That I went to Addison probably
16   the same day.
17        Q.   Went to Addison and picked up Virginia
18   Roberts?
19        A.   It looks like it.
20        Q.   And then in San Antonio, two days later,
21   who are your passengers on that flight, 1502?
22        A.   Jeffrey Epstein, Virginia Roberts.
23        Q.   Where do you fly?
24        A.   From San Antonio to Palm Beach.
25        Q.   And in May, on May 14th, 2001, flight
```



Confidential

Page 133

                              DAVID RODGERS

1      1506, where is that flight leaving from?

2          A.    St. Thomas.

3          Q.    And going where?

4          A.    Teterboro.

5          Q.    And who are your passengers?

6          A.    Jeffrey Epstein, Ghislaine Maxwell, Emmy
Tayler, Banu, Virginia Roberts and one female.

7          Q.    And, again, do you remember who the one
female would have been with Virginia Roberts?

8          A.    No.

9          Q.    Can you tell by this how any of those
individuals that were on that flight leaving from
the Virgin Islands to Teterboro got to the Virgin
Islands?

10         A.    No.

11         Q.    What were the other possible avenues back
in those days for Jeffrey Epstein, Ghislaine Maxwell
to travel to the Virgin Islands?

12         A.    They could have done a charter, possibly.

13         Q.    Okay.  Was there ever a time when, it
looks like that is the -- that is the Gulfstream
that you fly out of the Virgin Islands to Teterboro,
correct?

14         A.    Correct.



Confidential

Page 134

1                    DAVID RODGERS
2      Q.   Was there ever a time you were flying the
3   Gulfstream and -- well, let's go back a little bit.
4      A.   Okay.
5      Q.   On May 7th, at the top.
6      A.   Right.
7      Q.   Flight 1503, that is the Gulfstream
8   traveling from Palm Beach to CHO?
9      A.   That is Charlottesville, I believe,
10  Virginia.
11     Q.   And then on that same day from
12  Charlottesville to Teterboro?
13     A.   Correct.
14     Q.   So when does the Gulfstream get from
15  Teterboro to St. Thomas?
16     A.   Hmm, I don't know.  Because it appears
17  that I'm on vacation at that time.  So I don't know.
18     Q.   How did you get to St. Thomas for the 14th
19  to fly?
20     A.   Airline.
21     Q.   All right.  So at some point in time,
22  between May 7th and May 14th --
23     A.   Uh-huh.
24     Q.   -- somebody flies the Gulfstream to the
25  Virgin Islands.



Confidential

Page 135

1                    DAVID RODGERS

2        A.    Correct.

3        Q.    And who would that be?

4             MR. PAGLIUCA:  Object to foundation.

5             THE WITNESS:  Larry Visoski and I don't

6        know who the other person would have been.

7    BY MR. EDWARDS:

8        Q.    When you pick up passengers in the Virgin

9    Islands and you are taking them to Teterboro, do you

10   speak with Larry Visoski about when he arrived in

11   the Virgin Islands?

12       A.    Yeah.  Yeah.  We would coordinate that.  I

13   mean, usually we would go down there together.  We

14   would ride in the same airline down.

15       Q.    In this particular case, you were on

16   vacation?

17       A.    Well, that is true.  However, most likely

18   he airlined home once he got to St. Thomas.  And

19   then most likely, we drove in a car to Miami and

20   road the same airline down there.

21       Q.    That was something that you customarily

22   did?

23       A.    Yes.

24       Q.    Okay.  So then you have -- we have no way

25   of knowing then who the passengers that flew to the



Confidential

Page 136

1                    DAVID RODGERS

2    Virgin Islands would have been, if there were any in

3    addition to those that left?

4         A.    No.

5         Q.    All right.  You fly into Teterboro on

6    flight 1506 on May 14th, 2001, and fly out in the

7    Gulfstream on the 24th, 10 days later; is that

8    right?

9         A.    Yes.

10        Q.    And your passengers, 10 days later flying

11   to Palm Beach are Jeffrey Epstein, Ghislaine

12   Maxwell, Emmy Tayler, Adam Perry Lang and a female.

13        A.    Right.

14        Q.    Do you know where Virginia Roberts went

15   during that time after she landed in Teterboro on

16   the 14th?

17        A.    I do not.

18        Q.    Page 47, I'm going to go to flight

19   No. 1510.  June 3rd, 2001.

20              Who is on that flight?

21        A.    Jeffrey Epstein, Virginia Roberts, Banu.

22        Q.    And you are flying from Palm Beach to

23   St. Thomas again?

24        A.    St. Thomas, yes.

25        Q.    And then from St. Thomas to Teterboro two



Confidential

Page 137

```
 1                    DAVID RODGERS
 2   days later, on June 5th?
 3        A.   Jeffrey Epstein, Virginia Roberts, and
 4   Banu.
 5        Q.   All right.  And then where is the next
 6   flight on the 8th?
 7        A.   On the 8th, from Teterboro to Montreal.
 8        Q.   Do you know what -- so Virginia Roberts
 9   and Banu were not on the flight on the 8th, right?
10        A.   That's correct.
11        Q.   Okay.  Do you remember the flight on the
12   8th with Naomi Campbell, Rebecca White, Ana Malova?
13        A.   Sort of.  But not really.
14        Q.   Okay.  Do you remember who Rebecca White
15   is?
16        A.   No.
17        Q.   Do you remember how old Rebecca White was?
18        A.   No.
19        Q.   The next flight I want to direct your
20   attention to is on the 15th of June, flight 1516.
21        A.   Uh-huh.
22        Q.   Passengers:  Jeffrey Epstein, Ghislaine
23   Maxwell, and then does that say Sheridan?
24        A.   Yes.
25        Q.   Do you remember a passenger named Sheridan
```



Confidential

Page 138

```
 1                    DAVID RODGERS
 2   Gibson?
 3        A.    Possibly.
 4        Q.    And then it says, Caroline.  Do you know
 5   who Caroline is?
 6        A.    I do not.
 7        Q.    And then one female?
 8        A.    Yeah, I don't know who the female is.
 9        Q.    Okay.  On the 28th, there is a flight
10   1523.
11        A.    Uh-huh.
12        Q.    From -- is that Portugal to St. Thomas?
13        A.    No.  It is the Azores.
14        Q.    LPAZ?
15        A.    Yes.  It was a fuel stop.
16        Q.    To St. Thomas?
17        A.    Right.
18        Q.    And then on that flight is Jeffrey
19   Epstein, Ghislaine Maxwell, Emmy Tayler and Ed
20   Tuttle, right?
21        A.    Yes.
22        Q.    Six days later, leaving on July 4th from
23   St. Thomas, who are your passengers?
24        A.    Jeffrey Epstein, Prince Andrew, Virginia
25   Roberts, one female.
```



Confidential

Page 139

1                    DAVID RODGERS

2      Q.   And do you know how Virginia Roberts got

3   to the Virgin Islands?

4      A.   No.

5      Q.   Is there any -- is it possible that the

6   Cessna took her or the Boeing took her?  Or any

7   other aircraft that is owned by Jeffrey?

8           MR. PAGLIUCA:  Object to foundation.

9           THE WITNESS:  No, I would -- if I had to

10      guess, I would guess the airlines.

11  BY MR. EDWARDS:

12      Q.   Okay.

13      A.   Well, I know it wasn't the Boeing, because

14  the Boeing is not in operation at that point in

15  time.  We hadn't flown it.  I mean, it hadn't had

16  any passengers on board yet.  That is like in August

17  of 2001.

18      Q.   Okay.  And the Cessna, did you take that

19  from Florida to the Virgin Islands?

20      A.   It has been to the Virgin Islands, but I

21  don't think we ever took any passengers down there.

22      Q.   Okay.  All right.  The next flight is

23  1525.

24      A.   Okay.

25      Q.   On July 8th, 2001.



Confidential

Page 140

```
 1                         DAVID RODGERS

 2        A.    Okay.

 3        Q.    That leaves out of Palm Beach?

 4        A.    Okay.

 5        Q.    Where do you go on that?

 6        A.    Teterboro.

 7        Q.    And who are your passengers?

 8        A.    Jeffrey Epstein, Ghislaine Maxwell, Emmy

 9   Tayler, Prince Andrew, Virginia Roberts, Sheridan

10   Gibson, maybe Sheridan Gibson-Beaute, I guess, and

11   one female.

12        Q.    And then three days later, you leave out

13   of Teterboro to CPS?

14        A.    Yes.

15        Q.    Where is that?

16        A.    That is St. Louis, actually it is Cahokia,

17   Illinois, across the river from St. Louis.

18        Q.    Who are your passengers?

19        A.    Jeffrey Epstein, Ghislaine Maxwell, Emmy

20   Tayler, Virginia Roberts.  We were actually en route

21   to Santa Fe.  We had a mechanical problem.  We had

22   to go into there for maintenance.

23        Q.    Do you remember having a mechanical

24   problem or is the log just refreshing your memory?

25        A.    No, I remember because that was the only
```



Confidential

Page 141

```
 1                    DAVID RODGERS
 2   time we landed at Cahokia with passengers on board.
 3        Q.    What was the problem?
 4        A.    We had a -- we had a static line that had
 5   cracked and it was causing our altimeters to not
 6   agree.  And then we went to the alternate system,
 7   things got really worse because it was stopped up
 8   with a mud dauber somewhere in the system.  That is
 9   why I remember that flight.
10        Q.    When you landed in St. Louis did the
11   passengers get off the plane?
12        A.    Yes.  And then they airlined -- I believe
13   they airlined.  They could have taken a charter, I
14   don't recall.  But I know they didn't leave with us.
15        Q.    All right.  And the passengers that got
16   off the plane would have been Jeffrey Epstein,
17   Ghislaine Maxwell, Emmy Tayler and Virginia Roberts?
18        A.    Yes.
19        Q.    And then on the 16th, those five days
20   later, those same passengers leave Santa Fe?
21        A.    Right.
22        Q.    And go back to Teterboro?
23        A.    Correct.
24        Q.    When Jeffrey Epstein would go to his
25   townhouse in New York, would you always fly into
```



Confidential

Page 142

```
 1                    DAVID RODGERS
 2  Teterboro?
 3       A.   Most of the time.  It would depend on the
 4  airplane, too.  Like the Boeing, you are not allowed
 5  to take it into Teterboro.
 6       Q.   So while you had the Gulfstream, it seemed
 7  like Teterboro?
 8       A.   Yeah, it is -- I mean, occasionally there
 9  would be a LaGuardia in there, but not really often.
10       Q.   So on the 16th, you fly in to Teterboro.
11  And then six days later, it looks like, flight
12  No. 15 -- oh, wait.  All right.
13            So flight No. 1528, you fly into
14  Teterboro, Jeffrey Epstein, Emmy Tayler, Ghislaine
15  Maxwell and Virginia Roberts.  Do you see that?
16       A.   Yes.
17       Q.   Then the next flight I have listed is
18  1530.
19            Do you know where 1529 is?
20       A.   No, other than I'm gone for some reason.
21  I wasn't on that flight.
22            Let's see.  July, approximately.  I see I
23  went on vacation.
24       Q.   Okay.  And the 23rd, there is a flight
25  from Palm Beach to St. Thomas with Jeffrey Epstein,
```



Confidential

Page 143

1                    DAVID RODGERS

2    Shelly Lewis.  Do you see that?

3         A.    Yes.

4         Q.    Five days later, the flight that leaves

5    St. Thomas does not have Shelly Lewis; is that

6    right?

7         A.    Correct.

8         Q.    And then you fly to Palm Beach?

9         A.    Yes.

10        Q.    And who are your passengers at that time?

11        A.    Jeffrey Epstein, Virginia Roberts, yes.

12        Q.    When you had the mechanical problem, do

13   you remember any of the passengers being scared or

14   frightened?

15        A.    No.  Not really.  I mean, they didn't

16   really know that we had a problem.  We just informed

17   them that we couldn't continue on to Santa Fe.

18        Q.    Okay.  And August 7th, 2001, flight 2?

19        A.    Uh-huh.

20        Q.    Is that the first flight that the Boeing

21   makes with passengers?

22        A.    Correct.

23        Q.    And that is Jeffrey Epstein, Ghislaine

24   Maxwell, Emmy Tayler, Prince Andrew and two females.

25   Do you remember who the two females were on the



Confidential

Page 144

1                       DAVID RODGERS

2    first passenger flight of the Boeing?

3         A.    I do not.

4         Q.    And then on the 7th -- at that flight flew

5    from Los Angeles to Albuquerque, correct?

6         A.    Uh-huh.

7         Q.    On the 14th, you were flying the Cessna

8    that has the 908GM tag.

9         A.    Correct.  Right.

10        Q.    And then the next entry with passengers is

11   on the 16th.  And you are flying the Boeing again,

12   right?

13        A.    Yes.

14        Q.    All right.  Do you know who flew the

15   Boeing for flight 3, 4 and 5?

16        A.    For 3, 4 and 5, no.  Oh, yes.  I know it

17   wasn't me.  I do remember that now.

18              I went on vacation.  And it was a contract

19   guy that flew for us while I was gone.

20        Q.    Do you remember a passenger named

21   Alexander Dixon?

22        A.    Alexander Dixon, no.

23        Q.    Flight No. 11 on the Boeing?

24        A.    Uh-huh.

25        Q.    Now, the Boeing has the tag 908JE?



Confidential

```
                                          Page 145
 1                    DAVID RODGERS
 2        A.    Correct.
 3        Q.    That is what you were explaining in the
 4   beginning, correct?
 5        A.    Correct.
 6        Q.    So September 3rd, the Boeing flies from
 7   St. Thomas to HPN?
 8        A.    Yes, White Plains, New York.
 9        Q.    And your passengers?
10        A.    Jeffrey Epstein, Ghislaine Maxwell, Emmy
11   Tayler, Adam Perry Lane, Banu, Sarah Kellen,
12   Alexander Dixon.
13        Q.    Do you remember Sarah Kellen?
14        A.    Yes.
15        Q.    And do you remember what -- is that your
16   first time meeting Sarah Kellen, when she appears?
17        A.    I don't think so.  I thought she was on an
18   earlier flight.  Let's see.  But it could be.  It
19   could be, I'm not sure.
20        Q.    Do you know how Sarah Kellen got to
21   St. Thomas to be leaving St. Thomas with you?
22        A.    No.
23        Q.    Do you know what her relationship was, if
24   any, with Jeffrey Epstein?
25        A.    She was -- Sarah was sort of taking over
```



Confidential

Page 146

1                        DAVID RODGERS

2    Emmy's position.  Like an assistant to Ghislaine.

3        Q.    All right.  Page 53.  January 15th, 2002.

4        A.    Okay.

5        Q.    There is a flight from Bedford,

6    Massachusetts; is that right?

7        A.    Yes.

8        Q.    To where is that going?

9        A.    White Plains.

10       Q.    And it's Jeffrey Epstein and Jessica.

11       A.    Yes.

12       Q.    Do you remember who Jessica is?

13       A.    I do not.

14       Q.    From White Plains, who are the passengers

15   going to St. Thomas?

16       A.    Jeffrey Epstein, Ghislaine Maxwell, Sarah

17   Kellen, Prince Andrew, Cindy Lopez, Johanna and one

18   female.

19       Q.    Do you remember Cindy Lopez?

20       A.    Yes.

21       Q.    And what did she do?

22       A.    I don't know what she did, but I do

23   remember Cindy Lopez.

24       Q.    Was she somebody that you believed to be a

25   masseuse?



Confidential

```
                                              Page 147
 1                    DAVID RODGERS
 2        A.   I'm not sure what her position was.  It is
 3   possible.
 4        Q.   All right.  February 9th, 2002, flight 57
 5   on the Boeing.
 6        A.   Okay.
 7        Q.   From Miami to White Plains.
 8        A.   Yes.
 9        Q.   Your passengers include Bill Clinton, four
10   Secret Service.
11             Did the Secret Service ask that you not
12   identify them by name?
13        A.   No.
14        Q.   Any reason that you didn't identify them
15   by name?
16        A.   Didn't know their name.
17        Q.   Two males, one female.
18        A.   Right.
19        Q.   Jeffrey Epstein, Ghislaine Maxwell, Sarah
20   Kellen and Prince Andrew.
21        A.   Correct.
22        Q.   Was that your first time meeting Bill
23   Clinton?
24        A.   Yes.
25        Q.   At that point, did you have any
```



Confidential

Page 148

1                    DAVID RODGERS

2   understanding of what was the relationship between

3   Jeffrey Epstein and Bill Clinton or Ghislaine

4   Maxwell and Bill Clinton?

5        A.   No, I didn't have any idea.

6        Q.   Had you seen any pictures, prior to that

7   time, of Bill Clinton in any of Jeffrey Epstein's

8   planes or homes?

9        A.   Not him I'm aware of.

10       Q.   Have you ever seen a picture of Bill

11  Clinton in Jeffrey Epstein's plane?

12       A.   In his plane?  I don't think so.

13       Q.   Have you ever seen one in his homes?

14       A.   Not that I can recall.

15       Q.   Okay.

16       A.   Oh, wait, wait.  Back up.  A picture of

17  Bill Clinton in the plane?  Do you mean the picture

18  is on the wall in the airplane or a picture taken of

19  Bill Clinton on the plane?

20       Q.   A picture of Bill Clinton on the wall of

21  the airplane.

22       A.   I have a picture of me and actually the

23  crew with Bill Clinton on the plane, but it is not

24  on the wall of the airplane.

25       Q.   And when was the picture of you with Bill



Confidential

Page 149

1                    DAVID RODGERS

2    Clinton taken?

3         A.    I think it was the first flight.

4         Q.    The flight that we just looked at?

5         A.    Yes.

6         Q.    To the best of your knowledge, is that the

7    first time that Bill Clinton flew with Jeffrey

8    Epstein or Ghislaine Maxwell?

9         A.    To the best of my knowledge.  It was the

10   first time that we had flown him.

11        Q.    Okay.  On flight No. 72, which is page 54,

12   March 10th.

13        A.    Okay.

14        Q.    The Boeing flies from St. Thomas to JFK;

15   is that right?

16        A.    Yes.

17        Q.    Is there any way of knowing when the

18   Boeing got to St. Thomas by these logs?

19        A.    Yes, it got there on the 28th.  Because it

20   is trip No. 71 above it.  Oh, wait.  Oh.  Wait.

21   State the question again.

22        Q.    Yes, exactly.

23              Do we know how or when the Boeing got to

24   St. Thomas?  It is leaving out of St. Thomas on

25   flight 72, but flight 71 seems to me to land in Palm



Confidential

Page 150

1                          DAVID RODGERS
2    Beach.
3         A.    Correct.
4         Q.    So I'm just missing the kind of connection
5    there.
6         A.    Yes.  Me, too.
7         Q.    Okay.
8         A.    Yeah, I don't have an answer for that.
9         Q.    Okay.  Would somebody else have flown the
10   Boeing, while you were doing this simulator, the 6th
11   and 7th and 8th?
12        A.    It is possible.
13        Q.    That is one possible conclusion, based
14   upon what we have here?
15        A.    That is probably what happened.
16        Q.    Okay.
17              So then March 10th -- sorry.  March 10th,
18   you fly to JFK, right?
19        A.    Yes.
20        Q.    March 4th, from JFK to Palm Beach.  March
21   the 17th, from Palm Beach back to JFK.  And then
22   March 19th, 2002, you fly from JFK to -- where is
23   that?
24        A.    Luton, London.
25        Q.    And who are your passengers?



Confidential

Page 151

```
 1                   DAVID RODGERS
 2      A.   Bill Clinton.  Doug Band.  Three Secret
 3 Service, Jeffrey Epstein, Ghislaine Maxwell, Sarah
 4 Kellen.
 5      Q.   And the next day -- or, sorry, two days
 6 later.
 7           Do you know where those passengers stayed
 8 in London?
 9      A.   I have to think about this one second.
10 No, in fact, I don't think they did.  Because we
11 didn't spend the night there.  We went there.  I got
12 to the hotel.  As soon as I got to the hotel, I got
13 word from Secret Service that President Clinton
14 wanted to leave that night, so we left that night.
15           So we made it to the hotel, the crew did,
16 but we were there not that long.  Two or three
17 hours, four hours, maybe.
18      Q.   Do you remember why he wanted to leave
19 that night?
20      A.   No.  No, because when we went there, we
21 thought we were going to be there for like probably
22 at least a couple of nights.  But it didn't turn
23 out -- we didn't even spend one night there.
24      Q.   Okay.  So does this probably mean that you
25 got there late at night on the 19th, the early
```



Confidential

Page 152

1                    DAVID RODGERS

2  morning on the 21st?

3       A.   We took off the 19th.  So when we land

4  there, it is really the 20th.  And probably when we

5  took off there, it is like after midnight or

6  thereabouts.

7       Q.   And that is when you fly back to JFK?

8       A.   Back to JFK, yes.

9       Q.   And you went there with three Secret

10 Service and came back with 10?

11      A.   Yes.

12      Q.   How did that happen?

13      A.   Well, there was an advance party waiting

14 for us when we got there and then when we came back,

15 they just flew back with us.

16      Q.   What was the events that you were

17 traveling to London for?

18      A.   I'm not sure.  I would imagine, he was

19 probably giving a speech.

20      Q.   Okay.  And you came back with Bill

21 Clinton, Doug Band?

22      A.   Yes.

23      Q.   Who was Doug Band?

24      A.   Doug was Bill Clinton's, he's an attorney,

25 and he was like his right-hand guy, really, as far



Confidential

Page 153

1                    DAVID RODGERS

2   as doing anything.

3        Q.   Okay.  And you also flew back with Jeffrey

4   Epstein, Ghislaine Maxwell, Sarah Kellen and Naomi

5   Campbell?

6        A.   Yes.

7        Q.   How did it happen that Naomi Campbell

8   joined the plane to come home?

9        A.   I don't know.  The same way she joined it

10  before I guess in Montreal.  I don't know how she

11  was there.  And one male, too.  It looks like.

12       Q.   All right.  The next page is page 56,

13  flight 96.

14       A.   Okay.

15       Q.   Sorry.  Let's back up to 94.

16            When the Boeing takes off from JFK, do you

17  know sometime during that trip that you are going to

18  be picking up President Clinton?

19       A.   I think so.  Let me see.  We went to

20  Paris.

21            Yes, oh, yes.  We knew that was going to

22  be a long trip.

23       Q.   Okay.

24       A.   So we knew at that point in time.  I'm

25  almost certain that we knew.



Confidential

Page 154

1                    DAVID RODGERS

2       Q.    What did you know about that trip?

3       A.    We knew that was going to be a long trip

4    because we were going to go around the world.

5             So when we departed, it was a about a week

6    later, as I recall, that we picked up Clinton.  We

7    left JFK on the 11th, a little less than a week.

8    Half a week later, we picked up Clinton and from

9    there, we went to -- Hong Kong.

10      Q.    So you fly in to -- on the 20th, flight

11   99, Jeffrey Epstein, Ghislaine Maxwell, and Sarah

12   Kellen.

13      A.    Right.

14      Q.    You fly in to a Naval air base in Japan?

15      A.    Correct.

16      Q.    How were you given access to stay in the

17   Naval air base?

18            MR. PAGLIUCA:  Object to foundation.

19            THE WITNESS:  The airplane, you mean?

20   BY MR. EDWARDS:

21      Q.    Yes.  It looks like it is there two days.

22   That is why --

23      A.    I guess because we were picking up

24   President Clinton.

25      Q.    And do you know where Jeffrey Epstein,



Confidential

Page 155

1                    DAVID RODGERS

2    Ghislaine Maxwell and Sarah Kellen stayed?

3         A.    I do not.

4         Q.    Was there a room for them on the Naval air

5    base?

6         A.    No, I don't think -- nobody stayed at the

7    Naval air base.

8         Q.    All right.  And then on the 22nd, you

9    leave the Naval air base with -- who is that on that

10   flight?

11        A.    Jeffrey Epstein, Ghislaine Maxwell, Sarah

12   Kellen, President Bill Clinton, Mike, Doug Band,

13   Janis and Jessica.

14        Q.    You flew into the Naval air base with

15   Jeffrey Epstein?

16        A.    Plus six other passengers.

17        Q.    Okay.  Are those secret service?

18        A.    Most likely.

19        Q.    You flew in to the Naval air base with

20   Jeffrey Epstein, Ghislaine Maxwell and Sarah Kellen

21   only, right?

22        A.    Right.

23        Q.    And nobody stayed on the Naval air base?

24        A.    No.

25        Q.    And you are there to pick up Bill Clinton?



Confidential

Page 156

1                         DAVID RODGERS

2        A.    Yes.

3        Q.    And you pick up Bill Clinton and six

4    passengers plus Mike?

5        A.    Correct.

6        Q.    Doug Band, who you have already explained

7    who that is with relation to Bill Clinton, and Janis

8    and Jessica.

9        A.    Yes.

10       Q.    Do you know who they are?

11       A.    Yes.

12       Q.    Who are Janis and Jessica?

13       A.    Secret Service.

14       Q.    How do you remember that?

15       A.    Well, there is probably 8, 8 or 9 Secret

16   Service people there, two of them were women.  The

17   other 7 -- and it was just easier to remember the

18   two women's names than the 7 other guys' names.

19       Q.    This entry on January 22nd, 2002, Jessica,

20   is that the same or a different Jessica from --

21       A.    On which one?

22       Q.    Sure.  Sorry.  May 22nd.  I think I

23   butchered the date before.

24       A.    Right.

25       Q.    May 22nd, 2002.  Is that the same Jessica



Confidential

Page 157

1                    DAVID RODGERS
2    as January 15th, 2002, flying with Jeffrey Epstein?
3         A.    January 15th.
4               MR. REINHART:  Flight 48.
5    BY MR. EDWARDS:
6         Q.    Right.  It is flight 48.
7         A.    I'm don't think -- no, I they wouldn't be
8    the same Jessica, no.
9         Q.    Okay.  After you pick up President Bill
10   Clinton, where did you fly?
11        A.    We went to Hong Kong.
12        Q.    Do you know what the purpose was?
13        A.    I believe he was giving a speech.
14        Q.    All right.  And then from there, where did
15   you fly?
16        A.    That would be Shenzhen, Japan -- or China.
17        Q.    Okay.  And do you remember the purpose
18   there?
19        A.    Speech.
20        Q.    And then where did you fly?
21        A.    Singapore.
22        Q.    Again, another speech?
23        A.    Another speech.
24        Q.    During the course of these days, where did
25   President Bill Clinton sleep?



Confidential

Page 158

                          DAVID RODGERS

1

2      A.   I guess at a hotel somewhere.  I'm not

3   sure.

4      Q.   Did he stay at the same place as Jeffrey

5   Epstein, Ghislaine Maxwell and Sarah Kellen?

6           MR. PAGLIUCA:  Foundation.

7           THE WITNESS:  I don't know.

8   BY MR. EDWARDS:

9      Q.   All right.  Were meals served on the

10   plane?

11      A.   Something was served, but I don't know if

12   you would call it a meal.  Probably.  I'm sure we

13   had catering and stuff.  I just don't recall.

14      Q.   That was just typical back then to have

15   meals, especially for the President, right?

16      A.   Normally we do not.  And we probably did

17   have catering back then, but I don't recall.

18      Q.   Okay.  Where did you fly from Singapore?

19      A.   Singapore, VTBD, I don't know.  You have

20   your cheat sheet over there?

21      Q.   VTBD, mine says Thailand.

22      A.   I was going to guess Thailand.

23           Then from Thailand, I think we went to --

24      Q.   My cheat sheet says Brunei?

25      A.   Exactly.  You don't want to go there.



Confidential

Page 159

1                    DAVID RODGERS

2       Q.   You don't?

3       A.   No.

4       Q.   Okay.  Was the purpose a speech at each

5  location to the best of your knowledge?

6       A.   To the best of my knowledge, it was.

7       Q.   All right.  Do you know why it was that

8  Jeffrey Epstein and Ghislaine Maxwell and Sarah

9  Kellen accompanied him?

10      A.   No.

11      Q.   And then did you leave?

12           MR. REINHART:  Did you answer that

13      question?

14           THE REPORTER:  He said no.

15           MR. REINHART:  I didn't hear it.

16  BY MR. EDWARDS:

17      Q.   Did you leave President Bill Clinton and

18  Doug Band and the Secret Service in Brunei?

19      A.   Hmm.  It is possible.

20           What is WRR?

21      Q.   Not found.  Sorry.

22      A.   Not good.

23      Q.   That is the only entry in here that is not

24  found.

25           But the next one, VCBI says Sri Lanka?



Confidential

Page 160

1                        DAVID RODGERS
2        A.    Okay.  Then if that says Sri Lanka, then,
3    yes, we probably did leave Clinton in Brunei, I
4    think.  And I think we went from there down to Bali.
5    We went to Bali without --
6        Q.    Without Bill Clinton?
7        A.    Yes.
8        Q.    What was the purpose of the trip to Bali?
9        A.    Just to get away.
10       Q.    And then to Sri Lanka?
11       A.    Sri Lanka was just a fuel stop on the way
12   to Paris.  Two fuel stops.
13       Q.    That's in Dubai?
14       A.    Yes.
15       Q.    And then you get to Paris?
16       A.    Correct.
17       Q.    And then you fly back to London?
18       A.    Yes.  Yes.
19       Q.    All right.  Do you remember the purpose of
20   the trip to London?
21       A.    Yes.
22       Q.    What was that?
23       A.    We had to have our APU changed on the
24   airplane.  It quit working in Paris.  And we landed
25   there.



Confidential

Page 161

1                      DAVID RODGERS

2        Q.   All right.  The next page, page 57,

3   June 21st.  Flight 1570.  Where is that flight

4   leaving from?

5        A.   Palm Beach to the Bahamas.

6        Q.   And who is on the flight from Palm Beach

7   to the Bahamas?

8        A.   Jeffrey Epstein, Ghislaine Maxwell, Sarah

9   Kellen, Cindy Lopez, Jean-Luc Brunel, Virginia

10  Roberts.

11       Q.   All right.  And that is on June 21st?

12       A.   Yes.

13       Q.   All right.  And then there is a couple of

14  entries that say "reposition."

15       A.   Right.

16       Q.   That is flying back to Palm Beach and then

17  back down to the Bahamas?

18       A.   Correct.  Yeah, we left them there.  And

19  we flew the airplane home.

20       Q.   And then did you leave out of the Bahamas

21  on the 23rd.

22       A.   Yes.

23       Q.   Up to Teterboro.

24            And who are your passengers on flight

25  1573?



Confidential

Page 162

1                    DAVID RODGERS

2        A.    Jeffrey Epstein, Ghislaine Maxwell, Sarah

3    Kellen, Cindy Lopez, Juliana Borres, I guess,

4    Jean-Luc Brunel, Melissa Stahl.

5        Q.    A Virginia Roberts was taken to the

6    Bahamas.  Do you know where she went from there?

7        A.    I do not.

8        Q.    Do you remember a Frederic Fekkai?

9        A.    What is the name again?

10       Q.    Fekkai, F-E-K-K-A-I.  Frederic Fekkai?

11       A.    First name?

12       Q.    Fred.

13       A.    Fred.

14       Q.    Hairdresser?

15       A.    The last name sounds familiar.

16       Q.    All right.  He's on a flight No. 116 on

17   the Boeing.

18       A.    Uh-huh.

19       Q.    June 27th?

20       A.    Okay.  I see.

21       Q.    And there are -- it looks like a bunch of

22   passengers.  Do you remember Daralyn Priest?

23       A.    No.  Where is she?

24       Q.    Middle column.

25       A.    Daralyn.  Oh, yes, I see her.  Right.  I



Confidential

Page 163

1                     DAVID RODGERS

2    don't remember her.

3         Q.    Do you remember that flight?

4         A.    To Paris.  Not really.  It was a big

5    flight.  We had a lot of people on it, which was

6    unusual, going to Paris.  No, I don't.

7         Q.    You don't remember it.

8         A.    No.

9         Q.    So you don't remember the purpose of the

10   flight?

11        A.    No.

12        Q.    July 2002, it is page 58.  Go to flight

13   120.

14        A.    Okay.

15        Q.    LF?

16        A.    That is Nice.

17        Q.    And where do you go?

18        A.    Tangiers.

19        Q.    And then from Tangiers to?

20        A.    To another place in Morocco.  Marrakesh.

21   I think it is Marrakesh.  I could be wrong on that

22   one.  It is definitely Morocco.

23        Q.    From there, is that where you pick up Bill

24   Clinton?

25        A.    Let's see.  GMME would be Rabat, the



Confidential

```
                                              Page 164
 1                    DAVID RODGERS
 2   capital of Morocco, I believe.
 3        Q.    Did you know before this flight that you
 4   at some point would be picking up Bill Clinton?
 5        A.    I think we did, yes.
 6        Q.    Who was on the flight with Bill Clinton?
 7        A.    Jeffrey Epstein, Ghislaine Maxwell, Sarah
 8   Kellen, Prince Andrew, Cindy Lopez, President
 9   Clinton, Doug Band, Mike, with Secret Service and 8
10   Secret Service people.  So probably 9 Secret Service
11   people.
12        Q.    So Mike is a person that is also -- that
13   is?
14        A.    He's Secret Service, yes.  That is just
15   what I recall.  He was the lead guy of the Secret
16   Service.
17        Q.    Where do you take Bill Clinton?
18        A.    We went to the Azores for a fuel stop and
19   then we went to JFK.  Kennedy, New York.
20        Q.    Then on August 5th, in the Gulfstream, on
21   flight 1586, you leave from Teterboro and go to
22   Santa Fe; is that correct?
23        A.    Correct.
24        Q.    On that flight, you have Jeffrey
25   Epstein -- sorry, Jeffrey Epstein, Sarah Kellen and
```



Confidential

Page 165

```
1                    DAVID RODGERS
2   two females?
3        A.    Yes.
4        Q.    Do you know who those two females were?
5        A.    No.
6        Q.    How long does the plane, the Gulfstream,
7   stay in Santa Fe?
8        A.    Let's see.  1586, Gulfstream.  I don't
9   really know, because apparently, we had 1586 and the
10  next one I see is 1589.  So it flew three places,
11  but I wasn't on that trip.
12       Q.    1587 and 1588 are missing, right?
13       A.    That is what I'm saying.
14       Q.    Because you are not on it?
15       A.    I'm not on the trip.
16       Q.    And 1589?
17       A.    Uh-huh.
18       Q.    Leaving out of Santa Fe, who are the
19  passengers?
20       A.    Jeffrey Epstein, Ghislaine Maxwell, Sarah
21  Kellen, Cindy Lopez, Virginia Roberts, Dan Moran,
22  Eduardo, Alfred, Margarita and Nick Simmons.
23       Q.    Do you know how Virginia Roberts got to
24  Santa Fe?
25       A.    No.
```



Confidential

Page 166

1                      DAVID RODGERS

2        Q.   Is there any way to get to Santa Fe from,

3   say, Florida -- well, strike that.

4             MR. PAGLIUCA:  Bus, train, car.

5   BY MR. EDWARDS:

6        Q.   Did you ever know Virginia Roberts to take

7   a train?

8        A.   Not that I'm aware.

9        Q.   Did you ever know her to take a bus?

10            MR. REINHART:  To go to New Mexico?

11            THE WITNESS:  Not that I'm aware.  Maybe

12       she has, but I don't know about it.

13  BY MR. EDWARDS:

14       Q.   Okay.  I have a picture of her on

15  horseback at the ranch, so who knows.

16            Let's see.  August 17th, sorry,

17  August 18th.

18       A.   Okay.

19       Q.   From Teterboro to Palm Beach?

20       A.   Right.

21       Q.   Who are your passengers?

22       A.   Jeffrey Epstein, Virginia Roberts, one

23  female.

24       Q.   All right.  Do you remember who that

25  female was?



Confidential

Page 219

```
1                      DAVID RODGERS

2                  CERTIFICATE OF OATH

3   STATE OF FLORIDA        )

4   COUNTY OF MIAMI-DADE    )

5
            I, the undersigned authority, certify
6   that DAVID RODGERS personally appeared before
    me and was duly sworn.
7           WITNESS my hand and official seal
    this 8th day of June, 2016.
8

9
                Kelli Ann Willis, RPR, CRR
10              Notary Public, State of Florida
                Commission FF928291, Expires 2-16-20
11       + + + + + + + + + + + + + + + + + +

12                     CERTIFICATE

13  STATE  OF   FLORIDA  )

14  COUNTY OF MIAMI-DADE )

15          I, Kelli Ann Willis, Registered
    Professional Reporter and Certified Realtime
16  Reporter do hereby certify that     I was
    authorized to and did stenographically report the
17  foregoing deposition of DAVID RODGERS; that a
    review of the transcript was not requested; and
18  that the transcript is     a true record of my
    stenographic notes.
19          I FURTHER CERTIFY that I am not a
    relative, employee, attorney, or counsel of    any
20  of the parties, nor am I a relative or employee of
    any of the parties' attorney or counsel connected
21  with the action, nor am I financially interested
    in the action.
22          Dated this 8th day of June, 2016.

23

24                 KELLI ANN WILLIS, RPR, CRR

25
```



# EXHIBIT 16
# (Filed Under Seal)

Page 1

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK


CASE NO. 15-CV-07433-RWS


----------------------------------------x

VIRGINIA L. GIUFFRE,


                    Plaintiff,

v.

GHISLAINE MAXWELL,

                    Defendant.


----------------------------------------x


                    May 18, 2016
                    9:04 a.m.


        C O N F I D E N T I A L

    Deposition of JOHANNA SJOBERG, pursuant
    to notice, taken by Plaintiff, at the
    offices of Boies Schiller & Flexner, 401
    Las Olas Boulevard, Fort Lauderdale, Florida,
    before Kelli Ann Willis, a Registered
    Professional Reporter, Certified Realtime
    Reporter and Notary Public within and
    for the State of Florida.



```
                                                      Page 8
 1       Q.    Okay.  Great.

 2             All right.  Do you know a female by the

 3   name of Ghislaine Maxwell?

 4       A.    Yes.

 5       Q.    And when did you first meet Ms. Maxwell?

 6       A.    2001.  March probably.  End of

 7   February/beginning of March.

 8       Q.    And how did you meet her?

 9       A.    She approached me while I was on campus at

10   Palm Beach Atlantic College.

11       Q.    And what happened when she approached you?

12       A.    She asked me if I could tell her how to

13   find someone that would come and work at her house.

14   She wanted to know if there was, like, a bulletin

15   board or something that she could post, that she was

16   looking for someone to hire.

17       Q.    And what did you discuss with her?

18       A.    I told her where she could go to -- you

19   know, to put up a listing.  And then she asked me if

20   I knew anyone that would be interested in working

21   for her.

22       Q.    Did she describe what that work was going

23   to be?

24       A.    She explained that she lived in Palm Beach

25   and didn't want butlers because they're too stuffy.
```



```
                                                    Page 9
 1   And so she just liked to hire girls to work at the
 2   house, answer phones, get drinks, do the job a
 3   butler would do.
 4         Q.    And did she tell you what she would pay
 5   for that kind of a job?
 6         A.    At that moment, no, but later in the day,
 7   yes.
 8         Q.    And what did she say?
 9         A.    Twenty dollars an hour.
10         Q.    Was there anybody else with Ms. Maxwell
11   when you met her?
12         A.    There was another woman with her.  I don't
13   recall her or what she looks like or how old she
14   was.
15         Q.    And what happened next?
16         A.    And then she asked me if I would be
17   interested in working for her.  And she told me that
18   she was -- I could trust her and that I could jump
19   in her car and go check out the house at that moment
20   if I wanted.
21               And so I said, Sure, let's do it, and went
22   to her home with her.
23         Q.    And where was that home?
24         A.    In Palm Beach.
25         Q.    And did she describe that home as being
```



Page 12

 1  magazines.

 2        She and I went -- she wanted to take me

 3  shopping to Worth Avenue, but it was a Sunday and

 4  Nieman Marcus was closed, so we went back to, like,

 5  a little book store.  And I remember she bought, I

 6  think, five pairs of reading glasses because she

 7  thought Jeffrey would like them.  He had them all

 8  over the house.  On every table there was reading

 9  glasses.

10        And that's about it.  It was a pretty

11  simple day.

12     Q.   Were you paid that day for that work?

13     A.   Yes.

14     Q.   And how much were you paid?  Do you

15  remember?

16     A.   I don't remember how many hours I was

17  there -- I was there.  She paid me cash.

18     Q.   So Maxwell paid you?

19     A.   Yes.

20     Q.   And then was she the one who trained you

21  with what -- with respect to what you were supposed

22  to do during the day, directed you to, like you

23  said, go to --

24     A.   I believe she was the one that was kind of

25  showing me around.



Page 13

1      Q.    And how long did you work in that position
2  answering phones and doing --
3      A.    Just that one day.
4      Q.    Just that one day.
5            And did your duties change?
6      A.    Well, the next time she called me, she
7  asked me if I wanted to come over and make $100 an
8  hour rubbing feet.
9      Q.    And what did you think of that offer?
10     A.    I thought it was fantastic.
11     Q.    And did you come over to the house for
12 that purpose?
13     A.    Yes.
14     Q.    And when you came over to the house, was
15 Maxwell present?
16     A.    I don't recall.
17     Q.    And what happened that second time you
18 came to the house?
19     A.    At that point, I met Emmy Taylor, and she
20 took me up to Jeffrey's bathroom and he was present.
21 And her and I both massaged Jeffrey.  She was
22 showing me how to massage.
23            And then she -- he took -- he got off the
24 table, she got on the table.  She took off her
25 clothes, got on the table, and then he was showing



Page 14

1   me moves that he liked.  And then I took my clothes

2   off.  They asked me to get on the table so I could

3   feel it.  Then they both massaged me.

4       Q.   So it was more than a foot massage at that

5   point?

6       A.   Yeah, it was mostly, like, legs and back.

7       Q.   Was everybody in the room without clothes

8   on?

9       A.   When they were on the massage table, yes.

10      Q.   Did they -- when they got off the massage

11  table to perform the massage, did they dress or

12  did --

13      A.   Yes.

14      Q.   They dressed.

15           And do you recall who paid you for that

16  first day that you did the massages?

17      A.   I don't recall.

18      Q.   Do you recall whether Maxwell was at the

19  house during that first day when you were doing the

20  massage with Emmy and Jeffrey?

21           MS. MENNINGER:  Objection, asked and

22      answered.

23  BY MS. McCAWLEY:

24      Q.   You can answer.

25      A.   I don't recall.



Page 15

1      Q.   Who did Emmy work for?

2      A.   Ghislaine.

3      Q.   Did Maxwell ever refer to Emmy by any

4  particular term?

5      A.   She called her her slave.

6      Q.   You said your job duties changed.  Did you

7  start to travel as part of your job with Jeffrey and

8  Ghislaine?

9      A.   Yes.  The next time they called me, they

10  asked me to go to New York.

11      Q.   And did you -- do you recall when that was

12  approximately?

13      A.   That was Easter of 2001.

14      Q.   And do you recall who was on the plane

15  with you for that trip?

16          MS. MENNINGER:  Objection, leading, form.

17          MS. McCAWLEY:  Actually, I'm going to stop

18      really quickly and I'm going to ask for the

19      next exhibit, please.

20          MS. MENNINGER:  This is 3?

21          MS. McCAWLEY:  Yes.  I'm going to mark

22      this as Exhibit 3 for purposes of the

23      deposition.

24

25



Page 27

1      leading.

2          THE WITNESS:  Jeffrey Epstein; Ghislaine

3      Maxwell; AP and PK are the two women I do not

4      recall; Virginia Roberts; and myself.

5  BY MS. McCAWLEY:

6      Q.   Do you recall how you flew back from the

7  location in the US Virgin Islands?

8      A.   They put me on a commercial flight.  I

9  wanted to be home in time for Easter.

10     Q.   When you say "they," do you recall who

11 made those arrangements for you?

12     A.   It could have been Ghislaine.

13     Q.   Did you -- do you recall performing

14 massages while you were in the US Virgin Islands?

15     A.   Yes.

16     Q.   Who was involved in -- was there more than

17 one?

18     A.   Yes.  I massaged Ghislaine at one point.

19 And I massaged Jeffrey, Virginia and I, both, on the

20 beach.

21     Q.   Were you dressed during the massage that

22 was on the beach?

23     A.   Yes.  Bikinis probably, most likely.

24     Q.   Do you recall what Virginia was wearing?

25     A.   I believe she was wearing a bathing suit,



Page 32

1          to object and then you can still answer.  No

2          one is going to stop you from answering.  I

3          just need to get the objection on the record,

4          in the same way she needs to be able to talk

5          before you.  My apologies.  I'm not trying to

6          cut you off, but I am supposed to get it in

7          before you answer.

8    BY MS. McCAWLEY:

9          Q.   Did Jeffrey ever tell you why he received

10   so many massages from so many different girls?

11              MS. MENNINGER:  Objection, hearsay.

12   BY MS. McCAWLEY:

13         Q.   You can answer.

14         A.   He explained to me that, in his opinion,

15   he needed to have three orgasms a day.  It was

16   biological, like eating.

17         Q.   And what was your reaction to that

18   statement?

19         A.   I thought it was a little crazy.

20         Q.   And what did -- do you recall what -- when

21   you observed the other females giving massages, do

22   you recall what they would dress like?  Did they

23   wear scrubs or did they typically wear normal

24   clothes?

25         A.   Normal clothes.



Page 33

1           MS. MENNINGER:  Objection, leading.

2    BY MS. McCAWLEY:

3        Q.   Do you believe that from your

4    observations, Maxwell and Epstein were boyfriend and

5    girlfriend?

6        A.   Initially, yes.

7        Q.   Did Maxwell ever share with you whether it

8    bothered her that Jeffrey had so many girls around?

9           MS. MENNINGER:  Objection, leading,

10          hearsay.

11          THE WITNESS:  No.  Actually, the opposite.

12   BY MS. McCAWLEY:

13       Q.   What did she say?

14       A.   She let me know that she was -- she would

15   not be able to please him as much as he needed and

16   that is why there were other girls around.

17       Q.   Did there ever come a time -- did you ever

18   take a photography class in school?

19       A.   Yes.

20       Q.   And did there ever come a time when

21   Maxwell offered to buy you a camera?

22       A.   Yes.

23          MS. MENNINGER:  Objection, leading.

24   BY MS. McCAWLEY:

25       Q.   Did Maxwell ever offer to buy you a



Page 34

```
 1   camera?
 2             MS. MENNINGER:  Objection, leading.
 3             THE WITNESS:  Yes.
 4   BY MS. McCAWLEY:
 5       Q.   Was there anything you were supposed to do
 6   in order to get the camera?
 7             MS. MENNINGER:  Objection, leading.
 8             THE WITNESS:  I did not know that there
 9        were expectations of me to get the camera until
10        after.  She had purchased the camera for me,
11        and I was over there giving Jeffrey a massage.
12        I did not know that she was in possession of
13        the camera until later.
14             She told me -- called me after I had left
15        and said, I have the camera for you, but you
16        cannot receive it yet because you came here and
17        didn't finish your job and I had to finish it
18        for you.
19   BY MS. McCAWLEY:
20       Q.   And did you -- what did you understand her
21   to mean?
22       A.   She was implying that I did not get
23   Jeffrey off, and so she had to do it.
24       Q.   And when you say "get Jeffrey off," do you
25   mean bring him to orgasm?
```



Page 35

1      A.   Yes.

2      Q.   Did Ghislaine ever describe to you what

3  types of girls Jeffrey liked?

4      A.    Model types.

5      Q.   Did Ghislaine ever talk to you about how

6  you should act around Jeffrey?

7      A.    She just had a conversation with me that I

8  should always act grateful.

9      Q.    Did Jeffrey ever tell you that he took a

10  girl's virginity?

11     A.    He did not tell me.  He told a friend of

12  mine.

13     Q.    And what do you recall about that?

14          MS. MENNINGER:  Objection, hearsay,

15          foundation.

16          THE WITNESS:  He wanted to have a friend

17          of mine come out who was cardio-kickboxer

18          instructor.  She was a physical trainer.

19              And so I brought her over to the house,

20          and he told my friend Rachel that -- he said,

21          You see that girl over there laying by the

22          pool?  She was 19.  And he said, I just took

23          her virginity.  And my friend Rachel was

24          mortified.

25



Page 36

1    BY MS. McCAWLEY:

2        Q.    Based on what you knew, did Maxwell know

3    that the type of massages Jeffrey was getting

4    typically involved sexual acts?

5            MS. MENNINGER:  Objection, foundation,

6        leading.

7            THE WITNESS:  Yes.

8    BY MS. McCAWLEY:

9        Q.    What was Maxwell's main job with respect

10   to Jeffrey?

11           MS. MENNINGER:  Objection, foundation.

12           THE WITNESS:  Well, beyond companionship,

13       her job, as it related to me, was to find other

14       girls that would perform massages for him and

15       herself.

16   BY MS. McCAWLEY:

17       Q.    Did Maxwell ever refer to the girls in a

18   particular way?

19       A.    At one point when we were in the islands,

20   we were all watching a movie and she called us her

21   children.

22       Q.    Did anybody respond to that?

23       A.    I don't recall.

24       Q.    Did she ever refer to herself as a mother?

25       A.    Yes, like a mother hen.



Page 64

```
1        Q.    Do you remember anything notable about the
2   phone calls?
3        A.    I just remember I always had to say, He's
4   unavailable, can I take a message?
5        Q.    And where did you take a message?
6        A.    On a little notepad next to the phone.
7        Q.    Do you recall any small children calling
8   the house that day?
9        A.    No.
10       Q.    Were you speaking to anyone about their
11  school experience or anything like that?
12       A.    No.
13       Q.    Did you take any messages for famous
14  people?
15       A.    They could have been famous and I would
16  have been clueless.
17       Q.    Did you take messages at any other point
18  during the time that you worked with Jeffrey?
19       A.    No.
20       Q.    And you said you remember at the end of
21  that day being paid by Ghislaine?
22       A.    Yes.
23       Q.    And you were paid for doing the errands
24  and answering phones and whatever else you did?
25       A.    Yes.
```



Page 82

1    Q.   When you came upstairs, where was Virginia

2    sitting?

3    A.   I don't remember.

4    Q.   Do you remember what she was wearing?

5    A.   No.

6    Q.   She was already there when you got back

7    from sightseeing?

8    A.   Yes.

9    Q.   Tell me what happened with the caricature.

10   A.   Ghislaine asked me to come to a closet.

11   She just said, Come with me.  We went to a closet

12   and grabbed the puppet, the puppet of Prince Andrew.

13   And I knew it was Prince Andrew because I had

14   recognized him as a person.  I didn't know who he

15   was.

16        And so when I saw the tag that said Prince

17   Andrew, then it clicked.  I'm like, that's who it

18   is.

19        And we went down -- back down to the

20   living room, and she brought it in.  It was just

21   funny because -- he thought it was funny because it

22   was him.

23   Q.   Tell me how it came to be that there was a

24   picture taken.

25            MS. McCAWLEY:  Objection.



Page 83

1            THE WITNESS:  I just remember someone

2       suggesting a photo, and they told us to go get

3       on the couch.  And so Andrew and Virginia sat

4       on the couch, and they put the puppet, the

5       puppet on her lap.

6            And so then I sat on Andrew's lap, and I

7       believe on my own volition, and they took the

8       puppet's hands and put it on Virginia's breast,

9       and so Andrew put his on mine.

10  BY MS. MENNINGER:

11       Q.   And this was done in a joking manner?

12            MS. McCAWLEY:  Objection.

13            THE WITNESS:  Yes.

14  BY MS. MENNINGER:

15       Q.   Do you recall a photo being taken of that

16  event?

17       A.   Yes.

18       Q.   You've never seen the photo?

19       A.   No.

20       Q.   You don't know whose camera it was?

21       A.   No.

22       Q.   Virginia was sitting on the couch next to

23  Andrew, not in a big leather armchair?

24       A.   Maybe.  I'm just trying to remember how I

25  remember it.



Page 142

1    exposed her bra, and she grabbed it and pulled it
2    down.
3         Q.   Anything else?
4         A.   That was the conversation that he had told
5    her that he had taken this girl's virginity, the
6    girl by the pool.
7         Q.   Okay.  Did Maxwell ever say to you that it
8    takes the pressure off of her to have other girls
9    around?
10        A.   She implied that, yes.
11        Q.   In what way?
12        A.   Sexually.
13        Q.   And earlier Laura asked you, I believe, if
14   Maxwell ever asked you to perform any sexual acts,
15   and I believe your testimony was no, but then you
16   also previously stated that during the camera
17   incident that Maxwell had talked to you about not
18   finishing the job.
19             Did you understand "not finishing the job"
20   meaning bringing Jeffrey to orgasm?
21             MS. MENNINGER:  Objection, leading, form.
22   BY MS. McCAWLEY:
23        Q.   I'm sorry, Johanna, let me correct that
24   question.
25             What did you understand Maxwell to mean



Page 143

1    when she said you hadn't finished the job, with

2    respect to the camera?

3            MS. MENNINGER:  Objection, leading, form.

4            THE WITNESS:  She implied that I had not

5        brought him to orgasm.

6    BY MS. McCAWLEY:

7        Q.   So is it fair to say that Maxwell expected

8    you to perform sexual acts when you were massaging

9    Jeffrey?

10           MS. MENNINGER:  Objection, leading, form,

11       foundation.

12           THE WITNESS:  I can answer?

13           Yes, I took that conversation to mean that

14       is what was expected of me.

15   BY MS. McCAWLEY:

16       Q.   And then you mentioned, I believe, when

17   you were testifying earlier that Jeffrey told you a

18   story about sex on the plane.  What was that about?

19           MS. MENNINGER:  Objection, hearsay.

20           THE WITNESS:  He told me one time Emmy was

21       sleeping on the plane, and they were getting

22       ready to land.  And he went and woke her up,

23       and she thought that meant he wanted a blow

24       job, so she started to unzip his pants, and he

25       said, No, no, no, you just have to be awake for



Page 150

1     A.   No.

2     Q.   Was it in the context of anything?

3     A.   About the camera that she had bought for

4  me.

5     Q.   What did she say in relationship to the

6  camera that she bought for you and taking

7  photographs of you?

8     A.   Just that Jeffrey would like to have some

9  photos of me, and she asked me to take photos of

10  myself.

11     Q.   What did you say?

12     A.   I don't remember saying no, but I never

13  ended up following through.  I think I tried once.

14     Q.   This was the pre-selfie era, correct?

15     A.   Exactly.

16     Q.   I want to go back to this:  You testified

17  to two things just now with Sigrid that you said

18  were implied to you.

19     A.   Okay.

20     Q.   The first one was it would take pressure

21  off of Maxwell to have more girls around?

22     A.   Right.

23     Q.   What exactly did Maxwell say to you that

24  led you to believe that was her implication?

25     A.   She said she doesn't have the time or



Page 160

1
2                    C E R T I F I C A T E
3    STATE OF FLORIDA       )
                            : ss
4    COUNTY OF MIAMI-DADE )
5              I, KELLI ANN WILLIS, a Registered
6         Professional, Certified Realtime Reporter and
7         Notary Public within and for The State of
8         Florida, do hereby certify:
9              That JOHANNA SJOBERG, the witness whose
10        deposition is hereinbefore set forth was duly
11        sworn by me and that such Deposition is a true
12        record of the testimony given by the witness.
13             I further certify that I am not related
14        to any of the parties to this action by blood
15        or marriage, and that I am in no way interested
16        in the outcome of this matter.
17             IN WITNESS WHEREOF, I have hereunto set
18        my hand this 18th day of May, 2016.
19
20                     _____
                       KELLI ANN WILLIS, RPR, CRR
21
22
23
24
25



# EXHIBIT 17
# (Filed Under Seal)

1

1          UNITED STATES DISTRICT COURT
                     for the
2            Southern District of New York

3
             Civil Action No. 15-cv-07433-RWS
4
   VIRGINIA GIUFFRE,
5
          Plaintiff,
6
   vs.
7
   GHISLAINE MAXWELL,
8
          Defendant.
9  ----------------------------------------------------

10     VIDEO-DEPOSITION   Sky Roberts
       OF:
11
       TAKEN BY:          Defendant
12
       REPORTED BY:       Karla Layfield, RMR
13                        Stenographic Court Reporter
                          Notary Public
14                        State of Florida at Large

15     DATE AND TIME:     May 20, 2016; 8:33 a.m.

16     PLACE:             Millhorn Law Firm
                          11294 North US Highway 301
17                        Oxford, Florida

18     APPEARANCES:       Laura A. Menninger, Esquire
                          HADDON, MORGAN & FOREMAN, PC
19                        150 East 10th Avenue
                          Denver, Colorado  80203
20                        Attorney for Defendant

21                        Brad Edwards, Esquire
                          Farmer, Jaffe, Weissing, Edwards,
22                        FISTOS & LEHRMAN, PL
                          425 Andrews Avenue, Suite 2
23                        Fort Lauderdale, Florida  33301
                          Attorney for Plaintiff
24

25     ALSO PRESENT:      Kenneth Sarcony, Videographer

               Owen & Associates Court Reporters
                P.O. Box 157, Ocala, Florida
              352.624.2258 * owenassocs@aol.com

72

1    Q    Do you remember there being a job posting that

2  you felt like was appropriate for Virginia or did you just

3  go out and talk to the woman who ran the spa area on your

4  own?

5    A    I just talked to Angela.

6    Q    Okay.  Do you recall whether this was intended

7  to be a full-time job?

8    A    I don't remember if it was full time or just

9  summer jobs or, you know, during season.  It was probably

10  for a season because Mar-a-Lago is seasonal.

11        I mean, I was there year round but a lot of

12  people are seasonal, you know, because it's like

13  snowbirds, you know, summertime comes and nobody wants to

14  be down in south Florida.

15    Q    What would you call the season, the seasonal

16  aspect of Mar-a-Lago?  What's the season?

17    A    Probably from September or October to, you know,

18  maybe May, I guess.

19    Q    Is that the coolest time?

20    A    Times of the year, yes.

21    Q    And it's more guests that come during that

22  period of time?

23    A    Yes.

24    Q    And is there more staff brought on during that

25  period of time?

74

1    we'll call her Angela.

2        A    We've got to call her something, but, you know,

3    I didn't really know what her job title was, but I was

4    glad that they would give her a job.

5        Q    Right.

6        A    You know, and that, you know, I was hoping she

7    would be happy; that way she could, you know, go back and

8    forth to work with me.  She didn't have to drive or

9    nothing.

10       Q    Did you drive to and from work with her?

11       A    Yes.  Pretty sure I did, yeah.

12       Q    Do you remember her hours being relatively the

13   same as yours?

14       A    I'm pretty sure they were.  Yes.

15       Q    Do you recall her being in school at the same

16   time?

17       A    No, I don't recall.  I don't remember if she was

18   in school or not.

19       Q    Is it possible it was over, say, winter break

20   or --

21       A    I don't remember.  I'm sorry.  This is so long

22   ago.  I mean, some things stick in my mind but some things

23   I just don't remember.

24       Q    Do you remember whether Virginia wore a uniform?

25       A    Yes, I think she did.  Yeah.  I think everybody

80

1      Q    So you don't know if it was a couple days or a

2   couple weeks or a couple months or a couple years?

3   Anything in that --

4      A    Well, it wasn't a couple years.  It might have

5   been two weeks to two months.  I don't know.  It wasn't a

6   whole long time, you know.

7      Q    Where were you when Virginia told you she might

8   be going to try to get this other job?

9      A    Probably at work.  She might have told me, like,

10  at lunch or whatever.  I don't remember.  That was so many

11  years ago.  I just remember she said Ms. Maxwell was going

12  to, you know, get her a job with Jeffrey Epstein and learn

13  massage therapy.  And I thought, well, that's great, you

14  know, because learning new jobs is all about life, you

15  know.

16         You've got to learn each -- you know, I've

17  learned a lot of different things over my lifetime so it's

18  good to learn every new job you can because that can help

19  you later in life and that's what I think I told her.

20     Q    Okay.  So the best you can recall today is you

21  had a conversation with her sometime at lunch perhaps at

22  Mar-a-Lago where she told you she was going to try to get

23  another job?

24     A    Yes.  And I thought that was a good thing.

25     Q    Do you know now that you recall that, what

                    Owen & Associates Court Reporters
                     P.O. Box 157, Ocala, Florida
                    352.624.2258 * owenassocs@aol.com

84

1        A        No.

2        Q        Did she ever call you from that home?

3        A        Not that I know of.

4        Q        Was this when she was still living at home with

5    you on Rackley Road?

6        A        Yes.  Yes.

7        Q        Not Rackley Drive.

8        A        Rackley Road.

9        Q        Do you know whether Michael was living with you

10   at Rackley Road at the time or not?

11       A        I don't think so.  I don't remember.  I didn't

12   care for Michael.  Of course, what parent cares for your

13   daughter's boyfriend.

14       Q        Why didn't you care for Michael?

15       A        I didn't think anybody was good enough for my

16   daughter but that's just me.

17       Q        I suspect you're right about all fathers.

18                Do you remember her telling you anything about

19   what her job with Mr. Epstein was going to be or was?

20       A        She said it was going to be massage therapy.

21       Q        Okay.  Did she tell you she was getting some

22   training?

23       A        Yes.

24       Q        Did she tell you about the training?

25       A        No.  She just said she was being trained in

85

1  massage therapy.

2      Q    All right.  When she came home at night from

3  working with Mr. Epstein, did she look distressed to you

4  in any way?

5      A    Not that I remember.

6      Q    Okay.  Did she report any complaints about her

7  job with Mr. Epstein?

8      A    Not to me.

9      Q    Okay.  Did she report them to anyone else who

10  then reported them to you?

11      A    No.

12      Q    Your wife, for example?

13      A    I have no idea.  Like I said, if she did tell my

14  wife, I never heard about it.

15      Q    Okay.  Have you ever met Ms. Maxwell?

16      A    Not that I remember ever meeting her.

17      Q    Do you know what she looks like?

18      A    No.

19      Q    Did you ever meet anyone else who worked with

20  Mr. Epstein?

21      A    No.

22      Q    Do you remember anyone else who worked for

23  Mr. Epstein bringing your daughter home, for example?

24      A    No.

25      Q    Did your daughter ever move into the home where

134

1    Q    Okay.  But your hours, if I understood you
2    right, were approximately 7:00 a.m. to 3:00 p.m.?
3    A    Yes.
4    Q    And Tuesday through Saturday?
5    A    Yes.
6    Q    Those hours would be the same time as somebody
7    her age would have been in high school?
8    A    Yes.
9    Q    Okay.  So does that -- does that give an
10   indication to you that the short period of time she was
11   working was during the summer when there was not school?
12   A    It seems to be that way.
13   Q    Okay.
14   A    I mean, to me, yeah.
15   Q    It could have been a summer job?
16   A    Yes, it could have been.
17   Q    Okay.  You would not have, as a father, had her
18   working somewhere instead of going to school?
19   A    No, I wouldn't.
20   Q    And the day that Virginia came and spoke to you
21   about meeting someone named Ms. Maxwell who was offering
22   her another job, do you remember the conversation that you
23   had with Virginia on that day?
24   A    No, not really.  I just remember Virginia saying
25   that, you know, she met Ms. Maxwell at the spa and that

138

1    Q    And there it describes her job at Mar-a-Lago as
2  lasting from August 2000 to September of 2001.  Do you see
3  that?
4    A    Yes.
5    Q    Does that refresh your memory about how long she
6  was working there?
7         MR. EDWARDS:  Form.
8         THE WITNESS:  She didn't work that long.
9         MS. MENNINGER:  Okay.
10        THE WITNESS:  Like I say, it was more, like,
11     a couple of weeks.  It wasn't --
12  BY MS. MENNINGER:
13    Q    Well, earlier you testified it, might have been
14  a couple of months?
15    A    Well, you know, for me, two weeks, two months, I
16  mean, I don't even remember how long I worked at
17  Mar-a-Lago.  I told you I worked there six years and
18  according to them, it was, like, three years.  Seemed like
19  six.
20    Q    Well, earlier you testified that Mar-a-Lago was
21  more of a seasonal place, correct?
22    A    Yes, well, it is seasonal.  But I mean, they
23  could be open up the spa area during the summer too
24  because I'm sure a lot of people in Palm Beach come to get
25  massages and things like that.  I mean, you know, the only

139

1  part they close off is where the chefs and all that, where

2  they didn't do any more big events and stuff.

3       Q    Okay.

4       A    But I think the kitchen was still open.  I mean,

5  they had a dining room.

6       Q    So if she didn't work there that long

7  August 2000 -- even though August is in the summer -- it

8  would not be unusual in your mind?

9       A    No.

10      Q    Okay.  So she could have started working in

11 August of 2000, correct?

12      A    She could have, yeah.

13      Q    And while you don't think she worked all the way

14 until September of 2001 --

15      A    No.

16      Q    -- that would be consistent with your

17 recollection of it being more seasonal in the fall,

18 September --

19           MR. EDWARDS:  Object to the form.

20           THE WITNESS:  Yes.

21 BY MS. MENNINGER:

22      Q    So if she worked in the fall, September,

23 October, something like that, that seems likes that

24 accords with your memory, correct?

25           MR. EDWARDS:  Object to the form.

                Owen & Associates Court Reporters
                 P.O. Box 157, Ocala, Florida
                352.624.2258 * owenassocs@aol.com

1                    C E R T I F I C A T E

2    STATE OF FLORIDA

3    COUNTY OF MARION

4            I, Karla Layfield, RMR, Stenographic Court

5    Reporter, do hereby certify that I was authorized to and

6    did stenographically report the foregoing deposition of

7    Sky Roberts; that said witness was duly sworn to testify

8    truthfully; and that the foregoing pages, numbered 1

9    through 142, inclusive, constitute a true and correct

10   record of the testimony given by said witness to the best

11   of my ability.

12           I FURTHER CERTIFY that I am not a relative or

13   employee or attorney or counsel of any of the parties

14   hereto, nor a relative or employee of such attorney or

15   counsel, nor am I financially interested in the action.

16           WITNESS MY HAND this _____ day of May, 2016, at

17   Ocala, Marion County, Florida.

18

19           _____

20           Karla Layfield, RMR
             Stenographic Court Reporter

21

22

23

24

25

# EXHIBIT 18
(Filed Under Seal)

## Page 1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE No.08-CV-80119-CIV-MARRA/JOHNSON

JANE DOE NO. 2,

    Plaintiff,

-vs-

JEFFREY EPSTEIN,

    Defendant.

Related cases:
08-80232, 08-80380, 98-80381, 08-80994,
08-80993, 08-80811, 08-80893, 09-80469,
09-80591, 09-80656, 09-80802, 09-81092

VIDEOTAPED DEPOSITION OF JUAN ALESSI
VOLUME I

Tuesday, September 8, 2009
10:12 a.m. - 3:45 p.m.

2139 Palm Beach Lakes Boulevard
West Palm Beach, Florida 33401

Reported By:
Sandra W. Townsend, FPR
Notary Public, State of Florida
PROSE COURT REPORTING AGENCY
West Palm Beach Office

## Page 2

1  APPEARANCES:
2  On behalf of the Plaintiffs:
3      RICHARD WILLITS, ESQUIRE
    RICHARD H. WILLITS, P.A.
4      2290 10th Avenue North, Suite 404
    Lake Worth, Florida 33461
5      Phone: 561.582.7600
    reelrhw@hotmail.com
6
7      STUART MERMELSTEIN, ESQUIRE
    MERMELSTEIN & HOROWITZ, P.A.
0      18205 Biscayne Boulevard, Suite 2218
    Miami, Florida 33160
9      Phone: 305.931.2200
    ssm@sexabuseattorney.com
10      ahorowitz@sexabuseattorney.com
11      WILLIAM J. BERGER, ESQUIRE
    ROTHSTEIN ROSENFELDT ADLER
12      401 East Las Olas Boulevard, Suite 1650
    Fort Lauderdale, Florida 33301
13      Phone: 954.522.3456
    bedwards@rra-law.com
14
15      KATHERINE W. EZELL, ESQUIRE
    PODHURST ORSECK, P.A.
16      25 West Flagler Street, Suite 800
    Miami, Florida 33130
17      Phone: 305.358.2800
    rjosefsberg@podhurst.com
18      kezell@podhurst.com
19      ADAM J. LANGINO, ESQUIRE
    LEOPOLD KUVIN
20      2925 PGA Boulevard, Suite 200
    Palm Beach Gardens, Florida 33410
21      Phone: 561.515.1400
    skuvin@leopoldkuvin.com
22
23
24
25

## Page 3

1  On behalf of the Defendant:
2      ROBERT J. CRITTON, ESQUIRE
    BURMAN, CRITTON & LUTTIER
3      515 North Flagler Drive, Suite 400
    West Palm Beach, Florida 33401
4      Phone: 561.842.2820
    rcrit@bclclaw.com
5      mpike@bclclaw.com
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

## Page 4

1      - - -
2      E X H I B I T S
3      - - -
4

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| Exhibit number 1 | Photographs | 45 |
| Exhibit number 2 | Transcript | 130 |
| Exhibit number 3 | Incident Report | 137 |
| Exhibit number 4 | Incorporation Papers | 149 |
| Exhibit number 5 | Incorporation Papers | 150 |

1 (Pages 1 to 4)

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)    76ef564a-4a1c-4dee-87ac-479898cc

GIUFFRE000091

Page 45

1    MS. EZELL: I'm going to ask -- I don't know
2 whether you've still been serially designating
3 Exhibits or whether we're doing them separately for
4 deposition.
5    MR. CRITTON: I think we cannot trust that
6 people will do them serially. I'd do them with
7 each one.
8    MS. EZELL: Then would you mark this, please,
9 as Exhibit 1 to this deposition.
10    And I'm just going to state on the record that
11 I will keep that original. We will not attach it
12 to the deposition.
13    (Exhibit number 1 was marked for
14 identification purposes and retained by Counsel for the
15 Plaintiffs.)
16    THE WITNESS: Yes, that's --
17 BY MS. EZELL:
18    Q. Can you identify that -- the young woman in
19 those pictures?
20    A. Yes.
21    Q. Who is it?
22    A. That's V. -- V. Now that you says R., that
23 is V.R. definite, a hundred percent.
24    MR. CRITTON: Let me just note my objection,
25 as I did in A. Rod's deposition or Mr. Rodriguez's

Page 46

1 deposition, that I know you're going to confiscate
2 Exhibit number 1. I think it's inappropriate. I
3 think I should be allowed to have a copy of
4 Exhibits that are being used in deposition. But
5 I'll file a motion with the Court so we don't get
6 into a pulling match over your Exhibits.
7    MR. BERGER: I would ask that the court
8 reporter initial that.
9    MS. EZELL: Sure.
10    Oh, you did?
11    MR. WILLITS: She marked it.
12    MR. BERGER: Did she put her initials or did
13 she just put a number or a letter?
14    MR. CRITTON: She's nodding that she did
15 everything that she usually does, which means,
16 initials, date and number.
17    MR. MERMELSTEIN: You can talk.
18    MR. WILLITS: But when you talk, use your
19 initials.
20 BY MS. EZELL:
21    Q. How old did you think V.R. was at the time she
22 began coming to Mr. Epstein's home?
23    A. She could have been 17, 18, 19.
24    Q. Could she have also been 15?
25    MR. CRITTON: Form.

Page 47

1    THE WITNESS: Could have been. But, you know
2 I am not -- I don't think I am a very good judge of
3 ages. If you ask me how old you are, I really
4 couldn't tell you.
5    MR. CRITTON: Kathy thinks she's 25.
6    MS. EZELL: In my dreams.
7    THE WITNESS: Now, again, I must tell you, I
8 was never told to check any i.d.s on any of the
9 people who work at the house.
10 BY MS. EZELL:
11    Q. I understand that. And, so, I think I'm just
12 trying to establish that you didn't consider it part of
13 your job description to worry about or consider the
14 ages --
15    A. No.
16    Q. -- of the young women that came there?
17    A. Absolutely not. Absolutely not.
18    Q. And, so, you never really focused on that or
19 particularly thought about it if they seemed young?
20    MR. CRITTON: Form.
21    THE WITNESS: I don't -- I didn't see that
22 many young girls, you know, young, underage girls
23 at the house. I never saw except the two girls
24 that I mentioned that I think it was underage was
25 N. for sure because she was still in high school.

Page 48

1 And she -- she had dinner with her mother, a couple
2 times with her mother. And she become an actress.
3 She's an actress and she has done movies. And he
4 help her in her career.
5    That's the only girl that I knew she was young
6 because she was going to high school and I pick her
7 up from high school sometimes. But she was not a
8 massage therapist. She will go for dinner. And
9 they will go for the movies and she sang sometimes
10 because she was a singer. So she sung at the
11 house. Beautiful girl. Very talented.
12    That's the only girl that I know that it
13 was -- I would says, underage.
14 BY MS. EZELL:
15    Q. Okay. Did -- who told you that V.R. was a
16 massage therapist?
17    A. Nobody.
18    Q. Did you assume that she was a massage
19 therapist because you were told she was coming to give a
20 massage?
21    A. No. I assumed she was a massage therapy
22 because I was -- I drove Ms. Maxwell to Mar-a-lago,
23 Donald Trump's residence. And I wait in the car while
24 Ms. Maxwell got a -- I think it was a facial or massage.
25 I don't know. But that day I remember this girl, V.,

12  (Pages 45 to 48)

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)          76ef564a-4a1c-4dee-87ac-479898ccc

GIUFFRE000102

Page 49

1  walking down from the main lobby towards the spa of
2  Mar-a-lago.  And I was driving Ms. Maxwell up, up the
3  ramp.  It's a little ramp there.
4        And Ms. Maxwell says, stop.  And she went and
5  talked to -- she went inside.
6        And that afternoon around 5:00 I saw V. came.
7  She came to the house already, so she was there already.
8  That was the first day I knew.  And then she would come
9  regularly.
10     Q.  Did you ever meet any of V.'s family?
11     A.  No.  I think she was -- one time I think her
12  father drove her there.  And I met -- I don't know if it
13  was the boyfriend or husband or -- but he had to wait,
14  make him wait outside while she was at the house.
15     Q.  Do you know the name or recognize the name
16  Tony Santiago?
17     A.  I think it was him.
18     Q.  That was her --
19     A.  I know he had an old beat-up car, Camaro or
20  Mustang.  I know it was very old car that I make him
21  wait on the street one time.  I make him come out of the
22  driveway because we have to move some cars around.
23     Q.  Did there ever come a time when Tony Santiago
24  was welcome in the kitchen?
25     A.  I think he came once in the kitchen, but

Page 50

1  Ms. Maxwell told me to get him out.
2     Q.  Did she tell you why?
3     A.  No.  She didn't -- I guess she didn't want to
4  become, you know, everybody -- because some of these
5  people came with their husbands and they wait outside.
6  And I guess she didn't want this to become a norm for
7  everybody to bring their companions while they have --
8  they will do a massage for her.
9     Q.  During the time you were there, did you ever
10  know of Tony Santiago bringing any other girls to
11  Mr. Epstein?
12     A.  No.  I knew that sometimes I saw V. bring
13  other girls with her, not Tony Santiago.
14     Q.  Do you remember the names of any of those
15  girls --
16     A.  No, I don't.
17     Q.  -- that V. brought?
18     A.  That was at the end of my stay there.  No.
19  That was a very -- at the very end of the last month of
20  my stay.
21     Q.  Did you give -- I don't believe I asked you,
22  but if I did, forgive me.  Did you give us an
23  approximate year in which you were taking Ms. Maxwell to
24  Mar-a-lago and saw V.R. for the first time?
25     A.  That was at the -- at the end of my stay

Page 51

1  there.  So I would says, between three months maybe
2  before I left.  And I think I left at the end of the
3  year, so it could have been -- I remember it was a very
4  hard day because I had to wait in the sun outside in a
5  convertible and I was dying, waiting for an hour for
6  Ms. Maxwell.  I think it was in the summer of 2002.
7     Q.  And if I remember correctly, you left in
8  November or December of 2002?
9     A.  Yes.
10     Q.  So that might have been perhaps July or August
11  of 2002?
12     A.  Uh-huh.
13     Q.  And, so, as I understand it, you only saw V.R.
14  come to that house during the last three months of your
15  time at Mr. Epstein's?
16     A.  Yes.
17     Q.  Do you have any -- any sense or can you
18  approximate how many times she came?
19     A.  I cannot give you a number, but I would says,
20  two, three times a week.
21     Q.  You mentioned that sometimes you would have to
22  call these massage therapists in the middle of the
23  night.  Did you ever have to call V. for Mr. Epstein in
24  the middle of the night?
25        MR. CRITTON:  Form.

Page 52

1        THE WITNESS:  No.  No.
2  BY MS. EZELL:
3     Q.  Did there come a time while you were there
4  that V.R. stayed in the house?
5        MR. CRITTON:  Form.
6        THE WITNESS:  I don't think so.  I cannot
7     remember.  No.
8  BY MS. EZELL:
9     Q.  How many bedrooms were there upstairs?
10     A.  One, two, three -- one, two, three, four --
11  four -- so that would be five, five bedrooms.
12     Q.  Five.  And, so, would one have been
13  Mr. Epstein's bedroom?
14     A.  Yes.  His quarters was big, huge quarters.
15     Q.  Sort of a suite?
16     A.  Yeah.  And he has -- this is the room.  His
17  bathroom was here and her bathroom was here.  The main
18  room was here.  And we have -- it was two sets of doors
19  before -- two sets of double doors before you can go
20  into the suite.  There was one on top of the stairway
21  and one in the middle of the hallway.  And then you walk
22  into the -- into the suite.
23     Q.  Okay.  And you -- you just put a red eight by
24  11 folder in front of you?
25     A.  Yeah.

13  (Pages 49 to 52)

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)                    76ef564a-4a1c-4dee-87ac-479898cc

GIUFFRE000103

Page 57

1    A.  Yes.  Before she was married, yeah.  They
2  split up and she went her own way.
3    Q.  Did she marry a Glen Dubin (phonetics)?
4    A.  That's correct.  And Mr. Dubin used to come to
5  the house, too.
6    Q.  Do you know, was Sarah Kellen ever one of the
7  massage therapists before she became an assistant?
8    A.  I don't know if she was a massage therapist.
9  I don't remember setting up a massage table for her.  I
10 think she was an assistant.  And she would call -- at
11 the end of my stay, I was -- tried to pull aside from my
12 obligations and Sarah was doing all the phone calls and
13 all the arrangement and all the looking out for these
14 girls for the -- for massage therapists.  They were
15 constantly.
16   Q.  When did that role get transferred from you to
17 Ms. Maxwell, the role of looking after girls and calling
18 the girls?
19   A.  I didn't look after -- out for girls.
20 Ms. Maxwell was the one that recruit -- I remember one
21 occasion or two occasions she would says to me, John,
22 give me a list of all the spas in Palm Beach County.
23 And I will drive her from one to the other one to PGA
24 and Boca.  And she will go in, drop credit cards -- not
25 credit cards, but business cards, and she come out.  And

Page 58

1  then we go to -- she will recruit the girls.  Was
2  never -- never done by me or Mr. Epstein or anybody
3  else, that I know.
4      I don't know about Sarah because Sarah was
5  there at the last, last -- probably last weeks of my
6  stay there.  So I cannot say anything about Sarah.
7    Q.  Was there any point in time -- well, let me
8  ask you this way:  Did -- you said sometimes you would
9  call the girls to come --
10   A.  Uh-huh.
11   Q.  -- to give them massage.  And sometimes
12 Ms. Maxwell would?
13   A.  Yeah.
14   Q.  Did there come a time when she took that over
15 entirely from you --
16   A.  No.
17   Q.  -- or that continued --
18   A.  That's continued.
19   Q.  -- until you left?
20   A.  Yeah.
21   Q.  Do you remember, is Jeffrey Epstein godfather
22 to one of the Dubin children?
23   A.  I don't know if he godfather.  I don't
24 remember that.  But he was very fond to these children,
25 the children.

Page 59

1    Q.  And they called him uncle, you said?
2    A.  They called him uncle.
3    Q.  Did you ever learn what Tony Santiago did for
4  a living?
5    A.  No.
6    Q.  Have you had any occasion to see him since the
7  time you left Mr. Epstein's employ?
8    A.  No.
9    Q.  And you don't -- do you have any idea where he
10 is?
11   A.  I have no idea.  I remember an incident, one
12 time the -- I went to pick her up at Royal Palm Beach
13 and she was crying and I went and knock at the door and
14 she was crying.  And she says, well, -- I think it was
15 Tony or -- because she used to live with these other
16 guys, too.  There were two guys and her or two couples.
17 I don't know the arrangements there.  But I remember
18 that she told me the -- Tony or her boyfriend had got
19 mad and ripped the furniture, he cut the furniture in
20 pieces and he even broke the screens.  Because I was --
21 when I went into to knock the door, the screen was all
22 ripped up like it was cut.
23       And she told me that he got mad at -- I don't
24 know what happened.  I never saw him in there.
25   Q.  Did she tell you he had hit her or beaten her

Page 60

1  at all?
2       MR. CRITTON:  Is the she, V., V.R.?
3       MS. EZELL:  Yes.  Thank you.
4  BY MS. EZELL:
5    Q.  Did you ever see during the time you were
6  there photographs of V. in the house, the Epstein house?
7  V.R. in the Epstein house?
8    A.  I don't think so.  I don't think so.
9    Q.  Did you ever see photographs of V.R. in
10 Ms. Maxwell's albums?
11   A.  No.
12   Q.  At the time you were employed by Mr. Epstein,
13 were there any hidden cameras?
14   A.  No.
15   Q.  You do know that he installed some after you
16 left, correct?
17       MR. CRITTON:  Correct.
18       THE WITNESS:  I don't know.
19  BY MS. EZELL:
20   Q.  Wasn't there a camera involved in the incident
21 that -- the incident in which you took money from
22 Mr. Epstein?
23   A.  Yeah.  Yes.  But I don't know if he install it
24 or not.  That's what he told me.
25   Q.  Okay.

15  (Pages 57 to 60)

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)                              76ef564a-4a1c-4dee-87ac-479898cc

GIUFFRE 000105

Page 77

1  Q. What kind of costume?
2  A. I don't know. It was a black, shiny costume.
3  I never saw it on her.
4  Q. Was it leather?
5  A. No. I think it was like a vinyl. But we were
6  very fussy about touching any of that stuff. We just...
7      MS. EZELL: No other questions. Thank you,
8  sir.
9      THE WITNESS: You're welcome.
10     MR. LANGINO: I shouldn't have more than a
11 half hour's worth of questions, if everybody is
12 okay to power through.
13     MR. BERGER: I probably have a half hour to an
14 hour.
15     MR. LANGINO: Okay.
16     MR. BERGER: Unless you cover what I cover.
17     MR. MERMELSTEIN: I could say the same thing,
18 so probably less than that.
19     MR. LANGINO: So I guess my question is --
20     MR. BERGER: I think we ought to take a break.
21     MR. LANGINO: That was my question.
22     MR. BERGER: We're going to take a break.
23 Do you have any problem with that?
24     THE WITNESS: No. Whatever you guys want to
25 do.

Page 78

1      (Lunch recess.)
2      (Continued to Volume II.)

Page 79

1                  CERTIFICATE OF OATH
2  STATE OF FLORIDA
3  COUNTY OF PALM BEACH
4
5
6      I, the undersigned authority, certify that
7  JUAN ALESSI personally appeared before me and was duly
8  sworn on the 8th day of September, 2009.
9
10     Dated this 19th day of September, 2009.
11
12
13
14
15     _____
16     Sandra W. Townsend, Court Reporter
       Notary Public - State of Florida
       My Commission Expires: 6/26/12
17     My Commission No.: DD 793913

Page 80

1                  C E R T I F I C A T E
2  STATE OF FLORIDA
3  COUNTY OF PALM BEACH
4
5      I, Sandra W. Townsend, Court Reporter and
   Notary Public in and for the State of Florida at Large,
6  do hereby certify that the aforementioned witness was by
   me first duly sworn to testify the whole truth; that I
7  was authorized to and did report said deposition in
   stenotype; and that the foregoing pages numbered 1 to
8  78, inclusive, are a true and correct transcription of
   my shorthand notes of said deposition.
9
10     I further certify that said deposition was
   taken at the time and place hereinabove set forth and
11 that the taking of said deposition was commenced and
   completed as hereinabove set out.
12     I further certify that I am not attorney or
   counsel of any of the parties, nor am I a relative or
13 employee of any attorney or counsel of party connected
   with the action, nor am I financially interested in the
14 action.
15     The foregoing certification of this transcript
   does not apply to any reproduction of the same by any
16 means unless under the direct control and/or direction
   of the certifying reporter.
17
18
       Dated this 19th day of September, 2009.
19
20
21     _____
       Sandra W. Townsend, Court Reporter
22
23
24
25

20  (Pages 77 to 80)

(561) 832-7500    PROSE COURT REPORTING AGENCY, INC.    (561) 832-7506

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)

76ef564a-4a1c-4dee-87ac-479898cc

1      Q.   -- would be the young one?

2      A.   Yeah.

3      Q.   You stated that Ms. Maxwell was very hard on

4  you and you got blamed for everything, and that you --

5  you liked the job and you liked Mr. Epstein, but you

6  didn't like working for Mrs. Maxwell?

7      A.   That's correct.

8      Q.   Can you tell me why, other than that she

9  blamed you for everything?

10     A.   She came from a very wealthy family and she

11  was -- just my opinion; I give my personal opinion --

12  that she was rotten spoiled and she tried to drive the

13  house like a palace and not a home.

14       I was -- I discussed it with her, many, many

15  times we have discussions.  And sometimes I even refuse

16  to do her orders, knowing that I was going to be backed

17  up by Mr. Epstein or do the right thing, my thinking of

18  running the house should be.  But we never had a good

19  relationship at all from the beginning, I don't think

20  so.  But I was -- have to be her driver and she will go

21  and shop all over the malls and I will have to go behind

22  her, pay for it and bring the bags to the car.

23       Next day or the same day she will do shopping

24  and buy and say, John, go to this store and get it.  It

25  was a lot of work.  It was a lot that she created and

Electronically signed by Sandra Townsend (401-377-676-2895)
Electronically signed by Sandra Townsend (401-377-676-2895)

3afc3ca0-c86e-4b9f-8d01-ba20bcae87de

GIUFFRE000242

Page 213

```
 1    most of this jobs that she created.
 2         Q.   And one of those things you also had to do
 3    with her was to take her to different spas?
 4         A.   Yes.
 5         Q.   And there she would recruit young women to
 6    come and do massages?
 7         A.   Because she was English.  And she didn't know
 8    the area too much as well as I knew.  So she -- she
 9    says, John, make a list of all the massage -- the spas
10    in the area from Jupiter to Boca Raton.  And we went to
11    all the main spas.  And then we went to the schools for
12    massage therapists, and all the massage parlors, and
13    massage, the small massage.
14              So I make a list from the telephone book and
15    we would go from one to the another one.  I would wait
16    in the car and she goes in.
17              And sometime she took a couple minutes and
18    walk out with cards, business cards.  And that -- she
19    did the recruiting.
20              And from then, she pick up the girls and that
21    was the end of it.  I never did any recruiting and I
22    never really saw him doing it.
23         Q.   You really never saw?
24         A.   Never saw Mr. Epstein recruiting anybody.
25              MS. EZELL:  All right.  I have no other
```

(561) 832-7500    PROSE COURT REPORTING AGENCY, INC.    (561) 832-7506

# EXHIBIT 19
# (Filed Under Seal)

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL
    CIRCUIT IN AND FOR PALM BEACH COUNTY, FLORIDA
            CASE NO:502008CA028051XXXXMB AB


L.M.

            Plaintiff,


-vs-

JEFFREY EPSTEIN
AND SARAH KELLEN,

            Defendants.
_____/



            DEPOSITION OF JANUSZ BANASIAK



            Tuesday, February 16, 2010
                10:09 - 2:30 p.m.




            250 Australian Avenue South
                    Suite 1500
            West Palm Beach, Florida 33401




Reported By:
Cynthia Hopkins, RPR, FPR
Notary Public, State of Florida
Prose Court Reporting
Job No.:  1317

Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)

2d75a91d-3eaa-42b3-ae22-b5d3c7182d1e
GIUFFRE004424

Page 8

1        Q.   What family was that?

2        A.   It's, it was an older house in New York.  I

3   worked there for seven years, no, five years before I

4   get the job in the Seagram company.  So, I guess I had

5   some experience to continue.

6        Q.   Do you remember the name of the family

7   that you worked with for seven years in New York?

8        A.   Frank, Frank.

9        Q.   His name is something Frank, F-r-a-n-k?

10       A.   Yes.

11       Q.   Do you remember the first name?

12       A.   Fredrick.

13       Q.   And were your duties as house manager for

14   Fredrick Frank similar to your duties as house

15   manager for Jeffrey Epstein?

16       A.   Yes, yes.

17       Q.   And when you started in 2005 when you

18   heard that there was a job position with Jeffrey

19   Epstein, did you interview for that position?

20       A.   Yes.

21       Q.   Who did you interview with?

22       A.   First I got interviewed with Ghislaine

23   Maxwell.

24       Q.   And that's G-h-i-s-l-a-i-n-e, Maxwell?

25       A.   Right, right.

Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)

2d75a91d-3eaa-42b3-ae22-b5d3c7182d1e
GIUFFRE004431

Page 9

```
 1          Q.   Where did that interview take place?
 2          A.   In New York.
 3          Q.   And it was for the position as house
 4     manager in the Palm Beach house, correct?
 5          A.   Right.
 6          Q.   That's at 358 Albrillo way?
 7          A.   Correct.
 8          Q.   Why were you interviewed in New York, if
 9     you know?
10          A.   Because at that time I was living in New York
11     with my friends and so --
12          Q.   Where did the interview take place in New
13     York?
14          A.   In her house on 65th Street.
15          Q.   Whose house, do you know?
16          A.   Ghislaine Maxwell.
17          Q.   So, Ghislaine Maxwell interviewed you back
18     in 2005 at her house in New York for a position at
19     Jeffrey Epstein's house in Palm Beach?
20          A.   Right.
21          Q.   And what did the interview consist of?
22     What did she ask you?
23          A.   She asked me basic questions, you know, what's
24     my previous employer, how long I work for them and
25     basically she was checking my resume.
```

Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)

2d75a91d-3eaa-42b3-ae22-b5d3c7182d1e
GIUFFRE004432

Page 14

1          Q.   Okay.  So, I assume then that your wife

2     that you are separated from I guess at the time, she

3     didn't come down to Palm Beach?

4          A.   No, no.

5          Q.   And this is somebody who still lives

6     somewhere other than Florida?

7          A.   Correct.

8          Q.   So, you came down in February 2005 and

9     began working.  What did you, what did you first

10    start doing for Jeffrey Epstein?

11         A.   First I doing?  I don't remember nothing

12    special.

13         Q.   Okay.  Well, were you working -- I will

14    rephrase it.  Were you working only for Jeffrey

15    Epstein or were you working also for Ghislaine

16    Maxwell, the other person who interviewed you, or

17    anybody else in the house?

18         A.   I guess only for him because she was visiting

19    a few times house, but I am employed by him.

20         Q.   Okay.  What was your understanding at that

21    time as to the relationship between Ghislaine

22    Maxwell and Jeffrey Epstein?

23         A.   They were like partners in business.

24         Q.   Okay.  What business was that, if you

25    know?

(561) 832-7500    PROSE COURT REPORTING AGENCY, INC.    (561) 832-7506

Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)

2d75a91d-3eaa-42b3-ae22-b5d3c7182d1e
GIUFFRE004437

Page 15

1          A.    I don't know what kind of business but she was
2     the one who organized I would say employment with this
3     organization.  So, whatever I need, if I have some kind
4     of problem, I contact her.  She was the one who decided
5     what I have to answer my problems with, what I was
6     supposed to do.
7          Q.    How many times did you have problems where
8     you had to go through her?
9          A.    Well, not big problems.  Just a question of
10    what certain, how to do certain things.  For example,
11    what kind of flowers I have to buy, what kind of things
12    he likes, what time I supposed to serve him coffee in
13    the mornings, sort of organizing things.
14         Q.    Those are things that you wouldn't ask
15    Jeffrey Epstein directly?
16         A.    No, no.  He doesn't like those things to ask
17    him directly.  He would like to prefer either through
18    his assistant or like I say, Ghislaine Maxwell.
19         Q.    Is that still the same today?
20         A.    Yes, still the same.  Unless, something happen
21    that I need to, nobody is around and I need to urgently
22    contact him, I go to him directly.
23         Q.    So, for the most part if you have a
24    question or at least -- let's go back to 2005, you
25    had a question about what needed to be done in the

Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)

2d75a91d-3eaa-42b3-ae22-b5d3c7182d1e
GIUFFRE004438

Page 54

1      A.    (Witness shakes head.)

2      Q.    And I'm sorry.

3      A.    No.

4      Q.    I understood you when you shook your head.

5      A.    I realize what you told me but I am sorry.

6      Q.    I told you it was easy to forget.

7            Do you remember who it was that personally

8      removed the computers and equipment from the

9      property?  Was it Mr. Epstein, was it a lawyer, was

10     it, do you remember?

11     A.    It was Adriana.

12     Q.    All right.  And I am of the understanding

13     that there were several computers that were removed

14     from the house, correct?

15           MR. GOLDBERGER:  Form.

16           THE WITNESS:  Yes, three of them.

17     BY MR. EDWARDS:

18     Q.    Three?  And to your knowledge Adriana

19     removed all of them?

20     A.    She show up one day with gentleman.  I don't

21     remember his name.  And she told me that they are moving

22     out those computers.

23     Q.    And where were the computers?  Which rooms

24     were the computers in that were removed by Adriana

25     and this gentleman you're describing?

Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)

2d75a91d-3eaa-42b3-ae22-b5d3c7182d1e
GIUFFRE004477

Page 191

1                        CERTIFICATE OF OATH

2       THE STATE OF FLORIDA

3       COUNTY OF PALM BEACH

4

5

6              I, the undersigned authority, certify that

7       JANUSZ BANASIAK personally appeared before me

8       and was duly sworn on the 16th day of February,

9       2010.

10

11             Dated this 28th day of February, 2010.

12

13

14

15

16       _____

         Cynthia Hopkins, RPR, FPR
17       Notary Public - State of Florida
         My Commission Expires:  February 25, 2011
18       My Commission No.:  DD 643788

19

20

21

22

23

24

25

 (561) 832-7500      PROSE COURT REPORTING AGENCY, INC.      (561) 832-7506

Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)

2d75a91d-3eaa-42b3-ae22-b5d3c7182d1e
GIUFFRE004614

Page 192

1                    C E R T I F I C A T E

2    THE STATE OF FLORIDA

3    COUNTY OF PALM BEACH

4

5         I, Cynthia Hopkins, Registered Professional
     Reporter, Florida Professional Reporter and Notary
6    Public in and for the State of Florida at large, do
     hereby certify that I was authorized to and did
7    report said deposition in stenotype; and that the
     foregoing pages are a true and correct transcription
8    of my shorthand notes of said deposition.

9         I further certify that said deposition was
     taken at the time and place hereinabove set forth
10   and that the taking of said deposition was commenced
     and completed as hereinabove set out.
11
          I further certify that I am not attorney or
12   counsel of any of the parties, nor am I a relative
     or employee of any attorney or counsel of party
13   connected with the action, nor am I financially
     interested in the action.
14
          The foregoing certification of this transcript
15   does not apply to any reproduction of the same by
     any means unless under the direct control and/or
16   direction of the certifying reporter.

17        Dated this 28th day of February, 2010.

18

19

20

21   _____
          Cynthia Hopkins, RPR, FPR
22

23

24

25

  (561) 832-7500    PROSE COURT REPORTING AGENCY, INC.    (561) 832-7506

Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)
Electronically signed by cynthia hopkins (601-051-976-2934)

2d75a91d-3eaa-42b3-ae22-b5d3c7182d1e
GIUFFRE004615

# EXHIBIT 20
# (Filed Under Seal)

O9 - 23783

**Condensed Transcript**

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA
CIVIL DIVISION

L.M.,

      Plaintiff,

vs.

                                  CASE No.
                                  502008CA028051XXXXMB AB

JEFFREY EPSTEIN,

      Defendant.

~~~~~~~~~~~~~~~~~~~~~

**DEPOSITION OF**

**LOUELLA RABUYO**

**VOLUME I**

October, 20, 2009
10:10 a.m.

515 N. Flagler Drive
Suite 200-P
West Palm Beach, Florida 33401

Reported By: Teresa Whalen, RPR, FPR, Notary Public, State of Florida



# ESQUIRE
an Alexander Gallo Company

Toll Free: 866.709.8777
Facsimile: 561.394.2621

Suite 600
4440 PGA Boulevard
Palm Beach Gardens, FL 33410
www.esquiresolutions.com

GIUFFRE004386

Louella Rabuyo - Volume I                    October 20, 2009

**Page 1**

IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
IN AND FOR PALM BEACH COUNTY, FLORIDA
CIVIL DIVISION
CASE No.502008CA028081XXXXMB AB

L.M.,

    Plaintiff,

-vs-

JEFFREY EPSTEIN,

    Defendant.

DEPOSITION OF LOUELLA RABUYO
VOLUME I

Tuesday, October, 20, 2009
10:10 - 3:30 p.m.

515 N. Flagler Drive, Suite 200-P
West Palm Beach, Florida 33401

Reported By:
Teresa Whalen, RPR, FPR
Notary Public, State of Florida
West Palm Beach Office    Job #118991

**Page 2**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE No.08-CV-80119-CIV-MARRA/JOHNSON

JANE DOE NO. 2,

    Plaintiff,

-vs-

JEFFREY EPSTEIN,

    Defendant.

Related cases:
08-80232, 08-80380, 98-80381, 08-80994,
08-80993, 08-80811, 08-80893, 09-80469,
09-80591, 09-80656, 09-80802, 09-81092

DEPOSITION OF LOUELLA RABUYO
VOLUME I

Tuesday, October 20, 2009
10:10 - 3:30 p.m.

515 N. Flagler Drive, Suite 200-P

West Palm Beach, Florida 33401

Reported By:
Teresa Whalen, RPR, FPR
Notary Public, State of Florida
West Palm Beach Office    Job #118991
Phone: 800.330.6952
561.659.4155

**Page 3**

APPEARANCES:

On behalf of the Defendant:

    ROBERT D. CRITTON, JR., ESQUIRE
    BURMAN CRITTON LUTTIER & COLEMAN, LLP
    303 Banyan Boulevard, Suite 400
    West Palm Beach, Florida 33401
    Phone: 561.842.2820

On behalf of Plaintiff L.M.:
    BRADLEY J. EDWARDS, ESQUIRE
    CARA L. HOLMES, ESQUIRE
    ROTHSTEIN ROSENFELDT ADLER
    401 E. Las Olas Boulevard, Suite 1650
    Fort Lauderdale, Florida 33394
    Phone: 954.522.3456

On behalf of the Witness:
    BRUCE E. REINHART, ESQUIRE
    LAW OFFICE OF BRUCE E. REINHART
    250 S. Australian Avenue, Suite 1400
    West Palm Beach, Florida 33401
    Phone: 561.202.6360

On behalf of Defendants/Jane Does 2 - 8:
    STUART S. MERMELSTEIN, ESQUIRE
    MERMELSTEIN & HOROWITZ, P.A.
    18205 Biscayne Boulevard, Suite 2218
    Miami, Florida 33160
    Phone: 305.931.2200
On behalf of Plaintiff in related Case No. 08-80811
    JACK HILL, ESQUIRE (Partially via speakerphone)
    SEARCY, DENNEY, SCAROLA, BARNHART & SHIPLEY
    2139 Palm Beach Lakes Boulevard
    West Palm Beach, Florida 33409
    Phone: 561.686.6300

**Page 4**

- - -

I N D E X

WITNESS:    DIRECT  CROSS  REDIRECT  RECROSS

LOUELLA RABUYO

BY MR. EDWARDS:    5         190

BY MR. MERMELSTEIN:    135         208

BY MR. HILL:    156

BY MR. CRITTON:    173

- - -

E X H I B I T S

- - -

| NUMBER | DESCRIPTION | PAGE |
|---|---|---|
| DEFENDANT'S EX. 1 | COPIES, COMPOSITE PHOTOGRAPHS | 103 |
| DEFENDANT'S EX. 2 | COMPOSITE PHONE MESSAGE BOOK | 147 |
| DEFENDANT'S EX. 3 | COPY OF PHOTOGRAPH | 162 |



# ESQUIRE
an Alexander Gallo Company

Toll Free: 866.709.8777
Facsimile: 561.394.2621

Suite 600
4440 PGA Boulevard
Palm Beach Gardens, FL 33410
www.esquiresolutions.com

GIUFFRE004388

Louella Rabuyo - Volume I                    October 20, 2009

---

81

1    A   When I came back to report, that's how I
2  learned.
3    Q   Elaborate on that for me. What do you mean,
4  when you came back to report that's how I learned?
5    A   I reported in the afternoon, and then that's
6  how I learned that the police came.
7    Q   All right. And when were you -- you're now
8  saying you came back to report and you learned that the
9  police had already come to the house, right?
10   A   Yes, sir.
11   Q   Prior to that occasion, when was the previous
12 time that you were at the house?
13   A   The day before.
14   Q   Okay. And the day before you left your shift
15 at roughly five o'clock?
16   A   I cannot remember. I usually leave 5:00 or
17 5:30.
18   Q   But sometime late in the afternoon?
19   A   Yes.
20   Q   And as of that time, the day before the search
21 warrant was issued, you had seen no police officers in
22 or around the house?
23   A   No.
24   Q   And then the next day you reported to the job
25 at what time?

---

82

1    A   The next day?
2    Q   The next day.
3    A   I report in the afternoon.
4    Q   Was there a reason why you reported in the
5  afternoon?
6    A   Ms. Maxwell called me.
7    Q   When did she call you?
8    A   During that day, she said Louella, you can
9  report in the afternoon.
10   Q   She called you early in the morning?
11   A   Not early.
12   Q   Normally you would report to the house between
13 eight and nine o'clock, right?
14   A   Yes, sir.
15   Q   So in order for you not to arrive at the
16 house, she had to have called you before eight or
17 nine o'clock, right?
18   A   Yes.
19   Q   Okay. So approximately what time does
20 Ms. Maxwell call you to tell you you can report to the
21 house later on that day?
22   A   I cannot remember really the time.
23   Q   Okay. What time did you actually report to
24 the house?
25   A   After lunch, about -- maybe after lunch.

---

83

1    Q   So are we talking about the day the police
2  went to Jeffrey Epstein's house you did not go in the
3  morning, but you went after lunch and the police had
4  already left?
5    A   Oh. No. When I went there nobody was there,
6  no policemen were around.
7    Q   Who was at the house then?
8    A   Janusz, and Douglas, the architect.
9    Q   Schoettle?
10   A   Yes.
11   Q   And did you have a discussion with them?
12   A   No.
13   Q   How did you know the police had been to the
14 house?
15   A   Janusz told me.
16   Q   When?
17   A   When I arrive.
18   Q   That's what I was asking you when I said did
19 you have a discussion with them, meaning Janusz and
20 Douglas.
21   A   Okay. Being because them -- with Janusz only.
22   Q   What did he say?
23   A   He said the police came and, what's this, took
24 away some stuff.
25   Q   Did he say what they took?

---

84

1    A   He said pictures.
2    Q   Did he tell you which pictures?
3    A   No, sir.
4    Q   Aside from pictures, what else did the police
5  take, as Janusz told you?
6    A   He did not elaborate.
7    Q   All right. Prior to the police going to the
8  house and taking pictures, do you remember seeing
9  pictures around Mr. Epstein's house?
10   A   Yes.
11   Q   Do you remember seeing pictures of naked or
12 nude females around Mr. Epstein's house?
13   A   Not around, in his closet.
14   Q   In Mr. Epstein's closet you would see --
15 describe what you would see related to females in
16 pictures.
17   A   Some have topless.
18   Q   Is this a big closet?
19   A   No. Not really big, it's just this big, not
20 so big.
21   Q   Okay. Were these pictures that could be seen
22 by -- strike that.
23       Do you know of any other pictures of females
24 that were confiscated by the police that did not come
25 from Mr. Epstein's closet?

---



**ESQUIRE**

an Alexander Gallo Company

Toll Free: 866.709.8777
Facsimile: 561.394.2621

Suite 600
4440 PGA Boulevard
Palm Beach Gardens, FL 33410
www.esquiresolutions.com

GIUFFRE004408

Louella Rabuyo - Volume I                                    October 20, 2009

129

1    STATE OF FLORIDA
2    COUNTY OF PALM BEACH
3
4
5         I, the undersigned authority, certify that
6    LOUELLA RABUYO personally appeared before me on the 20th
7    of October, 2009, and was duly sworn.
8
9         Dated this 30th day of October, 2009.
10
11
12
13

14    _____
      Teresa Whalen, RPR, FPR
15    Notary Public - State of Florida
      My Commission Expires:  4/25/11
16    My Commission No.:  DD 644533
17    Job # 118991
18
19
20
21
22
23
24
25

130

1              C E R T I F I C A T E
2    STATE OF FLORIDA
3    COUNTY OF PALM BEACH
4
5         I, Teresa Whalen, Registered Professional
      Reporter and Notary Public in and for the State of
6    Florida at Large, do hereby certify that the
      aforementioned witness was by me first duly sworn to
7    testify the whole truth; that I was authorized to
      and did report said deposition in stenotype; and
8    that the foregoing pages are a true and correct
      transcription of my shorthand notes of said
9    deposition.
10        I further certify that said deposition was
      taken at the time and place hereinabove set forth
11    and that the taking of said deposition was commenced
      and completed as hereinabove set out.
12
          I further certify that I am not attorney or
13    counsel of any of the parties, nor am I a relative or
      employee of any attorney or counsel of party connected
14    with the action, nor am I financially interested in the
      action.
15
          The foregoing certification of this transcript
16    does not apply to any reproduction of the same by any
      means unless under the direct control and/or  direction
17    of the certifying reporter.
18
19        Dated this 30th day of October, 2009.
20
21    _____
22    Teresa Whalen, RPR, FPR
23    Job # 118991
24
25



# ESQUIRE
an Alexander Gallo Company

Toll Free: 866.709.8777
Facsimile: 561.394.2621

Suite 600
4440 PGA Boulevard
Palm Beach Gardens, FL 33410
www.esquiresolutions.com

GIUFFRE004420

# EXHIBIT 21
# (Filed Under Seal)

Page 1

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2
 3   JANE DOE NO. 2,          Case No: 08-CV-80119
 4        Plaintiff,
 5   Vs
 6   JEFFREY EPSTEIN,
 7        Defendant.
     _____/
 8
     JANE DOE NO. 3,          Case NO: 08-CV-80232
 9
          Plaintiff,
10   Vs
11   JEFFREY EPSTEIN,
12        Defendant.
     _____/
13
     JANE DOE NO. 4,          Case No: 08-CV-80380
14
          Plaintiff,
15
     Vs.
16
     JEFFREY EPSTEIN,
17
          Defendant.
18   _____/
19   JANE DOE NO. 5,          Case No: 08-CV-80381
20        Plaintiff,
21   Vs
22   JEFFREY EPSTEIN,
23        Defendant.
     _____/
24
25
```

Kress Court Reporting, Inc. 305-866-7688
7115 Rue Notre Dame, Miami Beach, FL 33141

**NON PARTY (VR) 000247**

GIUFFRE000935

Page 2

```
1   JANE DOE NO. 6,      Case No: 08-CV-80994
2         Plaintiff,
3   Vs
4   JEFFREY EPSTEIN,
5         Defendant.
          _____/
6
7   JANE DOE NO. 7,      Case No. 08-CV-80993

         Plaintiff,
8
     Vs
9
    JEFFREY EPSTEIN,
10
         Defendant.
11       _____/
12  C.M.A.,              Case No: 08-CV-80811
13       Plaintiff,
14  Vs
15  JEFFREY EPSTEIN,
16       Defendant.
         _____/
17
    JANE DOE,            Case No: 08-CV-80893
18
         Plaintiff,
19
    Vs
20
    JEFFREY EPSTEIN,
21
         Defendant.
22       _____/
23
24
25
```

Page 3

```
1   JANE DOE NO. II,     Case No: 08-CV-80469
2       Plaintiff,
3   Vs
4   JEFFREY EPSTEIN,
5       Defendant.
        _____/
6
    JANE DOE NO. 101,    Case No: 09-CV-80591
7
       Plaintiff,
8
     Vs
9
    JEFFREY EPSTEIN,
10
       Defendant.
11      _____/
12  JANE DOE NO. 102,    Case No: 09-CV-80656
13      Plaintiff,
14  Vs
15  JEFFREY EPSTEIN,
16      Defendant.
        _____/
17
18
19
20          1031 Ives Dairy Road
            Suite 228
21          North Miami, Florida
            July 29, 2009
22          11:00 a.m. to 5:30 p.m.
23
24
25
```

Page 4

```
1            V I D E O T A P E D
2            D E P O S I T I O N
3                   of
4            ALFREDO RODRIGUEZ
5
6       taken on behalf of the Plaintiffs pursuant
7   to a Re-Notice of Taking Deposition (Duces Tecum)
8
9               - - -
10  APPEARANCES:
11
        MERMELSTEIN & HOROWITZ, P.A.
12      BY: STUART MERMELSTEIN, ESQ.
        18205 Biscayne Boulevard
13      Suite 2218
        Miami, Florida 33160
14      Attorney for Jane Doe 2, 3, 4, 5,
        6, and 7.
15
16      ROTHSTEIN ROSENFELDT ADLER
        BY: BRAD J. EDWARDS, ESQ., and
17      CARA HOLMES, ESQ.
        Las Olas City Centre
18      Suite 1650
        401 East Las Olas Boulevard
19      Fort Lauderdale, Florida 33301
        Attorney for Jane Doe and E.W.
20      And L.M.
21
        PODHURST ORSECK
22      BY: KATHERINE W. EZELL
        25 West Flagler Street
23      Suite 800
        Miami, Florida 33130
24      Attorney for Jane Doe 101 and 102.
25
```

Page 5

```
1
    APPEARANCES:
2
3       LEOPOLD-KUIVIN
        ADAM J. LANGINO, ESQ.
4       2925 PGA Boulevard
        Suite 200
5       Palm Beach Gardens, Florida 33410
        Attorney for B.B.
6
7       RICHARD WILLITS, ESQ.
        2290 10th Avenue North
8       Suite 404
        Lake Worth, Florida 33461
9       Attorney for C.M.A.
10
        BURMAN, CRITTON, LUTTIER &
11      COLEMAN, LLP
        BY: ROBERT CRITTON, ESQ.
12      515 North Flagler Drive
        Suite 400
13      West Palm Beach, Florida 33401
        Attorney for Jeffrey Epstein.
14
15
16
    ALSO PRESENT:
17
    JOE LANGSAM, VIDEOGRAPHER
18
19              - - -
20
21
22
23
24
25
```

2 (Pages 2 to 5)

NON PARTY (VR) 000248

GIUFFRE000936

Page 6

1  INDEX OF EXAMINATION
2
WITNESS          DIRECT    CROSS
3
ALFREDO RODRIGUEZ
4
(By Mr. Mermelstein)     12
5
(By Mr. Edwards)        157
6
(By Mr. Langino)        260
7
8
9
10       INDEX OF EXHIBITS
11  EXHIBITS               PAGE
12  1  Message pad          72
13  2  Documents           115
14
15
16
17
18
19
20
21
22
23
24
25

Page 7

1  Deposition taken before MICHELLE PAYNE, Court
2  Reporter and Notary Public in and for the State of
3  Florida at Large, in the above cause.
4            - - -
5        THE VIDEOGRAPHER:  This is the case of
6  Jane Doe No. 2, plaintiff, versus Jeffrey
7  Epstein, defendant.  Jane Doe No. 3,
8  plaintiff, versus Jeffrey Epstein,
9  defendant.  Jane Doe No. 4, plaintiff,
10  versus Jeffrey Epstein, defendant.  And Jane
11  Doe No. 5, plaintiff, versus Jeffrey
12  Epstein, defendant.  Jane Doe No. 6,
13  plaintiff, versus Jeffrey Epstein,
14  defendant.  Jane Doe No. 7, plaintiff,
15  versus Jeffrey Epstein, defendant.  CMA,
16  plaintiff, versus Jeffrey Epstein,
17  defendant.  And Jane Doe, plaintiff, versus
18  Jeffrey Epstein, et al, defendant.  And Jane
19  Doe -- is there a shorter thing that we can
20  do here?  It's also missing this one right
21  here.
22        MR. MERMELSTEIN:  Do we have a problem
23  with saying Jane Doe 2 and the Epstein and
24  related cases?
25        THE VIDEOGRAPHER:  I'm missing this Jane

Page 8

1  Doe right here on the copy you gave me.  I'm
2  missing which Jane Doe this is.
3     They're all different case numbers.  Do
4  you want me to go through each case number?
5        MR. CRITTON:  I'm going to note my
6  objection.  Obviously if this deposition
7  gets played -- not obviously, I'm going to
8  object to the litany of each one so I don't
9  know how we can separate it out.  Maybe if
10  and when at the time of trial and depending
11  on how the Court determines what comes in
12  and what doesn't with regard to the
13  consolidated aspects of this.  I have no
14  great idea other than just saying Jane Doe
15  versus Epstein, et al, or something like
16  that, or Jane Doe, et al.
17        MS. EZELL:  Couldn't we just say and
18  those cases which have been consolidated
19  with it for Discovery purposes?
20        MR. EDWARDS:  Although there is cases
21  here that have cross noticed this from state
22  court that haven't been consolidated so that
23  may not work.  You may have to read them
24  all, if it works out your way that will just
25  get edited out, at least he will have read

Page 9

1  that caption, every caption.  Right?  Is
2  there a better suggestion?
3        MR. CRITTON:  No.  There may be a better
4  suggestion if he starts this is such and
5  such day, it's the deposition of Mr.
6  Rodriguez in the case such and such, and we
7  can almost fill it in depending on which
8  tape it goes, how it fills in, at least
9  we'll have the context of the first and
10  depending on whether the Judge reads it in
11  from a consolidated or they all come
12  related, I have no great idea.
13        MR. EDWARDS:  I was thinking if he read
14  every one of them and it was the seventh in
15  line then you just would edit it so you
16  would only read that one.
17        MR. CRITTON:  I'm okay with that too.
18        THE VIDEOGRAPHER:  On page number three
19  there is something missing on the top here.
20     Do you want me to read each case number
21  separately?
22        MR. MERMELSTEIN:  I don't think it's
23  necessary.
24        MR. EDWARDS:  I don't think it's
25  necessary either.

3 (Pages 6 to 9)

NON PARTY (VR) 000249

GIUFFRE000937

Page 26

1   with a copy.
2   Q.   Were you the only one who was allowed to
3   answer the phone?
4   A.   Yes.
5   Q.   I'm sorry, what would you do --
6   A.   I would leave it on the counter next to
7   the kitchen so when I find that piece all crumbled
8   I knew that Mr. Epstein saw the message, so we
9   communicated like that.
10  Q.   Now, you mentioned Mr. Epstein would give
11  you instructions during the course of the day.
12  A.   Through his assistant.
13  Q.   And his assistant was whom?
14  A.   Sarah Kellen.
15  Q.   But you didn't view her as your
16  supervisor?
17  A.   She take orders from Mrs. Maxwell but she
18  will tell me, Alfredo, we need to buy this, we
19  need to do this, and so and so was coming.  I
20  couldn't talk directly to Mr. Epstein.
21  Q.   Okay.  So any communications from Mr.
22  Epstein always came through Ms. Kellen?
23  A.   Or from the office in New York.  Lesley,
24  his secretary, or somebody else, the comptroller,
25  the architect, any lawyer.

Page 27

1   Q.   Lawyer, what kind of instructions would
2   you get from lawyers?
3   A.   We used to have a lot of time, for
4   instance, the dock construction, you need to have
5   a lot of permits in Palm Beach so they were there
6   for that reason.
7   Q.   Okay.  Now, so you would interact with
8   the staff from New York and that would include I
9   think you said Lesley?
10  A.   Lesley, Bella.
11  Q.   What was Lesley's position?
12  A.   Lesley is the secretary, secretary to Mr.
13  Epstein.
14  Q.   Okay.  Is that Lesley Groff?
15  A.   I believe it was, I don't remember the
16  last name.
17  Q.   Bella, who was Bella?
18  A.   Bella was the assistant comptroller.
19  Q.   Anyone else that you dealt with in New
20  York?
21  A.   Doug Shadow was the architect and he used
22  to come to the house in a regular basis because we
23  used to have a lot of projects going on.
24  Q.   Okay.  Would you get advance notice when
25  Mr. Epstein was going to arrive in Palm Beach?

Page 28

1   A.   Yes.  Sometimes very short notice but,
2   yes, I was.
3   Q.   So that varied?
4   A.   Yes.
5   Q.   Who would give you that notice?
6   A.   Mrs. Maxwell or Sarah or Larry, the
7   pilot.
8   Q.   And then you would drive to pick them up
9   at the airport?
10  A.   Yes.
11  Q.   And who traveled with him?
12  A.   The three pilots and some guests.
13  Q.   What do you mean by guests?
14  A.   He will have some friends from Harvard,
15  he will have -- well, very important people that,
16  you know, friends, acquaintances from New York or
17  Europe because I was just told the number of
18  people was coming on the plane.
19  Q.   Were there people who were employed by
20  him who came regularly?
21  A.   Yes.
22  Q.   And who would they be?
23  A.   Like I said, they were the pilots, Larry
24  Bisosky, George, and I don't remember the flight
25  engineer, and he will have two girlfriends.

Page 29

1   Q.   The pilot would have two girlfriends?
2   A.   Mr. Epstein.  This is all people coming
3   in the plane together.
4   Q.   Right.  What do you mean by girlfriends?
5   A.   Friends, you know, that he was always
6   having friends that he will befriend in New York,
7   I don't know, or some other places.
8       But I was just told -- my concern was how
9   many people I have to feed, how many cars do I
10  need to transport these people from the airport to
11  the house, and to arrange accommodations in the
12  house.
13  Q.   What about Sarah Kellen, did she travel
14  with him?
15  A.   Yes.
16  Q.   So she was on the plane?
17  A.   Yes.
18      MR. CRITTON:  Form.
19  BY MR. MERMELSTEIN:
20  Q.   And Ms. Maxwell?
21      MR. CRITTON:  Form.
22      THE WITNESS:  No, she will have different
23  plane.
24  BY MR. MERMELSTEIN:
25  Q.   Okay.

8 (Pages 26 to 29)

NON PARTY (VR) 000254

GIUFFRE000942

Page 70

1  in cash as opposed to check?
2        MR. CRITTON: Form.
3        THE WITNESS: I was told to pay them
4  cash, sir.
5  BY MR. MERMELSTEIN:
6     Q.  Simply you were told and didn't ask why?
7     A.  No.
8     Q.  Do you recall telling the detective who
9  interviewed you for the police that you thought of
10  yourself as a human ATM machine?
11        MR. CRITTON: Form.
12        THE WITNESS: Yes.
13  BY MR. MERMELSTEIN:
14     Q.  You recall saying that?
15        MR. CRITTON: Form.
16        THE WITNESS: Because I always had cash
17  in my pocket.
18  BY MR. MERMELSTEIN:
19     Q.  And why was there always cash in your
20  pocket?
21     A.  That was part of my job to have, you
22  know, for emergencies or paying somebody cash.
23     Q.  Okay. What kind of emergencies?
24     A.  It's hard to say. I was supposed to put
25  cash on each Mercedes Benz on each ashtray. The

Page 71

1  idea behind this is you get stranded nobody accept
2  credit card or check you have cash.
3     Q.  How much did you leave in the ashtray?
4     A.  300.
5     Q.  And did you ever have to replenish that
6  money?
7     A.  Yes.
8     Q.  Because the Mercedes was stranded?
9     A.  No, because when Mr. Epstein will leave I
10  have to collect that money because I will send the
11  cars to the car wash so to avoid that money being
12  stolen we used to keep track, you know, when to
13  retrieve that money and then when he's coming put
14  it back there again.
15     Q.  So you use cash for that purpose and you
16  also use cash to pay the masseuses. Correct?
17     A.  Yes.
18     Q.  Did you use cash for any other purpose?
19     A.  Car wash for the guy who used to came to
20  the house and wash all the cars. Tipping
21  sometimes for getting a good spot in the
22  restaurant you have to have cash, something like
23  that.
24     Q.  Okay. Would you drive Mr. Epstein to a
25  restaurant?

Page 72

1     A.  Not him. I will drive anybody else but
2  he would rather eat at home.
3     Q.  So you would drive house guests to
4  restaurants?
5     A.  Yes.
6     Q.  And when you did that you would -- didn't
7  you stay with the car or did you eat with them?
8     A.  No, I will stay with the car.
9     Q.  So who did you tip?
10     A.  If you want to park in front of the
11  restaurant you got to tip the valet otherwise
12  you're taking one of the spots.
13        Sometimes I used to take -- I'm sorry.
14  Aviation, you know, you need to go to aviation and
15  help those guys move your cars around, you need --
16  they carry luggage, so I used to tip those too.
17     Q.  That would be when you picked up or
18  dropped off Mr. Epstein. Correct?
19     A.  Yes.
20        MR. MERMELSTEIN: We'll mark this as an
21  exhibit, composite exhibit.
22        (Composite Exhibit 1 was marked for
23  Identification.)
24        MR. CRITTON: Just out of curiosity, on
25  depositions are we going to use instead of

Page 73

1  doing plaintiff and defendant designations
2  do you just want to run them one, two,
3  three, four?
4        MR. MERMELSTEIN: That's fine with me as
5  long as we remember where we left off.
6        MR. CRITTON: Well, are we going to do it
7  consecutive with all of the depositions?
8  I'm okay with that if someone can keep track
9  of that.
10        MR. EDWARDS: I've had that go wrong
11  before, especially when we have some parties
12  who aren't here, such as Mr. Garcia, he's
13  going to join depositions, we have to start
14  at 27 or whatever.
15        MR. CRITTON: For each deposition one
16  through whatever without necessarily giving
17  them a plaintiff or defendant.
18  BY MR. MERMELSTEIN:
19     Q.  Mr. Rodriguez, I've marked as Exhibit 1 a
20  composite document which includes four per page of
21  what appear to be message slips.
22        First of all let me ask you, let me
23  direct your attention to the first page of this
24  exhibit. And the upper left message has initials
25  at the bottom. Is that correct?

19 (Pages 70 to 73)

**NON PARTY (VR) 000265**

GIUFFRE000953

Page 74

1    A.   Yes.
2    Q.   Are those your initials?
3    A.   Yes.
4    Q.   And was it the household policy to
5   initial messages when they were taken?
6    A.   Yes.
7    Q.   Okay.  You were instructed to do that?
8    A.   Yes.
9    Q.   Who instructed you to do that?
10    A.   Ms. Maxwell.  There was a manual, sir, in
11   the house, we had to follow the instructions of
12   the manual.
13    Q.   There was -- okay.
14    A.   Estate manager, household manager for all
15   the houses, so I will abide to that, you know, so
16   I take message with my initial, the time, who
17   called.
18    Q.   So there were all sorts of policies and
19   procedures in this manual?
20    A.   Yes.
21    Q.   Who wrote it?
22    A.   It was the estate manager for all the
23   properties and so I was --
24    Q.   Who was the estate manager for all the
25   properties?

Page 75

1    A.   I never met him, sir, he was fired before
2   I came along.
3    Q.   But you don't remember his name?
4    A.   No, sir.
5    Q.   And you remember one of the things that
6   said in this manual was that every message has to
7   be signed?
8    A.   Yes.
9    Q.   I'm not necessarily going to go through
10   every single message.  Let me go back to the one
11   on the upper left on the first page.  It's from
12   Jean-Luc.  Is that correct?
13    A.   Yes, sir.
14    Q.   Who is Jean-Luc?
15    A.   He had modeling agency.
16    Q.   How do you know that?
17    A.   He gave me his card, sir.
18    Q.   Was he a frequent guest at the house?
19    A.   Yes, sir.
20    Q.   Did he stay over?
21    A.   Sometimes he will stay, sometimes I will
22   drive him to Miami.
23    Q.   Do you recall his last name?
24    A.   No, sir.
25    Q.   And so you had a conversation with him

Page 76

1   and he told you he owned a modeling agency?
2    A.   Yes, sir.
3    Q.   Anything else he told you?
4    A.   He spoke, you know, five, six languages,
5   always speaking Spanish, Italian.
6    Q.   Did the girls who were -- you know, who
7   travelled with Mr. Epstein, were they from his
8   agency?
9        MR. CRITTON:  Form.
10        THE WITNESS:  I don't know, sir.
11   BY MR. MERMELSTEIN:
12    Q.   You didn't discuss that?
13    A.   No.
14    Q.   Let's look at the message next to it.
15        MR. CRITTON:  Still on page one?
16        MR. MERMELSTEIN:  Still on page one.
17   BY MR. MERMELSTEIN:
18    Q.   It appears the one under it is to the
19   same person.  Is that correct?  Who is that?
20    A.   Alicia.
21    Q.   Who is Alicia?
22    A.   I don't know, sir.  Please tell Jeffrey
23   that I called so I just wrote the name.
24    Q.   Now, some of these messages if you look
25   through appears to be a different handwriting and

Page 77

1   there is no signature on the bottom.
2    A.   That's not mine, I don't know who's that
3   is, sir.
4    Q.   I thought you said earlier you were the
5   one who was responsible for taking messages.
6    A.   Exactly, yes, I was, sir.
7    Q.   But there were other people who took
8   messages as well?
9    A.   Maybe this is after or before my time,
10   sir.
11    Q.   Okay.  Because there is no date on it.
12    A.   I used to put my dates and I know I used
13   to do that all the time, but you know.
14    Q.   These style of message pads.  It was a
15   pad.  Correct?
16    A.   Yes.
17    Q.   And this is the old fashion message pad
18   that it's like duplicate?
19    A.   Exactly, the original stays with the
20   spiral.
21    Q.   Okay.  So there was a spiral notebook?
22    A.   Exactly.
23    Q.   And you would write the message on the
24   top copy and then you would take that out and put
25   it on the counter in the kitchen?

20 (Pages 74 to 77)

NON PARTY (VR) 000266

GIUFFRE000954

Page 150

1   Q.  You had a laptop?
2   A.  No, it was desktop.
3   Q.  Okay.  So you had your own desktop in the
4   staff house?
5   A.  Yeah.  Exactly.
6   Q.  And you don't know what was -- what was
7   the files in that computer versus on the other
8   computers?
9   A.  No, sir.
10  Q.  Did you ever see any pornography on any
11  of the computers?
12  A.  No, sir.
13  Q.  Are you sure about that?
14  A.  Pornography as in sexual acts, no.
15  Q.  Pornography as in naked people, men or
16  women.
17  A.  Yeah, there were some.
18  Q.  Okay.  And describe to me what that was.
19  A.  They were like models.
20  Q.  And where were those in the computer?  I
21  mean, how did you access that?
22  A.  They were in the files and some of it
23  in -- you mean which file they were, what was your
24  question?
25  Q.  Where were they in the computer?  There

Page 151

1   were downloaded files on computer?
2   A.  They were downloaded, yes.
3       MR. CRITTON:  Form.
4   BY MR. MERMELSTEIN:
5   Q.  Okay.  There were photographs of naked
6   women?
7   A.  Models.
8   Q.  And why do you say models?
9   A.  Because it was like a catalog so you have
10  models, you know.
11  Q.  And what was your understanding as a
12  source of these photos?
13  A.  I don't know, sir.  It was just a
14  curiosity on myself and it was -- it was none of
15  my business but, you know, I just happen to see
16  them there.
17  Q.  Did these girls appear very young to you?
18      MR. CRITTON:  Form.
19      THE WITNESS:  No, sir.  They were young
20      but not underage.
21  BY MR. MERMELSTEIN:
22  Q.  Is there anything in particular that
23  makes you draw that conclusion?
24  A.  Because they are developed, you know.
25  It's hard to say, sir, you know.

Page 152

1   Q.  The girls who came to the house for
2   massages, did you ever call a cab to bring any of
3   the girls home?
4   A.  Probably on a few occasions.
5   Q.  So is it your understanding that they
6   would have arrived by cab as well?
7       MR. CRITTON:  Form.
8       THE WITNESS:  Yes.
9   BY MR. MERMELSTEIN:
10  Q.  And how would that come about, were you
11  given instructions to call a cab by anyone?
12  A.  No, I would call the cab, the taxi.
13  Q.  How did you know a cab needed to be
14  called?
15  A.  Because Sarah would tell me can you get
16  me a taxi.
17  Q.  So when the girl was finished what she
18  was doing Sarah would come to you and say --
19  A.  She would call me.
20      MR. CRITTON:  Form.
21  BY MR. MERMELSTEIN:
22  Q.  She would call you?
23  A.  Yes.
24  Q.  Okay.  You would be in the guest house at
25  the time?

Page 153

1   A.  Yes.
2   Q.  Do you recall having to do that often?
3   A.  No, not very often, sir.
4   Q.  Did Mr. Epstein keep photograph equipment
5   in the house?
6   A.  I don't remember seeing it.
7   Q.  Do you recall seeing any video equipment?
8   A.  No, sir.
9   Q.  Do you recall any video or photograph
10  equipment in the master bedroom?
11  A.  No, sir.
12  Q.  The models that you saw on the computer,
13  did you recognize any of them as having been at
14  the house?
15  A.  No.
16  Q.  The girls who stayed at the house, did
17  any of them speak with a foreign accent?
18  A.  Yes.
19  Q.  Many of them?
20      MR. CRITTON:  Form.
21      THE WITNESS:  Some of them.
22  BY MR. MERMELSTEIN:
23  Q.  Would any of them not speak any English?
24  A.  No.
25  Q.  They all spoke English?

39 (Pages 150 to 153)

**NON PARTY (VR) 000285**

GIUFFRE000974

Page 166

1  written down anywhere?
2      A.  No.
3      Q.  It's my understanding that C. and T.
4  either came to his house alone to visit with Mr.
5  Epstein or brought other girls in their age group
6  to Mr. Epstein.
7          Were you familiar with that type of
8  recruitment process of girls bringing other girls?
9          MR. CRITTON:  Form.
10         THE WITNESS:  Yes.
11 BY MR. EDWARDS:
12     Q.  Can you tell me more about what you know
13 about girls bringing other girls that are
14 relatively the same age to come to Jeffrey
15 Epstein's house and to use your words, have a good
16 time?
17         MR. CRITTON:  Form.
18         THE WITNESS:  It's hard to know who they
19     knew.  But I think that was -- they feel
20     better themselves when they're in a group
21     than going by themselves, but I don't know
22     somebody recruiting.
23 BY MR. EDWARDS:
24     Q.  Okay.  And you've talked about, at least
25 referred to yourself I believe to the police and

Page 167

1  as well today as a human ATM machine.  Right?
2          MR. CRITTON:  Form.
3          THE WITNESS:  Something like that.  I was
4      supposed to carry cash at all times.
5  BY MR. EDWARDS:
6      Q.  One of the primary reasons why you
7  carried cash was to pay the girls in this age
8  group of C. and T. for whatever happened at the
9  house.  Right?
10         MR. CRITTON:  Form.
11         THE WITNESS:  Yes.
12 BY MR. EDWARDS:
13     Q.  That's a fair statement.  Right?
14         MR. CRITTON:  Form.
15         THE WITNESS:  Yes.
16 BY MR. EDWARDS:
17     Q.  Okay.  And when C., let's use her for
18 example, would bring somebody else to the house,
19 did you pay C. as well as whomever she brought to
20 the house, pay them both?
21     A.  No, I pay only one person.
22     Q.  Okay.  My understanding, and tell me if
23 this is wrong or you can corroborate this, is that
24 Mr. Epstein would pay the girl that was actually
25 performing whatever was happening in the room --

Page 168

1  for now we'll call it a massage -- as well as
2  anybody who brought that person over to the house,
3  they would both get paid cash.  Are you familiar
4  with that?
5          MR. CRITTON:  Form.
6          THE WITNESS:  No.
7  BY MR. EDWARDS:
8      Q.  If C. brought another girl over to the
9  house and C. stayed downstairs but this other girl
10 went upstairs with Mr. Epstein, which one would
11 you pay?
12     A.  I don't know because I was told who to
13 pay.
14     Q.  And Sarah Kellen always told you?
15     A.  Sarah told me pay so and so.
16     Q.  So if we were going to ask anybody else
17 about the exact method in terms of who would get
18 paid and for what, who would the people be?  I
19 mean, other than Mr. Epstein who else could we ask
20 these questions?
21     A.  Sarah.
22     Q.  Sarah Kellen?
23     A.  Yes.
24     Q.  She would know this?
25     A.  Yes.

Page 169

1      Q.  What about Ghislaine Maxwell?
2          MR. CRITTON:  Form.
3          THE WITNESS:  You're talking about the
4      boss.  I don't know.
5  BY MR. EDWARDS:
6      Q.  To your knowledge was Ghislaine Maxwell
7  aware of these girls that are in the age group of
8  C. and T. coming to Jeffrey Epstein's house to
9  have a good time?
10         MR. CRITTON:  Form.
11         THE WITNESS:  I have to say something.
12     Mrs. Maxwell called me and told me not to
13     ever discuss or contact her again in a
14     threaten way.
15 BY MR. EDWARDS:
16     Q.  When was this?
17     A.  Right after I left because I call one of
18 the friends for a job and she told me this, but,
19 you know, I feel intimidated and so I want to keep
20 her out.
21     Q.  What exactly did she say?  First of all,
22 was this a telephone call?
23     A.  Yes, she was in New York.
24     Q.  She called you on your cell phone?
25     A.  Yes.

43 (Pages 166 to 169)

NON PARTY (VR) 000289

GIUFFRE000978

Page 238

1     Cab Company?
2     A.  West Palm Beach Taxi.  No, it's not
3   Yellow.  Could be Yellow, but I don't know.
4     Q.  Would Mr. Epstein have the names or the
5   list?
6     A.  Probably.
7         MR. CRITTON:  Form.
8   BY MR. EDWARDS:
9     Q.  Anybody else?
10     A.  Sarah.
11     Q.  Sarah would have?
12     A.  Yes.
13     Q.  In addition to Mr. Epstein obviously
14   knowing who's coming to and from the house, would
15   Sarah also be familiar with the names of the girls
16   and who they were?
17     A.  Yes.
18     Q.  In addition to Sarah and Mr. Epstein
19   would Ghislaine Maxwell be familiar with the names
20   of some of these girls?
21         MR. CRITTON:  Form.
22         THE WITNESS:  Yes.
23   BY MR. EDWARDS:
24     Q.  Are these names kept in a database in a
25   computer system?

Page 239

1     A.  Could be.
2         MR. CRITTON:  I'm sorry, did you say
3   could be?
4         THE WITNESS:  Yeah.
5         MR. CRITTON:  Move to strike as
6   speculation.
7   BY MR. EDWARDS:
8     Q.  When you say could be, why do you say
9   that?
10     A.  Because there were too many and they were
11   very organized and there is nothing you write on a
12   piece of paper.
13     Q.  When you say they were very organized,
14   are we talking --
15     A.  Mr. Epstein and Sarah.
16     Q.  Anybody else beside Mr. Epstein and
17   Sarah, I guess beside Sarah that would do the
18   scheduling to coordinate the times these girls
19   would come to the house?
20     A.  I'm sorry, anybody else you say?
21     Q.  Right, aside from Sarah.
22     A.  No, no.
23     Q.  And do you know what role, if any, Nadia
24   Marcenacova ever played in any of what would go on
25   behind the bedroom door with Mr. Epstein?

Page 240

1     A.  Nadia was the number one girlfriend for
2   Mr. Epstein.  Very sweet girl, and she was always
3   -- she would come over to the house but different
4   girls with her all the time.
5     Q.  Okay.  But Nadia, that's somebody who
6   lives in New York?
7     A.  Nadia, I believe, yes, her address is in
8   New York.
9     Q.  So how often would she stay at 358 El
10   Brillo?
11     A.  Very often.
12     Q.  Usually every time when Mr. Epstein was
13   there?
14     A.  Yes.
15     Q.  And she would for the most time fly on
16   the plane with Mr. Epstein?
17     A.  Yes.
18     Q.  And it would be her and Mr. Epstein and
19   oftentimes some other girls?
20     A.  Exactly.
21     Q.  Where some points I think earlier when
22   Mr. Mermelstein was asking you questions where
23   there was some confusion was we're talking about
24   two different sets of girls, the girls that would
25   come over and be labelled masseuses from the Palm

Page 241

1   Beach area, and the girls that would fly on the
2   plane with Mr. Epstein and Ms. Marcenacova.
3         So, what I'm asking you is what, if any,
4   involvement did Nadia Marcenacova have with the
5   girls that would arrive and be labeled as
6   masseuses behind closed doors with Mr. Epstein?
7         MR. CRITTON:  Form.
8         THE WITNESS:  He was the second -- the
9   first role was Sarah and she was always --
10   Nadia is a very shy person so she will be in
11   the background.
12   BY MR. EDWARDS:
13     Q.  Did you ever know of Nadia Marcenacova to
14   engage in -- to be in the room with Mr. Epstein
15   while any of these young girls were up there?
16         MR. CRITTON:  Form.
17         THE WITNESS:  Yeah.
18   BY MR. EPSTEIN:
19     Q.  How often do you remember Nadia and Mr.
20   Epstein being in the room with any of these young
21   girls?
22     A.  I would say most of the time.
23     Q.  Nadia would go up there too?
24     A.  Yeah.
25     Q.  Did you ever believe that Nadia was

61 (Pages 238 to 241)

**NON PARTY (VR) 000307**

GIUFFRE000996

Page 250

1   Q.   Would you know the name if I said it?
2   A.   Yeah.
3   Q.   Bill Riley?
4   A.   Yes.
5   Q.   Okay.  Have you ever spoken with an
6   investigator Paul Lavery?
7   A.   Could be, I'm not sure.
8   Q.   Okay.  So Bill Riley came by your house
9   personally?
10  A.   Yes.
11  Q.   And how long did you meet with him?
12  A.   Five minutes.  He gave me his card, he
13  gave me Mr. Critton telephone number, he said
14  don't talk to Mr. Goldberger.
15  Q.   Did he tell you why you should call Mr.
16  Critton?
17  A.   No.  I assume that he was not on the case
18  anymore, but I didn't ask questions but --
19  Q.   You assumed that who wasn't on the case
20  anymore?
21  A.   Mr. Goldberger, Jack Goldberger.
22  Q.   Okay.  But what I'm asking you, I guess,
23  is did this investigator, Mr. Riley, tell you why
24  it was important for you to call any attorney
25  that's associated with Mr. Epstein, why was that

Page 251

1   important?
2   A.   He didn't say that.  He didn't say that.
3   He just said that get in touch and that's it.
4   Because I said what am I going to do, because I
5   said I thought this was -- you know, but I didn't
6   know I was going to be subpoena.  And like I said
7   in the beginning of this deposition, I don't have
8   an attorney so I don't have money, first of all,
9   to pay for an attorney.  First of all, I don't
10  think I'm in trouble, but every time you hear high
11  powered lawyers you feel intimidated so I said,
12  listen, what am I going to do, and that was my
13  basic question.
14  Q.   Okay.  So then you spoke with somebody at
15  Mr. Critton's office and arranged to meet with him
16  personally?
17  A.   Yes.  I called his secretary and we sit
18  down with his assistant, the three of us.
19  Q.   So it was Mr. Critton, yourself, and
20  somebody else?
21  A.   Yes.
22  Q.   And you sat down for another two hour
23  period of time?
24  A.   Yes.
25  Q.   And what did you go over in that meeting?

Page 252

1   A.   We discuss -- he asked me a lot of
2   questions, obviously he didn't know a lot of
3   things about the case, and I told him who I was,
4   what I did in the house.
5   Q.   He told you he didn't know a lot about
6   the case?
7   A.   No, no, no.  He asked me questions about
8   so I got the feeling that Mr. Critton didn't know
9   as much as other lawyers.
10  Q.   Okay.  Did you tell him what you told us
11  here today?
12  A.   No.  He asked me tell the truth, you
13  know, just go over there, you know, he advise me
14  like you're on your own, Alfredo, just tell the
15  truth, you know.  He didn't give me any advice.
16      He paid for my gas.  Thank you very much.
17  And that's it, you know.
18      The main thing I wanted to have a lawyer
19  on my side but then I keep going to the first
20  instance when my wife told me you don't need a
21  lawyer, and I'm here today to say that, I'm here,
22  I'm speaking the truth.
23  Q.   Okay.  You mentioned there were five or
24  six computers in the house?
25  A.   Yes.

Page 253

1   Q.   And do you know what happened to the
2   computers?
3   A.   No.
4   Q.   You don't know where they are?
5   A.   (Shakes head.)
6   Q.   Nobody has told you?
7   A.   No.
8   Q.   You also mentioned there were photographs
9   in the house?
10  A.   In the computers in the files.
11  Q.   Okay.  But there were also still
12  photographs around the house?
13  A.   Oh yes, yes.
14  Q.   Some of the girls have made the
15  allegation that there were photographs of them
16  nude in the house.  Do you remember seeing that?
17  A.   In the closet, yeah, in a mosaic.  It was
18  one frame with probably 15 pictures, small
19  pictures.
20      MR. CRITTON:  Repeat the question back.
21  BY MR. EDWARDS:
22  Q.   Okay.  Some of the girls that have
23  lawsuits against Mr. Epstein with allegations
24  similar to the allegations that C. and T. have
25  made, which is that they were underage when Mr.

64 (Pages 250 to 253)

Kress Court Reporting, Inc. 305-866-7688
7115 Rue Notre Dame, Miami Beach, FL 33141

**NON PARTY (VR) 000310**

GIUFFRE000999

Page 254

1 Epstein was engaging in sex or sex acts with them,
2 also say that they have seen pictures of
3 themselves in frames in Mr. Epstein's house naked.
4     A. In his closet.
5     Q. Other than the picture -- and these are
6 girls who are making the allegation that they were
7 underage and there were pictures of them nude in
8 his house.
9     A. I didn't see pictures of C. there.
10     Q. I'm not talking about C. I'm saying
11 other girls that were underage or have made
12 allegations that they have seen pictures of
13 themselves in Mr. Epstein's house.
14        MR. CRITTON: Form.
15 BY MR. EDWARDS:
16     Q. Where would those photos have been, or
17 did you see them?
18     A. Yes, I see them inside his closet.
19     Q. It's one mosaic?
20     A. Yes, one mosaic.
21     Q. Other than there did you see any of these
22 pictures of young girls nude anywhere else in the
23 house?
24        MR. CRITTON: Form.
25        THE WITNESS: Nude with an art, yes, but

Page 255

1        not pornography. You know, I saw them, they
2        were all over the place. For instance, in
3        the back only showing part of the rear, you
4        know.
5 BY MR. EDWARDS:
6     Q. But the photographs that I'm concerned
7 with --
8     A. Not frontal pictures.
9     Q. The photographs I'm concerned with are
10 photographs of these West Palm Beach girls that
11 were labeled as masseuses that are being displayed
12 around the house anywhere in some state of
13 undress.
14        MR. CRITTON: Form.
15        THE WITNESS: No, I don't remember that.
16 BY MR. EDWARDS:
17     Q. Okay. The only girls that -- the only
18 photograph that you remember of young girls nude
19 was in a mosaic that is in his closet?
20     A. Yes.
21     Q. Nothing that you remember that was on
22 display?
23     A. Downstairs, yes, but they were not these
24 girls, they were somebody else.
25     Q. Okay. Do you know who was -- who were in

Page 256

1 those photos?
2     A. One was a Columbian lady and one was --
3 one from Spain, beautiful girls, that, you know,
4 but they were not -- not the ones the girls we're
5 talking about here.
6     Q. Okay. When you were hired were you hired
7 by Mr. Epstein or were you hired by one of his
8 companies?
9     A. Mrs. Maxwell.
10     Q. So it was -- was it a company owned by
11 Mrs. Maxwell?
12     A. Not directly. My paycheck was Jeffrey
13 Epstein. I mean, I was hired by Mr. Epstein
14 but --
15     Q. Okay. I just understood you to say you
16 were hired by Mrs. Maxwell.
17     A. Exactly, she told me you're hired but
18 you're going to get paid by Mr. Epstein.
19     Q. And he wrote you personal checks?
20     A. No. The checks that came from New York,
21 Jeffrey Epstein Companies.
22     Q. It was out of his company?
23     A. Yes.
24     Q. Which company; do you know?
25     A. 456 Madison Avenue. It's next to the New

Page 257

1 York Palace now.
2     Q. The name of the company is 456 Madison
3 Avenue?
4     A. No, no, it's -- I got it on the tip of my
5 tongue. Something like Caribbean or island
6 something investments, something like that.
7        If you call Lesley, her secretary, she
8 will tell you exactly. Because they answer the
9 phone like that, you know.
10     Q. What's Lesley's number?
11     A. Lesley, I don't have it. I can find out
12 for you.
13     Q. Do you think you could get Lesley's
14 number for us?
15     A. Yes. It's in Manhattan.
16     Q. Does she work for this company in
17 Manhattan?
18        MR. CRITTON: Form.
19        THE WITNESS: Manhattan, yes.
20 BY MR. EDWARDS:
21     Q. If the check was issued did Jeffrey
22 Epstein actually sign it himself?
23     A. No, it came through the comptroller.
24     Q. Who was the comptroller?
25     A. Bella was the assistant comptroller and

65 (Pages 254 to 257)

NON PARTY (VR) 000311

GIUFFRE001000

Page 266

BY MR. LANGINO:
1
2    Q.   Are you currently in fear of Mr. Epstein?
3    A.   Not at this particular moment but it's
4  something I have to be worry about, yes.
5    Q.   Are you personally afraid of criminal
6  prosecution?
7    A.   No.
8    Q.   Do you believe that you did anything
9  illegal?
10   A.   Illegal, no.
11       MR. LANGINO:  I have no further
12  questions.  Thank you.
13       MR. CRITTON:  We're going to break in
14  about 15 minutes.  Do you want to start and
15  go for 15 minutes or do you want to -- it's
16  up to you.
17       MS. EZELL:  I'll start.
18       MR. WILLITS:  When are we going to quit,
19  folks?
20       MR. CRITTON:  In 15 minutes.
21       THE VIDEOGRAPHER:  Might as well change
22  tapes.
23       MR. EDWARDS:  Bob has to get back so
24  we've agreed we're going to come back some
25  other time.

Page 267

1        MR. WILLITS:  Why don't we just stop now?
2        MS. EZELL:  Okay.
3        MR. EDWARDS:  Rather than you start.
4        MS. EZELL:  Yeah, I won't get very far.
5        MR. EDWARDS:  Sorry to do this with you,
6    we didn't finish.
7        MR. CRITTON:  So we're stopped?
8        MR. EDWARDS:  We're stopped.
9        THE VIDEOGRAPHER:  Off the record.
10       (Thereupon, the videotaped deposition was
11   adjourned at 5:30 p.m.)
12           - - -
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 268

1   THE STATE OF FLORIDA,        )
2   COUNTY OF DADE.              )
3
4
5        I, the undersigned authority, certify
6   that ALFREDO RODRIGUEZ personally appeared before
7   me on the 29th day of July, 2009 and was duly
8   sworn.
9
10       WITNESS my hand and official seal this
11  31st day of July, 2009.
12
13
14
15
     _____
     MICHELLE PAYNE, Court Reporter
16   Notary Public - State of Florida
17
18
19
20
21
22
23
24
25

Page 269

1            C E R T I F I C A T E
2
     The State Of Florida,      )
3    County Of Dade.            )
4
5        I, MICHELLE PAYNE, Court Reporter and
     Notary Public in and for the State of Florida at
6    large, do hereby certify that I was authorized to
     and did stenographically report the videotaped
7    deposition of ALFREDO RODRIGUEZ; that a review of
     the transcript was requested; and that the
8    foregoing pages, numbered from 1 to 269,
     inclusive, are a true and correct transcription of
9    my stenographic notes of said deposition.
10       I further certify that said videotaped
     deposition was taken at the time and place
11   hereinabove set forth and that the taking of said
     videotaped deposition was commenced and completed
12   as hereinabove set out.
13       I further certify that I am not an
     attorney or counsel of any of the parties, nor am
14   I a relative or employee of any attorney or
     counsel of party connected with the action, nor am
15   I financially interested in the action.
16       The foregoing certification of this
     transcript does not apply to any reproduction of
17   the same by any means unless under the direct
     control and/or direction of the certifying
18   reporter.
19       DATED this 31st day of July, 2009.
20
21   _____
     MICHELLE PAYNE, Court Reporter
22
23
24
25

68 (Pages 266 to 269)

NON PARTY (VR) 000314

GIUFFRE001003

Page 270

```
 1              UNITED STATES DISTRICT COURT
                SOUTHERN DISTRICT OF FLORIDA
 2

 3    JANE DOE NO. 2,          CASE NO: 08-CV-80119

 4         Plaintiff,

 5    Vs.

 6    JEFFREY EPSTEIN,

 7         Defendant.
      _____/
 8
      JANE DOE NO. 3,          CASE NO: 08-CV-80232
 9
           Plaintiff,
10                                          CONDENSED
      Vs.
11
      JEFFREY EPSTEIN,
12
           Defendant.
13    _____/

14    JANE DOE NO. 4,          CASE NO: 08-CV-80380

15         Plaintiff,

16    Vs.

17    JEFFREY EPSTEIN,

18         Defendant.
      _____/
19
      JANE DOE NO. 5,          CASE NO: 08-CV-80381
20
           Plaintiff,
21
      Vs
22
      JEFFREY EPSTEIN,
23
           Defendant.
24    _____/

25
```

NON PARTY (VR) 000315

GIUFFRE001004

Page 271

```
1   JANE DOE NO. 6,        CASE NO: 08-CV-80994
2      Plaintiff,
3   Vs.
4   JEFFREY EPSTEIN,
5      Defendant.
                                    /
6
7   JANE DOE NO. 7,        CASE NO: 08-CV-80993
      Plaintiff,
8
9   Vs.

10  JEFFREY EPSTEIN,

      Defendant.
11                                  /
12  C.M.A.,        CASE NO: 08-CV-80811
13     Plaintiff,
14  Vs.
15  JEFFREY EPSTEIN,
16     Defendant.
                                    /
17
    JANE DOE,        CASE NO: 08-CV-80893
18
      Plaintiff,
19
    Vs.
20
    JEFFREY EPSTEIN,
21
      Defendant.
22                                  /
23
24
25
```

Page 273

```
1              IN THE CIRCUIT COURT OF THE 15TH
              JUDICIAL CIRCUIT IN AND FOR
2              PALM BEACH COUNTY, FLORIDA
              CASE NO. 502008CA037319XXXXMB AB
3
4
    B.B.,
5
      Plaintiff,
6
    Vs.
7
    JEFFREY EPSTEIN.
8
      Defendant.
9                                   /
10
11
12            1031 Ives Dairy Road
              Suite 228
13            North Miami, Florida
              August 7, 2009
14            1:15 p.m. to 5:30 p.m.
15
16            C O N T I N U E D
17            V I D E O T A P E D
18            D E P O S I T I O N
19                  of
20            ALFREDO RODRIGUEZ
21
22     taken on behalf of the Plaintiffs pursuant
23  to a Re-Notice of Taking Continued Videotaped
24  Deposition (Duces Tecum)
25                  - - -
```

Page 272

```
1   JANE DOE NO. II,        CASE NO: 08-CV-80469
2      Plaintiff,
3   Vs.
4   JEFFREY EPSTEIN,
5      Defendant.
                                    /
6
7   JANE DOE NO. 101        CASE NO: 08-CV-80591
      Plaintiff,
8
9   Vs.

10  JEFFREY EPSTEIN,

      Defendant.
11                                  /
12  JANE DOE NO. 102,        CASE NO: 08-CV-80656
13     Plaintiff,
14  Vs.
15  JEFFREY EPSTEIN,
16     Defendant.
                                    /
17
18
19
20
21
22
23
24
25
```

Page 274

```
1   APPEARANCES:
2
3            MERMELSTEIN & HOROWITZ, P.A.
            BY: ADAM HOROWITZ, ESQ.
4            18205 Biscayne Boulevard
            Suite 2218
5            Miami, Florida 33160
            Attorney for Jane Doe 2, 3, 4, 5,
6            6, and 7.
7
8            ROTHSTEIN ROSENFELDT ADLER
            BY: BRAD J. EDWARDS, ESQ., and
9            CARA HOLMES, ESQ.
            Las Olas City Centre
10           Suite 1650
            401 East Las Olas Boulevard
11           Fort Lauderdale, Florida 33301
            Attorney for Jane Doe and E.W.
12           And L.M.
13
14           PODHURST ORSECK
            BY: KATHERINE W. EZELL, ESQ.
15           25 West Flagler Street
            Suite 800
16           Miami, Florida 33130
            Attorney for Jane Doe 101 and 102.
17
18
            LEOPOLD-KUVIN
19           BY: ADAM J. LANGINO, ESQ.
            2925 PGA Boulevard
20           Suite 200
            Palm Beach Gardens, Florida 33410
21           Attorney for B.B.
22
23
24
25
```

2 (Pages 271 to 274)

Kress Court Reporting, Inc. 305-866-7688
7115 Rue Notre Dame, Miami Beach, FL 33141

**NON PARTY (VR) 000316**

GIUFFRE001005

Page 299

1    A.  I don't remember, Ma'am.  He came from
2  New Albany, Ohio.
3    Q.  From New --
4    A.  New Albany, Ohio.
5    Q.  New Albany, Ohio.  Did he have his own
6  business?
7    A.  No, he worked for Mr. Epstein.  He will
8  maintain all the computers.
9    Q.  Was he there everyday?
10    A.  No, ma'am.
11    Q.  Do you know whether at that time Mr.
12  Epstein had an office in Palm Beach?
13    A.  Not outside the house, no.
14    Q.  Do you have any knowledge of whether or
15  not the video equipment was -- and I don't know
16  the technical term, forgive me, but was it the
17  kind of equipment that would record for a certain
18  amount of time and then record over that film?
19    A.  I don't know.
20    MR. CRITTON:  Form.
21  BY MS. EZELL:
22    Q.  You don't know?
23    A.  No, ma'am.
24    MR. CRITTON:  Just for clarification, I
25    may have misunderstood, but I thought he

Page 300

1    said he didn't even know the video equipment
2    existed until he read the FBI report.
3    MS. EZELL:  He said he didn't know that
4    it was upstairs and downstairs, I believe.
5    MR. CRITTON:  I thought he said he didn't
6    know that it even existed.
7    MS. EZELL:  I may be wrong.
8  BY MS. EZELL:
9    Q.  Did you know it existed before you read
10  the FBI report?
11    A.  No, ma'am.
12    Q.  I'm sorry, then I was wrong.
13  How did you know then that the young
14  technician from Ohio maintained the computers and
15  the video equipment?
16    A.  Because we used to request -- there were
17  always problems with the computers so he came to
18  the house and he was the programmer.  It was very
19  sophisticated.
20    MR. CRITTON:  Form to the last question,
21    move to strike the answer as nonresponsive.
22  BY MS. EZELL:
23    Q.  How did you know then that he maintained
24  the video equipment as well?
25    A.  Because he was in charge of computers,

Page 301

1  video, even phones.
2    Q.  Would he also repair the televisions if
3  they needed work?
4    A.  No.
5    Q.  No.  Did you have any kind of intercom
6  system in the house?
7    A.  Yes, ma'am.
8    Q.  And what kind of system was that?
9    A.  It was standard office equipment, Lucid
10  Technologies maybe, but it was an intercom like we
11  using right now.
12    MS. EZELL:  Just let the record reflect
13    that the witness pointed to the telephone on
14    the table that has a speaker phone.
15    THE WITNESS:  Yes, ma'am.
16  BY MS. EZELL:
17    Q.  And did you use that in your work?
18    A.  Yes, ma'am.
19    Q.  And what did you use it for?
20    A.  Mr. Epstein used to page me when he
21  needed me.
22    Q.  Did you have one of those phones in the
23  kitchen?
24    A.  Yes, ma'am.
25    Q.  And was there one out in the staff house

Page 302

1  as well?
2    A.  Yes, ma'am.
3    Q.  Do you know where others were in the
4  house?
5    A.  Probably have like 15 phones.  We used to
6  have three in the staff house, one in the cabana,
7  two in the master bedroom, one in each room,
8  kitchen, dining room, Mrs. Maxwell's office, the
9  garage.
10    Q.  Where was Mrs. Maxwell's office?
11    A.  Under the stairs next to the kitchen.
12    Q.  Can you give me some idea of what size
13  space that was?
14    A.  It was probably -- we change the floor.
15  Twelve by five, something like that.
16    Q.  And was the computer equipment in that
17  space?
18    A.  Yes, ma'am.
19    Q.  Do you know whether Ms. Maxwell kept the
20  names and telephone numbers of the girls who came
21  to do massages?
22    A.  Yes, ma'am.
23    MR. CRITTON:  Form.
24  BY MS. EZELL:
25    Q.  Do you know that because you saw the

9 (Pages 299 to 302)

NON PARTY (VR) 000323

GIUFFRE001013

Page 303

1    names and phone numbers?
2         MR. CRITTON: Form.
3         THE WITNESS: Yes, ma'am.
4    BY MS. EZELL:
5         Q.  Do you know if she kept pictures of the
6    girls on the computer?
7         A.  Yes, she did.
8         Q.  And you know that as well because you
9    happen to see them?
10        A.  Yes, ma'am.
11             MR. CRITTON: Form to the last two
12        questions.
13   BY MS. EZELL:
14        Q.  Were they similar to the pictures that
15   Ms. Kellen had on her computer?
16             MR. CRITTON: Form.
17             THE WITNESS: Yes, ma'am.
18   BY MS. EZELL:
19        Q.  Did the pictures that they kept there
20   look like pictures that were posed?
21        A.  They were more casual.
22        Q.  Did they look as though the person being
23   photographed knew that they were being
24   photographed?
25             MR. CRITTON: Form.

Page 304

1             THE WITNESS: No, ma'am.
2    BY MS. EZELL:
3         Q.  And what can you tell me about that, what
4    lead you to draw that conclusion?
5         A.  They were probably taken in parties in
6    big reception or banquet.
7              MR. CRITTON: Let me offer as a
8         suggestion, not that you have to accept or
9         that you would, you're using the term young
10        girls generically, he has probably seen
11        many, many young girls, there was no --
12        you've used it interchangeably with just
13        young girls versus young girls who may have
14        come to -- purported to give a massage and,
15        therefore, that may be a different answer,
16        so that's part of my form objection.
17             MS. EZELL: Okay, thank you.
18   BY MS. EZELL:
19        Q.  When I asked you about Ms. Kellen whether
20   she had a list of the girls and telephone numbers,
21   I think I asked about those girls that came to
22   give massages, but let me go back and just ask it
23   that way.
24             Did you notice that Ms. Kellen had a list
25   of the girls that came to give massages on her

Page 305

1    computer?
2         MR. CRITTON: Form.
3         THE WITNESS: Yes, ma'am.
4    BY MS. EZELL:
5         Q.  And did she generally have phone numbers
6    for those girls?
7         A.  Yes, ma'am.
8         Q.  And were they generally pictures of the
9    girls?
10             MR. CRITTON: Form.
11             THE WITNESS: No, ma'am.
12   BY MS. EZELL:
13        Q.  And did Ms. Maxwell have a list of the
14   girls who came to give massages?
15             MR. CRITTON: Form.
16             THE WITNESS: Yes, ma'am.
17   BY MS. EZELL:
18        Q.  Did she have telephone numbers generally?
19        A.  Yes, ma'am.
20             MR. CRITTON: Form.
21   BY MS. EZELL:
22        Q.  Were there pictures on her computer of
23   the girls who came to give massages?
24             MR. CRITTON: Form.
25   BY MS. EZELL:

Page 306

1         Q.  Ms. Maxwell I'm talking about.
2         A.  Yes, ma'am.
3         Q.  And were those pictures the more casual
4    ones that you described when I asked whether or
5    not the subject looked as though she knew she was
6    being photographed?
7              MR. CRITTON: Form.
8              THE WITNESS: I'm sorry, can you repeat?
9    BY MS. EZELL:
10        Q.  Yeah.  The pictures of the young girls
11   who came to the house to give massages that were
12   on Ms. Maxwell's computer, did they appear to have
13   been taken when the girls knew they were being
14   photographed?
15             MR. CRITTON: Form.
16             THE WITNESS: I don't think they knew
17        they were being photographed.
18   BY MS. EZELL:
19        Q.  I believe you said they were more casual
20   pictures.
21        A.  Yes, ma'am.
22        Q.  Did you notice any nude photographs in
23   those pictures?
24        A.  Yes, ma'am.
25             MR. CRITTON: Form for the last question.

10 (Pages 303 to 306)

**NON PARTY (VR) 000324**

GIUFFRE001014

Page 471

1  THE STATE OF FLORIDA,        )
2  COUNTY OF DADE.              )
3
4
5        I, the undersigned authority, certify
6  that ALFREDO RODRIGUEZ personally appeared before
7  me on the 7th day of August, 2009 and was duly
8  sworn.
9
10       WITNESS my hand and official seal this
11 18th day of August, 2009.
12
13
14
15 _____
        MICHELLE PAYNE, Court Reporter
16      Notary Public - State of Florida
17
18
19
20
21
22
23
24
25

Page 472

1            C E R T I F I C A T E
2
   The State Of Florida,      )
3  County Of Dade.            )
4
5        I, MICHELLE PAYNE, Court Reporter and
   Notary Public in and for the State of Florida at
6  large, do hereby certify that I was authorized to
   and did stenographically report the deposition of
7  ALFREDO RODRIGUEZ; that a review of the transcript
   was not requested; and that the foregoing pages,
8  numbered from 270 to 472, inclusive, are a true
   and correct transcription of my stenographic notes
9  of said deposition.
10       I further certify that said deposition was
   taken at the time and place hereinabove set forth
11 and that the taking of said deposition was
   commenced and completed as hereinabove set out.
12
        I further certify that I am not an
13 attorney or counsel of any of the parties, nor am
   I a relative or employee of any attorney or
14 counsel of party connected with the action, nor am
   I financially interested in the action.
15
        The foregoing certification of this
16 transcript does not apply to any reproduction of
   the same by any means unless under the direct
17 control and/or direction of the certifying
   reporter.
18
        DATED this 18th day of August, 2009.
19
20
21 _____
        MICHELLE PAYNE, Court Reporter
22
23
24
25

52 (Pages 471 to 472)

Kress Court Reporting, Inc. 305-866-7688
7115 Rue Notre Dame, Miami Beach, FL 33141

NON PARTY (VR) 000366

GIUFFRE001056

# EXHIBIT 22
# (Filed Under Seal)

**United States District Court**
**For The Southern District of New York**

*Giuffre v. Maxwell*
**15-cv-07433-RWS**
**Ghislaine Maxwell's Privilege Log Amended as of August 1, 2016**

***Per Local Rule 26.2, the following privileges are asserted pursuant to British law, Colorado law and NY law.**

| Log ID | DATE | DOC. TYPE | BATES # | FROM | TO | CC | RELATIONSHIP OF PARTIES | SUBJECT MATTER | PRIVILEGE |
|---|---|---|---|---|---|---|---|---|---|
| 1. | 2011.03.15 | E-Mails | 1000-1013 | Ghislaine Maxwell | Brett Jaffe, Esq. | | Attorney / Client | Communication re: legal advice | Attorney-Client |
| 2. | 2011.03.15 | E-Mails | 1014-1019 | Brett Jaffe, Esq. | Ghislaine Maxwell | | Attorney / Client | Communication re: legal advice | Attorney-Client |
| 3. | 2015.01.02 | E-Mails | 1020-1026 | Ross Gow | Ghislaine Maxwell | | Attorney Agent / Client | Communication re: legal advice | Attorney-Client |
| 4. | 2015.01.02 | E-Mail | 1024-1026 | Ghislaine Maxwell | Ross Gow | | Attorney Agent / Client | Communication re: legal advice | Attorney-Client |
| 5. | 2015.01.02 | E-Mail | 1027-1028 | Ross Gow | Ghislaine Maxwell | Brian Basham | Attorney Agent / Client | Communication re: legal advice | Attorney-Client |
| 6. | 2015.01.06 | E-Mail | 1029 | Ghislaine Maxwell | Jeffrey Epstein | | Common Interest | Communication re: legal advice | Common Interest |
| 7. | 2015.01.06 | E-Mail | 1030-1043 | Ghislaine Maxwell | Jeffrey Epstein, Alan Dershowitz, Esq. | | Attorney / Client | Communication re: legal advice | Common Interest |
| 8. | 2015.01.10 | E-Mail | 1044 | Ghislaine Maxwell | Philip Barden, Esq., Ross Gow | | Attorney / Client | Communication re: legal advice | Attorney-Client |
| 9. | 2015.01.10 | E-Mail | 1045-1051 | Ghislaine Maxwell | Philip Barden, Esq. | | Client / Attorney | Communication re: legal advice | Attorney-Client |
| 10. | 2015.01.09 - 2015.01.10 | E-Mails | 1052-1055 | Ross Gow | Philip Barden, Esq. | G. Maxwell | Agent / Attorney / Client | Communication re: legal advice | Attorney-Client |
| 11. | 2015.01.11 | E-Mail | 1055-1058 | Ghislaine Maxwell | Jeffrey Epstein | | Common Interest | Communication re: legal advice | Common Interest |
| 12. | 2015.01.11 | E-Mail | 1055-1058 | Philip Barden, Esq. | Ross Gow | G. Maxwell | Attorney / Agent / Client | Communication re: legal advice | Attorney-Client |
| 13. | 2015.01.11 | E-Mail | 1056-1058 | Philip Barden, Esq. | Ghislaine Maxwell | Ross Gow | Attorney / Agent / Client | Communication re: legal advice | Attorney-Client |

1

CONFIDENTIAL

| 14. | 2015.01.11 - 2015.01.17 | E-Mails | 1059-1083 | Jeffrey Epstein | Ghislaine Maxwell | | Common Interest | Communication re: legal advice | Common Interest Privilege |
| 15. | 2015.01.13 | E-Mail | 1067-1073 | Ghislaine Maxwell | Jeffrey Epstein | | Common Interest | Communication re: legal advice | Common Interest Privilege |
| 16. | 2015.01.13 | E-Mail | 1069-1073, 1076-1079 | Philip Barden, Esq. | Martin Weinberg, Esq. | | Common Interest | Communication re: legal advice | Common Interest Privilege |
| 17. | 2015.01.13 | E-Mails | 1068-1069, 1074-1076 | Philip Barden, Esq. | Ghislaine Maxwell | Mark Cohen | Attorney / Client | Communication re: legal advice | Attorney-Client |
| 18. | 2015.01.21 | E-Mail | 1088-1090 | Ross Gow | Philip Barden, Esq., Ghislaine Maxwell | | Agent / Attorney / Client | Communication re: legal advice | Attorney-Client |
| 19. | 2015.01.21 - 2015.01.27 | E-Mails | 1084-1098 | Jeffrey Epstein | Ghislaine Maxwell | | Common Interest | Communication re: legal advice | Common Interest Privilege |
| 20. | 2015.01.21- 2015.01.27 | E-Mails | 1099 | Ghislaine Maxwell | Jeffrey Epstein | | Common Interest | Communication re: legal advice | Common Interest Privilege |
| 21. | 2015.04.22 | E-mail | 7 pages | Jeffrey Epstein | Ghislaine Maxwell | | Common Interest | Forwarding message from Martin Weinberg, labeled "Attorney-Client Privilege" with attachment | Common Interest Privilege |
| 22. | Various | E-mails | | Agent of Haddon, Morgan & Foreman; Laura Menninger | Agent of Haddon, Morgan & Foreman;  Laura Menninger | | Agent of attorney and Attorney | Attorney work product | Attorney Work Product |
| 23. | Various | E-mails | | Mary Borja; Laura Menninger | Mary Borja; Laura Menninger | | Attorney Work Product | Attorney work product | Attorney Work Product |
| 24. | 2015.10.21 - 2015.10.22 | E-mail chain with attachment | | Darren Indyke; Laura Menninger | Darren Indyke; Laura Menninger | | Attorneys for parties to Common Interest Agreement | Common Interest Agreement | Attorney Work Product; Common Interest Privilege |
| 25. | 2015.01.06 | | | | | | Attorney/Client | Document prepared by Ghislaine Maxwell at the direction of Philip Barden | Attorney Work Product; Attorney-Client Communication |

2

CONFIDENTIAL

| 26. | 2015.01.23 | | | | | | Attorney/Client | Document prepared by Ghislaine Maxwell at the direction of Philip Barden | Attorney Work Product; Attorney-Client Communication |
|-----|-----|---|---|---|---|---|-----|-----|-----|

3

CONFIDENTIAL

# EXHIBIT 23
# (Filed Under Seal)

**Expert Report of Professor Terry Coonan, J.D.**

**Pursuant to Federal Rule of Civil Procedure 26(a)(2)(B)**

*Giuffre v. Maxwell*
**Case No. 15-cv-07433-RWS**

international commercial dimensions of the sex trafficking scheme recounted by Ms. Giuffre. It

is both factually and legally correct to characterize what Ms. Giuffre experienced as

victimization in a sex trafficking conspiracy.

## Conclusion 4

**Virginia Roberts Giuffre's account appears credible and consistent in its most salient parts with the testimony of other witnesses and with contemporary trends in U.S. sex trafficking.**

The description of exploitation recounted by Ms. Giuffre, while not the most common

sex trafficking scenario (many cases involve even more brutal forms of pimp-driven prostitution)

nonetheless is quite consistent with larger patterns of commercial sexual exploitation. The

conspiracy in this case was premised upon the exploitation of minors and young women who

seem to have had certain identifiable vulnerabilities that rendered them prone to exploitation.

The criminal scheme that emerges from the depositions and police reports involved a very

calculated pattern of recruiting, grooming, and an attempt to "normalize" the repeated

exploitation of its victims.

While the accounts of witnesses vary in some of their details, the essential elements of a

sex trafficking conspiracy clearly emerge when viewed in the totality of the circumstances that

are recounted in the case record. Ms. Giuffre refers to herself at times as a "sex slave." This is

not factually incorrect, given her experiences, though current U.S. law might prefer to

characterize her as a victim of sex trafficking. Popular understandings of the term "sex slave"

might still connote images of violent pimps, white slavery, or of victims chained to a bed in a

brothel in the minds of some people. To call Ms. Giuffre a victim of sex trafficking would

however very accurately convey the reality that she along with a great many other victims of

contemporary forms of slavery are often exploited by the "invisible chains" of fraud and

psychological coercion.

# EXHIBIT 24
# (Filed Under Seal)

# Expert Witness Report of

## Dr. Bernard J. Jansen
## Professor
## College of Information Sciences and Technology
## The Pennsylvania State University

## Regarding the case of:

## Virginia Giuffre
## v.
## Ghislaine Maxwell

## (U.S. District Court for the Southern District of New York)

## 9 September 2016

# I.    INTRODUCTION

1.    I have been retained by the law firm of Farmer, Jaffe, Weissing, Edwards, Fistos & Lehrman, P.L. to provide expert analysis and opinion on behalf of Ms. Virginia Giuffre in VIRGINIA L. GIUFFRE, Plaintiff, v. GHISLAINE MAXWELL, Defendant. CASE NO. 1:15-cv-07433, which is pending in the United States District Court Southern District of New York.

# II.    QUALIFICATIONS

2.    I am a tenured, full professor at the College of Information Sciences and Technology at The Pennsylvania State University, University Park, Pennsylvania, where I have been employed since 2001.  I am the Director of the Information Searching and Learning Laboratory at the College of Information Sciences and Technology at The Pennsylvania State University.  I am also a principal scientist at the Qatar Computing Research Institute.  I was a Senior Fellow at the Pew Internet & American Life Project, which is part of the Pew Research Center, from 2010 through 2012.  I was also a University Expert at the National Ground Intelligence Center from 2011 through 2014.  Prior to my employment at The Pennsylvania State University, I was a Lecturer in the Computer Science Program at the University of Maryland (Asian Division) for 1 year. Before that I was an Assistant Professor and Lecturer in the Department of Electrical Engineering and Computer Science at the United States Military Academy, a.k.a. West Point, for 3 years.

3.    In addition to my academic credentials, my professional experience includes 20 years of practice in the U.S. military, working primarily in a variety of technology-related and leadership positions.

4.    I have authored approximately 250 academic publications, focusing on the areas of Web data, digital analytics, Web analytics, Web searching, Web search engines, social media analytics, and related areas.  Approximately 200 of my publications address aspects of search

2

analytics, Web analytics, online advertising, search engines, or Web searching. My recent research work focuses on online news analytics, which is the investigation of the online qualitative and quantitative attributes of news stories, along with other digital content. I am also the editor-in-chief of the academic journal Information Processing and Management, and I was previously the editor-in-chief for 5 years of the academic journal, Internet Research. I have authored, co-authored, or co-edited four books, including Web Search: Public Searching of the Web (2007), Understanding User – Web Interactions via Web Analytics (2009) and Understanding Sponsored Search (2011). A copy of my complete curriculum vitae, which includes a list of all publications I have authored in the past 10 years, is attached as **Appendix A**.

5.　　My fields of professional expertise include web analytics, search engines, web searching, social media, online advertising, and related areas. In the course of my academic career, I have worked with a variety of search engines and information searching applications in order to understand user searching behavior on the Web and other environments. For example, as part of my Master's program in computer science, I designed and coded a text-based search engine. For my Doctorate program in computer science, I developed a program interface for Web search engines and implemented it on the Gigabyte search engine. In subsequent research, I have worked with the Microsoft Internet Information Services (IIS) and Verity commercial searching systems.

6.　　Concerning user searching behaviors on the Web using web analytics, I have worked directly with real-user searching data from several search engines, including AOL, Alta Vista, Dogpile, Excite, and MSN Live. I've also analyzed web data of visitor traffic and other attributes from a variety of websites and social media platforms. I've analyzed real-user data from online search marketing campaigns and user referral traffic to websites. I have conduct research and teaching concerning aspects of websites and social media platforms, including keyword

advertising. I've developed web analytics models and processes for analysis of business goals, and I have used web analytics data and commercial tools in both my research and teaching. I've also conducted other research on user searching and related online behaviors. I have advised governmental agencies and companies in consulting and expert witnessing matters. A list of cases in which I have testified as an expert in deposition or trial in the past four years is attached as **Appendix B**. I am being compensated for my work on this case at the rate of $300 per hour.

III.   **ASSIGNMENT AND MATERIALS CONSIDERED**

7.     In providing my expert opinion, I have been asked to respond to the following question:

8.     **What is the dissemination of the statements from Ms. Maxwell referring to Ms. Giuffre's declarations as "untrue" and "lies" from when the statements were made on 2 January 2015 to the date that I filed this report?**

9.     For brevity, I refer to references to the statements denoting Ms. Giuffre's declarations as "untrue" and "lies", any related accounts referring to those original statements, or similar statements from Ms. Maxwell or her representatives referring to Ms. Giuffre as *the statements made against Ms. Giuffre*, *the statements from Ms. Maxwell's message*, or *the message from Mr. Gow*[1].

10.    My analysis is based on my experience, training, knowledge, and education and is formed through the application of that experience, training, knowledge, and education in the principles of web data collection, web analytics, web search, search engines, web sites, web traffic analysis, and related market analysis.

11.    The materials that I considered in preparing this report are listed in **Appendix C**.

---

[1] See, para. 30 and 32, Complaint, VIRGINIA L. GIUFFRE, Plaintiff, v. GHISLAINE MAXWELL, Defendant. CASE NO. 1:15-cv-07433.

IV.    **SUMMARY OF OPINIONS**

12.    Based on my research and analysis in connection with this assignment, which is described in more detail in the body of this report, along with my own experience, training, knowledge, and education as stated below, I have reached the following opinion:

13.    **The statements made against Ms. Giuffre have been disseminated to at least 115 online media or other sites in 178 separate stories or articles with a combined 66,909,965 potential unique visitors since 2 January 2015 to the date that I filed this report, inclusive.**

14.    This is a conservative estimate, and it is more likely than not, the statements made by Ms. Maxwell against Ms. Giuffre have received wider dissemination due to factors such as:

a.    I used a set of online websites to measure dissemination, and it is reasonable that I have not located all references to the statements made against Ms. Giuffre on every website by the time of the submission of this report.

b.    I examined only online sources referencing the statements made against Ms. Giuffre and not print or broadcast media dissemination of the statements made against Ms. Giuffre.

c.    I have not attempted to measure face-to-face dissemination of articles containing the statements against Ms. Giuffre.

d.    I do not have access to certain online sources where articles containing the statements against Ms. Giuffre may have been disseminated (e.g., email messages, personal social media messages, articles behind firewalls, etc.).

e.    There are possibly sites that have hosted the statements made against Ms. Giuffre that I could not locate or where the statements have been removed.

5

f.     There are sites that hosted the articles containing the statements made against Ms. Giuffre where the visitor data is not accessible or where I could not confirm the number of visitors.

g.     I did not consider the dissemination via social media platforms of articles containing the statements made against Ms. Giuffre.

h.     Many sites published multiple articles on multiple days that contained or referenced the statements made against Ms. Giuffre; however, I did not include these multiple publication dates in calculating unique daily visitors.

i.     I did not include unique daily visitors to articles that link from that article to one or more of the articles containing the statements made against Ms. Giuffre.

j.     Finally, I did not include the counts of those who may have been searching and seen the statements made against Ms. Giuffre in the search results listing.

## V.     BACKGROUND WEB ANALYTICS FOR TRAFFIC ANALYSIS

15.     In the course of forming this opinion, I implemented numerous web analytics and related techniques commonly used in the industry.   In order to more clearly discuss these techniques, I define the following terms:

- **Direct Traffic**: visitors to a website that come from entering a website link into a browser location bar (e.g., not coming via a link on another website).

- **Dissemination**: the act of spreading or the circulation of information or articles.

- **Domain**: a specific Internet website that are administered as a unit and defined by an Internet Protocol (IP) address.

- **Reach**: the percentage or number of people who visit a website out of the total targeted population.

- **Referral Traffic**: visitors to a site that come from websites other than search engines.

- **Repeat Visits**: visitor traffic to a website in a given period that **just** includes multiple visits from the same set of IP addresses (i.e., IP addresses with more than one visit); provides a count of the people who have visited a site more than once in a given period. An individual is usually defined by a combination of IP address and browser within a given period but can also be defined by more sophisticated methods.

- **Search Engine**: a program and associated hardware and processes that allows people to find information on the Web, typically via the submission of queries consisting of terms.

- **Search Traffic:** visitors to a site that come from search engines rather than from other websites or via direct navigation.

- **Search**: a submission of a query to a search engine, usually in the form of terms forming a query.

- **Share**: sharing of an article or webpage typically via some social media platform.

- **Social Media**: content that is shared via a social networking website.

- **Unique Visits**: visitor traffic to a website within a given period that includes only the first visit (i.e., subsequent visits are ignored), which excludes repeat visits; provides a count of the individuals who have visited a site in a given period.

- **Unique Daily Visitors**: visitor traffic to a website who visits a site at least once in a given 24-hour period. Each visitor, to the site, is counted once during the reporting period, which means it excludes repeat visits; provides a count of the individuals who have visited a site on a given day.

- **Visits**: a count of all the traffic to a website in a given period, including both unique and repeat visits.

- **Web Analytics**: the measurement, collection, analysis and reporting of web data.

## VI. **METHODOLOGY**

16.     I was asked to determine the dissemination of articles containing the statements made against Ms. Giuffre.

17.     In forming my opinion, I utilized accepted web analytics and related methodologies in developing my assessment.

18.     To that end, I employed various publicly available online analytic services, as well as some subscription-based services in conducting my research, including:

- **Alexa**: an online service that provides web traffic data and analysis.

- **Compete**: an online service that provides web traffic data and analysis.

- **Google Keyword Tool**: an online service that provides the number of searches for a given set of keywords in a given month on the Google search engine.

- **Google Trends**: an online service that shows how often a particular term is relatively searched on the Google search engine in a given period.

- **SimiliarWeb**: an online service that provides web traffic data and analysis.

- **SpyFu**: an online service providing search data and analytics, including for both paid (i.e., advertisements) and organic (i.e., natural or algorithmic) channels.

- **W3Snoop:** an online service that provides web traffic data and analysis.

8

19.     These tools offer a variety of data and analysis services, and they are frequently utilized by industry professionals in the search engine optimization, web analytics, and search engine marketing fields for market, customer, and competitive analysis.  Furthermore, where possible, I did my own assessments, as outlined below, in order to validate the data and analysis results.

20.     I also utilized search engines, primarily Google and Bing, to assess the dissemination of articles containing the statements made against Ms. Giuffre.

21.     Whenever possible, I used multiple data sources, which is a data verification technique known as triangulation[2], where one uses multiple and disparate sources for analysis and then compare the results from the separate analysis.  If the results are similar, it reinforces the conclusion that the overall data analysis is valid.

22.     In all of my assessments, I have used the most conservative numbers, meaning that I use the smallest value in arriving at the dissemination of articles containing the statements made against Ms. Giuffre.  If I had not employed this conservative estimate, the number of potential dissemination of the articles containing the statements made against Ms. Giuffre would be 102,740,816 (i.e., more than 102 million) daily unique visitors.

23.     In situations where I believed that I could not adequately verify the number of individuals or did not have confidence in the numbers in those situations, I did **not** include those numbers in the calculation of daily unique visitors.

24.     My analysis is based on my experience, training, knowledge, and education and is formed through the application of that experience, training, knowledge, and education in the

---

[2] Triangulation (social science) http://en.wikipedia.org/wiki/Triangulation_%28social_science%29

principles of web data collection, web analytics, web search, search engines, web sites, and related areas.

## VII.  DISSEMINATION OF THE STATEMENTS MADE AGAINST MS. GIUFFRE

25.     My opinion is that articles containing the statements made against Ms. Giuffre have been disseminated to at least 115 online media and others sites in 178 separate stories or articles with a combine 66,909,965 unique daily visitors.

26.     This is a conservative estimate, and it is more likely than not, the statements have received wider dissemination due to factors such as:

a.     I used a set of online websites (115) to calculate the dissemination of articles, and it is reasonable that I have not located all references to the statements made against Ms. Giuffre by the time of the submission of this report.  So, there may be more sites with articles containing the statements made against Ms. Giuffre that are **not** included in my calculations.

b.     My focus of analysis was the online dissemination of the statements made against Ms. Giuffre.  Therefore, I examined only online sources and **not** dissemination of the statements made against Ms. Giuffre via print or broadcast media.  It is reasonable to assume that the statements made against Ms. Giuffre were disseminated via these other channels.

c.     I have not attempted to measure face-to-face dissemination of the statements made against Ms. Giuffre.  Therefore, these sources of dissemination are **not** included in the count of daily unique visitors.

d.     I did not have access to certain online sources where the statements against Ms. Giuffre may have been disseminated (e.g., email messages, social media messages,

10

articles behind firewalls, etc.).  Therefore, these sources are **not** included in the count of daily unique visitors.

e.        There may be sites that have hosted articles containing the statements made against Ms. Giuffre where the articles have been removed.  Therefore, I did **not** include these sites in my calculation of the unique daily visitors.

f.        There are sites where the visitor data is not accessible or where I could not reasonably check the number of visitors.  In these cases, even though I had confirmed the site had posted one or more articles containing the statements made against Ms. Giuffre, I did **not** include these sites in my calculation of the unique daily visitors.

g.        I did **not** consider the dissemination via social media platforms of articles containing the statements made against Ms. Giuffre.

h.        Many sites published multiple articles on multiple days that contain or reference the statements made against Ms. Giuffre; however, I did **not** use these multiple articles from the same site with different publication dates in my calculations in determining the number of daily unique visitors who have been exposed to the articles containing the statements made against Ms. Giuffre.

i.        I did **not** include articles that link to one or more of the articles containing the statements made against Ms. Giuffre.  Unless the article directly referenced the statements made against Ms. Giuffre, I did **not** include it in my analysis.

j.        Finally, I did **not** include people who may been searching and may have seen the statements made against Ms. Giuffre in the search results, without needing to visit the actual articles posted on the websites.

11

VIII.  **METHODOLOGY TO DETERMINE THE DISSEMINATION OF THE STATEMENTS MADE AGAINST MS. GIUFFRE**

27.      I have been informed that the statements made against Ms. Giuffre were originally contained in an email message from Mr. Ross Gow[3], of Acuity Reputation, acting on behalf of Ms. Maxwell, that was sent on 2 January 2015 at 8:38 pm[4] to, based on the email addresses[5], people at The Mail Online[6], The Independent[7], The Mirror[8], The Times[9], and the BBC[10]. The email message from Mr. Gow contained the statements made against Ms. Giuffre. A screen shot of the email message is shown in Figure 1.

28.      **Figure 1: Email message from Mr. Ross Gow containing the statements made against Ms. Giuffre.**

---

[3] GM_00068 (Gow E-Mail)
[4] I am assuming, based on the location of Mr. Gow's company, Acuity Reputation, that this is date-time stamp for the United Kingdom.
[5] Note: For some reason, the contact at the Mail Online is on the cc: line, while the other recipients are in the to: line. Also, the email message is sent to two recipients at the BBC.
[6] https://en.wikipedia.org/wiki/Mail_Online
[7] https://en.wikipedia.org/wiki/The_Independent
[8] https://en.wikipedia.org/wiki/Daily_Mirror
[9] https://en.wikipedia.org/wiki/The_Times
[10] https://en.wikipedia.org/wiki/BBC_News

12

From: <ross@acuityreputation.com>
Date: 2 January 2015 at 20:38
Subject: Ghislaine Maxwell
To: Rossacuity Gow <ross@acuityreputation.com>
bcc: martin.robinson@mailonline.co.uk,
P.Peachey@independent.co.uk,
nick.sommerlad@mirror.co.uk,
david.brown@thetimes.co.uk,
nick.alway@bbc.co.uk,
jo-anne.pugh@bbc.co.uk

To Whom It May Concern,
Please find attached a quotable statement on behalf of Ms Maxwell.

No further communication will be provided by her on this matter.
Thanks for your understanding.
Best
Ross

Ross Gow
ACUITY Reputation

Jane Doe 3 is Virginia Roberts - so not a new individual. The allegations made by Victoria
Roberts against Ghislaine Maxwell are untrue. The original allegations are not new and have
been fully responded to and shown to be untrue.

Each time the story is re told it changes with new salacious details about public figures and
world leaders and now it is alleged by Ms Roberts that Alan Derschowitz is involved in having
sexual relations with her, which he denies.

Ms Roberts claims are obvious lies and should be treated as such and not publicised as news, as
they are defamatory.

Ghislaine Maxwell's original response to the lies and defamatory claims remains the same.
Maxwell strongly denies allegations of an unsavoury nature, which have appeared in the British
press and elsewhere and reserves her right to seek redress at the repetition of such old
defamatory claims.

Sent from my BlackBerry® wireless device

29.     I have been informed that the statements made against Ms. Giuffre were

confirmed by Ms. Maxwell in a news article and video[11] aired on 5 January 2015, which I have

established by reviewing the video referenced in the news article[12].

---

[11] GIUFFRE001120
[12] http://www.nydailynews.com/news/world/alleged-madame-accused-supplying-prince-andrew-article-1.2065505

30.     Additionally, on 8 January 2015, agents reportedly acting on behalf of Ms. Maxwell made statements that the allegations against her were a "web of lies and deceit"[13], which are similar to the statements made against Ms. Giuffre in the message from Mr. Gow.

31.     Similarly, on 1 February 2015, like statements were quoted as "These allegations are untrue and defamatory"[14], which are similar to the statements made against Ms. Giuffre in the message from Mr. Gow.

32.     Based on my investigation and research, news stories, articles, and postings containing direct reference to or quotes from the statements made against Ms. Giuffre appeared the same day (i.e., 2 January 2015) as the email from Mr. Gow, with several news organizations and other sites publishing other articles containing direct reference to or quotes from the statements made against Ms. Giuffre in the immediately following days. News articles containing direct reference to or quotes of the statements made against Ms. Giuffre have continued to appear in news articles and other postings nearly up to the date that I submitted this report.

33.     A timeline of events relating to the dissemination of the statements made against Ms. Giuffre is shown in Figure 2.

34.     **Figure 2: Timeline of events relating to the dissemination of the statements made against Ms. Giuffre from 2 January 2015 onwards.**

---

[13] https://www.thesun.co.uk/archives/news/6754/prince-andrews-pal-ghislaine-groped-teen-girls/
[14] http://www.mirror.co.uk/news/uk-news/prince-andrews-pal-ghislaine-maxwell-5081971



35.     Concerning the procedure employed in determining the dissemination of the statements made against Ms. Giuffre, nearly every major news site[15] that I investigated, along with other specific news sites in the United States, the United Kingdom, Canada, and Australia, as well as other countries, have carried some aspects of the overall story related to Ms. Giuffre and/or Ms. Maxwell, or other parties involved.

36.     In fact, there are tens of thousands of news articles and postings concerning the general story from news outlets worldwide, with combined potential viewership in the multi-millions, as searches on the major search engines, such as Google and Bing, show.

---

[15] Including the largest online news sites, such as Yahoo! News, Google News, Huffington Post, CNN, NY Times, Fox News, NBC News, Daily Mail, Washington Post, The Guardian, Wall Street Journal, ABC News, BBC News, USA Today, LA Times (see http://www.ebizmba.com/articles/news-websites)

37.     However, I was not interested in news articles that **just** discussed the story in general or other aspects of the story. Also, I was **not** interested in those articles where Ms. Maxwell or those acting on her behalf, such as Mr. Gow, would just generally deny the allegations in the complaint[16]. I was specifically interested in only those articles that referenced directly or quoted the statements made against Ms. Giuffre in the 2 January 2015 email message from Mr. Gow, Ms. Maxwell's subsequent confirmation of the statements, or similar statements as those in the message from Mr. Gow. Naturally, this narrow focus is a smaller subset of news articles than are the articles addressing the overall story.

38.     To isolate these articles of interest, I generated a series of 10 queries[17] that specifically targeted news articles from the case that addressed the statements made against Ms. Maxwell (e.g., *Ghislaine Maxwell obvious lies*) to retrieve a set of articles that directly related to the statements made against Ms. Giuffre[18]. I employed a modified snowball technique[19], starting with one seed query, adding and modifying terms, until I was not retrieving new results. I also located some articles via navigating from the set of retrieved articles.

39.     I set the search range date from 2 January 2015 onward, so articles prior to that date were not included in the search results. For each article used in my analysis, I also verified the date that the article was published to ensure it was published on or after 2 January 2015 and that the articles directly referenced in some way the statements made against Ms. Giuffre.

40.     An example of a search engine results page in response to one of these queries is shown in Figure 3.

---

[16] Complaint, VIRGINIA L. GIUFFRE, Plaintiff, v. GHISLAINE MAXWELL, Defendant.  CASE NO. 1:15-cv-07433.
[17] *Ghislaine Maxwell obvious lies*, *Ghislaine Maxwell Roberts obvious lies cnn*, *Ghislaine Maxwell Virginia Roberts*, *Giuffre Maxwell obvious lies*, *new york daily news alleged madam andrews*, *Prince Andrew Maxwell Roberts*, *Prince Andrew obvious lies*, *prince andrew's sex slave scandal who is maxwell*, *Ross Gow obvious lies*, *sex slave obvious lies*.
[18] In addition to the queries, I located some articles via direction navigation.
[19] https://en.wikipedia.org/wiki/Snowball_sampling

41.    **Figure 3: Google News search results for the search *Ghislaine Maxwell obvious lies* with a date delimiter beginning on 2 January 2015.**



42.    I then personally verified that each article, by reviewing each article, used in my analysis directly referenced in some way the statements made against Ms. Giuffre.

43.    So, articles relating to the overall story that did **not** mention Ms. Maxwell's statements made against Ms. Giuffre were **not** included in the analysis. Articles relating to the overall story that referred to Ms. Maxwell simply denying the charges were **not** included.

44.    I also personally performed a site search[20] of the top 15 online media sites worldwide[21] of articles related to the case, and I reviewed the results to identify if any of these

---

[20] https://www.google.com/advanced_search
[21] Yahoo! News, Google News, Huffington Post, CNN, NY Times, Fox News, NBC News, Daily Mail, Washington Post, The Guardian, Wall Street Journal, ABC News, BBC News, USA Today, LA Times (see http://www.ebizmba.com/articles/news-websites)

articles referred to the statements against Ms. Giuffre. I also did the same for many country-specific news sites in the United States, the United Kingdom, Canada, and Australia.

45.      In the end, I had a set of 178 online news and other articles from 2 January 2105 to the date that I filed this report that specifically referenced the statements made against Ms. Giuffre to conduct my analysis, as outlined below.

46.      Each of these 178 online articles was posted online. The 178 online articles were distributed among 115 unique domain websites (i.e., some websites posted multiple articles that contain the statements made against Ms. Giuffre). These 115 domains are:

- http://beforeitsnews.com
- http://boltonbnp.blogspot.com
- http://businessnewsusa.org
- http://dukefmduluth.com
- http://dukefmfargo.com
- http://home.bt.com
- http://jewishbusinessnews.com
- http://jewishnews.timesofisrael.com
- http://kdal610.com
- http://kfgo.com
- http://motivatornews.com
- http://mrharrywales.tumblr.com
- http://muhammad-ali-ben-marcus.blogspot.com
- http://news.sky.com
- http://news.trust.org
- http://newsbite.it
- http://newstoday.club
- http://normanfinkelstein.com
- http://onewayempire.com
- http://pagesix.com
- http://planetinvestigations.com
- http://softwaresuites.ne
- http://thisviral.com
- http://townhall.com
- http://ugandansatheart.blogspot.com
- http://uk.reuters.com
- http://whatiswrongwiththispicture2012.blogspot.com
- http://whbl.com
- http://whtc.com

18

- http://wibqam.com
- http://wifc.com
- http://wincountry.com
- http://wkzo.com
- http://worlddailynews.info
- http://wsau.com
- http://wtaq.com
- http://wtvbam.com
- http://www.anorak.co.uk
- http://www.aol.co.uk
- http://www.asianimage.co.uk
- http://www.bailiwickexpress.com
- http://www.bannednews.net
- http://www.bbc.com
- http://www.belfasttelegraph.co.uk
- http://www.bournemouthecho.co.uk
- http://www.businessinsider.com
- http://www.business-standard.com
- http://www.capitalbay.news
- http://www.clactonandfrintongazette.co.uk
- http://www.courthousenews.com
- http://www.dailylife.com.au
- http://www.dailymail.co.uk
- http://www.dailyrecord.co.uk
- http://www.darkpolitricks.com
- http://www.dudleynews.co.uk
- http://www.eveningtimes.co.uk
- http://www.express.co.uk
- http://www.faceiraq.com
- http://www.ghanagrio.com
- http://www.ghanareview.com
- http://www.govtslaves.info
- http://www.headlines-news.com
- http://www.huffingtonpost.co.uk
- http://www.ibtimes.co.uk
- http://www.independent.ie
- http://www.infiniteunknown.net
- http://www.iol.co.za
- http://www.irishexaminer.com
- http://www.irishmirror.ie
- http://www.irishtimes.com
- http://www.itv.com
- http://www.lancashiretelegraph.co.uk
- http://www.lse.co.uk

- http://www.mgtowhq.com
- http://www.mirror.co.uk
- http://www.msn.com
- http://www.nationalenquirer.com
- http://www.newindianexpress.com
- http://www.newscopia.com
- http://www.newsday.com
- http://www.newsgrio.com
- http://www.nigeriadailynews.news
- http://www.nydailynews.com
- http://www.nzherald.co.nz
- http://www.oneworldofnations.com
- http://www.oxfordmail.co.uk
- http://www.pressreader.com
- http://www.reuters.com
- http://www.scmp.com
- http://www.scotsman.com
- http://www.somersetlive.co.uk
- http://www.srnnews.com
- http://www.swindonadvertiser.co.uk
- http://www.telegraph.co.uk
- http://www.theargus.co.uk
- http://www.theboltonnews.co.uk
- http://www.thedailybeast.com
- http://www.thetelegraphandargus.co.uk
- http://www.thetruthseeker.co.uk
- http://www.twimovies.news
- http://www.westernmorningnews.co.uk
- http://www.wirralglobe.co.uk
- http://www.yorkpress.co.uk
- http://www.yorkshirepost.co.uk
- https://blairzhit.wordpress.com
- https://bol.bna.com
- https://ca.news.yahoo.com
- https://circusbuoy.wordpress.com
- https://quartetbooks.wordpress.com
- https://thetruth24.info
- https://www.eveningtelegraph.co.uk
- https://www.theguardian.com
- https://www.thesun.co.uk
- https://www.yahoo.com
- http://ferddyjay.blogspot.com

47.     As seen from the list of domains that have published articles or stories containing references to the statement made against Ms. Giuffre, many of these domains are those of major news organizations or sources, including AOL News, BBC, Huffington Post, International Business Times, Irish Times, MSN News, National Enquirer, New York Daily News, New Zealand Herald, Page Six, Radar Online, Reuters, The Daily Beast, The Daily Mail, The Express, The Guardian, The Mirror, The Sun, The Telegraph, Yahoo! News, etc.

48.     I then used a variety of web analytics traffic services and other sources to get the unique daily visitor traffic for each of these domains. I used multiple services when available to verify the unique daily visitor traffic for each of these domains, as these traffic services may use different techniques to arrive at their traffic numbers.

49.     In cases of conflicting unique daily visitor traffic numbers, I utilized the most conservative (i.e., smallest) number.

50.     In cases where I determined I could not get unique daily visitor traffic numbers or the unique daily visitor traffic were not reliable, in my opinion, I did not include the unique daily visitor traffic numbers for that domain in the numbers. This usually occurred for the sites with a smaller number of daily visitors or sites with an extremely large number of daily visitors.

51.     *Unique daily visitors* measure is an industry standard web analytics metric for measuring people that visit a website in a given day, also known as unique audience[22].  It is generally averaged out over multiple days with a given period, such as week or month, as there are normal daily fluctuations.

52.     Table 1 shows the unique daily visitor traffic for the listed domains that posted articles or stories referencing the statements made against Ms. Giuffre and the associated unique

---

[22] http://digitalmeasurement.nielsen.com/files/metrics-guidelines.pdf

daily visitor traffic for each of those domains, along with number of articles containing the statements made against Ms. Giuffre posted on that site.

53. **Table 1: Domains that published articles or stories containing the statements made against Ms. Giuffre with the domain's number of unique daily visitors and the number of articles containing the statements made against Ms. Giuffre published on that domain from 2 January 2015 to the date that I filed this report[23].**

| No. | Domain | Domain Unique Visitor Traffic (Daily) | Number of Articles Published |
|---|---|---|---|
| 1 | http://beforeitsnews.com | 193,333 | 1 |
| 2 | http://boltonbnp.blogspot.com[a] | - | 1 |
| 3 | http://businessnewsusa.org[a] | - | 1 |
| 4 | http://dukefmduluth.com[a] | - | 1 |
| 5 | http://dukefmfargo.com[a] | - | 1 |
| 6 | http://home.bt.com | 800,000 | 1 |
| 7 | http://jewishbusinessnews.com | 5,000 | 2 |
| 8 | http://jewishnews.timesofisrael.com[a] | - | 1 |
| 9 | http://kdal610.com | 257 | 1 |
| 10 | http://kfgo.com | 1,600 | 1 |
| 11 | http://motivatornews.com[a] | - | 1 |
| 12 | http://mrharrywales.tumblr.com[a] | - | 1 |
| 13 | http://muhammad-ali-ben-marcus.blogspot.com[a] | - | 1 |
| 14 | http://news.sky.com | 523,333 | 2 |
| 15 | http://news.trust.org[a] | - | 1 |
| 16 | http://newsbite.it[a] | - | 1 |
| 17 | http://newstoday.club[a] | - | 1 |
| 18 | http://normanfinkelstein.com | 1,987 | 1 |
| 19 | http://onewayempire.com[a] | - | 1 |
| 20 | http://pagesix.com | 320,000 | 5 |
| 21 | http://planetinvestigations.com[a] | - | 1 |
| 22 | http://softwaresuites.ne[a] | - | 1 |
| 23 | http://thisviral.com[a] | - | 1 |
| 24 | http://townhall.com | 236,667 | 1 |
| 25 | http://ugandansatheart.blogspot.com[a] | - | 1 |
| 26 | http://uk.reuters.com | 153,333 | 1 |
| 27 | http://whatiswrongwiththispicture2012.blogspot.com[a] | - | 1 |

---

[23] Note: Some outlets, I was able to get self-reported visitor numbers, such as the https://www.theguardian.com.

| No. | Domain | Domain Unique Visitor Traffic (Daily) | Number of Articles Published |
|---|---|---|---|
| 28 | http://whbl.com | 12,252 | 1 |
| 29 | http://whtc.com | 1,207 | 1 |
| 30 | http://wibqam.com[a] | - | 1 |
| 31 | http://wifc.com | 990 | 1 |
| 32 | http://wincountry.com | 503 | 1 |
| 33 | http://wkzo.com | 573 | 1 |
| 34 | http://worlddailynews.info[a] | - | 1 |
| 35 | http://wsau.com | 2,653 | 1 |
| 36 | http://wtaq.com[a] | - | 1 |
| 37 | http://wtvbam.com[a] | - | 1 |
| 38 | http://www.anorak.co.uk | 7,150 | 1 |
| 39 | http://www.aol.co.uk | 423,333 | 2 |
| 40 | http://www.asianimage.co.uk | 1,293 | 1 |
| 41 | http://www.bailiwickexpress.com | 29,633 | 1 |
| 42 | http://www.bannednews.net[a] | - | 1 |
| 43 | http://www.bbc.com | 12,950,000 | 1 |
| 44 | http://www.belfasttelegraph.co.uk[a] | - | 1 |
| 45 | http://www.bournemouthecho.co.uk[a] | - | 1 |
| 46 | http://www.businessinsider.com | 3,866,667 | 1 |
| 47 | http://www.business-standard.com[a] | - | 1 |
| 48 | http://www.capitalbay.news[a] | - | 1 |
| 49 | http://www.clactonandfrintongazette.co.uk | - | 1 |
| 50 | http://www.courthousenews.com | 11,333 | 3 |
| 51 | http://www.dailylife.com.au | 80,000 | 1 |
| 52 | http://www.dailymail.co.uk | 14,276,667 | 6 |
| 53 | http://www.dailyrecord.co.uk | 145,048 | 3 |
| 54 | http://www.darkpolitricks.com[a] | - | 1 |
| 55 | http://www.dudleynews.co.uk[a] | - | 1 |
| 56 | http://www.eveningtimes.co.uk | 3,667 | 1 |
| 57 | http://www.express.co.uk | 1,686,667 | 1 |
| 58 | http://www.faceiraq.com[a] | - | 1 |
| 59 | http://www.ghanagrio.com[a] | - | 4 |
| 60 | http://www.ghanareview.com[a] | - | 1 |
| 61 | http://www.govtslaves.info[a] | - | 1 |
| 62 | http://www.headlines-news.com[a] | - | 1 |
| 63 | http://www.huffingtonpost.co.uk | 750,000 | 3 |
| 64 | http://www.ibtimes.co.uk | 1,380,000 | 3 |
| 65 | http://www.independent.ie[a] | - | 1 |
| 66 | http://www.infiniteunknown.net | 3,183 | 1 |
| 67 | http://www.iol.co.za | 233,333 | 1 |

| No. | Domain | Domain Unique Visitor Traffic (Daily) | Number of Articles Published |
|---|---|---|---|
| 68 | http://www.irishexaminer.com[a] | - | 1 |
| 69 | http://www.irishmirror.ie | 100,000 | 3 |
| 70 | http://www.irishtimes.com | 323,333 | 1 |
| 71 | http://www.itv.com | 1,026,667 | 2 |
| 72 | http://www.lancashiretelegraph.co.uk[a] | - | 1 |
| 73 | http://www.lse.co.uk | 70,000 | 1 |
| 74 | http://www.mgtowhq.com[a] | - | 1 |
| 75 | http://www.mirror.co.uk | 3,860,000 | 10 |
| 76 | http://www.msn.com[b] | - | 2 |
| 77 | http://www.nationalenquirer.com | 60,000 | 1 |
| 78 | http://www.newindianexpress.com[a] | - | 1 |
| 79 | http://www.newscopia.com[a] | - | 1 |
| 80 | http://www.newsday.com | 132,250 | 1 |
| 81 | http://www.newsgrio.com | 132,250 | 2 |
| 82 | http://www.nigeriadailynews.news | 16,236 | 4 |
| 83 | http://www.nydailynews.com | 2,100,000 | 6 |
| 84 | http://www.nzherald.co.nz | 686,667 | 1 |
| 85 | http://www.oneworldofnations.com[a] | - | 1 |
| 86 | http://www.oxfordmail.co.uk[a] | - | 1 |
| 87 | http://www.pressreader.com | 110,000 | 4 |
| 88 | http://www.reuters.com | 2,363,333 | 1 |
| 89 | http://www.scmp.com[a] | - | 1 |
| 90 | http://www.scotsman.com | 125,393 | 1 |
| 91 | http://www.somersetlive.co.uk[a] | - | 1 |
| 92 | http://www.srnnews.com[a] | - | 1 |
| 93 | http://www.swindonadvertiser.co.uk | 22,077 | 2 |
| 94 | http://www.telegraph.co.uk | 5,506,667 | 1 |
| 95 | http://www.theargus.co.uk | 59,281 | 3 |
| 96 | http://www.theboltonnews.co.uk | 40,000 | 2 |
| 97 | http://www.thedailybeast.com | 1,636,667 | 3 |
| 98 | http://www.thetelegraphandargus.co.uk | 46,667 | 1 |
| 99 | http://www.thetruthseeker.co.uk | 21,757 | 1 |
| 100 | http://www.twimovies.news[a] | - | 1 |
| 101 | http://www.westernmorningnews.co.uk[a] | - | 1 |
| 102 | http://www.wirralglobe.co.uk[a] | - | 3 |
| 103 | http://www.yorkpress.co.uk[a] | - | 1 |
| 104 | http://www.yorkshirepost.co.uk[a] | - | 1 |
| 105 | https://blairzhit.wordpress.com[a] | - | 1 |
| 106 | https://bol.bna.com[a] | - | 2 |
| 107 | https://ca.news.yahoo.com[b] | - | 1 |

| No. | Domain | Domain Unique Visitor Traffic (Daily) | Number of Articles Published |
|---|---|---:|---:|
| 108 | https://circusbuoy.wordpress.com[a] | - | 1 |
| 109 | https://quartetbooks.wordpress.com[a] | - | 1 |
| 110 | https://thetruth24.info[a] | - | 1 |
| 111 | https://www.eveningtelegraph.co.uk[a] | - | 2 |
| 112 | https://www.theguardian.com | 8,872,392 | 6 |
| 113 | https://www.thesun.co.uk | 1,496,667 | 1 |
| 114 | https://www.yahoo.com[b] | - | 1 |
| 115 | http://ferddyjay.blogspot.com[a] | - | 1 |
| | | 66,909,965 | 178 |

[a] - Unique daily visitor traffic not available

[b] - Unique daily visitor traffic not verifiable

54.     I used each domain's unique daily visitor count to calculate the dissemination of the articles containing the statements against Ms. Giuffre to various websites and potentially to visitors to that site (i.e., as visitors to the news sites, these individuals could have been exposed to the articles containing the statements made against Ms. Giuffre), using the unique daily visitor number only once for each domain, regardless whether that domain published more than one article referring to the statements made against Ms. Giuffre.

## IX.     RESULTS FOR ANALYSIS OF THE DISSEMINATION OF THE STATEMENTS MADE AGAINST MS. GIUFFRE

55.     Based on my analysis as outlined above, my opinion is that the statements against Ms. Giuffre have been disseminated to at least 115 online media and other sites with 178 stories or articles with a combined 66,909,965 (more than 66 million) unique daily visitors traffic.

56.     I note that for many of the 178 articles containing the statements made against Ms. Giuffre, one could get gist of the story of the article directly from the article headline.  I point this out as it is well known that people skim online news sites[24], so titles such as these

---

[24] See for example: Aikat, D. News on the web: usage trends of an on-line newspaper. Convergence: The International Journal of Research into New Media Technologies 4, 4 (Dec. 1998), 94-110.

would have substantial impact on visitors to that site. Examples of such articles headlines (examples of actual headlines from the 178 articles) are:

- *British socialite to face Epstein accuser's defamation lawsuit*

- *Alleged Epstein madam denies calling teen 'sex slave' a liar*

- *Sex-Trafficking Denials Aren't Libel, Brit Says*

- *U.S. woman who claimed she was forced to have sex with Prince Andrew sues British socialite for denying that she recruited her to be a sex slave*

- *British 'madam' accused of recruiting teenage 'sex slave' Virginia Roberts for Prince Andrew's friend Jeffrey Epstein denies calling her a liar*

- *Ghislaine Maxwell denies calling Virginia Roberts a liar*

- *Bill Clinton Pedophile Sex Scandal: Socialite Denies Calling ENQUIRER Source A Liar, Woman files defamation suit against British publishing magnate*

- *Jeffrey Epstein sex slave accuser sues Brit socialite for defamation*

- *Lawyers for British socialite accused of pimping 'sex slave' to Jeffrey Epstein push to dismiss defamation lawsuit.*

57. This is a conservative estimate, and more likely than not, articles containing the statements made against Ms. Giuffre have been disseminated to more individuals.

## X. __WHY THE ESTIMATE IS LOW__

58. This (66,909,965 individual unique daily traffic) is a conservative estimate, and it is more likely than not, the statements have received wider dissemination due to factors such as:

a. Although I spend considerable effort to locate published articles that contained the statements made against Ms. Giuffre, it is reasonable to assume that I have not located all such articles by the time of the submission of this report. So, there are possibly more

26

sites with articles containing the statements made against Ms. Giuffre that are not included in my calculations, which would increase the dissemination of the articles.

      b.      The focus of my analysis was the dissemination of online articles containing the statements made against Ms. Giuffre, and I examined only online sources and not print or broadcast media. Many of the media outlets that I did identify have consider print distribution[25], which are not included in my calculations, for example, such as:

- The Sun (print circulation) 1,741,838

- Daily Mail (print circulation) 1,562,361

- The Daily Telegraph (print circulation) 472,936

- The Times (print circulation) 402,752

- The Guardian (print circulation) 161,152

      c.      In my analysis, I did not attempt to measure face-to-face dissemination that may have occurred after individuals may have read articles containing the statements made against Ms. Giuffre, which would increase the count.

      d.      Naturally, I could not access certain online sources where the statements made against Ms. Giuffre may have been disseminated (e.g., email messages, social media messages, articles behind firewalls, etc.). Therefore, these numbers are not included in my calculations.

      e.      Also, there are possibly sites that have hosted articles containing the statements made against Ms. Giuffre where the articles have been removed.  Therefore, they are not included in my calculations.

---

[25] www.theguardian.com/media/2016/mar/17/independent-mirror-express-and-star-suffer-sharp-fall-in-traffic

27

f.     For sites where one or more of the articles containing the statements made against Ms. Giuffre are posted but where I could not locate or not determine reliable daily unique visitor traffic, I have not included these sites in my calculations. There are 59 (of the 115 sites, 51.3%) where I could not get or not get verifiable traffic data.  For example, the traffic numbers for the MSN News (Microsoft) and Yahoo! News are not separated by news and other services, such as search, so I did not include these in the number of people to which the articles containing the statements made against were disseminated.

g.     I did not include the dissemination of the articles containing the statements made against Ms. Giuffre directly to social media platforms.  However, many of the articles containing the statements made against Ms. Giuffre do include counts of the number of times that individuals shared the article to a social media networks, as shown in Table 2.

i.     **Table 2: Number of social media shares by published article containing the statements made against Ms. Giuffre.**

| Shares | Date | Domain |
|---|---|---|
| 12576 | 2-Jan-15 | https://www.theguardian.com |
| 201 | 3-Jan-15 | http://muhammad-ali-ben-marcus.blogspot.qa |
| 1600 | 3-Jan-15 | http://www.dailymail.co.uk |
| 4000 | 3-Jan-15 | http://www.dailymail.co.uk |
| 130 | 3-Jan-15 | http://www.huffingtonpost.co.uk |
| 45 | 3-Jan-15 | http://www.ibtimes.co.uk |
| 6436 | 3-Jan-15 | http://www.mirror.co.uk |
| 55 | 4-Jan-15 | http://newsbite.it |
| 56 | 4-Jan-15 | http://ugandansatheart.blogspot.com |
| 1813 | 4-Jan-15 | http://www.dailyrecord.co.uk |
| 9 | 4-Jan-15 | http://www.express.co.uk |
| 560 | 4-Jan-15 | http://www.huffingtonpost.co.uk |
| 24 | 4-Jan-15 | http://www.ibtimes.co.uk |
| 54 | 4-Jan-15 | http://www.ibtimes.co.uk |
| 198 | 4-Jan-15 | http://www.irishmirror.ie |
| 198 | 4-Jan-15 | http://www.mirror.co.uk |
| 174 | 4-Jan-15 | http://www.nigeriadailynews.news |
| 51 | 4-Jan-15 | http://www.nzherald.co.nz |

28

| Shares | Date | Domain |
|---|---|---|
| 216 | 4-Jan-15 | http://www.telegraph.co.uk |
| 177 | 4-Jan-15 | https://www.theguardian.com |
| 193 | 4-Jan-15 | https://www.theguardian.com |
| 105 | 5-Jan-15 | http://www.dailylife.com.au |
| 192 | 5-Jan-15 | http://www.dailyrecord.co.uk |
| 7 | 5-Jan-15 | http://www.mirror.co.uk |
| 1052 | 5-Jan-15 | http://www.mirror.co.uk |
| 96 | 5-Jan-15 | http://www.nydailynews.com |
| 115 | 5-Jan-15 | https://www.theguardian.com |
| 45 | 6-Jan-15 | http://www.dailymail.co.uk |
| 17 | 8-Jan-15 | http://www.nydailynews.com |
| 114 | 10-Jan-15 | http://www.dailymail.co.uk |
| 1 | 10-Jan-15 | http://www.infiniteunknown.net |
| 1466 | 10-Jan-15 | https://www.theguardian.com |
| 1 | 13-Jan-15 | http://whatiswrongwiththispicture2012.blogspot.qa |
| 256 | 22-Jan-15 | http://www.dailyrecord.co.uk |
| 120 | 22-Jan-15 | http://www.huffingtonpost.co.uk |
| 319 | 22-Jan-15 | http://www.irishmirror.ie |
| 338 | 22-Jan-15 | http://www.mirror.co.uk |
| 21 | 1-Feb-15 | http://www.mirror.co.uk |
| 342 | 7-Feb-15 | https://www.theguardian.com |
| 107 | 21-Sep-15 | http://www.nydailynews.com |
| 33 | 22-Sep-15 | http://www.dailymail.co.uk |
| 205 | 22-Sep-15 | http://www.mirror.co.uk |
| 1 | 15-Jan-16 | http://jewishbusinessnews.com |
| 13 | 15-Jan-16 | http://www.dailymail.co.uk |
| 17 | 15-Jan-16 | http://www.nationalenquirer.com |
| 2 | 15-Jan-16 | http://www.nydailynews.com |
| 7 | n.d. | http://www.govtslaves.info |
| 33,758 | | |

      ii.       As shown in Table 2, the articles containing the statements made against Ms. Giuffre have been shared 33,758 times, mostly on Facebook.

      iii.      Given that the median number of Facebook 'friends' is 200[26], this equates to a possible 6,751,600 individuals, in addition to the 33,758 individuals who originally shared

---

[26] http://www.pewresearch.org/fact-tank/2014/02/03/6-new-facts-about-facebook/

the articles, to which the articles containing the statements made against Ms. Giuffre could have been disseminated, assuming these individuals are all unique and have not already read one of the articles.

    iv.   However, I did not include these social media shares in my calculations.

    v.   Since news article viewing follows a power law[27] distribution[28], there is no direct linear ratio of number of social media shares to readership. There is published research that does report average of views of an article on a news website and also average social media shares[29]. In a direct calculation with numbers from this article[30], 23 articles views per social media share, using 33,758 social media shares, this would be 776,434 article views. However, this ratio would vary by website, number of daily unique visitors, type of news article, time for accumulating shares, and possibly other factors. Plus, this number would not account for the people receiving the social media share that viewed the title, post, and snippet but did not click on the share to view the article on the website, thereby undercounting views of the articles.

    vi.   Also, given the topical nature of the underlying news story, one could expect **lower** social media sharing but **higher** article viewing, as people will tend to read articles on such topics privately but not share on social media[31]. So, I would expect the social media number itself to be an undercount.

    h.   I did not include articles that link to one of the articles containing the statements made against Ms. Giuffre in my calculations of dissemination. Unless the article

---

[27] https://en.wikipedia.org/wiki/Power_law
[28] See for example, Tatar, A., de Amorim, M. D., Fdida, S., & Antoniadis, P. (2014). A survey on predicting the popularity of web content. Journal of Internet Services and Applications, 5(1), 1.
[29] See for example, Castillo, C., El-Haddad, M., Pfeffer, J., & Stempeck, M. (2014, February). Characterizing the life cycle of online news stories using social media reactions. In Proceedings of the 17th ACM conference on Computer supported cooperative work & social computing (pp. 211-223). ACM.
[30] Castillo, C., El-Haddad, M., Pfeffer, J., & Stempeck, M. (2014, February). Characterizing the life cycle of online news stories using social media reactions. In Proceedings of the 17th ACM conference on Computer supported cooperative work & social computing (pp. 211-223). ACM.
[31] See for example, Agarwal, D., Chen, B. C., and Wang, X. Multi-faceted ranking of news articles using post-read actions. In Proc. of CIKM, ACM (2012), 694-703.

directly mentioned the statements made against Ms. Giuffre, I did not include that article in my calculations. So, unless the linking article actually mentioned, referenced, or quoted the statements made against Ms. Giuffre, I did not include it in the calculations.

       i.     Many sites published multiple articles on multiple days that quoted or referenced the statements made against Ms. Giuffre; however, I did not use these multiple publication dates from the same site in my calculations of unique visitor traffic. If a domain published only one article containing the statements against Ms. Giuffre, then I directly used the unique daily visitors number. If a domain published multiple articles concerning the statements against Ms. Giuffre, I did not count the traffic for the subsequent articles containing the statements made against Ms. Giuffre, even though research shows that repeat traffic to websites is generally only about 30%[32], meaning that 70% of the traffic would be unique. However, I was not comfortable using this figure given the natural of these sites, which might have higher repeat visitors day-to-day. Therefore, I did not include the unique visitors to multiple articles in my calculations.

       j.     Finally, I did not include the count of people who may been searching and may have seen the statements made against Ms. Giuffre in the search results, without needing to visit the actual articles, as shown in Figure 4.

       k.     **Figure 4: Example of search results with the statements made against Ms. Giuffre appearing in the result snippets, requiring no need to visit the articles themselves.**

---

[32] Teevan, J., Adar, E., Jones, R. and Potts, M. (2006). History repeats itself: repeat queries in Yahoo's logs. In *Proceedings of the 29th annual international ACM SIGIR conference on Research and development in information retrieval* (SIGIR '06). ACM, New York, NY, USA, 703-704.



**XI.** **ACCURACY OF THE TRAFFIC NUMBERS AND ADDITIONAL VERIFICATION**

59.     Concerning the accuracy of the analysis, the number of domains where the statements made against Ms. Giuffre have been disseminated is reliable, as this is straightforward to verify (i.e., the article is either posted on a site or it is not).  If anything, this is an undercount, as some domains, for example, may have removed such articles, making them no longer available.  There are possibly articles containing the statements that I have not been able to locate by the time that I submitted this report.

60.     Concerning traffic numbers for domains, a unique visitor is typically identified by an identifier stored in a text file, which is based on an individual computer's browser, although more sophisticated methods are also being used.  In locating traffic numbers for the domains, I used multiple services when available and attempted to verify via other sources.  In case with varying traffic data, I utilized the most conservative (i.e., smallest) number available.

61.     I also verified findings from my analysis via other methods and my own experience and training.  For example, there are periods of increased publishing of articles containing the statements made against Ms. Giuffre and related stories.  One would expect, increases in associated searching during these periods. Using the Google Keyword Tool, which provides search volume for search queries by month, I examined search volume from January 2015 to the date that I filed this report. There was an 54,518% increase in search volume for the keywords *Virginia Giuffre Virginia Roberts Ghislaine Maxwell* in January 2015, relative to the prior 7 months, in the US, and a 44,822% increase for the United Kingdom (UK) in January 2015, relative to the prior 7 months. This is in line with the increase in posting of articles during the same month[33]. So, one sees the expected increase in searching for key terms based on the increase posting of articles.

---

[33] Note: I use the US and the UK as sample countries since there are aspect of the story that relate to each country.

62.     Figure 5 shows increase in searching volume in January 2015 for the US and UK relative to the previous 7 months.

63.     **Figure 5: Increase in search volume in January 2015 for the US and UK relative to the previous 7 months for the keyphrase** *Virginia Giuffre Virginia Roberts Ghislaine Maxwell.*

 

## XII     SUMMARY

64.     **The statements made against Ms. Giuffre have been disseminated to at least 115 online media or other sites in 178 separate stories or articles with a combined 66,909,965 individual unique visitors from 2 January 2015 to the date that I filed this report, inclusive. More likely than not, this is a conservative estimate.**

65.     Right to Amend: Although I have had access to materials publicly available pertaining to claims in this dispute, I have not been able to review all the material by the deadline for completion of this report.  I reserve the right to review and rely on any such material, including at the time of trial.  I also reserve the right to issue a supplemental or an amended report if my review of such material results in any significant change or addition to my opinion.

Respectfully submitted,

DATED: 09 September 2016

By_____

Dr. Bernard J. Jansen
Professor
College of Information Sciences and Technology
The Pennsylvania State University
University Park, PA, 16802
Phone: 434-249-8687
Email: jjansen@acm.orq
URL: http://ist.psu.edu/faculty pages/jjansen/

**Appendix A Curriculum Vitae**



**Full Professor**
College of Information Sciences and Technology
The Pennsylvania State University
University Park, Pennsylvania 16802, USA
Voice: +1-434-249-8687
Fax: 814-865-6426
Email: jjansen@acm.org
LinkedIn: www.linkedin.com/in/jjansen/
Blog: http://jimjansen.blogspot.com/

**Principal Scientist**, Social Computing Group, Qatar Computing Research Institute (QCRI), Hamad Bin Khalifa University, Doha, Qatar

**Affiliate Appointment**, Department of Computer Science and Engineering, The Pennsylvania State University

**Affiliate Appointment**, Department of Industrial and Manufacturing Engineering, The Pennsylvania State University

**Director**, Information Searching and Learning Laboratory, College of Information Sciences and Technology (ISL²), The Pennsylvania State University

**Current Advisory Boards**
- The Pennsylvania Technical Assistance Program (PennTAP) (http://penntap.psu.edu/)
- CLAK Impressions (http://www.linkedin.com/company/clak-impressions)
- Innoblue (http://www.linkedin.com/company/innoblue)

## Research

**Research Goal**: Increase the effectiveness and efficiency for accomplishing information tasks by improving the interaction among people, information, and technology

**Research Interests**:
I study the uses and affordances of the Web for information searching and ecommerce, with a focus on interactions among the person, information, and technology. Current active research areas are **Web searching**, **information retrieval**, **keyword advertising**, **online marketing**, and **online social networking** within the ecommerce domain.

- **Sponsored search** and **keyword advertising**
- **Social media** as an information source
- **Information searching** and **Web information retrieval**

**Short Bio**:
Jim has authored or co-authored **250 or so research publications**, with articles appearing in a multi-disciplinary and extremely wide range of journals and conferences. He is author of the book, Understanding Sponsored Search: A Coverage of the Core Elements of Keyword

## Research

Advertising (Cambridge University Press), author of the book Understanding User - Web Interactions Via Web Analytics, co-author of the book, Web Search: Public Searching of the Web, and co-editor of the book Handbook of Research on Weblog Analysis.

Jim is a full professor with the College of Information Sciences and Technology at **The Pennsylvania State University** and a Principal Scientist in the social computing group of the **Qatar Computing Research Institute, Hamad bin Khalifa University**. He is a graduate of **West Point** and has a PhD in computer science from **Texas A&M University**, along with master degrees from **Texas A&M** (computer science) and **Troy State** (international relations).

Jim is **editor-in-chief** of the journal, Information Processing & Management (Elsevier), a member of the editorial boards of seven international journals, former editor-in-chief of the journal, Internet Research (Emerald), and he has served on the research committee for the Search Engine Marketing Professional Organization (SEMPO). He has received **several awards and honors**, including an ACM Research Award and six application development awards, along with other writing, publishing, research, teaching, and leadership honors.

He has served as a Senior Fellow at the **Pew Research Center** with the Pew Internet and American Life Project and a university expert with the **National Ground Intelligence Center**. He is a Principle Scientist at the Qatar Computing Research Institute.

He has done several **consulting projects** (log analysis, statistical analysis) and **expert witnesses** cases (patent litigation, civil litigation, and class action suits) in the areas of keyword advertising, web analytics, co-registration, domain parking, webpage access, webpage history, and online advertising click fraud.

## Education

Ph.D. Computer Science, August 1999 - May 1996
**Texas A&M University**, College Station, Texas 77843
Dissertation: A Software Agent for Performance Improvement of an Existing Information Retrieval System
Advisor: Dr. Udo Pooch

M.CS. Computer Science, May 1996 - June 1994
**Texas A&M University**, College Station, Texas 77843
Research Area: Network Performance and Monitoring

M.S. International Relations, August 1994 - June 1992
**Troy State University**, European Division
Research Thesis: National Competitive Advantage

B.S. Computer Science, May 1985 - June 1981
**United States Military Academy**, West Point, New York 10996
Engineering Sequence: Electrical Engineering

## Academic Appointments

Current - 2014     **Full Professor**, College of Information Sciences and Technology, The Pennsylvania State University, University Park, PA, 16802, USA.

Current - 2015     **Principal Scientist**, Qatar Computing Research Institute (QCRI), Hamad Bin Khalifa University, Doha, Qatar

2014 - 2011     **University Researcher,** National Ground Intelligence Center, 2055 Boulders Road, Charlottesville, VA 22911

2014 - 2009     **Associate Professor**, College of Information Sciences and Technology, The Pennsylvania State University, University Park, PA, 16802, USA.

2012 - 2010     **Senior Fellow, Pew Internet and American Life Project, Pew Research Center, 1615 L Street, NW Suite 700 Washington, DC 20036**

2009 - 2003     **Assistant Professor**, College of Information Sciences and Technology, The Pennsylvania State University, University Park, PA, 16802, USA. (Previously, School of Information Sciences and Technology)

2003 - 2001     **Instructor**, School of Information Sciences and Technology, The Pennsylvania State University, University Park, PA, 16802, USA

2000 - 1999     **Lecturer**, Computer Science Program, University of Maryland (Asian Division), Seoul, 104-022, Republic of Korea

1999 - 1998     **Assistant Professor**, Department of Electrical Engineering and Computer Science, United States Military Academy, West Point, New York, 10996

1998 - 1996     **Lecturer**, Department of Electrical Engineering and Computer Science, United States Military Academy, West Point, New York, 10996, USA.

## Honors and Awards

2016     **2016 President's Award for Engagement with Students**, The Pennsylvania State University, University Park, Pennsylvania.

2015     **Best Paper**: Liu, Z. and **Jansen, B. J.** (2015) *Subjective versus Objective Questions: Perception of Question Subjectivity in Social Q&A*. 2015 International Conference on Social Computing, Behavioral-Cultural Modeling, and Prediction (SBP15). Washington DC, p. 131-140. 31 Mar.-3 Apr.

2011     **Teaching and Learning with Technology Fellow** at Penn State (May 2011 – May 2012). Teaching research fellowship to develop subject-based learning apps that leverage cellular technology, the contextual (location-aware) attributes of mobile technology, and social media. See tlt.its.psu.edu/2011/07/24/jim-jansen/

## Honors and Awards

2011 **Paper Award**: The article, *The Seventeen Theoretical Constructs of Information Searching and Information Retrieval*, published in <u>Journal of the American Society for Information Science and Technology</u> selected as **John Wiley Best JASIST Paper Award 2011** (see http://www.asis.org/awards/jasis_paper.html).

2010 Emerald Literati Network **2010 Award for Excellence for Outstanding Reviewer** for the journal <u>Internet Research</u> (http://info.emeraldinsight.com/authors/literati/index.htm)

2008 **Best Paper**, Jansen, B. J., Zhang, M., and Schultz, C. (2008) *The Effect of Brand on the Evaluation of IT System Performance*. Proceedings of the Southern Association for Information Systems Conference, Richmond, VA, USA 13-15 March 2008

2008 Presented with a **Google Faculty Research Award** ($50,000)

2007 Article selected as **Highly Commended Winner** at the Emerald Literati Network Awards for Excellence 2007. Spink, A. and Jansen, B. J. *(2006) Searching multiple federate content Web collections*, <u>Online Information Review</u>. 30(5), 485-495.

2004 Worldwide press coverage for book <u>Web Search: Public Searching of the Web</u>, co-authored with Dr. Amanda Spink. Including AP, Yahoo! News, CNN, MSN, and numerous other television, radio, Web, and print outlets.

2003 Worldwide press coverage and interviews 6/30/2003-7/3/2003 reference article: Jansen, B. J., and Spink, A. (2003) *An analysis of Web pages retrieved and viewed*, IC'03: Internet Computing: Web Mining Session, Las Vegas, 4-6 June, 2003. Including: BBC, Irish Radio, Washington Times, Psychology Today, and several U.S. radio stations.

2003 **ISI Most Highly Cited Articles in Field of Web Searching** for the manuscript Jansen, B. J., Spink, A., and Saracevic, T. (2000) *Real Life, Real Users, and Real Needs: A Study and Analysis of User Queries on the Web*, <u>Information Processing & Management</u>. 38(2), 207-227.

   The article was identified in May 2003 by ISI Essential Science Indicators to be one of the most cited papers in the research area of Web Searching Behavior.

2002 **Highly Commended Article** invited for journal publication. Jansen, B. J. (2002) *Towards Implementing a Cognitive Model of Searching*, Proceedings of the E-Learning 2002 Conference (Web Track), Montreal, Canada. 15-19 October.

2002 **Two Crystal Awards of Excellence** for outstanding software development in the communications field.

## Honors and Awards

2002    Worldwide press coverage and interviews 3/31/02- 4/5/02 reference article: Spink, A., Jansen, B. J., Wolfram, D., and Saracevic, T. (2002). *From e-sex to e-commerce: Web search changes*, IEEE Computer, *35*(3), 133-135.

  Including: Associated Press, BBC, CBC, MSNBC, Wall Street Journal, New York Times, PC World, CNN, Chinese People's Daily, Toronto Star, US News and World Report, San Francisco Chronicle, The Independent (UK), Business Week, Washington Post, Financial Times (UK), Information Week, Web, TV, newspaper (200+) and magazine media.

2002    **Award of Distinction** for interactive Web site development.

2002    **Two Awards of Excellence** for exceptional multimedia application development.

2002    US Army War College **Team of the Year** for outstanding contributions as team manager.

2001    **U.S. Army Visual Information Award** for multimedia development.

2000    **Highly Commended Award** by MCB Publishers, for: Spink, A., Bateman, J., and Jansen, B. J. (1999) *Searching the Web: A survey of Excite users*, Journal of Internet Research: Electronic Networking Applications and Policy, 9(2), 117-128.

1998    **Top Paper Award** for: Spink, A., Bateman, J., and Jansen, B. J. (1998) *Users' searching behavior on the Excite Web search engine*, 1999 World Conference on the WWW and Internet, Orlando, Florida.

1997    **ACM Student Research Award** for: Jansen, B. J. (1997) *Simulated Annealing for Query Results Ranking*, Computer Science Education Conference, San Jose, CA. 28 – 30 February.

1992    **Writing and Research Award**, U.S. Marine Corps University.

1992    **Research Award** from U.S. Army Trainer Journal

## Books

**Jansen, B. J.** (2011). Understanding Sponsored Search: Coverage of the Core Elements of Keyword Advertising. Cambridge University Press: Cambridge, UK.

**Jansen, B. J.** (2009) Understanding User – Web Interactions via Web Analytics. Morgan-Claypool Lecture Series. Marchionini, G. (Ed). Morgan-Claypool: San Rafael, CA.

**Jansen, B. J.**, Spink, A., and Taksa, I. Editors. (2009) Handbook of Research on Web Log Analysis, Hershey, PA: Idea Group Publishing.

## Books

Spink, A., and **Jansen, B. J.** (2004) <u>Web Search: Public Searching of the Web</u>, Dordrecht: Kluwer Academic Publishers.

## Parts of Books

**Jansen, B. J.** (2016) *Log Analysis*. <u>Research Methods in Library and Information Science</u>. Libraries Unlimited.

Mukherjee, P, Kozlek, B., Gyorke, A., Camplese, C. and **Jansen, B. J.** (2014) *Leveraging Mobile Technology to Enhance Both Competition and Cooperation in an Undergraduate STEM Course*. <u>Innovative Practices in Teaching Information Sciences and Technology: Experience Reports and Reflections</u>. p. 167-178. New York: Springer.

Reddy, M. C., **Jansen, B. J.**, Spence, P. R. (2010) *Collaborative Information Behavior: Exploring Collaboration and Coordination During Information Seeking and Retrieval Activities*. Foster, J. (Ed.), <u>Collaborative Information Behavior: User Engagement and Communication Sharing</u>. p. 73 - 88. Hershey, PA: IGI.

Booth, D., and **Jansen, B. J.** (2009) *A review of methodologies for analyzing Websites*. In B. J. Jansen, A. Spink & I. Taksa (Eds.), <u>Handbook of Web Log Analysis</u>. p. 143-164. Hershey, PA: IGI.

**Jansen, B. J.** (2009) *The methodology of search log analysis*. In B. J. Jansen, A. Spink & I. Taksa (Eds.), <u>Handbook of Web log analysis</u>. p. 100-123. Hershey, PA: IGI.

**Jansen, B. J.**, Taksa, I., and Spink, A. (2009) *Research and methodological foundations of transaction log analysis*. In B. J. Jansen, A. Spink & I. Taksa (Eds.), <u>Handbook of Web Log Analysis</u>. p. 1-17. Hershey, PA: IGI.

Rainie, L., and **Jansen, B. J.** (2009) *Surveys as a complementary method to Web log analysis*. In B. J. Jansen, A. Spink & I. Taksa (Eds.), <u>Handbook of Web Log Analysis</u>. p. 39-64. Hershey, PA: IGI.

Taksa, I., Spink, A., and **Jansen, B. J.** (2009) *A review of methods in presented in the handbook of weblog analysis*. In B. J. Jansen, A. Spink & I. Taksa (Eds.), <u>Handbook of Web Log Analysis</u>. p. -358. Hershey, PA: IGI.

Zhang, M., and **Jansen, B. J.** (2009) *Using action-object pairs as a conceptual framework for transaction log analysis*. In B. J. Jansen, A. Spink & Taksa, I. (Eds.), <u>Handbook of Web Log Analysis</u>. p. 416-435. Hershey, PA: IGI.

**Jansen, B. J.** and Spink, A. (2008) *Logfile analysis*. In <u>International Encyclopedia of Communication</u>. Editors: Robin Mansell. Oxford: Blackwell Press. 6. p. 2730-2734.

## Parts of Books

**Jansen, B. J.** and Spink, A. (2008) *How to Define Searching Sessions on Web Search Engines*. In Lecture Notes in Artificial Intelligence, LNAI 4198, Advances in Web Mining and Web Usage Analysis. Editors: Olfa Nasraoui, Osmar Zaiane, Myra Spiliopoulou, Bamshad Mobasher, Philip Yu, Brij Masand. p. 92 – 109. Berlin Heidelberg: Springer-Verlag.

**Jansen, B. J.**, Berkheiser, W, Spink, A., and Pedersen, J. (2007) *How people search for governmental information on the Web*. In: Encyclopedia of Digital Government. Editors: Ari-Veikko Anttiroiko and Matti Malkia. p. 933-939. Hershey, PA: Idea Group Publishing.

Wolfe, R., **Jansen, B. J.**, and Spink, A. (2006) *Semantics and the medical Web: A review of barriers and breakthroughs in effective healthcare query.* In: Advances in Electronic Business. Vol. II. Editors: E. Li and D.C. Timon. p. 267-279. Hershey, PA: Idea Group Publishing.

Jansen, K. J., Corley, K. G., and **Jansen, B. J.** (2006) *E-Survey methodology: A review, issues, and implications*. In Encyclopedia of Electronic Surveys and Measurements (EESM)U. Editors: Jason D. Baker and Robert Woods. p. 1-8. Hershey, PA: Idea Group Publishing.

**Jansen, B. J.** and Spink, A. (2004) *An analysis of documents viewing patterns of Web search engine users*, In Web Mining: Applications and Techniques. Editor: Anthony Scime. p. 339-354. Hershey, PA: Idea Group Publishing.

**Jansen, B. J.** (2004) *The use of query operators and their effect on the results of Web search engines*, In Issues of Human Computer Interaction. Editor: Dr. Anabela Sarmento. p. 50-72. Hershey, PA: Idea Group Publishing.

## Refereed Journal Articles

Coughlin, D. and **Jansen, B. J.** (2016) *Modeling Journal Bibliometrics to Predict Downloads and Inform Purchase Decisions at University Research Libraries*. Journal of the Association for Information Science and Technology.

Liu, Z., and **Jansen, B. J.** (2016) *ASK: A Taxonomy of Information Seeking Posts in Social Question and Answering*. Journal of the Association for Information Science and Technology.

Liu, Z., and **Jansen, B. J.** (2016) *Understanding and Predicting Question Subjectivity in Social Question and Answering*. IEEE Transactions on Computational Social Systems. 3(1), 32-41.

Ortiz-Cordova, A. and **Jansen, B. J.** (2016) *Associating Searching on Search Engines to Subsequent Searching on Sites*. International Journal of Information Systems in the Service Sector. 8(2), 30-43.

**Refereed Journal Articles**

Coughlin, D., Campbell, M., and **Jansen, B. J**. (2015) *A Web Analytics Approach for Appraising Electronic Resources in Academic Libraries*. Journal of the Association for Information Science and Technology. 67(3), 518-534.

Ortiz-Cordova, A., Yang, Y., and **Jansen, B. J**. (2015) *External to Internal Search: Associating Searching on Search Engines with Searching on Sites*. Information Processing & Management. 51(5), 718–736.

Mukherjee, P, Kozlek, B., **Jansen, B. J.**, Gyorke, A., and Camplese, C. (2014) *Designing a Mobile and Socially Networked Learning Assistant for a University-level Keyword Advertising Course*. MERLOT Journal of Online Learning and Teaching. 10(3), 351-373.

Yang, Y., Qin, R., Zhang, J., Zeng, D., and **Jansen, B. J**. (2014) *Budget Planning for Coupled Campaigns in Sponsored Search*. International Journal of Electronic Commerce. 18(3), 39-66.

Mukherjee, P. and **Jansen, B. J**. (2014) *Performance Analysis of Keyword Advertising Campaign Using Gender-Brand Effect of Search Queries*. Electronic Commerce Research and Applications. 13(2), 139–149.

**Jansen, B. J**., Liu, Z., and Simon, Z. (2013) *The Effect of Ad Rank on Performance of Keyword Advertising Campaigns*. Journal of the American Society for Information Science and Technology. 64(10), 2115-2132.

**Jansen, B. J**., Moore, K., and Carman, S. (2013) *Evaluating The Performance of Demographic Targeting Using Gender in Keyword Advertising*. Information Processing & Management. 49(1), 286-302.

**Jansen, B. J**., Zhang, L, and Mattila, A. S. (2012) *Investigating Brand Knowledge of Web Search Engines: User Reactions to Search Engine Logos*. Electronic Commerce Research. 12(4), 429-454.

Zhang, L, **Jansen, B. J.**, Mattila, A. S. (2012) *A Branding Model for Web Search Engines*. International Journal of Internet Marketing and Advertising. 7(3), 195 – 216.

Ortiz-Cordova, A. and **Jansen, B. J**. (2012) *Classifying Web Search Queries in Order to Identify High Revenue Generating Customers*. Journal of the American Society for Information Science and Technology. 63(7), 1426 – 1441.

Zhang, M., **Jansen, B. J.**, and Chowdhury, A. (2011) *Influence of Business Engagement in Online Word-of-mouth Communication on Twitter: A Path Analysis*. Electronic Markets: The International Journal on Networked Business. 21(3), 161-175.

**Jansen, B. J**., Sobel, K., and Zhang, M. (2011) *The Brand Effect of Key Phrases and Advertisements in Sponsored Search*. International Journal of Electronic Commerce. 6(1), 77-106.

**Refereed Journal Articles**

**Jansen, B. J.**, Liu, Z., Weaver, C., Campbell, G. and Gregg, M. (2011) *Real Time Search on the Web: Queries, Topics, and Economic Value*. Information Processing & Management. 47(4), 491-506.

**Jansen, B. J.**, Sobel, K. and Cook, G. (2011) *Classifying Ecommerce Information Sharing Behaviour by Youths on Social Networking Sites.* Journal of Information Science. 37(2), 120-136.

**Jansen, B. J.** and Schuster, S. (2011) *Bidding on the Buying Funnel for Sponsored Search Campaigns.* Journal of Electronic Commerce Research. 12(1), 1-18.

Kuthuria, A., **Jansen, B. J.**, Hafernik, C. (2010) *K-means Clustering to Determine User Intent of Web Queries*. Journal of Internet Research: Electronic Networking Applications and Policy. 20(5), 563-581.

Rosso, M. A. and **Jansen, B. J.** (2010) *Brand Names as Keywords in Sponsored Search Advertising.* Communications of the Association for Information Systems. 27(1), Article 6. Available at: http://aisel.aisnet.org/cais/vol27/iss1/6

**JASIST Best Paper**    **Jansen, B. J.**, and Rieh, S. (2010) *The Seventeen Theoretical Constructs of Information Searching and Information Retrieval.* Journal of the American Society for Information Science and Technology. 61(8), **1517-1534**.

**Jansen, B. J.**, Tapia, A. H., and Spink, A. (2010) *Searching for salvation: An analysis of US religious searching on the World Wide Web,* Religion. 40(1), 39-52.

**Highly Cited**    **Jansen, B. J.**, Zhang, M, Sobel, K, and Chowdury, A. (2009) *Twitter Power: Tweets as Electronic Word of Mouth*. Journal of the American Society for Information Science and Technology. 60(11), 2169-2188.

> Recognized as one of the **top 10 most highly cited papers in JASIST** published since 2001 http://www.asis.org/Bulletin/Aug-12/AugSep12_Bar-Ilan.html

**Jansen, B. J.**, Booth, D. and Smith, B. (2009) *Using the taxonomy of cognitive learning to model online searching*. Information Processing & Management. 45(6), 643-663.

Tjondronegoro, D., Spink, A., and **Jansen, B. J.** (2009) *A Study and Comparison of Multimedia Web Searching: 1997-2006.* Journal of the American Society for Information Science and Technology. 60(9), **1756-1768.**

**Jansen, B. J.**, Zhang, M., and Schultz, C. (2009). *Search engine brand and the effect on user perception of searching performance.* Journal of the American Society for Information Science and Technology. 60(8), **1572-1595.**

Flaherty, T. B., **Jansen, B. J.**, Hofacker, C., and Murphy, J. (2009). *Insights on the Google Online Marketing Challenge and Its Successful Classroom Implementation*. Journal of Online Learning and Teaching, *5*(2), 446-457.

## Refereed Journal Articles

**Jansen, B. J.**, Booth, D. L., and Spink, A. (2009). *Patterns of query modification during Web searching*. <u>Journal of the American Society for Information Science and Technology</u>. **60(7),** 1358-1371.

**Jansen, B. J.**, Flaherty, T.B., Baeza-Yates, R., Hunter, L., Kitts, B., and Murphy, J. (2009). *The Components and Impact of Sponsored Search*. <u>IEEE Computer.</u> 42(5) 98-101.

Rosso, M., McClelland, M. K., **Jansen, B. J.**, and Fleming, S. W. (2009) *Using Google AdWords in the MBA MIS Course*. <u>Journal of Information System Education</u>. 20(1), 41-50.

Zhang, Y., **Jansen, B. J.**, and Spink, A. (2009) ***Identification of factors predicting clickthrough in Web searching using neural network analysis.*** <u>*Journal of the American Society for Information Science and Technology*</u>. *60(3),* **557-570.**

Zhang, Y., **Jansen, B. J.**, and Spink, A. (2009) *Time Series Analysis of a Web Search Engine Transaction Log*, <u>Information Processing & Management</u>. 45(2), 230-245.

**Jansen, B. J.** and Spink, A. (2009) *Investigating Customer Click through Behavior with Integrated Sponsored and Non-Sponsored Results*, <u>International Journal of Internet Marketing and Advertisement</u>, 5(1/2), 74-94.

**Jansen, B. J.**, Ciamacca, C., and Spink, A. (2008) *An Analysis of travel searching on the Web,* <u>Journal of Information Technology and Tourism</u>. 10(2), 101-118.

**Jansen, B. J.** and Mullen, T. (2008) *Sponsored search: An overview of the concept, history, and technology,* <u>International Journal of Electronic Business</u>. 6(2), 114 – 131.

Spink, A., and **Jansen, B. J.** (2008) *Trends in searching for business and e-commerce information on Web search engines,* <u>International Journal of Electronic Commerce</u>. 9(2), 154-161.

**Highly Cited**

**Jansen, B. J.**, Booth, D., and Spink, A. (2008) *Determining the informational, navigational, and transactional intent of Web queries,* <u>Information Processing & Management</u>. 44(3), 1251-1266.

> The most cited article in IP&M published since 2008
> (http://www.journals.elsevier.com/information-processing-and-management/most-cited-articles/)

**Jansen, B. J.** (2008) *Searching for digital Images on the Web,* <u>Journal of Documentation</u>. 64(1), 81-101.

**Jansen, B. J.** and Eastman, C. (2008) *Limitations of advanced searching techniques on Web search engines,* <u>Journal of Electronic Resources in Law Librarianship</u>. 1(1), 55-81.

**Refereed Journal Articles**

**Highly Cited**

Reddy, M. C. and **Jansen, B. J.** (2008) *A model for understanding collaborative information behavior in context: A study of two healthcare teams,* Information Processing & Management. 44 (1), 256-273.

One of the Top 25 most cited articles in IP&M published since 2008 (http://www.journals.elsevier.com/information-processing-and-management/most-cited-articles/)

**Jansen, B. J.**, Zhang, M., and Spink, A. (2007) *Patterns and transitions of query reformulation during Web searching,* International Journal of Web Information Systems. 3(4), 328-340.

**Jansen, B. J.**, Brown, A., and Resnick, M. (2007) *Factors relating to the decision to click-on a sponsored link,* Decision Support Systems. 44(1), 46-59.

**Jansen, B. J.** and Spink, A. (2007) *Sponsored search: Is money a motivator for providing relevant results?,* IEEE Computer. 40(8), 50-55.

**Jansen, B. J.** (2007) *Click fraud.* IEEE Computer. 40(7), 85-86.

**Jansen, B. J.** (2007) *The comparative effectiveness of sponsored and non-sponsored results for Web ecommerce queries,* ACM Transactions on the Web. 1(1), Article 3.

**Jansen, B. J.**, Spink, A., Blakely, C., and Koshman, S. (2007) *Defining a session on Web search engines, Journal of the American Society for Information Science and Technology. 58(6), 862-871.*

**Jansen, B. J.**, Spink, A., and Koshman, S. (2007) *Web searcher interactions with the Dogpile.com meta-search engine, Journal of the American Society for Information Science and Technology. 58(5), 744-755.*

**Jansen, B. J.**, Mullen, T., Spink, A., and Pederson, J. *(2006) Automated gathering of Web information: An in-depth examination of agents interacting with search engines,* ACM Transactions on Internet Technology. 6(4), 442-464.

**Jansen, B. J.** and Resnick, M. *(2006) An examination of searcher's perceptions of non-sponsored and sponsored links during ecommerce Web searching, Journal of the American Society for Information Science and Technology. 57(14),* **1949-1961.**

Koshman, S. Spink, A., **Jansen, B. J.**, Park, M., and Fields, C. *(2006) Web Searching on the Vivisimo search engine, Journal of the American Society for Information Science and Technology. 57(14),* **1875-1887.**

Spink, A., **Jansen, B. J.**, Blakely, C., and Koshman, S. *(2006) Overlap among major search engines,* Journal of Internet Research: Electronic Networking Applications and Policy. 16(4), 419-426.

**Refereed Journal Articles**

**Jansen, B. J.** *(2006) Search log analysis: What is it; what's been done; how to do it,* <u>Library and Information Science Research</u>, 28(3), 407-432.

**Paper Award**

Spink, A., and **Jansen, B. J.** *(2006) Searching multiple federate content Web collections,* <u>Online Information Review</u>. 30(5), 485-495.

Spink, A., Partridge, H., and **Jansen, B. J.** *(2006) Sexual/pornographic Web searching: Trends analysis,* <u>First Monday</u>. 11(9). http://www.firstmonday.org/issues/issue11_9/spink/index.html.

**Jansen, B. J.** *(2006) Paid search,* <u>IEEE Computer</u>. 39(7), 88-90.

Spink, A., **Jansen, B. J.**, Blakely, C., and Koshman, S. *(2006) A study of results overlap and uniqueness among major Web search engines,* <u>Information Processing & Management</u>. 42(5), 1379-1391.

**Jansen, B. J.** *(2006) Using temporal patterns of interactions to design effective automated searching assistance systems,* <u>Communications of the ACM</u>. 49(4), 72-74.

**Jansen, B. J.** and Molina, P. *(2006) The effectiveness of Web search engines for retrieving relevant ecommerce links,* <u>Information Processing & Management</u>. 42(4), 1075-1098.

**Jansen, B. J.** and McNeese, M. D. *(2005) Evaluating the effectiveness of and patterns of interactions with automated assistance in IR systems,* <u>Journal of the American Society for Information Science and Technology</u>. **56(14), 1480-1503.**

**Most Accessed**

**Jansen, B. J.** and Spink, A. (2005) *How are we searching the World Wide Web?: An analysis of nine search engine transaction logs,* <u>Information Processing & Management</u>. 42(1), 248-263.

Routinely listed as one of the most downloaded articles published in IP&M (http://www.journals.elsevier.com/information-processing-and-management/most-downloaded-articles/)

Spink, A., Park, M., **Jansen, B. J.**, and Pedersen, J. (2005) *Multitasking during Web search sessions,* <u>Information Processing & Management</u>. *42(1), 264-275.*

**Jansen, B. J.**, Jansen, K. J., and Spink, A. (2005) *Using the Web to look for work: Implications for online job seeking and recruiting,* <u>Journal of Internet Research: Electronic Networking Applications and Policy</u>. 15(1), 49-66.

**Jansen, B. J.**, Spink, A, and Pederson, J. (2005) *Trend analysis of AltaVista Web searching,* <u>Journal of the American Society for Information Science and Technology</u>. 56(6), 559-570.

**Jansen, B. J.** (2005) *Seeking and implementing automated assistance during the search process,* <u>Information Processing & Management</u>. 41(4), 909-928.

## Refereed Journal Articles

**Jansen, B. J.**, Spink, A., and Pederson, J. (2005) *The effect of specialized multimedia collections on Web searching*, Journal of Web Engineering. 3(3/4), 182-199.

Spink, A. and **Jansen, B. J.** (2005) *A study of Web search trends*, Webology. **1**(2), Article 4, Available at: http://www.webology.ir/2004/v1n2/a4.html.

**Jansen, B. J.** and Spink, A. (2004) *An analysis of Web searching by European Alltheweb.com users*, Information Processing & Management. 41(2), 361-381.

Spink, A., **Jansen, B. J.**, and Pedersen, J. (2004) *Searching for people on Web search engines, Journal of Documentation*. 60, (3), 266-278.

Spink, A., Yang, Y., **Jansen, B. J.**, Nvkanen, P., Ozmutlu, S., and Ozmutlu, C. (2004) *Medical and health Web searching: an exploratory study*, Health Information and Libraries Journal. 21(1), 44-51.

**Jansen, B. J.** and Pooch, U. (2004) *Improving IR system performance using software integration,* Journal of Internet Research: Electronic Networking Applications and Policy. 14(1), 19-33.

Spink, A., Koricich, A., and **Jansen, B. J.** (2004) *Sexual searching on Web search engines,* Cyber-psychology and Behavior. 7(1), 65-72.

Eastman, C. and **Jansen, B. J.** (2003) *Coverage, relevance, and ranking: the impact of query operators on Web search engine results*, ACM Transactions on Information Systems. 21(4), 383-411.

Spink, A., **Jansen, B. J.**, Wolfram, D., and Saracevic, T. (2002) *From e-sex to e-commerce: Web search changes,* IEEE Computer. 35(3), 107-111.

Wolfram, D., Spink, A., **Jansen, B. J.**, and Saracevic, T. (2001) *Vox populi: The public searching of the Web*, Journal of the American Society for Information Science and Technology. 52(12), 1073-1074.

**Highly Cited**

**Jansen, B. J.** and Pooch, U. (2001) *Web user studies: A review and framework for future work*, Journal of the American Society for Information Science and Technology. 52(3), 235-246.

Recognized as one of the **top 10 most highly cited papers in JASIST** published since 2001 http://www.asis.org/Bulletin/Aug-12/AugSep12_Bar-Ilan.html

**Highly Cited**

Spink, A., Wolfram, D., **Jansen, B. J.**, and Saracevic, T. (2001). *Searching of the Web: the public and their queries, Journal of the American Society for Information Science and Technology*. *52*(3), 226-234.

Recognized as the **most highly cited paper in JASIST** published since 2001 http://www.asis.org/Bulletin/Aug-12/AugSep12_Bar-Ilan.html

48

## Refereed Journal Articles

Brown, G., Fisher, M., Stoll, N., Beeksma, D., Black, M., Taylor, R., Choe, S., Williams, A., Bryant, W., and **Jansen, B. J.** (2000) *Leveraging a Y2K evaluation to improve information systems architecture,* Communications of the ACM. 43(10), 90-97.

**ISI Paper Award**

**Jansen, B. J.**, Spink, A., and Saracevic, T. (2000) *Real life, real users, and real needs: A study and analysis of user queries on the Web,* Information Processing & Management. 36(2), 207-227.

**Jansen, B. J.**, Goodrum, A., and Spink, A. (2000) *Searching for multimedia: video, audio, and image Web queries,* World Wide Web Journal. 3(4), 249-254.

Spink, A., **Jansen, B. J.**, and Ozmutlu, C. (2000) *Use of query reformulation and relevance feedback by Web users,* Journal of Internet Research: Electronic Networking Applications and Policy. 10(4), 317-328.

Schmoyer, T. and **Jansen, B. J.** (2000) *An adaptive hypermedia system for improving an organization's customer support,* WebNet Journal. 2(4), 30-35.

**Jansen, B. J.** (2000) *An investigation into the use of simple queries on Web IR systems,* Information Research: An Electronic Journal. 6(1). http://informationr.net/ir/6-1/paper87.html

**Paper Award**

Spink, A., Bateman, J., and **Jansen, B. J.** (1999) *Searching the Web: A survey of Excite users,* Journal of Internet Research: Electronic Networking Applications and Policy. 9(2). 117-128.

Spink, A., Bateman, J., and **Jansen, B. J.** (1998) *Searching heterogeneous collections on the Web: Behavior of Excite users,* Information Research: An Electronic Journal. 5(2). http://informationr.net/ir/4-2/paper53.html

**Jansen, B. J.** (1997) *Using an intelligent agent to enhance the performance of an information retrieval engine,* First Monday. 2(3). http://www.firstmonday.dk/issues/issue2_3/jansen/index.html

## Book Reviews

**Jansen, B. J.** (2008) Book review: *Making Sense of Data: A Practical Guide to Exploratory Data Analysis and Data Mining* by Glenn J. Myatt. Wiley. 2007 pages 280. **$74.95.** Information Processing & Management. *44(2),* 978-979.

**Jansen, B. J.** (2007) Book review: *The Long Tail: Why the Future of Business is Selling Less or More.* By Chris Anderson. Hyperion: New York. 2006. $24.95 ISBN: 1-4013-0237-8. Information Processing & Management. *43(4),* 1147-1148.

## Book Reviews

**Jansen, B. J.** (2007) Book review: *The Craft of Research*, 2nd edition (Chicago Guides to Writing, Editing, and Publishing) (Paperback) by Wayne C. Booth, Joseph M. Williams, Gregory G. Colomb. Paperback: 336 pages. University of Chicago Press; 2nd edition. ISBN: 0226065685. Information Processing & Management. 43(3), 827-828.

**Jansen, B. J.** (2007) Book review: *Effective Expert Witnessing*, Fourth Edition, by Jack V. Matson, Suha F. Daou, and Jeffrey G. Soper. 160 pages. CRC. ISBN: 0849313015. $99.95. Information Processing & Management. 43(3), 830-831.

**Jansen, B. J.** (2007) Book review: *Messages, Meanings and Symbols: The Communication of Information.* By Charles T. Meadow. Lanham, MD: Scarecrow Press, 2006. 264 pp. $40.00 (paper). ISBN 0-8108-5271-3. *Library and Information Science Research. 29(2), 303-304.*

**Jansen, B. J.** (2006) Book review: *The Search: How Google and Its Rivals Rewrote the Rules of Business and Transformed our Culture.* by John Battelle. Penguin Group. 311 pages. Cost: $25.95. ISBN: 1591840880. Information Processing & Management. *42*(5), 1399-1401.

**Jansen, B. J.** (2006) Book review: *Theories of Information Science Behavior*. 2005, Edited by Karen E. Fisher, Sanda Erdelez, and Lynn (Ed.) McKechnie. ASIST Monograph Series. Information Today, Inc. Medford, New Jersey. 431 pages. Cost: $49.50. Information Processing & Management. *42*(5), 1392-1395.

**Jansen, B. J.** (2005) Book review: *Mining the Web: Discovering Knowledge from Hypertext Data.* 2002. Soumen Chakrabarti. Morgan-Kaufmann Publishers, 352 pages. Cost: $54.95. ISBN: 1-55860-754-4. Information Processing & Management. *42*(1), 317-318.

## Non-refereed Articles

**Jansen, B. J.**, Chowdhury, A., and Cook, G. (2010) *The Ubiquitous and Increasingly Significant Status Message.* Interactions. May/June, 15-17.

**Jansen, B. J.**, Hudson, K., Hunter, L., Liu, F., and Murphy, J. (2008) *The Google Online Marketing Challenge: Real-World Learning with Real Clients, Real Money, and Real Advertising Campaigns*, Journal of Interactive Advertising. 9(1), http://www.jiad.org/article109

**Jansen, B. J.** (2008) *Sponsored search,* International Journal of Electronic Business. 6(2), 112-113.

Edmonds, A., Hawkey, K., **Jansen, B. J.**, Kellar, M., and Turnbull, D. (2007) *Editorial for Special Issue on Logging Traces of Web,* Journal of Web Engineering. 6(3), 193-195.

**Jansen, B. J.** (*2006) Paid search as an information seeking paradigm,* Bulletin of the American Society for Information Science and Technology. 32(2), 7-8.

Spink, A., Ozmutlu, S., Ozmutlu, H. C., and **Jansen, B. J.** (2002) *U.S. versus European Web searching trends,* SIGIR Forum. 32(1), 30-37.

## Non-refereed Articles

**Jansen, B. J.**, Riedt, R., and Turner, J. (2002) *Hitting the moving technology target,* SIGNAL: International Journal of AFCEA. 56(80), 65.

Schmoyer, T. and **Jansen, B. J.** (2001) *Personalized computer interaction improves customer service,* SIGNAL: International Journal of AFCEA. 55(9), 63-65.

**Jansen, B. J.** and Spink, A. (2000) *Methodological approach in discovering user search patterns through Web log analysis,* Bulletin of the American Society for Information Science and Technology. 27(1), 15-17.

**Jansen, B. J.**, Spink, A., Bateman, J., and Saracevic, T. (1998) *Real life information retrieval: A study of user queries on the Web,* SIGIR Forum. 32(1), 5 -17. 128.

Crow, D. and **Jansen, B. J.** (1998) *Seminal works in computer human interaction,* SIGCHI Bulletin. 30(3), 24-28.

**Jansen, B. J.** (1998) *The graphical user interface: An introduction,* SIGCHI Bulletin. 30(2), 22-26.


## Manuscripts Accepted for Publication

Liu, Z., and **Jansen, B. J.** (forthcoming) *Predicting the Response Rate in Social Question and Answering on Sino Weibo.* Information Processing & Management.

Liu, Z., and **Jansen, B. J.** (forthcoming) *Identifying the Desire to Help: Predicting User Willingness for Knowledge Sharing in Social Question and Answer.* Information Processing & Management.


## Manuscripts Submitted for Publication

Mukherjee, P. and **Jansen, B. J.** (under review) *Brand Conversing and Brand Searching: A Temporal Analysis of Social Media and Search Concerning Super Bowl 2015 Commercials.* Internet Research.

## Refereed Conference Proceedings

Brown, A., Lush, B., and **Jansen, B. J.** (under review) *Pixel Efficiency Analysis: A Methodology for Quantitative Web Analytics for Academic Library and Other Non-commercial Websites.* The First International Conference on Information Systems and Applications (ICISA2016), Manama, Kingdom of Bahrain. 17-18 Nov.

**Refereed Conference Proceedings**

Kwak, H., An, J. and **Jansen, B. J.** (2017) *Automatic Generation of Personas Using YouTube Social Media Data*. Hawaii International Conference on System Sciences (HICSS-50). Waikoloa, Hawaii. 4-7 January.

Gao, Y., Reddy, M., and **Jansen, B. J.** (2017) *ShopWithMe!: Collaborative Information Searching and Shopping for Online Retail*. Hawaii International Conference on System Sciences (HICSS-50). Waikoloa, Hawaii. 4-7 January.

Whitman, A. and **Jansen, B. J.** (2016) *Commercial Consequences of Amazon's Community Forums: The Case of the Kindle*. The Second International Workshop on Online Social Networks Technologies (OSNT-2016), 13th ACS/IEEE International Conference on Computer Systems and Applications AICCSA 2016. 29 November - 2 December.

An, J., Kwak, H. and **Jansen, B. J.** (2016) *Validating Social Media Data for Automatic Persona Generation*. The Second International Workshop on Online Social Networks Technologies (OSNT-2016), 13th ACS/IEEE International Conference on Computer Systems and Applications AICCSA 2016. 29 November - 2 December.

Das, A., Das, S.S., Ziegelmayer, J.L., **Jansen, B. J.** (2016) *Attention Allocation and Choice: An Eye-Tracking Study*. Annual Meeting of the Society for Judgment and Decision Making (SJDM2016). Boston, Massachusetts, 18-21 November.

Brown, A., Lush, B., and **Jansen, B. J.** (2016) *Pixel Efficiency Analysis:* A Quantitative Web Analytics Approach. 2016 Annual Meeting of the Association for Information Science and Technology, Copenhagen, Denmark, 14-18 Oct.

Mukherjee, P. and **Jansen, B. J.** (2016) *Formality Identification in Social Media Dialogue*. 2016 International Conference on Social Computing, Behavioral-Cultural Modeling, and Prediction (SBP16). Washington DC p. 375-380. 21 June-1 July.

Wong, J.S., Pursel, B., Divinsky, A., and **Jansen, B. J.** (2016) *An Analysis of Cognitive Learning Context in MOOC Forum Messages*. ACM Conference on Human Factors in Computing Systems (CHI2016), San Jose, CA, USA, 7-12 May.

Gao, Y, Reddy, M., and **Jansen, B. J.** (2016) *Shopping as Searching: Collaborative Web Search in the Ecommerce Domain*. ACM Conference on Human Factors in Computing Systems (CHI2016), San Jose, CA, USA, 7-12 May.

Mukherjee, P. and **Jansen, B. J.** (2016) *Second Screen Interaction Analysis for IRL Events: Phase-Category Investigation of the Super Bowl 2015 Social Soundtrack*. The 7th International Conference on Information and Communication Systems (ICICS 2016). Irbid, Jordan. 5-7 April.

Mukherjee, P. and **Jansen, B. J.** (2015) *Correlation of Brand Mentions in Social Media and Web Searching Before and After Real Life Events: Phase Analysis of Social Media and Search Data for Super Bowl 2015 Commercials*. International Workshop on Event Analytics Using Social Media Data, IEEE International Conference on Data Mining (ICDM2015) Atlantic City, New Jersey. 14-17 Nov., p. 21-26.

**Refereed Conference Proceedings**

Wong, J.S., Pursel, B., Divinsky, A. and **Jansen, B. J.** (2015) *Analyzing MOOC Discussion Forum Messages to Identify Cognitive Learning Exchanges*. 2015 Annual Meeting of the Association for Information Science & Technology. St. Louis, Mo. 6-10 Nov.

Liu, Z., and **Jansen, B. J.** (2015) *Analysis of Question and Answering Behavior in Question Routing Services*. 21st International Conference on Collaboration and Technology (CRIWG 2015). Yerevan, Armenia. 22 – 25 Sept., p.72-85.

Liu, Z., and **Jansen, B. J.** (2015) *A Taxonomy for Classifying Questions Asked in Social Question and Answering*. ACM CHI Conference on Human Factors in Computing (CHI 2015), Seoul, South Korea, 18-23 Apr.

Coughlin, D. and **Jansen, B. J.** (2015) *Predicting Downloads of Academic Articles To Inform Online Content Management*. 6th International Conference on Information and Communication Systems (ICICS2015). Amman, Jordan. 8-9 Apr.

Wong, J.S., Pursel, B., Divinsky, A. and **Jansen, B. J.** (2015). *An Analysis of MOOC Discussion Forum Interactions from the Most Active Users*. 2015 International Conference on Social Computing, Behavioral-Cultural Modeling, and Prediction (SBP15). Washington DC, p. 452-457. 31 Mar.-3 Apr.

**Paper Award**

Liu, Z., and **Jansen, B. J.** (2015) *Subjective versus Objective Questions: Perception of Question Subjectivity in Social Q&A*. 2015 International Conference on Social Computing, Behavioral-Cultural Modeling, and Prediction (SBP15). Washington DC p. 131-140. 31 Mar.-3 Apr.

Mukherjee, P. and **Jansen, B. J.** (2015) *Analyzing Second Screen Based Social Soundtrack of TV Viewers from Diverse Cultural Settings*. 2015 International Conference on Social Computing, Behavioral-Cultural Modeling, and Prediction (SBP15). Washington DC p. 375-380. 31 Mar.-3 Apr.

Ortiz-Cordova, A. and **Jansen, B. J.** (2015) *The Relationship Between Searching on Search Engines and Searching on Sites*. International Conference on Information Systems and Technologies (ICIST'2015). Istanbul, Turkey. 21-23 March.

Mukherjee, P. and **Jansen, B. J.** (2015) *Evaluating Pattern for Group Interactions using Second Screens*. In Computing, Networking and Communications Workshop (CNC), 2015 International Conference on Computing, Networking and Communications, Anaheim, CA. 16-19 Feb.

Mukherjee, P. and **Jansen, B. J.** (2015) *Evaluating Classification Schemes for Second Screen Interactions*, 2015 International Conference on Computing, Networking and Communications, Anaheim, CA. 16-19 Feb.

Mukherjee, P., Wong, J.S., and **Jansen, B. J.** (2014) *Patterns of Social Media Conversations Using Second Screens*. The Sixth ASE International Conference on Social Computing (SocialCom 2014). Stanford, CA. 27-31 May.

## Refereed Conference Proceedings

Liu, Z., and **Jansen, B. J.** (2014) *Predicting Potential Responders in Social Q&A Based on non-QA Features*. ACM CHI Conference on Human Factors in Computing (CHI 2014), p. 2131-2136. Toronto, Canada. 26 April - 1 May.

Ortiz-Cordova, A. and **Jansen, B. J.** (2014) *Linking External and Internal Search: Investigating the Site Searching Patterns of Referred Searchers*. ACM CHI Conference on Human Factors in Computing Systems (CHI 2014), p. 1345-1350. Toronto, Canada. 26 April - 1 May.

Mukherjee, P. and **Jansen, B. J**. (2014) *Significance of Second Screen Interaction during Television Viewing*. The 2013 International Conference on Social Computing, Behavioral-Cultural Modeling, and Prediction (SBP), Washington DC. 2-4 April.

Coughlin, D. M., Campbell, M. C., and **Jansen, B. J.** (2013) *Measuring the Value of Library Content Collections*. 76th Annual Meeting of the American Society for Information Science and Technology (ASIST 2013). Montreal, Canada. 1-6 November.

Mukherjee, P. and **Jansen, B. J.** (2013) *Gender-Brand Effect of Search Queries on Sponsored Search Performance*. 76th Annual Meeting of the American Society for Information Science and Technology (ASIST 2013). Montreal, Canada. 1-6 November.

Ortiz-Cordova, A. and **Jansen, B. J.** (2013) *Site-Searching Strategies of Searchers Referred from Search Engines*. 76th Annual Meeting of the American Society for Information Science and Technology (ASIST 2013). Montreal, Canada. 1-6 November.

Liu, Z. and **Jansen, B. J.** (2013) *Question and Answering Made Interactive: An Exploration of Interactions in Social Q&A*. Proceedings of the International Conference on Social Intelligence and Technology 2013 (SOCIETY 2013), p. 1-10. State College, Pennsylvania USA, 8 -9 May.

Hafernik, C. and **Jansen, B. J.** (2013) *Understanding the specificity of web search queries*. Proceedings of the ACM Conference on Human Factors in Computing Systems (CHI2013), p. 1845-1850. Paris France, 27 April – 2 May.

Mukherjee, P. and **Jansen, B. J.** (2013) *The gender-brand effect of key phrases on user clicks in sponsored search*. Proceedings of the ACM Conference on Human Factors in Computing Systems (CHI 2013), p. 1845-1850. Paris France, 27 April – 2 May.

Liu, Z. and **Jansen, B. J.** (2013) *Analysis of Factors Influencing the Response Rate in Social Question and Answering*. 16th ACM Conference on Computer Supported Cooperative Work and Social Computing (CSCW 2013), p. 1263-1274. 23-27 February. San Antonio, Texas.

Liu, Z. and **Jansen, B. J.** (2012) *Almighty Twitter, What Are People Asking For?*. 75th Annual Meeting of the American Society for Information Science and Technology (ASIST 2012), p.1-10. 26-30 October. Baltimore, MD.

## Refereed Conference Proceedings

Carman, S., Strong, R., Chandra, A.., Oh, S., Spangler, S., Anderson, L., and **Jansen, B. J.** (2012) *Predictive Value of Comments in the Service Engagement Process*. 75th Annual Meeting of the American Society for Information Science and Technology (ASIST 2012). 26-30 October. Baltimore, MD.

Purao, S., Storey, V., Maass, W., **Jansen, B. J.**, and Reddy, M. (2012) *An Integrated Conceptual Model to Incorporate Information Tasks in Workflow Models*. 31st International Conference on Conceptual Modeling (ER 2012). 15-18 October. Florence, Italy.

Hafernik, C.T., Cheng, B., Francis, P. and **Jansen, B. J.** (2011*) Mapping User Search Queries to Product Categories*. 74th Annual Meeting of the American Society for Information Science and Technology (ASIST 2011). 9-13 October. New Orleans, LA.

**Jansen, B. J.**, Liu, Z. and Simon, Z. (2011) *Investigating the Effect of Results Ranking in Sponsored Search*. 4th Annual Meeting of the American Society for Information Science and Technology (ASIST 2011). 9-13 October. New Orleans, LA.

Tapia, A., Bajpai, K., **Jansen, B. J.**, Yen, J., Giles, C., and Mitra, P. (2011) *Seeking the Trustworthy Tweet: Can Microblogged Data Fit the Information Needs of Disaster Response and Humanitarian Relief Organizations*. Proceedings of the 8th International Conference on Information Systems for Crisis Response and Management (ISCRAM 2011), 8-11 May, Lisbon, Portugal.

Caragea, C., McNeese, N., Jaiswal, A., Traylor, G., Kim, H.W., Mitra, P., Wu, D., Tapia, A.H., Giles, L., **Jansen, B. J.**, and Yen, J. (2011) *Classifying Text Messages for the Haiti Earthquake*. Proceedings of the 8th International Conference on Information Systems for Crisis Response and Management (ISCRAM 2011), 8-11 May, Lisbon, Portugal.

**Jansen, B. J.** Sobel, K. and Cook, G. (2011) *Being Networked and Being Engaged: The Impact of Social Networking on eCommerce Information Behavior*. Proceedings of the *iConference 2011*, 8-11 February, Seattle, WA, USA.

**Jansen, B. J.** and Booth, D. (2010) *Classifying Web Queries by Topic and User Intent*. Proceedings of the ACM Conference on Human Factors in Computing Systems (CHI2010), p. 4285-4290. Atlanta, GA, 10 – 15 April.

**Jansen, B. J.** Sobel, K. and Cook, G. (2010) *Gen X and Y's Attitudes on Using Social Media Platforms for Opinion Sharing*. Proceedings of the ACM Conference on Human Factors in Computing Systems (CHI2010), p. 3853-3858. Atlanta, GA, 10 – 15 April.

**Jansen, B. J.**, Campbell, G. and Gregg, M. (2010) *Real Time Search User Behavior*. Proceedings of the ACM Conference on Human Factors in Computing Systems (CHI2010), p. 3961-3966. Atlanta, GA, 10 – 15 April.

**Jansen, B. J.** and Solomon, L. (2010) *Gender Demographic Targeting in Sponsored Search*. Proceedings of the ACM Conference on Human Factors in Computing Systems (CHI2010), p. 831-840. Atlanta, GA, 10 – 15 April.

**Refereed Conference Proceedings**

**Jansen, B. J.**, Zhang, M., Booth, B. Park, D., Zhang, Y., Kathuria, A. and Bonner, P. (2009) *To What Degree Can Log Data Profile a Web Searcher?* Proceedings of the American Society for Information Science and Technology 2009 Annual Meeting. Vancouver, British Columbia. 6-11 November.

Srivatsan, V. R., Purao, S., **Jansen, B. J.**, and He, J. (2009) *Systems Developers Define their Own Information Needs*. 15th Americas Conference on Information Systems. San Francisco, California. 06-09 August.

**Jansen, B. J.**, Zhang, M, Sobel, K, and Chowdhury, A (2009) *Micro-blogging as Online Word of Mouth Branding*. ACM Conference on Computer Human Interaction (CHI2009). p. 3859-3864. Boston, Massachusetts. 4 - 9 April.

**Jansen, B. J.**, Booth, D. and Spink, A (2009) *Predicting Query Reformulation During Web Searching*. ACM Conference on Computer Human Interaction (CHI2009). p. 3907-3912. Boston, Massachusetts. 4 - 9 April.

Zhang, M. and **Jansen, B. J.** (2009) *Influences of Mood on Information Seeking Behavior*. ACM Conference on Computer Human Interaction (CHI2009. p. 3395-3400. Boston, Massachusetts. 4 - 9 April.

Spink, A. and **Jansen, B. J.** (2008) The 8th International We-B (Working For E-Business) *Conference 2008*. Melbourne, Australia. 28 – 30 November.

Reddy, M., **Jansen, B. J.**, and Krishnappa, R. (2008) *The Role of Communication in Collaborative Information Searching*. 2008 Annual Meeting of the American Society for Information Science and Technology. 24-29 October Columbus, Ohio.

**Best Paper Award** **Jansen, B. J.**, Zhang, M., and Schultz, C. (2008) *The Effect of Brand on the Evaluation of IT System Performance*. Proceedings of the Southern Association for Information Systems Conference, Richmond, VA, USA 13-15 March 2008.

Tjondronegoro, D., Spink, A., & **Jansen, B. J.** (2007) *Multimedia Searching on the Dogpile Web Meta-Search Engine*. ADCS 2007: Australian Document Computing Symposium. Melbourne, Australia. 10 December.

Spink, A., and **Jansen, B. J.** (2007) *Commerce Related Web Search: Current Trends,* The 18th Australasian Conference on Information Systems. Toowoomba, Australia. 5-7 December.

Zhang, Y. and **Jansen, B. J.** (2007) *An Analysis of Searchers' Perceptions of Sponsored and Non-Sponsored Links Using Nested Design,* 2007 Annual Meeting of the American Society for Information Science and Technology. Milwaukee, Wisconsin, 18-25 October.

**Jansen, B. J.** (2007) *Investigating the Relevance of Sponsored Results,* The 30 h Annual International ACM Special Interest Group on Information Retrieval. Conference (SIGIR), p. 859 – 860, Amsterdam, the Netherlands. 23-27 July.

## Refereed Conference Proceedings

**Jansen, B. J.**, Smith, B., and Booth, D. (2007) *Viewing Online Search Within a Learning Paradigm,* The 30th Annual International ACM Special Interest Group on Information Retrieval. Conference (SIGIR), p. 859 – 860. Amsterdam, the Netherlands. 23-27 July.

**Jansen, B. J.**, Zhang, M., and Zhang, Y. (2007) *Brand Awareness and the Evaluation of Search Results,* 16th International World Wide Web Conference (WWW2007), p. 1139 – 1140. Banff, Canada. 8-12 May.

**Jansen, B. J.**, Smith, B., and Booth, D. (2007) *Understanding Web Search via a Learning Paradigm,* 16th International World Wide Web Conference (WWW2007), p. 1207 – 1208. Banff, Canada. 8-12 May.

**Jansen, B. J.**, Booth, D., and Spink, A. (2007) *Determining the User Intent of Web Search Engine Queries,* 16th International World Wide Web Conference (WWW2007), p. 1149 – 1150. Banff, Canada. 8-12 May.

**Jansen, B. J.**, Zhang, M., and Zhang, Y. (2007) *The Effect of Brand Awareness on the Evaluation of Search Engine Results,* Conference on Human Factors in Computing Systems (SIGCHI), Work-in-Progress, p. 2471 – 2476. San Jose, California. 28 April - 3 May.

Spink, A., and **Jansen, B. J.** (2006) *Changing Web search trends from 1997 to 2006,* Information Online 2007: 13th Exhibition and Conference. Sydney, Australia. 30 January – 1 February.

Yan, S., Giles, C. and **Jansen, B. J.** (2006) *Formal Definitions of Web Information Search,* American Society for Information Science & Technology 2006 Annual Meeting, p. 1-10. Austin, Texas. 3 - 8 November.

Zhang, M., **Jansen, B. J.**, and Spink, A. (2006) *Information Searching Tactics of Web Searchers,* American Society for Information Science & Technology 2006 Annual Meeting. Austin, Texas, p. 1-10. 3 - 8 November.

Koshman, S. Spink, A., **Jansen, B. J.**, Blakely, C., and Weber, J. (2006) *Metasearch Result Visualization: An Exploratory Study,* 2006 Annual Conference of the Canadian Association for Information Science, p. 1-10. Toronto, Canada. 1-3 June. http://cais-acsi.ca/proceedings/2006/koshman_2006.pdf

**Jansen, B. J.**, Spink, A., Blakely, C., and Koshman, S. (2006) *Investigating Usage of the Vivisimo Clustering Search Engine Interface,* The Twelfth Australasian World Wide Web Conference (AUSWEB 06). **Noosa Lakes, Australia. 1 -5 July.** http://ausweb.scu.edu.au/aw06/papers/refereed/spink/index.html

Spink, A., **Jansen, B. J.**, Blakely, C., and Koshman, S. (2006) *Overlap Among Major Web Search Engines,* IEEE Information Technology: New Generations (ITNG) 2006. p. 370 – 374. Las Vegas, NV. 10 – 12 April.

## Refereed Conference Proceedings

**Jansen, B. J.**, Spink, A., Blakely, C., and Koshman, S. (2005) *Web Searcher Interactions with Multiple Federate Content Collections,* Proceedings of the 10th Australasian Document Computing Symposium. Sydney, Australia. 12 December.

**Jansen, B. J.**, Koshman, S., and Spink A. (2005) *An Analysis of Repeat Users of Vivisimo.com,* American Society for Information Science & Technology 2005 Annual Meeting. Charlotte, North Carolina. 28 October – 2 November.

Doran, S. G., de Ycaza, S., Eastman, C. and **Jansen, B. J.** (2005) *Finding Nutrition Information on the Web: Coverage vs. Authority,* American Society for Information Science & Technology 2005 Annual Meeting. Charlotte, North Carolina. 28 October – 2 November.

Spink, A., Koshman, S. and **Jansen, B. J.** (2005) *Tracking Web Search Trends from 1997 to 2005,* Internet Research 6.0: Internet Generations Association of Internet Researchers. Chicago, IL. 5 – 9 October.

Resnick, M, and **Jansen, B. J.** (2005) *An Empirical Study of Paid Search in Product Search and Purchase,* The Human Factors and Ergonomics Society 49th Annual Meeting. p. 1429-1433. Orlando, Florida. 26-30 September.

Sharma, H. and **Jansen, B. J.** (2005) *Automated Evaluation of Search Engine Performance via Implicit User Feedback,* The 28th Annual International ACM SIGIR Conference on Research and Development in Information Retrieval. p. 649-650. Salvador, Brazil. 15-19 August.

Morgan, A., **Jansen, B. J.**, and Trauth, E. (2005) *Exploring Individual User Attitudes Towards Performance with Web Search Engines: An Extension Study,* Proceedings of the Eleventh Americas Conference on Information Systems. p. 2317 – 2324. Omaha, Nebraska. 11–14 August.

Koshman, S. Spink, A., and **Jansen, B. J.** (2005) *Using Clusters on the Vivisimo Web Search Engine,* HCI International 2005. p. 742-747. Las Vegas, Nevada. 22-25 July.

Sengupta, S. and **Jansen, B. J.** (2005) *Designing a Value Based Search Engine Using Evolutionary Strategies,* IEEE 6th International Conference on Information Technology, Coding and Computing, p. 800-805. Las Vegas, Nevada. 11-13 April.

Spink, A., Koshman, S., Park, M., Field, C. and **Jansen, B. J.** (2005) *Multitasking Web Search on Vivisimo.com*. IEEE 6th International Conference on Information Technology, Coding and Computing. p. 486-490. Las Vegas, Nevada, 11-13 April.

Eastman, C. and **Jansen, B. J.** (2004) *The Appropriate (and Inappropriate) Use of Query Operators and Their Effect on Web Search Engine Results*, American Society for Information Science & Technology 2004 Annual Meeting, p. 274-279. Providence, Rhode Island. 13-18 November.

## Refereed Conference Proceedings

Spink, A., Park, M., **Jansen, B. J.**, and Pederson, J. (2004) *Information Task Switching and Multitasking Web Search*, Proceedings of the American Society for Information Science & Technology 2004 Annual Meeting, p. 213-217. Providence, Rhode Island. 13-18 November.

**Jansen, B. J. and McNeese, M. D. (2004) Investigating Automated Assistance and Implicit Feedback for Searching Systems**, Proceedings of the American Society for Information Science & Technology 2004 Annual Meeting, p. 280-286. Providence, Rhode Island. 13-18 November.

**Jansen, B. J. and McNeese, M. D. (2004) Evaluating the Effectiveness of Automated Assistance for Web Searching**, Proceedings of the Human Factors and Ergonomics Society 48th Annual Meeting, p. 1518-1522. New Orleans, Louisiana. 20-24 September.

Spink, A., Park, M., **Jansen, B. J.**, and Pederson, J. (2004) *Multitasking Web Search on AltaVista*, Proceedings of the IEEE 5th International Conference on Information Technology, Coding and Computing, p. 309-313. Las Vegas, Nevada. 5-7 April.

**Jansen, B. J.**, Spink, A., and Pederson, J. (2003) *An Analysis of Multimedia Searching on AltaVista*, Proceedings of the 5th ACM SIG Multimedia International Workshop on Multimedia Information Retrieval, p.186-192. Berkeley, California.

**Jansen, B. J. (2003) Designing Automated Help Using Searcher System Dialogues**, *Proceedings of the* 2003 IEEE International Conference on Systems, Man & Cybernetics, p. 744-749. Washington, D.C. 5-8 October.

**Jansen, B. J.**, Spink, A., and Pederson, J. *(2003) Web Search Agents: What Are They Doing Out There? Proceedings of the 2003 IEEE International Conference on Systems, Man & Cybernetics, p. 1410-1416. Washington, D.C.* 5-8 October.

**Jansen, B. J.**, Spink, A., and Pederson, J. *(2003) Monsters at the Gates: When Softbots Visit Web Search Engines, Proceedings of the 4th International Conference on Internet Computing, Lap. p. 620–626. Vegas, Nevada. 23-26 June.*

Spink, A., Abbas, M., and **Jansen, B. J.** (2003) *Accessing E-commerce Web Information: Implications for Bridging the Digital Divide*, The 2003 Canadian Association for Information Science Conference, *p. 213-221.* Halifax, CA. 28 May-1 June.

**Jansen, B. J. and Spink, A. (2003) An Analysis of Web Information Seeking and Use: Documents Retrieved Versus Documents Viewed**, Proceedings of the *4th International Conference on Internet Computing, p. 65-69. Las Vegas, Nevada, 23-26 June.*

**Jansen, B. J.** (2003) *Operators Not Needed? The Impact of Query Structure on Web Searching Results*, Information Resource Management Association International Conference, p. 814-817. Philadelphia, PA, 18-21 May.

Duran, S., Eastman, C., and **Jansen, B. J.** (2003) *Nutritional Information on the Web: An Analysis of Information Sought and Information Provided*, Information Resource Management Association International Conference, p. 106-108. Philadelphia, PA. 18-21 May.

## Refereed Conference Proceedings

*Jansen, B. J. and Spink, A. (2003) Retrieving and Viewing Web Documents, The 2003 National Online Meeting, p. 55-57. New York, New York, 6-8 May 2003.*

**Jansen, B. J.** and Eastman, C. (2003) *The Effects of Search Engines and Query Operators on Top Ranked Results*, The IEEE 4th International Conference on Information Technology, Coding and Computing, p. 135-139. Las Vegas, Nevada, 28-30 April.

**Jansen, B. J.** and Kroner, G. (2003) *The Impact of Automated Assistance on the Information Retrieval Process*, The ACM SIGCHI 2003 Conference on Human Factors in Computing Systems, p. 1004-1006. Fort Lauderdale, Florida, 5-10 April.

**Paper Award**    **Jansen, B. J.** (2002) *Towards Implementing a Cognitive Model of Searching*, Proceedings of the E-Learning 2002 Conference (Web Track), p. 493-521. Montreal, Canada, 15-19 October.

**Jansen, B. J.** (2002) *A Preliminary Mapping of Web Queries Using Existing Image Query Schemes*, Proceedings of the E-Learning 2002 Conference (Web Track), p. 485-492. Montreal, Canada, 15-19 October.

**Jansen, B. J.**, Spink, A., and Pfaff, A. (2000) *Linguistic Aspects of Web Queries*, Proceedings of the Annual Meeting of the American Society of Information Science, p. 169-176. Chicago, IL. 13-16 November.

**Jansen, B. J.**, Spink, A., Goodrum, A., and Pfaff, A. (2000) *Web Query Structure: Implications for IR System Design*, Proceedings of the 4th World Multiconference on Systems, Cybernetics and Informatics, p. 50-55. Orlando, FL. 23-26 July.

**Jansen, B. J.** (1999) *A Software Agent for Performance Improvement of Existing Information Retrieval Systems*, Proceedings of the 1999 International ACM Conference on Intelligent User Interfaces, p. 122-123. Los Angeles, CA. 5-8 January.

Smith, T. L., Ruocco, A., and **Jansen, B. J.** (1999) *Digital Video in Education*, Proceedings of the ACM Computer Science Education Conference, p. 122-126. New Orleans, LA. 21-25 February.

**Jansen, B. J.**, Spink, A., and Saracevic, T. (1999) *The Use of Relevance Feedback on the Web: Implications for Web IR System Design*, 1999 World Conference on the WWW and Internet, Honolulu, Hawaii. 24-30 October.

**Jansen, B. J.** and Pooch, U. (1999) *A Software Agent for Performance Improvement of an Existing Information Retrieval Engine*, 5th International Conference on Information Systems Analysis and Synthesis, p. 58-60. Orlando, Florida. 31 July-4 August.

Adams, W. J., **Jansen, B. J.**, and Smith, T. L. (1999) *Planning, Building, and Using a Distributed Digital Library*, Third International Conference on Concepts in Library and Information Science, p. 10-18. Dubrovnik, Croatia. 23-26 May.

## Refereed Conference Proceedings

Smith, T. L., Wolfe, D., and **Jansen, B. J.** (1999) *Digital Video in a Twenty-First Century Classroom*, Proceedings of the Information Resources Management Association Conference, Hershey, PA. 16-19 May.

Adams, W. J. and **Jansen, B. J.** (1998) *Distributed Digital Library architecture: The Key to Success for Distance Learning*, Proceedings of the IEEE Conference on Research Issues in Data Engineering, p. 2-8. Orlando, Florida. 23-24 February.

Spink, A., Chang, C., Goz, A., and **Jansen, B. J.** (1998) *User' Interactions with the Excite Web Search Engine: A Query Reformulation and Relevance Feedback Analysis*, Proceedings of the Canadian Association of Information Science Conference, p. 342-354. Vancouver, Canada. 5 –10 June.

**Jansen, B. J.**, Spink, A., and Saracevic, T. (1998) *Searchers, the Subjects They Search, and Sufficiency: A Study of a Large Sample of Excite Searches*, Proceedings of the 1998 World Conference on the WWW and Internet, Orlando, Florida.

Spink, A., Bateman, J., and **Jansen, B. J.** (1998) *Users' Searching Behavior on the Excite Web Search Engine*, 1998 World Conference on the WWW and Internet, Orlando, Florida, November.

Howard, R. and **Jansen, B. J.** (1998) *A proxy server experiment: an indication of the changing nature of the Web*, Proceedings of the Seventh International Conference on Computer Communications and Networks, p. 646-649. Lafayette, Louisiana. 12-15 November.

Adams, W. J., **Jansen, B. J.**, and Zoller, R. (1998) *Usability Measurements in an Undergraduate Programming Course*, Software Engineering Conference, Las Vegas, Nevada.

**Jansen, B. J.**, Spink, A., and Saracevic, T. (1998) *Failure analysis in Query Construction: Data and Analysis from a Large Sample of Web Queries*, Proceedings of the 3rd ACM Conference on Digital Libraries, p. 289-290. Pittsburgh, PA. 23-26 July.

Spink, A., Bateman, J., and **Jansen, B. J.** (1998) *User's Searching Behavior on the EXCITE Web Search Engine*, Proceedings of the 19th National Online Meeting, p. 375-386. New York, NY. 12-14 May 1997.

Adams, W. J., Howard, R., and **Jansen, B. J.** (1998) *Distributed Digital Libraries: The Key to Success for Distance Learning*, Computers and Technology in Education, 1 -5 May. Cancun, Mexico.

**Jansen, B. J.** (1997) *An Information Retrieval Application for Simulated Annealing*, Proceedings of the 2nd ACM Conference on Digital Libraries, p. 259-260. Philadelphia, PA. 25-28 July.

**Paper Award**    **Jansen, B. J.** (1997) *Simulated Annealing for Query Results Ranking*, Computer Science Education Conference, San Jose, CA. 28 – 30 February.

61

## Refereed Conference Proceedings

Spink, A., Burkett, L., Spaid, N., Bateman, J., and **Jansen, B. J.** (1997) *Why Users Search the World Wide Web (WWW): The EXCITE Study*, First Internet Librarian Conference, Monterey, CA. 16-18 November.

Adams, W. J. and **Jansen, B. J.** (1997) *Information Technology and the Classroom of the Future*, Proceedings of the Society for Information Technology in Education Conference, Orlando, Florida. 7 May.

Hamilton, J. A. and **Jansen, B. J.** (1997) *Tactical Network Simulation in the US Army*, Simulation Multi-Conference, Atlanta, Georgia. January.

**Jansen, B. J.** and Hamilton, J. A. (1997) *Modeling and Simulating an Army Information Support Structure*, Simulation Multi-Conference, Atlanta, Georgia. January.


## Papers Presented at Technical and Professional Meetings

An, J., Cho, H.Y., Kwak, H., and **Jansen, B. J.** (2016) *Towards Automatic Persona Generation Using Social Media*. The Third International Symposium on Social Networks Analysis, Management and Security (SNAMS 2016), The 4th International Conference on Future Internet of Things and Cloud. 22-24 August.

Mukherjee, P. and **Jansen, B. J.** (2016) *The Changing Nature of Viewership: Formality of Social Media Conversations*. Workshop on Following user pathways: Using cross platform and mixed methods analysis in social media studies. ACM Conference on Human Factors in Computing Systems (CHI2016), San Jose, CA, USA, 7-12 May.

Kwon, S., Abbar, S. and **Jansen, B. J.** (2016) *Identifying Virality Attributes of Arabic Language News Articles*. Qatar Foundation Annual Research Conference 2016 (ARC'16), Doha, Qatar. 22 March.

An, J., Kwan, H., Cho, H., Hassen, M.Z., and **Jansen, B. J.** (2016) *Efforts Towards Automatically Generating Personas in Real-time Using Actual User Data*. Qatar Foundation Annual Research Conference 2016 (ARC'16), Doha, Qatar. 22 March.

Mukherjee, P. and **Jansen, B. J** (2015) *Correlation of Brand Mentions in Social Media and Web Searching Before and After Real Life Events: Phase Analysis of Social Media and Search Data for Super Bowl 2015 Commercials*. 1st International Workshop on Event Analytics using Social Media Data at The IEEE International Conference on Data Mining series (ICDM 2015), Atlantic City, New Jersey, USA, 14 Nov.

Mukherjee, P. and **Jansen, B. J** (2015) *Analyzing the Social Soundtrack From Second Screens Before, During, and After Real-life Events*. The First International Workshop on Online Social Networks Technologies, 2015 IEEE Jordan Conference on Applied Electrical Engineering and Computing Technologies (AEECT), Dead Sea, Jordan. 3-5 Nov.

## Papers Presented at Technical and Professional Meetings

**Jansen, B. J**., Wong, J. S., Jablokow, K.W., Divinsky, A., Liu, Z., and Pursel, B. (2014) *Classifying MOOC Discussion Forum Posts as Information Seeking Interactions and Levels of Cognitive Learning*. Workshop on Learning at Scale at ACM CHI Conference on Human Factors in Computing Systems, (CHI 2014), Toronto, CA. 26 April - 1 May.

Liu, Z. and **Jansen, B. J.** (2012) *Factors Influencing the Response Rate in Social Question and Answering Behavior*. Workshop on Social Media Question Asking at 16th ACM Conference on Computer Supported Cooperative Work and Social Computing (*CSCW 2013*). 23-27 February. San Antonio, Texas.

**Jansen, B. J.** (2012) *Gender Demographic Targeting in Sponsored Search*. INFORMS International 2012. 24-27 June. Beijing, China.

**Jansen, B. J.** (2012) *Using Mobile Apps to Enhance Classroom Learning*. Teaching and Learning with Technology, University Park, PA, 24 March

Rosso, M. and **Jansen, B. J.** (2010) *Smart Marketing or Bait & Switch? Competitors' Brands as Keywords in Online Advertising*. 4th Workshop on Information Credibility on the Web (WICOW 2010). World Wide Web Conference (WWW 2010), Raleigh, NC. 26-30 April.

**Jansen, B. J.** (2009) *System Controlled Assistance for Improving Search Performance*. Human-Computer Interaction and Information Retrieval. Workshop. Washington, DC. 23 October.

**Jansen, B. J.**, Zhang, M, Sobel, K, and Chowdury, A, (2009) *The Commercial Impact of Social Mediating Technologies: Micro-blogging as Online Word-of-Mouth Branding*. ACM Conference on Computer Human Interaction (CHI2009). Boston, Massachusetts. 4 - 9 April.

Neale, L., Hunter, L., **Jansen, B. J.**, Murphy, J. (2008) *The Google Online Marketing Challenge: A Global Teaching and Learning Initiative*. 2008 Society for Marketing Advances Annual Conference. 4-9 November. St Petersburg, Florida.

**Jansen, B. J.**, Rosso, M., Russell, D., and Detlor, B. (2008) *The Google Online Marketing Challenge: A Multi-Disciplinary Global Teaching and Learning Initiative Using Sponsored Search*. 2008 Annual Meeting of the American Society for Information Science and Technology. 24-29 October Columbus, Ohio.

**Jansen, B. J.** (2008). *Viewing Searching Systems as Learning Systems*. Second Workshop on Human-Computer Interaction and Information Retrieval. 23 October. Redmond, Washington.

Murphy, J., Canhoto, A., Hofacker, C., Hunter, L., **Jansen, B. J.**, and Voorhees, C. (2008) *The Google Online Marketing Challenge: A Global Teaching and Learning Initiative*. 2008 American Marketing Association Summer Marketing Educators' Conference. 8-11 August. San Diego, California.

## Papers Presented at Technical and Professional Meetings

Reddy, M. and **Jansen, B. J.** (2008) *Learning about Potential Users of Collaborative Information Retrieval Systems*. Workshop on Collaborative Information Retrieval, Joint Conference on Digital Libraries (JCDL 2008). 19 June. Pittsburgh, Pennsylvania.

**Jansen, B. J.**, Bhavnani, S., Murray, G. C., Spink, A. and Wolfram, D. (2007) *Web Log Analysis Panel,* 2007 Annual Meeting of the American Society for Information Science and Technology. Milwaukee, Wisconsin. 18-25 October.

Spink, A. and **Jansen, B. J.** (2007) *Web Research - Results from Large-Scale Web Data Analysis,* ARC Research Network Enterprise Information Infrastructure Workshop on Data From the Field. Sydney, Australia. 24th May.

**Jansen, B. J.** and Spink, A. (2007) *The Effect on Click-through of Combining Sponsored and Non-Sponsored Search Engine Results in a Single Listing,* 16th International World Wide Web Conference (WWW2007) Workshop on Sponsored Search Auctions. Banff, Canada. 8-12 May.
Paper: http://opim.wharton.upenn.edu/ssa3/pdf/submission_96.pdf

**Jansen, B. J.** (2007) *Preserving the Collective Expressions of the Human Consciences,* 16th International World Wide Web Conference (WWW2007) Workshop on Query Log Analysis: Social and Technical Challenges. Banff, Canada. 8-12 May.
Paper: http://www2007.org/workshops/paper_58.pdf
Slides: http://querylogs2007.webir.org/slides/JimJansenQL2007.pdf

**Jansen, B. J.**, Smith, B., and Booth, D. (2007) *Learning as a Paradigm for Understanding Exploratory Search,* Conference on Human Factors in Computing Systems (SIGCHI ), Workshop on Exploratory Search Interfaces. San Jose, California. 28 April - 3 May.

Spink, A., Alvarado-Albertorio, F., and **Jansen, B. J.** (2007) *Web Search Behavior: What is Normative?,* Society of Australasian Social Psychologists (SASP) Conference. Brisbane, Australia. 12 – 15 April.

**Jansen, B. J.** and Spink, A. (2006) *Characteristics of searching on Web meta-search engines*, American Society for Information Science and Technology: Human Computer Interaction Workshop. Austin, TX. 3-9 November.

**Jansen, B. J.** (2006) *Implications of Trust of Sponsored Links for E-commerce Web Searching,* 6th Annual SIG-USE Research Symposium. American Society for Information Science and Technology (ASIS&T) Annual Conference. Austin, TX. 4 November.

Spink, A. and **Jansen, B. J.** (2006) *Web Searching: Trends and Impacts,* Oxford Internet Institute International Symposium. Journal of Information, Communication, Society: 10th Anniversary International Symposium. University of York, UK. 20 – 22 September.
http://www.york.ac.uk/res/siru/icsspinketal.htm

## Papers Presented at Technical and Professional Meetings

**Jansen, B. J.**, Spink, A., Kathura, V., and Koshman, S. (2006) *How to Define Searching Sessions on Web Search Engines,* Workshop on Web Mining and Web Usage Analysis. The 12th ACM SIGKDD International Conference on Knowledge Discovery and Data Mining (KDD 2006). Philadelphia, Pennsylvania. 20-23 August.

**Jansen, B. J.** (2006) *Adversarial Information Retrieval Aspects of Sponsored Search,* Second International Workshop on Adversarial Information Retrieval on the Web (AIRWeb 2006). The 29th Annual International ACM SIGIR Conference on Research & Development on Information Retrieval (SIGIR2006). Seattle, Washington. 6-11 August.

**Jansen, B. J.**, Ramadoss, R. Zhang, M., and Zang, N. (2006) *Wrapper: An Application for Evaluating Exploratory Searching Outside of the Lab,* SIGIR 2006 Workshop on Evaluating Exploratory Search Systems. The 29th Annual International ACM SIGIR Conference on Research & Development on Information Retrieval (SIGIR2006). Seattle, Washington. 6-11 August.

Buzikashvili, N. and **Jansen, B. J.** (2006) *Limits of the Web Log Analysis Artifacts,* Workshop on Logging Traces of Web Activity: The Mechanics of Data Collection, The Fifteenth International World Wide Web Conference (WWW 2006). Edinburgh, Scotland. 22-26 May.

**Jansen, B. J.** (2006) *The Wrapper: An Open Source Application for Logging User – System Interactions during Searching Studies,* Workshop on Logging Traces of Web Activity: The Mechanics of Data Collection. The Fifteenth International World Wide Web Conference (WWW 2006). Edinburgh, Scotland. 22-26 May.

**Jansen, B. J.**, Rieh, S.Y., Spink, A., Wang, P., and Wolfram, D. (2005) *Panel Presentation: Internet Usage Transaction Log Studies: The Next Generation,* American Society for Information Science & Technology 2005 Annual Meeting. Charlotte, North Carolina. 28 October – 2 November.

Toms, E.L., **Jansen, B. J.**, and Muresan, G. (2005) *Panel Presentation: Evaluating Success in Search Systems,* American Society for Information Science & Technology 2005 Annual Meeting. Charlotte, North Carolina. 28 October – 2 November.

**Jansen, B. J.** (2005) *A Multi-Disciplinary, Multi-Level, and Multi-Spectrum View of Interaction,* The First Conference of the i-School Community: Bridging Disciplines to Confront Grand Challenges. 28-30 September 2005, State College, PA.

**Jansen, B. J.** and Resnick, M. (2005) *Examining Searcher Perceptions of and Interactions with Sponsored Results,* Workshop on Sponsored Search Auctions, The Sixth ACM Conference on Electronic Commerce (EC'05). Vancouver, Canada. 5-8 June.

**Jansen, B. J.** (2005) *Automated Searching Assistance for Exploratory Search,* Seminar on Exploratory Search Interfaces at the University of Maryland sponsored by the Human-Computer Interaction (HCI) Lab. College Park, Maryland. 2 June.

## Papers Presented at Technical and Professional Meetings

Shingle, A. **Jansen, B. J.**, and Spink, A. (2005) *Television Advertising of Prescription Drugs: A Study of Its Effect on Consumer Web Searching,* IEEE 6th International Conference on Information Technology, Coding and Computing. Las Vegas, Nevada, 11-13 April, 2005.

**Jansen, B. J.***, Spink, A.,* and Pederson, J. *(2004) An Analysis of Multimedia Searching on AltaVista*, Presentation at Workshop on User Searching, World Wide Web Conference, New York, New York, 18 May 2004.

*De Ycaza, S., Doran, S., Eastman, C., and* **Jansen, B. J.** *(2003) Nutritional Information on the Web: An Analysis of Information Sought and Information Provided, South Carolina Nutrition Research Summit, Columbia, SC. 17 October 2004.*

**Jansen, B. J.** (1998) *An Analysis of User Queries on the Web: The Implications for the Design of Military Information Retrieval Systems*, Fifth Annual US Army Research Laboratory and United States Military Academy Technical Symposium, West Point, New York.

**Jansen, B. J.** (1997) *Simulated Annealing in Information Retrieval*, Fifth Annual US Army Research Laboratory and United States Military Academy Technical Symposium, West Point, New York.

Adams, W. J. and **Jansen, B. J.** (1997) *Integrating Usability Design Principles into an Existing Engineering Curriculum*, The American Society for Engineering Education National Conference, Milwaukee, Wisconsin.

**Jansen, B. J.** and Adams, W. L. (1997) *Integrating User Centered Design into an Introductory Engineering Course*, American Society for Engineering Education Zone 1 Meeting, West Point, New York.

## Scholarly Reports

**Jansen, B. J.** (2011) *The civic and community engagement of religiously active Americans*. Pew Internet & American Life Project, Pew Research Center. 13 December. http://pewinternet.org/Reports/2011/Social-side-of-religious.aspx

**Jansen, B. J.** (2010) *65% of Internet Users Have Paid for Online Content*. Pew Internet & American Life Project, Pew Research Center. 30 December. http://www.pewinternet.org/Reports/2010/Paying-for-Content.aspx

**Jansen, B. J.** (2010) *Use of the internet by higher income households*. Pew Internet & American Life Project, Pew Research Center. 24 November. http://www.pewinternet.org/Reports/2010/Better-off-households.aspx

**Jansen, B. J.** (2010) *Online Product Research*. Pew Internet & American Life Project, Pew Research Center. 29 September. http://pewinternet.org/Reports/2010/Online-Product-Research.aspx

| **Funded Projects, Grants, Commissions, and Contracts** |  |
|---|---|
| 2015 - 2014 | Title: Web Analytics for a Research University Library<br>Granting Agency: **Penn State, University Library**<br>Total Amount: $19,717<br>Role: Principal Investigator |
| 2015 - 2013 | Title: Exploring Scholarly Discourse in MOOC Discussion Forums<br>Granting Agency: **Penn State, Center for Online Innovation in Learning**<br>Total Amount: $30,383<br>Role: Principal Investigator |
| 2014 - 2010 | Title: Broadband to Support SMEs in Pennsylvania<br>Granting Agency: **Commonwealth of Pennsylvania**<br>Total Amount: $500,000<br>Role: Faculty Investigator ($70,000) |
| 2014 - 2010 | Title: Semantic CiteSeerX<br>Granting Agency: **National Science Foundation**<br>Total Amount: $1,100,000<br>Role: Principal Investigator ($130,000) |
| 2011 - 2008 | Title: Affective and Cognitive Factors Affecting the Evaluation of Search Engines by Users<br>Granting Agency: **Google**<br>Amount: $50,000<br>Role: Principal Investigator |
| 2011 - 2009 | Title: Using Keyword Advertising for Economic and Workforce Development<br>Granting Agency: The **Pennsylvania State University**<br>Amount: $25,000<br>Role: Principal Investigator |
| 2011 - 2010 | Title: Toolkits for Deployable Best Practices<br>Granting Agency: **Office of Naval Research** STTR Phase II<br>Total Amount: $750,000<br>Role: Principal Investigator ($87,500) |
| 2011 - 2010 | Title: RAPID: Text Message-based Infrastructure for Emergency Response<br>Granting Agency: **National Science Foundation**<br>Total Amount: $75,000<br>Role: Principal Investigator ($15,000) |

| Funded Projects, Grants, Commissions, and Contracts | |
|---|---|
| 2009 - 2008 | Title: Toolkits for Deployable Best Practices<br>Granting Agency: **Office of Naval Research** STTR Phase I<br>Total Amount: $100.000<br>Role: Principal Investigator ($15,000) |
| 2009 - 2007 | Title: REU Supplement for CRI: Collaborative: Next Generation CiteSeer<br>Granting Agency: **National Science Foundation**<br>Amount: $12,000<br>Role: Co-Principal Investigator ($12,000). |
| 2009 - 2006 | Title: Synchronized Interactions Among Users, Systems, and Information<br>Granting Agency: **Air Force Research Lab**<br>Amount: $463,000<br>Role: Principal Investigator ($463,000). |
| 2008 - 2005 | Title: The Next Generation CiteSeer<br>Granting Agency: **National Science Foundation**<br>Amount: approximately $1,444,984<br>Role: Co-principal Investigator with Dr. Lee Giles, Dr. Susan Gauch, and Dr. Jack Carroll<br>($48,701) |
| 2009 - 2007 | Title: Triggers in Collaborative Information Searching<br>Granting Agency: **National Science Foundation**<br>Amount: $76,000<br>Role: Co-principal Investigator with Dr. Madhu Reddy<br>($18,119) |
| 2009 - 2008 | Title: REU Supplement for Triggers in Collaborative Information Searching<br>Granting Agency: **National Science Foundation**<br>Amount: $12,000<br>Role: Co-principal Investigator with Dr. Madhu Reddy<br>($6,000) |
| 2007 - 2006 | Title: REU Supplement for CRI: Collaborative: Next Generation CiteSeer<br>Granting Agency: **National Science Foundation**<br>Amount: $9,000<br>Role: Co-Principal Investigator ($9,000). |
| 2005 - 2004 | Title: Design of Tools for Information Seeking, Management, and Analysis for a Lessons Learned Knowledge System<br>Granting Agency: **US Marine Corps Research University**<br>Amount: $500,000<br>Role: Co-Principal Investigator ($83,957) |

| **Funded Projects, Grants, Commissions, and Contracts** | |
|---|---|
| 2005 | Title: Knowledge Management<br>Granting Agency: **US. Department of Defense, Defense Threat Reduction Agency (DTRA)**<br>Amount: $625,832<br>Role: Co-Principal Investigator ($18,439). |
| 2006 - 2005 | Title: REU Supplement for CRI: Collaborative: Next Generation CiteSeer<br>Granting Agency: **National Science Foundation**<br>Amount: $6,000<br>Role: Co-Principal Investigator ($6,000). |
| 1998 -1996 | Title: The use of software agents in information retrieval.<br>Granting Agency: **Army Research Laboratory**<br>Amount: $68,000<br>Role: Principal Investigator ($68,000) |
| 1998 | Title: Information Searching on Web Search Engines<br>Granting Agency: **Army Research Laboratory**<br>Amount: $5,000<br>Role: Principal Investigator ($5,000) |
| 1997 | Title: Software agents for information retrieval.<br>Granting Agency: **Army Research Laboratory**<br>Amount: $5,000<br>Role: Principal Investigator ($5,000) |

**Software Developed**

Software Development: Client-side Application for Automated Searching: that automates searching tactics via user implicit feedback.

Software Development: Application for Real-time Evaluation of Search Engine Performance: that automates the evaluation of Web search engines.

**Teaching**

At *The Pennsylvania State University* (current – 2002), I have taught a variety of information technology-related courses, including the undergraduate capstone project leadership course, the introductory freshman course, online marketing, graduate seminar course, and a graduate course on human information interaction. Additionally, I have mentored students in a variety of independent studies and have been on several course development committees.

At The Pennsylvania State University (current – 2002):

## Teaching

- Committee Lead, curriculum development team for a college-level executive masters program.
- Committee Lead, curriculum development committee for re-design of the undergraduate senior – level capstone course.
- Committee Member, curriculum development team for re-design of the undergraduate freshmen level introductory course.
- Committee Member, curriculum development team for the establishment of a university-wide Business Analytics minor
- Faculty Lead, development team for the establishment of a university-wide professional library certification program
- Committee Member, curriculum development team for the establishment of a college Entrepreneurship minor
- Course Development: (1) undergraduate capstone course in IT project management, (2) graduate course in information searching, (3) undergraduate course in keyword advertising, (4) graduate course in web analytics, (5) undergraduate course in entrepreneurship technology

2015 – Mentor for one team in the **Google Final 15 in The Google Online Marketing Challenge** for 2014. The team was in the top fifteen from 4,000 teams from around the world (top 0.4%).

Mentor for team in the **Google Non-profit Challenge** for 2014. The teams were the top more than 4,000 teams from around the world (top 0.4%).

2014 – Mentor for three teams in the **Global Final 15 in The Google Online Marketing Challenge** for 2013. The teams were in the top fifteen from 4,000 teams from around the world (top 0.4%).

Mentor for two teams in the **Google Media Marketing Challenge** for 2013. The teams were the top more than 4,000 teams from around the world (top 0.4%).

2013 – Mentor for one team in the **Global Final 15 in The Google Online Marketing Challenge** for 2012. The team was in the top fifteen from more than 4,000 teams from around the world (top 0.4%).

2012 – Mentor for three teams in the **Global Final 15 in The Google Online Marketing Challenge** for 2011. The three teams were in the top fifteen from 4,000 teams from around the world (top 0.4%).

2010 – Mentor for two teams in the **Global Final 15 in The Google Online Marketing Challenge** for 2009. The two teams were in the top fifteen from 3,000+ teams from around the world (top 0.5%).

Had eight other teams get honorable mention by placing in the Top 100 Global Teams and five other teams place in the Top 10% of all teams.

## Teaching

2010 – Mentor for two student teams that took 1st and 3rd in the **Penn State IdeaPitch Competition**, which is a university wide Penn State entrepreneurship competition.

2009 – Mentor for three teams in the **Global Final 15 in The Google Online Marketing Challenge** for 2009. The three teams were in the top fifteen from 2,107 teams from around the world.

> Had seven other teams get honorable mention by placing in the top 50 teams in the Americas region.

2009 - **Schreyer Honors College Teaching Grant** Recipient for developing multi-disciplinary keyword advertising, marketing, and technology course.

2008 – Mentor for the **winning team in the Americas region in The Google Online Marketing Challenge for 2008**. One of the top four teams from 1,620 teams from around the world. Won a trip to the GooglePlex with the students, plus the students all won laptops.

> Had two other teams get honorable mention by placing in the top 50 teams in the Americas region.

2008 – Selected as **Faculty Marshall** by Student Marshall of Computer Science and Engineering Department, College of Engineering, The Pennsylvania State University as faculty member who had the biggest impact on student's academic career

2008 – **Professor of the Year nominee** for College of Information Sciences and Technology, The Pennsylvania State University, 16802

2003   Selected as **Faculty Marshall** by Student Marshall of School of Information Sciences and Technology, The Pennsylvania State University as faculty member who had the biggest impact on student's academic career

Guest lecturer for a month (2000) at the *Korean Military Academy* in Seoul, Republic of Korea.

At the *University of Maryland* (Asian Division) (2000 – 1999), taught courses on Web/Internet and multimedia design.

At the *United States Military Academy* (1999 – 1996), I taught several computer science-related courses including introductory programming, advanced programming, micro-computing, and databases. Also, mentored students in a variety of independent studies.

> As executive officer for the department (1999 – mid 1997), was responsible for course scheduling, instructor assignments, classroom allocation, student counseling, as well as many other duties concerning the day-to-day operation of the department.

## Membership on Degree Committees

The Pennsylvania State University
    College of Information Sciences and Technology

    **Chair or Co-Chair**
        Partha Mukherjee (Committee Chair) (PhD degree expected in 2016)
        Alex Brown (Committee Chair) (M.S. degree expected in 2016)
        Zhe Liu (Committee Chair) (PhD degree conferred in 2014)
        Dan Coughlin (Committee Chair) (PhD degree conferred in 2014)
        Carolyn Hafernik (Committee Chair) (M.S. degree conferred in 2014)
        Adan Ortiz-Cordova (Committee Chair) (M.S. degree conferred in 2013)
        Jian-Syuan Wong (Committee Chair [until 2016]) (PhD degree expected in 2018)
        Steve Carmen (Committee Chair [until 2013]) (M.S. degree conferred in 2013)
        Kathleen Moore (Committee Chair [until 2012]) (PhD degree expected in 2015)
        Mimi Zhang (Committee Chair) (PhD degree conferred in 2010)
        Mike Hills (Committee Chair) (PhD degree conferred in 2010)
        Hyun-Woo Kim (Committee Co-Chair) (M.S. degree conferred in 2010)
        Young Shin Kim (Committee Co-Chair) (M.S. degree conferred in 2010)

    **Committee Member**
        **Eric McMillan (Committee Member) (PhD degree expected in 2017)**
        Nathan McNeese (Committee Member) (PhD degree conferred in 2014)
        Patricia Spence (Committee Member) (PhD degree conferred in 2013)
        Arvind Karunakaran (Committee Member) (M.S. degree conferred in 2011)
        Yusuf Raza (Committee Member) (M.S. degree conferred in 2009)
        Sharoda Paul (Committee Member) (PhD degree conferred in 2009)
        Allison Morgan (Committee Member) (PhD degree conferred in 2008)
        Mithu Bhattacharya (Candidacy Committee Member, 2005)
        Scott Robertson (Candidacy Committee Chair, 2004)

The Pennsylvania State University
    Workforce Education and Development Program, College of Education
        John Dolan (Committee Co-Chair [until 2012]) (PhD degree expected in 2013)

The Pennsylvania State University
    School of Hospitality and Management
        Lu Zhang (Committee Co-Chair) (M.S. degree conferred in 2009)

The Pennsylvania State University
    Department of Industrial and Manufacturing Engineering
        Himanshu Sharma (Committee Chair) (M.S. degree conferred in 2005)
        Sourav Sengupta (Committee Chair) (M.S. degree conferred in 2005)
        Ying Zhang (Committee Chair) (M.S. degree conferred in 2008)

The Pennsylvania State University
    Department of Electrical Engineering
        Vijay Mohan (Committee Co-Chair) (M.S. degree conferred in 2009)
        Dheepak Ramaswamy (Committee Co-Chair) (M.S. degree conferred in 2009)
        Ashish Kathuria (Committee Chair) (M.S. degree conferred in 2007)

## Membership on Degree Committees

The Pennsylvania State University
    Department of Computer Science and Engineering
        **Yanjun Gao (Committee co-Chair) (PhD degree expected in 2018)**
        Chandrika Gopalakrishna (Committee Chair) (M.S. degree conferred in 2008)

The University of Pittsburgh
    School of Information Sciences
    Department of Library and Information Science
        Zhen Yue (Committee Member) (Ph.D. degree conferred in 2014)
        Minsoo Park (Committee Member) (Ph.D. degree conferred in 2008)

Rutgers, the State University of New Jersey
    School of Communication, Information and Library Studies
        Yuelin Lee (Committee Member) (Ph.D. degree conferred in 2008)

The Pennsylvania State University
    Schreyer Honors College, thesis advising
        **Megan Krause (B.S. degree expected 2107)**
        **Allie Whitman (B.S. degree expected 2106)**
        Adan Ortiz-Cordova (B.S. degree conferred 2011)
        Bradley Shively (B.S. degree conferred 2010)
        Kate Sobel (B.S. degree conferred 2010)
        Steven Troxell (B.S. degree conferred in 2008)
        Steven Clancy (B.S. degree conferred in 2007)
        Paulo Molina (B.S. degree conferred in 2004)
        Chris Catalano (B.S. degree conferred in 2004)
        Andy Shingle (B.S. degree conferred in 2004)

## Supervision of Other Undergraduate Research

| Student | Degree | Major | University | Role |
|---|---|---|---|---|
| Arielle Amchin | BS | Marketing | Penn State | Research Mentor |
| Arun Das | BS | CS | Brown University | Research Mentor |
| Manisha Dareddy | BS | MIS | Carnegie Mellon Qatar | Research Mentor |
| Satyajit Narayanan | BS | CS | Bharati Vidyapeeth University | Research Mentor |
| Will Berkheiser | BS | IST | Penn State | Work Study Mentor http://studentaid.psu.edu/types-of-aid/work-study-and-employment/work-study/about |
| Pat Bonner | BS | IST | Penn State | Research Mentor |
| Danielle Booth | BS | IST | Penn State | Research Mentor |
| Anna Brown | BS | IST | Penn State | Research Mentor |
| Nicole Butera | BS | Chemistry | Penn State | Women in Science and Engineering Research |

## Supervision of Other Undergraduate Research

| Student | Degree | Major | University | Role |
|---------|--------|-------|------------|------|
| | | | | (WISER) Mentor |
| | | | | http://pa.spacegrant.org/wiser |
| Chris Ciamacca | BS | IST | Penn State | Research Mentor |
| Karen Lee | BS | IST | Penn State | Research Mentor |
| Dana Kracow | BS | IST | Penn State | Research Mentor |
| Daehee Park | BS | IST | Penn State | Research Mentor |
| Melissa Reizner | BS | IST | Penn State | Research Mentor |
| Mitchell Rukat | BS | IST | Penn State | Research Mentor |
| Paul Rinaldi | BS | IST | Penn State | Research Mentor |
| Simone Schuster | BS | Advertising | Penn State | Research Mentor |
| Laura Solomon | BS | Advertising | Penn State | Research Mentor |
| Meng Ting Sun | BS | Accounting | Penn State | Research Mentor |
| Pete Smith | BS | IST | Penn State | Research Mentor |
| Megan Tan | BS | Marketing | Penn State | Research Mentor |
| Courtney Weaver | BS | IST | Penn State | Research Mentor |

## Professional Service

### Editorial Boards

| | |
|---|---|
| Current – 2016 | Editor-in-chief, Information Processing & Management (Elsevier) |
| Current – 2016 | Editorial Board Member, Information Discovery and Delivery |
| Current – 2012 | Editorial Advisory Board Member, Social Networks |
| Current – 2011 | Editorial Advisory Board Member, International Journal of Electronic Business |
| Current – 2009 | Editorial Advisory Board Member, Journal of the American Society for Information Science and Technology |
| Current – 2009 | Editorial Advisory Board Member, Future Internet |
| Current – 2006 | Editorial Panel, International Journal of Internet Science |
| Current – 2006 | Editorial Advisory Board Member, Information Research |
| Current – 2004 | Editorial Advisory Board Member, Information Processing & Management |
| 2016 – 2011 | Editor-in-chief, Internet Research (Emerald) |
| 2011 - 2004 | Editorial Advisory Board Member, Journal of Internet Research |

74

## Professional Service

### Editorial Boards

| | |
|---|---|
| 2010 - 2004 | Editorial Advisory Board Member, <u>Library and Information Science Journal</u> |
| 2008 - 2004 | Associate Editor (Book Reviews), <u>Information Processing & Management</u> |
| 1996 –1998 | Student Editor, <u>SIG Computer Human Interaction SIGCHI Bulletin</u> |

## Professional Service

### Tenure Letters

| | |
|---|---|
| 2016 | External Tenure Letter Writer for faculty member of School of Business, McMaster University |
| 2016 | External Tenure Letter Writer for faculty member of Department of Library and Information Science, The Catholic University of America |
| 2015 | External Tenure Letter Writer for faculty member of School of Communication and Information, Rutgers University |
| 2013 | External Tenure Letter Writer for faculty member of College of Information Science and Technology, Drexel University |
| 2013 | External Tenure Letter Writer for faculty member of Graduate School of Management, University of Haifa |
| 2012 | External Tenure Letter Writer for faculty member of Faculty of Social Sciences, Bar-Ilan University |
| 2012 | External Tenure Letter Writer for faculty member of Henry B. Tippie College of Business, The University of Iowa |
| 2012 | External Tenure Letter Writer for faculty member of School of Business, North Carolina Central University |
| 2010 | External Tenure Letter Writer for faculty member of School of Business Administration, Bar Ilan University, Israel |
| 2009 | External Tenure Letter Writer for faculty member of Computer Information Systems Department, Bentley University |

**Professional Service**

**Ad hoc Reviewing**

2016    Reviewer, IEEE Systems, Man and Cybernetics, Computers in Human Behavior, International Journal of Human Computer Interaction, Cornell Hospitality Review

2015    Reviewer, Transactions on Intelligent Systems and Technology, Journal of Organizational Computing and Electronic Commerce, European Journal of Marketing, Journal of Information Management, Transactions on Management Information Systems

2014    Reviewer, MIS Quarterly, Journal of Organizational Computing and Electronic Commerce, Computers in Human Behavior, Journal of Documentation, IEEE Systems, Man and Cybernetics, Tourism Management

2013    Reviewer, Technological Forecasting & Social Change, IEEE Systems, Man and Cybernetics, International Journal of Electronic Commerce, ACM Transactions on the Web, Journal of Interactive Marketing, Journal of Electronic Commerce Research (2x), Electronic Commerce Research, Communications of the Association for Information Systems, Transactions on Computer-Human Interaction, Information Research, Information and Management

2012    Reviewer, Electronic Commerce Research, International Journal of Information Management, Journal of Information Science, Communication Research, International Journal of Internet Science, Journal of Organizational Computing and Electronic Commerce, Social Science Computer Review, Information Research, MIS Quarterly, Journal of Organizational Computing and Electronic Commerce, Library and Information Science, IEEE Transactions on Multimedia, Advances in Human-Computer Interaction (2x), Journal of Theoretical and Applied Electronic Commerce Research (3x), ACM Transactions on Computer-Human Interaction

2011    Reviewer, IEEE Transactions on Multimedia, Information Technology and People, Journal of Computer-Mediated Communication (2x), Sage Publishing, Electronic Commerce Research, International Journal of Electronic Commerce, Journal of Interactive Marketing (2x), ACM Transactions on the Web, ACM Transactions on Computer-Human Interaction

2010    Reviewer, International Journal of Information Management (2x), ACM Transactions on the Web, Social Science Computing Review, MIS Quarterly, International Journal of Human-Computer Studies, PLoS One, Information Research, Netherlands Organisation for Scientific Research, Computing Surveys, Information Sciences, Future Internet, International Information and Library Review, International Journal of Internet Science, Behaviour & Information Technology, Journal of Media Economics

**Reviewer Award**    2010    Reviewer, Internet Research

2009    Reviewer, The Computer Journal, ACM Transactions on the Web, International Journal of Electronic Commerce, Data & Knowledge Engineering Journal, ACM Transactions on Information Systems

## Professional Service

### Ad hoc Reviewing

2008    Reviewer, <u>Journal of the Academy of Marketing Science</u>, <u>ACM Transactions on the Web</u>, <u>ACM Transactions on Information Systems</u>, <u>Decision Support Systems</u>, <u>New Media & Society</u>, <u>IEEE Internet Computing</u>, <u>Journal of Service Science and Management</u>, <u>IEEE Transactions on Professional Communication</u>, <u>International Journal of Knowledge Management Studies</u>

2007    Reviewer, <u>Simulation Modelling Practice and Theory</u>, <u>ACM Transactions on Information Systems</u>

2006    Reviewer, <u>Journal of Information Science</u>, <u>ACM Transactions on Information Systems</u>

2005    Reviewer, <u>Journal of Medical Internet Research</u>, <u>ACM Transactions on Information Systems</u>

2005    Reviewer, <u>IEEE Systems, Man and Cybernetics Journal</u>, <u>Computer Networks Journal</u>

2004    Reviewer, <u>Information Retrieval</u>, <u>Information Processing & Management</u>, <u>Journal of Web Engineering</u>, <u>Journal of Library & Information Science Research</u>

2003    Reviewer, <u>IEEE Proceedings-Software</u>, <u>Information Processing & Management</u>

2002    Reviewer, <u>Journal of Informing Science</u>, <u>Information Processing & Management</u>, <u>The World Wide Web Journal</u>

2001    Reviewer, <u>International Journal of Human Computer Studies</u>, <u>Information Processing & Management</u>

1999    Reviewer, <u>Information Processing & Management</u>

1998    Reviewer, <u>Computer Science Education Journal</u>, <u>Information Processing & Management</u>

## Professional Service

### Grant Reviewing

2015    Reviewer, Qatar Research Program, Qatar Foundation

2014    Reviewer, grant panelist for National Science Foundation, CISE Research Infrastructure (CRI) program February 2014.

2013    Reviewer for grant proposal for Reviewer, American Association for the Advancement of Science (AAAS) Research Competitiveness Program Grant Proposal for funding through the Maine Technology Institute's Development Awards

2012    Reviewer, Army Research Lab Grant Proposal

## Professional Service

### Grant Reviewing

2011   Reviewer, National Science Foundation Grant Proposal

2011   Reviewer, American Association for the Advancement of Science (AAAS) Research Competitiveness Program Grant Proposal for funding through the Maine Technology Institute's Development Awards

2010   Reviewer, Standard Research Grants program of the Social Sciences and Humanities Research Council of Canada (SSHRC) Grant Proposal

2010   Reviewer for grant proposal for Reviewer, American Association for the Advancement of Science (AAAS) Research Competitiveness Program Grant Proposal for funding through the Maine Technology Institute's Development Awards

2008   Reviewer, Israel Science Foundation Grant Proposal

2007   Reviewer, Air Force Office of Scientific Research Grant Proposal

2007   Reviewer, Israel Science Foundation Grant Proposal

2004   Grant Reviewer, Arts and Humanities Research Board Grant Proposal, Whitefairs, Lewins Mead, Bristol, UK, BS1 2AE

## Professional Service

### Other

2016              Special Issue on Computational Advertising, IEEE Intelligent Systems. Guest Editors: Yanwu Yang, Huazhong University of Science and Technology, China; Yinghui Yang, University of California, Davis, US; Bernard J. Jansen, Qatar Computing Research Institute, HBKU; Mounia Lalmas, Yahoo Labs, UK.

2016 – 2007      Academic Panelist for The Google Online Marketing Challenge (http://www.google.com/onlinechallenge/). Based on registrations from more than 100 countries and more than 11,000 student teams, the Challenge may be the largest, worldwide educational course ever done.

2015   External Examiner for Spanish PhD thesis (Universitat Pompeu Fabra Barcelona)

2014 – 2013      Faculty Advisor for the Penn State Digital Marketing Association

2012   External Examiner for Australian PhD thesis (Queensland University of Technology)

2012 - 2011      Member, Research Committee, Search Engine Marketing Professional Organization (SEMPO)

78

## Professional Service

### Other

| | |
|---|---|
| 2011 – 2009 | Chair of the American Society for Information Science and Technology (ASIST) Information Science Education Committee |

2010    Reviewer, Cambridge University Press book proposal

2010    Reviewer, Cambridge University Press book proposal

2010    External Examiner for Australian PhD thesis (University of Sydney)

2009 – 2006    Chair of the American Society for Information Science and Technology (ASIST) Information Science Education Committee Dissertation Jury

2008    External Examiner for Australian PhD thesis (The University of New South Wales)

2008    External Examiner for Australian PhD thesis (The University of New South Wales)

2008    Guest Editor, International Journal of Electronic Business (IJEB). Special Issue on Sponsored Search

2007    External Examiner for Australian PhD thesis (Monash University)

2007    Guest Editor, with Andy Edmond, Kirstie Hawkey, Melanie Kellar, and Don Turnbull. Journal of Web Engineering. Special Issue on Logging Traces of Web Activity

2006    Guest Editor, Bulletin of the American Society for Information Science and Technology. Special Issue on Paid Search, January 2006

1995 -1994    President, Computer Science Graduate Students Association, Texas A&M University, College Station, Texas.

## Professional Service

### Conference Activities

2016    Chair, Program Committee, The Second International Workshop on Online Social Networks Technologies (OSNT-2016), 13th ACS/IEEE International Conference on Computer Systems and Applications AICCSA 2016. 29 November - 2 December.

2016    Chair, Program Committee, The Third International Workshop on Social Networks Analysis, Management and Security (SNAMS - 2016), The 4th International Conference on Future Internet of Things and Cloud (FiCloud-2016), Vienna, Austria. 22-24 August.

2016    Reviewer, Papers and Posters, 79th Annual Meeting of the American Society for Information Science and Technology (ASIST 2016). Copenhagen, Denmark. 14-18 October.

## Professional Service

### Conference Activities

2015    Program Committee, 7th International Joint Conference on Knowledge Discovery, Knowledge Engineering and Knowledge Management, Lisbon, Portugal. 12-14 Nov.

2015    Meta-Reviewer, Papers and Posters, 78th Annual Meeting of the American Society for Information Science and Technology (ASIST 2015). St. Louis, Mo. 6-10 November.

2015    Reviewer, ACM CHI Conference on Human Factors in Computing Systems, Seoul, South Korea. 18-23 April.

2014    Reviewer, Papers and Posters, 77th Annual Meeting of the American Society for Information Science and Technology (ASIST 2014). Montreal, Canada. 31 October - 4 November.

2014    Program Committee: 3rd International Information Systems for Crisis Response and Management Conference (ISCRAM 2014), State College, PA. May 2014.

2014    Reviewer, ACM CHI Conference on Human Factors in Computing Systems, Toronto, Canada. 26 April – 1 May.

2013    Reviewer, Papers, 76th Annual Meeting of the American Society for Information Science and Technology (ASIST 2013). Montreal, Canada. 1-6 November.

2013    Reviewer, Posters, 76th Annual Meeting of the American Society for Information Science and Technology (ASIST 2013). Montreal, Canada. 1-6 November.

2013    Reviewer, 22nd International World Wide Web Conference (WWW 2013). 13th-17th, May, Rio de Janeiro, Brazil.

2013    Program Committee: European Conference on Information Retrieval (ECIR 2013) Workshop on Group Membership and Search (GRUMPS), 24 March, Moscow, Russia

2013    Program Committee: Sixth ACM WSDM Conference on Web Search and Data Mining Workshop on Web Search Click Data, 4-8 February, Rome, Italy.

2012    Program Committee: Fourth Information Interaction in Context Conference (IIIX 2012), Nijmegen, the Netherlands, 21-24 August 2012.

2011    Session Track Chair, 74th Annual Meeting of the American Society for Information Science and Technology (ASIST 2011). 9-13 October. New Orleans, LA.

2011    Program Committee, iConference. Toronto, Canada, 7-10 February.

2011    Program Committee: 33rd European Conference on Information Retrieval (ECIR 2011), Best Paper Committee, Dublin, Ireland, 19-21 April 2011

## Professional Service

### Conference Activities

2011 Program Committee: 33rd European Conference on Information Retrieval (ECIR 2011), Workshop on Information Retrieval Over Query Sessions, Dublin, Ireland, 19-21 April 2011.

2011 Program Committee: 12th ACM Conference on Electronic Commerce (EC11). San Jose, CA. 5-9 June.

2011 Program Committee: Conference on Multilingual and Multimodal Information Access Evaluation (CLEF 2011). Amsterdam, the Netherlands, 19-22 September 2011.

2011 Program Committee: 33rd European Conference on Information Retrieval (ECIR 2011). Dublin, Ireland. 18-21 April.

2010 Program Committee, American Society for Information Science and Technology Annual Meeting 2010. Pittsburgh, PA. 22-27 October.

2010 Program Committee: Conference on Multilingual and Multimodal Information Access Evaluation (CLEF 2010). Padua, Italy, 20-23 September.

2010 Program Committee: LREC 2010 Workshop on Web Logs and Question Answering (WLQA2010). Malta, 22 May.

2010 Program Committee: 32st European Conference on Information Retrieval (ECIR 2010). Keynes, UK. 28-31 March.

2009 Program Committee: Web Information and Data Management. 19th International Conference on Information and Knowledge Management (CIKM 2009). Hong Kong. 6 November.

2009 Program Committee: Workshop on the Analysis of System Logs. 22nd ACM Symposium on Operating Systems Principles. Big Sky, MT.14 October.

2009 Program Committee: Collaborative Information Behavior. GROUP 2000. Sanibel Island, Florida. 10 May.

2009 Program Committee: Qualitative and Quantitative Methods in Libraries International Conference (QQML2009). Chania, Crete, Greece, 26-29 May.

2009 Program Committee: 31st European Conference on Information Retrieval (ECIR 2009). Toulouse, France. 6-9 April.

2009 Reviewer, ACM Conference on Computer Human Interaction 2009 (CHI 2009), Boston, MA, 4 – 9 April.

2008 Reviewer, 18th Conference on Information and Knowledge Management (CIKM 2008). Napa Valley, California. 26-30 October.

## Professional Service

### Conference Activities

2008    Program Committee: Workshop on Human-Computer Interaction and Information Retrieval (HCIR 2008). Redmond, Washington.23 October.

2008    Program Committee: 1$^{st}$ Information Interaction in Context Symposium (IiiX 2008). London, United Kingdom. 14-17 October.

2008    Program Committee: 2008 Ad Auctions Workshop. ACM Conference on Electronic Commerce in Chicago, IL. 8-9 July.

2008    Reviewer, Southern Association for Information Systems Conference (SAIC 2008), Richmond, VA, USA 13–15 March.

2007    Program Committee, IEEE International Conference on Intelligence and Security Informatics 2007 (ISI 2007), New Brunswick, New Jersey. 23-24 May, 2007

2007    Reviewer, Graphics Interface 2007, Montréal, Canada, 28 – 30 May 2007.

2007    Reviewer, American Society for Information Science and Technology Annual Meeting 2007. Milwaukee, Wisconsin. 18-25 October.

2007    Program Committee, 8$^{th}$ World Congress on the Management of eBusiness. Toronto, Canada. 11-13 July.

2007    Program Committee, WWW'07 Workshop on Query Log Analysis: Social and Technological Challenges. World Wide Web 2007, Banff, Alberta, Canada. 8 May.

2007    Program Committee, WWW'07 Workshop on Sponsored Search. World Wide Web 2007, Banff, Alberta, Canada. 8 May.

2007    Program Committee, Chi'07 Workshop on Exploratory Search and HCI: Designing and Evaluating Interfaces to Support Exploratory Search Interaction. ACM CHI2005, Conference on Human Factors in Computing Systems (CHI'07), San Jose, CA. 29 April 2007.

2007    Program Committee, IEEE Intelligence and Security Informatics Conference (ISI 2007), New Brunswick, NJ. 23 – 24 May, 2007.

2006    Program Committee: 2006 Research Symposium of the Special Interest Group on Human-Computer Interaction. American Society for Information Science and Technology. Austin, Texas. 5 November 5, 2006

2006    Reviewer, Hawaii International Conference on System Sciences 2007. Waikoloa, Big Island, Hawaii. 3-6 January, 2007.

2006    Program Committee: IEEE Information Technology: New Generations (ITNG) 2006, Las Vegas, NV. 16 -19 April 2007.

## Professional Service

### Conference Activities

2006    Reviewer for SIGIR 2006 Workshop on Evaluating Exploratory Search Systems. The 29th Annual International ACM SIGIR Conference on Research & Development on Information Retrieval (SIGIR2006). 6-11 August. Seattle, Washington.

2006    Program Committee: 4th International Conference on Information Technology: New Generations, 16-19 April, 2007, Las Vegas, Nevada.

2006    Program Committee: 1st Information Interaction in Context Symposium (IiiX symposium). Copenhagen, Denmark. 18-20 October 2006.

2006    Program Committee: IEEE Information Technology: New Generations (ITNG) 2006, Las Vegas, NV. 10 – 12 April 2006.

2006    Reviewer, The Fourth Annual Pre-ICIS Workshop on HCI Research in MIS, International Conference on Information Systems, 2005.

2006    Reviewer, Human Factors and Ergonomics Society 49th Annual Meeting, 2005.

2006    Program Committee: IEEE 6th International Conference on Information Technology, Coding and Computing. Las Vegas, Nevada. 5-7 April 2005.

2006    Program Committee: the 5h International Conference on Conceptions of Library and Information Science, Glasgow, Scotland, 6-9 June 2005.

2006- 2002    Reviewer, ACM SIGIR International Conference on Information Retrieval.

2006    Session Track Co-chair, Web Searching Sessions (Three tracks), the IEEE 5th International Conference on Information Technology, Coding and Computing. Las Vegas, Nevada. 4-6 April 2005.

2005    Program Committee, IEEE 6th International Conference on Information Technology, Coding and Computing. Las Vegas, Nevada. 5-7 April, 2005.

2005    Program Committee, the 5h International Conference on Conceptions of Library and Information Science, Glasgow, Scotland, 6-9 June 2005.

2004    Session Track Co-chair, Web Searching Sessions (Three tracks), the IEEE 5th International Conference on Information Technology, Coding and Computing. Las Vegas, Nevada. 5-7 April, 2004.

2004    Reviewer, ACM CHI2005, Conference on Human Factors in Computing Systems

1998    Session Moderator, New Engineering Educators Conference, June 1998, Seattle, Washington.

1998    Co-organizer for ACM Computer Science Education Research Competition, February 1998, Atlanta, Georgia.

## Professional Service

### Conference Activities

1998    Reviewer, New Engineering Educators Conference

1998    Reviewer, American Society for Engineering Education National Conference

1997    Session Moderator for American Society for Engineering Education National Conference, June 1997, Milwaukee, Wisconsin.

## Advisory Boards

Current - 2012      CLAK Impressions http://www.linkedin.com/company/clak-impressions

Current - 2010      The Pennsylvania Technical Assistance Program (PennTAP), http://penntap.psu.edu/action-council/

Current - 2010      Innoblue, http://innoblue.org/

2016 - 2007      Global Academic Panel, Google Online Marketing Challenge, http://www.google.com/onlinechallenge/discover/judging-panel.html

2012 - 2010      Chief Marketing Officer (CMO Council) Advisory Board for research initiative, Localize to Optimize Sales Channel Effectiveness

2012 - 2010      Jabbit Board of Advisors, http://www.jabbit.com/

## Invited Talks (Selected)

**Keynote**      Keynote, 2016 Sixth National Doctoral Forum of Information Science, 7-18 July 2016, Tianjin, China. http://jimjansen.blogspot.qa/2016/07/keynote-speaker-at-2016-sixth-national.html

**Keynote**      Keynote, The 7th International IEEE on Information and Communication Systems (ICICS 2016), 5-7 April, Irbid, Jordan.

**Keynote**      Keynote, The 10th International ACM Conference on Ubiquitous Information Management and Communication (IMCOM 2016), 4-6 January, Danang, Vietnam. http://jimjansen.blogspot.qa/2015/12/imcom-2016-keynote-transformed-role-of.html

Presentation, Sungkyunkwan University (Sowan Campus), 23 April 2015, Seoul, South Korea. http://jimjansen.blogspot.com/2015/04/visit-to-department-of-interaction.html

Presentation, National Research University Higher School of Economics, 10 March 2014, St. Petersburg, Russia http://jimjansen.blogspot.com/2014/03/presentation-at-national-research.html

## Invited Talks (Selected)

Presentation, Yandex, 11 March 2014, St. Petersburg Russia.
http://jimjansen.blogspot.com/2014/03/visit-to-yandex-headquarters-in-st.html

Presentation, Sungkyunkwan University (Sowan Campus), 20-21 June 2013, Seoul, South Korea.
http://jimjansen.blogspot.com/2013/06/research-workshop-discussion-on-web.html

Presentation, Library and Information Science Department and College of Information and Media, Duksung Women's College, 19 June 2013, Seoul, South Korea.
http://jimjansen.blogspot.com/2013/06/theoretical-constructs-of-searching-and.html

Presentation, Library and Information Science Department, College of Liberal Arts, Sungkyunkwan University, 18 June 2013, Seoul, South Korea.
http://jimjansen.blogspot.com/2013/06/keyword-advertising-research.html

Presentation, Qatar Computer Research Institute, 24-29 April 2013, Doha, Qatar.
http://jimjansen.blogspot.com/2013/04/research-presentation-to-folks-at-qatar.html

Presentation, Department of Decision Sciences, College of Business and Public Administration, Old Dominion University, 14-15 April 2013, Norfolk, VA.
http://jimjansen.blogspot.com/2013/04/keyword-advertising-presentation-to.html

Presentation, Google Online Marketing Challenge Workshop, The University of Illinois at Urbana–Champaign, 11 March 2013.
http://jimjansen.blogspot.com/2013/03/gomc-presentation-to-students-at.html

**Keynote** Presentation, Casual Living Conference 2012, 22-24 February 2012, Sarasota, FL.
http://accentsandfurnishings.com/conferences/casuallivingconference/2012/index.html

Keynote, The Direct Marketing Association of Washington (DMAW) Professor Institute. 3-4 January 2012, Washington. DC.
http://www.dmawef.org/Professors_Page/Professors_Page.html

Presentation, Advance 2011: Rediscovering the Customer. 20-22 September 2011, San Diego, CA. http://www.idanalytics.com/advance2011/

Webinar, Web Analytics Webinar for the American Society for Information Science and Technology, 17 June 2011. http://asist.org/Conferences/webinars/2011/web-analytics.html

**Keynote** Keynote, Buying and Selling eContent 2011. 28 March 2011, Scottsdale, AR. http://www.buy-sell-econtent.com/2011/Speakers/JimJansen.aspx

Presentation, Evri (semantic news aggregation company). 10 February 2011, Seattle, WA
http://jimjansen.blogspot.com/2011/02/visit-to-evri-semantic-news-aggregation.html

Presentation, IMPAQT (search engine marketing agency). 10 November 2010, Pittsburgh, PA. http://jimjansen.blogspot.com/2010/11/visit-to-search-engine-marketing.html

## Invited Talks (Selected)

Presentation, Yahoo! Research Lab. 9 November 2010, New York, New York.
http://jimjansen.blogspot.com/2010/11/visit-to-yahoo-research-labs-new-york.html

Presentation, School of Communication and Information, Rutgers University. 8 November 2010, New Brunswick, NJ.

University-wide Presentation, Ryerson University, 18 October 2009, Toronto, Canada.

**Keynote**

Presentation, Query Log Analysis: From Research to Best Practice 2009/ 27-28 May. London, UK. Funded by European Union project on Evaluation, Best Practices and Collaboration for Multilingual Information Access.
http://ir.shef.ac.uk/cloughie/qlaw2009/index.html

Presentation, Query Log Analysis: From Research to Best Practice 2009/ 27-28 May. London, UK. Funded by European Union project on Evaluation, Best Practices and Collaboration for Multilingual Information Access.
http://ir.shef.ac.uk/cloughie/qlaw2009/index.html

Presentation, Google. 30 October 2008. Mountain View, CA.

Presentation, IMPAQT (search engine marketing agency). 28 October 2008, Pittsburgh, PA.
http://jimjansen.blogspot.com/2008/10/visit-to-sem-impaqt.html

Presentation, Mahalo (a human power search engine). 6 July 2008, Los Angeles, CA.
http://jimjansen.blogspot.com/2008/07/mahalo-human-power-search-engine.html

Presentation, Pepperjam (search engine marketing agency). 24 June 2008, Wilkes-Barre, PA. http://jimjansen.blogspot.com/2008/06/visit-to-pepperjam.html

Presentation, School of Communication and Information, Rutgers University. 2 September 2005, New Brunswick, NJ.

Presentation, College of Information, University of North Texas, 15 June 1998. Denton, TX

## Membership in Professional Societies

American Society for Information Science and Technology (ASIST)

Armed Forces Communications and Electronics Association (AFCEA)

Association for Computing Machinery (ACM)

The Institute of Electrical and Electronics Engineers (IEEE)
*Societies*: Computer Society

## Professional Experience

Numerous **consulting projects** and **expert witnessing** (class action suits, patent ligation, and civil ligation)

**US Army Officer** (2002 – 1985): Held various command and staff positions of progressively increasing responsibility. Responsible for vision articulation, planning, directing, and day-to-day management of organizations ranging in size from 10 to over 200 personnel. Served in numerous locations in the United States, Europe, Central America, and the Far East as a communication officer. Responsible for the planning and installation of various types of communication systems including radio, telephone, computer and other digital networks. Served with the 8[h] U.S. Army Y2K Operational Evaluation Team validating critical information management systems. Responsible for the long term planning, developing, and budgeting of communication systems of all types for the U.S. Forces stationed on the Korean Peninsula. Responsible for a 22-person division that develops photographic, graphical, audio-visual and multimedia material for the U.S. Army War College.

## Security Clearance

**TS-SCI**: Cleared for Top Secret information and granted access to Sensitive Compartmental Information based on a single scope background investigation by the Defense Security Service, Office of Personnel Management on 17 March 2011.

## Appendix B Testimony Cases

| Year | Deliverables | Retained by | Case |
|------|-------------|-------------|------|
| 2016 | Testimony Deposition | Plaintiff | ERIN ANDREWS, Plaintiff, vs MARRIOTT INTERNATIONAL, INC., a Delaware Corporation; WESTEND HOTEL PARTNERS, LLC dba NASHVILLE MARRIOTT AT VANDERBILT UNIVERSITY, a Delaware Limited Liability Company, and MICHAEL DAVID BARRETT, an individual, Defendants. CASE NO. 11C4831, which is pending in the Circuit Court for Davidson County Tennessee at Nashville.<br><br>Law Firm: Greene Broillet & Wheeler LLP |
| 2015 | Deposition | Plaintiff | ENCORE MEDIA METRICS, LLC fka SPUR DIGITAL L.P., dba SPUR INTERACTIVE and STEVE LATHAM VS ADOMETRY, INC. fka CLICK FORENSICS, INC. Cause 2012-44351 / Court: 281. (The District Court of Travis County, Texas.)<br><br>Law Firm: Watts & Guerra LLP and DiNovo Price Ellwanger & Hardy LLP |
| 2014 | Deposition | Defendant | M.B. AS NEXT FRIEND OF J.B., A MINOR *Plaintiffs,* V. CAMP STEWART FOR BOYS, INC., AMERICAN INSTITUTE FOR FOREIGN STUDY, INC. D/B/A CAMP AMERICA, AND SCOTT ASH JAMES ZIRUS *Defendant.* NO. 5:12-CV-1133 (Western District of Texas)<br><br>Law Firm: Rymer, Moore, Jackson, & Echols PC |
| 2014 | Testimony, Deposition | Defendant | REAL LOCAL PAGE PARTNERS, LLC, Claimant, v. PAYMENT ALLIANCE INTERNATIONAL, INC., Respondent & PAYMENT ALLIANCE INTERNATIONAL, INC. Counter-Claimant, v. REAL LOCAL PAGE PARTNERS, LLC, Counter-Respondent. CASE NO. 32 147 Y 0021413. AMERICAN ARBITRATION ASSOCIATION, MIAMI, FLORIDA<br><br>Law Firm: Kirkland & Ellis LLP |
| 2013 | Deposition | Plaintiff | CABLE WHOLESALE.COM, INC. v. SF CABLE, INC. Case No. CV 11-2966 EMC (Northern District of California)<br><br>Law Firm: Law Offices of James G. Schwartz P.C. |

## Appendix C Documents Referenced

### Web Services
- Alexa www.alexa.com/
- Bing Search Engine https://www.bing.com/
- Compete https://www.compete.com/
- Google Keyword Tool https://adwords.google.com/KeywordPlanner
- Google Search Engine www.google.com/
- Google Trends https://www.google.com/trends/
- Microsoft Bing Keyword Tool www.bing.com/toolbox/keywords
- Million Short https://millionshort.com/
- SimiliarWeb www.similarweb.com/
- SpyFu www.spyfu.com/
- W3Snoop http://www.w3snoop.com/

### Documents
- Agarwal, D., Chen, B. C., and Wang, X. *Multi-faceted ranking of news articles using post-read actions*. In Proc. of CIKM, ACM (2012), 694-703.
- Aikat, D. *News on the web: usage trends of an on-line newspaper*. Convergence: The International Journal of Research into New Media Technologies 4, 4 (Dec. 1998), 94-110.
- BBC News https://en.wikipedia.org/wiki/BBC_News
- Castillo, C., El-Haddad, M., Pfeffer, J., & Stempeck, M. (2014, February). *Characterizing the life cycle of online news stories using social media reactions*. In Proceedings of the 17th ACM conference on Computer supported cooperative work & social computing (pp. 211-223). ACM.
- Complaint, VIRGINIA L. GIUFFRE, Plaintiff, v. GHISLAINE MAXWELL, Defendant. CASE NO. 1:15-cv-07433
- Daily Mirror https://en.wikipedia.org/wiki/Daily_Mirror
- GIUFFRE001120
- GM_00068 (Gow E-Mail)
- http://digitalmeasurement.nielsen.com/files/metrics-guidelines.pdf
- http://www.ebizmba.com/articles/news-websites
- http://www.mirror.co.uk/news/uk-news/prince-andrews-pal-ghislaine-maxwell-5081971
- http://www.nydailynews.com/news/world/alleged-madame-accused-supplying-prince-andrew-article-1.2065505
- http://www.pewresearch.org/fact-tank/2014/02/03/6-new-facts-about-facebook/
- https://www.google.com/advanced_search
- https://www.thesun.co.uk/archives/news/6754/prince-andrews-pal-ghislaine-groped-teen-girls/
- Mail Online https://en.wikipedia.org/wiki/Mail_Online
- Power Law https://en.wikipedia.org/wiki/Power_law
- Snowball sampling https://en.wikipedia.org/wiki/Snowball_sampling

- Tatar, A., de Amorim, M. D., Fdida, S., & Antoniadis, P. (2014). A survey on predicting the popularity of web content. Journal of Internet Services and Applications, 5(1), 1.
- Teevan, J., Adar, E., Jones, R. and Potts, M. (2006). History repeats itself: repeat queries in Yahoo's logs. In *Proceedings of the 29th annual international ACM SIGIR conference on Research and development in information retrieval* (SIGIR '06). ACM, New York, NY, USA, 703-704.
- The Independent https://en.wikipedia.org/wiki/The_Independent
- The Times https://en.wikipedia.org/wiki/The_Times
- Triangulation (social science) http://en.wikipedia.org/wiki/Triangulation_%28social_science%29
- www.theguardian.com/media/2016/mar/17/independent-mirror-express-and-star-suffer-sharp-fall-in-traffic

# EXHIBIT 25
# (Filed Under Seal)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

VIRGINIA L. GIUFFRE.

    Plaintiff,

        v.

GHISLAINE MAXWELL

    Defendants

15-cv-07433-RWS

# EXPERT REPORT

## OF

## PETER KENT

## OCTOBER 28TH, 2016

*Slave, Virginia Roberts Lies, Virginia Giuffre Lies, Virginia Roberts Giuffre Lies, Virginia Roberts Untrue, Virginia Giuffre Untrue, Virginia Roberts Giuffre Untrue, Virginia Roberts Liar, Virginia Giuffre Liar, Virginia Roberts Giuffre Liar, Virginia Roberts Ross Gow, Virginia Giuffre Ross Gow, Virginia Roberts Giuffre Ross Gow, Virginia Roberts Ross dishonest, Virginia Giuffre Ross dishonest, Virginia Roberts Giuffre dishonest, victims refuse silence sex slave*

32.    However, nowhere in his report does Mr. Anderson explain why these 26 search terms are important, beyond the fact that, he claims incorrectly, searching the major search engines with these phrases results in links to Web pages that contain allegedly defamatory material. However, this is true of literally thousands of different search phrases    it's a simple task to create search terms to match particular pages    but he never explains why these particular 26 phrases are relevant.

33.    As I explain below in detail, Mr. Anderson's testimony is unreliable because it is *not* based on sufficient facts or data, nor is it the product of reliable principles and methods. Rather, it is seriously flawed in a number of ways.

### 1.    Mr. Anderson's Choice of Search Terms Is Arbitrary

34.    Mr. Anderson, in his report, provides a list of 26 search terms (Page 7) that appear to have been chosen in an arbitrary manner; furthermore, Mr. Anderson does not explain how these search terms are relevant to this case. Most of the examples are rarely if ever searched upon, and return few, if any, relevant results (that is, links to pages that discuss or recount Defendant's alleged defamatory statements).

35.    Search terms are only relevant to this case if a searcher, wishing to find information about Plaintiff, would type the terms into a search engine. Mr. Anderson does not explain why such a person would type, for instance, the term *victims refuse silence sex slave*; in fact there seems no reason to believe that such a person would use this term. Why would someone wanting to research information about Plaintiff use the term *virginia roberts lies*, or *virginia roberts ross gow*? Mr. Anderson does not suggest any reason that somebody should use such terms. Indeed, these are terms unlikely to be used by anyone unfamiliar with this litigation or the fact that Defendant had denied Plaintiff's original allegations. These are not terms likely to be used by Mr. Anderson's "casual searcher" ("I conducted an investigation to determine the

Expert Report of Peter Kent    Virginia L. Giuffre v. Ghislaine Maxwell

106.     However, this 3-step process (create pages, place them on Web sites, create links to the pages) is not very efficient, regardless of the fact that it is common in the ORM business. One should keep in mind that the primary goal of any business is maximizing profits, not efficiency. The 3-step process may be inefficient, but it has the advantage of increasing the income of ORM firms; rather than merely creating links, they can also charge for the creation and placement of Web pages. There is, however, an alternative strategy that some ORM firms in fact *do* use, as I describe later in this report.

### 2.     The Problems With Mr. Anderson's Strategy

107.     Mr. Anderson's strategy is unnecessarily expensive and complicated, for a number of reasons:

- Mr. Anderson exaggerates the number of Web pages (780) that must be pushed down in the search results
- Placing new Web pages on quality Web sites will be very difficult, and unnecessary
- Pushing the new Web pages up in the search results will be very difficult

### a)     Mr. Anderson Exaggerates the Number of Web Pages (780) That Must Be Pushed Down In The Search Results

108.     Mr. Anderson has stated that 780 Web pages must be pushed down in the search results; he takes his 26 search phrases, and multiplies by 30 results (in theory 10 results per search-result page, over three pages, in order to push the "offending" pages down to the fourth page, though in some cases, in particular on Google, there may actually be fewer results on the first page, perhaps 8 or 9.) This is wrong for various reasons.

### *Most of the Search Terms Will be Used Infrequently If Ever*

109.     As noted earlier, most of Mr. Anderson's 26 search terms are infrequently if ever employed by searchers. Why, for instance, would it be necessary to push down offending Web pages in the results that the search engines provide for the term *victims refuse silence sex slave*, when this term is likely never used (and furthermore, that the search results contain no

# EXHIBIT 26
# (Filed Under Seal)

From: <ross@acuityreputation.com>
Date: 2 January 2015 at 20:38
Subject: Ghislaine Maxwell
To: Rossacuity Gow <ross@acuityreputation.com>
bcc: martin.robinson@mailonline.co.uk,
P.Peachey@independent.co.uk,
nick.sommerlad@mirror.co.uk,
david.brown@thetimes.co.uk,
nick.alway@bbc.co.uk,
jo-anne.pugh@bbc.co.uk

To Whom It May Concern,
Please find attached a quotable statement on behalf of Ms Maxwell.

No further communication will be provided by her on this matter.
Thanks for your understanding.
Best
Ross

Ross Gow
ACUITY Reputation

Jane Doe 3 is Virginia Roberts - so not a new individual. The allegations made by Victoria
Roberts against Ghislaine Maxwell are untrue. The original allegations are not new and have
been fully responded to and shown to be untrue.

Each time the story is re told it changes with new salacious details about public figures and
world leaders and now it is alleged by Ms Roberts that Alan Derschowitz is involved in having
sexual relations with her, which he denies.

Ms Roberts claims are obvious lies and should be treated as such and not publicised as news, as
they are defamatory.

Ghislaine Maxwell's original response to the lies and defamatory claims remains the same.
Maxwell strongly denies allegations of an unsavoury nature, which have appeared in the British
press and elsewhere and reserves her right to seek redress at the repetition of such old
defamatory claims.

Sent from my BlackBerry® wireless device

# EXHIBIT 27
# (Filed Under Seal)

Page: 1 Document Name: untitled

```
 PANEL: ___              A07. ASSIGNMENT HISTORY              YEAR: 16
 T234                   Monday May 23, 2016 9:04 am
 STDT: ███████   ROBERTS, VIRGINIA L           SCHL: 3390  GR: 10  ST: I

A   ENTRY        WITHDRAWAL P                                            E
C  CD   DATE  OD CD   DATE  R PF SY CL DS SCHL    DESC      GR PRS ABS UNX Y

 _  R02 101201  _  W26 030702 N _  02 01 __ 3390 SURVIVORS    10  56  31 ___ Y
 _  R02 092001 ___ W02 101101 N _  02 01 __ 2331 ROYAL PALM HIG 10  13   1 ___ _
 _  EA1 081401 ___ W32 092001 Z _  02 A1 __ 2192 WLLNGTN HS ADL 30 ___ ___ ___ _
 _  EA1 081600 ___ W47 081301 Z _  01 A1 __ 2192 WLLNGTN HS ADL 30 ___ ___ ___ Y
 _  EA1 062100 ___ W47 081500 Z _  00 A1 __ 2192 WLLNGTN HS ADL 30 ___ ___ ___ Y
 _  E01 081699 ___ W03 081699 N _  00 01 __ 2331 ROYAL PALM HIG 10 ___ ___ ___ _
 _  E01 081998 ___ W02 060999 P _  99 01 __ 0581 FOREST HILL HI 09 155  25 ___ Y
 _  E01 082097 ___ W01 061098 R _  98 01 __ 2331 ROYAL PALM HIG 09 147  33 ___ Y
 _  E01 082097 ___ W22 082097 N _  98 01 __ 2191 WELLINGTON HIG 09 ___ ___ ___ _
 _  R03 040797 ___ W02 061197 P _  97 01 __ 1691 CRESTWOOD MID  08  40   5 ___ Y
 _  E01 082294 ___ DNE 082294 N _  95 01 __ 1703 ROYAL PINES SC 06 ___ ___ ___ _
 _  E01 082393 ___ W02 061094 P _  94 01 __ 1901 LOXAHATCHEE EL 05 167  13 ___ Y
 _  E01 082592 ___ W01 061193 P _  93 01 __ 1901 LOXAHATCHEE EL 04 176   4 ___ Y


PF1=HELP 3=EXIT 5=REFRESH 7=BKWD 8=FWD 9=NEXT PAGE 12=ESCAPE
PAGE FULL...CONTINUE.                                   TERML: I1B5
```

LHOAL NAME: ROBERTS, VIRGINIA L

DISTRICT: 50 SCHOOL: 0581 FORREST HILL HIGH
  YEAR: 1998-1999  GRADE LEVEL: 09

| T | COURSE# | COURSE TITLE | SUBJECT AREA | CRSE FLAG | G R | A C | O N | CREDIT ATT./EARN |
|---|---------|--------------|--------------|-----------|-----|-----|-----|------------------|
| 1 | 0500500 | PERS,CAR,SCH DEV 1 | EL | RJ | B | Z | N | 0.50 0.50 |
| 1 | 0701320 | FRENCH 1 | FL | RJ | C | Z | N | 0.50 0.50 |
| 1 | 1001340 | ENG 2 | EN | RJ | A | Z | N | 0.50 0.50 |
| 1 | 1200380 | ALG 1-B | MA | JR | F | Z | N | 0.50 0.00 |
| 1 | 1900300 | DRIVER ED CLASS | EL |  | B | Z | N | 0.50 0.50 |
| 1 | 2000310 | BIO 1 | SC | RJ | A | Z | N | 0.50 0.50 |
| 1 | 2109310 | WORLD HIST | WH | RJ | C | Z | N | 0.50 0.50 |
| 2 | 0500500 | PERS,CAR,SCH DEV 1 | EL |  | F | Z | N | 0.50 0.00 |
| 2 | 0701320 | FRENCH 1 | FL | RJ | F | Z | N | 0.50 0.00 |
| 2 | 0800300 | HEALTH1-LIF MGMT SK | LM | RJ | F | Z | N | 0.50 0.00 |
| 2 | 1001340 | ENG 2 | EN | RJ | F | Z | N | 0.50 0.00 |
| 2 | 1200380 | ALG 1-B | MA | JR | F | Z | N | 0.50 0.00 |
| 2 | 2000310 | BIO 1 | SC | RJ | F | Z | N | 0.50 0.00 |
| 2 | 2109310 | WORLD HIST | WH | RJ | F | Z | N | 0.50 0.00 |

CREDIT, TERM:            7.00  3.00

|  | GPA | QTY PTS |  | GPA | QTY PTS |
|--|-----|---------|--|-----|---------|
| DISTRICT-TERM: | 1.2857 | 9.00 | CUM: | 1.5714 | 22.00 |
| STATE-TERM: | 1.2857 | 9.00 | CUM: | 1.5714 | 22.00 |

1998-1999 ANNUAL DAYS-PRESENT: 155 ABSENT: 25
SUMMER TERMS DAYS-PRESENT:     0  ABSENT:  0
ACADEMICALLY PROMOTED

DISTRICT: 50 SCHOOL: 3390 NO COURSES TAKEN
  YEAR: 1999-2000  GRADE LEVEL: NA

|  | GPA | QTY PTS |  | GPA | QTY PTS |
|--|-----|---------|--|-----|---------|
| DISTRICT-TERM: | 1.4286 | 5.00 | CUM: | 1.5425 | 27.00 |
| STATE-TERM: | 1.4286 | 5.00 | CUM: | 1.5429 | 27.00 |

1999-2000 ANNUAL DAYS-PRESENT:    0  ABSENT:  0
SUMMER TERMS DAYS-PRESENT:        0  ABSENT:  0
PROMOTION STATUS NOT APPLICABLE

---

DISTRICT: 50 SCHOOL: 3390 NO COURSES TAKEN
  YEAR: 2000-2001  GRADE LEVEL: NA

|  | GPA | QTY PTS |  | GPA | QTY PTS |
|--|-----|---------|--|-----|---------|
| DISTRICT-TERM: | 1.4286 | 5.00 | CUM: | 1.5429 | 27.00 |
| STATE-TERM: | 1.4286 | 5.00 | CUM: | 1.5429 | 27.00 |

2000-2001 ANNUAL DAYS-PRESENT:    0  ABSENT:  0
SUMMER TERMS DAYS-PRESENT:        0  ABSENT:  0
PROMOTION STATUS NOT APPLICABLE

DISTRICT: 50 SCHOOL: 3390 SURVIVORS CHARTER SCHOOL
  YEAR: 2001-2002  GRADE LEVEL: 10

| T | COURSE# | COURSE TITLE | SUBJECT AREA | CRSE FLAG | G R | A C | O N | CREDIT ATT./EARN |
|---|---------|--------------|--------------|-----------|-----|-----|-----|------------------|
| 1 | 0500530 | PERS,CAR,SCH DEV 4 | EL |  | C | Z | N | 0.50 0.50 |
| 1 | 1001440 | BUS ENG I | EN | J | B | Z | N | 0.50 0.50 |
| 1 | 1205370 | CONSUMER MATH | MA | C | C | Z | N | 0.50 0.50 |
| 1 | 8300310 | WORKPLACE ESSENTIAL | VO |  | B | Z | N | 0.50 0.50 |
| 1 | 8301610 | WORK EXP 1 | VO |  | F | Z | N | 0.50 0.00 |
| 1 | 8301650 | WORK EXP-OJT | VO |  | F | Z | N | 1.00 0.00 |

CREDIT, TERM:            3.50  2.00

|  | GPA | QTY PTS |  | GPA | QTY PTS |
|--|-----|---------|--|-----|---------|
| DISTRICT-TERM: | 1.4286 | 5.00 | CUM: | 1.5429 | 27.00 |
| STATE-TERM: | 1.4286 | 5.00 | CUM: | 1.5429 | 27.00 |

2001-2002 ANNUAL DAYS-PRESENT: 69 ABSENT: 32
SUMMER TERMS DAYS-PRESENT:     0  ABSENT:  0
NOT ENROLLED IN DISTRICT K-12 AT END OF SCHOOL YEAR

Case 18-2868, Document 283, 08/09/2019, 2628241, Page500 of 883

GM_00893

# EXHIBIT 28
# (Filed Under Seal)

**IMPORTANT MESSAGE**

FOR __J.E.__

DATE __2/27/05__ TIME __10:18__ A.M. / P.M.

M __Ms. Maxwell__

OF ____

PHONE/MOBILE ____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE __She is home__

SIGNED __J.__

1184

---

**IMPORTANT MESSAGE**

FOR __J.E.__

DATE __2/26/05__ TIME __4:40__ A.M. / P.M.

M __Geon Luc__

OF ____

PHONE/MOBILE __no phone #__

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE __Please! Call him__

SIGNED __J.__

1184

---

**IMPORTANT MESSAGE**

FOR __Jeff. w__

DATE __2/28/05__ TIME __12:37__ A.M. / P.M.

M __ini__

OF ____

PHONE/MOBILE ____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE __She is won during if 2:30 is ok we she needs to stay in school__

---

**IMPORTANT MESSAGE**

FOR __Jeffiey__

DATE __02/27/05__ TIME __07:45__ A.M. / P.M.

M __Jean Luc__

OF ____

PHONE/MOBILE ____

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE __That he called back__

SAO01067

GIUFFRE001388

## IMPORTANT MESSAGE

FOR _J. E._

DATE _9/4/05_  TIME _3:40_ A.M. / P.M.

M _____

OF _____

PHONE/
MOBILE _____

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _J._  1184

## IMPORTANT MESSAGE

FOR _Ms. G. Maxwell_

DATE _9/4/05_  TIME _1:40_ A.M. / P.M.

M _____

OF _____

PHONE/
MOBILE _____

| TELEPHONED | | PLEASE CALL | ✓ |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE
She will be here
at 3ʳ⁻ with somebody.

SIGNED _L._  1184

## IMPORTANT MESSAGE

FOR _J. E._

DATE _9/4/05_  TIME _7:25_ A.M. / P.M.

M _____

OF _____

PHONE/
MOBILE _____

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Canceled_
She would like to speak
to you. I belive about
college ▮
Shoul I schedule any
one else?

SIGNED _J._  1184

## IMPORTANT MESSAGE

FOR _Mr. J. Epstein_

DATE _9/4/05_  TIME _2:08_ A.M. / P.M.

M _____

OF _____

PHONE/
MOBILE _____

| TELEPHONED | | PLEASE CALL | ✓ |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

**SAO01089**

SIGNED _L._  1184

GIUFFRE001409

**IMPORTANT MESSAGE**

FOR J.E.
DATE 9/10/05 TIME 5:40 P.M.

M ▓▓▓▓▓▓▓▓
OF
PHONE/MOBILE

| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE I went to Sarah and made her water bottle and I went work out with G.M.

SIGNED J.

---

**IMPORTANT MESSAGE**

FOR
DATE TIME P.M.

M
OF LADIA
PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE The UNFINISHED LIFE is not playing yet. I got tickets for the Broken Flowers @ 9:30

SIGNED

---

**IMPORTANT MESSAGE**

FOR J.E.
DATE 9/10/05 TIME 5:55 P.M.

M ▓▓▓▓▓▓▓▓
OF
PHONE/MOBILE

| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE She got messages She talk with Miles She will be at 12:30

SIGNED J.

---

**IMPORTANT MESSAGE**

FOR JE
DATE TIME P.M.

M
OF Douglas
PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE GM asked him to call Review the report reg. the floor. It takes several days to dry...

SAO01092

SIGNED

## IMPORTANT MESSAGE

FOR **J. E.**

DATE **9/11/05**   TIME **9:15** A.M.

M ▮▮▮▮▮▮▮▮

OF

PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE **I got a car for**

SIGNED **T.**   1184

## IMPORTANT MESSAGE

FOR **J E**

DATE ____   TIME ____   A.M. P.M.

M ____

OF **N**

PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ▮▮▮ **hasn't confirmed @ 11.00 yet, so she is keeping on hold in case ▮▮▮ doesn't call back**

SIGNED ____   1184

## IMPORTANT MESSAGE

FOR **Mr. J. Epstein**

DATE **9/11/05**   TIME **10:01** A.M.

M **George Goldsmith**

OF

PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | ✓ |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED **L**   1184

## IMPORTANT MESSAGE

FOR **J. E.**

DATE **9/10/05**   TIME **10:10** A.M. P.M.

M ▮▮▮▮▮▮

OF

PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ▮▮▮ **will be at 11: AM Do you want me to coud ▮▮▮**

SIGNED **T.**   **SAO01093**   1184

GIUFFRE001413

## IMPORTANT MESSAGE

FOR _J. E._
DATE _2/27/05_ TIME _10:18_ A.M. P.M.
M _____
OF _Ms. Maxwell_
PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She is home_

SIGNED _J._ 1184

## IMPORTANT MESSAGE

FOR _J. E._
DATE _2/26/05_ TIME _4:40_ A.M. P.M.
M _Geon Luc_
OF _____
PHONE/ MOBILE _no phone #_

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Please! Call him_

SIGNED _J._ 1184

## IMPORTANT MESSAGE

FOR _Jeff. uy_
DATE _2/28/05_ TIME _12:30_ A.M. P.M.
M _____
OF _____
PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _She is wondering if 2:30 is ok we she needs to stay in school_

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _Jeffrey_
DATE _2/27/05_ TIME _07:45_ A.M. P.M.
M _Jon Luc_
OF _____
PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | X |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _that he called back_

**SAO01446**

SIGNED _____ 1184

GIUFFRE001417

**IMPORTANT MESSAGE**

FOR J. E.
DATE 9/4 TIME 9:05 A.M. / P.M.
M ▮▮▮▮▮▮▮
OF
PHONE/
MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ─ confirmed
at 11:00 AM
─ 4:30 PM

SIGNED _____ 1184

---

**IMPORTANT MESSAGE**

FOR Jms Staly
DATE 09/03/05 TIME 4:40 A.M. / P.M.
M
OF
PHONE/
MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED _____ 1184

---

**IMPORTANT MESSAGE**

FOR J. E.
DATE 9/4/05 TIME 9:08 A.M. / P.M.
M ▮▮▮▮▮▮▮
OF
PHONE/
MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE It is O.K. for ▮▮▮▮▮ to stop by and drop something?

SIGNED T. 1184

---

**IMPORTANT MESSAGE**

FOR Jeffick
DATE 09/03/05 TIME 4:40 A.M. / P.M.
M ▮▮▮▮▮▮▮
OF ▮▮▮▮▮▮▮
PHONE/
MOBILE ▮▮▮▮▮▮▮

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

**SAO01450**

SIGNED _____ 1184

GIUFFRE001421

## IMPORTANT MESSAGE

FOR Mr. J.E.

DATE 11/08/04 TIME 1:40 A.M. / P.M.

M ▢

OF ▢

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

Please call her.

SIGNED ___ 1184

## IMPORTANT MESSAGE

FOR Mr. J.E.

DATE 11/08/04 TIME 1:15 A.M. / P.M.

M ▢

OF ▢

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

I have 2 Female for him

SIGNED ___ 1184

## IMPORTANT MESSAGE

FOR JE

DATE TIME 1:45 A.M. / P.M.

M ▢

OF ▢

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED ___ 1184

## IMPORTANT MESSAGE

FOR JE

DATE TIME 6.4.5 A.M. / P.M.

M DAVID GISSON

OF

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SAO01452

SIGNED ___ 1184

GIUFFRE001423

## IMPORTANT MESSAGE

FOR

DATE 1/29/05 TIME 10:30 A.M. / P.M.

M

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

Please call her.

SIGNED

---

## IMPORTANT MESSAGE

FOR

DATE 1/29/05 TIME 12:10 A.M. / P.M.

M

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

This is her new
call number - Please
call her

SIGNED

---

## IMPORTANT MESSAGE

FOR J E.

DATE 1/29/05 TIME 9:00 A.M. / P.M.

M Telerz

OF

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

Please call her back

SIGNED

---

## IMPORTANT MESSAGE

FOR J. E

DATE 1/30/05 TIME 4:10 A.M. / P.M.

M

OF

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

'I have a female
for him

SAO01455

SIGNED

GIUFFRE001426

## IMPORTANT MESSAGE

FOR __J. E.__

DATE __9/3/05__ TIME __8:50__ A.M. / P.M.

▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪

OF _____

PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE __I left message__
__for ▪▪▪▪▪▪ to__
__confirm for 11:00 AM__
__and ▪▪▪▪▪▪▪▪__
__for 4:30 PM__

SIGNED __T.__  1184

## IMPORTANT MESSAGE

FOR __J. E.__

DATE __8/22/05__ TIME __9:2__ A.M. / P.M.

▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪▪

OF _____

PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | X |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED __T.__  1184

## IMPORTANT MESSAGE

FOR __J. F.__

DATE __9/4/05__ TIME __12:55__ A.M. / P.M.

M ▪▪▪▪▪▪▪▪▪▪▪

OF ▪▪▪▪▪▪▪▪▪▪▪

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE __She would like to__
__reschedule her__
__time.__

SIGNED __T.__  1184

## IMPORTANT MESSAGE

FOR __J. F.__

DATE __8/22/05__ TIME _____ A.M. / P.M.

M __C. M__

OF _____

PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | X |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

**SAO01477**

SIGNED __T.__  1184

GIUFFRE001449

## IMPORTANT MESSAGE

FOR Mr Epstein
DATE 02/02/03  TIME 8:54  A.M.

M ██████████████

██████████████████████

| | |
|---|---|
| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE Could
you Please call back,
it's very important

SIGNED ██████████  1184

## IMPORTANT MESSAGE

FOR JE
DATE 01/02/03  TIME 16:30  A.M./P.M.

M ██████████████

██████████████████████

| | | |
|---|---|---|
| TELEPHONED | PLEASE CALL | ✓ |
| CAME TO SEE YOU | WILL CALL AGAIN | |
| WANTS TO SEE YOU | RUSH | |
| RETURNED YOUR CALL | SPECIAL ATTENTION | |

MESSAGE

SIGNED GM  1184

## IMPORTANT MESSAGE

FOR Ghu
DATE _____  TIME _____  A.M./P.M.

M _____
OF _____
PHONE _____
AREA CODE  NUMBER  EXTENSION

| | |
|---|---|
| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

██████████ PHONED
To Confirm 10'clock

SIGNED _____  1184

## IMPORTANT MESSAGE

FOR JE
DATE 01/02/03  TIME 21:06  A.M./P.M.

M ████████

██████████████████████

| | | |
|---|---|---|
| TELEPHONED | ✓ | PLEASE CALL | ✓ |
| CAME TO SEE YOU | WILL CALL AGAIN | |
| WANTS TO SEE YOU | RUSH | |
| RETURNED YOUR CALL | SPECIAL ATTENTION | |

MESSAGE WANTS TO KNOW
IF SHE SHOULD BRING
HER FRIEND ████
WITH TONIGHT

SAO01456

SIGNED Marti  1184

GIUFFRE00142

Item # ᾱ NOOK ᾱ

**IMPORTANT MESSAGE**

FOR _Jeffrey_

DATE ▮▮▮▮ TIME _3:11_ A.M. / P.M.

M _____

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _his girl for_
_tonight_

SIGNED _____ 1184

---

**IMPORTANT MESSAGE**

FOR _Mr. Epstein_

DATE _9/24/04_ TIME _2:30_ A.M. / P.M.

M _Mark Epstein_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Call me in_
_New York_

SIGNED _____ 1184

---

**IMPORTANT MESSAGE**

FOR _____

DATE _____ TIME _5:29_ A.M. / P.M.

M _Carol Aborn_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Will Be available_
_At This Number For_
_30 min. Otherwise Tomorrow_
_9 AM To 1:00 PM_

SIGNED _____ 1184

---

**IMPORTANT MESSAGE**

FOR _Jeffrey_

DATE _____ TIME _1:230_ A.M. / P.M.

_Dr. moushuits_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

SAO01457

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR __SARAH__ · ı ~

DATE __07/10/04__ ⸱ ⸱ TIME __6·33__ A.M. P.M.

M __⸱ ⸱ ⸱ ⸱ ⸱__

OF __RAGHU__

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE __PL CALL__

SIGNED_____ 1184

## IMPORTANT MESSAGE

FOR __MR EPSTEIN__

DATE _____ TIME _____ A.M. P.M.

M __GIGICIA · (TIFFICE)__

OF _____

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE_____

SIGNED_____ 1184

## IMPORTANT MESSAGE

FOR __SARAH__

DATE __⸱ ⸱ ⸱ ⸱ ⸱__ TIME __⸱ ⸱__ A.M. P.M.

M __MILES.__

| TELEPHONED | ✓ | PLEASE CALL | ✓ |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE_____

SIGNED_____

## IMPORTANT MESSAGE

FOR __MR EPSTEIN__

DATE __7/9/04__ TIME __7·50__ A.M. P.M.

M _____

OF _____

PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE __IS
AVAILABLE ON TUESDAY
NO ONE FOR TOMORROW__

**SAO01461**

SIGNED_____

GIUFFRE001432

## IMPORTANT MESSAGE

FOR __JE__

__A.M.__

PHONE/
MOBILE

| TELEPHONED | | PLEASE CALL | X |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR __SARAH.__

DATE __7|17|04__   TIME __8·02__ __A.M.__ P.M.

M _____

OF __GEORGE__

PHONE/
MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE __" I AM JET-LAG AND__
__NODDING OFF. JUST SAY__
__I CALLED HER. "__

SIGNED __Ru__ 1184

## IMPORTANT MESSAGE

FOR __MR EPSTEIN__

DATE __7|17|04__   TIME __6·55__ __A.M.__ P.M.

M _____

OF

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE __CAN__
__COME TOMORROW ANY__
__TIME OR ▮▮▮ ALONE__

SIGNED __Ru__ 1184

## IMPORTANT MESSAGE

FOR __SARAH OR MR EPSTEIN__

DATE __07|17| 04__   TIME __6·45__ __A.M.__ P.M.

M _____

OF

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE __" WAS IN A CAR__
__ACCIDENT ON HER WAY__
__SO CAN NOT COME.__
__SHE JUST GOT BACK__

**SAO01462**

SIGNED __Ru__ 1184

GIUFFRE001433

## IMPORTANT MESSAGE

FOR __JEFFREY__

DATE __AUG 2__ TIME __12:45__ A.M. / P.M.

M ███████████████

OF _____

PHONE/ MOBILE ████████████████████

| TELEPHONED | ✓ | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE __THEY ARE__
__AVAILABLE ALL WEEKEND__
__AND ~~POSSIBL~~ MAYBE__
████████ __NEXT__

SIGNED ████████████ 1184

## IMPORTANT MESSAGE

FOR __MR EPSTEIN__

DATE __7/25/04__ TIME __5:08__ A.M. / P.M.

M _____

OF __SNYDER__

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE __" RETUNING YOUR CALL"__

SIGNED ___Ru___ 1184

## IMPORTANT MESSAGE

FOR __SARA__

DATE __Aug 2__ TIME __3:00__ A.M. / P.M.

████████████████

OF _____

PHONE/ MOBILE ████████████████████

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | ✓ |

MESSAGE __Please call__
__IN reference to since__
__this around place is__
__give I owed them__
__for Mr Maxwell's__
__request.__

SIGNED ████████████ 1184

## IMPORTANT MESSAGE

FOR __MR· EPSTEIN__

DATE __7/25/04__ TIME __1:48__ A.M. / P.M.

M _____

OF __MS MAXWELL__

PHONE/ MOBILE _____

| TELEPHONED | ✓ | PLEASE CALL | ✓ |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE __"TELL HIM TO__
__CALL ME"__

**SAO01464**

SIGNED ___Ru___ 1184

GIUFFRE001435

## IMPORTANT MESSAGE

FOR _J.E._

DATE _8/20/05_ TIME _8.45_ A.M. / P.M.

M _Tony_

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | X |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _J_   1184

## IMPORTANT MESSAGE

FOR _J.E._

DATE _8/20/05_ TIME _12.40_ A.M. / P.M.

M _____

OF _____

PHONE/MOBILE _____

| TELEPHONED | X | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Please : Call him_

SIGNED _J_   1184

## IMPORTANT MESSAGE

FOR _J.E._

DATE _8/20/05_ TIME _8.50_ A.M. / P.M.

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | X |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _- confirmed_
_at 4 PM_
_Who is scheduled_
_for morning?_
_I believe ___ wants_
_to work._

SIGNED _J_   1184

## IMPORTANT MESSAGE

FOR _J.E._

DATE _8/20/05_ TIME _7.30_ A.M. / P.M.

M _Sarah_

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | ✓ |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | X | SPECIAL ATTENTION | |

MESSAGE _____

**SAO01476**

SIGNED _J_   1184

GIUFFRE001448

## IMPORTANT MESSAGE

FOR _J.E_
DATE _9/3/05_ TIME _8:50_ A.M. / P.M.

OF ___
PHONE/ MOBILE ___

| | |
|---|---|
| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE _I left message_
_for ▆▆▆ to_
_confirm for 11:00 AM_
_and ▆▆▆▆_
_for 4:30 PM_

SIGNED _T._

## IMPORTANT MESSAGE

FOR _J.E._
DATE _8/22/05_ TIME _5:25_ A.M. / P.M.

OF ___
PHONE/ MOBILE ___

| | | |
|---|---|---|
| TELEPHONED | X | PLEASE CALL |
| CAME TO SEE YOU | | WILL CALL AGAIN |
| WANTS TO SEE YOU | | RUSH |
| RETURNED YOUR CALL | | SPECIAL ATTENTION |

MESSAGE ___

SIGNED _T._

## IMPORTANT MESSAGE

FOR _J.F_
DATE _9/4/05_ TIME _12:55_ A.M. / P.M.

M ▆▆▆▆
OF ___
▆▆▆▆

| | |
|---|---|
| TELEPHONED | PLEASE CALL |
| CAME TO SEE YOU | WILL CALL AGAIN |
| WANTS TO SEE YOU | RUSH |
| RETURNED YOUR CALL | SPECIAL ATTENTION |

MESSAGE _She would like to_
_reschedule her_
_time_

SIGNED _T._

## IMPORTANT MESSAGE

FOR _J.E._
DATE _8/22/05_ TIME ___ A.M. / P.M.

M _G M_
OF ___
PHONE/ MOBILE ___

| | | |
|---|---|---|
| TELEPHONED | X | PLEASE CALL |
| CAME TO SEE YOU | | WILL CALL AGAIN |
| WANTS TO SEE YOU | | RUSH |
| RETURNED YOUR CALL | | SPECIAL ATTENTION |

MESSAGE ___

SAO01477

SIGNED _T._

GIUFFRE001449

**IMPORTANT MESSAGE**

FOR Jeffrey
TIME 5:11 AM/PM

OF
PHONE/MOBILE

| TELEPHONED | X | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE has girl for tonight

SIGNED _____ 1184

---

**IMPORTANT MESSAGE**

FOR Mr. Epstein
DATE 4/24/04 TIME 8:29 AM/PM
M R. Mark Epstein

OF
PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Call me in New York

SIGNED _____ 1184

---

**IMPORTANT MESSAGE**

FOR MR Epstein
DATE 4/24/04 TIME 5:29 AM/PM
MR LadENSON

| TELEPHONED | | PLEASE CALL | X |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Will Be availABle At This NumBer For 30 min. Otherwise Tomorrow 9 AM_ To 1:00 PM

SIGNED _____ 1184

---

**IMPORTANT MESSAGE**

FOR Jeffrey
DATE TIME 1230 AM/PM
Dr. moushwits

OF
PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

ME

SAO2828

SIGNED _____ 184

GIUFFRE001452

## IMPORTANT MESSAGE

FOR Jeffrey

DATE _____ TIME 4:56 A.M. (P.M.)

M _____

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

is availible
at 9:00

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR MS MAXWELL

DATE 4/25/04 TIME 9:50 A.M. P.M.

M LARRY

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE Returning call

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _____

DATE _____ TIME _____ A.M. P.M.

M _____

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | ✓ |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR MR EPStein

DATE 4/25/04 TIME 9:08 A.M. P.M.

M EVG DUBin

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | ✗ |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SAO2829

SIGNED _____ 1184

GIUFFRE001453

**IMPORTANT MESSAGE**

FOR _6m_
DATE _7/28/04_ TIME _2 00_ A.M. / P.M.
M _Martha_
OF _Colonial Bank_

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED _____ 1184

---

**IMPORTANT MESSAGE**

FOR _MS. MAXWELL_
DATE _04/25/04_ TIME _6:55_ A.M. / P.M.
M S. ███ ██
OF

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _RETURNIN YOUR CALL_

SIGNED _Rushi_ 1184

---

**IMPORTANT MESSAGE**

FOR
DATE _____ TIME _____ A.M. / P.M.
M ███ ███

| TELEPHONED | | PLEASE CALL | X |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED _____ 1184

---

**IMPORTANT MESSAGE**

FOR _Jeffrey_
DATE _____ TIME _____ A.M. / P.M.
M _Ghislaine_
OF
PHONE/ MOBILE

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _Would be helpful to have & ....... come to Palm Beach today to stay here and help train new staff with Ghislaine_

SAO2830

SIGNED

GIUFFRE001454

## IMPORTANT MESSAGE

FOR **MR EPSTEIN**

DATE **5.3.04**   TIME **7** A.M. / P.M.

M _____

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE **THERE IS A BEEP - CONTINOUS COMING FROM COMPUTER IN CABANA**

SIGNED **LUCIAN**

1184

---

## IMPORTANT MESSAGE

FOR **MR EPSTEIN**

DATE **5.2.04**   TIME **4.15** A.M. / P.M.

M _____

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE **CALLED**

SIGNED _____

1184

---

## IMPORTANT MESSAGE

FOR **JE**

DATE _____   TIME **5.14** A.M. / P.M.

M **Jean Luc**

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE **He just did a good one - 18 years - (she spoke to me & said "I love Jeffroy")**

SIGNED _____

1184

---

## IMPORTANT MESSAGE

FOR **JE**

DATE _____   TIME **9.15** A.M. / P.M.

M **Eva** **Monday night**

OF _____

PHONE/MOBILE _____

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE _____

SAO2832

SIGNED _____

1184

## IMPORTANT MESSAGE

FOR _MR. EPSTEIN_

DATE _____ TIME _1.00_ A.M. P.M.

M _Darren_

OF _____

PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | ✓ | SPECIAL ATTENTION | |

MESSAGE

_He said that he got a call from Byron_

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _MR. EPSTEIN_

DATE _7/6_ TIME _8:00_ A.M. P.M.

M _DARREN_

OF _____

PHONE/ MOBILE _____

| TELEPHONED | | PLEASE CALL | ✓ |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _JE_

DATE _5/July_ TIME _1.30_ A.M. P.M.

M _____

OF ▓▓▓▓ ▓▓▓▓

PHONE/ MOBILE ▓▓▓▓ ▓▓▓▓

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

_I need a work I meant (actv) I don't have money Do you have some work for me?_

SIGNED _____ 1184

## IMPORTANT MESSAGE

FOR _Sarah_

DATE _____ TIME _8:10_ A.M. P.M.

M _____

OF _____

PHONE/ MOBILE ▓▓▓▓▓▓

| TELEPHONED | | PLEASE CALL | |
|---|---|---|---|
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

SAO2838

SIGNED _____ 1184

GIUFFRE001462

## IMPORTANT MESSAGE

FOR MR. EPSTEIN

DATE ___ TIME 2:4 A.M./P.M.

M ___

OF MS. MAXWELL

PHONE/MOBILE ___

| TELEPHONED | ✓ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE ___

SIGNED ___

1184

## IMPORTANT MESSAGE

FOR JE.

DATE ___ TIME 9: A.M./P.M.

M Sarah

OF ___

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE She said if she could not reach her left before 4:00 and ok after 4:00 (6:00 or 7:00) bcoz she has bday dinner w/ her grandfa

SIGNED ___

1184

## IMPORTANT MESSAGE

FOR MR. EPSTEIN

DATE ___ TIME ___ A.M./P.M.

M ___

OF ___

PHONE/MOBILE ___

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE she will see you at 7:30

SIGNED ___

1184

## IMPORTANT MESSAGE

FOR MR. Epstein

DATE ___ TIME 2:48 A.M./P.M.

M ___

OF ___

PHONE/MOBILE ___

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE She said that sophie got her messages & said that she's sorry for not seeing you in California.

SAO2850

SIGNED ___

1184

## IMPORTANT MESSAGE

FOR Jeffrey
DATE 4/1/05 TIME 8:08 A.M.
M Jean-Luc
OF
PHONE/MOBILE ███████████

| TELEPHONED | ✗ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE He has a teacher for you to teach you how to speak russian. She is 2x8 years old not blonde. Lessons are free and you can have 1st today if you call

SIGNED

---

## IMPORTANT MESSAGE

FOR Jeffrey
DATE 3/31/05 TIME 5:06 P.M.
M ███████████
OF
PHONE/MOBILE

| TELEPHONED | | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE She called if you would like for her to work. She is available tom. till noon and Mon-Fri

SIGNED

---

## IMPORTANT MESSAGE

FOR Jeffrey
DATE 3/31/05 TIME 3:22 P.M.
M ███████████
OF
PHONE/MOBILE ███████████

| TELEPHONED | | PLEASE CALL | ✗ |
| CAME TO SEE YOU | | WILL CALL AGAIN | ✗ |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE

---

## IMPORTANT MESSAGE

FOR Jeffrey
DATE 3/31/05 TIME 2:40 P.M.
M Cecilia
OF
PHONE/MOBILE

| TELEPHONED | ✗ | PLEASE CALL | |
| CAME TO SEE YOU | | WILL CALL AGAIN | |
| WANTS TO SEE YOU | | RUSH | |
| RETURNED YOUR CALL | | SPECIAL ATTENTION | |

MESSAGE She had Martin Novak on the phone

SAO3008

GIUFFRE001563

# EXHIBIT 29
# (Filed Under Seal)

# EXHIBIT 30
# (Filed Under Seal)



**U.S. Department of Justice**

*United States Attorney*
*Southern District of Florida*

_____

*500 South Australian Ave., Suite 400*
*West Palm Beach, FL 33401*
*(561) 820-8711*
*Facsimile: (561) 820-8777*

September 3, 2008

VIA COURIER
Ms. Virginia Roberts
c/o Asst Legal Attache Matthew Witt
United States Embassy
Sydney
Australia

Re:    **Jeffrey Epstein/Virginia Roberts: NOTIFICATION OF**
          **IDENTIFIED VICTIM**

Dear Ms. Roberts:

By virtue of this letter, the United States Attorney's Office for the Southern District of Florida provides you with the following notice because you are an identified victim of a federal offense.

On June 30, 2008, Jeffrey Epstein (hereinafter referred to as "Epstein) entered a plea of guilty to violations of Florida Statutes Sections 796.07 (felony solicitation of prostitution) and 796.03 (procurement of minors to engage in prostitution), in the 15th Judicial Circuit in and for Palm Beach County (Case Nos. 2006-cf-009454AXXXMB and 2008-cf-009381AXXXMB) and was sentenced to a term of twelve months' imprisonment to be followed by an additional six months' imprisonment, followed by twelve months of Community Control 1, with conditions of community confinement imposed by the Court.

In light of the entry of the guilty plea and sentence, the United States has agreed to defer federal prosecution in favor of this state plea and sentence, subject to certain conditions, including the following:

1.    An independent Special Master was assigned the task of selecting an attorney representative to represent the victims, including you, in connection with civil actions between the victims and Mr. Epstein. The

GIUFFRE001203

Special Master selected Robert Josefsberg, Esq. of the firm Podhurst Orseck, P.A., a highly-respected and experienced attorney. You are not obligated to use Mr. Josefsberg as your civil attorney, but, as explained in greater detail below, Mr. Josefsberg's services will be provided at no cost to you because Mr. Epstein is obligated to pay the costs and fees of the attorney-representative. Also, Mr. Epstein and his attorneys can only contact you via Mr. Josefsberg, assuming that you would like Mr. Josefsberg to serve as your attorney.

2.    If you elect to file suit against Mr. Epstein pursuant to Title 18, United States Code, Section 2255, Mr. Epstein will not contest the jurisdiction of the United States District Court for the Southern District of Florida over his person and/or the subject matter, and Mr. Epstein waives his right to contest liability and also waives his right to contest damages up to an amount as agreed to between you and Mr. Epstein, so long as you elect to proceed exclusively under 18 U.S.C. § 2255, and you waive any other claim for damages, whether pursuant to state, federal, or common law. Notwithstanding this waiver, Epstein's agreement with the United States, his waivers and failure to contest liability and such damages in any suit are not to be construed as an admission of any criminal or civil liability.

3.    As stated above, Mr. Epstein has agreed to pay the fees of the attorney representative selected by the independent third party. This provision, however, shall not obligate Epstein to pay the fees and costs of contested litigation filed against him. Thus, if after consideration of potential settlements, you and Mr. Josefsberg elect to file a contested lawsuit pursuant to 18 U.S.C. § 2255 or you elect to pursue any other contested remedy, the obligation to pay the costs of the attorney representative, as opposed to any statutory or other obligations to pay reasonable attorneys fees and costs such as those contained in Section 2255, shall cease.

Please contact either myself at ann.marie.c.villafana@usdoj.gov, or Justice Department Victim-Witness Specialist Twiler Smith at Twiler.Smith@ic.fbi.gov with a good telephone number and/or e-mail address, so that we may provide Mr. Josefsberg with a timely means of communicating with you. If you would like to contact Mr. Josefsberg

directly, he can be reached at +1 305 358-2800.

If you have already selected other counsel to represent you, or if you do so in the future, and you decide to file a claim against Jeffrey Epstein, Mr. Epstein's attorney, Jack Goldberger, asks that you have your attorney contact Mr. Goldberger at Atterbury Goldberger and Weiss, 250 Australian Avenue South, Suite 1400, West Palm Beach, FL 33401, (561) 659-8300.

In addition, there has been litigation between the United States and two other victims regarding the disclosure of the entire agreement between the United States and Mr. Epstein. Mr. Josefsberg can provide further guidance on this issue, or if you select another attorney to represent you, that attorney can review the Court's order in the matter of *In re Jane Does 1 and 2*, United States District Court for the Southern District of Florida Court File No. 08-80736-CIV-MARRA.

Please understand that neither the U.S. Attorney's Office nor the Federal Bureau of Investigation can take part in or otherwise assist in civil litigation. Thank you for all of your assistance during the course of the federal and state investigations and please accept the heartfelt regards of myself and Special Agents Kuyrkendall, Slater, and Richards for your health and well-being.

Sincerely,

R. Alexander Acosta
United States Attorney

By:

A. Marie Villafaña
Assistant United States Attorney

cc:  Robert Josefsberg, Esq.
     Jack Goldberger, Esq.

# EXHIBIT 31
# (Filed Under Seal)



**FEDERAL BUREAU OF INVESTIGATION**

Date of entry          07/05/2013

VIRGINIA L. GIUFFRE, maiden name ROBERTS, date of birth ▮▮▮▮▮
Social Security Account Number **Social Security Number** United States Citizen and
Australian Permanent Resident, residence ▮▮▮▮▮
New South Wales, Australia, 2261 was interviewed at the United States
Consulate in Sydney, Australia.  GIUFFRE was advised of the identity of the
interviewing agents and purpose of the interview.  Present during the
interview was Federal Bureau of Investigation Special Agent▮▮▮▮▮
▮▮▮▮▮ and via telephone, Assistant
United States Attorney▮▮▮▮▮ GIUFFRE provided the
following information:

    GIUFFRE was born in Sacramento, California to parents▮▮▮▮▮
▮▮▮▮▮ date of birth▮▮▮▮▮
currently resides in▮▮▮ and▮▮▮▮▮ date of birth
▮▮▮▮▮ currently resides in▮▮▮ GIUFFRE moved to Palm
Beach County, Florida with her parents when she was four years old and
returned to California at age 11.  She returned to Florida at age 13 and
was placed in a rehabilitation or foster care facility in West Palm Beach,
Florida.

    GIUFFRE ran away from the rehabilitation facility when she was
approximately 14 years old, and while living on the streets in Miami,
Florida, she met▮▮▮▮▮

                     was training GIUFFRE to be an escort▮▮▮▮▮
                         gave GIUFFRE a life off of the streets which made her feel

Investigation on    03/17/2011    at    Sydney, Australia (In Person)

File #    31E-MM-108062                                Date drafted    07/05/2013

by ▮▮▮▮▮

b6
b7C

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not
to be distributed outside your agency.

GIUFFRE001235

FD-302a (Rev. 05-08-10)

31E-MM-108062

Continuation of FD-302 of  Virginia L. Giuffre                              , On   03/17/2011 , Page   2 of 12

like she was locked into the relationship.⬚⬚⬚⬚⬚⬚ gave GIUFFRE          **b6**
pharmaceutical drugs toward the end of their relationship.            **b7C**

GIUFFRE's relationship with⬚⬚⬚⬚⬚ended while she was at a private
ranch near Ocala, Florida.  GIUFFRE telephonically contacted a childhood
friend,⬚⬚⬚⬚⬚⬚⬚⬚⬚ from a telephone at the ranch.  GIUFFRE          **b6**
knew⬚⬚⬚⬚⬚⬚from elementary school and called him at the home telephone   **b7C**
of his parents⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚ GIUFFRE told⬚⬚⬚⬚she was
very lonely, and⬚⬚⬚⬚⬚asked her why she did not leave
⬚⬚⬚⬚⬚⬚⬚⬚⬚ GIUFFRE's telephone conversation with⬚⬚⬚⬚
⬚⬚⬚⬚⬚⬚⬚⬚the recreational vehicle (RV) GIUFFRE was
staying in at the ranch⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚did not
strike her⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚pack
her belongings and told her she was going to live with another man.

⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚ GIUFFRE          **b6**
felt that she was sent to⬚⬚⬚⬚⬚but did not know the            **b7C**
specifics of the arrangement. GIUFFRE engaged in sexual activity with
⬚⬚⬚⬚⬚⬚who was described as a white male⬚⬚⬚⬚ GIUFFRE stated
⬚⬚⬚⬚⬚⬚⬚⬚⬚ GIUFFRE stayed with⬚⬚⬚⬚LNU for
approximately one or two weeks before the police located her and returned
her to her parents.  GIUFFRE was interviewed by a male detective.
GIUFFRE's parents were still married at the time and lived near⬚⬚⬚⬚
⬚⬚⬚Florida.  GIUFFRE believed there was an FBI investigation related to
⬚⬚⬚⬚⬚⬚⬚⬚⬚ She never saw⬚⬚⬚⬚again after

In approximately June 1998 or 1999, GIUFFRE began working at Donald
Trump's Mar-A-Lago Club in Palm Beach, Florida.  GIUFFRE's father⬚⬚⬚⬚
⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚ was able to help her gain
employment as a baby sitter and later as a locker room attendant at the
club.  GIUFFRE started studying for her GED and wanted to become a massage
therapist.  In August, GIUFFRE was reading an anatomy/massage book and was
approached by⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚                          **b6**
⬚⬚⬚⬚and help her get her masseuse accreditation.⬚⬚⬚            **b7C**
⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚

GIUFFRE consulted her father about the opportunity and at approximately
5:00 p.m. the same day, her father drove her to a residence at⬚⬚⬚⬚

FD-302a (Rev. 05-08-10)

31E-MM-108062

Continuation of FD-302 of  Virginia L. Giuffre                    , On  03/17/2011 , Page  3 of 12

_____ Florida. _____ spoke with GIUFFRE's father and told him
it was a wonderful opportunity for GIUFFRE.  GIUFFRE met _____
_____ also known as _____ GIUFFRE was led
upstairs _____                                                                    b6
                                                                                    b7C

[ ]

Once upstairs in _____                         b6
_____ instructed GIUFFRE to wash her hands prior to                   b7C
beginning the massage. The massage began _____ demonstrated massage
techniques to GIUFFRE.

During the course of the massage, _____ questioned                   b6
GIUFFRE about her past, including her time as a runaway. GIUFFRE was also           b7C
asked if she took birth control.

[ ]                                                                                 b6
                                                                                    b7C

GIUFFRE was given instruction and began kissing _____                  b6
                                                                                    b7C
[ ]

At the conclusion, _____ instructed GIUFFRE to obtain two warm wash
clothes. One wash cloth was used to clean _____                  b6
second was _____ to help him relax. GIUFFRE                      b7C
described _____
and GIUFFRE then moved to the steam room and shower where GIUFFRE massaged
_____ with soap and a loofah in the shower.

At the conclusion of the shower, GIUFFRE went downstairs and _____             b6
[ ]                                                                                 b7C
Arrangements were made for GIUFFRE to return to the house the following day
after work. GIUFFRE's cellular phone number was given to _____
[ ]

FD-302a (Rev. 05-08-10)

31E-MM-108062

Continuation of FD-302 of  Virginia L. Giuffre                    , On  03/17/2011 , Page  4 of 12

The same routine and pattern of massages and sexual activity between
＿＿＿＿＿＿ and GIUFFRE continued for between one and two weeks. At          b6
times, ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿            b7C
＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿ offered GIUFFRE the option to quit her
job at Mar-A-Lago and travel ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿ There
was also discussion of GIUFFRE receiving massage training. GIUFFRE was to
be paid $200.00 per day for travel and $200.00 per hour for massages.

Early in her relationship with ＿＿＿＿＿ GIUFFRE met ＿＿＿＿＿            b6
＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿            b7C
＿＿＿＿＿ and was introduced as ＿＿＿＿＿＿ assistant.

GIUFFRE soon began traveling ＿＿＿＿＿＿＿ For the initial six months,
GIUFFRE traveled ＿＿＿＿＿ around the United States and Caribbean,          b6
including California, New York City, New Mexico, and various business      b7C
trips. During those trips, ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿
＿＿＿＿＿

Six to nine months after GIUFFRE began working for ＿＿＿＿＿＿＿＿
＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿ GIUFFRE was
introduced to ＿＿＿ LNU, ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿ in           b6
＿＿＿＿＿＿ Florida. ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿          b7C
＿＿＿＿＿ at the time. GIUFFRE met the couple at a condominium next to the
＿＿＿＿＿＿＿＿＿ The condominium was bought ＿＿＿＿＿＿＿＿＿＿ and was a
＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿ In the condominium,
GIUFFRE provided a normal massage to ＿＿＿ LNU. Shortly thereafter, ＿＿ LNU
＿＿＿＿＿＿＿＿＿＿＿ GIUFFRE provided an erotic massage to
＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿ GIUFFRE
and ＿
GIUFFRE cleaned ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿ She was
paid cash ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿ In addition,
paid GIUFFRE ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿ GIUFFRE was 16
years old at the time ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

GIUFFRE advised ＿＿＿＿＿＿＿＿＿＿＿＿＿ introduced her to the drug Xanax.
She explained that Xanax helped her escape from reality but allowed her to    b6
still function normally.  Xanax helped her go forward with what she was       b7C
doing with ＿＿＿＿＿ and others.  Her habit went from two pills per day up to
eight pills per day.

GIUFFRE's second client was an academic of some sort described as an
older American male ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿ sent GIUFFRE
from Miami International Airport to ＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿          b6
＿＿＿＿＿＿＿＿＿＿＿＿＿＿ by commercial airline.  GIUFFRE was picked up at the  b7C
airport by ＿＿＿＿＿＿＿＿＿＿＿＿＿ and then taken to the island by boat.  GIUFFRE

GIUFFRE001238

FD-302a (Rev. 05-08-10)

31E-MM-108062

Continuation of FD-302 of  Virginia L. Giuffre                    , On  03/17/2011 , Page  5 of 12

pointed out that [                                        ]
[                                        ] instructed GIUFFRE to entertain the      b6
client [                                        ] and wanted      b7C
to ride jet skis and participate in other island activities [        ]
[                                        ] GIUFFRE spent two days on the island
with the client.  GIUFFRE assumes the client also traveled [        ]
commercially.

    During the following several months, GIUFFRE traveled internationally
[                    ] Prior to her traveling abroad,[        ] assisted GIUFFRE in      b6
getting her passport. GIUFFRE got passport photographs of herself and      b7C
provided them to [        ] The remaining paperwork was taken care of by
[                        ] GIUFFRE traveled to Paris, France, the
South of France, London, England, Africa, and Spain. While in Paris,
GIUFFRE recalled staying at a hotel overlooking the Champs-Elysees. While
traveling [                    ] GIUFFRE traveled on [                ]
[            ] a black plane. During the international
travel, [                                                ] At
times, GIUFFRE would [        ]
[        ] Rarely a day would pass [        ]
[                        ]

[            ]                                      contacted GIUFFRE through      b6
[                            ] and wanted to talk to GIUFFRE about [        ]      b7C
[                                                ] and
offered GIUFFRE a contract.  GIUFFRE agreed to the contract for her story
and was paid $140,000 for the story, $10,000 when the article was printed,
and another $10,000 to be wired into GIUFFRE's account in May 2011.  The
contract prevented GIUFFRE from talking to any other press for a specified
period.  GIUFFRE advised that she provided [        ] with detailed
information [        ]

[                                                ]      b6
[                                                ]      b7C
[                                                ]

[                                            ]      b6
[                                            ]      b7C

FD-302a (Rev. 05-08-10)

31E-MM-108062

Continuation of FD-302 of  Virginia L. Giuffre                                      , On   03/17/2011  , Page   6 of 12



At age 16, GIUFFRE met

GIUFFRE believed she and           were approximately the same age.  GIUFFRE and

GIUFFRE would dress

GIUFFRE, though          explained
GIUFFRE provided an
GIUFFRE described

An unknown individual
GIUFFRE saw           when she arrived at
GIUFFRE had
GIUFFRE said that day was a low stage in her relationship because she could not believe
GIUFFRE never

b6
b7C

GIUFFRE001240

FD-302a (Rev. 05-08-10)

31E-MM-108062

Continuation of FD-302 of _Virginia L. Giuffre_ ,On _03/17/2011_ ,Page _7_ of _12_

saw [redacted] GIUFFRE believed the girls may have been [redacted]    b6
[redacted] but    b7C
GIUFFRE was not certain of [redacted] involvement.

    GIUFFRE had a picture of herself she wanted to give [redacted]    b6
[redacted]    b7C

[redacted]

[redacted]

    GIUFFRE described some of the unique interior areas of [redacted]    b6
[redacted]    b7C

[redacted] which GIUFFRE referred to [redacted]

[redacted] which was where
GIUFFRE stayed. [redacted]

[redacted]

    While in New York, GIUFFRE also stayed at an apartment on 66th street
[redacted] GIUFFRE was aware of [redacted] additional    b6
apartments in the same building. According to [redacted] the    b7C
apartment building on 66th street was owned by [redacted] GIUFFRE
advised that she had a photograph of the interior of the 66th Street
apartment among other photos [redacted]

    GIUFFRE advised that some of her photographs that were provided to her
civil attorneys by her family were not returned.  One of the missing photos
depicted GIUFFRE wearing a pink dress while seated on a quad bike.

[redacted] LNU was [redacted] female that formerly lived in [redacted]    b6
[redacted]    b7C

GIUFFRE001241

FD-302a (Rev. 05-08-10)

31E-MM-108062

Continuation of FD-302 of  Virginia L. Giuffre _____ , On  03/17/2011 , Page  8 of 12

LNU and GIUFFRE went shopping together and purchased clothing and sex
toys.  GIUFFRE explained that

                                                                    b6
                                                                    b7C

                                                                    b6
                                                                    b7C

GIUFFRE used a cellular telephone                     She believed it was
a New York City number but could not recall the number.  GIUFFRE and

GIUFFRE could only remember faces          not their names.  GIUFFRE
did not                                         but she did try
unsuccessfully to get

    GIUFFRE recalled
                                                  but she could       b6
not recall the wording.                            LNU.                b7C
GIUFFRE advised

    GIUFFRE traveled             to a self-help conference at a hotel in    b6
New Orleans, Louisiana.  The hotel was near the Hard Rock Café in New       b7C
Orleans.  GIUFFRE traveled the world        including the USVI, New
York, Santa Fe, Palm Beach, France, Africa, Spain and the United
Kingdom.

                                        GIUFFRE recalled visiting      b6
Alhambra Castle in Spain.           GIUFFRE eventually traveled to the United Kingdom and    b7C

FD-302a (Rev. 05-08-10)

31E-MM-108062

Continuation of FD-302 of  Virginia L. Giuffre _____ , On  03/17/2011 , Page  9 of 12

while there, _____ approached GIUFFRE in a very excited manner and told
her they had to go shopping to pick out a dress because GIUFFRE would be
dancing with _____                                                      b6
                                                                             b7C

     GIUFFRE and _____ went shopping and purchased makeup, clothing, and a
Burberry bag.  The items were purchased with _____ GIUFFRE                 b6
and _____ returned _____                                             b7C
instructed GIUFFRE to get ready.  When GIUFFRE came down after getting
ready, she was introduced to _____

     GIUFFRE traveled to CLUB TRAMP _____ GIUFFRE
danced _____ at CLUB TRAMP _____

_____ stayed at CLUB TRAMP
for an hour or hour and a half and drank a couple of cocktails before
returning to _____ GIUFFRE had not received any direction
from _____

_____ After returning to _____ GIUFFRE
requested _____ to take a photograph of her _____ GIUFFRE
advised that she still had the original photograph in her possession and
would provide it to the interviewing agents.  GIUFFRE proceeded with _____

     Approximately two months later, GIUFFRE met _____ at               b6
                                                                            b7C

_____ GIUFFRE recalled _____
_____ LNU, _____

     GIUFFRE recalled _____ joking about trading GIUFFRE in because
she was getting too old.

GIUFFRE001243

FD-302a (Rev. 05-08-10)

31E-MM-108062

Continuation of FD-302 of  Virginia L. Giuffre                          , On  03/17/2011 , Page  10 of 12

GIUFFRE recalled meeting ⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚           b6
⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚ GIUFFRE was using Xanax heavily at the time,           b7C
and her recollection was not clear.  She remembered there were many models
on the island that did not speak English along with a modeling person who
had an unknown accent.

⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚           b6
⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚           b7C

⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚ did not have a problem with GIUFFRE using prescription drugs.
⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚ was described by GIUFFRE as a           b6
⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚           b7C

⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚ (TRUE NAME UNKNOWN) ⬚⬚⬚⬚           b6
⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚ a ranch employee in ⬚⬚⬚⬚⬚⬚⬚ but GIUFFRE           b7C
could not recall his name.  She did have a photograph of the ranch
employee.

GIUFFRE met numerous famous people ⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚ including
academics, politicians, and celebrities.  She met ⬚⬚⬚⬚⬚ and ⬚⬚⬚           b6
and ⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚           b7C

GIUFFRE received many gifts ⬚⬚⬚⬚⬚⬚⬚ including jewelry, watches,           b6
bags, shoes, make up, clothing, and home furnishings. ⬚⬚⬚⬚⬚⬚⬚           b7C
GIUFFRE left all of the items behind when she traveled to Thailand to
receive massage training.

In August 2002, GIUFFRE traveled by commercial airline to Bangkok,
Thailand and began her massage training at International Training Massage
School (ITM) where she received her massage certification.  She stayed at
the Princess Hotel in Thailand ⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚
⬚⬚⬚⬚ but never did. GIUFFRE met her future husband, ⬚⬚⬚⬚⬚⬚⬚           b6
during her visit to Thailand.  GIUFFRE contacted ⬚⬚⬚ telephonically and           b7C
told him she had fallen in love with someone. ⬚⬚⬚⬚⬚⬚⬚⬚⬚
⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚⬚

FD-302a (Rev. 05-08-10)

31E-MM-108062

Continuation of FD-302 of  Virginia L. Giuffre _____ ,On  03/17/2011 , Page  11 of 12

GIUFFRE had not heard from _____
_____ GIUFFRE received a
telephone call from _____ During that call, _____ stated he was an
FBI agent.  He was trying to determine what she knew about _____
_____.  She did not tell _____ anything about her knowledge of
_____  She also received another telephone call from a
person that indicated he was an FBI agent.  She did not tell that
individual anything either.  She also received a call from an attorney that
was trying to determine if she had spoken with anyone or was willing to
speak to anyone _____ She
explained that she was receiving telephone calls from people whom she did
not know and that she was uncomfortable telling them anything over the
telephone.

    One or two weeks later, an unknown attorney and _____ contacted
GIUFFRE telephonically. _____
_____

    GIUFFRE was using a cellular telephone belonging to her husband.  She
nor her husband could recall the telephone number but advised that the
carrier was OPTUS telephone company.

    GIUFFRE reviewed a series of photographs of individuals and identified
the following:

Page 1, number 1, _____

Page 1, number 2, _____ LNU, a.k.a. _____

Page 2, number 1, _____

Page 2, number 6, _____

Page 3, number 2, _____

Page 4, number 3, _____ LNU

Page 4, number 7, _____

Page 4, number 8, _____

Page 5, number 1, _____

GIUFFRE advised that the following were familiar to her, but she could not
recall their names or her association to them:

b6
b7C

b6
b7C

b6
b7C

GIUFFRE001245

FD-302a (Rev. 05-08-10)

31E-MM-108062

Continuation of FD-302 of  Virginia L. Giuffre _____ , On  03/17/2011 , Page  12 of 12

Page 1, number 4

Page 2, numbers 7 and 8

Page 3, number 8

Page 4, number 1

Page 5, numbers 5 and 8

The images reviewed by GIUFFRE were placed in a 1A envelope of the case file.

When questioned about United States Customs and Border (CBP) Patrol records of her entries into the United States, GIUFFRE advised that her January 2001 record was the return from her London, England trip ⬚ ⬚ The April 2001 CBP record was her return to the United States ⬚ GIUFFRE could not recall her travel from March and May 2001 CPB records. GIUFFRE advised that her United States Passport was turned over to the United States Consulate in Sydney, Australia.

b6
b7C

On March 18, 2011, writer, SA ⬚ and ⬚ traveled to GIUFFRE's residence where she provided 20 photographs and her ITM massage school certification. FD-597 Receipts for Property were executed for the items and a copy was provided to GIUFFRE. It is noted that the receipts were dated based on the United States Eastern Standard Time Zone date. The photographs, certification and original FD-597s were placed in a 1A envelopes of case file.

b6
b7C

GIUFFRE001246

# EXHIBIT 32
# (Filed Under Seal)

Case 18-2868, Document 283, 08/09/2019, 2628241, Page544 of 883

GIUFFRE003191

MOM
DANNY ███████████
G-MA DAISY ███████

FYI: NANTIDA THARANASES MAY
STILL BE IN THAILAND DURING YOUR
STAY. IF SHE IS, SHE WILL BE
STAYING AT THE SAME HOTEL.

Case 18-2868, Document 283, 08/09/2019, 2628241, Page545 of 883

GIUFFRE003192

# EXHIBIT 33
# (Filed Under Seal)



# Farmer, Jaffe, Weissing, ▮ Edwards, Fistos & Lehrman, P.L.

December 30, 2014

New York Presbyterian Hospital
Weill Cornwell Medical Center
**Medical Records**
525 East 68 Street
New York, NY 10065

RE:  Request for MEDICAL RECORDS and BILLING
    **Our Client/Your Patient** :    **Virginia Roberts** ▮
    **Date of Birth** : 
    **Dates Requested** :    January 1, 1998 – December 31, 2000
    **Our File Number** : ▮

To Whom It May Concern:

    This is a follow up to our original December 1, 2014 request for medical records (a copy of same is attached for your convenience). Attached, please find a copy of the Refused/Returned Notice for your convenience. Pursuant to same, please be advised that we would like ALL records from August 9, 1983 – present. If that is too general/broad, please limit the search to January 1, 1998 to December 31, 2000.

    **Please contact us if the reproduction costs exceed $50.00.**

    Please contact us if you have any questions or wish to discuss this matter further. We look forward to your prompt compliance with this request.

Very truly yours,
FARMER, JAFFE, WEISSING, EDWARDS, FISTOS & LEHRMAN, P.L.

Amy W. Dishowitz, Paralegal
For Bradley J. Edwards, Esq.
BJE: awd
Enclosures

**RECEIVED**
JAN 0 6 2015
BY: ....................

425 North Andrews Avenue, Suite 2, Fort Lauderdale, Florida 33301
954.524.2820 office    954.524.2822 fax



CONFIDENTIAL

GIUFFRE003258



# Farmer, Jaffe, Weissing, [REDACTED]
# Edwards, Fistos & Lehrman, P.L.

Qui Tam
Class Action
Personal Injury
Wrongful Death
Commercial Litigation

December 30, 2014

New York Presbyterian Hospital
Weill Cornwell Medical Center
**Medical Records**
525 East 68 Street
New York, NY 10065

RE:  Request for **MEDICAL RECORDS and BILLING**
    Our Client/Your Patient   :   **Virginia Roberts**
    Date of Birth         :
    Dates Requested         January 1, 1998 – December 31, 2000
    Our File Number

To Whom It May Concern:

    This is a follow up to our original December 1, 2014 request for medical records (a copy of same is attached for your convenience). Attached, please find a copy of the Refused/Returned Notice for your convenience. Pursuant to same, please be advised that we would like ALL records from August 9, 1983 – present. If that is too general/broad, please limit the search to January 1, 1998 to December 31, 2000.

    Please contact us if the reproduction costs exceed $50.00.

    Please contact us if you have any questions or wish to discuss this matter further. We look forward to your prompt compliance with this request.

Very truly yours,
FARMER, JAFFE, WEISSING, EDWARDS, FISTOS & LEHRMAN, P.L.

Amy W. Dishowitz, Paralegal
For Bradley J. Edwards, Esq.
BJE: awd
Enclosures

RECEIVED
JAN 0 6 2015

BY: _____

425 North Andrews Avenue, Suite 2, Fort Lauderdale, Florida 33301
954.524.2820 office    954.524.2822 fax



GIUFFRE003259

DocType: EMERGENCY DEPT RECORD

# NEW YORK-PRESBYTERIAN HOSPITAL
## New York Weill Cornell Medical Center

E

49126

ROBERTS, VIRGINIA L.

## NURSING DOCUMENTATION SHEET
### EMERGENCY DEPARTMENT TRIAGE ASSESSMENT/DOCUMENTATION RECORD

| Date: 7/9/01 | Time: 3:?? | Name: Roberts, Virginia | Birth D: | : 18 |

| Immunizations: ☑ Current ☐ No (Physician notified) | ☐ Emergent ☑ Urgent ☐ Non-Urgent | ☐ Med ☑ Surg ☐ Peds ☐ Psych | ☑ Main ED ☐ UCC ☐ Peds ☐ Psych | Medication Hx: ☐ None ☐ Over the counter ☐ Unknown |
| Tetanus: ☐ < 6 yrs ☐ > 6 yrs | | | | BCP |
| PMH: ☑ None ☐ Cardiac ☐ MI ☐ CVA ☐ Diabetes ☐ ESRD ☐ Respiratory ☐ Seizures ☐ Unknown | | | | |
| Other: | | | | |
| Allergies: ☐ Unknown ☐ None | | | | |
| NKDA | | | | |

**Chief Complaint:**

Brief Assessment/Hx of presenting Complaint: C/O irregular vag bleeding x 3 Wks c
dizziness, nausea, vomiting ... sharp low
abd pain

Triage Interventions: ☐ Ice ☐ Elevation ☐ Immobilization ☐ Dressing ☐ Respiratory Precautions ☐ C-Collar ☐ Security Watch

| 5? | 576 | 100 | 18 | 103/65 |

| Mental Status | Skin Color | Respirations | Skin Temp | Speech | ABD/Urinary ☐ NA |
|---|---|---|---|---|---|
| ☑ Alert | ☐ Normal | ☑ Normal | ☑ Warm & Dry | ☑ Coherent | ☐ Pain |
| ☐ Oriented | ☐ Cyanotic | ☐ Shallow | ☐ Hot & Dry | ☐ Incoherent | Location low abd pain |
| ☐ Lethargic | ☑ Pale | ☐ Labored | ☐ Hot & Moist | ☐ Slurred | ☐ Last BM |
| ☐ Confused | ☐ Flushed | ☐ Dyspneic | ☐ Cool & Moist | ☐ Aphasic | ☑ Nausea |
| ☐ Cooperative | ☐ Icteric | ☐ Irregular | | ☐ Mute | ☑ Vomiting |
| ☐ Combative | ☐ Rash | | | | ☐ Diarrhea |
| ☐ Hallucinations | ☐ Vesicles | Pulse Ox ☐ NA | Pain Scale ☑ NA | GCS ☑ NA | Urinary Complaints ☐ Retention |
| ☐ Suicidal | ☐ Hives | | no | | ☐ Burning ☐ Frequency |
| ☐ Unresponsive | | | | | ☐ Urgency ☐ Hematuria |

| Gyn: ☐ NA | Gravs: | Para: |
| LMP: ~1 wk ago ☐ Normal | | |
| Pregnant ☐ Yes ☐ No ☐ Unsure | | |
| ☑ Pain Location | | |
| ☑ Bleeding ☑ Clots ☐ Cramping | | |
| ☐ Vaginal Discharge ☐ Odor | Time In: 145 | Room #: E South |
| Color | | |

UPT (-), pt. c/o lower abd pain, ? discharge
abdomen soft, non-distended, skin w+d

48126 (7/00)

**CHART COPY**

CONFIDENTIAL

GIUFFRE003260

DocType: EMERGENCY DEPT RECORD

**NewYork-Presbyterian Hospital**
New York Weill Cornell Medical Center

49125

**EMERGENCY DEPARTMENT**
PHYSICIAN'S RECORD & DISCHARGE INSTRUCTIONS

ROBERTS, VIRGINIA L.

| NAME | AGE | DATE OF BIRTH | PHYSICIAN | | |
|---|---|---|---|---|---|
| STREET ADDRESS | | | | CITY | STATE ZIP CODE |
| HOME PHONE NO. | | | | CONTACT AND PHONE # | |
| EMPLOYER | | | | | |
| PRIMARY INSURANCE | | | SECONDARY INSURANCE | | |
| RELIGION | | | DATE AND TIME OF VISIT | | |

DATE 7/9/01 TIME PHYSICIAN'S NAME (PRINTED)

HISTORY AND PHYSICAL EXAM

Pt F3 14yo ♀  CC: Low ABD P.n.
Pt reports Low vbd p.n, Denies NV&V x 3 wks.
Pt reports that she is exerally active ~
vbc p.rbar for the past 2 years.
PMH: ∅  Meds, OCP  All: ∅

PE: 37.8 / 102 / 18 / 132/85
RRR, CTAB ...
ABD: Soft NT⊕BS — Tndr in ⊕ & ⊕ LQ
Pelvic: white vaginal drainage
Cervix ... & closed
⊕ CMT

Rectal: Heme ⊖

Upt ⊖   7/10/01  CT A/P w/cont. F.L.
...

TESTS AND PROCEDURES

Labs
Cultures: GC, Chlamydia
52) 122 / 272   139 | 103 | 6   92.7
         39.2         3.8 | 21 | 0.8  > 115

DIAGNOSIS:

CONDITION: ☑ STABLE  ☐ UNSTABLE

DISPOSITION: ☐ ADMIT TO:  ☐ TRANSFER TO:
☑ DISCHARGE — PATIENT TO FOLLOW UP AT/WITH

PATIENT INSTRUCTIONS
Cefixime  400 mg  I tablet by mouth

☐ CALL 746-0742 FOR RESULTS OF THE FOLLOWING TESTS:
RETURN TO EMERGENCY DEPARTMENT FOR PERSISTENT, WORSENING, OR NEW SYMPTOMS, INCLUDING:
CAREFULLY READ THE PROVIDED INSTRUCTIONS REGARDING

☐ WOUND CARE   ☐ SPRAINS AND INJURIES   ☐ CASTS, SPLINTS, ELASTIC BANDAGES
☐ HEAD INJURY   ☐ TETANUS IMMUNIZATION   ☐ X-RAYS

RESIDENT'S SIGNATURE          MD CODE          ATTENDING PHYSICIAN'S SIGNATURE          MD CODE

☑ PATIENT VERBALIZED UNDERSTANDING OF THE ABOVE DISCHARGE INSTRUCTIONS
PATIENT'S SIGNATURE          NURSE'S SIGNATURE          TIME OUT

49126 (2/98)

CHART COPY

...ed by DIN8011

01-06-2015 21:16:54

GIUFFRE003261

**CONFIDENTIAL**

DocType: EMERGENCY DEPT RECORD

# NEW YORK-PRESBYTERIAN HOSPITAL
### New York Weill Cornell Medical Center



48125

**EMERGENCY NOTES, Continuation**
**EMERGENCY DEPARTMENT**

Roberts, Virginia

IF NO PLATE, PRINT NAME, SEX AND HISTORY NO.

7/8/01
10pm

18 y.o. G.P.... LMP 6/9/01 presents abd pain, N/V, HA — since last night
intermittently for 3 wks, brown vaginal discharge × 3 wks. (3 pads/day)
+ episode of fainting 2 days ago where she fell and hit her head
Pt has b/l lower abd pain, sharp, intermittent. ⊕ back pain b/l.
δdysuria δurgency ⊕dyspareunia (w/ deep penetration)
δ bright red blood per vagina  last BM 2 days ago δBRBPR δmucous
↓ PO intake × 2 days, lost 7 lbs this month, ++ appetite
partner has no symptoms.

GYN - 11 × irregular × 5 days - 2 wks, severe menstrual cramps.
on OCP × 9 mos but period still irregular
h/o ovarian cysts? δendometriosis δfibroids
δ STD's, sexually active same partner × 2 yrs.
Carolyn Steinberg is PMD

PMH - δ                                  Meds - OCP's
PSH - δ                                  allergies - NKDA
SocHx - δ EtOH δ tobacco δ drugs
Fam Hx - Breast CA mother, aunt
VS - T 87.8   BP 103/85   P 102   R 18
Chest - RRR b/l
Cor - RRR +1 S1 S2
Abd - soft, δSD mod tenderness RLQ + LLQ, generalized tenderness to palpation δrebound δguarding
Ext - δ c/c/e       Back - δ CVA tenderness
Pelvic - SVB ⊕CMT b/l adnexal tenderness, uterus not palpable 2° to discomfort

Labs: 13.2 / 138 / 103 / 8 / 95     4/4  0-2 RBC, 0-2 WBC
      8.2 / 39.2 / 272   3.6 / 21.1 / 0.8       dk yellow, nitrite ⊖, leuk est ⊖
Sono - ovaries appear normal    βhCG/chlamy/GC sent
⊕ovary 4.5 × 4.0 cm ⊕ovary 4.5 × 1.7 cm   UPT ⊖   T+S ⊕
                                           slide - epith cells, δ clue cells
                                           δ trichomonas

A/P  18 y.o. ♀ c̄ abd pain, N/V, diarrhea
Possible ruptured ovarian cyst vs. R/o appendicitis vs. Gastroenteritis
Recommend getting CT scan + official sonogram in AM.
F/u in GYN clinic - Dr. ... 7/13/01 @ 8:00am, F/u cultures.
Return if symptoms worsen, fever, severe abd pain
Pending results of CT scan, may give Ceftriaxone 250 mg IM × 1
and Azithromycin 1 gm PO × 7

MEDICAL RECORD

49125 (8/99)

ed by DIN9011     Page 3     01-06-2015 21:16:54

CONFIDENTIAL

GIUFFRE003262

DocType: EMERGENCY DEPT RECORD



**NEW YORK-PRESBYTERIAN HOSPITAL**
New York Weill Cornell Medical Center

49125

**EMERGENCY NOTES, Continuation**
**EMERGENCY DEPARTMENT**

Roberts, Virginia
IF NO PLATE, PRINT NAME, SEX AND HISTORY NO.

Gyn PGY-2 addendum

Pt seen + examined by me
18 y/o G₀ P₀₀₁₀ LMP 6/9/01 c̄ 3 wks of generalized
periumbilical + pelvic pain, worsening over this
time, ⊕ nausea ⊖ emesis x 7 day, ⊖ diarrhea.
⊕ urinary sx, monog. relationship x 2 yds, ⊕ 6/o STD s/s/TO
Pt afebrile in ED, VSS
Abd soft, ⊕ BS, ⊕ RLQ + LLQ TTP, ⊕ R/G, ∅ masses
CSE: os closed ⊕ white d/c, ∅ blood
VE: generalized discomfort c̄ exam, B/L
LQ tenderness, B/L adnexal tenderness, discomfort
on palpation of uterus, 2 mild CMT.
ER Sono: uterus ā thin EMS 2-3mm
        L ov 4cm x 1.5 cm c̄ mult follicles
        R ov 4.2 cm x 1.7cm c̄ mult follicles
        trace FF in CDS, ∅ masses seen
        ∅ discomfort during sonogram.
Wet prep: ∅ clue cells, rare ⊕ WBC's
(6.2) 3:2    UPT ⊖

A/P: 18 y/o ♀ c̄ abd pain, ⊕ N/V/D, afebrile + no
sono + WBC. Doubt PID given afebrile, NL WBC, ⊕ wet
prep. Possible etiologies include ruptured ov cyst
given trace FF. Would also r/o appendicitis,
consider other GI pathology given GI sx's.
Doubt acute Gyn pathology at this time.
Will treat expectantly + pelvic discomfort
and c̄ on pelvic exam likely 2° peritoneal
irritation.
    Will treat prophylactically c̄ Ceftriaxone
    250 mg IM x 1 and Zithro 1g PO x 1
    Would recommend CT Abd/Pelvis
- above discussed c̄ Dr Palermo and Dr. Charles-
Bawling
- Pt to f/u in Gyn clinic on 7/13/01
- Return if further worsening sx.

S. Paul FP072

MEDICAL RECORD

CONFIDENTIAL

GIUFFRE003263

DocType: EMERGENCY DEP'T RECORD

Standard Register co. PRINTED

**NEW YORK-PRESBYTERIAN HOSPITAL**
New York Weill Cornell Medical Center

49129

**EMERGENCY NURSING FLOW SHEET**
**EMERGENCY DEPARTMENT**

Roberts Virginia

IF NO PLATE, PRINT NAME SEX AND MEDICAL RECORD NO.

| DATE | LOCATION | | WEIGHT |
|------|----------|--|--------|
| 7/02/01 | Green Hall | | |

| ALLERGIES | NURSE | INITIALS | ALLERGIES | NURSE | INITIALS |
|-----------|-------|----------|-----------|-------|----------|
| NKDA | | a | NKDA | RFloyd | g |
| | MAr | AMG | | | |

| TIME | BP | T | P | R | (notes) |
|------|-----|---|---|---|---------|
| 2:45 | 102/66 | 37 | 88 | 18 | pt A&Ox3, respirations even + unlabored. |
| | | | | | pt states pain has decreased but she |
| | | | | | is still experiencing headache. pt |
| | | | | | refused M.V. at this time. surgical |
| | | | | | resident notified and spoke to pt. re |
| 5:00 | 110/68 | | M | 18 | pain. pt given T#10 x prn as ordered. |
| | | | | | pt now drinking another T#10. To be |
| | | | | | 1/2 of 500 mL. _____ |
| 3:00 | | | | | continues to drink concentration. |
| 3:45 | 109/70 | 36.9 | 84 | 18 | ___ to go to CT scan. ____ close at |
| | | | | | this time. |
| 4:00 | | | | | To CT scan via wheelchair |
| 5:15 | | | | | Back from CT scan. Awaits dispo. |
| 8:00 | 140/90 | | 95 | 16 | pt awake A&Ox3 @ BS @ allergies |
| 8:15 | | | | | pt awaits dispo. + pt awaiting dispo |
| | | | | | Field report. pt awake A&Ox3, awaits dispo. |
| | | | | | pt refuses antibiotics @ this time and report |
| | | | | | will wait until cultures come back. Dr Keplan |
| 10:00 | 150/85 | 38 | 80 | 16 | made sure gyn notified, said will come to speak to pt. Dr Floyd |
| | | | | | NPO pt D/C'd to written + verbal instruction |
| | | | | | + medication RFloyd |

| TIME | MEDICATIONS | RN | TIME | MEDICATIONS | RN |
|------|-------------|----|------|-------------|----|
| 2:45 | Protein #10g PO | | | | |
| 7:5 | indomethacin | | | | |
| 8:30 | augmentin 1gm PO | | | | |

INITIAL STUDIES/X-RAYS
- ☐ CBC    ☐ T&C
- ☐ Lytes   ☐ Cord. Enz.
- ☐ BUN/Cr  ☐ Bld Cult .
- ☐ PT, PTT  ☐ ABG
- ☐ Profile  ☐ EKG
- ☐ Amylase  ☐ Urine HCG
- ☐ U/A     ☐ C&S
- ☐ X-Ray and Other

GIUFFRE003264

DocType: EMERGENCY DEPT RECORD

**NEWYORK-PRESBYTERIAN HOSPITAL**
New York Weill Cornell Medical Center

49125

EMERGENCY NOTES, Continuation
**EMERGENCY DEPARTMENT**

Roberts, Virginia

IF NO PLATE, PRINT NAME, SEX AND HISTORY NO.

7/14/01

Pt called for GC/chlamidia and serum syphus
results. Reported to pt. as negative. P. Barrett, ANP

49125 (2/00)

MEDICAL RECORD

CONFIDENTIAL

GIUFFRE003265

DocType: PROGRESS NOTES

**NEWYORK-PRESBYTERIAN HOSPITAL**
New York Weill Cornell Medical Center

45104

**PROGRESS NOTES**

Virginia Roberts

IF NO PLATE, PRINT NAME, SEX AND MEDICAL RECORD NO

| DATE (MO., DT., YR.) | LOCATION | SERVICE | AGE | DOCTOR |
|---|---|---|---|---|
| 7·10·01 | | Internal Med | | |

22 y.o. c N/V, abdominal pain/vag
bleeding. Saw pt in
office @ 7.9 pm. 3 weeks of
vaginal spotting, 2 days
fever to 102°, N/V x 12 hours,
AF in office, BP 90/p also c
pulse 128-130. ⊕ CMT on exam.
Sent to ER for IV hydration ±
GYN w/u.
Pt refused IVF in ER.
GYN w/u per note indicates
⊖ pelvic u/s, CT also done —
reported "normal." Pt has no
localizing S/S on exam ± CMT.
Likely has cervicitis s s/o
PID on studies.
Agree c presumptive Rx for
Chlamydia & GC while cultures
are ⊕. Can f/u c me in
my office 7/11 or 7/12.

[signature]
S/T 170
X64015

45104 (6/97)

CONFIDENTIAL

GIUFFRE003266

DocType: LAB REPORTS

525 East 68th Street, New York, N.Y.10021
M. Desmond Burke, M.D., Laboratory Director

Patient Name: ROBERTS, VIRGINIA L.

CLIENT INFORMATION:
EMOND, STEPHEN D MD
525 East 68th Street
New York                    NY 100210000
        Client#:  00000
        NEW YORK HOSPITAL

Reg#:

| Coll Date: | 07/09/2001 | Recvd Date: | 07/09/2001 | Rpt Date: | 07/10/2001 |
| Coll Time: | 1911 | Recvd Time: | 1911 | Rpt Time: | 0438 |

FINAL

| TEST NAME | ABNORMAL | NORMAL | REFERENCE | UNITS |
|---|---|---|---|---|
| COMPLETE BLOOD COUNT | | | | |
| WBC | | 8.2 | 3.4-11.2 | K/uL |
| RBC | | 4.23 | 3.80-5.20 | M/uL |
| HGB | | 13.2 | 11.7-16.0 | g/dL |
| HCT | | 38.2 | 35.0-47.0 | % |
| MCV | | 90.3 | 81.0-100.0 | fL |
| MCH | | 31.2 | 27.0-34.0 | pg |
| MCHC | | 34.6 | 32.0-36.0 | g/dL |
| RDW | | 12.6 | 11.0-14.0 | % |
| PLATELET | | 272.0 | 150.0-450.0 | K/uL |
| MPV | | 10.4 | 6.0-13.0 | fL |
| AUTOMATED DIFFERENTIAL | | | | |
| NEUT % | 83.4 H | | 45.0-75.0 | % |
| LYMPH % | 8.1 L | | 20.0-50.0 | % |
| MONO % | | 7.6 | 2.0-11.0 | % |
| EOS % | | 0.5 | 0.0-5.0 | % |
| BASO % | | 0.4 | 0.0-1.0 | % |
| NEUT ABS | 6.8 H | | 2.1-4.9 | K/uL |
| LYMPH ABS | 0.7 L | | 1.4-2.9 | K/uL |
| MONO ABS | | 0.6 | 0.2-0.9 | K/uL |
| EOS ABS | | 0.0 | 0.0-0.3 | K/uL |
| BASO ABS | | 0.0 | 0.0-0.1 | K/uL |

ed by DIN9011                    Page 1                    01-06-2015 21:17:11

GIUFFRE003267

DocType: LAB REPORTS

L=LOW, H=HIGH

OUTPATIENT REPORT

Page: 1
CONTINUED

 ed by DIN9011

Page 2

01-06-2015 21:17:11

CONFIDENTIAL

GIUFFRE003268



DocType: LAB REPORTS

M. Desmond Burke, M.D., Laboratory Director

Patient Name:   ROBERTS, VIRGINIA L.

CLIENT INFORMATION:
EMOND, STEPHEN O MD
525 East 68th Street
New York                    NY 100210000
        Client#:   00000
            NEW YORK HOSPITAL

Reqn:

| Coll Date: | 07/09/2001 | Recvd Date: | 07/09/2001 | Rpt Date: | 07/10/2001 |
| Coll Time: | 1911 | Recvd Time: | 1911 | Rpt Time: | 0438 |
| | | | FINAL | | |

| TEST NAME | ABNORMAL | NORMAL | REFERENCE | UNITS |
| --- | --- | --- | --- | --- |
| ROUTINE CHEMISTRY | | | | |
| AMYLASE | | 46 | 15-127 | U/L |

Page:   2
CONTINUED

OUTPATIENT REPORT



ed by DIN0011

Page 3

01-06-2015 21:17:11

GIUFFRE003269

CONFIDENTIAL

DocType: LAB REPORTS

Patient Name: ROBERTS, VIRGINIA L.

Med Rec #:
Date of Birth:                    Sex: F
100210000
Req#

CLIENT INFORMATION:

EMOND, STEPHEN D MD
525 East 68th Street
New York                          NY

Client#:    00000
                  NEW YORK HOSPITAL

          Coll Date:   07/09/2001        Recvd Date:   07/09/2001        Rpt Date:
07/10/2001
          Coll Time:   1911              Recvd Time:   1911              Rpt Time:   0438
                                              FINAL


CANCELLED TESTS

   PROCEDURE                            DRAWN DATE        REASON

   BASIC METABOL PANEL                  07/09/01
   Order Entry Error


                                    Page:   3
                                    END OF CHART

 ed by DIN9011          Page 4          01-06-2015 21:17:11

GIUFFRE003270

CONFIDENTIAL

▮▮▮▮▮▮▮▮▮▮ ocType: LAB REPORTS

525 East 68th Street, New York, N.Y. 10021
M. Desmond Burke, M.D., Laboratory Director

Patient Name:   ROBERTS, VIRGINIA L.
Med Rec #:   ▮▮▮▮▮▮▮▮
Req#: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

CLIENT INFORMATION:
EMOND, STEPHEN D MD
535 East 68th Street
New York          NY 100210000
        Client#:   00000
        NEW YORK HOSPITAL

Coll Date:   07/09/2001     Recvd Date:   07/09/2001     Rpt Date:   07/10/2001
Coll Time:   1855           Recvd Time:   1913           Rpt Time:   0438
                                          FINAL

| TEST NAME | ABNORMAL | NORMAL | REFERENCE | UNITS |
|---|---|---|---|---|
| MACROSCOPIC URINALYSIS | | | | |
| COLOR | | DK YELLO | YELLOW | |
| APPEARANCE | | CLEAR | CLEAR | |
| PROTEIN | 30* | | NEGATIVE | |
| BLOOD | | NEGATIVE | NEGATIVE | |
| GLUCOSE | | NEGATIVE | NEGATIVE | |
| KETONES | TRACE* | | NEGATIVE | |
| pH | | 7.0 | 4.8-8.0 | |
| BILIRUBIN | | NEGATIVE | NEGATIVE | |
| SP GRAVITY | | 1.025 | 1.005-1.030 | |
| NITRATE | | NEGATIVE | NEGATIVE | |
| LEUKOCYTE ESTER | | NEGATIVE | NEGATIVE | |
| | | | | |
| MICROSCOPIC URINALYSIS | | | | |
| NOTE | | SEE NOTE# | | |
| RBC/HPF | | 0-2 | 0-2 | |
| WBC/HPF | | 0-2 | 0-2 | |
| RENAL EPITH | | NEGATIVE | NEGATIVE | |

NOTE (09/08/2000 -- Current)

    THIS URINE HAS BEEN EXAMINED FOR WBC, RBC, CASTS, CRYSTALS AND

    EPITHELIAL CELLS.  ANY OF THESE ELEMENTS NOT REPORTED WAS NOT FOUND.

GIUFFRE003271

CONFIDENTIAL

 DocType: LAB REPORTS

*=ABNORMAL, f=FOOTNOTE

Page:   1
END OF CHART


GIUFFRE003272

CONFIDENTIAL

DocType: LAB REPORTS

525 East 68th Street, New York, N.Y.10021
M. Desmond Burke, M.D., Laboratory Director

Patient Name: ROBERTS, VIRGINIA L.

CLIENT INFORMATION:
EMOND, STEPHEN D MD
525 East 68th Street
New York                    NY 100210000
      Client#:   00000
           NEW YORK HOSPITAL

| Coll Date: | 07/09/2001 | Recvd Date: | 07/09/2001 | Rpt Date: | 07/10/2001 |
| Coll Time: | 1915 | Recvd Time: | 1925 | Rpt Time: | 0438 |
| | | | FINAL | | |

| TEST NAME | ABNORMAL | | NORMAL | REFERENCE | UNITS |
|---|---|---|---|---|---|
| ROUTINE CHEMISTRY | | | | | |
| GLUCOSE | 115 | H | | 70-105 | mg/dL |
| UREA NITROGEN | | | 8 | 5-25 | mg/dL |
| CREATININE | | | 0.8 | 0.5-1.5 | mg/dL |
| SODIUM | | | 138 | 133-147 | mmol/L |
| POTASSIUM | | | 3.6 | 3.2-5.2 | mmol/L |
| CHLORIDE | | | 103 | 94-110 | mmol/L |
| CO2 | 21 | L | | 22-32 | mmol/L |
| ANION GAP | | | 14 | 05-17 | |
| URIC ACID | | | 3.2 | 2.5-7.5 | mg/dL |
| CALCIUM | | | 9.0 | 8.5-10.5 | mg/dL |
| PHOSPHORUS | | | 3.4 | 2.2-4.2 | mg/dL |
| PROTEIN, TOTAL | | | 7.7 | 5.5-8.0 | g/dL |
| ALBUMIN | | | 4.3 | 3.0-5.0 | g/dL |
| GLOBULIN | 3.4 | H | | 1.8-3.3 | g/dL |
| BILIRUBIN TOT | | | 0.7 | 0.2-1.3 | mg/dL |
| BILIRUBIN DIR | | | 0.2 | 0.1-0.4 | mg/dL |
| BILIRUBIN IND | | | 0.5 | 0.1-0.8 | mg/dL |
| CHOLESTEROL | | | 130 f | ≤ 200 | mg/dL |
| MAGNESIUM | | | 1.6 | 1.5-1.9 | mEq/L |
| AST | | | 20 | 0-45 | U/L |
| ALT | | | 13 | 0-45 | U/L |

CHOLESTEROL (03/17/1999 -- Current)

ed by DIN9011                          Page 7                          01-06-2015 21:17:11

CONFIDENTIAL

GIUFFRE003273

DocType: LAB REPORTS

DESIRABLE:           <200 mg/dL

BORDERLINE HIGH:   200-239 mg/dL

HIGH:               >=240 mg/dL


L=LOW, H=HIGH, f=FOOTNOTE


                                            Page:   1
                                          CONTINUED

OUTPATIENT REPORT

 ed by DIN0011                    Page 8                    01-06-2015 21:17:11

CONFIDENTIAL                    GIUFFRE003274

DocType: LAB REPORTS

M. Desmond Burke, M.D., Laboratory Director

Patient Name: ROBERTS, VIRGINIA L.

CLIENT INFORMATION:
EMOND, STEPHEN D MD
525 East 68th Street
New York                     NY 100210000
        Client#:   00000
            NEW YORK HOSPITAL

Coll Date:   07/09/2001      Recvd Date:   07/09/2001      Rpt Date:   07/10/2001
Coll Time:   1915            Recvd Time:   1925            Rpt Time:   0438
                                           FINAL

| TEST NAME | ABNORMAL | NORMAL | REFERENCE | UNITS |
|---|---|---|---|---|
| ROUTINE CHEMISTRY | | | | |
| LD | | 183 | 80-225 | U/L |
| ALKALINE PHOS | | 76 | 30-110 | U/L |
| CORONARY RISK | | | | |
| CHOLESTEROL | | 130 | < 200 | mg/dL |

DESIRABLE:           <200 mg/dL

BORDERLINE HIGH:    200-239 mg/dL

HIGH:               >=240 mg/dL


'ed by DIN9011                        Page 9                        01-05-2015 21:17:11

CONFIDENTIAL

GIUFFRE003275

DocType: LAB REPORTS

Page: 2
END OF CHART

 ed by DIN9011

Page 10

01-06-2015 21:17:11

GIUFFRE003276

CONFIDENTIAL

DocType: LAB REPORTS

525 East 68th Street, New York, N.Y.10021
M. Desmond Burke, M.D., Laboratory Director

Patient Name:   ROBERTS, VIRGINIA L.

CLIENT INFORMATION:
EMOND, STEPHEN D MD
525 East 68th Street
New York                        NY 100210000
Req#:                              Client#:   00000
                                   NEW YORK HOSPITAL

Coll Date:   07/09/2001      Recvd Date:   07/09/2001      Rpt Date:   07/10/2001
Coll Time:   1934            Recvd Time:   1934            Rpt Time:   0438
                                              FINAL

TEST NAME                    ABNORMAL      NORMAL          REFERENCE    UNITS

SENDOUT CULTURES

BLOOD GROUP AND TYPE

PROCEDURE:    ABO RH

07/09/2001 1934        A POS

ANTIBODY SCREEN AND WORKUP

PROCEDURE:    ABSC INT

07/09/2001 1934        NOTIMMZD



CONFIDENTIAL

GIUFFRE003277

DocType: LAB REPORTS

Page: 1
END OF CHART


CONFIDENTIAL

GIUFFRE003278

DocType: LAB REPORTS

525 East 68th Street, New York, N.Y.10021
M. Desmond Burke, M.D., Laboratory Director

CLIENT INFORMATION:
Patient Name: ROBERTS, VIRGINIA L.       EMOND, STEPHEN D MD
                                         525 East 68th Street
                                         New York                NY 100210000
                                              Client#:  00000
                                              NEW YORK HOSPITAL

Coll Date:   07/09/2001    Recvd Date:  07/10/2001    Rpt Date:  07/11/2001
Coll Time:   0941          Recvd Time:  0941          Rpt Time:  0452
                                              FINAL

| TEST NAME | ABNORMAL | NORMAL | REFERENCE | UNITS |
|-----------|----------|--------|-----------|-------|

GC-CHLAMYDIA

CHLAMYDIA-GC BY AMPLIFICATION
CHLA SWAB SOURC                              CERVIX

CHLA SWAB                                   NEGATIVE       NEGATIVE

GC SWAB SOURCE                              CERVIX

GC SWAB                                     NEGATIVE       NEGATIVE

Page:   1
END OF CHART

 ed by DIN9011                    Page 13                    01-05-2015 21:17:11

GIUFFRE003279

CONFIDENTIAL

DocType: LAB REPORTS

525 East 68th Street, New York, N.Y.10021
M. Desmond Burke, M.D., Laboratory Director

Patient Name:  ROBERTS, VIRGINIA L.

CLIENT INFORMATION:
EMOND, STEPHEN D MD
525 East 68th Street
New York                        NY 100210000
              Client#:  00000
              NEW YORK HOSPITAL

F

| | | | |
|---|---|---|---|
| Coll Date: | 07/09/2001 | Recvd Date: | 07/10/2001 | Rpt Date: | 07/11/2001 |
| Coll Time: | 1929 | Recvd Time: | 0941 | Rpt Time: | 0452 |

PARTIAL

| TEST NAME | ABNORMAL | NORMAL | REFERENCE | UNITS |
|---|---|---|---|---|

GENITAL:CULTURE-SCREEN

GENITAL CULTURE                                    COLLECTED: 07/09/01 1929
SOURCE:CERVIX                                      RECEIVED:  07/10/01 0941
FREETEXT SOURCE:                                   STARTED:   07/10/01 0941
                         ACCESSION#  01-ME-01-045532

--- STAINS & PREPS ---

07/10/2001  1342

MANY GRAM POSITIVE BACILLI CONSISTENT WITH LACTOBACILLI

MODERATE EPITHELIAL CELLS

MODERATE WBC SEEN

Page:   1
END OF CHART

GIUFFRE003280

CONFIDENTIAL

DocType: LAB REPORTS

525 East 68th Street, New York, N.Y.10021
M. Desmond Burke, M.D., Laboratory Director

Patient Name: ROBERTS, VIRGINIA L.

CLIENT INFORMATION:
EMOND, STEPHEN D MD
525 East 68th Street
New York                    NY 10021 0000
        Client#:   00000
        NEW YORK HOSPITAL

Req#:                    0

| Coll Date: 07/09/2001 | Recvd Date: 07/10/2001 | Rpt Date: 07/12/2001 |
| Coll Time: 1929 | Recvd Time: 0941 | Rpt Time: 0532 |
| | PARTIAL | |

| TEST NAME | ABNORMAL | NORMAL | REFERENCE | UNITS |

GENITAL:CULTURE-SCREEN

GENITAL CULTURE                              COLLECTED: 07/09/01 1929
SOURCE:CERVIX                                RECEIVED:  07/10/01 0941
FREETEXT SOURCE:                             STARTED:   07/10/01 0941
                          ACCESSION#:   01-MB-01-045532

---- STAINS & PREPS ----

07/10/2001  1342

**MANY** GRAM POSITIVE BACILLI CONSISTENT WITH LACTOBACILLI

MODERATE EPITHELIAL CELLS

MODERATE WBC SEEN

---- PRELIMINARY REPORT ----

07/11/2001  1037

MODERATE GRAM POSITIVE BACILLI CONSISTENT WITH

LACTOBACILLI

CULTURE BEING HELD FOR FURTHER EVALUATION

 ed by DIN9011

01-06-2015 21:17:11

GIUFFRE003281

CONFIDENTIAL

DocType: LAB REPORTS

Page: 1
END OF CHART



DocType: LAB REPORTS

525 East 68th Street, New York, N.Y.10021
M. Desmond Burke, M.D., Laboratory Director

CLIENT INFORMATION:
EMOND, STEPHEN D MD
525 East 68th Street
New York                      NY 100210000
       Client#:  00000
       NEW YORK HOSPITAL

Patient Name: ROBERTS, VIRGINIA L

| Coll Date: | 07/09/2001 | Recvd Date: | 07/10/2001 | Rpt Date: | 07/12/2001 |
| Coll Time: | 1655 | Recvd Time: | 1102 | Rpt Time: | 0532 |

FINAL

| TEST NAME | ABNORMAL | NORMAL | REFERENCE | UNITS |

URINE CULTURE

URINE CULTURE                                      COLLECTED: 07/09/01 1855
SOURCE:URINE CLEAN CATCH                           RECEIVED: 07/10/01 1102
FREETEXT SOURCE:                                    STARTED: 07/10/01 1102
                              ACCESSION#:  01-MB-01-045573
          FINAL REPORT

                            07/11/2001  1323

    NO GROWTH (<1,000 CFU/ML)

                            Page:  1
                            END OF CHART



CONFIDENTIAL

GIUFFRE003283

DocType: LAB REPORTS

525 East 68th Street, New York, N.Y. 10021
M. Desmond Burke, M.D., Laboratory Director

Patient Name: ROBERTS, VIRGINIA L.

CLIENT INFORMATION:
EMOND, STEPHEN D MD
525 East 68th Street
New York                          NY 100210000
        Client#:   00000
          NEW YORK HOSPITAL

| Coll Date: | 07/09/2001 | Recvd Date: | 07/10/2001 | Rpt Date: | 07/13/2001 |
|---|---|---|---|---|---|
| Coll Time: | 1929 | Recvd Time: | 0941 | Rpt Time: | 0541 |

PARTIAL

| TEST NAME | ABNORMAL | NORMAL | REFERENCE | UNITS |
|---|---|---|---|---|

GENITAL: CULTURE- SCREEN

GENITAL CULTURE
SOURCE: CERVIX
FREETEXT SOURCE:

COLLECTED: 07/09/01 1929
RECEIVED:  07/10/01 0941
STARTED:   07/10/01 0941
ACCESSION#:   01-MB-01-045532

STAINS & PREPS ---

07/10/2001  1343

MANY GRAM POSITIVE BACILLI CONSISTENT WITH LACTOBACILLI

MODERATE EPITHELIAL CELLS

MODERATE WBC SEEN

PRELIMINARY REPORT ---

07/11/2001  1037

MODERATE GRAM POSITIVE BACILLI CONSISTENT WITH

 LACTOBACILLI

CULTURE BEING HELD FOR FURTHER EVALUATION

07/12/2001  1130

MODERATE GRAM POSITIVE BACILLI CONSISTENT WITH

 LACTOBACILLI

CULTURE BEING HELD FOR FURTHER EVALUATION

ed by DIN8011                    Page 18                    01-06-2015 21:17:11

GIUFFRE003284

CONFIDENTIAL

DocType: LAB REPORTS

Page:    1
END OF CHART



CONFIDENTIAL                    GIUFFRE003285

DocType: LAB REPORTS

525 East 68th Street, New York, N.Y.10021
M. Desmond Burke, M.D., Laboratory Director

Patient Name: ROBERTS, VIRGINIA L.
Med Rec #:

CLIENT INFORMATION:
EMOND, STEPHEN D MD
525 East 68th Street
New York                    NY 100210000
       Client#:  00000
         NEW YORK HOSPITAL

Coll Date:   07/09/2001      Recvd Date:   07/10/2001      Rpt Date:   07/14/2001
Coll Time:   1929            Recvd Time:   0941            Rpt Time:   0431
                                            FINAL

| TEST NAME | ABNORMAL | NORMAL | REFERENCE | UNITS |
|-----------|----------|--------|-----------|-------|

GENITAL:CULTURE-SCREEN

GENITAL CULTURE                                      COLLECTED: 07/09/01 1929
SOURCE:CERVIX                                        RECEIVED:  07/10/01 0941
FREETEXT SOURCE:                                     STARTED:   07/10/01 0941
                                   ACCESSION#   01-MB-01-045532

--- STAINS & PREPS ---

07/10/2001  1342

MANY GRAM POSITIVE BACILLI CONSISTENT WITH LACTOBACILLI

MODERATE EPITHELIAL CELLS

MODERATE WBC SEEN

--- PRELIMINARY REPORT ---

07/11/2001  1037

MODERATE GRAM POSITIVE BACILLI CONSISTENT WITH

LACTOBACILLI

CULTURE BEING HELD FOR FURTHER EVALUATION

07/12/2001  1130

MODERATE GRAM POSITIVE BACILLI CONSISTENT WITH

LACTOBACILLI

CULTURE BEING HELD FOR FURTHER EVALUATION

--- FINAL REPORT ---

07/13/2001  1117

MODERATE GRAM POSITIVE BACILLI CONSISTENT WITH

ed by DIN9011                          Page 20                          01-06-2015 21:17:11

CONFIDENTIAL

GIUFFRE003286

DocType: LAB REPORTS

LACTOBACILLI

NO NEISSERIA GONORRHEAE ISOLATED

Page: 1
END OF CHART



CONFIDENTIAL

GIUFFRE003287

DocType: ORDERS

# NewYork-Presbyterian Hospital
New York Weill Cornell Medical Center

45171

ROBERTS, VIRGINIA L.

## DIAGNOSTIC PROCEDURE ORDER FORM

(1) MD/NP: Indicate test(s) to be performed by checking appropriate box or completing the section "Other Procedure Not Listed". Indicate priority rating for each and complete Clinical Data Section. Sign order form.

(2) Unit Clerk: Fax this form to appropriate test area(s) and complete the following:
Date Faxed _____ Time _____ Clerk Initials _____

(3) Test Area: Call the Clerk and provide date(s) and time(s) test(s) will be done.

Unit Clerk: Write the Date and Time, as provided by test area, onto this form.

(4) Unit Clerk: Follow current procedure for posting order on unit and place form in medical record.

(5) RN: Verify order and sign on designated line.

(6) Portable Radiology Do not fax form. Phone's use to request exam. Give yellow copy to Tech.

P indicates Prep. is required. C indicates WRITTEN CONSENT is Required

Time Blocks: A=8A-12N  B=12N-5P  C=5P-8A

| CARDIOLOGY | PRIORITY 1, 2 or 3 | FAX | TO BE DONE DATE | TIME |
|---|---|---|---|---|
| ☐ Echo ☐ PGR1 | | 66701 | | |
| ☐ EKG ☐ PORT ☐ Signal Average EKG | | 66701 | | |
| ☐ Holter Monitor | | 66701 | | |
| ☐ E.T.T. | | 66701 | | |
| **PULMONARY** | | | | |
| ☐ PFTs | | 58808 | | |
| **NEUROLOGY** | | | | |
| ☐ DOPPLER: ☐ CAROTID ☐ TRANSCRANIAL | | 68984 68984 | | |
| **NUCLEAR MEDICINE** | | | | |
| ☐ Bone Scan P | | 68873 | | |
| ☐ Gallium P | | 68873 | | |
| ☐ Biliary | | 68873 | | |
| ☐ DPX P | | 68873 | | |
| ☐ Renal P | | 68873 | | |
| ☐ V/Q P | | 68873 | | |
| ☐ RMCA | | 68873 | | |
| ☐ Thallium | | 68873 | | |
| ☐ Thyroid | | | | |

| RADIOLOGY | PRIORITY 1, 2 or 3 | FAX | TO BE DONE DATE | TIME |
|---|---|---|---|---|
| ☐ Abdomen | | 28093 | | |
| ☐ Flat ☐ Erect | | | | |
| ☐ CXR | | 28093 | | |
| ☐ Rat ☐ Rght ☐ Left ☐ Hand ☐ Rght ☐ Left ☐ Ankle ☐ Rght ☐ Left | | 28093 | | |
| ☐ Pelvis | | 28093 | | |
| ☐ Ribs | | 28093 | | |
| ☐ Spine ☐ ____ | | 28093 | | |
| ☐ Mammogram | | 28093 | | |
| ☐ Portable | | 28093 | | |
| **FLUOROSCOPY** | | | | |
| ☐ Ba E P | | 28093 | | |
| ☐ IVP C,P | | 28093 | | |
| ☐ Small Bowel Series P | | 28093 | | |
| ☐ UGI Series P | | 28093 | | |
| **SONOGRAPHY** | | | | |
| ☐ Abdomen P | | 60137 | | |
| ☐ OB/GYN P | | 60137 | | |
| ☐ Pelvis P | | 60137 | | |
| ☐ Scrotum P | | 60137 | | |
| ☐ Thyroid P | | 60137 | | |
| ☐ Renal P | | 60137 | | |
| ☐ Head P | | 60137 | | |
| ☐ Other P ____ | | 60137 | | |
| **CAT SCAN* C,P** | | | | |
| ☐ Head | | 68060 | | |
| ☐ Cervical Spine | | 68060 | | |
| ☐ Thoracic Spine | | 68060 | | |
| ☐ Lumbar Spine | | 68060 | | |
| ☐ Chest | | 68044 | | |
| ☒ Abdomen | | 68044 | | |
| ☒ Pelvis | | 68044 | | |
| * ☐ With Contrast: P  *Other: Ca BP04 #1. Requires BUN & Creat | | | | |
| **MRI** | | | | |
| ☐ Extremity | | 68046 | | |
| ☐ Head | | 68046 | | |
| ☐ Spine | | 68046 | | |
| ☐ With GAD | | 68046 | | |

(handwritten on CAT SCAN section: "E.P.O/V COATW")

### OTHER PROCEDURES NOT LISTED:
☐ _____
☐ _____
☐ _____

### CLINICAL DATA
☐ Consent Obtained
☐ Respiratory Precautions
☐ Wound/Skin Precautions
☐ Pregnancy

☐ Pediatric Patient: - for Pediatric Radiology (M-F 9am - 4pm) fax to 80138
  for Pediatric Cardiology fax to 68873
☐ Pre-Op Date of Surgery _____
Clinical History _____

For Contrast Studies: BUN _____ Creat _____

Ordering Physician/NP _____ ID Code _____ Beeper # _____
Date _____ Time _____ Attending MD _____

RN Signature _____ RN _____

CHART COPY

CONFIDENTIAL          GIUFFRE003288

DocType: ORDERS

## PROCEDURE ORDER FORM

Many of the Radiology examinations require that the patient be prepared for the procedure that is being ordered. We have included a brief description of the most common procedures, HOWEVER, all exams are included in the **Manual of Laboratory, X-Ray, and Special Procedures** and are contained in the Ancillary Services section in this manual. The procedure in the manual contains a brief description, indications, contraindications, patient preps and special instructions.

Please call Pediatric Radiology x62554 for modified preps for pediatric cases.

NOTE: SEQUENCING of exams is critical when ordering multiple exams. Barium studies generally should be done after other diagnostic procedures. See Manual for more complete information or discuss with Radiologist so as not to delay patient care.

**G.I. Series**
Prep: N.P.O. from Midnight day before study. Suspend all medication except essential.
Antispasmodics should be discontinued 24 hours before procedure.
Aftercare: mild laxative and fluids.

**Barium Enema**
Prep: Clear fluids 24 hours prior to study,
60 ml magnesium citrate by mouth at 6 PM day before study.
4 bisacodyl tablets (dulcolax) by mouth at 10 PM the night before exam.
1 bisacodyl suppository morning of exam.
Nothing by mouth after midnight.

**I.V.P. (Intravenous Pyelogram)**
Prep: 10 ounces of magnesium citrate at 6 PM evening before exam.
Nothing by mouth after midnight.

**C.T. (Head & Body)**
Prep: Clear fluids 4 hours prior to study. Contrast injection requires the patient be NPO for at least 4 hours prior to study. Patients must be cooperative and able to hold their breath for Body CTs.
Aftercare: Patients receiving contrast should be hydrated.

**MRI**
CONTRAINDICATIONS: ① Patients over 300 lbs. ② Patients with PACEMAKERS CANNOT BE DONE. ③ Patients with metal surgical clips and other prosthetic devices should consult with the Radiologist before ordering MRI's. ④ Claustrophobia and inability to remain still are also contraindication and sedation may be required. SEE MANUAL FOR COMPLETE DETAILS.

**Sonograms**
PELVIC/OBSTETRICAL: Requires full bladder. Patient should drink water and maintain a full bladder.
ABDOMINAL/AORTIC RENAL: Clear liquid diet for 24 hours prior to exam.

**Nuclear Medicine - SPECIAL CONSIDERATIONS:**
1. To obtain an adequate study, patient must be able to lie quietly for up to one hour in supine position. Adequate sedation is absolutely necessary in the restless patient.
2. For biliary, mockofs, cardiac, and any studies requiring sedation, the patient must be fasting for a minimum of four hours prior to test.
3. Radioactive iodine is used for thyroid uptake and scanning. Do not schedule test if any of the following drugs or foods have been ingested within minimal time limits indicated:
Iodine Compound (Lugol's Potassium Iodide, Kelp): 1-2 weeks
Seafood, Ovaltine, vitamin pills, Orande, Combid: 3-6 days
Diodrast, Hypaque (i.e., IVP's and arteriograms): 1-2 weeks
Priodax, Telepaque, etc. (i.e. gallbladder series): 3-6 months
Lipiodol (i.e., bronchograms): at least 6 months
Anti-thyroid drugs (i.e., Propylthiouracil, Tapazole): 7 days. If in preparation for urgent radioiodine treatment, consultation is advised.
Thyroid substance (i.e., desiccated thyroid, Thyroxine): 4 weeks
Tri-iodothyronine (Cytomel): 10-12 days.
If special circumstances require evaluation despite the above indications (contraindications) Nuclear Medicine physician consultation advised.



CONFIDENTIAL

GIUFFRE003289

DocType: ORDERS

## NewYork-Presbyterian Hospital
### New York Weill Cornell Medical Center

ROBERTS, VIRGINIA L.

### PHYSICIAN'S ORDERS
### EMERGENCY DEPARTMENT

IF NO PLATE, PRINT NAME, SEX AND MEDICAL RECORD NO.

| Date: 7/9/01 | Time: 19:20 | Diagnosis: | |
|---|---|---|---|
| Allergies: | | | |
| Vital Signs: | ☐ Routine | ☐ q 1 hour | ☐ q 15 minutes |
| Activity: | ☐ Routine | ☐ Bedrest | |
| Diet: | ☐ Regular | ☐ NPO | ☐ Other: |
| IV: | ☐ Heplock | ☐ Fluids: | |
| Oxygen: | ☐ Nasal Cannula ___ L/min. | ☐ Face Mask ___ % | |
| Precautions: | ☐ Airborne | ☐ Droplet | ☐ Wound/Skin |
| Other: | ☐ Cardiac Monitor | ☐ ECG | ☐ Foley Catheter |

**Labs (circle):**

| | | | |
|---|---|---|---|
| Lytes/BUN/Cr | (CBC/diff/plt) | Retic. Ct. | PT/PTT |
| | Glucose | Ca Mg | Amylase |
| Admission Profile | LFT's | Cardiac Enzymes | ESR |
| ETOH level | Aspirin level | Acetaminophen level | Tox. Screen |
| (UA) | Urine C & S | (Urine HCG) may | Serum HCG |
| Type & Screen | Type & Cross ___ Units | Other: | |

**Medications, etc.:**

☐ Tetanus & Diphtheria Toxoids 0.5 cc. IM

| PHYSICIAN'S SIGNATURE | MD CODE | PICKED UP BY NURSE | DATE | TIME |
|---|---|---|---|---|
| Hu Hurl | HU051 | S Casse | | |

| DATE 7/9 | TIME | | | | DONE IN ED |
|---|---|---|---|---|---|

LR - 1l with open flow 1250 u/hr  ✓
Modern 800mg po x1  ✓
Toradol 30mg IV x1  ✓

| PHYSICIAN'S SIGNATURE | MD CODE | PICKED UP BY NURSE | DATE | TIME |
|---|---|---|---|---|
| Ben Gifford | HU051 | | 7/9 | 20:40 |

| DATE 7/10/01 | TIME 17:40pm | | | | DONE IN ED |
|---|---|---|---|---|---|

(5 cc. ___ in 1 L H₂O  ✓

| PHYSICIAN'S SIGNATURE | MD CODE | PICKED UP BY NURSE | DATE 7/10 | TIME 12 |
|---|---|---|---|---|

| DATE 7/10/01 | TIME 7:25 AM | | | | DONE IN ED |
|---|---|---|---|---|---|

Ceftriaxone 250 g IM x1  ☐ refused

Azithromycin 1 gram PO x1

| PHYSICIAN'S SIGNATURE | MD CODE HU00 | PICKED UP BY NURSE | DATE 7/10 | TIME |
|---|---|---|---|---|

✓ = Done in Emergency Department

CONFIDENTIAL

GIUFFRE003290

# EXHIBIT 34
# (Filed Under Seal)

| | |
|---|---|
| **To:** | Sharon.Churcher@mailonsunday.co.uk[Sharon.Churcher@mailonsunday.co.uk] |
| **From:** | Jenna |
| **Sent:** | Thur 2/17/2011 9:44:51 PM |
| **Importance:** | Normal |
| **Subject:** | RE: |
| **Received:** | Thur 2/17/2011 9:44:51 PM |

Not a problem but we have to continue    rest of the interview at my house being that the children are not feeling well, you have got th
only document s pertaining to my case. Look forward to seeing you this afternoon . Jenna

-----Original Message-----
From: Sharon.Churcher@mailonsunday.co.uk
Sent: Friday, 18 February 2011 7:25 AM
To: Virginia Giuffre

Hi there
Have been up all night writing. Won't have an opinion from our lawyer on
how much can be published until London wakes up. The lawyers wanted
internal FBI documents but I think the Justice Dept letter is all you have
from the feds??? Anyway can I give you a call early afternoon? Maybe have a
late lunch?
S

_____

This e-mail and any attached files are intended for the named addressee only. It contains information, which may be confidential and
legally privileged and also protected by copyright. Unless you are the named addressee (or authorised to receive for the addressee)
you may not copy or use it, or disclose it to anyone else. If you received it in error please notify the sender immediately and then delet
it from your system. Please be advised that the views and opinions expressed in this e-mail may not reflect the views and opinions of
Associated Newspapers Limited or any of its subsidiary companies. We make every effort to keep our network free from viruses.
However, you do need to check this e-mail and any attachments to it for viruses as we can take no responsibility for any computer vir
which may be transferred by way of this e-mail. Use of this or any other e-mail facility signifies consent to any interception we might
lawfully carry out to prevent abuse of these facilities.
Associated Newspapers Ltd. Registered Office: Northcliffe House, 2 Derry St, Kensington, London, W8 5TT. Registered No 84121
England.

CONFIDENTIAL

GIUFFRE003678

# EXHIBIT 35
# (Filed Under Seal)

**To:**    Sharon.Churcher@mailonsunday.co.uk[Sharon.Churcher@mailonsunday.co.uk]
**From:**    Jenna
**Sent:**    Sun 2/13/2011 4:29:38 AM
**Importance:**    Normal
**Subject:**    RE: Agreements etc
**Received:**    Sun 2/13/2011 4:29:38 AM

Hi Sharon, my address is                        call me back for the directions from gosford and my hubby will lead the wa
from there.

-----Original Message-----
From: Sharon.Churcher@mailonsunday.co.uk
Sent: Saturday, 12 February 2011 2:10 AM
To: Virginia Giuffre
Subject: Agreements etc

Hi there,

Thank you again for your email.

We totally understand your concerns. Please don't worry about anything.
Whatever happens, we are bound by confidentiality unless you consent to an
article in a formal contract signed by you.

Since I will be in the air by the time you wake up, can you email our
Assistant Editor Sian James -- sian.james@mailonsunday.co.uk -- your
lawyer's information please?

Sian will arrange to get him whatever assurances he requires. We really
want to make this work and of course we want to protect you.

We'll be really grateful if your lawyer will provide us his cell phone
number as we'd like to sort this all out asap. Meaning we would like to
talk to him Saturday EST.

I will give you a call from Sydney. Fingers crossed we get over this last
hurdle!

Best regards,
Sharon

_____

This e-mail and any attached files are intended for the named addressee only. It contains information, which may be confidential and
legally privileged and also protected by copyright. Unless you are the named addressee (or authorised to receive for the addressee)
you may not copy or use it, or disclose it to anyone else. If you received it in error please notify the sender immediately and then delet
it from your system. Please be advised that the views and opinions expressed in this e-mail may not reflect the views and opinions of
Associated Newspapers Limited or any of its subsidiary companies. We make every effort to keep our network free from viruses.
However, you do need to check this e-mail and any attachments to it for viruses as we can take no responsibility for any computer vir
which may be transferred by way of this e-mail. Use of this or any other e-mail facility signifies consent to any interception we might
lawfully carry out to prevent abuse of these facilities.
Associated Newspapers Ltd. Registered Office: Northcliffe House, 2 Derry St, Kensington, London, W8 5TT. Registered No 84121
England.

CONFIDENTIAL                                              

# EXHIBIT 36
# (Filed Under Seal)

**To:** Sharon.Churcher@mailonsunday.co.uk[Sharon.Churcher@mailonsunday.co.uk]
**From:** Jenna
**Sent:** Fri 2/25/2011 10:12:25 PM
**Importance:** Normal
**Subject:** RE: Re:
**Received:** Fri 2/25/2011 10:12:25 PM

The flight logs didn't come through properly,could you please resend them? Thanks- Jenna

-----Original Message-----
From: Sharon.Churcher@mailonsunday.co.uk
Sent: Saturday, 26 February 2011 7:56 AM
To: Virginia Giuffre
Subject: Re:

Can u look at the flight logs I just sent and see if any ring a bell re
Virgin Is/Andrew orgy please?
S
X0


|------------>
|From:    |
|------------>
 >------------------------------------------------------------------------------------------------------------------|
███████████████████████                                                                                            |
 >------------------------------------------------------------------------------------------------------------------|
|------------>
|To:      |
|------------>
 >------------------------------------------------------------------------------------------------------------------|
 |Sharon Churcher                                                                                            |
 >------------------------------------------------------------------------------------------------------------------|
|------------>
|Date:    |
|------------>
 >------------------------------------------------------------------------------------------------------------------|
 |25/02/2011 20:54 GMT                                                                                       |
 >------------------------------------------------------------------------------------------------------------------|
|------------>
|Subject:  |
|------------>
 >------------------------------------------------------------------------------------------------------------------|
 |RE:                                                                                 |
 >------------------------------------------------------------------------------------------------------------------|


Hi shazza,
I am hoping it all goes well this a.m, please let me know when you know
something. As far as other publications go, I am happy for your company to
decide as long as I am not made out to be a vixen...you know my
taste...he..he..!
Talk to you soon buddy! =) Jenna

-----Original Message-----
From: Sharon.Churcher@mailonsunday.co.uk
Sent: Saturday, 26 February 2011 6:46 AM
To: Virginia Giuffre

So far it is all looking good. Waiting for a comment from Andrew. Will let
you know as soon as we get it.

Are there any publications to whom you do not want the piece syndicated?
(You get 50 per cent of the proceeds).

CONFIDENTIAL                                                                                      GIUFFRE003731

This e-mail and any attached files are intended for the named addressee
only. It contains information, which may be confidential and legally
privileged and also protected by copyright. Unless you are the named
addressee (or authorised to receive for the addressee) you may not copy or
use it, or disclose it to anyone else. If you received it in error please
notify the sender immediately and then delete it from your system. Please
be advised that the views and opinions expressed in this e-mail may not
reflect the views and opinions of Associated Newspapers Limited or any of
its subsidiary companies. We make every effort to keep our network free
from viruses. However, you do need to check this e-mail and any attachments
to it for viruses as we can take no responsibility for any computer virus
which may be transferred by way of this e-mail. Use of this or any other
e-mail facility signifies consent to any interception we might lawfully
carry out to prevent abuse of these facilities.
Associated Newspapers Ltd. Registered Office: Northcliffe House, 2 Derry
St, Kensington, London, W8 5TT. Registered No 84121 England.

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

This e-mail and any attached files are intended for the named addressee only. It contains information, which may be confidential and
legally privileged and also protected by copyright. Unless you are the named addressee (or authorised to receive for the addressee)
you may not copy or use it, or disclose it to anyone else. If you received it in error please notify the sender immediately and then delete
it from your system. Please be advised that the views and opinions expressed in this e-mail may not reflect the views and opinions of
Associated Newspapers Limited or any of its subsidiary companies. We make every effort to keep our network free from viruses.
However, you do need to check this e-mail and any attachments to it for viruses as we can take no responsibility for any computer virus
which may be transferred by way of this e-mail. Use of this or any other e-mail facility signifies consent to any interception we might
lawfully carry out to prevent abuse of these facilities.
Associated Newspapers Ltd. Registered Office: Northcliffe House, 2 Derry St, Kensington, London, W8 5TT. Registered No 84121
England.

CONFIDENTIAL

# EXHIBIT 37
# (Filed Under Seal)

UNITED STATES DEPARTMENT OF STATE

APPLICATION FOR ☐ PASSPORT ☐ REGISTRATION

(Type or print all capital letters in blue or black ink in white areas only)

**1. NAME (First and Middle)**

V I R G I N I A  L e e

**LAST**

R o b e r t s

112487073

**2. MAIL PASSPORT TO: STREET / RFD # OR P.O. BOX** APT. #

☐ 5 Yr. ☐ 10 Yr. Issue Date JAN 1 2 2001

**CITY** STATE

L o x a h a t c h e e  FL

A  O  O  DP

End # 21 Exp 1-10-02

**ZIP CODE** **COUNTRY / IN CARE OF (if applicable)**

3 3 4 7 0  USA

**3. SEX** **4. PLACE OF BIRTH (City & State or City & Country)** **5. DATE OF BIRTH** **6. SOCIAL SECURITY NUMBER**

☐ M ☑ F  S a c r a m e n t o  C a l i f o r n i a

Personal Information

**7. HEIGHT** **8. HAIR COLOR** **9. EYE COLOR** **10. HOME TELEPHONE** **11. BUSINESS TELEPHONE** **12. OCCUPATION**

Feet 5 Inches 7  Blonde  Blue/Green  (561)  MASSEUSE

**13. PERMANENT ADDRESS (DO NOT LIST P.O. BOX)** STREET/RFD # CITY STATE ZIP CODE

Loxahatchee  FL  33470

**14. FATHER'S FULL NAME** BIRTHPLACE **15. MOTHER'S FULL MAIDEN NAME** BIRTHPLACE

Last Roberts Sky California  Lynn Rodriguez  Cuba

**16. HAVE YOU EVER BEEN MARRIED?** SPOUSE'S OR FORMER SPOUSE'S FULL NAME AT BIRTH BIRTHPLACE BIRTHDATE

☐ Yes ☐ No

DATE OF MOST RECENT MARRIAGE ☐ WIDOWED/DIVORCED? **17. OTHER NAMES YOU HAVE USED**

**18. HAVE YOU EVER BEEN ISSUED A U.S. PASSPORT?** ☐ Yes ☒ No IF YES, COMPLETE NEXT LINE AND SUBMIT PASSPORT, IF AVAILABLE DISPOSITION

NAME IN WHICH ISSUED MOST RECENT PASSPORT NUMBER APPROXIMATE ISSUE DATE Month Day Year

It is necessary to submit an application for a new passport when a previous valid or potentially valid passport cannot be presented. The statement must set forth in detail why the previous passport cannot be presented. Use Form DSP-64.

**19. EMERGENCY CONTACT** - If you wish, you may supply the name, address and telephone number of a person not traveling with you to be contacted in case of emergency.

NAME

**20. TRAVEL PLANS (NOT MANDATORY)**

Departure Date Month / Day / Year 0 1 / 1 3 / 0 1

Return Date 0 1 / 2 1 / 0 1

COUNTRIES TO BE VISITED

London

**21. STOP - DO NOT SIGN APPLICATION UNTIL REQUESTED TO DO SO BY PERSON ADMINISTERING OATH**

I have not, since acquiring United States citizenship, performed any of the acts listed under "Acts or Conditions" on the reverse of this application form (unless explanatory statement is attached). I solemnly swear (or affirm) that the statements made on this application are true and the photograph attached is a true likeness of me.

X _____ X Virginia Roberts

Parent's/Legal Guardian's Signature if identifying minor child Applicant's Signature - age 13 or older

**22. FOR ACCEPTANCE AGENT'S USE**

Subscribed and sworn to /affirmed before me Month Day Year (SEAL)

FOIA: (b)(6)

(Signature of person authorized to accept application)

☐ Clerk of Court, Circuit Court
☐ PASSPORT Agent
☐ Postal Employee
☐ Other Out of USA

**23. APPLICANT'S IDENTIFYING DOCUMENTS**

☑ DRIVER'S LICENSE ISSUE DATE Month Day Year  EXPIRATION DATE Month Day Year  D No.

☐ PASSPORT

☐ OTHER (Specify) PLACE OF ISSUE: ISSUED IN THE NAME OF: Virginia Roberts

**24. FOR ISSUING OFFICE USE ONLY (Applicant's evidence of citizenship)**

☐ Birth Certificate SR CR

☐ Passport Bearer's Name

☐ Report of Birth

☐ Naturalization/Citizenship Cert. No.

☐ Other

☐ Seen & Returned

☐ Attached

25.

FOIA: (b)(6)

FEB EXEC EF OTHER

Page 1

FORM DSP-11 (12-97) (SEE INSTRUCTIONS ON PAGE 2) Form Approved OMB No. 1405-0004 (Exp. 5/31/2001) Estimated Burden - 20 Minutes

GIUFFRE004721

# EXHIBIT 38
# (Filed Under Seal)

## CASE HISTORY/ASSESSMENT PLAN

NAME: Vicginia Guiffre _____ DATE: 6.9.11

ADDRESS: ███████████

Glenning Valley

PHONE NUMBERS:

(H)_____ (W)_____ (M ███████████

AGE: 28 DOB: ██████ RIVATE HEALTH INS. _____

## FAMILY BACKGROUND/HISTORY

SINGLE (Not in a relationship)_____

SINGLE (In a relationship) - NAME_____ AGE_____

How long _____ Description of partner _____

_____

DE FACTO RELATIONSHIP - NAME_____ AGE_____

How long_____ Description of partner _____

_____

CHILDREN OF RELATIONSHIP:

SONS _____

DAUGHTERS:_____

MARRIED: Name Robert _____ AGE: 40

How long 9y Description of spouse _____

Description of shared relationship: _____ Good p

CHILDREN:

SONS:-- ███████████

DAUGHTERS:-- ███████████

## PREVIOUS MARRIAGES/SIGNIFICANT RELATIONSHIPS

1. NAME_____ HOW LONG _____

Reason relationship finished _____

CHILDREN:-- _____

_____

REFERRAL SOURCE Private C. Robert)

_____

GIUFFRE005433
CONFIDENTIAL

## FAMILY HISTORY:

MOTHER: AGE _51_ HEALTH _____

MARITAL STATUS: MARRIED: SEPARATED (DIVORCED) REMARRIED: _____ *when v was 30*

*Jean - goodman*

New partner: _____

*Foster, car wise*

Relationship with Mother: Self: _____

DESCRIPTION OF MOTHER: CARING/LOVING ----- NURTURING ------ POSITIVE ---------

SUPPORTIVE ---- SENSITIVE ---- DOMINANT ----- NEGATIVE ---- CONTROLLING ----

MANIPULATIVE ---- DEPENDENT ---- SUBSTANCE ABUSE ------------

*felt abandoned*

ENVIRONMENTAL /GENERATIONAL FACTORS: ------------

*Alcoholic*

DESCRIPTION OF RELATIONSHIP: ------------

CLOSE ---- VERY CLOSE ---- STRAINED ---- (DISTANT ----NON EXISTENT ---)----

FATHER: AGE _52_ HEALTH ------------

MARITAL STATUS: MARRIED ---- SEPARATED ---- DIVORCED ---- REMARRIED--------

NEW PARTNER ------------

RELATIONSHIP WITH SELF ------------

DESCRIPTION OF FATHER: CARING----LOVING----NURTURING----POSITIVE--------

SUPPORTIVE-----SENSITIVE----DOMINANT----NEGATIVE----CONTROLLING--------

MANIPULATIVE----DEPENDENT----SUBSTANCE ABUSE-------------

ENVIRONMENTAL/GENERATIONAL FACTORS: ------------

DESCRIPTION OF RELATIONSHIP: CLOSE----VERY CLOSE----STRAINED------------

DISTANT----NON EXISTENT----

SIBLINGS – BIOLOGICAL/STEP/BLENDED

*Mothers 1st marriage*

*USA* BROTHERS *Durant*          SISTERS

_à 33 Danny_          _____

*USA* _33 Steve v close_          _____

Single /Married/de facto/Separated/Divorced/Children

RELATIONSHIP: VERY CLOSE ---- CLOSE ------DISTANT----NON EXISTENT----------

DESCRIPTION OF FAMILY RELATIONSHIP: VERY CLOSE ------CLOSE --------DISTANT---

GIUFFRE005434
CONFIDENTIAL

**CHILDHOOD/ADOLESCENT HISTORY**

Major illnesses/operations _____Kidney problems_____

DESCRIPTION OF SELF AS A CHILD: BRIGHT-----HAPPY-----OUTGOING----LEADER---

COMPLIANT----LONER----UNHAPPY----HIGH ACHIEVER----TROUBLED----------

DESCRIPTION OF SELF AS A TEENAGER: BRIGHT-----HAPPY----OUTGOING----LEADER---

COMPLIANT----LONER-----UNHAPPY-----HIGH ACHIEVER----TROUBLED----------

RELATIONSHIP WITH PEERS/TEACHERS ---------------------------

**EDUCATIONAL HISTORY**

School leaving year _____     HSC _____

Tertiary studies/University (      )

     Studied ...............................AT ...............................

     Timespan ..............................................

<u>EMPLOYMENT HISTORY</u>

Present position _____

Company _____     Length of time _____

Plans for the future _____

PREVIOUS POSITIONS------------------------------

**MEDICAL & PSYCHOLOGICAL HISTORY (ADULT)**

Significant illnesses/operations/treatment _____Shingles Polycystic Ovaries_____

PRESENT GENERAL HEALTH _____Good_____

MEDICATION _____

Substance abuse: Alcohol _occas._ Nicotine _____ Other drug taking _Marijuana 16 + xcess_

PREGNANCY HISTORY: Number of pregnancies _3_

                    Miscarriages _ectopic_          _13-15 estranged_

                    Terminations _____
                    (Effect/ reasonable/ bad/still affected by decision)

ANXIETIES/CONCERNS/FEARS _____

① Flashbacks ② Anxiety + safety (from back) conf/panicky
10/10

GIUFFRE005435
CONFIDENTIAL

PHOBIAS _____

DESCRIPTION OF PRESENT PROBLEM _____

TIME OF ONSET/SYMPTOMS _____

SLEEP PATTERNS:   Good/falls asleep easily/ reasonable/poor/difficulty staying asleep/

                 Awakens through night/ unable to go back to sleep

       AWAKENS FEELING: Good/tired/down/ Morning person/ Night person

Awareness of mental disorder in family unit/origin _____

MEMORY:   Good/reasonable/poor –

SUICIDAL THOUGHTS: Thoughts only/serious/contemplation

                Attempts and manner _____

                Intervention _____
EPILEPSY - YES/NO

RELAXATION/INTERESTS (Hobbies recreational interests)

Walking/cooking/theatre/music/cinema/sport/bush walking/craft/woodwork _____

Shared with partner _____

Philosophy/belief system: _God_

Purpose/meaning of life: _____ _To be the best - do no harm_ ◯

(C.ess.,/ Roles/int.ext./Aut.Ind./Cen/Bal./Exsp./Exp./Resp.self/Ks.-non-j-c./w.dem.exp./fgv..uncnd./
diminished in .............. reclaiming in ..........................................................................

Acknowledged – validation – recognition - ----ws. – not – slf.)

HYPNOSIS SUGGESTED ..................Explanation/description of Hypnosis/Pamphlet ...........

HYPNOTIC FORMAT: ......Relaxation response/counting 1-20/Ideomotor/eye catalepsy/

HOW RECEPTIVE 1 2 3 4 5 6 7 8 9 10      APPROPRIATE FOR FUTURE WORK ———

TREATMENT  PLAN/FOCUS: _____

    _Mindfulness - based CBT strategies for PTSD_

    _Reframing of very damaged cognitions forming_

    _past_

    _- Remarkable young woman — supportive therapy_

    _needed_

GIUFFRE005436
CONFIDENTIAL



DATE:          PROGRESS:

Many issues from past — to take segments
piece by piece — extraordinary
girl. At 13 a runaway — raped
by an older man (escort agency).
Police involved.

Parents then sent her to California — raised
in Florida by an Aunt — left Aunt was sent
back to Florida (group facility home)
A Limo picked her up (Ron Springer) — escort
was 'paraded' around by him — he went
to jail.

Returned to parents & school. At 15 worked
as a locker room assistant/helped in massage
area/house maid/receptional.
Decided to be a massage therapist — went to
Library to research Anatomy + was approached
by Miss Ghislaine Maxwell who said she could.
help her get a job as a massage therapist.
Virginia's father worked in maintenance at the resort.
was offered an interview (father went as well)
Seemed respectable. 1st impression good. 1st thing
went upstairs & was shown how to massage
etc. (Jeoff Epstein) Told to undress
& perform sexual acts on person. Miss
Maxwell promised her $200 a job (preyed
upon) told 'that's what life is all about' —
they were rich & powerful + V. was promised
a full massage certificate (later) to be
sent away for training? place.
Had training - sexually on how to please
- a man etc. Still lived with parents until

6 A

DATE:                    PROGRESS:

Put in an apartment in New York
thrilled — used — at 19 U. wanted
to become qualified & was sent to Thailand
a cheap train & course in Massage

Met Robert in Thailand who offered to marry
her & raise her traile to Australia where
he lived ..

More sessions required re PTSD

GIUFFRE005438
CONFIDENTIAL

# EXHIBIT 39
# (Filed Under Seal)

```
------------------------------------------------------------------------
Date:  7/25/06          PALM BEACH POLICE DEPARTMENT        Page:      1
Time:  8:47:53                . Incident Report          Program: CMS3011
------------------------------------------------------------------------

Case No. . . . : 1-05-000368
SPECIAL NOTES  : DO NOT RELEASE      Occur From Date: 1/27/05 0000
Occur To Date  : 1/27/05 0000        Report Date  . : 3/14/05 1600
Day Of Week  . : Thursday
Common/Location: 358 EL BRILLO WY
City . . . . . : PALM BEACH, FL
Location Type  : RESIDENCE-SINGLE FAMILY
Beat Assignment: DETECTIVE BUREAU    Map Reference  : 10
Dept Class . . : SEXUAL BATTERY      Report Officer : PAGAN, MICHELE
Case Status  . : OPEN / ACTIVE       Case Status Dt : 3/14/05
Supervisory Dt.: TRYLCH, JEFFREY  3/14/05
Entry Date . . : OREGERO, LAURA  4/06/05
Names? . . . . :                     Property?  . . :
Vehicles?  . . :                     Offenses?  . . :
Narrative? . . :                     Related Cases? :

********* V E H I C L E   I N F O R M A T I O N   #   1 *******************
Case number  . : 1-05-000368         Category . . . :
State Veh Type :                     Year . . . . . : 0
Make . . . . . :                     Model  . . . . :
Model Name . . :                     Permit Number  :
Style  . . . . :                     Color - Top  . :
Color - Bottom :                     License #  . . :
VIN  . . . . . :                     Stolen value . : 0
Disposition  . :                     Insured  . . . :
Insured by . . :                     Keys in car  . :
Vehicle locked :                     Lein holder  . :
Date recovered : 0/00/00             Recovery value : 0
Street number  :
City . . . . . :
Recovery code  :                     NCIC number  . :
Be On Look Out?:

********* P E R S O N   R E P O R T I N G   I N F O - # 1 *********
Case Number  . : 1-05-000368         Last Name  . . : ███████
Street Number  : ████████████████
City . . . . . : ████████████
Birth Date/Age : ████████████        Employer?  . . :
Occupation . . :                     Oper Lic No. . : ███████
Home Phone No. : ████████            Race . . . . . : White
Sex  . . . . . : Female              Height . . . . : 0
Weight . . . . : 0                   Other Phone Nbr:

************** S U S P E C T / A R R E S T E E   I N F O R M A T I O N - # 1 **
Case Number  . : 1-05-000368         Prompt valid in: ROBSON, HALEY
Street Number  :
City . . . . . : ROYAL PALM BEACH, FL 334121460
Birth Date . . : ██████████          Maximum Age  . : 18
Employer?  . . :                     Occupation . . :
Oper Lic No. . : ██████████          Home Phone No. :
Other Phone Nbr:                     Race . . . . . : White
Sex  . . . . . : Female              Minimum Height : 0
Minimum Weight : 0                   Maximum Height : 0
```

GIUFFRE005614
CONFIDENTIAL

```
.te:   7/25/06          PALM BEACH POLICE DEPARTMENT        Page:        2
.ime:  8:47:53               Incident Report           Program: CMS301L
```

```
Case No. . . . : 1-05-000368                         (Continued)
Maximum Weight : 0              Misc. ID#  . . :
Aliases? . . . :               MO/Crime Spec? :
Hair Color . . :               Hair Length  . :
Hair Style . . :               Eye Color  . . :
Glasses  . . . :               Complexion . . :
Facial Hair  . :               Build  . . . . :
Teeth  . . . . :               Speech . . . . :
Hat  . . . . . :               Coat . . . . . :
Shirt  . . . . :               Pants  . . . . :
Shoes  . . . . :               Body Marks #1  :
Body Marks #2  :               Body Marks #3  :
Body Marks #4  :               Status . . . . : STILL SUSPECT
Arrest Case No.:               Additional UCR?:
```

```
************** S U S P E C T / A R R E S T E E   I N F O R M A T I O N -  # 2 **
Case Number  . : 1-05-000368    Prompt valid in: KELLEN, SARAH LYNNELLE
Street Number  : 358 EL BRILLO WY
City . . . . . : PALM BEACH, FL 000033480
Birth Date . . :                Maximum Age  . : 25
Employer? . . . :               Occupation . . : PERSONAL ASST/EPSTEIN
Oper Lic No. . :                Home Phone No. : 561/000-0000
Other Phone Nbr: 561/000-0000   Race . . . . . : White
Sex  . . . . . : Female         Minimum Height : 0
Minimum Weight : 0              Maximum Height : 0
Maximum Weight : 0              Misc. ID#  . . :
Aliases? . . . :               MO/Crime Spec? :
Hair Color . . :               Hair Length  . :
Hair Style . . :               Eye Color  . . :
Glasses  . . . :               Complexion . . :
Facial Hair  . :               Build  . . . . :
Teeth  . . . . :               Speech . . . . :
Hat  . . . . . :               Coat . . . . . :
Shirt  . . . . :               Pants  . . . . :
Shoes  . . . . :               Body Marks #1  :
Body Marks #2  :               Body Marks #3  :
Body Marks #4  :               Status . . . . : STILL SUSPECT
Arrest Case No.:               Additional UCR?:
```

```
************** S U S P E C T / A R R E S T E E   I N F O R M A T I O N -  # 3 **
Case Number  . : 1-05-000368    Prompt valid in: EPSTEIN, JEFFREY
Street Number  : 358 EL BRILLO WY
City . . . . . : PALM BEACH, FL 000033480
Birth Date . . :                Maximum Age  . : 52
Employer? . . . :               Occupation . . :
Oper Lic No. . :                Home Phone No. :
Other Phone Nbr:                Race . . . . . : White
Sex  . . . . . : Male           Minimum Height : 0
Minimum Weight : 0              Maximum Height : 0
Maximum Weight : 0              Misc. ID#  . . :
Aliases? . . . :               MO/Crime Spec? :
Hair Color . . :               Hair Length  . :
Hair Style . . :               Eye Color  . . :
```

GIUFFRE005615
CONFIDENTIAL

```
Date:   7/25/06            PALM BEACH POLICE DEPARTMENT          Page:      3
Time:   8:47:53                 Incident Report               Program: CMS301L
```

```
Case No. . . . : 1-05-000368                          (Continued)
Glasses  . . . . :              Complexion . . :
Facial Hair  . :                Build  . . . . :
Teeth . . . . . :               Speech . . . . :
Hat  . . . . . :                Coat . . . . . :
Shirt  . . . . :                Pants  . . . . :
Shoes  . . . . :                Body Marks #1  :
Body Marks #2  :                Body Marks #3  :
Body Marks #4  :                Status . . . . : STILL SUSPECT
Arrest Case No.:                Additional UCR?:
```

```
************** V I C T I M     I N F O R M A T I O N - # 1 *******************
Case Number  . : 1-05-000368
Prompt valid in:
Street Number  :
City . . . . . :
Birth Date/Age :              14    Employer?  . . :
Occupation . . : STUDENT            Oper Lic No. . :
Home Phone No. :                    Race . . . . . : White
Sex  . . . . . : Female             Height . . . . : 0
Weight . . . . : 0                  Misc. ID#  . . :
Be On Look Out?:                    Other Phone Nbr:
Victim Type  . : JUVENILE           Residency Type :
Residency Sts  :                    File Charges . :
Can Identify . :                    Victim Sobriety:
Injury Extent  :                    Injury Type 1  :
Injury Type 2  :                    Hospital ID  . :
Med Treatment  :                    Phys First Name:
Phys Last Name :
```

```
************** V I C T I M     I N F O R M A T I O N - # 2 *******************
Case Number  . : 1-05-000368        Prompt valid in:
Street Number  :
City . . . . . : PALM BEACH, FL 000033480
Birth Date/Age :              18    Employer?  . . :
Occupation . . :                    Oper Lic No. . :
Home Phone No. : 561/000-0000       Race . . . . . : White
Sex  . . . . . : Female             Height . . . . : 0
Weight . . . . : 0                  Misc. ID#  . . :
Be On Look Out?:                    Other Phone Nbr: 561/000-0000
Victim Type  . : ADULT              Residency Type :
Residency Sts  :                    File Charges . :
Can Identify . :                    Victim Sobriety:
Injury Extent  :                    Injury Type 1  :
Injury Type 2  :                    Hospital ID  . :
Med Treatment  :                    Phys First Name:
Phys Last Name :
```

```
************** V I C T I M     I N F O R M A T I O N - # 3 *******************
Case Number  . : 1-05-000368        Prompt valid in:
Street Number  :
City . . . . . : PALM BEACH, FL 000033480
Birth Date/Age :              16    Employer?  . . :
```

GIUFFRE005616
CONFIDENTIAL

```
----------------------------------------------------------------------
Date:   7/25/06          PALM BEACH POLICE DEPARTMENT      Page:        4
Time:   8:47:53              Incident Report           Program: CMS301L
----------------------------------------------------------------------
```

```
Case No. . . . : 1-05-000368                      (Continued)
Occupation . . :               Oper Lic No. . :
Home Phone No. : 561/000-0000  Race . . . . . : White
Sex  . . . . . : Female        Height . . . . : 0
Weight . . . . : 0             Misc. ID# . . . :
Be On Look Out?:               Other Phone Nbr: 561/000-0000
Victim Type  . : JUVENILE      Residency Type :
Residency Sts  :               File Charges . :
Can Identify . :               Victim Sobriety:
Injury Extent  :               Injury Type 1  :
Injury Type 2  :               Hospital ID  . :
Med Treatment  :               Phys First Name:
Phys Last Name :  .
```

```
************** V I C T I M    I N F O R M A T I O N - # 4 ********************
Case Number  . : 1-05-000368   Prompt valid in: ██████████████████
Street Number  :
City . . . . . : PALM BEACH, FL 000033480
Birth Date/Age : ███████ 17    Employer?  . . :
Occupation . . :               Oper Lic No. . :
Home Phone No. : 561/000-0000  Race . . . . . : White
Sex  . . . . . : Female        Height . . . . : 0
Weight . . . . : 0             Misc. ID# . . . :
Be On Look Out?:               Other Phone Nbr: 561/000-0000
Victim Type  . : JUVENILE      Residency Type :
Residency Sts  :               File Charges . :
Can Identify . :               Victim Sobriety:
Injury Extent  :               Injury Type 1  :
Injury Type 2  :               Hospital ID  . :
Med Treatment  :               Phys First Name:
Phys Last Name :
```

```
************** V I C T I M    I N F O R M A T I O N - # 5 ********************
Case Number  . : 1-05-000368   Prompt valid in: ██████████████████
Street Number  :
City . . . . . : PALM BEACH, FL 000033480
Birth Date/Age : ██████████ 18 Employer?  . . :
Occupation . . :               Oper Lic No. . :
Home Phone No. : 561/000-0000  Race . . . . . : White
Sex  . . . . . : Female        Height . . . . : 0
Weight . . . . : 0             Misc. ID# . . . :
Be On Look Out?:               Other Phone Nbr: 561/000-0000
Victim Type  . : ADULT         Residency Type :
Residency Sts  :               File Charges . :
Can Identify . :               Victim Sobriety:
Injury Extent  :               Injury Type 1  :
Injury Type 2  :               Hospital ID  . :
Med Treatment  :               Phys First Name:
Phys Last Name :
```

```
************** V I C T I M    I N F O R M A T I O N - # 6 ********************
Case Number  . : 1-05-000368
Prompt valid in: ████████████████████████
```

GIUFFRE005617
CONFIDENTIAL

```
-----------------------------------------------------------------------
Date:   7/25/06              PALM BEACH POLICE DEPARTMENT         Page:         5
Time:   8:47:53                   Incident Report               Program: CMS301L
-----------------------------------------------------------------------
Case No. . . . : 1-05-000368                            (Continued)
Street Number  :
City . . . . . : PALM BEACH, FL 000033480
Birth Date/Age :              16        Employer?  . . :
Occupation . . :                        Oper Lic No. . :
Home Phone No. : 561/000-0000           Race . . . . . : White
Sex  . . . . . : Female                 Height . . . . : 0
Weight . : . : : 0                      Misc. ID#  . . :
Be On Look Out?:                        Other Phone Nbr: 561/000-0000
Victim Type  . : JUVENILE               Residency Type :
Residency Sts  :                        File Charges . :
Can Identify . :                        Victim Sobriety:
Injury Extent  :                        Injury Type 1  :
Injury Type 2  :                        Hospital ID  . :
Med Treatment  :                        Phys First Name:
Phys Last Name :

************** V I C T I M     I N F O R M A T I O N - # 7 ********************
Case Number  . : 1-05-000368            Prompt valid in:
Street Number  :
City . . . . . : PALM BEACH, FL 000033480
Birth Date/Age :              17        Employer?  . . :
Occupation . . :                        Oper Lic No. . :
Home Phone No. : 561/000-0000           Race . . . . . : White
Sex  . . . . . : Female                 Height . . . . : 0
Weight . . . . : 0                      Misc. ID#  . . :
Be On Look Out?:                        Other Phone Nbr: 561/000-0000
Victim Type  . : JUVENILE               Residency Type :
Residency Sts  :                        File Charges . :
Can Identify . :                        Victim Sobriety:
Injury Extent  :                        Injury Type 1  :
Injury Type 2  :                        Hospital ID  . :
Med Treatment  :                        Phys First Name:
Phys Last Name :

************** V I C T I M     I N F O R M A T I O N - # 8 ********************
Case Number  . : 1-05-000368            Prompt valid in:
Street Number  :
City . . . . . : PALM BEACH, FL 000033480
Birth Date/Age :              16        Employer?  . . :
Occupation . . :                        Oper Lic No. . :
Home Phone No. : 561/000-0000           Race . . . . . : White
Sex  . . . . . : Female                 Height . . . . : 0
Weight . . . . : 0                      Misc. ID#  . . :
Be On Look Out?:                        Other Phone Nbr: 561/000-0000
Victim Type  . : JUVENILE               Residency Type :
Residency Sts  :                        File Charges . :
Can Identify . :                        Victim Sobriety:
Injury Extent  :                        Injury Type 1  :
Injury Type 2  :                        Hospital ID  . :
Med Treatment  :                        Phys First Name:
Phys Last Name :

************** V I C T I M     I N F O R M A T I O N - # 9 ********************
```

GIUFFRE005618
CONFIDENTIAL

```
------------------------------------------------------------------
Date:  7/25/06          PALM BEACH POLICE DEPARTMENT      Page:      6
Time:  8:47:53              Incident Report            Program: CMS301L
------------------------------------------------------------------
```

```
Case No. . . . : 1-05-000368                           (Continued)
Case Number  . : 1-05-000368        Prompt valid in:  ███████████
Street Number  :
City . . . . . : PALM BEACH, FL 000033480
Birth Date/Age : ██████████17       Employer?  . . :
Occupation . . :                    Oper Lic No. . :
Home Phone No. : 561/000-0000       Race . . . . . : White
Sex  . . . . . : Female             Height . . . . : 0
Weight . . . . : 0                  Misc. ID#  . . :
Be On Look Out?:                    Other Phone Nbr: 561/000-0000
Victim Type  . : JUVENILE           Residency Type :
Residency Sts  :                    File Charges . :
Can Identify . :                    Victim Sobriety:
Injury Extent  :                    Injury Type 1  :
Injury Type 2  :                    Hospital ID  . :
Med Treatment  :                    Phys First Name:
Phys Last Name :
```

```
************** V I C T I M    I N F O R M A T I O N - # 10 ******************
Case Number  . : 1-05-000368
Prompt valid in:████████████████████
Street Number  :
City . . . . . : PALM BEACH, FL 000033480
Birth Date/Age : ██████████17       Employer?  . . :
Occupation . . :                    Oper Lic No. . :
Home Phone No. : 561/000-0000       Race . . . . . : White
Sex  . . . . . : Female             Height . . . . : 0
Weight . . . . : 0                  Misc. ID#  . . :
Be On Look Out?:                    Other Phone Nbr: 561/000-0000
Victim Type  . : JUVENILE           Residency Type :
Residency Sts  :                    File Charges . :
Can Identify . :                    Victim Sobriety:
Injury Extent  :                    Injury Type 1  :
Injury Type 2  :                    Hospital ID  . :
Med Treatment  :                    Phys First Name:
Phys Last Name :
```

```
************** V I C T I M    I N F O R M A T I O N - # 11 ******************
Case Number  . : 1-05-000368        Prompt valid in: ██████████████
Street Number  :
City . . . . . : PALM BEACH, FL 000033480
Birth Date/Age : ██████████18       Employer?  . . :
Occupation . . :                    Oper Lic No. . :
Home Phone No. : 561/000-0000       Race . . . . . : White
Sex  . . . . . : Female             Height . . . . : 0
Weight . . . . : 0                  Misc. ID#  . . :
Be On Look Out?:                    Other Phone Nbr: 561/000-0000
Victim Type  . : ADULT              Residency Type :
Residency Sts  :                    File Charges . :
Can Identify . :                    Victim Sobriety:
Injury Extent  :                    Injury Type 1  :
Injury Type 2  :                    Hospital ID  . :
Med Treatment  :                    Phys First Name:
```

GIUFFRE005619
CONFIDENTIAL

```
---------------------------------------------------------------------
Date:   7/25/06              PALM BEACH POLICE DEPARTMENT        Page:        7
Time:   8:47:53                  Incident Report              Program: CMS301L
---------------------------------------------------------------------

Case No. . . . :1-05-000368                          (Continued)
Phys Last Name :

************** V I C T I M     I N F O R M A T I O N - # 12 ******************
Case Number  . : 1-05-000368              Prompt valid in: ███████████████
Street Number  :
City . . . . . : PALM BEACH, FL 000033480
Birth Date/Age : ████████████ 18         Employer?  . . :
Occupation . . :                          Oper Lic No. . :
Home Phone No. : 561/000-0000             Race . . . . . : White
Sex  . . . . . : Female                   Height . . . . : 0
Weight . . . . : 0                        Misc. ID#  . . :
Be On Look Out?:                          Other Phone Nbr: 561/000-0000
Victim Type  . : ADULT                    Residency Type :
Residency Sts  :                          File Charges . :
Can Identify . :                          Victim Sobriety:
Injury Extent  :                          Injury Type 1  :
Injury Type 2  :                          Hospital ID  . :
Med Treatment  :                          Phys First Name:
Phys Last Name :

************** V I C T I M     I N F O R M A T I O N - # 13 ******************
Case Number  . : 1-05-000368              Prompt valid in: ███████████████
Street Number  :
City . . . . . : PALM BEACH, FL 000033480
Birth Date/Age : ████████████ 16         Employer?  . . :
Occupation . . :                          Oper Lic No. . :
Home Phone No. : 561/000-0000             Race . . . . . : White
Sex  . . . . . : Female                   Height . . . . : 0
Weight . . . . : 0                        Misc. ID#  . . :
Be On Look Out?:                          Other Phone Nbr: 561/000-0000
Victim Type  . : JUVENILE                 Residency Type :
Residency Sts  :                          File Charges . :
Can Identify . :                          Victim Sobriety:
Injury Extent  :                          Injury Type 1  :
Injury Type 2  :                          Hospital ID  . :
Med Treatment  :                          Phys First Name:
Phys Last Name :

************** V I C T I M     I N F O R M A T I O N - # 14 ******************
Case Number  . : 1-05-000368              Prompt valid in: ███████████████
Street Number  :
City . . . . . : PALM BEACH, FL 000033480
Birth Date/Age : ████████████ 16         Employer?  . . :
Occupation . . :                          Oper Lic No. . :
Home Phone No. : 561/000-0000             Race . . . . . : White
Sex  . . . . . : Female                   Height . . . . : 0
Weight . . . . : 0                        Misc. ID#  . . :
Be On Look Out?:                          Other Phone Nbr: 561/000-0000
Victim Type  . : JUVENILE                 Residency Type :
Residency Sts  :                          File Charges . :
Can Identify . :                          Victim Sobriety:
Injury Extent  :                          Injury Type 1  :
```

GIUFFRE005620
CONFIDENTIAL

```
--------------------------------------------------------------------------
Date:  7/25/06           PALM BEACH POLICE DEPARTMENT          Page:     8
Time:  8:47:53                 Incident Report           Program: CMS301L
--------------------------------------------------------------------------

Case No. . . . : 1-05-000368                        (Continued)
Injury Type 2  :                   Hospital ID  . :
Med Treatment  :                   Phys First Name:
Phys Last Name :

************** V I C T I M    I N F O R M A T I O N  - # 15 ******************
Case Number  . : 1-05-000368       Prompt valid in: ████████████████
Street Number  :
City . . . . . : PALM BEACH, FL 000033480
Birth Date/Age : ███████████ 19    Employer?  . . :
Occupation . . :                   Oper Lic No. . :
Home Phone No. : 561/000-0000      Race . . . . . : White
Sex  . . . . . : Female            Height . . . . : 0
Weight . . . . : 0                 Misc. ID#  . . :
Be On Look Out?:                   Other Phone Nbr: 561/000-0000
Victim Type  . : ADULT             Residency Type :
Residency Sts  :                   File Charges . :
Can Identify . :                   Victim Sobriety:
Injury Extent  :                   Injury Type 1  :
Injury Type 2  :                   Hospital ID  . :
Med Treatment  :                   Phys First Name:
Phys Last Name :

************** V I C T I M    I N F O R M A T I O N  - # 16 ******************
Case Number  . : 1-05-000368       Prompt valid in: ████████████████
Street Number  :
City . . . . . : PALM BEACH, FL 000033480
Birth Date/Age : ███████████ 17    Employer?  . . :
Occupation . . :                   Oper Lic No. . :
Home Phone No. : 561/000-0000      Race . . . . . : White
Sex  . . . . . : Female            Height . . . . : 0
Weight . . . . : 0                 Misc. ID#  . . :
Be On Look Out?:                   Other Phone Nbr: 561/000-0000
Victim Type  . : JUVENILE          Residency Type :
Residency Sts  :                   File Charges . :
Can Identify . :                   Victim Sobriety:
Injury Extent  :                   Injury Type 1  :
Injury Type 2  :                   Hospital ID  . :
Med Treatment  :                   Phys First Name:
Phys Last Name :

************** V I C T I M    I N F O R M A T I O N  - # 17 ******************
Case Number  . : 1-05-000368       Prompt valid in: ████████████████
Street Number  :
City . . . . . : PALM BEACH, FL 000033480
Birth Date/Age : ███████████ 16    Employer?  . . :
Occupation . . :                   Oper Lic No. . :
Home Phone No. : 561/000-0000      Race . . . . . : White
Sex  . . . . . : Female            Height . . . . : 0
Weight . . . . : 0                 Misc. ID#  . . :
Be On Look Out?:                   Other Phone Nbr: 561/000-0000
Victim Type  . : JUVENILE          Residency Type :
Residency Sts  :                   File Charges . :
```

GIUFFRE005621
CONFIDENTIAL

```
--------------------------------------------------------------------
Date:   7/25/06          PALM BEACH POLICE DEPARTMENT        Page:      9
Time:   8:47:53                 Incident Report          Program: CMS301L
--------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)
Can Identify . :                    Victim Sobriety:
Injury Extent  :                    Injury Type 1  :
Injury Type 2  :                    Hospital ID  . :
Med Treatment  :                    Phys First Name:
Phys Last Name :

********* O T H E R      P E R S O N      I N F O R M A T I O N - # 1 *********
Case Number  . : 1-05-000368        Last Name  . . : ▮▮▮▮▮▮▮▮▮
Street Number  :                    
City . . . . . : WEST PALM BEACH, FL 33411
Birth Date/Age : ▮▮▮▮▮▮▮▮ 14        Employer?  . . :
Occupation . . : STUDENT            Oper Lic No. . :
Home Phone No. : ▮▮▮▮▮▮▮▮           Race . . . . . : White
Sex . . . . . : Female              Height . . . . : 0
Weight . . . . : 0                  Person Type  . : OTHER PERSON
Other Phone Nbr:

********* O T H E R      P E R S O N      I N F O R M A T I O N - # 2 *********
Case Number  . : 1-05-000368        Last Name  . . : MARCINKOVA, NADA
Street Number  : 358 EL BRILLO WY
City . . . . . : PALM BEACH, FL 000033480
Birth Date/Age : ▮▮▮▮▮▮▮▮ 19        Employer?  . . :
Occupation . . :                    Oper Lic No. . : ▮▮▮▮▮▮▮▮▮▮
Home Phone No. :                    Race . . . . . : White
Sex . . . . . : Female              Height . . . . : 510
Weight . . . . : 0                  Person Type  . : OTHER PERSON
Other Phone Nbr:

********* O T H E R      P E R S O N      I N F O R M A T I O N - # 3 *********
Case Number  . : 1-05-000368        Last Name  . . : ▮▮▮▮▮▮▮▮
Street Number  : ▮▮▮▮▮▮▮▮
City . . . . . : ROYAL PALM BEACH, FL 33411
Birth Date/Age : ▮▮▮▮▮▮▮▮ 35        Employer?  . . :
Occupation . . :                    Oper Lic No. . :
Home Phone No. : ▮▮▮▮▮▮▮▮           Race . . . . . : White
Sex . . . . . : Female              Height . . . . : 0
Weight . . . . : 0                  Person Type  . : OTHER PERSON
Other Phone Nbr: ▮▮▮▮▮▮▮▮

********* O T H E R      P E R S O N      I N F O R M A T I O N - # 4 *********
Case Number  . : 1-05-000368        Last Name  . . : ▮▮▮▮▮▮▮▮
Street Number  : ▮▮▮▮▮▮▮▮▮▮▮
City . . . . . : ▮▮▮▮▮▮▮▮▮▮
Birth Date/Age : ▮▮▮▮▮▮▮▮ 37        Employer?  . . :
Occupation . . : PAINTER            Oper Lic No. . :
Home Phone No. : ▮▮▮▮▮▮▮▮           Race . . . . . : White
Sex . . . . . : Male                Height . . . . : 0
Weight . . . . : 0                  Person Type  . : OTHER PERSON
Other Phone Nbr:

********* O T H E R      P E R S O N      I N F O R M A T I O N - # 5 *********
Case Number  . : 1-05-000368        Last Name  . . : ▮▮▮▮▮▮▮▮

GIUFFRE005622
CONFIDENTIAL

```
-----------------------------------------------------------------------
Date:   7/25/06        PALM BEACH POLICE DEPARTMENT         Page:     10
Time:   8:47:53             Incident Report          Program: CMS301L
-----------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                        (Continued)
Street Number  :
City . . . . . :
Birth Date/Age : 0/00/0000 0          Employer? . . :
Occupation . . : FAMILY THERAPIST     Oper Lic No. . :
Home Phone No. : 561/000-0000         Race . . . . . : White
Sex . . . . . . : Female              Height . . . . : 0
Weight . . . . : 0                    Person Type  . : OTHER PERSON
Other Phone Nbr: 561/000-0000

                    ***EMPLOYER INFORMATION***
Case Number  . : 1-05-000368
Employer Name  : PBC DIVISON OF YOUTH AFFAIRS
Address  . . . : 4200 N AUSTRALIAN AV
City/State/Zip : WEST PALM BEACH, FL 33407
Phone Number . : 561/840-4540

******** O T H E R    P E R S O N     I N F O R M A T I O N - # 6 *********
Case Number  . : 1-05-000368          Last Name  . . : ███████
Street Number  : ███████
City . . . . . : WELLINGTON, FL 33414
Birth Date/Age : ███████ 16           Employer? . . :
Occupation . . : STUDENT              Oper Lic No. . :
Home Phone No. : ███████              Race . . . . . : White
Sex . . . . . . : Male                Height . . . . : 0
Weight . . . . : 0                    Person Type  . : OTHER PERSON
Other Phone Nbr:

                    ***EMPLOYER INFORMATION***
Case Number  . : 1-05-000368          Employer Name  : SUMMIT CHRISTIAN SCHOOL
Address  . . . : 4900 SUMMIT BV
City/State/Zip : WEST PALM BEACH, FL 33415
Phone Number . :

******** O T H E R    P E R S O N     I N F O R M A T I O N - # 7 *********
Case Number  . : 1-05-000368          Last Name  . . : ███████
Street Number  : ███████
City . . . . . : ███████
Birth Date/Age : 0/00/0000 0          Employer? . . :
Occupation . . :                      Oper Lic No. . :
Home Phone No. : ███████              Race . . . . . : White
Sex . . . . . . : Male                Height . . . . : 0
Weight . . . . : 0                    Person Type  . : OTHER PERSON
Other Phone Nbr:

******** O T H E R    P E R S O N     I N F O R M A T I O N - # 8 *********
Case Number  . : 1-05-000368          Last Name  . . : ███████
Street Number  : ███████
City . . . . . : ███████
Birth Date/Age : 0/00/0000 0          Employer? . . :
Occupation . . :                      Oper Lic No. . :
Home Phone No. : ███████              Race . . . . . :
Sex . . . . . . : Female              Height . . . . : 0

GIUFFRE005623
CONFIDENTIAL

```
-------------------------------------------------------------------------
Date:   7/25/06           PALM BEACH POLICE DEPARTMENT        Page:     11
Time:   8:47:53                 Incident Report          Program: CMS301L
-------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                          (Continued)
Weight . . . . : 0                Person Type  . : OTHER PERSON
Other Phone Nbr:

******** O T H E R    P E R S O N    I N F O R M A T I O N - # 9 *********
Case Number  : 1-05-000368        Last Name  . . :  ████████████
Street Number :
City . . . . :
Birth Date/Age : ████████  16     Employer?  . . .
Occupation . . :                  Oper Lic No. . ████████████████
Home Phone No. : 561/000-0000     Race . . . . . : White
Sex  . . . . . : Female           Height . . . . : 0
Weight . . . . : 0                Person Type  . : OTHER PERSON
Other Phone Nbr: 561/000-0000

*************************** N A R R A T I V E   # 1 ***********************
Original Report     LO    Reported By: PAGAN, MICHELE D.        9/20/05
                          Entered By.: OREGERO, LAURA D.        9/20/05

On 03/14/2005, I received a call from a woman who did not wish to
identify herself (later identified as ████████████. She stated
that her fourteen year old step daughter (later identified as ███████
███████) possibly may have been molested in Palm Beach by a wealthy
man. According to ████████, she learned of the possible molestation
by a third party. She explained that she had received a call from the
mother of her stepdaughter's friend. The mother claimed to have
overheard a conversation between her daughter and a male friend; they
were talking about ████. The conversation was about how ████ had met
with a 45-year-old man and had sex with him and was paid for it. I
advised ████████ that I would like to meet with her to obtain a more
detailed statement and facts. ████████ stated she did not know what
to do and had to discuss the matter with her husband. At this point
████████ did not provide me with a call back number or any other
information. She stated that she would contact me once she had spoken
with her husband and ████ s mother.

On 03/14/2005 received a call from Mr. & Mrs. ████████. They stated
it was all right to speak to their daughter ████ via cell phone ████
████████. Her mother ████████ had been made aware of the case.
They agreed to meet me at the police department later this date.
████████.

On 03/14/2005, Mr. ████████████ accompanied by his wife
████████ came to the Palm Beach Police Department where they advised
me that they believed their fourteen year old daughter may have had
some type of sexual relationship with an older male who resided in
Palm Beach. Neither knew the suspect's name or address. Both stated
that their daughter did not talk to them about the incident, nor would
she admit to it.

████████ identified his daughter as ████████████
w/f, DOB ████████████ resides with her biological mother
at ████████████████████████. ████ is a twin,

GIUFFRE005624
CONFIDENTIAL

```
-------------------------------------------------------------------
Date:  7/25/06          PALM BEACH POLICE DEPARTMENT        Page:    12
Time:  8:47:53             Incident Report            Program: CMS301L
-------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)
her sister ███ resides with Mr. ███████. Both ███ and ███ are
currently attending ███████████ school, which is an
involuntary admitted juvenile educational facility. ███ stays at the
facility during the week and comes home on the weekend. According to
███████████, she was admitted to the school because of disciplinary
problems that recently escalated. The facility also coordinates with
the families to provide one on one as well as family counseling.

According to Mrs. ███████████, she believes the incident occurred on
Sunday, Feb 6, 2005. A friend of ███'s, named Haley picked her up at
their house and left. They believe Haley initiated the relationship
with the older gentleman, though they do not have any proof. Haley
lives close by with her mother. Mrs. ███████ further explained that
███████ was introduced to Haley by ███████, a boy she was dating
(goes to ████████ plays baseball). Mrs. ███████ continued
that on Sunday, Haley picked up ███, and drove to Palm Beach where
they met the man. Supposedly, the man has a lot of money and often
has young girls come over to his house. Haley offers these girls a
way to make fast cash. The man starts with a massage. If he likes
them, he keeps them around and does more. The ███████ did not have
any information on Haley other than she lives on ███████████ the
last house on right side (north side).

Mrs. ███████ talked of a conversation that she had with ███████
███████, the mother of ███████████ a former friend of ███s. She
found it strange that they were no longer friends until she received
the call from her mother telling her of the conversation she overheard
between ███████ and a boy named ███.

Mrs. ███████ told me of an incident that occurred on 02/09/2005.
███████ got into a fight at school ███████████. Mrs. ███████ Assistant
Principal, found over $300.00 in ███████ s purse. ███████ gave different
explanations for the large sum of money. Initially the school
administration thought it was drug related but then dismissed the
claim. Since that day, ███ did not return to school; she ran away
Thursday, 02/10th or Friday 02/11 and returned to her mother's house
later that night after midnight. It was not until after ███████
received the call from ███████ s mother, ███████████████████ that she learned ███████ was the girl that got into the
fight with ███. The fight was instigated when ███████ accused ███ of
being a prostitute.

███████████████ who has legal joint custody of his daughter ███████
███████████, signed the affidavit of prosecution indicating he wished to
prosecute against the inappropriate sexual behavior with his
fourteen-year-old daughter.

Mr. ███████ stated that he had no objections with our agency speaking
with his daughter ███ about the incident. Mr. ███████ stated that
███████ s mother ███ is aware of the allegations and also was willing to
cooperate. According to Mrs. ███████████ she does not believe her
daughter had any additional contact with the suspect as she was with

GIUFFRE005625
CONFIDENTIAL

```
--------------------------------------------------------------------
Date:  7/25/06          PALM BEACH POLICE DEPARTMENT        Page:    13
Time:  8:47:53               Incident Report          Program: CMS301L
--------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)
    her mother and then placed into ████████████.

I contacted the School Board Police who provided me the information
for ████████████████████████████████████████████████████████
████████████████████ West Palm Beach, Florida. Checking the
school board records for ██████ and ████████████████, there was no
disciplinary record found. I was advised if no disciplinary action
was taken for a fight, such as an expulsion or detention, the incident
may not have been recorded. This was at the discretion of the
individual school security and principal.

03/15/2005, I called the Palm Beach County Sheriff's Office and left a
message for PBSP Sgt. Chris Keen, Child Abuse Unit.

On 03/15/2005, I went to ██████████████████████ where I met with white
female ████████████████████ Also present was ████████████████s.
therapist. During an audiotaped interview, I spoke with ████████
about the allegations that were made. ████████ initially denied
anything had happened, only admitting to going with Haley (later
identified as Haley Robson) to Palm Beach to pick up money Robson was
owed. ████████ identified Haley Robson as the cousin of her former
boyfriend ████████ She ultimately admitted to knowing that Robson
worked for a wealthy man and possibly did sexual favors for him. She
also admitted that Robson had offered her an opportunity to make
money.

████████ identified Robson's boss as a white male named "Jeff" who
lived in Palm Beach (later positively identified as Jeffrey Epstein).
████████ explained that she was first approached by Robson to go with
her to Jeff's house, when they were at ████████s house. According to
████████, she was not sure exactly what was going on with Robson but
agreed to go with her. (████████s boyfriend) became angry when
he heard Robson inviting ████████ to accompany her. ████████ believed
it was to pick up money the man owed Robson. ████████ stated Robson
told her that she would pick her up at her house on Sunday. ████████
was not sure of the exact dates but knew it was a Sunday. According
to ████████, Robson along with an unknown, possibly Hispanic female,
picked her up at her father's house on ████████████████ told her
father that they were going shopping. It was later confirmed by
████████████████████ that Robson picked his daughter up. According to Mr.
████████, Robson drove a pick-up truck.

Robson drove ████████ along with the unknown female to Palm Beach.
Sometime on the way there, a conversation occurred between Robson and
████████████████ whereby Robson told ████████████ that if Jeff asked her
age, she should say she was eighteen.

████████████ recalled that Jeff's house was on a dead end street. All
three girls walked up a driveway, past what appeared to be a small
guard/security room. In fact, ████████ recalled a male approaching
them asking what they wanted. Robson stated they were there to see
Jeff. The male allowed them to continue walking up to the house.

GIUFFRE005626
CONFIDENTIAL

```
--------------------------------------------------------------------
Date:  7/25/06          PALM BEACH POLICE DEPARTMENT        Page:    14
Time:  8:47:53              Incident Report            Program: CMS301L
--------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)
████████ stated the man told them that Epstein was not there but was
expected back. He allowed them to enter the house, via the kitchen.
He offered them something to drink while they waited inside. Shortly
after, Epstein and a woman, described as white with blond hair entered
the kitchen. ████████ believed the woman was Epstein's Assistant.
████████ added that the woman did not seem friendly and kept her
responses short and direct. Epstein introduced himself to ████████ as
Jeff . ████████ got the impression that Epstein and Robson's friend
knew each other. ████████ described Epstein as being approximately
forty-five years old, a long face, and bushy eyebrows, with graying
hair.

Robson and Epstein left the kitchen leaving ████████ and Robson's
friend alone in the kitchen. They returned a short time later. They
all spoke briefly in the kitchen. While speaking to me, ████████
became upset and started to cry. ████████ stated the woman instructed
her to follow her upstairs, which she did. According to ████████ the
woman led her to a room that had a massage table in it. The woman
started to fix up the room, putting the covers on the table and taking
lotions out. She then told ████████ that Epstein would be up in a
second. The woman left the room, and soon after, Epstein walked in
and told ████████ to take off her clothes. As ████████ was telling me
what had happened, she looked away from me, and with a pointed finger,
repeatedly pressed it into her thigh. ████████ stated he was stern
when he told her to take off her clothes. ████████ said she did not
know what to do as she was the only one there. ████████ took off her
shirt leaving her bra on. Epstein, dressed in a towel told her to
take off everything. ████████ stated she removed her pants leaving
her thong panties on. Epstein then instructed her to give him a
massage pointing to a specific lotion for her to use. Epstein laid on
the table, face down. As ████████ began to give Epstein the massage,
he told her to get on his back. ████████ stated she straddled herself
on Epstein's back. ████████ stated her exposed buttocks were touching
Epstein s bare buttocks. As ████████ was giving Epstein the massage,
he turned around, and wacked off. ████████ later explained that
wacking off was masturbating). ████████ stated she was disgusted by
Epstein's actions but did not say anything. According to ████████,
Epstein told her that she "had a really hot body." Epstein excused
himself and went to the bathroom where she believed he masturbated
again. Epstein returned to the room and told ████████ that he was
done and gave her three hundred dollars. They went back down stairs
where they met Robson. Epstein said good-bye and they left. Robson
asked ████████ how did it go and asked what did she ████████ do.
When ████████ told Robson that Epstein asked for a massage, Robson
allegedly stated "I know." ████████ stated they then went shopping.
████████ stated Robson also got paid, but that she did not know why
since she was confident that Robson did not do anything.

████████ described Epstein's house as a two story pink house with a
Cadillac Escalade parked in the driveway. There were gates leading
into the property. From the kitchen, ████████ recalled walking up a
flight of stairs, lined with photographs, to a room. Upon entering

GIUFFRE005627
CONFIDENTIAL

```
------------------------------------------------------------------
Date:  7/25/06          PALM BEACH POLICE DEPARTMENT        Page:   15
Time:  8:47:53              Incident Report            Program: CMS301L
------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)
the room there was a large bathroom to the right. ████████ recalled a
hot pink and green sofa in the room.  There was a door on each side of
the sofa. ████████ recalled there being a mural of a naked woman in
the room, as well as several photographs of naked women on a shelf.

████████ stated Epstein did not change in front of her but did take
off his towel, exposing himself. ████████ recalled Epstein being
hairy especially on his chest.  Epstein also had a hairline that
continued to his buttocks. ████████ admitted to seeing his penis.  I
asked ████ if she knew what being circumcised meant and she stated
no. ████████ then said that she thought Epstein was on steroids
because he was a "really built guy and his wee wee was very tiny."
████████ would explain that when she stated "wee wee" she meant penis.
████████ stated Epstein exposed himself when he took his towel off,
placing it on the floor as he laid down on the table.

████████ said Epstein was specific in his instruction to her on how to
massage, telling her to go clockwise, etc. ████████ recalled that
Epstein got up from the table and went to the bathroom where she heard
him making, what she believed to be sexual type of noises. (moaning)
He then returned to the room where he again laid down on the table.
Epstein then turned over and instructed ████████ to massage his boobs.
As she did this, Epstein continued to make moaning noises.

████████ resumed massaging his chest area. ████████ was now standing
on the ground.  Epstein turned to his side, and with the towel on the
ground started to rub his penis in an up and down motion. ████████
stated Epstein held on to the small of her back as she massaged his
chest, back and shoulder area. ████████ recalled Epstein ejaculating
because he had to use the towel to wipe himself as he got off the
table. ████████ also recalled Epstein having a noticeable freckle on
his chest.

Epstein then left the room and ████████ got dressed.  She went back
downstairs where she met Haley and the unknown white female. ████████
admitted to getting paid three hundred dollars in cash from Epstein.
Before they left, Epstein asked ████████ to leave her phone number.
As they were leaving the house, Haley asked ████████ what had happened
and how much she was paid. ████████ stated Haley seemed upset or
jealous when she told her that she received three hundred dollars.
Haley stated received only two hundred dollars that day. ████████
stated that she believed Haley was paid two hundred dollars for
bringing her.

Robson told ████████ that if they do this every Saturday, they could
be rich; ████████ agreed.  They then went shopping, though she is not
sure where. Possibly at TJ Maxx or Marshall's. ████████ stated she
never saw Robson again as she got into a fight at school.  She had
not spoken with Robson either as her mother took away her cell phone.

I asked ████████ if she was aware of any video equipment while she was
in the room.  She stated no.

GIUFFRE005628
CONFIDENTIAL

---

```
Date:  7/25/06          PALM BEACH POLICE DEPARTMENT          Page:      16
Time:  8:47:53               Incident Report            Program: CMS301L
```
---

Case No. . . . : 1-05-000368                                (Continued)

█████████ stated she was afraid that Robson would retaliate against her
or her family if she ever went to the police regarding the incident.
█████████ stated that her father's vehicle was recently vandalized.
█████████ admitted to telling ████ what had happened with Epstein.
According to █████████ became angry and upset, punching a hole
in the wall. █████████ guessed that it was █████ who told █████████
about the incident, and now there were rumors in school about █████████
and what she did with Epstein.

I then talked to █████████ about truth and lying. We talked about the
color sweater she was wearing. █████████ denied having sexual
intercourse with Epstein. She denied touching his penis. █████████
again admitted to observing Epstein masturbate.

█████████ agreed to cooperating with the police department in placing a
phone call to Robson in a controlled setting. I met with Ms. █████████
and advised her of the families' as well as █████████'s
willingness to cooperate with this investigation. Copies of this
interview were placed into evidence.

I made contact with █████████, mother of █████████. I
advised her briefly of my investigation. She was aware of the
incident and stated that she overheard a portion of a conversation
that her daughter was having with a boy named ████. █████████ stated
that it was her opinion that both girls liked █████. █████████
recalled hearing her daughter calling █████████ a whore. █████████
admitted that she did not listen to the entire conversation but did
confront her daughter about it later. █████████ told her mother that
something to the effect that █████████ had slept with an older man for
money. █████████ stated that she would not object to me speaking with
her daughter. It was █████████'s belief that everyone in the school
may have known about this because of the fight that her daughter
█████ and █████████ had gotten into. I reminded █████████ that this
was an ongoing investigation and requested she not discuss the fact
that I had contacted her. She agreed.

On 03/16/2005, PBSO Sgt. Chris Keen left a message that he was
returning my call. I spoke with Keen and discussed the case with him
and inquired if he had any open allegations or cases where the suspect
resided in Palm Beach. Keen stated he was unaware of any. Keen
offered any assistance if needed. Keen stated it was his experience
that due to the age of the parties involved, it would be difficult to
interview them and expect the investigation to remain confidential.

Because of the time delay, there was no need for the victim to be
taken to a medical facility for a physical for the purpose of
obtaining evidence. There was also no need to take her to CPT as she
was already in a juvenile facility, with an assigned therapist, in
which coordinating a day and time to obtain a statement could be made.

On 03/17/2005, I queried Jeffery Epstein on the internet and obtained

GIUFFRE005629
CONFIDENTIAL

```
-------------------------------------------------------------------------
Date:  7/25/06           PALM BEACH POLICE DEPARTMENT          Page:     17
Time:  8:47:53              Incident Report               Program: CMS301L
-------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)

a photo of Epstein to be used in a photo line up.  I met with ████ ████████ at which time she viewed the photo line up.  She immediately recognized Epstein and pointed to him (Position #5).  ████████ signed the photo line up under Epstein's picture.  This signed line up was placed into evidence.

On 03/18/2005, I met with ████████ at her residence for the purpose of placing a controlled call to Haley Robson.  ████████ spoke with Robson and asked if she could arrange another meeting with Jeff.  Robson stated that she would have to call him and make the arrangements.  A copy of this conversation was placed into evidence.

03/19/2005, I spoke with ████████ and ████████ and was advised that ████████ left the state to visit with her aunt and uncle.  ████ is scheduled to return to Florida on 03/27/2005

03/21/2005, I coordinated with PB BSF Unit and OCVAN to initiate surveillance on 358 El Brillo.

03/21/2005, Coordinated with Det. Lee regarding trash pulls from 358 El Brillo.  On this same date I called ████████ to schedule an appointment to speak with ████.  She stated the school guidance counselor was reluctant to have police presence at the school.  I assured her that I would respond to the school in civilian clothes and an unmarked vehicle.

████████ called me back and advised that I did not need to make an appointment to see ████████.

I received a return phone call from ████████ stating that ████ would be attending the family therapy sessions with ████.

I received messages from ████████.

I conducted a computer query on Epstein.  The results of this query indicated the most recent driver's license on file for Epstein was for the state of Florida, which had expired.

A cross reference of Epstein s residence, 358 El Brillo, Palm Beach, revealed the following affiliated names: Nada Marcinkova, w/f, dob ████████ Mark L. Epstein, w/m dob ████████ & Ghislaine M. Maxwell, uk/f, dob ████████.  A computer query for both returned no history.

On 03/23/2005, I spoke with ████████ cell phone wk ████████.  I requested that she not discuss the incident with anyone including her daughter ████ as I did not want the investigation compromised.  I was told at this time, that ████ and ████ have not been getting along due to the fact that ████ has decided to continue living with her father.

On 03/29/2005, I placed telephone calls to both the ████ and ████████ residences requesting to speak with them regarding the

GIUFFRE005630
CONFIDENTIAL

```
--------------------------------------------------------------------------
Date:  7/25/06          PALM BEACH POLICE DEPARTMENT          Page:     18
Time:  8:47:53               Incident Report           Program: CMS301L
--------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                                    (Continued)

investigation.  I received return phone calls from Mrs. ████ and
Mrs. █████ and advised them that I would be contacting
████s family therapist to coordinate a time to meet with ████. This
was at the request of both ████ and Mrs. █████ that ████s strict
classroom and therapy schedule is disrupted as little as possible.  I
also updated them to the investigation thus far.  Both ████ and
█████ stated they had no objection to my meeting with ████  In
speaking with Ms. █████, she identified the cell phone number of
████ as being the phone assigned to █████  Ms.
████ had no objections and provided consent to giving it to the
police department for the use of placing controlled phone calls from
it. ████ stated the phone had been taken away from ████ as part
of her punishment for not doing well in school.  According to
█████ ████used to be an excellent student, but in the past two
months has become irritable, verbally abusive to the family and has
run away. █████ stated her daughter's recent behavior is the
opposite of what she normally is. █████ stated they are going
through family therapy sessions with the school but none of this had
come up.  Arrangements were made for Det. Captain Gudger to retrieve
the cell phone from █████ at her place of employment.

I called █████, █████ and requested to speak
with Ms. ████  Upon speaking with Ms. █████ she advised me that she
was in the middle of therapy sessions and would call me back once the
sessions were completed.  Ms. ████ stated the sessions should be
concluded by 7:00 PM.  At approximately 8:00PM I had called Ms. ████
at which time I left a message on her voice mail requesting a return
phone call.  I spoke with Ms. █████ and advised her that I did not
meet with her daughter and that I would again attempt to coordinate a
time with the counselor so as not to disrupt ████s school schedule.
█████ had no objections.  Shortly after speaking with Ms. ████
I received a call from Ms. █████  I explained the situation and
requested a time to meet with ████ █████ reviewed ████s schedule and
advised that ████ would be available after 3:00PM.

On 03/30/2005, I met with Ms. ████ and █████ at █████
████. I reminded █████ of her conversation with Robson.
During this time █████ initiated a conversation with me in which
she admitted that she was not telling me everything that had happened
during the time she was alone with Epstein.  According to █████
while she and Epstein were alone on the second floor. Epstein used a
purple vibrator to massage her vaginal area. █████ stated there
was no penetration as the vibrator was on top of her underwear.  I
asked █████ if Epstein ever asked her age and she stated he had.
█████ stated she told him she was eighteen.  When Epstein asked
what school she was in, █████ responded she was in the twelfth
grade at Wellington.  During the course of this incident, █████
stated Epstein told her that Haley had worked for him for years.

We then continued with the controlled call to Robson.  At
approximately 3:35pm █████ from her cell phone, made a call to
Robson s home, █████. Robson was not home. ████ was told

GIUFFRE005631
CONFIDENTIAL

---

```
Date:  7/25/06        PALM BEACH POLICE DEPARTMENT         Page:     19
Time:  8:47:53            Incident Report            Program: CMS301L
```

---

Case No. . . . : 1-05-000368                              (Continued)
    that Haley Robson was at working a double and could be reached on her
    cell phone, ▮▮▮▮▮▮▮▮▮  W/F, Haley Robson is employed at The
    Olive Garden Restaurant, located on Forest Hills Blvd in Wellington.

    ▮▮▮▮▮▮ called Robson.  During the conversation between Haley Robson
    and ▮▮▮▮▮, Robson asked ▮▮▮▮ what happened, stating that
    she had heard rumors that ▮▮▮ was going to press charges.  Robson
    asked if they, meaning ▮▮▮▮ 's parents, knew about Jeffery.  Robson
    claimed to have heard that ▮▮▮▮▮'s father had found out about
    Jeffrey.  ▮▮▮▮▮▮▮▮ told Robson that they (her parents) did not
    know anything about Epstein.  Robson told ▮▮▮▮▮ that Epstein needed
    someone to work tomorrow and asked if she was available.  Robson
    stated she would call Epstein and then call ▮▮▮▮▮ back.

    During the course of these conversations with ▮▮▮▮▮▮▮ she would
    at times appear to be articulate and well spoken.  She would then
    start to act in an immature manner, by looking around, not paying
    attention, drawing on a paper.  ▮▮▮▮▮▮▮ would offer me a high five
    whenever she claimed to have told me the truth in the details of the
    afternoon at Epstein's house.  ▮▮▮▮▮▮ would sit in the chair, with
    her knees propped up to her chest as she admitted that she did not
    tell me the all the details of her encounter with Epstein during our
    first meeting.  As a means of positive reinforcement I would high five
    ▮▮▮▮.

    On 03/31/2005, subpoena requests for T-Mobile Wireless ▮▮▮▮▮
    and Cingular Wireless, ▮▮▮▮▮▮▮▮.  (Robson and ▮▮▮▮▮▮ phone
    numbers) were drafted.

    On 04/01/2005, I met with members of PB BSF Unit for the purpose of
    conducting surveillance on 358 El Brillo.  Cross-reference supplement.

    On 04/01/2005, I met with Det. Krauel of the Palm Beach Police
    Department who provided me a copy of the concealed weapons permit for
    Mr. Epstein.  It revealed Epstein had a valid permit.  There was no
    current photo attached to the renewal notice.

    On this same date I queried various different web sites for a possible
    identification of the purple item retrieved from the trash pull from
    358 El Brillo.  The item was similar in description as the one
    described by ▮▮▮▮▮ and used by Epstein.

    I made contact with Spicygear.com and spoke with the owner John.  I
    emailed a photograph of the item for his opinion.  He identified the
    items as a Jelly Anal Wand of some sort.  The item is easily available
    at sex shops in South Florida.

    04/06/2005, I conducted business queries into Epstein utilizing the
    internet.  I located articles relating to financial reports.  There
    was no local history.

    On 04/01/2005 - 04/03/2005, with the assistance of BSF, there was

GIUFFRE005632
CONFIDENTIAL

```
--------------------------------------------------------------------------
Date:  7/25/06          PALM BEACH POLICE DEPARTMENT          Page:      20
Time:  8:47:53               Incident Report              Program: CMS301L
--------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)
continued surveillance on the property.

On 04/04/2005, I obtained a copy of voice mail messages, dated 03/31
and 04/01 from Haley Robson to ███████ A female identifying
herself as Haley states that she could pick ████ up to take her to
Epstein's house for an eleven o'clock appointment.  A copy of this was
placed into evidence.

On 04/05/2005, a trash pull was conducted at 358 El Brillo by Det. Lee
and me.  There were several messages written on various forms of
papers.  There was a message from Haley, indicating ████ 11:00.  The
following was additional information obtained from trash retrieved
from 358 El Brillo: Jean Luc 6:20 AM; David ███████ Sarah Kellen
██████████  Friday 5:30PM; ██████████████████████████
██████  Haley; a message receipt dated 4/4 1:05-██████████.
She is looking to speak to you .;

On 04/06/2005, I faxed subpoena requests to SA Mighdolls office for
Epstein, Robson and ████████s phone records.  (Phone numbers
████████████  ████████████  & █████.

On 04/06/2005, I called ████████████████████ ext
████, and spoke with Principal ████████████  He confirmed that they had
a student by the name of ████████  He requested a written request
prior to releasing any additional information.  On this same date I
faxed ████████ a request for student and parent information on
████████  I advised ████ that due to this being an open investigation
he was not to discuss the matter with anyone.

On 04/08/2005, I received a message from ████ providing me the
following information: ████████████, w/m DOB
████  Wellington, Florida.  ████  Parents name: █████████████

Det. Lee provided me with trash obtained from 358 El Brillo for 04/06
04/07/05.  The following information was retrieved: Jet Aviation
████████ itinerary, indicating a departure date of 04/05/2005 at
4:00 PM with an arrival in New York City of 6:15PM.  Flight crew
captain David Rodgers, co-captain, Larry Visoski, flight engineer
Larry Morrison.  Call sign N908JE; a note stating Bye J. thank you
████████ hand written notes & messages 11-Glenn, 12:30 chicken,
████, 3 September B & J, Big Screen x8, ████████ work Sunday @
4PM; ████  Monday after school?; left message for ████████ █████,
████████ works 4-9 Monday and Tuesday, leaves
school @ 11:30 AM; ████████ will be here tomorrow @ 10:30 Am; Mrs.
Business ████████; ████████. There was no trash for 04/08/05.

04/22/05 received the results of a subpoena request from Bellsouth for
████████. The results only provided subscriber information. I
contacted Alice Grant Investigative Subpoena Compliance Center who
stated the request was not complete and the results would be sent to

GIUFFRE005633
CONFIDENTIAL

```
------------------------------------------------------------------------
Date:  7/25/06        PALM BEACH POLICE DEPARTMENT         Page:     21
Time:  8:47:53              Incident Report            Program: CMS301L
------------------------------------------------------------------------
```

Case No. . . . . : 1-05-000368                            (Continued)
me as soon as the query was finished.

Cross-referencing the names ███████ and ███████ as
well as phone numbers, which were obtained from message notes via
trash pulls, I identified the before mentioned individuals as being
acquainted with someone at 358 El Brillo. ███ DOB ████ 1984 FL
DL ███████ and ███████ DOB ████ 1986 FL ███████ are
both above the legal age of consent.

On 05/03/2005, I spoke with ███████ and updated her on the
investigation. ███████ stated that ███ was doing well in the
school. Her contact with the outside is limited as they do not have
access to the phones. ███ comes home on the weekends and she is not
allowed to go anywhere alone.

On 05/11/2005, I made arrangements to meet with ███████ and ███████.

On Thursday, 05/12/05, I spoke with ███████ regarding the case.
They will be moving to GA in July 2005. They will be very busy over
the next few weeks but would be available via phone. Will coordinate
a date to meet to discuss the matter further.

During this week I conducted surveillance at Epstein s residence and
at the airport, but there was nothing to indicate that Epstein was in
town.

Due to conflicting appointments, rescheduled until 06/02/2005, to meet
with Ms. ███████.

I also spoke with ███████ and updated her to the investigation.

On 06/02/2005, I met with ███████ and ███████ ███████ advised
that she could be reached via her cell phone until she is able to
provide me with her new contact information.

I also received a message from ███████. Attempted call back
but the line was busy.

June 14, 2005, I received information that Epstein's plane was at
Jet Aviation. I spoke with Det. Lee regarding surveillance.

I called the Olive Garden and asked for Haley Robson. I was advised
she was not working today. This would indicate that Robson was still
employed there.

On 07/07/2005, I faxed subpoena requests to SA Mighdolls office for
Epstein, Robson and ███████ s phone records. (Phone numbers
███████ and ███████. The original
subpoena requests only provided subscriber and billing information.

On 07/20/2005, conducted a trash pull arranged by Ofc. Lee. Inside
there were misc. papers with phone numbers and names. There were

GIUFFRE005634
CONFIDENTIAL

```
-------------------------------------------------------------------------
Date:  7/25/06          PALM BEACH POLICE DEPARTMENT          Page:      22
Time:  8:47:53              Incident Report             Program: CMS301L
-------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)
    misc. female hygiene products in the trash.  Based on a prior Auto
    Track report done on 358 El Brillo, a possible subject residing at the
    residence is Nada Marcinkova.  Marcinkova fit the description provided
    by officers who had conducted surveillance in the area of a female
    seen entering and leaving the residence.

    On 07/21/05, I received the Duces Tecum dated 07/18/05, which was
    clerked by ASO

    On 07/26/2005, I received the results of Bell South Subpoena.

    On 08/04/05, I received DHL Express from T mobile with the results of
    the query.

    I spoke with ██████████████ who confirmed that ██████ was still living
    out of state.  It appeared that all was going well.

    I left a message for ██████████████ at ██████████████

    On 08/08/2005, I received the results of Cingular cell phone subpoena.

    During the week of 09/08/2005, I checked 358 El Brillo and the Palm
    Beach International Airport but there was no direct indication that
    Epstein was in town.

    On 09/08/2005, I reviewed the case notes of this file, as the case
    will be turned over to Det. Recarey.

    On 09/11/2005, while on patrol, I conducted a check at Epstein's
    residence and found that it still had the hurricane shutters on.  On a
    drive by the Palm Beach International Airport later that afternoon, I
    did not observe Epstein's plane.

    On 09/14/2005, I conducted a check at the Palm Beach International
    Airport but did not see Epstein s plane.

    On 09/19/2005, I spoke with ██████████████ to keep her updated and to
    find out if there was any change of address or phone numbers for ██████
    I was told no.  I left a message for ██████████████ at ██████
    in order to provide her with Detective Recarey s information.


*************************** N A R R A T I V E   # 2 ***************************
NA                   Reported By: RECAREY, JOSEPH              9/21/05
                     Entered By.: ALTOMARO, NICKIE A.          9/21/05

    On September 19, 2005, I met with Officer Pagan and received the
    information pertaining to this case.  Members of the Burglary Strike
    Force had previously been conducting surveillance on both Epstein and
    Robson.  Officer Munyan was assigned to monitor the Epstein home and
    Sgt Sorge and Officer Minot were assigned to monitor Robson.  Both
    teams provided a surveillance log that will be placed into the

GIUFFRE005635
CONFIDENTIAL

```
------------------------------------------------------------------------
Date:  7/25/06            PALM BEACH POLICE DEPARTMENT        Page:    23
Time:  8:47:53               Incident Report            Program: CMS301L
------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)
    attachment file.

    Det. Dawson was assigned to relieve Officer Munyan at 4:00 pm; he
    informed me that at approximately 8:00 pm, Epstein had left for the
    airport and his private jet was sitting on the tarmac.  Epstein's
    private vehicle drove to the jet and unloaded packages into the jet.
    It appeared that Epstein left the county at this time.  Surveillance
    will continue to determine when Epstein will return.

    Inv Continues.


*************************** N A R R A T I V E   # 3 ***************************
NA                        Reported By: PARKINSON, GREGORY A.          9/23/05
                          Entered By.: ALTOMARO, NICKIE A.            9/23/05

    On Friday, September 23, 2005 at approximately 1:45 p.m., I began to
    copy a tape micro cassette, under case number 05-368 and property
    number 05-243, tape number 1.  I placed the tape in the telex copy-et,
    series 2 machine and began to go through the copying process.
    Approximately 1/2 through the tape, the tape wrapped around the
    spindle and became locked and stretched the tape.  I examined it and
    determined that it was in the best interest to leave it as it is as a
    prior copy had been made and turned over to Sergeant Frick.  I
    immediately took the tape to Sergeant Frick and allowed him to examine
    it and then obtained the copy from him and Detective Recarey and
    brought the copy of the tape down and made a copy for him based on
    that.  The tape was placed back in the original container and is
    retained in the evidence bag under the previously mentioned property
    number of 05-243.  It is not advisable to attempt to copy this tape as
    further damage could result to the recorded material and there is an
    existing copy anyway.


*************************** N A R R A T I V E   # 4 ***************************
NA                        Reported By: PARKINSON, GREGORY A.          9/26/05
                          Entered By.: ALTOMARO, NICKIE A.            9/26/05

    On 3-24-05 at 11:00 pm, a copy of tape 2 (case number 05-294) had been
    made for Det. Pagan by Evidence Specialist Annette Badger.  The copy
    was turned over to Detective Recarey.

    On Friday, 09-23-05 at approximately 2:15 pm, I was in the process of
    reproducing audio tapes (micro and standard) to standard size when it
    was discovered, in the test review process, that tape number 2 was
    blank.  I notified Sgt. Frick and Det. Recarey.  I was informed that
    they had a prior copy and I could use it to make a master tape.  I did
    so and when reviewing and signing the evidence sheet, I noticed
    Evidence Specialist Badger had written "#2 is blank."

    I obtained that copy from Det. Recarey and made a new copy on a
    standard size tape.  The new copy was placed in the evidence bag under

GIUFFRE005636
CONFIDENTIAL



```
-------------------------------------------------------------------------
Date:  7/25/06      PALM BEACH POLICE DEPARTMENT       Page:    24
Time:  8:47:53            Incident Report        Program: CMS301L
-------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                          (Continued)
    property number 05-294 with the blank tape.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* N A R R A T I V E  # 5 \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
NA                      Reported By: RECAREY, JOSEPH              9/26/05
                        Entered By.: ALTOMARO, NICKIE A.          9/28/05

Copies of the tapes that were submitted into evidence were requested.
Additionally, trash pulls were started on September 21, 2005. Sgt.
Szarszewski made telephone contact with Tony Higgins, Supervisor of
the Sanitation Department, and requested that trash be collected at
the Epstein House located at 358 El Brillo in Palm Beach. Sgt
Szarszewski met with Sanitation worker, Jeff Williams and observed him
enter the property at 358 El Brillo. Shortly thereafter, Williams
exited the property and placed the three white trash bags in the empty
well in the rear of the truck. Williams then drove away where he met
with Sgt. Szarszewski who removed the bags from the well and placed
them into one large black trash bag. The bag was returned to the
Police Station where I was waiting for him. Upon his arrival, we
inspected the bags where several notes and papers were found. These
notes contained names of girls with times. Additionally, there was a
note from ████████ and ████ to Jeffrey Epstein on a notepad, which
stated,"For a good time call ████████ and ████ at ████████." Also,
there was another telephone number on the note ████████ Also found
was a written note, which stated, ████████ can not come at 7 p.m.
tomorrow because of soccer. These items were written on notepads that
contain Jeffrey Epstein on the bottom of the notes. These items were
placed into evidence for future follow up. I requested subpoenas for
subscriber information on the telephone numbers listed above on the
note from ████████ and ████. The cellular telephones ████████ and
████████ are both assigned to Cingular Cellular Service. Other notes
were found within the trash on Jeffrey Epstein pad, papers that
contained telephone numbers. One note had "████████" with
written on it. This cellular number is assigned to Cingular Cellular
Service. Another sheet had written ████████ which is assigned to Bell
South Telecommunications. The subpoenas were picked up and submitted
to Cingular and Bell South Telecommunication for subscriber
information.

On September 22, 2005, I was informed by Sgt. Szarszewski that there
would be no trash pick up as it was recycle pick up day. A request
for copies of the micro and standard size cassettes were requested
from crime scene to familiarize myself with the interviews conducted.

On September 23, 2005, the tapes were received and I began to become
familiar with the interviews that were conducted. Det. Krauel had met
with Town of Palm Beach Sanitation worker, Jeff Williams and observed
him enter the property of 358 El Brillo. Shortly thereafter, Williams
exited the property and placed the three white trash bags in the empty
well in the rear of the truck. Williams then drove away where he met
with Det. Krauel who removed the bags from the well and placed them
into one large black trash bag. The bag was returned to the Police
Station where I was waiting for him. Upon his arrival, we inspected

GIUFFRE005637
CONFIDENTIAL

```
-----------------------------------------------------------------------
Date:  7/25/06          PALM BEACH POLICE DEPARTMENT          Page:     25
Time:  8:47:53               Incident Report            Program: CMS301L
-----------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)
     the bags where several notes and papers were found. The notes will be
inspected for future use.  The items collected were placed into
evidence.

It became evident that some of the recordings were recorded with
background noise and some interference.  The calls most affected were
the control phone calls from the victim to the suspect Haley Robson.
I obtained the graphic equalizer and discovered that the calls are
able to be legible with the use of the equalizer by lowering the
background noise and increasing voice gain.  I also learned that a
tape was broken during the coping of the tape. I returned the copy of
the tape marked Property Number 05-243 to have it recopied to have an
original in evidence and a working copy with the file.

Upon researching the file, it was discovered that the suspect, Haley
Robson's cellular calls were subpoenaed incorrectly.  The suspect
telephone number was ███████████ and the original request was for
███████████.  I requested the information through Cingular Cellular
Service from February 2005 through the present.  The purpose was to
have a record of Robson making calls to victim, Jeffrey Epstein and
the frequency of calls.  The request was submitted to the State
Attorney's Office.

Investigation Continues....


*************************** N A R R A T I V E   # 6 ***************************
NA                    Reported By: KRAUEL, CURTIS D.              10/06/05
                      Entered By.: ALTOMARO, NICKIE A.            10/06/05

On or about September 23, 2005 at approximately 0915 hours, I
responded to 358 El Brillo and met with PB Sanitation worker Jeff
Williams.  Williams had been previously notified to assist in trash
pulls at the residence of Jeffrey Epstein, 358 El Brillo, Palm Beach,
Florida.  I observed Williams enter the driveway of 358 El Brillo and
remove several plastic bags of trash and place the contents into the
back of an empty sanitation truck.

I then followed Williams to a predetermined location and seized the
trash from the truck.  The trash was transported to the Palm Beach
Police Department where I began sifting through its contents.  There
was a total of 4 white in color plastic bags and each contained
documentation and correspondence for 358 El Brillo and Jeffrey
Epstein.  All documents of evidentiary value were removed and turned
over to Det. Recarey for follow-up.

On or about September 26, 2005 at approximately 0900 hours, I
responded to 358 El Brillo and met with PB Sanitation worker Jessie
Jones.  Jones had been previously notified to assist in trash pulls at
the residence of Jeffrey Epstein, 358 El Brillo, Palm Beach, Florida.
I observed Jones enter the driveway of 358 El Brillo, where no trash
was located within the receptacles.  I left the area without incident

GIUFFRE005638
CONFIDENTIAL

---------------------------------------------------------------------
Date:  7/25/06           PALM BEACH POLICE DEPARTMENT          Page:      26
Time:  8:47:53                 Incident Report            Program:  CMS301L
---------------------------------------------------------------------

Case No. . . . : 1-05-000368                              (Continued)
      and notified Det. Recarey to that affect.

On or about September 27, 2005 at approximately 0915 hours, I
responded to 358 El Brillo and met with PB Sanitation worker Jesse
Jones.  I observed Jones enter the driveway of 358 El Brillo and
remove one plastic bag of trash and place it in the back of an empty
sanitation truck.

I then followed Jones to a predetermined location and seized the trash
from the truck.  The trash was transported to the Palm Beach Police
Department where I began sifting through its contents.  There was a
total of 1 white in color plastic bag which contained correspondence
for 358 El Brillo.  All documents of evidentiary value were removed
and turned over to Det. Recarey for follow-up.

On or about Monday October 3, 2005 at approximately 0915 hours, I
responded to 358 El Brillo and met with PB Sanitation worker Jeff
Williams.  I observed Williams enter the driveway of 358 El Brillo and
remove several plastic bags of trash and place the contents into the
back of an empty sanitation truck.

I then followed Williams to a predetermined location and seized the
trash from the truck.  The trash was transported to the Palm Beach
Police Department where I began sifting through its contents.  There
was a total of 7 white in color plastic bags with a red tie and 1
black in color bag which contained 2 white in color plastic bags with
a red tie.  Each of the bags contained documentation and
correspondence for 358 El Brillo and Jeffrey Epstein.  Inside of one
of the white in color bags, I located a broken piece of a hard plastic
or clear acrylic stick, which was shaped with small ridges.  This
device is commonly used as a sexual toy which is inserted into the
vagina or anus for stimulation.  This item, along with all documents
of evidentiary value were removed and turned over to Det. Recarey for
follow-up.

On or about Tuesday October 4, 2005 at approximately 0928 hours, I
responded to 358 El Brillo and met with PB Sanitation worker Jeff
Williams.  I observed Williams enter the driveway of 358 El Brillo and
remove several plastic bags of trash and place the contents into the
side well of the sanitation truck.  This side of the truck is separate
from the rear of the truck and does not come into contact with other
trash.

I then followed Williams to a predetermined location and seized the
trash from the truck.  The trash was transported to the Palm Beach
Police Department where I began sifting through its contents.  There
was a total of 2 white in color plastic bags which were tied at the
top.  Each of the bags contained documentation and correspondence for
358 El Brillo and Jeffrey Epstein.  All documents of evidentiary value
were removed and turned over to Det. Recarey for follow-up.

On or about Wednesday October 5, 2005 at approximately 0928 hours, I

GIUFFRE005639
CONFIDENTIAL

```
-------------------------------------------------------------------------
Date:  7/25/06        PALM BEACH POLICE DEPARTMENT          Page:    27
Time:  8:47:53             Incident Report           Program: CMS301L
-------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)
    responded to 358 El Brillo and met with PB Sanitation worker Jeff
Williams.  I observed Williams enter the driveway of 358 El Brillo and
remove several plastic bags of trash and place the contents into the
bed of the sanitation truck.

I then followed Williams to a predetermined location and seized the
trash from the truck.  The trash was transported to the Palm Beach
Police Department where I began sifting through its contents, with the
assistance of Det. Recarey.  There were a total of 2 bags, one of
which was white in color and tied in a knot at the top, and the other
was a black in color bag, which contained two white in color trash
bags along with loose debris.  Each of the bags contained
documentation and correspondence for 358 El Brillo and Jeffrey
Epstein.  All documents of evidentiary value were removed and turned
over to Det. Recarey for follow-up.

```
**************************** N A R R A T I V E  # 7 ****************************
```
NA                       Reported By: RECAREY, JOSEPH            10/07/05
                         Entered By.: ALTOMARO, NICKIE A.        10/07/05

I met with Det. Krauel and requested further assistance to maintain
trash collections at Epstein's residence at 358 El Brillo Road.  On
October 3, 2005, at approximately 10:30 am, I was contacted by Sgt.
Frick to respond to the Palm Beach Police Station.  Det. Krauel had
observed Jeff Epstein riding his bicycle on South County Road.  Upon
my arrival, I met with Sgt Frick who advised, as Epstein was currently
in Town; we interview ██████ as to her involvement with Epstein
and the girls that are brought to his house.  As we were to interview
██████ in the county, (outside of our jurisdiction), I contacted the
State Attorney s Office Investigation Division, and made contact with
Assistant Supervisor Investigator Carlos Ortiz.  I requested
assistance to interview ██████ as the interview may occur in the
county.  Supervisor Ortiz assigned Investigator Mike Waites to assist
us at the location and interview of ██████.

Det. Dicks had responded to the address of ██████ and viewed her
vehicle parked in the driveway.  ██████ s vehicle a red Plymouth Neon
baring ██████████ was parked in the driveway of ████████████
██████ in Loxahatchee.  Sgt Frick and I responded to 120th Ave and
awaited the arrival of Investigator Mike Waites.  Upon his arrival, he
was briefed that should she wish to be interviewed within her home he
would be needed.  However, should ██████ agree to return to the police
station for further questioning, he would not be needed.  Sgt. Frick
and I knocked on the door and met with ██████████, ██████ was told
that we were investigating a claim involving Jeffrey Epstein of El
Brillo in Palm Beach.  ██████ was asked if she wanted to accompany us
back to the police station for further questioning.  She was also told
that at the conclusion of the interview she would be returned home.
She agreed and wished to change her clothes prior to accompanying us
back to the police station.  At the conclusion of her changing
clothes, she advised she was ready to go.  I thanked Inv. Waites and
advised she was going to voluntarily return to the police station.

GIUFFRE005640
CONFIDENTIAL

```
------------------------------------------------------------------------
Date:  7/25/06          PALM BEACH POLICE DEPARTMENT        Page:     28
Time:  8:47:53               Incident Report           Program: CMS301L
------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)

Upon ████████s entry in the unmarked Detective vehicle, I placed a tape
recorder within the vehicle to record any conversations within the
vehicle.  During the ride back to the police station, ████████advised
she is attending Palm Beach Community College at the Palm Beach
Gardens Campus and is majoring in journalism.

Upon our arrival at the police station, ████████ was brought to the
interview room in the Detective Bureau.  I explained to ████████that I
appreciated her willingness to assist us and informed her that should
she desire to leave at any time she may do so.  I further explained
the interview room door is only closed for privacy. ████████stated she
understood.  During the taped sworn interview, ████████was asked how
she came in contact with Epstein. ████████stated back when she turned
17 years of age she was approached by a friend ████in the Canopy
Beach Resort in Rivera Beach. ████████ was asked if she wanted to make
money.

She was told she would have to provide a massage and should make
$200.00. ████████thought about the offer and agreed to meet with
Jeffrey. ████(Unknown last name) and ████(Unknown last name)
picked her up and she was taken to Epstein's house.  Upon her arrival
at the house, she was introduced to Epstein in the kitchen of the
house.  She was also introduced to a white female known to her as
Sara.  She was led upstairs to the main bedroom known to her as Jeff
Epstein s bedroom.  Sara arranged the massage table and covered the
table with a sheet.  She brought out the massage oils and laid them
next to the massage bed.  Sara then left the room and informed her
Jeff would be in a minute.  Jeff entered the bedroom wearing only a
towel.  He lay on the table onto his stomach and picked massage oil
for ████████to rub on him.  During the massage, ████████stated, He tried
to touch me and I stopped him.  I asked how he tried to touch her.  He
grabbed her buttocks and she felt uncomfortable. ████████lso stated
Epstein has a vibrator, which is large and white in color. ████████
told Epstein, I'll massage you but I don't want to be touched. ████████
stated she performed the massage naked.  At the conclusion of the
massage, Epstein paid ████████$200.00 for the massage.  He explained, I
know you re not comfortable, but I'll pay you if you bring some girls.
He told her the younger the better. ████████stated she once tried to
bring a 23-year-old female and Epstein stated that the female was too
old. ████████ was asked how many girls she brought in total to Epstein.
████████stated six that she can remember. ████████stated she brought
████████████████████████████
███████and the victim in this case.

I asked ████████which one was the youngest. ████████advised the victim
was the youngest. ████████stated every girl she brought knew what to
expect when they arrived.  They were told they would provide a
massage, possibly naked, and some touching.  I asked her if the victim
was aware.  She stated every girl she brought knew what to expect.
She explained she knew the victim wanted to make money.  She
approached the victim and explained about going to work for Jeff.  The

GIUFFRE005641
CONFIDENTIAL

```
------------------------------------------------------------------
Date:  7/25/06          PALM BEACH POLICE DEPARTMENT        Page:      29
Time:  8:47:53               Incident Report            Program: CMS301L
------------------------------------------------------------------
```

Case No. . . . . : 1-05-000368                                    (Continued)

victim agreed and arrangements were made to bring the victim to Epstein's house on a weekend. ██████ stated that she and ██████ (later identified as ████████████ picked up the victim at the victim s house. They traveled to Epstein's House and entered through the kitchen door. They met with the house chef and Epstein s assistant Sara. The victim was introduced to Epstein while they were in the kitchen area. Sara led the victim upstairs and Epstein went upstairs. When the massage was over, the victim returned to the kitchen area. ██████ stated she was paid $200.00 for bring the victim to Epstein's. ██████ stated the victim told her she was paid $300.00 for the massage. Back in the vehicle, ██████ asked the victim what happened. The victim told her about the massage and then they went shopping. ██████ stated the victim was the last person she brought to Epstein. She further stated that she had changed her cellular number to avoid being contacted by Sara. She continued that when Epstein announces to his assistant that he is traveling to Palm Beach, Sara would contact ██████ to arrange girls for Epstein. Sarah, later identified as Sarah Kellen Date of Birth ████████, had told ██████ that Jeff likes to have his fun with the girls.

██████ stated that once her parents discovered that she was visiting Epstein, they disapproved of the encounters with him and she stopped. ██████ further stated that Sara still tries to call the house and leaves messages. With the assistance of ██████ we were able to identify ██████ DOB ████ 1987, ██████ DOB ████ 1987, ██████ DOB ████ 1988, and ██████ DOB ████ 1988.

Sgt Frick entered the room and explained that based on her own statements, she had implicated herself with bringing underage girls to Epstein's house. ██████ was aware of what she had stated and wished to assist further in hopes to receive a lesser charge. ██████ provided cellular telephone numbers for the girls she had mentioned previously. Additionally, she also provided possible addresses and areas in which they lived. As ██████ was being taken home in the vehicle, a tape recorder was placed within the vehicle to record any conversations within the vehicle. During the drive back to her home, ██████ made the comment I m like a Heidi Fliess. (Hollywood Madam who sent girls to clients for sexual favors in California). ██████ was dropped off at her house without incident.

Sgt Frick and I went to ████████████████ Loxahatchee, Florida in an attempt to speak with ████████████. We met with Mrs. ██████ (██████████ s Mother) at the front door. We explained the ongoing investigation and felt that ██████ may have additional information as we had information that she had worked for Jeff. Mrs. ██████ introduced us to her husband and allowed us entry into the home. We sat in the dinning room and met with ██████ ████ 1988. As she was under the age of eighteen, Mrs. ██████ was advised we would be speaking with her. She expressed, if her daughter had information she wanted to assist. As we interviewed ████████████ she denied having any inappropriate encounters with Jeff (Epstein). She stated she had gone to Jeff s

GIUFFRE005642
CONFIDENTIAL

```
--------------------------------------------------------------------------
Date:  7/25/06          PALM BEACH POLICE DEPARTMENT        Page:      30
Time:  8:47:53               Incident Report           Program: CMS301L
--------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                                    (Continued)

House with Haley Robson approximately eight months ago and sat in the
kitchen with the house chef but nothing happened. As the parents were
present during the interview, we felt that ████ was withholding
information from us. She made several comments as to she has put the
entire incident behind her. I left my direct telephone number and
advised should she wish to speak with me again to telephone me. Sgt
Frick and I thanked Mrs. ████ for her time and left the area.
She stated she would ask her again after we left as to what happened
at Epstein s house. I informed her that ████ had my telephone
number and hopefully she would call.

Sgt Frick and I then attempted contact with ████ at
████ in Loxahatchee. We met with ████ who stated ████ was
her daughter. ████ was at the Wellington Mall and was not home. We
explained the ongoing investigation and felt the ████ may have
additional information as we had information that she had worked for
Jeff. We left our phone numbers and asked her to telephone me upon
her daughter's return. We then left the area.

On October 4, 2005, at approximately 8:05 am, Sgt Frick had retrieved
a voice mail message from ████. She stated she had spoken
with her daughter and she had information as to what occurred at Jeff
s house. I contacted ████ who stated her daughter was in the
shower at the moment and would be traveling back to Orlando to attend
College. I informed her I would be en route to her home in
Loxahatchee. Det. Dawson and I drove to ████ home and met with
████ and ████. During a sworn taped statement,
████ stated she was taken to the house by Haley Robson. She was
told she could make money working for Jeff. ████ stated she would
have to provide a massage to Jeff. ████ stated upon her arrival to
the house she was brought to the kitchen area by Robson.

They met with the house chef and Haley stayed in the kitchen. She was
introduced to Sara, Jeff's assistant and was brought upstairs to the
mater bedroom. Sara prepared the room and massage table for a
massage. ████ Epstein entered the room and she provided a massage. ████
stated she kept her clothes on during the massage. She stated
sometime during the massage Epstein grabbed her buttocks and pulled
her close to him. ████ said she was wierded out by the incident
involving Jeff. At the conclusion of the massage, she was paid
$200.00 for the massage. I asked ████ if she has any formal training
in massages to which she replied no. I asked her if Robson received
any monies for taking her to perform the massage. ████ stated Robson
also received money for taking her there. ████ stated she went with
Robson and another girl, ████ to Jeff's house once. ████
stated she waited in the kitchen with Robson, while ████ was taken
upstairs by Sara. ████ stated she only did the massage once, as she
was wierded out by the whole experience. At the conclusion of the
interview and the tape was stopped, I was informed that Sara had
attempted to reach ████ via cell phone. A voice mail message on
October 4, 2005 at 10:59 am, revealed a female voice who identified
herself as Sara who requested her to call her back reference the

GIUFFRE005643
CONFIDENTIAL

---
```
Date:  7/25/06          PALM BEACH POLICE DEPARTMENT         Page:      31
Time:  8:47:53               Incident Report              Program: CMS301L
```
---

Case No. . . . : 1-05-000368                              (Continued)
police questioning. This voice mail message was recorded onto a micro
cassette. ████████ provided the incoming telephone number as
███████████. █ stated she inadvertently told ███████████ about
the police investigation because ███████ had called her to tell her
about how she just received a rental car from Jeff Epstein. ███████
had called her to tell her that she was given a rental car, a 2005
Silver Nissan Sentra, to utilize to visit family and visit Jeff.
███████ asked her what was going on at the house that the police would
be asking questions. ███████ stated ███████ then called Jeff and Sara
and asked what was going on reference the ongoing police
investigation. According to ██████ Sara has since then been trying to
contact her to ask about the police questions. I instructed ███████ not
to contact Sara and do not provide any more information to ███████ as
she would notify Jeff Epstein and Sara what was transpiring.

Investigation Continues...


*************************** N A R R A T I V E   # 8 ***************************
NA                      Reported By: LEE, LA'MONT                 10/07/05
                        Entered By.: ALTOMARO, NICKIE A.          10/07/05

On March 30, 2005, I was asked by Sgt. Daniel Szarszewski to begin
conducting surveillance and trash pulls reference Detective Pagan
conducting a criminal investigation involving Jeffrey Epstein. I was
advised that Epstein was possibly engaging in sexual contact with
young females.

On March 30, 2005, I made contact with Town of Palm Beach Sanitation
Office Supervisor Tony Higgins and requested trash pulls for 358 El
Brillo Way to begin on March 31, 2005.

On March 31, 2005 at 9:20 a.m., I responded to the area of 358 El
Brillo Way and met with Town of Palm Beach sanitation employee,
Jeffrey Williams. I observed Williams enter the driveway of 358 El
Brillo Way, collect the trash bags from Epstein's property and place
the contents into an empty sanitation truck. I followed Williams to a
nearby area, were he turned over seventeen white plastic trash bags,
which were collected from Epstein's property.

I took the trash bags to the sanitation department were I sifted
through its contents. I collected mail correspondence from Armani
Exchange addressed to Nada Marcinkova, Jeffrey E. Epstein notepaper
with ███████████████, an important message notepaper addressed to
J.E dated 03/29/05 at 8:15 p.m. reference █████████████. U.S Airways
boarding pass copy for passenger, Janusz Banasiak, Montgomery County,
Maryland Health Department food service ID ███████ for Janusz
Banasiak and Ghislaine Maxwell notepaper with names and phone numbers.
Photocopies of the trash collected were attached with the supplement.
Detective Pagan was advised of the contents that were collected for
evidentiary value.

GIUFFRE005644
CONFIDENTIAL

```
-------------------------------------------------------------------------
Date:  7/25/06         PALM BEACH POLICE DEPARTMENT        Page:      32
Time:  8:47:53             Incident Report            Program: CMS301L
-------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)
   On March 31, 2005, Sgt. Daniel Szarszewski requested that I set up a
   surveillance vehicle on El Brillo Way and conduct video surveillance
   of the front exterior of Epstein's residence.  At 3:00 p.m., I set up
   a surveillance vehicle equipped with a video monitoring device.  The
   surveillance vehicle was parked on El Brillo Way approximately fifty
   feet east of Epstein's driveway.  The purpose of the video
   surveillance was to gather investigative intelligence by monitoring
   and recording all vehicle and pedestrian traffic entering and leaving
   Epstein's property.

   The video surveillance tapes were changed daily with a new Maxell
   T-160 VHS tape.  Video surveillance was established for Epstein s from
   March 31, 2005 through April 05, 2005. On April 05, 2005, video
   surveillance was concluded.  I reviewed the video tapes and advised
   Detective Pagan the surveillance videos yielded no evidentiary value.

   On April 01, 2005 at 9:30 a.m., I responded to the area of 358 El
   Brillo Way to meet with Town of Palm Beach sanitation employee, Jessie
   Jones.  While parked in the area of 358 El Brillo Way waiting to
   collect Epstein s trash, I observed a white female, who I recognized
   as Nada Marcinkova from her Florida driver's license photograph.  I
   made no contact with Marcinkova. While parked in the area, I also
   observed Epstein s GMC Yukon truck leave the property as well as other
   vehicles arrive and park across the street from the property.  The
   occupants of these vehicles appeared to be housekeepers, maintenance
   men, and gardeners.

   At 9:38 a.m., I met with Town of Palm Beach sanitation employee,
   Jessie Jones.  I observed Jones enter the driveway of 358 El Brillo
   Way and collect the trash from Epstein s property.  I followed Jessie
   to a predetermined area at which time I collected the trash bags from
   the sanitation truck.  I transported the trash bags to the sanitation
   department, where I sifted through its contents.  I collected mail
   correspondences addressed to Jeffrey Epstein, automotive records and
   personal documents for Janusz Banasiak and Beata Banasiak as well as
   Jeffrey Epstein notepaper with the names and appointment times for
   ████████ and ████████.  No last names or other personal information was
   written on the notepaper.

   While sifting through Epstein s trash, I also collected a three-inch
   purple finger size object, which had a broken end.  The object
   appeared to be a broke piece from a sexual toy similar to a (Cyclone
   Vibrator) possibly used for rectal gratification.  The sexual object
   was photographed for Detective Pagan, packaged in a biohazard evidence
   bag (possible body fluids) and secured as investigative evidence.  All
   items collected from Epstein s trash were turned over to Detective
   Pagan for evidentiary purposes.

   On April 05, 2005 at 9:18 a.m., I met with Town of Palm Beach
   sanitation employee, Jessie Jones.  I observed Jones enter the
   driveway of 358 El Brillo Way and collect the trash from Epstein s
   property.  I followed Jessie to a predetermined area at which time I

GIUFFRE005645
CONFIDENTIAL

```
----------------------------------------------------------------------
Date:  7/25/06            PALM BEACH POLICE DEPARTMENT        Page:    33
Time:  8:47:53               Incident Report           Program: CMS301L
----------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)
   collected the trash bags from the sanitation truck.  I transported the
   trash bags to the sanitation department, where I sifted through its
   contents.  I collected mail correspondences addressed to Jeffrey
   Epstein as well as notepaper (Important Message) with names and
   telephone numbers.  The following are items collected from Epstein s
   trash.

   ███████████ blank piece of white paper ████████████
   black paper ████████████████████
   black paper ████████████████
   David
   MSN Hotmail web page with email address ██████████████████████com)

The following items were documented for Detective Pagan s
investigation for evidentiary purposes.

On April 06, 08, 11, 12, 13, 15, 2005, at approximately 9:30 a.m, I
met with Town of Palm Beach sanitation employees.  I observed the
employee enter the driveway of 358 El Brillo Way and collect the trash
from Epstein's property.  I followed the employee to a predetermined
area at which time I collected the trash bags from the sanitation
truck.  I transported the trash bags to the sanitation department,
where I sifted through its contents.

All of the documents collected from Epstein's trash during my
assistance were turned over to Detective Pagan for evidentiary
purposes.

On June 14, 2005, Detective Michelle Pagan contacted me and advised
that the airplane belonging to Jeffrey Epstein of 358 El Brillo Way
was parked at the Palm Beach International Airport.

Detective Pagan requested that I begin trash pulls for the purpose of
gathering evidence and intelligence.

I made contact with Town of Palm Beach Sanitation Office Supervisor
Tony Higgins and requested trash pulls for 358 El Brillo Way to begin
on June 15, 2005.

On June 15, 2005, I met with a sanitation employee.  I observed the
employee enter the driveway of 358 El Brillo Way and collect the trash
from Epstein s property.  I followed the employee to a predetermined
area at which time I collected the trash bags from the sanitation
truck.  I transported the trash bags to the sanitation department,
where I sifted through its contents.  The trash yielded negative
results and no evidence was collected.

No further trash was collected throughout the week due to the fact
that Epstein s security gates remained closed throughout the week;
therefore, the sanitation employees were unable to gain access onto
the property for collection of the trash.

GIUFFRE005646
CONFIDENTIAL

```
-----------------------------------------------------------------------
Date:  7/25/06          PALM BEACH POLICE DEPARTMENT      Page:      34
Time:  8:47:53              Incident Report              Program: CMS301L
-----------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)

    All evidence and intelligence gathered by this officer has been turned
over to the detective bureau and no further action has been taken by
this officer.

End of supplement.


*************************** N A R R A T I V E   # 9 ***************************
NA                      Reported By: RECAREY, JOSEPH                10/07/05
                        Entered By.: ALTOMARO, NICKIE A.            10/10/05

On October 4, 2005, I made telephone contact with ██████████████
who had left several messages on voice mail. During the message, she
advised she was not completely truthful when we met in person but
would like to speak with me to advise what had happened. She further
advised she did not want to speak of this incident in front of her
mother. At approximately 15:48 pm, I made telephone contact with
████████████████ at ██████████████ During a taped recorded
statement, ██████████ stated the following: Approximately a year ago,
when she was sixteen years of age, Robson took her to Jeff's house
twice. The first time she went, Haley Robson drove to the house.
They entered through the kitchen area where she was introduced to Sara
and Jeff. She was taken upstairs to a bedroom by Sara who set the
room up with a massage bed and brought out the oils to use. Jeff then
entered the room wearing a towel. He lay on the table and picked out
a lotion for ██████████ to rub on him. At one point during the massage,
he tried to remove her shirt at which point she became very upset and
discontinued the massage. Both ██████████ and Jeffrey had a verbal
disagreement at which time she left without being paid. She met with
Haley Robson who was sitting in the kitchen and told her let's go.
██████████ advised she received no money for that day. ████████ also
said that Haley Robson had told her if she was uncomfortable with what
was going on, to let him know and he'll stop. She knew that the more
you do the more you are paid.

Several weeks later, ██████████ advised she agreed to be taken a second
time by Haley Robson. Once they arrived at the residence, Haley sat
in the kitchen and Sara took her upstairs to the master bedroom again.
Sara set the room up with a massage bed and brought out the oils to
use. Jeff then entered the room wearing a towel. He lay on the table
and picked out a lotion for ██████████ to rub on him. At one point
during the massage, he tried to touch her buttocks. As ██████ was
wearing tight jeans and had a tight belt on Jeff was unable to touch
her buttocks. Jeff then rolled onto his back during the massage; he
attempted to touch her breasts. ██████████ then became upset again and
told him she didn't want to be touched. ██████ discontinued the
massage and was paid $200.00. ██████████ then went downstairs where
Haley Robson was waiting for her. She told Robson she wanted to
leave. ██████████ said she never returned to the house. ██████████
stated she is aware that her friend, ████████████████ was also at the
house and had a problem with Jeff. She provided a telephone number

GIUFFRE005647
CONFIDENTIAL

```
------------------------------------------------------------------------
Date:  7/25/06          PALM BEACH POLICE DEPARTMENT        Page:    35
Time:  8:47:53              Incident Report          Program: CMS301L
------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                            (Continued)
for ▮▮▮▮▮  The interview was concluded and the micro cassettes were
turn in as evidence.

On October 5, 2005, I researched the incoming telephone number that
had left ▮▮▮▮▮▮▮▮ a message. The telephone number, ▮▮▮▮▮▮▮▮▮
was assigned to ATT/Cingular Cellular service. I prepared a subpoena
request and faxed the request to the State Attorney s Office.
Information requested was subscriber information as well as all
incoming and outgoing calls for the months of September and October
2005.

I later researched ▮▮▮▮▮▮▮▮▮▮ and discovered she resides in Royal
Palm Beach. Det. Dawson and I drove to Royal Palm Beach and met with
▮▮▮▮▮▮▮▮ at her residence ▮▮▮▮▮▮▮▮▮▮ in Royal Palm Beach.

▮▮▮▮▮ agreed to speak with us in the kitchen area. During a sworn
taped statement, ▮▮▮▮▮ stated the following: On or about November
2004, she was approached by Haley Robson and asked if she wanted to
make money. She agreed and was told she would provide a massage to
wealthy man in Palm Beach. Robson picked her up and drove her to a
house in Palm Beach. She was brought into the kitchen area of the
house. She further stated that ▮▮▮▮▮▮▮▮ and ▮▮▮▮▮▮▮▮▮
went with them. They were brought into the kitchen where she was
introduced to Jeff and other females. ▮▮▮▮▮ stated she was
introduced to a helper of Jeff; the female was described as white
female (unknown name), with blond hair. She stated that the assistant
was familiar with Robson. The assistant set up the massage table and
put out lotions to be used. She told ▮▮▮▮▮ Jeff would available in a
minute. Jeff entered the room wearing only a towel. Jeff lay on the
massage table and picked a lotion to rub on his thighs and back.
▮▮▮▮▮▮▮ further stated that during the massage Jeff asked her to remove
her clothes. She complied and removed her pants and blouse. ▮▮▮▮▮
didn't remember if she had removed her bra but feels that she did.
▮▮▮▮▮ was certain that she stayed in her thong underwear. ▮▮▮▮▮
continued the massage and at one point she straddled him to massage
his back, which touched his buttocks with hers. ▮▮▮▮▮ was instructed
to return to the ground at which time Jeff turned to have his chest
rubbed. ▮▮▮▮▮ advised it was at this time she is sure he was
masturbating. ▮▮▮▮▮ did not want to look at his penis area because
she was uncomfortable. Jeff removed a large white vibrator and turned
it on. ▮▮▮▮▮ stated he began rubbing the vibrator over her thong
underwear on her vaginal area. Shortly thereafter, Jeff ejaculated
and removed himself from the table. He walked over to where the
shower was and opened the glass door. She waited as he was taking a
shower in her direct view. When I asked ▮▮▮▮▮ how old she was when
this occurred, she stated she had just turned seventeen. At the
conclusion of the shower, ▮▮▮▮▮ was paid either $350.00 or $400.00.
She stated she wasn't sure, but knows it was close to $400.00. At the
conclusion of the interview, ▮▮▮▮▮ stated she never returned to
provide a massage for Jeff. She advised she was ashamed and
uncomfortable with the situation.

GIUFFRE005648
CONFIDENTIAL

```
--------------------------------------------------------------------
Date:  7/25/06          PALM BEACH POLICE DEPARTMENT        Page:      36
Time:  8:47:53               Incident Report             Program: CMS301L
--------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                                (Continued)

Det. Dawson and I then left the area and responded to the ███████
███████ High School where Robson and all the above-mentioned girls had
attended. I met with School Police Officer, Off Williams. I
explained I was looking for a previous student who attended ███████
███████ High School. I inquired about ███████ I further explained
that I was working a case in which most of the girls I have
interviewed are either witnesses or victims and felt that ███████ may be
one as well. Officer Williams researched his previous student records
and found ███████ She attended the same year and graduated
in the same year as the other girls. I was provided the last known
address of ███████

At approximately 2:10 pm, Det. Dawson and I met with ███████ at
her residence, ███████ in Royal Palm Beach. As ███████ was
only seventeen years of age, I had notified her mother, Mrs. ███████
███████ that she would be interviewed reference an ongoing
investigation in Palm Beach. I assured her that her daughter was not
a suspect. I explained the possibility of her being either a witness
or victim. Mrs. ███████ advised she wanted ███████ to cooperate and
consented to the interview. During a sworn taped statement, ███████
███████ stated the following: at the age of sixteen, during the month of
September 2004, she was approached by Haley Robson for a chance to
make money. ███████ was friends with the friends of Robson and knew the
same people. ███████ had been previously told by her friends what
Robson did for Jeff. Robson called a person known to ███████ as Sara
and scheduled the appointment. Robson picked ███████ up and drove her
to Palm Beach to a street called Brillo Way. They drove to the end of
the street and entered a large driveway. They entered the kitchen
area of the house and met with Jeff. ███████ was introduced to Jeff.
Robson led ███████ upstairs to the main bedroom area and set up the room
with a massage table and set out the oils. Robson dimmed the lights
and turned on soft music. Robson exited the room and Jeff entered the
room wearing only a towel. Jeff picked oils and instructed her to rub
his legs, under his buttocks, back and chest area. Jeff asked her to
get comfortable. ███████ advised she did not remove her clothes. She
was wearing tight jeans and a cropped tank top exposing her belly
area. During the massage, Jeff removed his towel. As ███████ rubbed
his chest area, Jeff attempted to reach down her pants through the
buttocks area, however was unable to due to the tightness of the jeans
and a tight belt. ███████ advised Jeff began to masturbate as she
rubbed his chest. Jeff moaned as she rubbed his chest. She observed
he was continuing to masturbate and attempted to reach up her tank top
and touch her breasts. ███████ pulled back and Jeff stopped. However,
he kept masturbating until he climaxed. He cleaned himself with the
towel he was previously wearing. I asked ███████ if she knew the
difference between circumcised and not circumcised. She explained she
knew and advised Jeff was circumcised. ███████ was paid $200.00 for the
massage and left the area. She met with Robson who was waiting in the
kitchen area and left the house.

     ███████ then explained she never provided another massage for Jeff. She
did however, go to the house with Robson and ███████ as they

GIUFFRE005649
CONFIDENTIAL

```
-----------------------------------------------------------------------
Date:  7/25/06           PALM BEACH POLICE DEPARTMENT        Page:    37
Time:  8:47:53               Incident Report           Program: CMS301L
-----------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)
took another friend of Robson's. ████ advised she was present when
████████ went to work for Jeff. She advised she rode over and
sat in the kitchen area with Robson to wait for ████████ advised
that while they waited for ██████ the house chef prepared lunch for
them, as it was almost lunchtime. As ████ was finished with the
massage, they left the area. I asked ████ if Robson ever told what
would be expected of her when she provided a massage. ████ stated
yes, Robson told her that a massage would be expected possibly naked
and possibly some touching involved. ████ has no formal training in
providing massages.

████ spoke about a third and last time she went to Jeff's house.
Robson drove another girl, ██████████████ who is █████ friend, to
Jeff's house. ██████ stated she knew that Robson had made money
providing girls for Jeff and she wanted to do the same. Robson took
them in the kitchen area of the house and introduced ██████ to Sara.
Robson and Sara took ████████ upstairs to the main bedroom. ████
advised she doesn t know what happened as ██████ did not speak about
what happened in the room. ██████ received $100.00 from Robson for
going with her to Jeff s house and recommending ████████████ was
unable to remember ████████ s telephone number.  The interview was
concluded and we left the area.

Investigation Continues...


*************************** N A R R A T I V E   # 10 ************************
NA                      Reported By: RECAREY, JOSEPH              10/09/05
                        Entered By.: ALTOMARO, NICKIE A.          10/10/05

On October 6, 2005, Det. Dawson and I went to Lynn University located
in Boca Raton.  We met with Dean of Students, Paul Turner.  I
explained to Mr. Turner that we were investigating a crime within the
Town of Palm Beach and felt that a student, ████████ may have
information.  Turner confirmed that █████ is a student and currently
on the soccer team for Lynn University.  She was in computer class at
the time of our arrival.  Turner sent a security guard to locate ████
in class and bring her to the office. Mr. Turner allowed us to
interview ████ in an empty conference room.

At 11:45 am I met with ████████ and explained to her why we there
to interview her.  She advised she was aware of the ongoing
investigation. ████████ stated she had previously spoken with
████████ who told her she was interviewed by detectives.  During a sworn
taped statement, ██████ stated she knew that Haley Robson worked for
Jeff in Palm Beach.  ████████ advised she has been there many times for
massages.  I asked her if she had formal training in providing
massages, ██████ stated she did not.  ██████ advised she was told what
was expected of her by providing massages and would have to remove
clothing but if she felt uncomfortable just to say so and Jeff would
stop pushing the issue.  ██████ began providing massages and advised
she kept her clothes on.  She considered Jeff a pervert who kept

GIUFFRE005650
CONFIDENTIAL

```
-----------------------------------------------------------------------
Date:  7/25/06              PALM BEACH POLICE DEPARTMENT      Page:      38
Time:  8:47:53                   Incident Report           Program: CMS301L
-----------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                               (Continued)
pushing to go further and further. ████ explained she would keep
telling him she had a boyfriend and that it would not be right to her
boyfriend. It wasn t until recently ████ admitted to removing her
clothes and staying in her thong underwear to provide a massage.
████ explained Jeff wanted to be rubbed on his back and recently he
began turning over to have her rub his chest as he masturbated. He
would try to touch her breasts as she rubbed his chest. ████ stated,
Jeff would try to get away with more and more on each massage.
Originally, Robson drove her to the house for the original massage.
████ left Sara her cell phone number and every time Jeff would come
into town, Sara would call her for an appointment. Each time she
went, Sara would meet her at the kitchen door area. She would bring
her upstairs and prepare the massage table. ████ advised Jeff would
ask her questions about herself. He knew she was a soccer player and
would be attending Lynn University. I asked ████ if he knew her real
age, ████ stated Jeff didn t care. The most recent massage she
provided was on October 1, 2005. During the massage she asked Jeff if
she could borrow one of his vehicles to visit her family and boyfriend
in Orlando. Jeff had told she could borrow one of his vehicles but
later stated he would rent her a car. She continued with the massage
as Jeff grabbed her buttocks and caressed the buttocks cheeks. I
asked ████ if she was wearing undergarments to which she replied her
thong underwear. Once he tried to touch her breasts she would pull
away from him and he would stop. ████ was asked if he ever used a
vibrator on her. ████ was aware of the vibrator but advised she
never would allow him to use the vibrator on her. She described the
vibrator as a large white vibrator with a huge head on the tip of the
vibrator. She stated he kept the vibrator in a closet near the
massage table. ████ advised she had been doing the massage for
approximately two years, which meant she would have started doing
massages for Jeff at the age of sixteen.

████ stated she was contacted by Sara on October 3, 2005. Sara had
informed her that Jeff had rented her a new Nissan Sentra and she
should come by the house to pick it up. Sara informed ████ she would
have the car for a month. ████ stated Jeff knew her car was not
working properly and had missed appointments in the past because of
her car being inoperable. ████ explained the car is currently parked
next to the Gym field. I asked her if she ever took any one to the
house. ████ explained she took ████ a friend of hers who
has returned to Orlando to attend college. I asked she ever allowed
another female in the room. ████ advised no one was brought into the
room with her. At the conclusion of the interview, Det. Dawson and I
went to the Gym area and located the Silver Nissan Sentra bearing
Florida tag X98-APM. The vehicle is registered to Dollar rent a car
out of the Palm Beach International Airport.

Telephone contact was made with ████████ the victim's mother, at
████████ I explained to her that I was following up on this case
and provided a complete update on the case.

Investigation Continues.

GIUFFRE005651
CONFIDENTIAL

```
--------------------------------------------------------------------
Date:  7/25/06        PALM BEACH POLICE DEPARTMENT        Page:    39
Time:  8:47:53              Incident Report            Program: CMS301L
--------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* N A R R A T I V E  # 11 \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
NA                    Reported By: RECAREY, JOSEPH            10/21/05
                      Entered By.: ALTOMARO, NICKIE A.        10/21/05

On October 10, 2005, at approximately 2:30 p.m., I made telephone
contact with ▆▆▆▆▆▆▆. During a taped conversation, ▆▆▆▆▆ was
told of an ongoing investigation in which I felt she had information
pertaining to Jeffrey Epstein. ▆▆▆▆ explained she met Epstein when
she was just sixteen years of age. She was approached by
▆▆▆▆▆▆▆, a friend who also had previously gone to Epstein's house for
massages. ▆▆▆▆ advised she was working at the Wellington Mall when
she was approached. ▆▆▆▆▆▆ told her that she would have to provide
a massage to Epstein and she would have to perform this massage naked.
▆▆▆▆ thought about the offer and stated she could make $200.00 for
only 30 minutes of work. She agreed to perform the massage and
▆▆▆▆▆▆ set the appointment for her that same day. ▆▆▆▆▆ remembered it
was a weekend as she only worked at the mall on the weekends. ▆▆▆▆
took her to the house where she was introduced to Sara, Jeff Epstein's
assistant. Sara took her upstairs to a master bedroom. ▆▆▆▆
explained that as she was walking up the stairs she observed several
photographs of naked women along the walls and tables of the house.
▆▆▆▆ further explained that she was brought into the bedroom where
Sara prepared the room by setting up the massage table and provided
the oils for her to rub on Epstein.

Epstein entered the room and introduced himself. Epstein lay on the
table and told her to get comfortable. ▆▆▆▆ could not remember if he
was naked or if he entered the room with a towel. ▆▆▆▆ stated she
provided the massage wearing only her panties. She continued rubbing
his legs, thighs and feet. ▆▆▆▆ advised he turned over onto his back.
She continued to rub his legs with the oils. Epstein touched her
breasts and began to masturbate. I asked ▆▆▆▆ if she knew what
circumcised and un-circumcised meant. ▆▆▆▆ stated circumcised is when
the penis has no foreskin and the head of the penis is visible. ▆▆▆▆
said Epstein is circumcised. ▆▆▆▆ began to cry on the telephone and
stated she had been to his house hundreds of times over a two-year
period. She claimed to have made thousands of dollars during her
visits. ▆▆▆▆ stated she could not remember how many times exactly she
went to Epstein's home but said it was a lot.

▆▆▆▆ became more upset, crying hysterically and stated she was paid
and instructed to have sex with Epstein's assistant, Nada Marcinkova
by Epstein. Epstein continued to watch them have sex and masturbated
himself as they had sex with each other. She further stated that
things escalated further and further. Epstein used sexual toys such
as vibrators, rubber penises and strap-on penises on ▆▆▆▆
Additionally, ▆▆▆▆ stated he performed oral sex on her numerous times.
She claimed he (Epstein) put his fingers inside her vagina while he
masturbated in an attempt to make her climax. ▆▆▆▆ could not continue
and wanted some time to regain her composure. I explained to ▆▆▆ to
take her time. After taking several minutes to regain her composure I

GIUFFRE005652
CONFIDENTIAL

```
------------------------------------------------------------------------
Date:  7/25/06            PALM BEACH POLICE DEPARTMENT        Page:     40
Time:  8:47:53                 Incident Report           Program: CMS301L
------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)

explained that I would travel to meet with her in person as I felt she
had additional information to provide. I met with Sgt. Frick and
explained the importance to meet with █████ in person. Sgt. Frick
agreed and made arraignments for Det. Dawson and I to meet with █████
in Jacksonville, Florida.

On October 11, 2005, at 4:10 p.m., Det. Dawson and I met with
████████████████ and her friend, ███████ at ███████ in
Jacksonville, Florida. █████ wanted to have █████ present for
support. I explained to her that I did not have a problem as long as
she wanted █████ present during the interview. █████ stated she
wanted her present. I explained that as █████ was present she was
not allowed to comment or ask any questions during the interview. She
was only there to comfort █████ should the interview upset her.

During a sworn taped statement, █████ explained how everything began.
She said she was brought through the kitchen area where she met Sara
for the first time. She was led to the master bedroom, Epstein s
room. █████ explained that as she was walking up the stairs she
observed several photographs of naked women along the walls and tables
of the house. █████ further explained that she was brought into the
bedroom, where Sara prepared the room by setting up the massage table
and provided the oils for her to rub on Epstein. █████ explained she
remembered the steam room area, which contained two large showers.
Epstein entered the room from the steam room area and introduced
himself. Epstein lay on the table and told her to get comfortable.
█████ removed her skirt and kept her shirt on. She could not remember
if he was naked or if he entered the room with a towel. Epstein then
instructed her to remove her shirt. █████ removed her shirt and
remembered she was not wearing a bra. █████ stated she provided the
massage wearing only her panties. She continued rubbing his legs,
thighs and feet. █████ advised he turned over onto his back. She
continued to rub his legs with the oils. Epstein touched her breasts
and began to masturbate. Epstein ejaculated which meant the massage
was over. At the conclusion of the massage, █████ said $200.00.
They walked together downstairs where Sara and █████ were
waiting. █████ stated █████ received an unknown amount of money for
taking her to Epstein. Epstein instructed to leave her cellular
telephone number so that he could contact her when he is in town.

█████ explained that she continued to go to Epstein s house and became
a regular at the house. She could not provide an exact number but
claimed she had been their hundreds of times. She claimed sexual
activities did not occur every time she was there. There were times
she went to dinners and parties with Epstein. █████ explained that
things began to escalate more than the massage. The encounters
included bringing in his assistant, Nada Marcinkova. █████ explained
Epstein had purchased her from her family in Yugoslavia. Epstein
bragged he brought her into the United States to be his Yugoslavian
sex slave. █████ advised he was naked in the bedroom, she entered and
removed her clothing. Marcinkova entered the room from the steam room
area already naked. He instructed █████ to perform oral sex on

GIUFFRE005653
CONFIDENTIAL

```
------------------------------------------------------------------------
Date:  7/25/06            PALM BEACH POLICE DEPARTMENT        Page:     41
Time:  8:47:53               Incident Report             Program: CMS301L
------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                            (Continued)

Marcinkova ██████ refused to perform that act.  Epstein offered her
an additional $200.00 for her to perform oral sex on Marcinkova for
five minutes. ██████ agreed to perform the oral sex for the additional
$200.00. ██████ explained that Epstein would masturbate while he
watched them perform sexual acts.

Things continued to escalate by purchasing sex toys. ██████ stated she
had massagers, vibrators and strap on rubber penises used on her.
Each time something new was introduced additional monies were produced
and offered for ██████ to allow the acts to happen. ██████ was adamant
that she performs all these acts but there was an understanding with
Epstein that no vaginal penetration would occur with his penis. ██████
explained that Epstein's penis was deformed. ██████ explained that his
penis was oval shaped.  She claimed when Epstein's penis was erect, it
was thick toward the bottom but was thin and small toward the head
portion.  She called it egg-shaped.

██████ continued that the sexual encounters with Marcinkova, Epstein and
her became a ritual. ██████ would arrive at the house and walk herself
upstairs, where Marcinkova and Epstein were waiting. ██████ would
remove her clothing and join them on the bed. ██████ explained
Marcinkova and she would begin by kissing and touching each other.
██████ explained sex toys were brought into the bed by either Epstein or
Marcinkova and they would begin using the toys on each other.  Epstein
would perform oral sex on either person depending who was on top
during the intercourse. ██████ explanation revealed they were in a
missionary position.

██████ advised one day, ██████ was unable to state and exact date when
this incident occurred), she came to the house after Sara had informed
her that Epstein had arrived.  She arrived at the house and went
upstairs to the master bedroom. ██████ advised she immediately removed
her clothing, as Nada Marcinkova and Epstein were already naked in the
bedroom. ██████ explained that Nada Marcinkova and she had a sexual
encounter to include kissing, touching and oral sex. ██████ remembered
that she climaxed and was removing her self from the massage table.
██████ asked for a sheet of paper and drew the massage table in the
master bathroom and where Epstein, Marcinkova and she were.  Epstein
turned ██████ on to her stomach on the massage bed and inserted his
penis into her vagina. ██████ stated Epstein began to pump his penis in
her vagina. ██████ became upset over this.  She said her head was being
held against the bed forcibly, as he continued to pump inside her.
She screamed no, and Epstein stopped.  She told him that she did not
want to have his penis inside of her.  Epstein apologized for his
actions and subsequently paid her a thousand dollars for that visit.
Additionally, shortly thereafter, Epstein gave ██████ a 2005 Doge Neon,
blue in color for her personal use.

██████ advised there were times that she was so sore when she left
Epstein's house. ██████ advised she was ripped, torn, in her vagina
area. ██████ advised she had difficulty walking to the car after
leaving the house because she was so sore. ██████ advised that other

GIUFFRE005654
CONFIDENTIAL

```
-------------------------------------------------------------------
Date:  7/25/06          PALM BEACH POLICE DEPARTMENT        Page:     42
Time:  8:47:53               Incident Report            Program: CMS301L
-------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)
than that one time, when Epstein inserted his penis inside her vagina,
there was no other penile intercourse.

████ provided names of girls that she knew of that have gone to
Epstein's house. ████ provided the name of ████ and feels she
still may be going to the house to massage Epstein. According to
████ ████ is still sucking his dick."

When asked if she had been recently contacted by anyone of the house,
████ advised she received an email from Sara, from ████ ████
████net, which is her email account. The email was just
a hello, how are you doing type of email. There had been no other
contact from the house. The interview was concluded and ████ left the
area. The tapes and drawing were submitted into evidence.

Investigation continues...


*************************** N A R R A T I V E   # 12 ***************************
NA                      Reported By: RECAREY, JOSEPH            11/01/05
                        Entered By.: ALTOMARO, NICKIE A.        11/07/05

On October 12, 2005, Det. Dawson and I traveled to the Orlando area
and made telephone contact with ████████ agreed to meet
with us as we were in the Orlando area. ████ provided directions to
her apartment. Det. Dawson and I met with ████ who stated, during a
sworn taped statement that nothing happened between her and Epstein.
████ appeared nervous during the interview. I assured her that I
had spoken with other people who advised differently. ████ stated
she only went a couple of times and provided a massage to Epstein.
She stated she was brought to the Epstein house in March of 2005.
████ brought her to work. ████ has no formal training in
providing massages. ████ stated she provided a massage, fully
clothed for $200.00. As I sensed hesitancy in her answers, I asked
████ if she had been contacted by anyone from the house. ████
stated she was interviewed already by an investigator for Epstein. He
met with her on October 8, 2005, at a Roadhouse in Orlando. He
identified himself as Paul and inquired about the police investigation
and left his telephone number ████ for additional contact.
████ provided no additional information, as it appeared her
responses were almost scripted. We left the area and returned to Palm
Beach Police Department.

Based on the information acquired during the interviews, a search
warrant was prepared for entry at the Epstein home. On October 18,
2005, I met with Judge Laura Johnson who reviewed the warrant request.
She found there was sufficient probable cause and signed the warrant
request. On October 20, 2005, at approximately 9:36 am, members of
the Palm Beach Police Investigations Unit executed the search warrant
at 358 El Brillo in Palm Beach. Members of the Investigations Unit
included Capt Gudger, Sgt Frick, Det. Dicks, Det. Dawson, Det.
Melnichok, Det. Sandman, Det. Krauel, the crime scene unit and myself.

GIUFFRE005655
CONFIDENTIAL

```
------------------------------------------------------------------------
Date:  7/25/06          PALM BEACH POLICE DEPARTMENT          Page:    43
Time:  8:47:53               Incident Report            Program: CMS301L
------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                            (Continued)

As we entered onto the property, we encountered the house manager,
Janusz Banasiak who was in the guest portion of the house.  The
guesthouse section had open doors and no forced entry was made.  I
made contact with Banasiak, Date of Birth ███████    Fl DL
███████, and informed him of the search warrant for the
premises.  The members of the Police Department entered the residence
and announced we had a search warrant.  A safety search was done and
members exited the home.  I read the search warrant to Banasiak as Mgr
Parkinson videotaped the search warrant execution.  Several interior
decorators were located on the property.  I spoke with Mark Zeff, of
███████ New York.  Mr. Zeff stated he is the designer for
Mr. Epstein's homes.  He advised he was contacted in March of 2005 to
do a complete overhaul on the house.  He advised he was on the phone
with Mr. Epstein when officers announced the search warrant.  Mr.
Epstein was then made aware of the search warrant.  Mr. Zeff advised,
his contact with Epstein is strictly business and he has never
witnessed Epstein with any girls except for his assistants, Sara or
Nada.

I then interviewed Daniel Estes, of ███████ in New York.
Mr. Estes stated he has worked for Zeff for seven years.  He advised
he personally worked on the New York and Palm Beach home for Mr.
Epstein.  He has previously met with Sara and Adrianna, Epstein's
assistants in New York and in Florida.  Estes stated they travel with
Epstein everywhere he goes.

I interviewed Zara Bailey of ███████ New Jersey.
Bailey stated she just arrived from Scotland and has worked with Zeff
for only one month.  She stated she has never met Epstein and has not
seen him.  The interview was then concluded.

I then spoke with Douglas Schoettle ███████ New York
City.  Schoettle stated he has been Epstein's Architect for seven
years.  He further stated he deals with Epstein's assistants and
speaks with Epstein on the phone.  Schoettle stated he mainly speaks
with Sara Kellen, Epstein s main assistant, who travels with Epstein.
Schoettle stated he only has contact with Epstein when his services
are needed.

At approximately 10:30 am, I was informed that the videotaping was
concluded.  I entered the residence and located two covert (hidden)
cameras.  The first camera was a covert wall clock in the garage area.
I traced the wire behind the clock and removed the RCA wire and
unplugged the camera.  The other covert camera was located within a
desk clock beside Epstein's desk.  I traced the wire behind the clock
and unplugged the RCA wire.  I could not locate another camera.  I
then began with the search of the residence for the specified
evidence.

My search consisted of the second floor.  Det. Krauel and I began in
the master bedroom area where several items were located.  They were

GIUFFRE005656
CONFIDENTIAL

```
-----------------------------------------------------------------------
Date:  7/25/06          PALM BEACH POLICE DEPARTMENT       Page:     44
Time:  8:47:53               Incident Report          Program: CMS301L
-----------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)
    marked to be retrieved by the evidence custodian.  In the master desk
    with Epstein's notepads marked Jeffrey Epstein we located a high
    school transcript from ████████████ High School for ████████
    ████████  Also in the room, was the dresser /armoire where we located a
    bottle of peach flavored Joy Jelly (Sexual Lubricant).  Additionally,
    there were several photographs of young naked teenage girls within the
    closet, which was consistent with what the witnesses said.  The
    massage table was also located within the master bedroom.  Video tapes
    were located beside the television, which were also collected.  An
    itemized list of the property and locations was prepared on the
    property receipts.  At approximately 2:55 pm, the house was secured;
    the exit of the residence was videotaped.  Upon our exit of the
    property, I encountered Atty. Guy Fronstein who advised he was
    representing Mr. Epstein.  He provided a business card and provided
    his assistance with the investigation.

    Due to Hurricane Wilma, which struck South Florida causing massive
    power outages, the courthouse was closed due to the lack of power.  I
    was previously told that the Chief Judge had extended the filing
    deadlines due to the hurricane and the Courthouse being closed.  On
    October 27, and 28, 2005 the courthouse was closed and I could not
    file the search warrant and inventory at the clerk's office.  On
    October 31, 2005, I responded to the courthouse and filed the
    paperwork along with an order to seal, signed by Judge Johnson, to
    deny any release of any paperwork on this case.

    INV CONTINUES..

*************************** N A R R A T I V E   # 13 ***********************
NA
                    Reported By: PARKINSON, GREGORY A.        10/20/05
                    Entered By.: ALTOMARO, NICKIE A.          11/07/05

    On October 20, 2005, at approximately 8:30 a.m., Thursday morning, I
    was advised by Captain Gudger that a search warrant would be executed
    and that I was to assemble the Crime Scene Investigative Team and
    stand by the south side of the building ready to go.  I designated
    Evidence Specialist Annette Badger to handle the inventory return, the
    documentation of the property receipts and the collection and bagging
    of the evidence at the scene.  I further instructed CSI Kim Pavlik, ID
    # 8807, to accompany us and perform the role of photographing the
    scene and the items that may be taken into custody by the affiant,
    Detective Joseph Recarey, ID # 7915.

    My responsibility was to go through from the reading of the warrant to
    the final exit from the residence and perform a video recording of the
    reading of the warrant, the initial walk through of the residence
    showing the current condition and then finally a walk through of the
    residence at the time of the police exit.

    We started out towards the residence, which was located at 358 El
    Brillo and arrived at approximately 9:33 a.m.  The search was
    conducted, items were collected by Evidence Specialists Badger,

GIUFFRE005657
CONFIDENTIAL

```
------------------------------------------------------------------------
Date:  7/25/06           PALM BEACH POLICE DEPARTMENT        Page:   45
Time:  8:47:53                Incident Report           Program: CMS301L
------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                           (Continued)
    photographed by CSI Pavlik and then videotaped by myself.  The search
was concluded at approximately 3:05 p.m. whereupon Detective Recarey
and I were the last two officers in the house.  Upon securing the
residence we met with the gentleman who identified himself to
Detective Recarey as the lawyer for the defendant and he was informed
that the residence was secured and that copies of the inventory return
had been left on the first floor table of the personal assistant's
office.

Detective Recarey and I returned to Police Headquarters and secured
for the day.


*************************** N A R R A T I V E   # 14 ***************************
NA                    Reported By: DAWSON, MICHAEL C.              11/07/05
                      Entered By.: ALTOMARO, NICKIE A.             11/07/05

On October 20, 2005, I assisted Defective Recarey in the execution of
a search warrant at 358 El Brillo Way, Palm Beach, Florida, 33480.

Upon the announcement of the search warrant, immediate contact was
made with three white males who came out of the house or surrounding
structures.  Those males were identified as Janusz Banasiak, Daniel
Estes, and Mark Zeff.  As other members of the police department
cleared the home, I kept watch over these three males.  Once the house
was cleared, those males were turned over to Detective Recarey.

Detective Dicks and I were assigned to assist in the search of the
main house, the cabana and the servant's quarters.  We started in the
garage.  All areas of the garage were searched to include four
vehicles.  These vehicles were three black Mercedes Benz cars
registered to Jeffrey Epstein.  The fourth vehicle was a Harley
Davidson motorcycle, green in color, registered to Jeffrey Epstein.
Nothing was recovered from the garage.

A towel closet and pantry located off the kitchen were searched and
yielded negative results.

The kitchen was searched and taken into evidence was a phone message
book that was located near a house phone.

North of the kitchen was an office room which contained a computer.
The room had a closet that contained a locked gun locker.  The
combination was entered by Banasiak in the presence of Sgt. Frick and
the safe was opened.  Items were taken from the room.  See the
completed property receipt for a detailed list.

A green bathroom located on the first floor was searched and nothing
was taken.

A closet located just west of the green bathroom was searched.  Two
massage tables were located in the closet along with a photo of a nude

GIUFFRE005658
CONFIDENTIAL

```
------------------------------------------------------------------
Date:  7/25/06          PALM BEACH POLICE DEPARTMENT       Page:     46
Time:  8:47:53             Incident Report              Program: CMS301L
------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)
       female from the waist up.  See the property receipt for details.

       I searched two bedrooms and their adjoining bathrooms, which were
       located on the second floor on the East side of the house.  In the
       Northeast bedroom closet I found adult sex toys called Twin Torpedoes.
       Soap made in the shape of a penis and vagina were also found in these
       upstair bedrooms.  See the property receipt for details.

       I searched the pool cabana located on the South side of the pool.
       Photos were taken from the wall.  See the property receipt for
       details.

       I assisted in the search of Banasiak's living quarters.  Numerous CD s
       along with a message book was seized.  See the property receipt for
       details.

************************* N A R R A T I V E  # 15 *************************
NA                     Reported By: RECARRY, JOSEPH            11/08/05
                       Entered By.: ALTOMARO, NICKIE A.        11/08/05

       On November 1, 2005, I was contacted by Atty. Gus Fronstin, who
       advised he was willing to assist with the investigation. Atty.
       Fronstin advised he would try to have his client, Jeffrey Epstein
       available to be interviewed.  I explained I was interested in
       conducting an interview with his client as well as other employees
       that are employed within the house.  Atty. Fronstin advised he would
       return my call once he received confirmation on the interviews.

       On November 6, 2005, I attempted contact with ███████████ at her
       residence.  I left a business card for her to return my call.  Upon
       returning to the police department, I had received a telephone call
       from ████████  I returned her call at ███████████ and spoke
       with ████████  She made arrangements to respond to the station to
       provide an interview.  At approximately 3:30 pm, she arrived at the
       Palm Beach Police Station with her boyfriend.  Her boyfriend was
       allowed to sit in the lobby area while Ms. ████████ was interviewed.

       I took Ms ████ to the Detective Bureau Interview room.  I closed the
       door for privacy and explained to her that I appreciated her coming to
       the police station for the interview.  During the sworn taped
       statement, she advised she was at Jeffrey Epstein s house one time.
       Approximately two months ago, she was approached by a girl, ████████
       ████████, who was dating her roommate, to make some quick money.
       advised she was in need to make some quick cash to make the rent that
       month.  She agreed to go to the house.  She had been told by ████████
       ████████ that the massage would have to be done in her underwear.  She
       advised ████████ drove with her and brought her into the house.  They
       walked into the kitchen area and took the stairs upstairs.  ████████
       further stated she was brought into a master bedroom area.  She
       advised she recalled seeing portraits of naked women throughout the
       room.  A massage table was already out near the sauna/shower area in
       the master bedroom.  Epstein entered the room wearing only a towel and

GIUFFRE005659
CONFIDENTIAL

```
-------------------------------------------------------------------
Date:  7/25/06          PALM BEACH POLICE DEPARTMENT        Page:    47
Time:  8:47:53               Incident Report          Program: CMS301L
-------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                            (Continued)
       introduced himself as Jeff. ███████ advised she recalled she and
       removed their clothing down to their panties, Epstein lay on his
       stomach area and they provided a massage on his legs and feet area.  I
       asked ████████ if she had any formal massage training and she replied
       no. ████████ advised she was topless and the panties she wore were the
       boy shorts lace panties. She and ████████ continued the massage until
       the last ten minutes of the massage, Epstein, told ██████ to leave the
       room so that ██████ could finish the massage.

       ████████ got dressed and Epstein turned over onto his back.  Epstein then
       removed the towel, which had been around his waist.  Epstein laid
       there naked and requested that ██████ rub his chest area. ████████
       stated as she did this, Epstein, began masturbating as she rubbed his
       chest. ████████ stated he pulled down her boy short panties and he
       produced a large white vibrator with a large head.  She stated it was
       within a drawer in his master bathroom.  He rubbed the vibrator on her
       vagina area. ████████ advised he never penetrated her vagina with the
       vibrator.

       He continued to rub her vagina with the vibrator as he continued to
       masturbate. ████████ stated she was very uncomfortable during the
       incident but knew it was almost over.  Epstein climaxed and started to
       remove himself from the table.  He wiped himself with the towel he had
       on previously and went into the shower area ████████ got dressed and
       met with ████ in the kitchen area.  Epstein came into the kitchen and
       provided ████████ 200.00 for bringing ████████ and paid $200.00 to
       ████████ for providing the massage. ████████ was told to leave her telephone
       number with Sarah, his assistant for future contact. ████████ provided
       her cellular telephone number for future contact. ████████ was asked
       if she was recently contacted about this investigation by anyone from
       the Epstein organization.  She replied she was called but it was for
       work.  She stated she was called by Sarah for her to return to work
       for Epstein. ████████ stated work is the term used by Sarah to provide
       the massage in underwear. ████████ advised she declined, as she was not
       comfortable in providing that type of work.  The interview was
       concluded and the videotape was placed into evidence.

       Investigation Continues..

**************************** N A R R A T I V E   # 16 ***************************
NA                     Reported By: RECAREY, JOSEPH          11/10/05
                       Entered By.: ALTOMARO, NICKIE A.       11/10/05

       On November 7, 2005, I made telephone contact with ████████████████ who
       advised she would be able to meet with me at her home.  Det. Sandman
       and I traveled to her home in Royal Palm Beach and made contact with
       ████████.  During a sworn taped statement, ████████ stated she met
       Jeffrey Epstein through Haley Robson.  Robson would approach females
       who wished to work for him. ████████ stated she was asked to work for
       him but declined. ████████ explained that work means give massages.
       She was asked about any formal training in providing massages to which
       she said no. ████████ said she accompanied Robson and other females
```

GIUFFRE005660
CONFIDENTIAL

```
-----------------------------------------------------------------------
Date:  7/25/06           PALM BEACH POLICE DEPARTMENT        Page:      48
Time:  8:47:53              Incident Report              Program: CMS301L
-----------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                                (Continued)

who were taken to Epstein s house to provide massages. ████
further stated she had been to the house approximately 4 or 5 times in
the past year.  She accompanied Robson with ████
████████ the 14-year-old victim, and ████.
Each time the girls were taken over, they were previously told they
would have to provide a massage, possibly naked. It was also told that
should Epstein require them to do anything extra and they were not
comfortable just to tell him and he would stop. ████ stated
Robson received $200.00 for each girl she brought over to massage
Jeffrey Epstein.  When I asked which girl appeared to be the youngest,
she replied, the victim, as she stated she was fifteen years old at
the most; she looked really young. ████ further stated each time
she went to the house, she sat in the kitchen and waited with Robson
until the massage was over.  She further stated that the cook would
make lunch or a snack for them as they waited.  I asked her if there
was anything that caught her attention within the home. ████
stated there were a lot of naked girls in photographs throughout the
house.  The interview was concluded and the tape was turned into
evidence.

Investigation Continues..

****************************** N A R R A T I V E   # 17 ************************
NA                         Reported By: RECAREY, JOSEPH              11/10/05
                           Entered By.: ALTOMARO, NICKIE A.          11/10/05

Det. Dawson and I attempted contact with ████████ in Royal Palm
Beach.  I left my business card at her front door.  Ms ████
returned my call and arranged a meeting with me at the Palm Beach
Police Department for November 8, 2005.  At approximately 2:00pm,
████████ arrived at the Palm Beach Police Department.  She was brought
into the interview room and the door was closed for privacy.  She was
told that I appreciated her coming to the police station for
questioning regarding an on going investigation.  She was told that I
was investigating a crime involving Jeffrey Epstein and knew, based on
the investigation, that she had encounters with him in the past.
During a sworn taped statement, ████ stated she had met Epstein
approximately two years ago.  She was first introduced to Epstein by
Haley Robson.  Robson approached her about working for Epstein and
providing a massage to him for $200.00.  The arrangements were made
and as Robson could not take her the day the arrangements were made,
████████ took ████. ████ also attended ████████High
School and was familiar with Epstein.

████ recalled she was brought there and entered through the back
kitchen door.  She had met with an assistant Sarah and another
assistant Adrianna.  Sarah brought her upstairs as she observed
several photographs of naked females throughout the house. ████
stated Epstein came in the room, wearing only a towel, and laid on the
table. ████ stated he picked out the oils he wanted her to use and
requested she remove her clothing to provide the massage. ████
stated that on the first massage she provided she did not remove her

GIUFFRE005661
CONFIDENTIAL

```
-----------------------------------------------------------------------
Date:  7/25/06          PALM BEACH POLICE DEPARTMENT          Page:      49
Time:  8:47:53                 Incident Report            Program: CMS301L
-----------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                            (Continued)
clothing. ▮▮▮▮▮stated she had returned several times after that.
Each time she returned more things happened. ▮▮▮▮▮stated that the
same thing would happen.  Epstein would walk into the master
bedroom/bathroom area wearing only a towel.  He would masturbate as
she provided a massage. ▮▮▮▮▮stated she was unsure if he climaxed
as he masturbated under the towel.  Additionally she never looked blow
his waist.  She claimed that Epstein would convince her to remove her
clothes.  She eventually removed her clothes and stayed in her thong
panties.  On occasion, Epstein would use a massager/vibrator, which
she described as white in color with a large head, on her.  Every time
she provided a massage he would masturbate. ▮▮▮▮▮added she has no
formal training in providing a massage. ▮▮▮▮▮stated she brought
two females during her visits to provide massages. ▮▮▮▮▮stated she
brought a girl named ▮▮▮▮▮and ▮▮▮▮▮from ▮▮▮▮▮
High School. ▮▮▮▮▮stated she received $200.00 for each girl she
brought.  Additionally, ▮▮▮▮▮was given $200.00 for taking her in the
very beginning.  The interview was concluded and the tape was placed
into evidence.

Investigation continues...


**************************** N A R R A T I V E  # 18 ***************************
NA                    Reported By: RECAREY, JOSEPH                11/13/05
                      Entered By.: ALTOMARO, NICKIE A.            11/14/05

On November 8, 2005, I made telephone contact with ▮▮▮▮▮ W/F,
▮▮▮▮▮,1987, at her residence. ▮▮▮▮▮responded to the police station
for an interview reference an ongoing investigation.  At approximately
2:30 pm, she arrived at the Palm Beach Police Station and was brought
into the interview room for the interview.  The door was closed for
privacy and she was told that I appreciated her cooperation in this
case.  During a sworn taped statement, ▮▮▮▮▮stated she had met
Jeffrey Epstein approximately one year ago.  She was approached by a
subject known to her as ▮▮▮▮▮. ▮▮▮▮▮had asked her if she wanted
to make money providing massages to Epstein. ▮▮▮▮▮had heard that
several girls from ▮▮▮▮▮High School were doing this and
making money.  She agreed and was taken to the house by ▮▮▮▮▮. ▮▮▮▮▮
had introduced her to Sarah and Epstein and brought her upstairs to a
master bedroom and Master bathroom where a massage table was prepared
and the proper oils were taken out. ▮▮▮▮▮left the room and waited
downstairs for ▮▮▮▮▮ ▮▮▮▮▮stated Epstein entered the room wearing a
towel and she provided a massage wearing only her thong panties.
▮▮▮▮▮advised Epstein had masturbated every time she provided a
massage.  She stated Epstein continued to masturbate until he
climaxed; once that occurred the massage was over.  She felt the whole
situation was weird but she advised she was paid $200.00 for providing
the massage.  She also stated ▮▮▮▮▮received $200.00 for bring ▮▮▮▮▮to
Epstein.

▮▮▮▮▮stated she had gone a total of 15 times to his residence to
provide a massage and things had escalated from just providing a

GIUFFRE005662
CONFIDENTIAL

```
-------------------------------------------------------------------
Date:  7/25/06           PALM BEACH POLICE DEPARTMENT        Page:     50
Time:  8:47:53               Incident Report             Program: CMS301L
-------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                                  (Continued)
massage.  Epstein began touching her on her buttocks and grabbed her
closer to him as he masturbated.  Epstein also grabbed her breasts and
fondled her breast with his hands as she provided the massage. ████
stated on one occasion, he offered extra monies to have vaginal
intercourse.  She stated this all occurred on the massage table.
████████stated Epstein penetrated her vagina with his penis and began
having intercourse with her until he reached the point of climax.
Epstein removed his penis from her vagina and climaxed onto the
massage table.██████received $350.00 for her massage.  I asked her
if she had any formal training in providing massages,█████stated she
did not.

████████continued to state on one other occasion, Epstein introduced his
assistant, Nada, into the massage.  Nada was brought into room with
████████to provide a massage.  Epstein had them kiss and fondle each
other around the breasts and buttocks as they provided a massage to
Epstein.  Epstein, watched and masturbated as this occurred.  On other
occasions, Epstein introduced the large white vibrator/massager
during the massage.  Epstein stroked the vibrator/massager on████
vagina as she provided the massage.

████████stated the last time she spoke with anyone at the house, was
with Sarah during the weekend of October 2 or 3, 2005. ████stated
she had brought two people to the Epstein house.  She provided the
names of████████and██████(unknown last name).  It should
noted█████had been previously identified as███████and had
been previously interviewed.  The interview was concluded and the
videotape was placed into evidence via the locker system.

On November 9, 2005, Sgt Frick and I traveled to ████████
████in Boynton Beach, Florida in hopes to interview Juan Alessi, the
former houseman of Epstein's home.  As no one was home, a business
card was left for him to return my call.  We then traveled to
████████in Miami in hopes to interview Alfredo Rodriguez, a former
house man of Epstein.  We did not locate them at home.  I left a
business card for him to return my call.

We then traveled to Lynn University and met with Dean of Students, Mr.
Turner.  We requested to speak with ████████, ████was re
interviewed, as she still was in possession of the rental car that
Epstein had acquired for her. ████stated that Sarah, Epstein's
assistant, had called her on her cellular telephone and informed her
that rental was extended for her.  Sarah stated she had paid an
additional $625.00 for her to keep the rental an extra month. ████
was asked if she had any additional contact with either Epstein or
anyone from his organization.█████stated she did not, other than
the telephone call informing her that she could keep the car for an
extra month.████did not provide any additional information.

On November 10, 2005, at approximately 9:47 am, Alfredo Rodriguez had
telephoned reference my business card found on his door.  Rodriguez
stated he had worked with Epstein for approximately six months after

GIUFFRE005663
CONFIDENTIAL

```
----------------------------------------------------------------------
Date:  7/25/06            PALM BEACH POLICE DEPARTMENT       Page:     51
Time:  8:47:53                  Incident Report          Program: CMS301L
----------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)
        the previous houseman left.  Rodriguez stated that it was his
        responsibility to keep the identity of the masseuses private.  Mr.
        Epstein had a massage in the morning and one in the afternoon.  Mr.
        Rodriguez stated he would rather speak about this in private.  He
        advised he would come to the police station to speak with me.
        Rodriguez stated he would return my call on Monday, November 14, 2005.

        I then made telephone contact with Juan Alessi.  He advised he found
        my card on his door and wanted to know what I needed to speak with him
        about.  I explained to Alessi that I was conducting an investigation
        on his former employer, Mr. Epstein.  Alessi stated he would return my
        call shortly as he was in the middle of a project at his home.  I
        received a telephone call from Attorney Donald Morrell from ███████
        Mr. Morrell stated he represented Mr. Alessi and did not want me
        speaking with his client.  I then made telephone contact with the
        State Attorney s Office and confirmed that subpoenas would be issued
        to the former employees to assist in the investigation.

        I then made telephone contact with Attorney Guy Fronstin, attorney for
        Mr. Epstein.  I explained to Mr. Fronstin that I would like to speak
        with Mr. Epstein.  He stated Mr. Epstein is not in residence in
        Florida at this time and would check with him to ascertain if he could
        be here by Wednesday November 16, 2005 for an interview.  Mr. Fronstin
        stated he would return my call should Mr. Epstein decide to come in to
        the police station for an interview.

        Investigation continues.

************************** N A R R A T I V E   # 19 ***********************
NA                      Reported By: RECAREY, JOSEPH            11/15/05
                        Entered By.: ALTOMARO, NICKIE A.        11/16/05

        On November 14, 2005, Det. Sandman and I traveled to ████████
        ██████ in Loxahatchee, Florida and spoke with ██████████ ████ She was
        told of the ongoing investigation involving Epstein. ████████ advised
        she had gone to the house on several occasions.  During a sworn taped
        statement, she advised she started going to the house approximately
        one year ago and was brought by ██████████████████ .  ██████████
        stated ██████ brought her into the house and she was introduced to a
        girl named Sarah.  Once she met her, Sarah brought her upstairs into a
        master bedroom bathroom.  ██████ stated she met Jeffrey in the
        bathroom.  He lay on the table and picked the massage oils.  She
        provided the massage, as he lay naked on the massage bed.  She stated
        she rubbed his calves and back area.  Upon the end of the massage,
        Epstein removed himself from the massage table and paid her $300.00
        for the massage.

        ██████████ stated she had only been at the house approximately five or
        six times.  ████████ said each time she went to the house she was
        notified by Sarah, Epstein's assistant, that Epstein was in town and
        would like her to work.  ████████ stated she returned to the house and
        was again led upstairs by Sarah.  She provided the massage, clothed.

GIUFFRE005664
CONFIDENTIAL

```
-------------------------------------------------------------------
Date:  7/25/06              PALM BEACH POLICE DEPARTMENT        Page:        52
Time:  8:47:53                    Incident Report           Program: CMS301L
-------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                                   (Continued)

████████████ advised it wasn't really weird until later on. ████████ was
asked if she ever removed her clothing to provide a massage. ████████
stated it was not until the third time she went that she removed her
clothing. ████████ stated she was notified by Sarah that Epstein
wanted her to come to work.  She arrived at the house and was led
upstairs by Sarah.  She started providing the massage when Epstein
asked her to remove her clothing. ████████ removed her pants, shirt
and bra.  She stayed in her thong panties and continued rubbing
Epstein.  Epstein turned over onto his back and she rubbed his chest
area. ████████ stated she knew he was masturbating himself as she
providing the massage. ████████ stated she believed he climaxed based
on his breathing.  She did not want to view either the climax or the
fact that he was masturbating. ████████ stated once the breathing
relaxed he got up and told her to get dressed.  She was paid $300.00
for her services.

████████ stated on the last time she went to provide a massage, she
was notified by Sarah to come to the house and work. ████████ stated
she was now dating her current boyfriend and did not feel comfortable
going.  She recalled it was approximately January 2005.  She said she
went, already thinking that this would be the last time.  She went
upstairs and went into the master bathroom.  She met with Epstein,
who was wearing only a towel as he entered the room to lie on the
table. ████████ stated Epstein caught her looking at the clock on
several occasions.  Epstein asked her if she was in a hurry.
████████ stated her boyfriend was in the car waiting for her. ████████ further
stated that Epstein got upset, as she wasn't enjoying the massage.
She told him that she didn't want to continue and she would not be
back.  Epstein told her to leave as she was ruining his massage.  I
asked her if she had any contact with Epstein's organization, she
stated she received $200.00 from Western Union in Royal Palm Beach and
Okeechobee Blvd as a Christmas gift. ████████ advised she had no
formal training in provide any massages. ████████ also stated she was
sixteen years old when she first went to Epstein's house.

At approximately 4:22 pm, I made telephone contact with ████████
at ████████  She agreed to meet with me at a public place.  I
suggested she come to the police station for an interview. ████████ did
not want to meet at the police station.  I recommended we meet at the
Palm Beach Gardens Mall in the food court area.  She agreed and an
appointment was made for November 15, 2005 at 5:00 pm at the food
court.

Investigations Continue.

*************************** N A R R A T I V E   # 20 ***************************
NA
                         Reported By: SANDMAN, JENNIFER R.        11/16/05
                         Entered By.: ALTOMARO, NICKIE A.         11/17/05

       On 10/20/2005, I assisted executing a search warrant at 358 El
Brillo Way in the Town of Palm Beach, Palm Beach County Florida under
the direction of affiant Detective Joe Recarey.

GIUFFRE005665
CONFIDENTIAL

```
--------------------------------------------------------------------
Date:  7/25/06        PALM BEACH POLICE DEPARTMENT       Page:      53
Time:  8:47:53            Incident Report             Program: CMS301L
--------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                          (Continued)

   Detective Melnichok and I searched the pantry room that is west
next to the kitchen.  This room had all white cabinets with a dark
grey and black counter top.  We did not find anything in this room.

   We searched the yellow and blue room that is west next to the
pantry room.  This room had a very large statue of man with a bow.
Taken into evidence from this room were nine photographs in frames of
various women.

   We searched the main entrance foyer that is to the north of the
yellow and blue room.  This room contained two bamboo chairs and
ottomans with cushions.  It also contained a round table with numerous
books.

   We searched another blue room that is west of the foyer.  This
room had a stereo system and book shelves that were from the floor to
the ceiling.  Taken into evidence from this room were eight
photographs in frames of various women and/or Epstein, the owner of
the residence.

   We searched the room to the west of the blue room that has
sliding glass doors that lead out to the pool.  In this room in a
dresser were two DVD's and two VCR tapes.  These items were taken into
evidence.

   We searched a 2004 black Chevy Suburban bearing Florida tag
X99-EGL, registered to Jeffrey Epstein DOB ▇▇▇▇▇ , which was located
on the east side of the driveway facing south.  I found a Thrifty
rental agreement between the passenger seat and the middle console.
The name on the rental agreement was Johanna Sjoberg from ▇▇▇▇
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇  The phone number on the
rental agreement was ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ The vehicle rented was a white
▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.  The vehicle was
rented on 9/25/05 at 17:58 hours and was returned on 9/26/05 at 16:52
hours.  The last four numbers of the credit card used are ▇▇▇▇ .
Detective Melnichok found a piece of paper in the middle console that
said I used the cash in here to fill up the tank and was signed by
Johanna.

   I searched the 2005 black Cadillac Escalade ESV bearing Florida
tag Q29-9GT, registered to Jeffrey Epstein dob ▇▇▇▇▇ which was
located on the west side of the driveway facing south.  I did not find
anything in this vehicle.

   All of the items that were taken into evidence were photographed
in the place they were located and then turned over to crime scene.

```
*************************** N A R R A T I V E   # 21 ***************************
NA                      Reported By: RECAREY, JOSEPH             11/17/05
                        Entered By.: ALTOMARO, NICKIE A.         11/17/05
```

GIUFFRE005666
CONFIDENTIAL

```
---------------------------------------------------------------------------
Date:  7/25/06              PALM BEACH POLICE DEPARTMENT          Page:    54
Time:  8:47:53                   Incident Report            Program: CMS301L
---------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                                    (Continued)

On November 15, 2005, Det. Sandman and I traveled to ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮ in Royal Palm Beach. We met with ▮▮▮▮▮▮▮▮, a seventeen-year old juvenile who was not in school this day due to a cold from which she was suffering. ▮▮▮▮▮▮ was told that I needed to speak with her in reference to an ongoing investigation involving a subject she would know as Jeffrey Epstein. Prior to speaking with her, I explained that because of the fact that she is a minor, I needed to speak with her parents prior to speaking with her. She telephoned her father, Mr. ▮▮▮▮▮▮▮ on his cell phone and explained to him that Det. Sandman and I were there to speak with her. I spoke with Mr. ▮▮▮▮▮▮ on the telephone and informed him I needed to speak with his daughter in reference to an ongoing investigation. Mr. ▮▮▮▮▮ advised he had no problem with us speaking with his daughter.

During a sworn taped statement, ▮▮▮▮▮▮ stated she met Jeffrey Epstein over a year ago. She was sixteen years of age and was approached by ▮▮▮▮▮▮ who informed her that she could make monies providing a massage to Epstein for $200.00. ▮▮▮▮ had informed her that she would have to provide this massage topless. ▮▮▮▮ made the arrangements with Epstein and his assistants and took ▮▮▮▮ to the house. ▮▮▮▮ stated ▮▮▮ and she entered through a glass door that led into a kitchen. ▮▮▮▮▮ took her upstairs, to a master bedroom and master bathroom. She recalled the bathroom had a large pink couch, sauna and matching shower. Epstein entered into the room wearing only a towel. ▮▮▮▮▮▮ and ▮▮▮ removed their clothing remaining only in thong underwear. She further stated that Epstein lay on his chest on the table. Epstein selected which oils to use for the massage. Both ▮▮▮ and ▮▮▮▮ provided the massage on his legs, back and feet. Forty minutes into the massage, Epstein turned over onto his back and requested ▮▮▮▮ wait downstairs in the kitchen area for ▮▮▮▮▮. Epstein instructed ▮▮▮▮ to finish the massage. As ▮▮▮ got dressed, ▮ starting rubbing his chest. ▮▮▮ left the room, and Epstein began masturbating himself as ▮ rubbed Epstein s chest. ▮▮▮▮ stated he continued masturbating until he climaxed on the towel he was wearing. When asked if he had removed the towel she stated he turned the towel around so that the opening would allow him to expose himself. After he cleaned himself off with the towel, he instructed ▮▮▮ the massage was done and to get dressed and met with him downstairs. ▮▮▮▮ got dressed and met with Epstein in the kitchen area. She was paid $200.00 dollars for providing the massage. ▮▮▮▮ stated she was aware that ▮▮▮ also received monies for the same thing.

The second time she went to the house she was again approached by ▮▮▮▮. ▮▮▮▮ asked if she wanted to return to the house to provide another massage; ▮▮▮▮▮ agreed and the arrangements were made by ▮▮▮▮ for her to return to the house. ▮▮▮▮ stated ▮▮▮ drove her to the house and knocked on the same glass door that leads to the kitchen area. They were allowed entry into the house by one of the staff members. ▮▮▮▮ led her upstairs to the master bedroom and

GIUFFRE005667
CONFIDENTIAL

```
Date:  7/25/06          PALM BEACH POLICE DEPARTMENT          Page:    55
Time:  8:47:53              Incident Report             Program: CMS301L
```

Case No. . . . : 1-05-000368                                (Continued)
　　　master bathroom area. ████ left ████ this time to do the massage
　　　alone.  Epstein entered the room again wearing only a towel. ████
　　　began removing her clothing as she did the last time she was at the
　　　house.  Epstein instructed her to get naked.  He lay on the table on
　　　his stomach as ████ began massaging his legs and back.

　　　As ████ finished with Epstein's back and legs, Epstein then turned
　　　over onto his back.  As ████ started to rub his chest and he began
　　　masturbating himself.  As ████ rubbed his chest, Epstein leaned
　　　over and produced a massager/vibrator.  He turned it on and began
　　　rubbing ████ s vagina and masturbating himself at the same time.
　　　████ stated she continued to rub his chest as this was occurring.
　　　She described the vibrator/massager as large, grey with a large head.
　　　Epstein rubbed her vagina for approximately two to three minutes with
　　　the massager/vibrator.  He then removed the vibrator from her vaginal
　　　area and concentrated on masturbating himself. ████ stated he
　　　climaxed onto the towel again and informed her that the massage was
　　　done. ████ got dressed and met with ████ who was waiting in the
　　　kitchen area.  She received $200.00 for the massage. ████ said
　　　she never returned to the house and had no desire to return to the
　　　house. ████ was asked if she received any formal massage
　　　training.  She advised she had no formal training. ████ was asked
　　　if Epstein knew her real age. ████ stated he knew as he asked her
　　　questions about herself and high school.  He was aware she attended
　　　and is still attending ████ High School.

　　　The interview was concluded.  I suggested ████ inform her parents
　　　of what occurred at the Epstein house. ████ stated she would tell
　　　her father as he was unaware this had occurred.  I left my business
　　　card for any questions they may have.  We left the area and returned
　　　to the police station.  The tape was placed into evidence.

　　　Investigation Continues.

****************************  N A R R A T I V E   # 22 *************************
NA                      Reported By: RECAREY, JOSEPH                 11/17/05
                        Entered By.: ALTOMARO, NICKIE A.             11/17/05

　　　On November 15, 2005, Officer Munyan and I responded to the Palm Beach
　　　Gardens Mall food court section to meet with ████.  At
　　　approximately 5:10 p.m., ████ arrived and met with us at the food
　　　court. ████ provided a sworn taped statement in which she stated
　　　she had been at the Epstein house over fifty times.  She began going
　　　to Epstein's house when she turned eighteen years old. ████ was
　　　asked if she knew of the on-going investigation. ████ stated she
　　　was aware there was an investigation as she had been told by other
　　　girls that were interviewed.  Additionally, she has had several
　　　telephone conversations with Epstein's assistants as to what had been
　　　going on during the investigation.

　　　I asked ████ how she was introduced to Epstein. ████ stated she
　　　did not want to disclose who brought her to the house but she would

GIUFFRE005668
CONFIDENTIAL

```
-------------------------------------------------------------------------
Date:  7/25/06        PALM BEACH POLICE DEPARTMENT        Page:      56
Time:  8:47:53            Incident Report            Program: CMS301L
-------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)

respond to any other questions. When I asked her what happened at the
house, ▇▇▇▇▇ stated everything happened. It all began with the
massages. Each time she went more things happened. She would massage
Epstein and he would masturbate and climax. She stated things
escalated from there. She provided oral sex on Epstein and he
provided oral sex on her. She stated he would also use a
massager/vibrator on her vagina to stimulate her as she massaged him.
He introduced his assistant Nadia or Nada to have vaginal intercourse
with ▇▇▇▇▇ She stated Nada or Nadia would utilize a strap-on
(synthetic penis) to have intercourse with her. She was told to
masturbate herself as Epstein and Nada had sexual intercourse. All
this was done at Epstein's direction.

▇▇▇▇▇ could not provide exact dates as she had been to the house so
many times. ▇▇▇▇▇ stated Epstein inserted his fingers in her vagina
to stimulate her as she massaged him. When I asked her if there had
been any vaginal intercourse with Epstein, she stated she did not have
sex with him. She did admit having sex with Nada, his assistant.
▇▇▇▇▇ stated not every time she went involved sexual favors.
Sometimes she would just talk with him and get paid. I asked her how
much she was paid each time she went to Epstein s residence. ▇▇▇▇▇
stated she got paid $300.00 every time she went to the house. She was
told to bring other girls to him to provide massages. ▇▇▇▇▇ declined
stating that she does what she does and did not want to introduce
anyone else to do what she does. ▇▇▇▇▇ stated she had never received
any formal training in providing massages.

I showed ▇▇▇▇▇ a photo line up in which Nada Marcinkova was placed in
position six. She reviewed the six photographs and immediately
identified Nada Marcinkova as the person with whom she had
intercourse. Additionally, it was the same person she watched have
intercourse with Epstein. She signed the photo line-up under Nada
Marcinkova s photo as the person she identified. We then left the
mall and returned to the police station. The photo line up and tape
were placed in to evidence.

Investigation Continues...


************************* N A R R A T I V E  # 23 *************************
NA              Reported By: RECAREY, JOSEPH                    11/29/05
                Entered By.: ALTOMARO, NICKIE A.                12/01/05

On November 17, 2005, I received a phone message from Atty. Guy
Fronstin who advised to call his cellular phone reference his client
Jeffrey Epstein. I telephoned his cell phone and left a message for
him to return my call. I did not receive a call back on Thursday,
November 17, 2005. On Friday, November 18 2005, I retrieved another
voice mail from my work phone from Mr. Fronstin advising he would not
produce his client Jeffrey Epstein for any statement. Fronstin stated
he had spoken with ASA Lana Belohlavek and expressed Mr. Epstein has a
passion for massages. I called ASA Lana Belohlavek and confirmed that

GIUFFRE005669
CONFIDENTIAL

```
------------------------------------------------------------------------
Date:  7/25/06        PALM BEACH POLICE DEPARTMENT        Page:     57
Time:  8:47:53             Incident Report           Program: CMS301L
------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                            (Continued)
      Fronstin had telephoned her reference this case.  Although nothing was
      discussed, Mr. Fronstin did advise her that Epstein is very passionate
      about massages.

      I also spoke with ASA Daliah Weiss reference the previous employees,
      Juan and Maria Alessi.  She advised that they had been served through
      a subpoena process server.  They were both scheduled to appear on
      Monday November 21, 2005 at 12:00 p.m.

      On November 21, 2005, I met with ASA Weiss, Atty. Donnie Murrell and
      Juan and Maria Alessi at the State Attorney Office.  ASA Weiss had
      requested a court reporter to be present to take the statement of the
      Alessi s.  I spoke with Maria Alessi, in the presence of her attorney,
      Donnie Murrell.  She advised she had worked for Epstein for eight
      years, from the period of 1994 through 2002.  She advised she had
      never had any direct conversations with him.  She stated it was her
      husband who spoke directly with Epstein.  Her work consisted of doing
      house cleaning, shopping and other preparations when Epstein would
      arrive in town.  Alessi stated the preparations consisted of preparing
      the house and bathrooms for his arrival.  She advised she did view
      several masseuses that arrived at the house.  She advised that two or
      three girls would come during a day and provide the massages.  The
      girls that arrived looked young in age.  Mrs. Alessi did not know any
      of the girls personally and were always different.  She was told that
      when Epstein was in residence he did not want to encounter the Alessis
      during his stay in Palm Beach.

      I then spoke with Mr. Alessi in the presence of his attorney, Donnie
      Murrell.  Mr. Alessi stated that he was employed for eleven years with
      Mr. Epstein.  He originally was hired as a part time employee and then
      moved up into a full time position.  His duties included everything.
      Alessi stated he was the house manager, driver and house maintenance
      person.  It was his responsibility to prepare the house for Epstein s
      arrival.  When asked about cooks or assistants, Alessi stated they
      traveled with Epstein on his private plane.  He remembered dealing
      with his girlfriend, Ms. Maxwell originally and then dealt with
      Epstein directly.

      I asked Mr. Alessi about massages that occurred within the home.  Mr.
      Alessi stated Mr. Epstein had up to three massages a day.  Each
      masseuse that visited the house was different.  Alessi stated that
      towards the end of his employment, the masseuses were younger and
      younger.  When asked how young, Mr. Alessi stated they appeared to be
      sixteen or seventeen years of age at the most.  The massages would
      occur in Epstein's bedroom or bathroom.  There were times he recalled
      that he would set up the massage tables either in Epstein s bedroom or
      in his bathroom.  I asked if there were things going on other than a
      massage.  Alessi stated that there were times towards the end of his
      employment that he would have to wash off a massager/vibrator and a
      long rubber penis, which were in the sink after the massage.
      Additionally, he stated the bed would almost always have to be made
      after the massage.  Alessi was never privy to what went on during the

GIUFFRE005670
CONFIDENTIAL

```
-------------------------------------------------------------------------
Date:  7/25/06        PALM BEACH POLICE DEPARTMENT          Page:      58
Time:  8:47:53            Incident Report             Program: CMS301L
-------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)
        massages.

He was asked if he remembered any names of the girls that massaged
Epstein.  He tried to remember and was unable to provide any exact
names of any girls.  Alessi was asked about any contact with anyone
from the Epstein organization.  Alessi said he did speak with Mr.
Epstein shortly after my initial contact with him to find out what was
going on.  Alessi also stated that approximately on November 11, 2005,
he was contacted by a private investigator from the Law Office of Roy
Black.  The investigator had called him to meet with him to ascertain
what he was going to tell the police.  Alessi stated they met at the
Carrabba s Restaurant in Boynton Beach and discussed the same
questions I was asking him.  I informed Mr. Alessi and Mr. Morrell
that as this is an ongoing investigation and anything we discuss
should be confidential.  They both acknowledged the fact that the
information would be kept confidential.  It should be noted that a
court reporter was present during the interviews and would be
providing a copy of the statements to me when they become available.

On November 21, 2005, I received a voice mail from Mr. Fronstin who
advised he would not be making Mr. Epstein available for any
statements.  He did have some words that he wanted to relay on behalf
of Mr. Epstein.  I telephoned his office and left a message for him to
return my call.

On November 29, 2005, I received a call back from Mr. Fronstin who
left a voice mail after hours on November 28, 2005, advising he would
return my call during normal business hours to speak with me reference
the case on November 29, 2005.

*************************** N A R R A T I V E   # 24 ***************************
NA                    Reported By: RECAREY, JOSEPH                11/29/05
                      Entered By.: ALTOMARO, NICKIE A.            12/01/05

On November 29, 2005, at approximately 2:30 p.m. I received a
telephone call on the department issued cell phone.  Mr. Fronstin
stated he was calling to relay information that Mr. Epstein wished he
could relay.  Mr. Fronstin stated that he would not allow Mr. Epstein
to speak with me at this time.  He further stated that Mr. Epstein is
very passionate about massages.  He continued that Mr. Epstein had
allegedly donated over $100,000 to the Ballet of Florida for massages.
The massages are therapeutic and spiritually sound for him that is
why he has had many massages.  Mr. Fronstin stated he appreciated the
way the investigation has not been leaked out into the media.  I
explained to Mr. Fronstin that it is as important to protect the
innocent if the allegations are not substantiated.  Mr. Fronstin was
told of the allegations that the private investigators assigned to the
case have been portraying themselves as police officers.
Additionally, I explained that my cell phone had been called by the
private investigators.  Mr. Fronstin advised he was not aware of that
and advised they were under the direction of Attorney Roy Black in

GIUFFRE005671
CONFIDENTIAL

```
-----------------------------------------------------------------------
Date:   7/25/06         PALM BEACH POLICE DEPARTMENT        Page:      59
Time:   8:47:53             Incident Report             Program: CMS301L
-----------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)
    Miami.  Mr. Fronstin further stated Epstein had originally called Mr.
Dershorwitz in Boston, who recommended Roy Black in Miami, who asked
Mr. Fronstin to assist.  I informed him that if and when any charges
would be presented I would notify him.  The call was then terminated.

    Investigation continues.


**************************** N A R R A T I V E   # 25 ************************
NA                    Reported By: RECAREY, JOSEPH           12/15/05
                      Entered By.: ALTOMARO, NICKIE A.        12/16/05

    A review of the telephone message books, which were obtained during
the search warrant, was conducted in which various messages from
different dates were made to Jeffrey Epstein.  The telephone message
books have a duplicate copy (Carbon Copy) which, once a phone message
is written into the book, the top copy is then torn on the perforated
edge and the carbon copy is left in the book.  First names of girls,
dates and telephone numbers were on the copy of the messages.  I
recognized various numbers and names of girls that had already been
interviewed.  The body of the messages was time of the day that they
called for confirmation of "work."  Other names and telephone numbers
were located in which the body of the messages were, "I have girls for
him" or "I have 2 girls for him."  These messages were taken by Sarah
for Jeffrey Epstein.  Based on the context of the body of the
messages, I requested subpoenas for subscriber information on the
telephone numbers and the time frame involved.  Copies of the messages
were made for evidentiary purposes.

    I obtained ▮▮▮▮▮▮▮▮▮▮▮ High School yearbooks for 2005, 2004 and
2003.  I first reviewed the 2005 yearbook and located most of the
girls I had spoken with.  Additionally, I located ▮▮▮▮▮▮▮▮▮▮▮▮
Based on the corrected name spelling, I was able to locate her to her
residence in Loxahatchee.  On December 8, 2005, Det. Caristo and I
responded to ▮▮▮▮▮▮▮▮▮ Loxahatchee. I located ▮▮▮▮▮▮▮▮▮▮ at
her home.  She advised she is attending ▮▮▮▮▮▮▮▮▮ High and is
participating in the early release program so she can maintain her
part time job.  As she is still a minor, I left my business card to
have her mother return my call to request an interview with her
daughter.  We then left the area.

    I also had previously researched the telephone number for ▮▮▮▮▮ and
telephone number ▮▮▮▮▮▮▮▮▮  A subpoena had been issued for the
information on ▮▮▮▮▮▮▮▮▮▮  The telephone number was registered to
▮▮▮▮▮▮▮▮▮▮▮▮▮  A query of ▮▮▮▮▮▮▮ revealed
that she is the daughter of ▮▮▮▮▮▮▮▮▮ and is currently residing at
▮▮▮▮▮▮▮▮▮ West Palm Beach.  Det. Caristo and I attempted
contact with ▮▮▮▮▮ with negative results.  I left my business card on
her front door requesting she return my call.  We then responded to
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  I also attempted contact with
▮▮▮▮▮▮▮▮▮▮ with negative results.  I left my business card for him to
return my call.

GIUFFRE005672
CONFIDENTIAL

```
-----------------------------------------------------------------------
Date:   7/25/06           PALM BEACH POLICE DEPARTMENT      Page:      60
Time:   8:47:53               Incident Report             Program: CMS301L
-----------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                               (Continued)

On December 9, 2005, I received a telephone call from ███████
████████████'s mother, who was made aware of the on going
investigation in Palm Beach. ████████advised she was told of
everything that occurred at Epstein's house involving Epstein and his
staff. She advised she would allow me to question her daughter about
what occurred and would cooperate with the investigation. ███████
provided me with ███████e cellular telephone number to schedule an
appointment for an official interview. I telephoned her cellular
telephone and made a tentative appointment for Monday, December 12,
2005.

I then received a telephone call from ████████████, father of ███████
███████ who stated he found the business card on his door. I
explained that I was conducting an investigation and needed to speak
with ███████as she may have information that could assist in the
investigation. Mr. ████████stated that his daughter no longer resides
with him and has her own trailer in another trailer park. He advised
he would tell her to call me.

On December 12, 2005, due to a conflict with schedules, arrangements
were made to meet with ████████████on Tuesday, December 13, 2005
at 5:00 pm. On December 13, 2005, Det. Dawson and I traveled to
Loxahatchee and met with ████████ During a sworn taped
statement, ███████stated that when she was sixteen years old, she was
taken to Epstein's house to provide a massage for money. ███████
stated it was before Christmas last year when ████████approached
her and asked if she needed to make money for Christmas; ███████stated
she did and agreed to provide a massage for money. ███████made
arrangements to take ███████to the house and drove ███████to the house
to "work." ████████stated she could not remember the street name but
would be able to drive to the street. They drove to the last house on
the street and pulled in the last house on left side. They walked up
the driveway and entered through a side gate which led to a kitchen
door. They knocked on the door and were encountered by an employee
who ███████described as a "Spanish looking lady." They informed her
that they were expected. They were then encountered by a white female
with long blond hair. ████████was unable to remember the name of the
white female with blond hair but knew she was Epstein's assistant.
She was led upstairs by the white female who explained that there
would be lotions out already and Epstein would choose the lotion he
wanted her to use. She was led through a spiral staircase which led
to a master bedroom and bathroom. The massage table was already set
up in the bathroom. ████████described the bathroom as a large spacious
bathroom with a steam room and shower beside it with a sink to the
right. ███████was introduced to Jeff who was on the phone when she
entered. Jeff was wearing a white towel and lay on his stomach so
that ███████may massage his feet and calves. ████████started the
massage with the massage oil Jeff chose and rubbed his feet and
calves. Jeff got off the phone and requested she massage his back as
well. ████████began rubbing his back and got to the small of his back.
During the rubbing of his back Jeff asked her to get comfortable. He

GIUFFRE005673
CONFIDENTIAL

```
-----------------------------------------------------------------------
Date:  7/25/06          PALM BEACH POLICE DEPARTMENT        Page:     61
Time:  8:47:53                 Incident Report          Program: CMS301L
-----------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                               (Continued)
   requested she remove her pants and shirt. █████████ removed her shirt
   and pulled her pants off. ███████ stayed in her bra and thong panties.
   As she finished the small of the back, Jeff then turned onto his
   back.  He instructed she rub his chest and pinch his nipples. As she
   began to rub his chest, Jeff asked her questions about herself.
   ██████ remembered telling him she attended ██████████ High
   School.  Jeff asked her if she was sexually active. Before
   ██████ could answer, he also asked what sexual positions does she enjoy.
   ██████ stated she was shy didn't like talking about those things.  She
   continued rubbing his chest.  Epstein reached up and unsnapped her bra
   from the front. ███████explained the bra she used had a front
   snapping device.  Epstein rubbed her breasts and asked her if she like
   having her breasts rubbed. █████████said "no, I don't like that."
   Epstein then removed his towel and lay on the bed naked exposing his
   penis to █████  He began touching his penis and masturbated as he
   touched her breasts. ██████explained Jeff then touched her vagina
   area by rubbing her vagina with his fingers on the outside of her
   thong panties. ████████tensed up and stated Jeff was aware that she
   was uncomfortable.

   ████████stated that Jeff told her , "Relax, I'm not going inside." She
   further explained Jeff commented to her how beautiful and sexy she
   was.  Jeff then moved her thong panties to one side and now was
   stroking her clitoris. ███████said "Jeff commented how hard my clit
   was." He then inserted two fingers in her vagina and was stroking her
   within her vagina.  She tried pulling back to pull out his fingers
   from within her vagina.  Jeff removed his fingers from within her
   vagina and apologized for putting his fingers inside her.  During this
   time he kept his hand on her vagina area rubbing her vagina. ██████
   stated he rubbed her real hard as he was masturbating. ██████said he
   climaxed onto the towel he had been previously wearing and got up from
   the table.  Jeff told her there was $200.00 dollars for her on the
   dresser within the master bathroom.  Jeff also told her that there was
   an additional $100.00 that was to be given to ██████for bringing her
   there to massage him.  Jeff told her to leave her telephone number
   with his assistant as he wanted to see her again.  Jeff stated his
   assistant would contact her to work again soon.

   I asked her if she ever received any formal massage training to which
   ████████ stated she did not. ███████stated it was the only time she
   ever went to work for Jeff and knew what happened to her was wrong.
   She stated she no longer speaks to ██████because she was upset that
   ██████took her there.  She further stated that she had never been
   contacted for any additional work.  The interview was terminated and
   we left the area.

   Investigation Continues...


************************** N A R R A T I V E   # 26 **************************
NA                      Reported By: DICKS, ALLEN C.           12/18/05
                        Entered By.: ALTOMARO, NICKIE A.       12/19/05
```

GIUFFRE005674
CONFIDENTIAL

```
--------------------------------------------------------------------------
Date:  7/25/06         PALM BEACH POLICE DEPARTMENT        Page:    62
Time:  8:47:53              Incident Report            Program: CMS301L
--------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)

On 102005 at approx 0930hrs I assisted with the execution of a search warrant at 358 El Brillo Ave, Palm Beach.

Initially I was assigned to enter the residence and conduct a sweep of the premises for safety purposes. I then accompanied CSEU tech Pavlik while she photographed the exterior of the house. Once this was complete I was assigned to search certain areas of the house with Det. Dawson as part of the search warrant.

We began in the garage, searching three Mercedes Benz vehicles, a Harley Davidson motorcycle and adjacent closets in the garage. Nothing of evidentiary value was located.

We then searched two closets off the kitchen area on the east side. These can best be described as pantry or storage closets. Nothing of evidentiary value was obtained.

A small office with adjoining bath was then searched. In the bath area I located a phone message book with recent messages. This item was seized as evidence. Please note this bath and shower area are not used as designed but are storage areas containing a variety of items to include a gun safe in the shower and assorted household items.

We then searched a bath area and closet at the base of the main stairs in the foyer. Inside the closet two massage tables were located as well as partial nude female photographs. These items were later seized as evidence. Nothing of evidentiary value was noted in the bathroom.

We then searched two bedrooms upstairs on the east side of the residence. Located in the bath room of the south bedroom was penis shaped soap. Located in the bedroom of the northern bedroom was penis and vagina shaped soap as well as an adult sex toy. These items were seized as evidence.

We then searched the pool cabana located in the south west corner of the property. Several photographs of nude females were seized as evidence.

I was then assigned to stand by with a person I believe was Douglas Schoettle. Mr. Schoettle was in the residence at the beginning of the search warrant. He was present during the warrant service and subsequent search. I stood by with him until the search was completed and I departed the residence. I had no conversation with him regarding the reason for our presence.

Regarding seized evidence, all items were photographed in place and then collected by CSEU personnel.

This concludes my involvement in this case.

GIUFFRE005675
CONFIDENTIAL

```
--------------------------------------------------------------------
Date:  7/25/06         PALM BEACH POLICE DEPARTMENT        Page:     63
Time:  8:47:53              Incident Report            Program: CMS301L
--------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                        (Continued)

*************************** N A R R A T I V E   # 27 *************************
NA                    Reported By: KRAUEL, CURTIS D.                12/21/05
                      Entered By.: ALTOMARO, NICKIE A.               12/21/05

On Thursday, October 20, 2005 at approximately 0936 hours, I assisted
in the execution of a search warrant located at 358 El Brillo Way,
Palm Beach, Florida, residence of Jeffrey Epstein. I was instructed
by Case Agent Det. Joseph Recarey, to secure all computer and media
related material from the residence.

Upon my arrival I was directed by Det. Recarey to a room designated as
the Kitchen Staff Office. I observed a, Silver in color, CPU with the
left side cover removed, exposing the CPU s hardware sitting on floor
next to a glass type desk. The CPU had no discernable identifiers or
features indicating a make or model. This CPU was powered off with
the power cord not plugged in. The keyboard and mouse were atop the
CPU. It should be noted that the CPU was not connected to a monitor,
printer, or other media device. On the back Panel of the CPU, I
observed an A/V card with RCA jacks attached. This type of hardware
would allow audio and video to be downloaded onto the CPU s hard disk.
The ends of the RCA jacks were unattached at the time of the search
and no external camera was located within this room.

The CPU was located on the right side of a desk that held a flat panel
LCD screen. The desk also held another keyboard and mouse, indicative
of a second computer; however, no other computer was found. It
appeared as though a second computer had been recently removed as the
cables ends from the monitor, keyboard and mouse were in the same
area. A further search of the room revealed no media storage devices,
i.e. CD s, Floppy Disks, Zip Disks, etc. This type of media is
commonly stored in an area where computers are placed, yet no media
was found.

After completing a search of this room, I secured the CPU and turned
all items over to the Evidence Custodian for future forensic analysis
via a property receipt.

I was then directed by Det. Recarey to a room designated as the Garden
Room, where I observed a wooden desk facing west. The desk held a
flat screen LCD monitor, keyboard, mouse, media card reader and
printer; however, no CPU was located. All of the cables were removed
from an area where a computer had once been. A search of the desk
area revealed no signs of any media devices.

Det. Recarey directed me to a third location designated as the Cabana
room, which is detached from the residence and located just south of
the pool. In the South East corner of the room, I observed an office
type setting, with an L-shaped desk holding a flat screen LCD monitor,
keyboard, mouse and printer; however, no CPU was located. All of the
cables were removed from an area where a computer had once been. A
search of the desk area revealed no signs of any media devices.

GIUFFRE005676
CONFIDENTIAL

```
------------------------------------------------------------------------
Date:  7/25/06         PALM BEACH POLICE DEPARTMENT        Page:       64
Time:  8:47:53              Incident Report            Program: CMS301L
------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)

Det. Recarey directed me to a second detached structure located on the
South East corner of the property. This area of this structure was
assigned with single letters to identify a particular part of the
room. In the office area, designated as Room B, I observed a powered
on Dell Dimension 2350, attached to an LCD flat panel monitor. The
screen displayed an open Microsoft Internet Explorer browser with URL
address of http://home.bellsouth.net/. I observed no other active
windows in the Start panel window and photographed screen. The power
cord was removed from the back of the Dell CPU and I disconnected the
cable modem to prevent remote access. At that time, the Dell CPU,
marked with Serial Number 6WTVN21, was secured and turned over the
evidence custodian for future forensic analysis via property receipt.
I also located several media related items within Room B, which were
recorded onto a property receipt and turned over the Evidence
Custodians.

I then responded to a Bedroom designated as Room F, where I observed a
white in color CPU marked Premio. The Premio CPU was in a computer
desk which held a white CRT monitor, both of which were powered on.
The CRT monitor displayed a message from Norton Antivirus software,
warning of an expired subscription. I observed no other active
windows in the Start panel window and photographed screen. I removed
the power cable from the back of the Premio CPU and shutdown all other
media. The Premio CPU, marked with Serial Number 2000091078, was
secured and turned over the evidence custodian for future forensic
analysis via property receipt. I also located several media related
items within Room F, which were recorded onto a property receipt and
turned over the Evidence Custodians.

This concluded my participation in the search of the residence.


***************************** N A R R A T I V E  # 28 ************************
NA                    Reported By: RECAREY, JOSEPH            12/21/05
                      Entered By.: ALTOMARO, NICKIE A.        12/21/05

On December 20, 2005, I contacted ASA Daliah Weiss in an attempt to
subpoena the Epstein former houseman, Alfredo Rodriguez. Rodriguez,
who resides in Miami, had eluded the process servers previously and
was not served the investigative subpoena. A telephone message was
left as she is not available during the week of 12/19/2005. I made
contact with State Attorney Inv Theresa Wyatt and requested the same
via telephone message.

I then researched the victim's SG cellular telephone subpoena data
which had been received from a previous subpoena request. I analyzed
the records which depict several calls from Haley Robson. The
telephone calls start on February 6, 2005 at 12:49 pm.; the same day
which the victim and the victim's father stated the incident occurred
at Epstein s house. The first incoming call was from Robson's
residence at ███████████        The second incoming call from Robson's

```
--------------------------------------------------------------------------
Date:  7/25/06          PALM BEACH POLICE DEPARTMENT         Page:      65
Time:  8:47:53                Incident Report            Program: CMS301L
--------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                          (Continued)
cellular phone ████████occurred at 1:02 pm. The call durations
were one minute or less. The time frame was within thirteen minutes
apart. It should be noted that Robson s residence was in close
proximity to the victim's. The next call occurred at 5:50 pm when the
victim telephoned Robson s residence. Several calls were made after
the above mentioned calls both incoming and outgoing to Robson.
Further analysis showed no telephone calls to either Robson's cellular
telephone or Robson's residence were registered prior to February 6,
2005.

Additionally, I also conducted an analysis on the telephone calls from
████████. The subscriber information confirmed that the number is
registered to Paul A Lavery from Hialeah, Florida. The address was
crossed referenced to the Office of Kiraly and Riley Private
Investigators. I researched the web page www.rileykiraly.com which
also showed various cases in which they assisted. I also located
another web site under www.coralspringssparklandrotary.org in which
Mr. Riley attended a Miami Rotary meeting and confirmed Atty. Roy
Black is among his clientele.

The telephone calls revealed Lavery had telephone contact with ████████
████████████████████either just after I attempted to
interview them, or just prior. A background was conducted on Lavery
which revealed he holds a current Private Investigator License. A
criminal arrest record revealed he had been previously arrested for
possession of cocaine and solicitation of prostitution.

I also researched the girls using www.myspace.com. This web site is a
new social networking service that allows members to create unique
personal profiles online in order to find and communicate with old and
new friends. The site allows one to establish your own myspace.com
page and decorate the page any way one wishes. I found the following
people have myspace sites: Haley Robson, ████████████████

I received a Cingular Wireless packet which contained a CD which
contained the results of the subpoena request for verbatim calls on
████████████ An analysis will be conducted in the near future on the
phone numbers called.

Investigation Continues.

```
***************************** N A R R A T I V E   # 29 **************************
NA                      Reported By: RECAREY, JOSEPH          12/27/05
                        Entered By: ALTOMARO, NICKIE A.       12/29/05
```

Upon doing research on the message books recovered in the search
warrant, I located the identity of ████████ The telephone number
████████████was registered to ████████████ She currently is
seventeen years old and is attending the ████████████ Academy. I

GIUFFRE005678
CONFIDENTIAL

```
---------------------------------------------------------------------
Date:  7/25/06          PALM BEACH POLICE DEPARTMENT          Page:     66
Time:  8:47:53                Incident Report            Program: CMS301L
---------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)
        responded to 1801 Palm Beach Lakes Boulevard, also known as the Palm
        Beach Mall.  I located the ▮▮▮▮▮▮▮▮ Foundation.  I located
        ▮▮▮▮▮▮▮ inside the foundation and informed her that I was
        investigating a case against Jeffrey Epstein and knew she had been at
        the house.  ▮▮▮▮▮▮▮ started to cry and advised she had put that part
        of her life behind her.  I explained that although she is seventeen
        years old I needed to inform her parents that she would be
        interviewed.  She provided her home telephone number.  I attempted
        contact and left voice mail messages at the house to speak with her
        parents.

        Det. Caristo and I then located ▮▮▮▮▮▮▮▮▮▮ at her residence located
        at ▮▮▮▮▮▮▮ in West Palm Beach.  I attempted to interview her
        about Jeffrey Epstein.  She advised she is so in love with Jeff
        Epstein and would do anything for him.  She further explained that she
        would not speak with us about him either negative or positive.  She
        asked us to leave her property.  I informed her that although she did
        not wish to speak with us, I had sufficient information at this point
        in the investigation to know she was at Epstein's house and provided
        girls to Epstein to work.  I also explained that prior to our arrival
        at her residence I had telephone contact with her father.  ▮▮▮▮▮▮▮
        ▮▮▮▮▮▮▮ who was told she would be interviewed.  ▮▮▮▮▮▮▮▮▮ is
        currently seventeen years old and as a juvenile, parental notification
        would be required.  We then left the area and returned to the police
        station.

        While at the police station, I left another telephone message for
        ▮▮▮▮ parents.  I began an analysis of Sarah Kellen's Cellular
        telephone.  The telephone number ▮▮▮▮▮▮▮▮ is assigned to Sarah
        Kellen and the financially responsible party is Jeffrey Epstein of 457
        Madison Ave. in New York City, New York.  The time frame which was
        subpoenaed was September 2005, through October 2005.  There were
        eighty seven pages of calls made either to the cell phone or from the
        cell phone.  The local (561) numbers were analyzed.  A spread sheet
        was prepared and placed into the attachment file of who was called.

        The unknown numbers were researched using FoneFinder.com and subpoenas
        were requested to determine subscriber information.  This was done to
        identify additional victims or witnesses.  The analysis revealed that
        Kellen had called the victim/witnesses frequently when Epstein was in
        the Town of Palm Beach to "work." This confirms what the girls
        interviewed had previously stated.  Kellen would notify them when
        Epstein was in town and their willingness to "work." The CD was placed
        into evidence.

        Investigation Continues.

*************************** N A R R A T I V E   # 30 ***************************
NA                        Reported By: RECAREY, JOSEPH              1/03/06
                          Entered By.: ALTOMARO, NICKIE A.          1/03/06

     On December 29, 2005, I received a facsimile from National Compliance

GIUFFRE005679
CONFIDENTIAL

```
-----------------------------------------------------------------------
Date:  7/25/06            PALM BEACH POLICE DEPARTMENT          Page:     67
Time:  8:47:53                 Incident Report              Program: CMS301L
-----------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              ██████(Continued)
    Center from Cingular Wireless for telephone number ██████. This
    was the telephone number for Haley Robson during the time frame when
    the victim, ██ was brought to the Epstein house to "work."  An
    analysis of the phone records, of all incoming and outgoing calls,
    showed that on February 6, 2005, the day the victim, ██ was brought
    to the house, Robson first called Guy Fronstin, Epstein's assistant,
    at ████████ at 12:50 pm (EST).  The next call was made to Epstein's
    house in Palm Beach, at 12:52 pm (EST).  The following call was made
    to the victim,████ at 1:01 pm (EST) and at 1:02 pm (EST).  This
    confirms the information provided by the victim and victim's father.
    I photo copied the records and enlarged the page 8 of 10 to show the
    calls made by Robson on February 6, 2005.

    To this date, I have not heard from ████████████████s parents.  I
    will attempt to establish contact with them during the evening hours.
    I received a package from Atty. Guy Fronstin, which was hand
    delivered at the police station.  Within the package, was a letter
    from Alan Dershowitz, and two www.myspace.com profiles.  The profiles
    were that of ████████ and ████████ MySpace.com is a social
    networking service that allows members to create unique personal
    profiles online in order to find and communicate with old and new
    friends.  This package was in response to a previous meeting in which
    Mr. Dershowitz called to assist in the investigation in providing any
    additional witnesses such as house employees who have been reluctant
    to speak with law enforcement.

    I reviewed the profiles Mr. Dershowitz enclosed.  ████████ who designed
    her blog to be "████Fucking████████" still attends ████████████
    High School, sends and receives messages from friends which contain
    some profanity.  Upon reviewing her friends' comments section from
    Myspace, most of her good friends sent messages to establish contact
    and invite her to go out.

    I then reviewed ████████████s web blog which was provided by Mr.
    Dershowitz.  Ms. ████ designed her blog to be "████████" Her blog
    states that her interests include music, theater and weed (Marijuana).
    I reviewed her packet in which ████ declares her love for her live-in
    boyfriend.  She also describes using marijuana with her boyfriend ████

    The letter Mr. Dershowitz sent advised he was looking into the
    allegation that one of the private investigators hired by the private
    attorneys of Epstein, attempted to impersonate or state that they were
    police officers from Palm Beach.  Mr. Dershowitz advised that the
    investigators used to interview ████ had "quite a distinct
    speech impediment", did not claim to be nor did they impersonate
    themselves as a police officer.  This package was sent to both ASA
    Lana Belohlavic and ASA Daliah Weiss at the State Attorney's Office.

    I made telephone contact with ASA Weiss to confirm she received the
    package and request an interview with Sarah Kellen, Nada Marcinkova,
    and Janusz Banasiak.  She advised she would assist in attempting to

GIUFFRE005680
CONFIDENTIAL

```
------------------------------------------------------------------
Date:  7/25/06          PALM BEACH POLICE DEPARTMENT      Page:     68
Time:  8:47:53               Incident Report          Program: CMS301L
------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)
    contact Mr. Dershowitz.

On January 3, 2006, I received a telephone call from ASA Weiss who
informed me that she made telephone contact with Mr. Dershowitz.  She
had requested the employees be available the week of January 3, 2006.
Mr. Dershowitz informed her that the assistants are out of the
country and would require additional time to locate them and make them
available.

Investigation Continues.

*************************** N A R R A T I V E    # 31 ***************************
NA                      Reported By: MINOT, LORI S.              1/03/06
                        Entered By.: ALTOMARO, NICKIE A.         1/03/06

On Thursday, 03/31/05, I started conducting surveillance at 358 El
Brillo.  At this point I observed at 1155 hours, a Tan Altima bearing
FL tag ▮▮▮▮ n Roadway, Black ▮▮ bearing FL tag ▮▮▮▮ in drive, Tan
Honda Civic bearing FL tag ▮▮▮▮ in Roadway, Black Chevy Suburban in
driveway and a Black Caddy Escalade in driveway.  At 1325 Hours I
observed Tan Honda Civic ▮▮▮▮ in roadway, Black Chevy Suburban in
driveway, Black Caddy Escalade in drive and a White Kia car bearing FL
tag ▮▮▮▮.  At 1615 hours I observed a Tan Honda Civic, ▮▮▮▮ in
roadway, Black Chevy Suburban in drive, Black Caddy Escalade in
driveway and a White Kia car ▮▮▮▮ in roadway.

On Friday, 04/01/05, I continued surveillance at 358 El Brillo.  At
1130 hours I observed a Tan Honda Civic bearing FL tag ▮▮▮▮ in
roadway, Black Caddy Escalade in driveway and a Tan unknown make/model
bearing FL tag ▮▮▮▮ in roadway.  At 1227 hours, I observed a Tan
Honda Civic ▮▮▮▮ in roadway, Black Caddy Escalade in driveway and a
Black Chevy SUV located behind the Escalade.  At 1345 hours, I
observed a Tan Honda Civic ▮▮▮▮ n roadway, Black Chevy SUV in
driveway.  At 1558 hours, I observed a Tan Honda Civic ▮▮▮▮ in
roadway, Black Chevy SUV in driveway, Black Caddy Escalade in driveway
and a dark unknown model/make car parked in garage.

On Saturday, 04/02/05, I continued surveillance at 358 El Brillo.  At
0713 hours, I observed a Red Explorer bearing FL tag ▮▮▮▮ in roadway
and a Black Caddy Escalade in driveway.  At 0814 hours, I observed a
Red Explorer ▮▮▮▮ in roadway, Black Caddy Escalade in driveway and a
Tan Honda Civic ▮▮▮▮.  At 0952 hours, I observed a Red Explorer
▮▮▮▮ in roadway, Black Caddy Escalade in driveway, Tan Honda Civic
▮▮▮▮ in roadway and also a Grey unknown make/model with a B.M in
trunk retrieving landscaping tools.

At 1155 hours, I observed a Grey Camaro bearing FL tag ▮▮▮▮ parking
in the roadway in front of 358 El Brillo.  A W/F, blond hair, teens to
early 20's, thin and tall wearing a white tank top and short blue jean
shorts, exited the vehicle and walked to the rear of the house.  I
also observed a Red Explorer ▮▮▮▮ in roadway, Tan Honda Civic ▮▮▮▮
in roadway and a Black Caddy Escalade in driveway.  At 1310 hours, I

GIUFFRE005681
CONFIDENTIAL

---

Date:  7/25/06          PALM BEACH POLICE DEPARTMENT          Page:      69
Time:  8:47:53              Incident Report               Program: CMS301L

---

Case No. . . . : 1-05-000368                          (Continued)
observed a Red Explorer W/F driver leaving the area, Tan subcompact on
roadway and a Red Neon bearing FL tag ████████  Then observed 3 W/Fs,
approximately 16 to 18 years of age jogging.  All 3 females ran into
the driveway.  There were 2 with blond hair and one brown hair.

On Sunday, 04/03/05, I continued surveillance at 358 El Brillo.  At
0719 hours I observed a Tan Honda Civic ██████in roadway and a Black
Caddy Escalade.  At 0934 hours, I observed a Tan Honda Civic ██████in
roadway and a Black Caddy Escalade in driveway.  At 1057 hours I
observed only the Tan Honda Civic ██████

On Tuesday, 04/05/05, I continued surveillance at 358 El Brillo.  At
1052 hours, I observed a Red Explorer ███████n roadway, a Green
Explorer, bearing FL tag ██████in roadway, a Grey Altima bearing FL
tag ██████ in roadway, White Ford Truck ██████in roadway, Black
Mercedes in driveway being washed by a B/M and an unknown dark car
parked in the garage.  At 1059 hours a Blue Chevy Suburban drove to
the house of 358 El Brillo and parked in the driveway.  At 1119 hours,
I observed the White Fort Truck ██████ leave the area and the drive
was the pool man.

At 1126 hours, I observed a Grey unknown make/model car park in
roadway.  W/M got out of the car and walked to a house on the south
side of El Brillo.  At 1406 hours, I observed a Red Explorer parked on
roadway and a large white box truck parked behind the surveillance
suburban.

****************************** N A R R A T I V E  # 32 **************************
NA                      Reported By: BATES, MICHAEL J.                1/03/06
                        Entered By.: ALTOMARO, NICKIE A.              1/03/06

On 03/31/05, at approximately 1500 hours while conducting surveillance
at 358 El Brillo, I observed a Black Cadillac Escalade, unknown tag, a
Black Chevrolet Suburban, unknown tag, a Black Mercedes S600 FL tag
██████parked in the east driveway next to the 3-car garage.  There
was a Tan Honda Civic FL tag ██████parked on the street in front of
the residence.

At approximately 1700 hours, I observed the Black Suburban, Black
Escalade, Black Mercedes and Tan Honda Civic parked in the same place.
At 1750 hours, there was no change in vehicles.  At 1840 hours, I
observed the Black Escalade, Black Suburban and Black Mercedes along
with a Silver Hyundai Accent FL tag ██████all parked in the east
driveway and a Red Ford Explorer FL tag ██████parked on the street in
front of the residence.

At 2000 hours, I observed the Black Escalade, Black Suburban parked in
the ease driveway and the Red Explorer and Tan Civic parked on the
street.

On Friday, 04/01/05 at approximately 1700 hours, I observed the Black

GIUFFRE005682
CONFIDENTIAL

```
-----------------------------------------------------------------------------
Date:  7/25/06              PALM BEACH POLICE DEPARTMENT          Page:    70
Time:  8:47:53                   Incident Report              Program: CMS301L
-----------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                                     (Continued)
Escalade and Black Suburban parked in the east driveway and the Tan
Honda Civic parked on the street in front of the residence.  At 1820
hours, I observed the Suburban and Civic in the same place and a Gold
Chevrolet Camaro FL tag ████ parked on the street in front of the
residence.  At 2250 there was no change.  At 2330, I observed the
Black Escalade parked in the driveway and the Red Explorer parked on
the street in front of the residence.

On Saturday, 04/02/05 at approximately 1700 hours, I observed a Black
Escalade, unknown tag, parked in the driveway and a Tan Honda Civic FL
tag ████ parked in the street in front of the residence.  At 1805
hours the Escalade and Civic were in the same position and the Black
Mercedes FL tag ████ was also parked in the east driveway.  At 1920
hours the Escalade and Civic were the only vehicles and both were in
the same position.  At 2030 hours and 2145 hours there were no
vehicles observed.

At 2115 hours, I observed a Black Mercedes, 4-door parked in the east
driveway FL tag ████  At 2300 hours, 2350 hours and 0045 hours, the
Black Mercedes was the only vehicle observed.


*************************** N A R R A T I V E  # 33 ***************************
NA                      Reported By: RECAREY, JOSEPH                  1/05/06
                        Entered By.: ALTOMARO, NICKIE A.              1/05/06

    I made contact with Mr. ████████, father of ████████,
    who was told that I wished to interview his daughter.  Mr. ████
    stated he was aware and had spoken with his daughter about the
    incident.  He stated that his daughter had previously told him that
    she was hired to model lingerie at a Palm Beach mansion.  Mr. ████
    stated he knew nothing else about what she did when she went to
    "work."  Mr. ████████ advised he would cooperate with the investigation
    and make his daughter available for interviews.  I asked if she was
    available for an interview, ████ stated she was not at home at the
    moment.  I informed him I would make contact with her at a later time.
    Mr. ████████ expressed his interest in the resolution in this matter
    as he stated this information has affected his daughter emotionally.

    On January 4, 2005, I acquired the subpoenas from the State Attorney's
    Office for Cingular Wireless, Metro PCS, Verizon, Bell South
    Telecommunications and Sprint for the unknown telephone numbers from
    Sarah Kellen's cellular telephone.  The subpoenas were sent to the
    respective telephone carriers for subscriber information.

    I received a telephone call from State Attorney's Office, who informed
    me that the former houseman for Jeffrey Epstein, Alfredo Rodriguez,
    was present at the State Attorney's Office for an interview.
    Rodriguez was issued an investigative subpoena for an interview on the
    on-goings at Epstein's house during his employ.  I responded to the
    State Attorney's Office and encountered Mr. Rodriguez waiting in the
    lobby.  I brought Mr. Rodriguez to the interview room.

GIUFFRE005683
CONFIDENTIAL

```
----------------------------------------------------------------
Date:  7/25/06          PALM BEACH POLICE DEPARTMENT      Page:      71
Time:  8:47:53               Incident Report         Program: CMS301L
----------------------------------------------------------------
```

Case No. . . . : 1-05-000368                            (Continued)

During a sworn taped statement, Mr. Rodriguez stated he was employed
by Jeffrey Epstein for approximately six months. He was referred by
associates and his employment lasted the months of November 2004
through May 2005. His responsibilities as house manager included
being the butler, chauffer, chef, houseman, run errands for Mr.
Epstein and provide for Epstein's guests. Rodriguez advised he had
very limited contact with Mr. Epstein. If Rodriguez needed to relay a
message to Mr. Epstein, he would have to notify Epstein's secretary
"Leslie" in New York City, who would then notify Epstein's personal
assistant, Sarah, who would relay the message to Epstein. Rodriguez
stated Epstein did not want to see or hear the staff when he was in
residence.

I asked Rodriguez if Epstein received many guests during his stay in
Palm Beach. Rodriguez advised he had many guests. I asked
specifically about masseuses coming to the house. Rodriguez stated he
would have two massages a day. Epstein would have one massage in the
morning and one massage in the afternoon everyday he was in residence.
Rodriguez stated he would be informed to expect someone and make them
comfortable until either Sarah or Epstein would meet with them.

Rodriguez stated once the masseuses would arrive, he would allow them
entry into the kitchen area and offer them something to drink or eat.
They would then be encountered by either Sarah or Epstein. They
would be taken upstairs to provide the massage. I asked Rodriguez if
any of the masseuses appeared young in age. He advised he didn't ask
their ages but felt they were very young. Rodriguez stated they ate
like his own daughter who is in high school. Rodriguez stated they
would eat tons of cereal and drink milk all the time. Rodriguez
stated the girls that would come appeared to be too young to be
masseuses. He stated one time under Epstein's direction, he delivered
a dozen roses to ███████████ High School for one of the girls
that came to provide a massage. He knew the girls were still in high
school and were of high school age. I asked Rodriguez about the
massages. He felt there was a lot more going on than just massages.
He would clean Mr. Epstein's bedroom after the alleged massages and
would discover massager/vibrators and sex toys scattered on the floor.
He also said he would wipe down the vibrators and sex toys and put
them away in an armoire. He described the armoire as a small wood
armoire which was on the wall close to Epstein's bed.

Epstein ordered Rodriguez to go to the Dollar rent a car and rent a
car for the same girl he brought the roses to, so that she could drive
her self to Epstein's house without incident. Rodriguez said the girl
always needed rides to and from the house. Rodriguez referred himself
as a "human ATM machine" and was ordered by Epstein to maintain a
minimum balance of $2,000 dollars on him at all times. When a girl
would come by the house and Mr. Epstein was either not in residence or
was not at home at the time, Rodriguez was to provide the girl
(masseuse) several hundred dollars for their time and to notify
Epstein the amount they were given. Epstein also ordered Rodriguez to

GIUFFRE005684
CONFIDENTIAL

```
---------------------------------------------------------------------
Date:  7/25/06         PALM BEACH POLICE DEPARTMENT       Page:     72
Time:  8:47:53              Incident Report           Program: CMS301L
---------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                           (Continued)
   purchase several gifts and provide them as tips to the girls.  I asked
   what kind of gifts.  Rodriguez stated he purchased IPODS, jewelry,
   anything the girls would want.

   Rodriguez stated the amount of girls that came to the house was
   approximately fifteen.  Each of the girls knew each other and all
   seemed to know at ██████████████     High School who Mr. Epstein was.
   When asked to identify these girls, Rodriguez stated he could not at
   the moment but knew he wrote their names down on a journal he kept
   during his employ with Mr. Epstein.  He kept a journal in the event he
   needed to explain either to Mr. Epstein or his assistants what was
   done at the house or who visited the house as he stated he was
   in-charge of Mr. Epstein's personal security while in Palm Beach.  I
   informed him I would need to view this journal to which he stated he
   would research the book and contact me to provide the book.  The
   interview was concluded and left the area.  I returned back to the
   police station where the micro cassette was placed into evidence.  At
   approximately 7:20 pm, I was notified Rodriguez located the journal
   and would call me on January 5, 2005 to provide the journal.

   Investigation Continuesàà

*************************** N A R R A T I V E  # 34 ***********************
NA                       Reported By: RECAREY, JOSEPH            1/09/06
                         Entered By.: ALTOMARO, NICKIE A.        1/10/06

On January 5, 2006, I attempted to meet with Alfredo Rodriguez to
recover the folder or journal in which he kept the notes that were
given to him during his employ with Mr. Jeffrey Epstein.  He kept this
folder to justify what he did during his employ should the need arise
to justify what occurred with the monies he had to keep or any
questions as to the petty cash he withdrew from the household account
from the bank.  At approximately 10:00 pm, I attempted contact with
Mr. Rodriguez and discovered he was assisting his wife at her place of
employment and would not be able to meet with me.  Mr. Rodriguez
stated he would meet with me on January 6, 2006, in Broward County, in
the morning hours.

On January 6, 2006, at approximately 9:00 am, I received a telephone
call from Mr. Rodriguez who advised he had the file in hand and would
be traveling northbound to meet with me in Broward County.  At 10:50
am, I met with Alfredo Rodriguez at the parking lot of Bank of America
in Boca Raton on Yamato Road and Military Trail (known as the Polo
Center).  Rodriguez produced a green folder which contained documents,
a note with Mr. Epstein's stationary with direction to deliver a
bucket of roses to ██████████ High School after ██████████
high school drama performance.  Also in that same note was direction
to rent a car for ████████████ and direction to extend the rental
contract.  I returned to the Palm Beach Police Station and placed the
folder into evidence.

I received a fax from Verizon from the subpoena request sent on

GIUFFRE005685
CONFIDENTIAL

```
-----------------------------------------------------------------------
Date:  7/25/06          PALM BEACH POLICE DEPARTMENT          Page:      73
Time:  8:47:53               Incident Report              Program: CMS301L
-----------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)
01-04-06, for telephone number ▇▇▇▇▇▇▇▇  The phone number is
registered to Dr Perry Bard, from West Palm Beach. Dr. Bard is a
chiropractor and has an office located ▇▇▇▇▇▇▇▇▇▇▇▇▇ in West
Palm Beach.  The cellular number is Dr Bard's personal cellular
number.

On January 9, 2006, Det. Caristo and I traveled to ▇▇▇▇▇▇▇▇▇ in
Palm Beach Gardens in an attempt to locate Johanna Sjoberg, who had
been previously seen on the property and identified through her
Florida Drivers License and Florida license Plate.  A business card
was left for her to return my call.  We then traveled to the ▇▇▇▇▇▇
▇▇▇▇▇ Foundation and located ▇▇▇▇▇▇▇.  ▇▇▇▇▇ agreed to
speak with us and in a private room within the school provided us a
taped statement.

During the statement, ▇▇▇▇▇▇ advised that when she was fifteen or
sixteen years of age, she was taken to Jeffrey Epstein's house by her
associate, ▇▇▇▇▇▇ stated this occurred late May 2004
or early June 2004.  She was told she could model lingerie for money
for a wealthy Palm Beacher.  She remembered they traveled by yellow
cab from their residence in West Palm Beach to Epstein's house.  She
remembered encountering Epstein at the front door during the evening
hours.

He introduced himself and brought them into the kitchen so that the
chef could prepare something for them to eat.  After having a meal,
▇▇▇▇▇ and Epstein brought ▇▇▇▇▇ upstairs to a master bedroom which
had a large bathroom.  She observed a large style shower, sauna and
there was a large massage bed also in the bathroom.  Epstein entered a
room within the bathroom and came out wearing only a towel.  ▇▇▇▇▇
said they would provide a massage on his feet.  ▇▇▇▇▇ asked why they
are doing this.  ▇▇▇▇▇ told her this was part of the routine and told
her to rub his legs and calves.  Epstein had told ▇▇▇▇▇ to get
comfortable.  ▇▇▇▇▇ continued rubbing Epstein's calves and feet.  At
Epstein's direction, ▇▇▇▇▇ then left the room leaving ▇▇▇▇ there
by herself.  Epstein told ▇▇▇▇▇ to get comfortable.  ▇▇▇▇▇ removed
her blouse and pants and stayed in her panties.  ▇▇▇▇▇ stated she
was not wearing a bra.  She believed she was wearing thong panties.
Epstein turned over onto his back and began touching her.  Epstein
touched her breasts and began touching her in her vagina area.
Epstein instructed her to rub his chest and rub his nipples.  ▇▇▇▇▇
stated the touching consisted over the panties on the first time; he
stroked her vagina but stayed on top of the panties.  During the first
massage, she stated Epstein was stroking her and began masturbating
himself at the same time.  He put his hands under the towel and
appeared as to masturbate himself however she never saw his penis.
She continued rubbing his chest until he grabbed her and pulled her
closer to him.  He appeared to have climaxed because after he pulled
her closer to him the massage was over.  Epstein had told her that
there was two hundred dollars for her on the dresser.  He told her
that she could not tell anyone what happened at the house or bad
things could happen.  ▇▇▇▇▇▇ stated she went to Epstein's house three

GIUFFRE005686
CONFIDENTIAL

```
-------------------------------------------------------------------
Date:  7/25/06          PALM BEACH POLICE DEPARTMENT            Page
Time:  8:47:53                Incident Report                Program
-------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)
or four times total. ████ was very scared and felt very nervous.
She knew because of Epstein's money he was powerful.  After the
massage, Epstein ordered his houseman at the time to drive the girls
home.  The employee was to drop off the girls at their house and watch
them go inside their house.

████ could not remember who the houseman was.  She stated Epstein
and his assistant Sarah would call her at her father's house to
arrange for her to come and "work." She advised each time she returned
to the house, Epstein would do the same thing. ████ stated it was
a routine with Epstein.  She would rub his feet and calves.  He would
then turn over and begin to touch her on her vagina area.  The only
difference was that it was done without panties.  Epstein's fingers
would stroke her vagina area as he would masturbate and finally climax
and the massage would be over.  She was paid $200.00 each time she
went.  Each time she went she was reminded not to speak of what
happened at the house and that she would be contacted again.  She
began to purposely miss the calls when either Sarah or Epstein would
call her.  She once brought a friend, ████ unknown last name, to
work for Epstein.  She was paid $200.00 for bringing ████ ████
stated she no longer returned to work for Epstein.  She also stated
that she wanted to notify the police of what happened at the house.
████ stated she was scared of what could have happened to her or
her family if she notified authorities.

On January 10, 2006, I received the results from the subpoena from
BellSouth Telecommunications for telephone number ████ The
number is assigned to ████ s father in Palm
Beach Gardens.  I also received the results from Western Union which
confirmed the money order sent to ████ from Jeffrey
Epstein in New York City.  The "wire" was sent by Jeffrey Epstein of
457 Madison Ave in New York City on December 23, 2004 at 12:05 pm.
The amount of $222.00 was charged to Epstein's credit card so that
████ could receive $200.00 in Royal Palm Beach.  The twenty-two
dollars was for processing and local fees to send the money via
Western Union.  A copy of the check presented to ████ was also
attached to the receipt of the wire.  This confirmed what ████
advised she received as a Christmas bonus from Epstein.

Investigation continues.

*************************** N A R R A T I V E  # 35 ***************************
NA                     Reported By: RECAREY, JOSEPH              1/10/06
                       Entered By.: ALTOMARO, NICKIE A.          1/10/06

I received and reviewed the Cingular Wireless results from the
subpoena requests for subscriber information for telephone numbers
████ ████.  The first number,
████, is assigned to Janusz Banasiak in care of Jeffrey
Epstein of 457 Madison Ave in New York City.  Banasiak is the current
houseman/house manager for 358 El Brillo Way in Palm Beach, Fl 33480.
The second number, ████ is assigned to Christina Venero of

GIUFFRE005687
CONFIDENTIAL

```
------------------------------------------------------------------------
Date:   7/25/06          PALM BEACH POLICE DEPARTMENT        Page:    75
Time:   8:47:53              Incident Report             Program: CMS301L
------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)
███████████ West Palm Beach. Research conducted on Venero
revealed she is a licensed Massage therapist with a Florida
conditional/active license number ██████ Venero had been previously
arrested for battery / unwanted touching and DUI. Requests for copies
of the reports involving the arrests were requested from the Palm
Beach County Sheriff's Office. The last number ████████ is
assigned to Thomas Rofrano of ████████ Palm Beach Gardens.
Research on Mr. Rofrano, revealed that he is a Florida Chiropractic
Physician.

Vehicles that were previously documented on the property while
surveillance was being conducted were researched. I determined a tan
Chevrolet Camaro, bearing Florida license ████, was seen on the
property in which a young white female was seen entering the Epstein
property. Research was conducted which revealed that the vehicle is
registered to ████████ Mr. ███ has two daughters,
████████████ █████ is currently residing in
Connecticut and ██████ is residing with her father in Lake
Worth. Research on ███████ revealed she was recently involved
in a traffic stop in Lake Clarke Shores in May 19, 2005. A request to
discover any information from the stop was requested.

I spoke with ASA Daliah Weiss who informed me that Janusz Banasiak
will be available for an interview tomorrow at the State Attorney's
Office in West Palm Beach at 1:30 pm. I informed her that I would be
at her office for the interview.


*************************** N A R R A T I V E  # 36 ***************************
NA                     Reported By: RECAREY, JOSEPH              1/23/06
                       Entered By.: ALTOMARO, NICKIE A.          1/23/06

On January 19, 2006, Det. Caristo and I met with Johanna Sjoberg at
██████████ in Palm Beach Gardens. Sjoberg was identified as a
licensed massage therapist who had previously been seen on Epstein's
property when physical surveillance was done. Sjoberg was told of the
on going investigation and I felt she may have information pertaining
to the case. During a sworn taped statement, Sjoberg stated she met
Epstein three years ago when Ghaline Maxwell approached her while she
was attending Palm Beach Atlantic College to work around Epstein's
house. Maxwell had told her that they needed some girls to work at
the house to answer phones and run errands. Sjoberg accepted the job
and began working at Epstein's house on El Brillo in Palm Beach.
Sjoberg stated it was a part time job during the time she went to Palm
Beach Atlantic College. She continued going to Epstein's house and
would be notified when Epstein would travel to Palm Beach. Sjoberg
advised she would be notified by Maxwell, Epstein or Sarah, his
assistant, when he would travel to Palm Beach. Sjoberg stated she
began providing massages to Epstein before she became a massage
therapist. She continued giving massages not only to Epstein but to
Nadia Marcinkova, and Sarah, his assistant. Sjoberg was asked about
what occurred during the massages. Sjoberg stated as she was twenty

GIUFFRE005688
CONFIDENTIAL

```
--------------------------------------------------------------------------
Date:  7/25/06       PALM BEACH POLICE DEPARTMENT        Page:    76
Time:  8:47:53            Incident Report          Program: CMS301L
--------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)

three years old when she met Epstein, anything that happened was
between two consenting adults. I explained to her that she was not in
any trouble however as part of this investigation, I needed to ask
certain questions. Sjoberg stated that there were times that Epstein
would ask her to perform during the massage. He would instruct her to
rub his nipples as he masturbated himself. Sjoberg stated she felt
"grossed" about the behavior but as she was getting paid, she just
continued. Sjoberg also advised she would on occasion perform the
massages naked. Epstein would on occasion, utilize the
vibrator/massager on her vagina area when she performed the massages.
Sjoberg explained that Epstein never exposed himself to her as he
maintained himself covered under the towel he would be wearing. When
Epstein would masturbate he would be covered.

I asked if Sjoberg ever received any gifts, or any gratuities from
Epstein. Sjoberg advised aside from being paid well, she advised
Epstein took care of her tuition from Palm Beach Atlantic College.
She received a rental car for a week when her scooter broke down.

Additionally she received other gifts from Epstein. Epstein also
recommended her to another client who resides at Breakers Row in Palm
Beach. The client she was referred to was "Glenn" unknown last name,
and his wife, who she provided a massages to. The statement was
concluded and placed into evidence upon our return to the Palm Beach
Police Department.

While at the police station, I researched Florida tag ████ which
was also previously seen on the property when there was physical
surveillance being done at the property. The vehicle is registered to
████████ Lake Worth, Florida. Researching Mr. ████ and the
vehicle revealed that his daughter, ████████ had been driving
the vehicle and was cited for unlawful speed in Lake Clark Shores.
The vehicle is a tan, Chevrolet Camaro, 2-door. I researched ████
████ date of birth, ████ 1987, resides at ████████
████ has a my space page called
████████. In her web page, shows various photos of
████ photographed at a beach. An interview is forthcoming.

A review of the video disks which was extracted at the Palm Beach
County Sheriff's Office Computer Crime Unit revealed that only one
hidden camera was functional at the time. Several images of Epstein
working at his office were seen. Additional footage of Sarah Kellen
and Nadia Marcinkova was seen. There was other footage of females
seen. The identity of the females is unknown at this time, until such
time as I meet with certain females to show the video footage to
confirm if, in fact, it is them on the video. At this time it appears
that ████████ and Haley Robson are seen sitting with Epstein beside
his desk in the evening hours. Due to poor lighting, a direct
confirmation cannot be made at this time.

Inv. Continues.

GIUFFRE005689
CONFIDENTIAL

```
-----------------------------------------------------------------------
Date:  7/25/06            PALM BEACH POLICE DEPARTMENT          Page:      77
Time:  8:47:53                 Incident Report            Program: CMS301L
-----------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                           (Continued)
**************************** N A R R A T I V E  # 37 ************************
NA                      Reported By: RECAREY, JOSEPH                1/30/06
                        Entered By.: ALTOMARO, NICKIE A.            1/30/06

On January 25, 2006, Det Caristo and I. responded to ████████
████████ and met with ████████ stated last
year, when she was seventeen years of age, she met Jeffrey Epstein
through her former room mate ████ ████ was allegedly dating
Epstein at the time. ████ and ████ had once cohabitated together
when they modeled. ████ explained ████ called her on her telephone
and advised her that she was in Palm Beach and requested to see her.
████████ made arrangements to meet with her at Epstein's house. ████
arrived and met Epstein and ████ and ████ went to the Palm
Beach Mall together and went shopping. ████ advised that ████ and
she had received money from Epstein to go to the mall. They visited
Victoria's Secret and purchased undergarments from the store utilizing
monies given by Epstein. ████ advised she purchased one item and
████ purchase various items. The money used to purchase the items
was the money given by Epstein.

████ and ████ continued shopping and having a day together. ████
stated ████ explained how she and Epstein have been dating each other
and he has been paying all of her bills. ████ claimed ████ advised
they met in New York and had been dating ever since. They later
returned to Epstein's home and encountered Epstein. He had a brief
conversation with ████ about her modeling career. He knew of her
modeling career from ████ He requested to see her modeling
portfolio and explained that he could help her with modeling jobs.
████ had her book with her to show ████ and showed the book to
Epstein. He commented negatively about her photographs and portfolio.
████ felt uncomfortable with the comments made as she had been
working with other professional modeling companies who had offered her
work from her photographs. Epstein requested to see what was
purchased at the mall. ████ took out the undergarments which were
purchased. She immediately showed Epstein different sets purchased.
Epstein then requested to view what ████ purchased. ████ was
reluctant to show the outfit however since it was Epstein's money that
purchased the item she pulled it out of the bag. Epstein asked her
to try it on. ████ looked at ████ who told her "yeah, try it on."
Feeling compelled to try the undergarment outfit on; she went to
another room and put on the bra and panty set. She walked out to the
living room where they were sitting, and modeled the suit. She then
went back into the other room and changed back into her clothes.
████ returned into the room and told ████ she would be going home. ████
scheduled another day for ████ to return for massages with her.

████ stated within that same week, she returned to meet with ████
and have a massage. ████ had told her that she would be unable to
stay with her as she would be going on a bike ride with Epstein.
████ explained she could stay at the house and take advantage of the
massage.

GIUFFRE005690
CONFIDENTIAL



```
---------------------------------------------------------------
Date:  7/25/06          PALM BEACH POLICE DEPARTMENT       Page:      78
Time:  8:47:53              Incident Report            Program: CMS301L
---------------------------------------------------------------
Case No. . . . : 1-05-000368                              (Continued)
```
[REDACTED] stated she met with an unknown massage therapist and had the
table already set up in a guest room. [REDACTED] removed her clothing,
leaving her panties on, and wrapped herself with a towel for the
massage. [REDACTED] remembered that the door to the guest room was closed
but not locked. As the therapist was working her back, the door was
opened by Epstein and entered into the room. [REDACTED] was trying to
conceal herself as Epstein was talking to her about his chiropractic
session. Epstein told [REDACTED] turn over onto her back. [REDACTED]
eventually turned over exposing her breasts to Epstein as he applied
pressure on her shoulder and her waist. [REDACTED] stated Epstein "popped"
her back. [REDACTED] removed her self from the table, got dressed and left
the house [REDACTED] further stated [REDACTED] had attempted to call her on
several occasions to invite her back to Epstein's house to which [REDACTED]
replied "I'm busy." [REDACTED] advised she has not had contact with either
[REDACTED] or Jeffrey Epstein. It should be noted that her mother,
[REDACTED] was present during the interview. The interview was
concluded and we thanked them her for their time.

```
*************************** N A R R A T I V E   # 38 ***************************
NA                    Reported By: RECAREY, JOSEPH              1/31/06
                      Entered By.: ALTOMARO, NICKIE A.          1/31/06
```

On January 27, 2006, I made telephone contact with Christina Venero,
at [REDACTED]. Venero is a licensed massage therapist who had
frequented the home of Jeffrey Epstein. Ms. Venero has been unable to
meet with me in Palm Beach County, and because she lives and works in
Port St Lucie, a telephone interview was conducted. I explained to
Ms. Venero that there was an on going investigation involving Jeffrey
Epstein.

Venero stated she knows Epstein and has been employed by him for
approximately three years. Epstein has paid Venero to perform Swedish
Massages (Deep Tissue) on him and other guests. Venero explained that
approximately three year ago she met Ghislaine Maxwell and Jeffrey
Epstein through a mutual friend. Epstein and Maxwell were looking for
a massage therapist. Venero stated since that time, she is notified
when Epstein is coming to Palm Beach. Venero stated she comes to his
house and provides the massage or massages. Venero explained she has
also massaged his guests and assistants. Venero continued that she is
paid $100.00 and hour for the massage.

I asked Venero if anything occurred during the massage that would have
made her feel uncomfortable. Venero stated she only provided massages
and that was it. She never was approached for anything else. I asked
if Epstein ever asked her to rub his chest she stated she would not
rub his chest as that is not part of her massage. Venero explained
that she was not Epstein's type. The girls she would see at Epstein's
house were very thin, beautiful and without tattoos. Venero explained
she has several tattoos that are visible. Maxwell and Epstein have
commented negatively about her tattoos previously when she has
provided massages.

GIUFFRE005691
CONFIDENTIAL

```
------------------------------------------------------------------
Date:  7/25/06           PALM BEACH POLICE DEPARTMENT      Page:      79
Time:  8:47:53                Incident Report          Program: CMS301L
------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                            (Continued)

Venero stated she only provided massages for Epstein and his
associates and nothing happened during those massages.  Venero stated
as she does Swedish style massages, the patient is usually sore after
the massages.  I thanked her for her assistance and the interview was
concluded at this time.

I received a facsimile from T-Mobile Cellular service on telephone
number ▮▮▮▮▮▮▮ which is assigned to David Rodgers, pilot for Mr.
Epstein, who resides in Lake Worth.  Rodgers' telephone number was
dialed on several occasions by Sarah Kellen.  A background on Rodgers
indicated he has a valid FAA pilot license First Class for the
Southern FAA Region.  Rodgers has another historical FAA license for
Airline Transport Pilot.

Investigation Continues.

```
*************************** N A R R A T I V E   # 39 ************************
NA                       Reported By: RECAREY, JOSEPH              2/14/06
                         Entered By.: ALTOMARO, NICKIE A.          2/16/06
```

On Friday, February 3, 2006, I had made arrangements to meet with
▮▮▮▮▮▮▮▮▮ t the Palm Beach Police Station.  At approximately
1:00pm, ▮▮▮▮▮▮ and her friend, ▮▮▮▮▮▮▮▮ arrived at the police
station.  During an interview with ▮▮▮▮▮, she stated she met
Epstein when she turned eighteen years old and was brought to
Epstein's house to provide a massage.  She advised this occurred on
May of 2005.  She advised Haley Robson had informed her if she wanted
to provide a massage for $200.00.  ▮▮▮▮▮▮▮ greed and was brought to
Epstein's house to provide a massage.  ▮▮▮▮ stated she had been to
the house on many occasions during the massage sessions.  ▮▮▮▮▮▮
also stated she would remove her clothing to provide the massage on
Epstein.  ▮▮▮▮▮▮▮ advised Epstein would pay her $300.00 to rub his
back, legs and chest.  During the massages, Epstein would masturbate
himself as she rubbed his chest.  I asked her if Epstein ever touched
her breasts during the massages.  ▮▮▮▮▮▮ replied, "Yes." I asked her
if Epstein ever touched or massaged her vagina.  ▮▮▮▮ stated he
had on several occasions.  I asked her if he ever penetrated her with
either his penis or any other objects.  ▮▮▮▮ stated that during a
massage he inserted his fingers in her vagina as she massaged him.
She stated this occurred one time only.  ▮▮▮▮▮ stated the massage
would be over when Epstein would climax onto a towel.  I asked
▮▮▮▮▮▮ if she had any formal massage training to which she replied
that she did not.  ▮▮▮▮ was then asked if she ever brought anyone
to the house to "work."  ▮▮▮▮▮ tated she brought two people to the
house.  She advised she received money for bringing people to the
house to "work."  ▮▮▮▮ stated she brought a girl named ▮▮▮▮▮▮ and
her friend ▮▮▮▮▮ ▮▮▮▮ was still waiting for ▮▮▮▮▮▮▮ in the
lobby of the police station.  I thanked ▮▮▮▮▮ for her time and her
cooperation and escorted her to the lobby.

I asked Ms ▮▮▮ if I could speak with her about this investigation.  I

GIUFFRE005692
CONFIDENTIAL

```
---------------------------------------------------------------------
Date:  7/25/06            PALM BEACH POLICE DEPARTMENT      Page:      80
Time:  8:47:53                  Incident Report             Program: CMS301L
---------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)
brought her to the interview room and explained to her that I was
conducting an investigation on Jeffrey Epstein and felt she may have
information pertaining to the investigation. Ms ████ identified
herself as ████████ and resides in Wellington, Florida.  She
advised approximately a year ago she was brought to Epstein's house to
provide a massage for money. ████ stated she needed to make money and
felt it was a quick way to make some money. ████ stated she was
brought to the house by ████ and was introduced to Epstein and his
assistant. She was brought to his main bathroom and provided a
massage. I asked her if she provided the massage naked. ████ stated
she did. She rubbed Epstein's legs, back and chest. I asked ████ if
Epstein touched her during the massage. She advised he did not,
however he did masturbate himself as she rubbed his chest. Once he
climaxed the massage was over. She was paid her money and left the
area. ████ advised it occurred one time and she never returned to
Epstein's house. The interview was concluded and ████ was escorted to
the lobby.

I located a telephone number for ████████ and attempted to
contact her on several occasions. I called ████ and spoke
with Ms. ████ who advised she would speak with me in Deerfield Beach
where she resides. Due to a scheduling conflict, we were unable to
meet. I informed her I would contact her to schedule another
appointment to speak with her about this investigation. I have
attempted to meet with her and make telephone contact with negative
results.

On February 13, 2006, I met with David Rodgers at ████████████
in Lake Worth. Rodgers was identified as Epstein's pilot. I spoke
with Rodgers who advised he has been employed with Epstein since 1991.
He flies both planes for Epstein depending where he wants to fly to.
Rodgers was asked about passengers in the plane he flies. Rodgers
stated unless Epstein flew to his island off of St Thomas, there would
be no way of knowing who the passengers were. I mentioned a recent
flight to Ohio, where Rodgers flew to Ohio to pick up ████.
Rodgers stated he recalled flying on several occasions and did
remember ████. Rodgers stated once he is in the cockpit, he does not
know who the passengers are. When he prepares the passenger
manifests, he lists Epstein and his assistants he knows by name, Sarah
and Adrianna. Rodgers stated he would list either female or male
passengers on the manifests only to keep a count on the passengers.
Mrs. Rodgers came into the living room and recommended that her
husband consult with an attorney. Mr. Rodgers agreed he would speak
with the family attorney to inform him of this questioning. I
explained to Mr. Rodgers that he was not the suspect in this
investigation and ceased all questions. Based on the fact Rodgers
could not advise who passengers were in the plane, I then left the
area.

I attempted to locate ████████ at ████████████ in
Wellington. I left my business card for her to return my call. On
February 14, 2006, at 12:06 pm, I received a call back from Ms. ████

GIUFFRE005693
CONFIDENTIAL

```
-------------------------------------------------------------------------
Date:  7/25/06          PALM BEACH POLICE DEPARTMENT        Page:      81
Time:  8:47:53                  Incident Report            Program: CMS301L
-------------------------------------------------------------------------
```

Case No. . . . : 1-05-00036█                              (Continued)
    on my voice mail. Ms ████ left her telephone number for a return
call████████ I left her a message to return call.

    Investigation Continues..

**************************** N A R R A T I V E # 40 ************************
NA                      Reported By: RECAREY, JOSEPH          2/21/06
                        Entered By.: ALTOMARO, NICKIE A.       2/22/06

On February 15, 2006, I made telephone contact with ██████████who
provided directions to where I could locate her. Det Caristo and I
responded to ████████████in Lake Park to meet with ████
████████ Upon my arrival, I met with ████in the parking lot directly
behind MAACO Auto Painting. She was advised I was there to speak with
her about an ongoing investigation that concerned Jeffrey Epstein in
Palm Beach. ██████stated she knows Epstein very well and did not want
to speak with me about Mr. Epstein. She was very fond of Epstein and
did not want to speak with me about anything concerning Jeffrey
Epstein. I explained to her that she was seen at the house and I
would like to speak with her. She stated she knew there was an
investigation and that I had spoken with other people and therefore I
should know what happened at Epstein's house. ██████ended the
conversation and walked back into her boyfriends business, Blanton
Automotive. Det Caristo and I left the area and returned to the
police station.

Investigation continues.


**************************** N A R R A T I V E # 41 ************************
NA                      Reported By: RECAREY, JOSEPH          4/10/06
                        Entered By.: ALTOMARO, NICKIE A.       4/10/06

A Grand Jury Session was requested during the month of February 2006,
in which all the girls that had been interviewed would have been
called to testify before the Grand Jury to seek an indictment against
Jeffrey Epstein. Due to subsequent meetings with the State Attorney's
Office and Defense Attorney Alan Dershowitz the Grand Jury was
postponed until a later time. Dershowitz had provided a package of
material on the main victims in this case in which they appear on
myspace.com and speak about alcohol use and some marijuana use. The
State Attorney's Office wanted time to review the material.

I requested additional subpoenas from the State Attorney's Office in
which I requested information from Dollar Rent a Car and Jet Aviation.
The information requested from Dollar Rent a Car was for the rented
vehicle by Alfredo Rodriguez while under the employ of Epstein for one
of the victims. The other subpoena requested was for Jet Aviation for
dates and times when Epstein's planes were in Palm Beach County.

I continued to research other names that were acquired either from
interviews or intelligence gathered during the investigation. I

GIUFFRE005694
CONFIDENTIAL

```
------------------------------------------------------------------------
Date:  7/25/06              PALM BEACH POLICE DEPARTMENT        Page:      82
Time:  8:47:53                   Incident Report               Program: CMS301L
------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)
        located ▮▮▮▮▮▮▮ in Royal Palm Beach. I responded to ▮▮▮▮▮▮
        ▮▮▮▮▮▮▮▮ Royal Palm Beach. During the interview, ▮▮▮▮▮▮
        stated she knew I would be speaking with her. ▮▮▮▮▮▮▮ stated she
        was first introduced to Epstein when she turned eighteen years old.
        ▮▮▮▮▮▮▮ stated she was sure of her age as it was her senior year in
        ▮▮▮▮▮▮ High School. She advised she was brought there to
        make money and was told she would have to provide a massage to this
        Palm Beach guy". She remembered she met Epstein and his assistant
        Sarah in the kitchen area. She stated she was taken by one of her
        friends, ▮▮▮▮▮ She stated she went upstairs with Sarah while Epstein
        got ready for the massage. He exited his bathroom naked and ▮▮▮▮
        turned around. Epstein asked her if being naked offended her.
        ▮▮▮▮▮▮▮ stated it made her uncomfortable. Epstein then put on a
        towel and lay on the table. ▮▮▮▮▮▮ stated she rubbed his back and
        feet. She stated she had no massage training or experience.
        ▮▮▮▮▮▮ stated during the massage, Epstein attempted to touch her
        buttocks. ▮▮▮▮▮▮ pulled away as he touched her buttocks. She told
        him again she was uncomfortable with him touching her. Epstein then
        cut the massage short and became upset with her. Epstein paid her
        $200.00 for the massage and told her to leave the house. ▮▮▮▮▮▮
        never returned to the house. She did advise of one time she went with
        ▮▮▮▮▮▮ however she waited in the car for ▮▮▮▮ as she did not
        want to go into the house. At the conclusion of ▮▮'s visit with
        Epstein they left the area. ▮▮▮▮▮▮ stated she had heard from other
        girls that have gone to the house that Epstein now required them to do
        the massage naked and allow him to touch them in their private areas
        for monies. The interview was concluded as ▮▮▮▮▮▮ did not have any
        other information to provide.

        I then learned from the original victim, ▮▮ the defense attorney had
        learned of her identity. I spoke with the father of the victim, who
        stated there has been a private investigator on his house
        photographing his family and chasing visitors who come to the house.
        He provided a Florida License of ▮▮▮▮▮▮ This vehicle is registered
        to Ivan Robles of West Palm Beach. Robles is a private investigator
        intern who is licensed by the state. I informed the State Attorney's
        Office of the above information.

        I received the Grand Jury subpoenas to be delivered to three victims
        for a Grand Jury session to be held on April 18, through April 20,
        2006.

        Investigation continues.

*************************** N A R R A T I V E    # 42 ***************************
NA                          Reported By: RECAREY, JOSEPH              4/14/06
                            Entered By.: ALTOMARO, NICKIE A.          4/18/06

        The Grand Jury Subpoenas were personally served to the individuals
        they were issued to. On April 5, 2006, at approximately 7:30 p.m., I
        personally served the parents of ▮▮▮▮ who had informed me that the
        private investigators were still photographing the family. On April

GIUFFRE005695
CONFIDENTIAL

```
------------------------------------------------------------------------
Date:  7/25/06              PALM BEACH POLICE DEPARTMENT        Page:     83
Time:  8:47:53                   Incident Report              Program: CMS301L
------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)
    10, 2006, at approximately 2:30 p.m., I served ███t her residence in
Royal Palm Beach.  The subpoena was given to her mother,

I learned through one of the victims ███that she was personally
contacted through a source that has maintained contact with Epstein.
The source assured ███she would receive monetary compensation for her
assistance in not cooperating with law enforcement.  AH also stated
she was told, "Those who help him will be compensated and those who
hurt him will be dealt with." I told ███that tampering with a
witness/victim is an arrestable offense and very serious.  I asked her
who approached her during this encounter.███originally was reluctant
to provide the name of the person who approached her to offer her not
to testify because she felt they were still friends.

On April 11, 2006, Det Dawson and I traveled to Tallahassee, Florida
and met with the victim, ███ ███identified███████ W/F,
███████, as the person who approached her in Royal Palm Beach while
she was home during Spring Break in March 2006. ███also stated she
did not want to pursue the intimidation charges on ███, ███was
concerned that the defense attorney was given a copy of the report as
certain things she had told me in confidence were repeated to her by
███.  Prior to our departure, the victim was given a copy of her
subpoena for the Grand Jury which was scheduled to commence April 18,
2006.

Upon our return from Tallahassee, I notified the State Attorney's
Office of what was told to me.  I also notified them that the
subpoenas were delivered to the witnesses and they would be calling
for arrangements for the date and time needed for the Grand Jury.  I
spoke with ASA Weiss and informed her of the possible intimidation by
the defense.

On April 13, and April 14, 2006 I attempted contact on several
occasions with ASA Weiss and ASA Belohlavic to ascertain when the
victims needed to report for Grand Jury testimony.  Messages were left
on their voicemail.  On April 17, 2006, during the hours of 9:00 am
and 11:30 am, I again left messages for ASA Weiss and ASA Belohlavic
for either of them to return my call as I had not heard from the State
Attorney's Office as to the time and date of the Grand Jury.

At approximately 12:30 pm, I went to the State Attorney's Office and
located ASA Weiss and ASA Belohlavic in their offices.  I entered ASA
Belohlavic's office who informed me that she was going to return my
call.  She explained that an offer was made to the defense, Atty Guy
Fronstin and Atty Alan Dershowitz.  The offer is 1 count of Agg
Assault with intent to commit a felony, five years probation, with
adjudication withheld.  Epstein would have to submit to
psychiatric/sexual evaluation and no unsupervised visits with minors.
When asked about the all the other victims, ASA Belohlavic stated
that was the only offer made as to one victim, ███ASA Belohlavic
cell phone rang and went to voice mail.  She checked her voice mail
and played the message on speaker.  The caller identified himself as

GIUFFRE005696
CONFIDENTIAL

```
----------------------------------------------------------------------
Date:  7/25/06        PALM BEACH POLICE DEPARTMENT       Page:       84
Time:  8:47:53              Incident Report           Program: CMS301L
----------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)

Atty Guy Fronstin and acknowledged the deal made between them.
Fronstin stated in the message, he spoke with his client, Jeffrey
Epstein, and agreed to the deal. Fronstin asked to call off the grand
jury as they would accept this deal. Belohlavic stated a probable
cause would be needed to book Epstein in the county jail and would let
me know as to when it would be needed. I explained my disapproval of
the deal and not being consulted prior to the deal being offered.
However I expressed that was only my opinion and the final approval
would come from the Chief of Police. She explained to have Chief
Reiter call Barry Krisher about the deal. I left the area and
returned to the police station where I briefed the Chief about the
deal offered.

I checked my voice mail messages and discovered a message from ████
stepmother for the victim ████ She was calling because the State
Attorney's Office still had not returned any of her calls as to when
they are needed for this case. I then called ASA Belohlavic's office
and left messages for her to call the victims on this case and
explained to them what the State Attorney's Office had done.

On April 17, 2006, at approximately 4:30 pm, State Attorney
Investigator Tim Valentine called to officially notify me of the
cancellation of the Grand Jury. He requested I contact the victims
that had been served to appear, to notify them of the cancellation. I
advised Valentine that as this Grand Jury session was called based on
the State Attorney's Office decision to have the victims heard by the
Grand Jury that I felt it was the States Attorney's Office
responsibility to contact the victims and advise them of the reason
they were no longer needed.

*************************** N A R R A T I V E  # 43 ***********************
NA                      Reported By: RECAREY, JOSEPH            5/04/06
                        Entered By.: ALTOMARO, NICKIE A.        5/04/06

As I had not received any contact from anyone at the State Attorney's
Office, on May 1, 2006, I prepared three arrest warrant requests and
submitted them to the State Attorney's Office. The packages were
delivered to the Crimes against Children Unit in care of ASA Lana
Belohlavek. Jeffrey Epstein's arrest warrant was requested for 4
counts of Unlawful Sexual activity with certain minors and one count
of Lewd and Lascivious Molestation. Sarah Kellen, Epstein's
assistant's, arrest warrant request was for 4 counts of Principal in
the 1st degree Unlawful Sexual activity with certain minors and one
count of Principal in the 1st degree Lewd and Lascivious Molestation.
Haley Robson's arrest warrant request was for Lewd and Lascivious
Acts on a victim under 16 years of age. The receipt of delivery was
signed and brought back to the records division at the police
department.

On May 3, 2006, at approximately 2:54 pm, I received a telephone call
from ASA Daliah Weiss on my cellular telephone. ASA Weiss advised she

GIUFFRE005697
CONFIDENTIAL

```
------------------------------------------------------------------------------
Date:  7/25/06            PALM BEACH POLICE DEPARTMENT        Page:       85
Time:  8:47:53                 Incident Report               Program: CMS301L
------------------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                              (Continued)
has been taken off the Jeffrey Epstein case because her husband is
employed with Attorney Jack Goldberger. Attorney Goldberger is the
attorney of record for Jeffrey Epstein. His previous attorney, Guy
Fronstin, has been fired from representation. ASA Lana Belohlavek has
been assigned the case. ASA Weiss stated she can no longer speak
about the Epstein case with me. I thanked her for her telephone call.
ASA Weiss further stated that ASA Belohlavek would be calling me.

```
************************** N A R R A T I V E   # 44 **************************
NA                           Reported By: RECAREY, JOSEPH              5/15/06
                             Entered By.: ALTOMARO, NICKIE A.          5/15/06
```

On May 10, 2006, information was received that Epstein's associate,
Leslie Wexner, The Limited Inc, CEO's, plane had arrived in West Palm
Beach, PBIA. The plane, a Gulfstream 4 bearing a N900LS registration,
was on the tarmac at Galaxy Aviation. As Epstein had recently
acquired the services of a new attorney, and the fact that Epstein's
house is currently under remodeling, it was believed that Epstein may
be in Palm Beach. I conducted physical surveillance at the residence,
358 El Brillo Way. I observed a large construction crew conducting
remodeling at the house. The contractor, David Norr, was observed
driving a Ford Explorer, white in color. The vehicle has a Florida
registration of F30QQF. Norr left Epstein's house and traveled north
on County Road. Det Caristo and I conducted surveillance on Norr.
Norr traveled to several construction sites and checked on certain
jobs. Surveillance was discontinued on Norr and Det Caristo and I
traveled to Galaxy Aviation. I observed the white plane with a blue
stripe along the body and tail of the plane; the tail number was
visible on the bottom of the tail, closer to the body of the plane.
We maintained visual surveillance on the plane until 4:57 p.m., when a
caravan of Cadillac Escalades drove onto the tarmac. We observed
several people exit the vehicles and discovered that they were part of
the executive team for Limited Inc. The executives were in Palm Beach
County for an executive meeting for the day. They arrived in Palm
Beach County on May 9, 2006 at 9:30 pm and were scheduled to leave on
the 10th at 5:00 pm.

On May 12, 2006, I met with ASA Lana Belohlavek at the State
Attorney's Office. She explained that her boss, Barry Krischer, was
requesting this case be taken to the Grand Jury again. I explained to
her I had requested arrest warrants for Jeffrey Epstein, Sarah Kellen,
and Haley Robson. I asked that she either issue the warrants or
direct file, as so much time has elapsed since the original request to
the Grand Jury. I explained that the Palm Beach Police Department had
concluded the case in December of 2005 and has been waiting for the
case to go forward. Belohlavek stated the original offer was again
offered to the new defense attorney. She was waiting for their answer
by Friday May 19, 2006. She stated she would advise me of the answer.

```
************************** N A R R A T I V E   # 45 **************************
NA                           Reported By: RECAREY, JOSEPH              6/05/06
```

GIUFFRE005698
CONFIDENTIAL

```
-------------------------------------------------------------------------------
Date:  7/25/06            PALM BEACH POLICE DEPARTMENT          Page:      86
Time:  8:47:53               Incident Report              Program: CMS301L
-------------------------------------------------------------------------------

Case No. . . . : 1-05-000368                              (Continued)
                 Entered By.: ALTOMARO, NICKIE A.                 6/06/06
```

On May 22, 2006, I received several phone calls throughout the day
from Mr. ▮▮▮ who stated he had been followed aggressively by a private
investigator. Mr. ▮▮▮ stated that as he drove to and from work and
running errands throughout the county, the same vehicle was behind him
running other vehicles off the road in an attempt not to lose sight of
Mr. ▮▮▮ vehicle.

I explained to him as Mr. Epstein had retained new legal council it
was possible it would be new private investigators following him to
observe his daily activities. I also explained to him that there was
a meeting scheduled with ASA Lana Belohlavek and Attorney Jack
Goldberger at Mr. Krischer's office scheduled on June 1, 2006 at 9:00
am. I attempted to call ASA Lana Belohlavek to inform her of the
private investigators following Mr. ▮▮▮ however; she was on her vacation
during the week of May 22 through May 30 2006.

On May 23, 2006, I received other phone calls from Mr. and Mrs. ▮▮▮ who
advised they were able to acquire the private investigators license
plate information. The subject following them was again driving very
aggressively and caused Mrs. ▮▮ to run off the road. Mrs. ▮▮ stated
the vehicle is a green Chevy Monte Carlo bearing Florida tag ▮▮▮▮▮▮
The vehicle is registered to Zachary Bechard of Jupiter Florida.
Bechard is employed with Candor Investigations from Jupiter, Florida.
Bechard is a licensed Private Investigator in the State of Florida.

Since the discovery of the threat made against one of the victims in
this case ▮▮▮▮▮ I requested subpoenas for all calls made to and
received from ▮▮▮▮▮▮ during the month of March 2006 for her
cell phone and home phone. I had confirmed with Florida State
University the exact dates of Spring Break for 2006. The Spring Break
was from March 4, 2006 through March 12, 2006. I received a subpoena
from Sprint/Nextel with all calls made during the month of March 2006.
I reviewed the 989 calls made and received during the month of March
2006. I observed on March 7, 2006, ▮▮▮▮ made and received thirty
five calls during that day.

| Date      | Time     | Seconds | In/Out   | To/From   |
|-----------|----------|---------|----------|-----------|
| 7-Mar-06  | 11:03 AM | 492     | Outbound | 561XXXX   |
| 7-Mar-06  | 11:16 AM | 6       | Inbound  | 561XXXX   |
| '-Mar-06  | 11:22 AM | 887.2   | Inbound  | 561XXXX   |
| ·Mar-06   | 11:37 AM | 48      | Outbound |           |
| Mar-06    | 11:39 AM | 28.2    | Inbound  |           |
| ar-06     | 12:02 PM | 727.2   | Inbound  |           |

    table reflects the date of the calls, time of day (EST), duration

GIUFFRE005699
CONFIDENTIAL

```
-----------------------------------------------------------------------
Date:  7/25/06             PALM BEACH POLICE DEPARTMENT        Page:   87
Time:  8:47:53                  Incident Report         Program: CMS301L
-----------------------------------------------------------------------
```

Case No. . . . : 1-05-000368                           (Continued)
of call in seconds, inbound or outbound calls and calls made to or
from ▮▮▮s phone. On March 7, 2006, at 11:03 am, ▮▮▮ made a call
to the victim ▮▮▮ which lasted 492 seconds (8 minutes and 2 seconds).
The victim then returned the call at 11:16 am which lasted 6 seconds.
The victim then made contact with ▮▮▮ at 11:22 am for 877.2 seconds
(14 minutes and 6 seconds). These sequences of calls were consistent
with what the victim had described to me on the date of the
intimidation. Immediately after speaking with the victim, ▮▮▮makes
a call to Sarah Kellen, Epstein's assistant, which lasts for
forty-eight seconds. A call is then immediately received, a telephone
number registered to a Corporation affiliated with Jeffrey Epstein
located at 457 Madison Ave in New York. An extensive computer check
revealed 457 Madison Ave is a business address in which Epstein has
his corporations assigned to. Epstein had corporation attorney,
Darren Indyke, register the businesses and register himself as an
agent. I also observed Epstein has his El Zorro Ranch Corporation,
New York Strategy Group, Ghislaine Corporation, J Epstein and Company
and the Financial Strategy Group registered to this same address.
Finally, a third call is received by ▮▮▮ at 12:02 pm from the same
corporate number which lasts 12 minutes and 1 second. It should be
noted that there is no further contact with either the victim during
the month of March or April of 2006. I also noted that there was no
further contact with Sarah Kellen or Jeffrey Epstein during the
remainder of the month of March or April 2006.

On June 1, 2006, ASA Lana Belohlavek telephoned me to inform me of the
meeting that occurred with Atty. Jack Goldberger and her reference
this case. She advised she would make her determination on whether to
file on this case or not by Monday June 5, 2006.

Inv Continues.


*************************** N A R R A T I V E  # 46 ***************************
NA                    Reported By: RECAREY, JOSEPH           7/12/06
                      Entered By.: ALTOMARO, NICKIE A.       7/12/06

On June 29, 2006, I had spoken to ASA Lana Belohlavic who informed me
that the case would be sent to the Grand Jury for charges. She
informed me that the grand jury would convene on July 19, 2006 to hear
the Epstein case. Belohlavic stated State Attorney Barry Krisher made
the determination to go the Grand Jury to hear the case.

On July 12, 2006, I spoke with Mrs.▮▮▮mother of the victim, ▮▮▮who
inquired about the status of the case. I explained to her that I was
told we would be going to the Grand Jury during the week of July 19,
2006. She stated she had not been contacted as of yet by the State
Attorney's Office for any information. I provided her with the
telephone numbers to the State Attorney's Office.

Investigation continues...

* * * * * * * * * * * * * * * END OF REPORT * * * * * * * * * * * * * * * * *

GIUFFRE005700
CONFIDENTIAL

# EXHIBIT 40
# (Filed Under Seal)



Case 18-2868, Document 283, 08/09/2019, 2628241, Page685 of 883

amazon.com.

amazon.com.

Amazon.com
1850 Mercer Rd.
Lexington, KY 40511

Jeffrey Epstein
358 El Brillo Way
Palm Beach, Florida 33480
USA

**Billing Address:**
Jeffrey Epstein
358 El Brillo Way
Palm Beach, Florida 33480
USA

**Shipping Address:**
Jeffrey Epstein
358 El Brillo Way
Palm Beach, Florida 33480
USA

rbrd57708/-3-/next/2436223   SORTExtFastTrack

GIUFFRE006581
CONFIDENTIAL

http://www.amazon.com

## Your Account

For detailed information about this and other orders, please visit
Your Account. You can also print invoices, change your credit card
address and payment settings, alter your communication
preferences, and much more – 24 hours a day – at
http://www.amazon.com/your-account

### Returns Are Easy!

Visit http://www.amazon.com/returns to return any item –
including gifts – in unopened or original condition within 30
days for a full refund (other restrictions apply). Please have
your order ID ready.

Thanks for shopping at Amazon.com and please
come again!

Your order of September 4, 2005 (Order ID 103–1737820–4508648)

| Qty. | Item | Item Price | Total |
|------|------|-----------|-------|
| | IN THIS SHIPMENT | | |
| 1 | SM 101: A Realistic Introduction<br>Wiseman, Jay --- Paperback<br>(** C–2 **)  0963976389 | $16.47 | $16.47 |
| 1 | SlaveCraft: Roadmaps for Erotic Servitude--Principles, Skills and Tools<br>Baldwin, Guy --- Paperback<br>(** C–2 **) 1881943143 | $15.95 | $15.95 |
| 1 | Training With Miss Abernathy: A Workbook for Erotic Slaves and Their Owners<br>Abernathy, Christina --- Paperback<br>(** C–2 **) 1890159077 | $11.95 | $11.95 |

| | |
|---|---|
| Subtotal | $44.37 |
| Shipping & Handling | $24.46 |
| Order Total | $68.83 |
| Paid via Amex | $68.83 |
| Balance due | $0.00 |

This shipment completes your order.

amazon.com
and you're done.

# EXHIBIT 41
# (Filed Under Seal)

| Date 1995 Nov | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... Airplane | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17 | G1159B | N908JE | CMH | PBI | | 779 | JE | | | 2 | 0 | | |
| 20 | " | " | PBI | TEB | | 780 | JE, AS | | | 2 | 2 | | |
| 21 | " | " | TEB | PBI | | 781 | JE, AS, EVA, GLENN, BABY, 1 FEMALE | | | 2 | 4 | | |
| 26 | " | " | PBI | TEB | | 782 | GM, MDT GREPPI, AS, ALAN CREENBEEE, ADD LIGHTBERG, EVA, GLENN BABY, NANNY | | | 2 | 4 | | |
| 29 | " | " | TEB | CMH | | 783 | JE, SOPHIE BIDDLE, 3 MALES | | | 1 | 3 | | |
| 30 | " | " | CMH | PBI | | 784 | JE, SOPHIE BIDDLE | 1/1 | | 2 | 0 | | |
| Dec 3 | " | " | PBI | TEB | | 785 | JE, SOPHIE BIDDLE | | | 2 | 2 | | |
| 5 | " | " | TEB | PBI | | 786 | JE, AS | | | 2 | 3 | | |
| 1996 JAN 1 | " | " | PBI | TEB | | 787 | JE, GM, GWENDOLYN BECK, HELEN SELIUME, DAVID AMEN | | | 2 | 1 | | |
| 4 | " | " | TEB | PBI | | 788 | JE, SOPHIE BIDDLE | | | 2 | 5 | | |
| 9 | " | " | PBI | TEB | | 789 | JE, AS, SOPHIE BIDDLE | | | 2 | 3 | | |
| 12 | " | " | TEB | PBI | | 790 | JE, GM, DEBORAH | | | 4 | 0 | | |
| 20 | " | " | PBI | SAF | | 795 | JE, GM | 1/1 | | 4 | 0 | | |
| 21 | " | " | SAF | LAX | | 796 | JE, GM | 1/1 | | 2 | 0 | | |
| 23 | " | " | LAX | TEB | | 797 | JE | | | 4 | 4 | | |
| 25 | " | " | TEB | PBI | | 798 | JE | | | 2 | 3 | | |
| 28 | " | " | PBI | CMH | | 799 | JE, GM | 1/1 | | 2 | 0 | | |
| 28 | " | " | CMH | TEB | | 800 | GM JE, GM | | | 1 | 0 | | |
| 31 | " | " | TEB | PBI | | 801 | JE | | | 2 | 3 | | |



I certify that the statements made by me on this form are true.

Pilot's Signature: David Rodgers

| | | |
|---|---|---|
| Page Total | 4/4 | 44 2 |
| Amount Forward | 5822 5593 | 658 6 |
| Total to Date | 5826 5597 | 6602 8 |

GIUFFRE0007055
CONFIDENTIAL

CONFIDENTIAL DR_000001

Case 18-2868, Document 283, 08/09/2019, 2628241, Page687 of 883

DEPOSITION EXHIBIT
6-3-16

Case 18-2868, Document 283, 08/09/2019, 2628241, Page688 of 883

| Date 19 96 FEB | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival | | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... AIRPLANE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | From | To | | | | | | | |
| 5 | G1159B | N90BJE | PBI | TNCM | | 802 | JE, GM | 1/1 | 2 | 4 | |
| 7 | G1159B | " | TNCM | TEB | | 803 | JE, GM | 1/ | 4 | 0 | |
| 9 | " | " | TEB | PBI | | 804 | JE, GM, SHARON REYNOLDS | | 2 | 1 | |
| 12 | " | " | PBI | TEB | | 805 | JE, GM, SHARON REYNOLDS | 1/1 | 2 | 1 | |
| 15 | " | " | TEB | BCT | | 806 | JIMMY COYNG, MRS COYNG, AUSTIN GYNN WBRIGHT, KAEW REMSBY, SOPHIE BIDDLE JAY | | 2 | 4 | |
| 19 | " | " | BCT | TEB | | 807 | JIMMY COYNG MRS, COYNG, AUSTIN WYNN WBRIGHT, SOPHIE, +1 PAX | 1/ | 2 | 3 | |
| 28 | " | " | TEB | PBI | | 808 | JE, GM, AS, SOPIE BIDDLE | | 2 | 2 | |
| MAR 4 | " | " | PBI | TEB | | 809 | JE, GM, AS, GEORGE NEAL, 1 FEMALE | | 2 | 4 | |
| 8 | " | " | TEB | PBI | | 810 | JE, GM, AS, GEORGE NEAL, 1 FEMALE | 1/1 | 2 | 6 | |
| 11 | " | " | PBI | TEB | | 811 | JE, GM, AS, CHRISTINE, 1 FEMALE | | 2 | 3 | |
| 15 | " | " | TEB | PBI | | 812 | JE, GM, AS, 1 FEMALE | | 2 | 1 | |
| 18 | " | " | PBI | CMH | | 813 | JE, GM, AS, CLAIRE HAZEL, 1 FEMALE | 1/ | 2 | 1 | |
| 18 | " | " | CMH | TEB | | 814 | JE, GM, AS | | | | CONFIDENTIAL DR 000002 |
| 22 | " | " | TEB | PBI | | 815 | JE, FRANCES, SOPHIE BIDDLE, GVA, + PAX | | 2 | 3 | |
| 24 | " | " | PBI | TEB | | 816 | JE, GVA, BABY, +3 PAX | | 2 | 3 | |
| 26 | " | " | TEB | VNY | | 817 | JE | | 5 | 5 | |
| 29 | " | " | VNY | SAF | | 818 | JE | | 1 | 5 | |
| APR 8 | " | " | PBI | TEB | | 821 | JE, GM, AS, GVA, GLENN, COLENA, NANA | | 2 | 1 | |
| 15 | CESSNA 421B SIMULATOR INITIAL TRAINING | | | | | | INSTRUMENT COMPLIANCE REV. | | 10 | 0 | |

I certify that the statements made by me on this form are true.

Pilot's Signature David Rodgers

| | | |
|---|---|---|
| Page Total | 6/4 | 53 8 |
| Amount Forward | 5864 5597 | 6602 8 |
| **Total to Date** | 5932 5601 | 6656 6 |

GIUFFRE0007056
CONFIDENTIAL

| Date 1996 APR | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category AIRPLANE | | ...and Cla SEL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 22 | N1159B | N908JE | PBI | TEB | | 828 | JE, GM | | 2 2 | | |
| 26 | '' | '' | TEB | PBI | | 829 | JE, GM, 3 PAX | 1/1 | 2 3 | | |
| 26 | 1( | 1) | PBI | TEB | | 830 | JE, GM, MATT GRIPPO, 1 MALE, 2 FEMALE | 1/1 | 2 3 | | |
| 29 | 1( | 1) | PBI | TEB | | 831 | JE, ELIZABETH JOHNSON, J. DUBKEN, E. WBBRAY, A. TGGL, STGGL | 1/1 | 6 0 | | |
| MAY 2 | '' | '' | TEB | EIDW | | 832 | CONTINUED, E. GLAS, CL 2BRO & WABTBY, A. TGGL, S. TGAL, S. TGGL | 1/1 | 5 | | |
| 3 | '' | '' | EIDW | EIWF | | 833 | JE, PAMELA JOHANNOFF | 1/1 | 1 3 | | |
| 3 | '' | '' | EIWF | LFPB | | 834 | JE, PAMELA JOHANNOFF | 1/1 | 7 | | |
| 6 | '' | '' | LFPB | LSGG | | 835 | JE, PAMELA JOHANNOFF | 1/ | 1 8 | | |
| 6 | '' | '' | LSGG | GINN | | 836 | JE, PAMELA JOHANNOFF | | 6 5 | | |
| 6 | '' | '' | GINN | TEB | | 837 | JE, GM, KATHYKRSNA KOTZIG | 1/1 | 3 3 | | |
| 8 | '' | '' | TEB | MDLR | | 838 | JE, GM, KATHYKRSNA KOTZIG | 1/ | 7 | | |
| 9 | '' | '' | MDLR | MBGT | | 839 | JE, GM, KATONSMA KOTZIG | | 5 | | |
| 9 | '' | '' | MBGT | PBI | | 840 | JE, GM, B5, 2 FEMALES | 1/ | CONFIDENTIAL DR_000003 | | |
| 13 | '' | '' | PBI | CMW | | 841 | JE, GM, B5, 1 FEMALE | | 1 | | |
| 13 | '' | '' | CMW | PEB | | 842 | JE | | 2 | | |
| 17 | '' | '' | TEB | PBI | | 843 | JE | 1/ | 2 2 | | |
| 20 | '' | '' | PBI | TEB | | 844 | JE, GM | | 4 0 | | |
| 22 | '' | '' | TEB | SAF | | 845 | JE, GM | 1/ | 3 | | 2 1 6 |
| 24 | '' | '' | SAF | PBI | | 846 | JE, GM, ANKIE | | 2 3 | | 2 1 1 |
| 27 | '' | '' | PBI | TEB | | | | | | | |

| | | |
|---|---|---|
| Page Total | 14/10 | 46 0 |
| Amount Forward | 5333 /601 | 656 6 |
| Total to Date | 58.../ 501 | 6702 6 |

I certify that the statements made by me on this form are true.

Pilot's Signature: David Rodgers

GIUFFRE0007057
CONFIDENTIAL

Case 18-2868, Document 283, 08/09/2019, 2628241, Page690 of 883

| Date Day Mo Yr | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... PER PLANE | ...and Class SEL | MEL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 JUN | G1159B | N908JE | TEB | PBI | | 847 | JE | | 2 0 | | 2 |
| 2 | " | " | PBI | TEB | | 848 | JE, PAULA CASSIDY, ALLISON, SHARGG, TEFFANY | 1/ | 2 5 | | 2 |
| 5 | " | " | TEB | PBI | | 849 | JE, ALLISON, CHARGE, COLONA | V/1 | 2 3 | | 2 |
| 18 | " | " | PBI | TEB | | 850 | NO PASSENGERS   JIM WARREN | 1/ | 2 2 | | 2 |
| 19 | " | " | TEB | PBI | | 851 | JE, GM | | 2 1 | | 2 |
| 24-27 | " | SIMULATOR | SAV | SAV | | | RECURRENT TRAINING | | 6 0 | | 2 |
| 1 JUL 9 | " | N908JE | SAF | CMH | | 860 | JE, GM | 1/ | 2 5 | | 6 |
| 10 | " | " | CMH | TEB | | 861 | JE, GM, IRB ZICHERMAN | 1/1 | 1 2 | | 2 |
| 12 | " | " | TEB | MVY | | 862 | JE | 1/1 | 6 | | 1 |
| 12 | " | " | MVY | TEB | | 863 | JE | * | 9 | | |
| 12 | " | " | TEB | PBI | | 864 | JE, GM | | 2 4 | | |
| 15 | " | " | PBI | TEB | | 865 | JE, GM | V/1 | 2 3 | | 2 |
| 16 | " | " | TEB | PBI | | 866 | JE, COLONA | | 2 | CONFIDENTIAL DR_000004 | 2 |
| 17 | " | " | PBI | SAV | | 867 | OPS 1 INSPECTION | 1/1 | 9 | | |
| 3 AUG | " | " | SAV | GWR | | 868 | OPS 1 INSPECTION | V/1 | 1 7 | | 1 |
| 13 | " | " | PBI | TEB | | 873 | JE, GM, ANDY, MANDY, RALPH | 1/1 | 2 3 | | 2 |
| 14 | " | " | TEB | TVC | | 874 | JE, GM | 1/1 | 1 5 | | 1 |
| 16 | " | " | TVC | TEB | | 875 | JE, GM | V/ | 1 4 | | |
| 18 | " | " | TEB | MVY | | 876 | JE, DAVID ROTONDO, PECLICON TAYLOR, 2 PAX | 1/ | 6 | | |

I certify that the statements made by me on this form are true.

Pilot's Signature: David Rodgere

| | | |
|---|---|---|
| Page Total | 13/12 | 37 5 | 3 |
| Amount Forward | 5916/5611 | 6702 6 | 2116 5 458 |
| Total to Date | 5929/5623 | 6740 1 | 2116 5 462 |

GIUFFRE0007058
CONFIDENTIAL

| Date 1986 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... App P BM C | ...and Class SEL |
|---|---|---|---|---|---|---|---|---|---|---|
| AUG 18 | G1159B | N908JE | MVY | TEB | | 877 | JE, DAVID ROTHMAN, FELICIA JOYCE YORE | 1/1 | 9 | SEL 1 |
| 18 | " | " | TEB | PBI | | 878 | JE, CELINA MIDDLEFART | 1/ | 2 2 | |
| 21 | " | " | PBI | JAN | | 879 | JE, GM, ROBIN PLANT | 1/1 | 1 7 | |
| 21 | " | " | JAN | SAF | | 880 | JE, GM, ROBIN PLANT | 1/1 | 1 9 | |
| 21 | " | " | SAF | PBI | | 881 | JE, GM, ROBIN PLANT | 1/1 | 3 3 | |
| 26 | " | " | PBI | TEB | | 882 | JE, GM | 1/ | 2 3 | |
| SEP 5 | " | " | TEB | BED | | 883 | JE | 1/1 | 6 | |
| 7 | " | " | BED | PVD | | 884 | JE | 1/ | 3 | |
| 7 | " | " | PVD | CMH | | 885 | JE | 1/1 | 1 5 | |
| 8 | " | " | CMH | DCA | | 886 | JE, 1 MALE, 1 FEMALE | 1/1 | 7 | |
| 8 | " | " | DCA | CMH | | 887 | JE, JOAN GLENN, ALAN DERSHOWITZ | 1/1 | 8 | |
| 8 | " | " | CMH | TEB | | 888 | JE, ALAN DERSHOWITZ | 1/ | | |
| 9 | " | " | TEB | BOS | | 889 | GMC ALAN DERSHOWITZ | 1/1 | | |
| 9 | " | " | BOS | TEB | | 890 | RETURN TO TEB | 1/1 | 8 | |
| 12 | " | " | TEB | PBI | | 891 | JE, CELINA MIDDLEFART | | 2 3 | |
| 18 | " | " | PBI | TEB | | 892 | JE, GM | 1/1 | 2 3 | |
| 20 | " | " | TEB | PBI | | 893 | JE, GM | 1/1 | 2 1 | |
| 23 | " | " | PBI | BED | | 894 | JE, GM | 1/1 | 2 6 | |
| 23 | " | " | BED | TEB | | 895 | JE, GM | | 6 | |

Page Total 16/15 286
Amount Forward 5859/5458 6746 11
Total to Date 5875/5453 6768 7

2116
2116

I certify that the statements made by me on this form are true.

Pilot's Signature David Rodgers

CONFIDENTIAL

GIUFFRE007059
CONFIDENTIAL

Case 18-2868, Document 283, 08/09/2019, 2628241, Page692 of 883

| Date 2016 SEP | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... AIRPLANE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 26 | G1159B | N908JE | TEB | CMH | | 896 | JE | 1/1 | | 2 | |
| 26 | " | " | CMH | PBI | | 897 | JE | | | 9 | |
| 86/06 | " | " | PBI | TEB | | 898 | JE, GM, DIDIER | 1/1 | 2 | 4 | |
| 10 | " | " | TEB | PBI | | 902 | JE | 2 | 2 | 5 | |
| 14 | " | " | PBI | TEB | | 903 | JE, 1 FEMALE | | 2 | 4 | |
| 15 | " | " | TEB | CMH | | 904 | TO CMH FOR PICK-UP | 1/1 | 2 | | |
| 15 | " | " | CMH | TEB | | 905 | JE, DARREN, ERD ZEIGRAMAN, JEFF SCHANTZ | 1/1 | | 2 | |
| 19 | " | " | TEB | PBI | | 906 | JE, DIDIER AZABUMEC | | 1 | 2 | |
| 22 | " | " | PBI | TEB | | 907 | JE, GM, DIDIER CAZABUDUNEZ | 1/1 | 2 | 3 | |
| 24 | " | " | TEB | SAF | | 908 | JE, GM, LARRY | 1/1 | 2 | 3 | |
| 25 | " | " | SAF | PBI | | 909 | JE, GM, SHANNON | | 4 | 1 | |
| 27 | " | " | PBI | TEB | | 910 | JE, GM, JOE PASACOW, SHARON | | 2 | 4 | CONFIDENTIAL DR_000006 |
| 30 | " | " | TEB | DCA | | 911 | JE, ANDY STEWART, LESLIE GELB BRIAN MATTIS, LESTER PALTER, ... | | | | |
| 30 | " | " | DCA | TEB | | 912 | JE, ANDY STEWART, LESLIE GELB, JPAX | 1/1 | | 6 | |
| 31 | " | " | TEB | PBI | | 913 | JE, GM, DIDIER CAZABUDUNEZ | | | 6 | |
| NOV 4 | " | " | PBI | TEB | | 914 | JE, GM, DIDIER CAZABUDUNEZ | 1/1 | 2 | 2 | |
| 7 | " | " | TEB | PBI | | 915 | JE, SHARON, JEFF SCHANTZ ... | | 2 | 5 | |
| 11 | " | " | PBI | TEB | | 916 | JE, SOPHIE ... | | 2 | 2 | |
| 15 | " | " | TEB | CMH | | 917 | JE, GM, JEFF SCHANTZ, DARREN ... | | 2 | 2 | |

I certify that the statements made by me on this form are true,

Pilot's Signature _David Rodgers_

| | | |
|---|---|---|
| Page Total | 11/9 | 38 7 |
| Amount Forward | 5875/6338 | 6768 7 |
| Total to Date | 5886/5847 | 6807 4 |

2116
2116

GIUFFRE0007060
CONFIDENTIAL

| Date 1996 Nov | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedure, Maneuvers, Endorsements | Number of Landings | Aircraft Category... AIRPLANE | | | ...and Cla SEL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 | G1159B | N908JE | CMH | PBI | | 918 | JE, GM CLISIR, RUSS KARRES | | 2 | 1 | | |
| 17 | " | " | PBI | BED | | 919 | JE, GM, EVA + GLENN DUBIN, BODY, NANA | 1 | 2 | 6 | | |
| 17 | " | " | BED | TEB | | 920 | GM, EVA, GLENN DUBIN, B/BY, NANA | | | 6 | | |
| 21 | " | " | TEB | PBI | | 921 | GM, JE, DEDSER CAZDU DUNCE, 8 AUTS, DAVID ROTH, 2 ELMORES | 2 | 2 | | | |
| 28 | " | " | PBI | LZU | | 922 | JE, GM, 2 AVM3 PAULA EPSTEIN | 1 | | 3 | | |
| 28 | " | " | LZU | PBI | | 923 | JE, GM | 1 | | 2 | | |
| 30 | " | " | PBI | ABY | | 924 | JE, GM | 1 | | 1 | | |
| 30 | " | " | ABY | LZU | | 925 | JE, GM | | | 9 | | |
| 30 | " | " | LZU | PBI | | 926 | JE, GM, 2 AVM3 PAULD EPSTEIN, + KARDU EPSTEIN | | | 3 | | |
| DEC 2 | " | " | PBI | TEB | | 927 | JE, GM, MARK + KARDP EPSTEIN, 2 AVMS NANA, BABY, GWENDOWN BECK, BDY, ARS SYS | 2 | 3 | | | |
| 4 | " | " | TEB | PBI | | 928 | JE, DEDSER CAZDU DUNCE, GWENDOWN BECK | | 2 | | | |
| 9 | " | " | PBI | FTK | | 929 | JE, GM, DEDSER CAZAUNAGE | | | | | |
| 9 | " | " | FTK | TEB | | 930 | JE, GM, DEDSER, NATHAN MYHRVOLD, BASN | | | 6 | | |
| 12 | " | " | TEB | PBI | | 931 | JE, JIMMY ESVANS, PAS CONN, EVA DUBIN, GLENN DUBIN, GUN'S NANNY | 2 | 2 | | | |
| 20 | " | " | PBI | TEST | | 932 | JE, GM, GWON DOWN BECK, ROBIEN PLANS | 1 | 2 | 3 | | |
| 23 | " | " | TEST | PBI | | 933 | JE, GM, GWON DOWN BECK, ROBIEN PLANT | | 2 | 4 | | |
| 1997 JAN 5 | " | " | PBI | EWR | | 934 | JE, GM, DUNOLD TRUMP MARK & PURPO EVA, GLENN CLGGN & DUBIN, DEDSER | | 3 | 1 | | |
| 11 | " | " | EWR | TEX | | 935 | JE, NATHAN MYHRVOLD, ALEX + PETER DERSHOWITZ, CLIENT MISDG GUEST, HAT PRVATE | 2 | 3 | | | |
| " | " | " | TEX | PBI | | 936 | NO PASSENGERS - RETURN WEST I-4I | 1 | | 4 | | |

| | | |
|---|---|---|
| Page Total | 13/9 | 33/9 |
| Amount Forward | 5886 5847 | 6807/4 |
| Total to Date | 5899 5655 | 684/3 |

2/16
2/16

I certify that the statements made by me on this form are true.

Pilot's Signature _David Rodgers_

CONFIDENTIAL
CONFIDENTIAL DR_000007
GIUFFRE007061
CONFIDENTIAL

Case 18-2868, Document 283, 08/09/2019, 2628241, Page694 of 883

GIUFFRE0007062
CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL DR_000008

| Date 19 9 JAN | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category ADRCRAFT | | | ...and $\zeta_{3}\zeta$ |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | GIIB | N90BJG | PBI | TEB | | 937 | JG, GM, KAREN | | 2 | 2 | | |
| 24 | \|\| | \|\| | TCB | TKM | | 938 | JG, GM, CLAIRE HAZEL, AMANDA | 1/ | 3 | 4 | | |
| 25 | \|\| | \|\| | TNCM | PPI | | 939 | JG, GM, CLAIRE HAZEL, AMANDA | 1/1 | 2 | 8 | | |
| 29 | \|\| | \|\| | PBI | TEB | | 940 | JG, GM, GWENDOLYN BECK | 1/ | 2 | 1 | | |
| 30 | \|\| | \|\| | TCB | PBI | | 941 | JG, GWENN MCDOUGRE, ANTHONY BARTLETTS, GWENDOLYN BECK, DIDYER | | 2 | 4 | | |
| FEB | \|\| | \|\| | PBI | TCB | | 942 | JG, GLENN MCDOUGARD, ANTHONY, DONNY CABRERA, PROFOSS, JESSE DOUGHLON | | 2 | 2 | | |
| 2 | \|\| | \|\| | TCB | SAV | | 943 | TO SAV FOR GWEN O'DONALD, FLOP THOMAS CESSATION RUAINE AQUATOR | ✪ | 1 | | | |
| 13 | \|\| | \|\| | SAV | TCB | | 944 | NO PASSENGERS | 1/1 | 1 | 5 | | |
| 13 | \|\| | \|\| | TCB | PBI | | 945 | JG, GM, SOPHIA DEANE, RLAGEN FLORY ANTON, GUR, CELDNIA BYRON, IMALL | | 2 | 5 | | |
| 17 | \|\| | \|\| | PBI | TCB | | 946 | JG, GM, GUGU GUA, COLLINS PURIN, ANYUTEG PUTTSTGH | 1/ | 2 | 2 | | |
| 21 | \|\| | \|\| | TCB | PBI | | 947 | JG, CELDNA MDOLFONT, ALLISON | | 2 | 2 | | |
| 23 | \|\| | \|\| | PBI | TEB | | 948 | JG, CELENA, JOJO, LIN, 2 KIDS TWAN MELD ROB, ALLISON, SOPHIE, LARY KEANY | | 2 | 2 | | |
| 25 | \|\| | \|\| | TCB | PBI | | 949 | JG, GM, DUNNA, OSOLELL CALZOVINEL | | 2 | 2 | | |
| MAR 1 | \|\| | \|\| | PBI | SAF | | 950 | JG, GM | 1/1 | 3 | 6 | | |
| 2 | \|\| | \|\| | SAF | SJC | | 951 | JG, GM | 1 | 2 | 2 | | |
| 3 | \|\| | \|\| | SJC | TCB | | 952 | JG, GM | /1 | 4 | 3 | | |
| 8 | \|\| | \|\| | TCB | PBI | | 953 | JG, GM, CLAIRE HAZEL | | 2 | 2 | | |
| 10 | \|\| | \|\| | PBI | CMH | | 954 | JG, CLAIRE HAZEL | 1/1 | 2 | 0 | | |
| 10 | \|\| | \|\| | CMH | VNC | | 955 | JG, PAMELA STEVENS | 1/. | 2 | 0 | | |

I certify that the statements made by mo on this form are true.

Pilot's Signature _David Rodgers_

| | | |
|---|---|---|
| Page Total | 16/7 | 45 9 |
| Amount Forward | 5849 5655 | 6841 3 |
| Total to Date | 5409 5662 | 6887 2 |

2-116

2116

| Date 19 97 MAR | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... AIRPLANE | | | ...ane SEI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | G1159B | N908JE | VNC | PBI | | 956 | JE | | | 4 | | |
| 15 | " | " | PBI | DCA | | 957 | JE, CELENA MIDELFART | 1/1 | 1 | 7 | | |
| 15 | " | " | DCA | IAD | | 958 | REPOSITION FOR CREW | | | 2 | | |
| 15 | " | " | IAD | PBI | | 959 | JE, CELENA MIDELFART | | 2 | 0 | | |
| 24 | " | " | PBI | TEB | | 960 | JE,GM, SUZANNA, JOEL PASHCOW, 1 FEMALE | 1/1 | 2 | 3 | | |
| 27 | " | " | TEB | PBI | | 961 | JE, GM, DIDIER CAZAUDUMEC | | 2 | 1 | | |
| 30 | " | " | PBI | SAF | | 962 | JE, GM, DIDIER CAZAUDUMEC | | 3 | 7 | | |
| APR 2 | " | " | SAF | CMH | | 963 | JE, GM, DC | 1/1 | 2 | 4 | | |
| 2 | " | " | CMH | TEB | | 964 | JE, GM, DC | | 1 | 1 | | |
| 10 | " | " | TEB | PBI | | 965 | JE, DC, DONNA, 2 FEMALES, 1 MALE | | 2 | 2 | | |
| 15 | " | " | PBI | DCA | | 966 | JE, DM, DC, MANDY, GWENDOLYN DICKE, DIDIER, 1 SUZANNA, EVA | | 2 | 0 | | |
| 15 | " | " | DCA | TEB | | 967 | JE, DC, GWENDOLYN DICKE, LYNN | | | | CONFIDENTIAL DR_000009 | |
| 17 | " | " | TEB | PBI | | 968 | JE, GM, DC, EVA, GLENN, COLLYN, JACHEW, MANDY, 2 NANNY, GWENDOLYN DICKE, FEMALE GUEST | 1/1 | 2 | 4 | | |
| 21 | " | " | PBI | TEB | | 969 | JE, DC, MANDY, LISA, 1 MALE | 1/1 | 2 | 2 | | |
| 21 | " | " | TEB | BED | | 970 | JE | 1/1 | | 5 | | |
| 21 | " | " | BED | TEB | | 971 | JE | | | 7 | | |
| 22 | " | " | TEB | PBI | | 972 | JE | | 2 | 3 | | |
| 27 | " | " | PBI | TEB | | 973 | JE, CELENA MIDELFART | 1/1 | 2 | 4 | | |
| MAY 2 | " | " | TEB | EGGW | | 974 | JE, GM | 1/1 | 6 | 5 | | |

I certify that the statements made by me on this form are true.

Pilot's Signature: David Rodgers

| | | |
|---|---|---|
| Page Total | 9/9 | 37 8 |
| Amount Forward | 5409 5662 | 6887 2 |
| Total to Date | 5918 5671 | 69250 |

211
2111

GIUFFRE007063
CONFIDENTIAL

Case 18-2868, Document 283, 08/09/2019, 2628241, Page696 of 883

| Date 19 17 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival | | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... AIRPLANE | | | | ...and C SEL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | From | To | | | | | | | | | |
| MAY | | | | | | | | | | | | | |
| 5 | G1159B | N90BJE | EGGW | LSGG | | 975 | JE | 1/1 | | 1 | 3 | | |
| 5 | " | " | LSGG | LFPB | | 976 | JE | 1/1 | | | 7 | | |
| 6 | " | " | LFPB | CYJT | | 977 | JE, GM | 1/1 | | 5 | 6 | | |
| 6 | " | " | CYJT | TEB | | 978 | JE, GM | 1/1 | | 2 | 2 | | |
| 9 | " | " | TEB | SAF | | 979 | JE, GM, NADIA | | | 3 | 9 | | |
| 12 | " | " | SAF | VNY | | 980 | JE | 1/1 | | 1 | 5 | | |
| 14 | " | " | VNY | SAF | | 981 | JE, SOPHIE BIDDLE | 1/1 | | | 5 | | |
| 15 | " | " | SAF | DFW | | 982 | JE, GM, SOPHIE BIDDLE, JACK ROBERTSON | 1/1 | | 1 | 2 | | |
| 15 | " | " | DFW | PBI | | 983 | JE, SOPHIE BIDDLE | 1/1 | | 1 | 0 | | |
| 23 | " | " | PBI | JFK | | 984 | REPOSITION TO JFK | | | 2 | 2 | | |
| 24 | " | " | JFK | PBI | | 985 | JE, CELINA MIDELFART, GINGER SOUTHGATE | | CONFIDENTIAL DR_000010 | | | | |
| JUN 1 | " | " | PBI | TEB | | 986 | JE, MANDY | 1/1 | | 2 | 1 | | |
| 5 | " | " | TEB | PBI | | 987 | JE, GM, DIDIER | | | 2 | 4 | | |
| 9 | " | " | PBI | TEB | | 988 | JE, GM | 1/1 | | 2 | 3 | | |
| 21 | " | " | TEB | MVY | | 989 | JE, LYNN FORESTER, HEATHER MANN ROSS KEPPES | | | | 6 | | |
| 21 | " | " | MVY | PBI | | 990 | JE, HEATHER MANN ROSS KEPPES | | | 2 | 4 | | |
| 23 | " | " | PBI | CMH | | 991 | JE, HEATHER ROSS KEPPES | 1/1 | | 2 | | | |
| 23 | " | " | CMH | TEB | | 992 | JE, ROSS KEPPES | | | 1 | 1 | | |
| 27 | " | " | TEB | PBI | | 993 | JE, GM | | | 2 | 1 | | |

I certify that the statements made by me on this form are true.

Pilot's Signature _David Rodgers_

| | | |
|---|---|---|
| Page Total | 13/13 | 39 3 |
| Amount Forward | 5918 5621 | 6925 0 |
| Total to Date | 5931 5684 | 6964 3 |

GIUFFRE0007064
CONFIDENTIAL

| Date 19 97 JUL | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... AIRPLANE | | ...and Class SEL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | G-1159B | N908JE | PBI | TEB | | 994 | JG, GM, PAULA EPSTEIN | 1/1 | 2 | 5 | |
| 10 | " | " | CMH | SAF | | 990 | JG, DADLER | 1/1 | 3 | 0 | |
| 16 | " | " | PBI-ESOP | PBI | | 1065 | JG, GM, PIPER CAZDU RUNGE | | 3 | 2 | |
| 22 | " | SIMULATOR | DFW | HOU | | | SIMULATOR - STEEP TURNS, VSO, VSI, JET UPSET (WAKE TURBULENCE) | | 3 | 0 | |
| 23 | " | " | TEB | HPN | | | WINTER OPERATIONS, ELECTRICAL, SINGLE ENGINE, RTO | | 3 | 6 | |
| 24 | " | " | DFW | COS | | | MIN ALTITUDE, HYDRAULICS, EMERGENCY DESCENT, WINDSHEAR | | 3 | 0 | |
| 13 | C-421B | N908GM | ZOR-SAF-ZOR | | | 57 | 4 TAKE OFF + LANDING. | 4/4- | 7 | | |
| 15 | " | " | ZOR | SAF | | 58 | | 1/1 | 2 | | |
| AUG 1 | " | " | SAF | ZOR | | 59 | KRISTY RODGERS | 1/1 | 4 | | |
| 9 | G-1159B | N908JE | PBI | TVC | | 1142 | JG, GM | 1/1 | 2 | 7 | |
| 10 | " | " | TVC | TEB | | 1013 | JG, GM | 1/ | | 5 | |
| 13 | " | " | TEB | PBI | | 1014 | JG, GM | | 2 | 3 | |
| 17 | " | " | PBI | MVY | | 1015 | JG, HEATHER MANN | 1/1 | 2 | 5 | |
| 17 | " | " | MVY | TEB | | 1016 | JG, HEATHER MANN | 1/1 | | 7 | |
| 20 | " | " | TEB | SAF | | 1017 | JG, CELINA, GLEN, EVA, CELINA MIDDLEMAN, DIDIER | | 3 | 9 | |
| 23 | " | " | SAF | TEB | | 1018 | JG, CELINA MIDDLEMAN, PIPER CELINA, EVA + CELINA, DUBEN | 1/ | 3 | 5 | |
| 24 | " | " | TEB | FOK | | 1019 | REPOSITION | 1/1 | | 5 | |
| 24 | " | " | FOK | MVY | | 1020 | JG, CELINA MIDDLEFART | | | 4 | |
| 25 | " | " | MVY | PBI | | 1021 | JG, CELINA MIDDLEFART | 1/1 | 2 | 6 | |

I certify that the statements made by me on this form are true.

Pilot's Signature — David Rodgers

| | |
|---|---|
| Page Total | 15/14  39 6 |
| Amount Forward | 5931 6964 3 |
| Total to Date | 5946 7003 9 |

2116 | 5
2116 | 5

CONFIDENTIAL
CONFIDENTIAL DR_000011
GIUFFRE0007065
CONFIDENTIAL

Case 18-2868, Document 283, 08/09/2019, 2628241, Page698 of 883

CONFIDENTIAL DR_000012

GIUFFRE0007066
CONFIDENTIAL

| Date 1947 SEP | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... AIRPLANE | | ...and Class SEL |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | G1159B | N908JE | PBI | TEB | | 1022 | JG, HEATHER MANN | 1/1 | 2 | 6 | |
| 2 | " | " | TEB | CMH | | 1023 | REPOSITION | 1/ | 1 | 2 | |
| 3 | " | " | CMH | TEB | | 1024 | STEVE & JUDY TUCKERMAN | 1/ | 1 | 2 | |
| 3 | " | " | TEB | LFPB | | 1025 | JG, JACK ROBERTSON, STEVE & JUDY TUCKERMAN KEYWAY & ... KOPPEL | | 6 | 6 | |
| 6 | " | " | LFPB | LFMN | | 1026 | JG, GM, JOHN & ANNIE GLENN, MARY TRUST, FLUGHY ATTENDANT... | 1/ | 1 | 3 | |
| 7 | " | " | LFMN | EGGW | | 1027 | JG, GM | 1/ | 1 | 6 | |
| 12 | " | " | EGGW | CYJT | | 1028 | JG, GM | | 5 | 5 | |
| 13 | " | " | CYJT | PBI | | 1029 | JG, GM | | 4 | 3 | |
| 15 | " | " | PBI | TEB | | 1030 | JG, GM | | 2 | 3 | |
| 19 | " | " | TEB | CMH | | 1031 | JG, HEATHER MANN, DIDIER | 1/ | 2 | 3 | |
| 20 | " | " | CMH | PBI | | 1632 | JG, HEATHER MANN, DIDIER | | 1 | 2 | |
| 22 | " | " | PBI | SAF | | 1633 | JG, GM, DIDIER, CLAIRE HAZEL | 1 | 3 | 6 | |
| 26 | " | " | SAF | TEB | | 1634 | JG, GM, DIDIER, DOUG SHOKETE ... PEDRO, JACK ROBERTSON, PASCAL | 1/ | 3 | 5 | |
| 28 | " | " | TEB | PBI | | 1635 | JG, GABRIELLE | 1 | 2 | 4 | |
| 18 | GII | N883A | SAV | SAV | | | TEST FLIGHT FOR NATHAN MYTH VULO, SVOLLS ALL SYSTEMS checked | 1 | 2 | 0 | |
| 26 | CESSNA421 | N908GM | ZUR-SAF-ABQ-ABQ-ZUR | | | | LEFT REVALIDATION PROCE, ILS APPROACH, BIDF APPROACH | 4/4 | 1 | 9 | |
| 4 OCT | G1159B | N908JE | PBI | STL | | 1636 | REPOSITION | 1/ | 2 | 2 | |
| 4 | " | " | STL | PBI | | 1637 | JG, GM | 1 | 2 | 2 | |
| 12 | " | " | PBI | TEB | | 1638 | JG, HEATHER MANN | | 2 | 9 | |

I certify that the statements made by me on this form are true.

Pilot's Signature _David Rodgers_

| | | |
|---|---|---|
| Page Total | 16/13 | 50 4 |
| Amount Forward | 5446/5698 | 7003 9 |
| Total to Date | 5962/5711 | 7054 3 |

2116
2116

Case 18-2868, Document 283, 08/09/2019, 2628241, Page699 of 883

CONFIDENTIAL DR_000013

GIUFFRE0007067
CONFIDENTIAL

| Date 19 97 OCT | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... AIR | PLANG | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17 | G1159B | N908JE | TEB | PBI | | 1039 | JE, GM, CLAIRE, GMMY, DEPIGR, ECMALL | 1 / | 2 | 5 | | |
| 21 | " | " | PBI | TEB | | 1040 | JE, GM, MANDY GMMY, PEDSER | 1 / | 2 | 2 | | |
| ~~Sep 23~~ | ~~CESSNA421~~ | ~~N908GM~~ | ~~ZORRO~~ | ~~SAP 2020~~ | | 51 | CURRENCY REQUIREMENT. | 4 /11 | | | | |
| 24 | " | " | TEB | BED | | 1041 | JE, GMMY | 1 / | | 7 | | |
| 24 | " | " | BED | PBI | | 1042 | JE, EMMY | 1 / | 2 | 6 | | |
| 27 | " | " | PBI | TEB | | 1043 | JE, GM, EMMY TAYLER | 1 / | 2 | 1 | | |
| 31 | " | " | TEB | PBI | | 1044 | JE, GM, ET, (GLUM, GUD, COLINA, JORPAN DUDEN) # MANMY | 1 / | 2 | 4 | | |
| NOV 2 | " | " | PBI | SAF | | 1045 | JE, GM, ET, 1 FEMALE | 1 / | 3 | 8 | | |
| 4 | " | " | SAF | TEB | | 1046 | JE, GM, ET, GARY & MARY KERNGY | 1 / | 3 | 4 | | |
| 7 | " | " | TEB | JAX | | 1047 | JE, LYNN FORESTER | 1 / | 1 | 9 | | |
| 7 | " | " | JAX | PBI | | 1048 | JE | 1 / | | 7 | | |
| 8 | C-421 | N908GM | PBI | MIA | | 70 | LARRY VISOSKE | | | | | |
| 24 | G1159B | N908JE | PBI | TEB | | 1049 | REPOSITION TO JEB | 1 / | 2 | 3 | | |
| 24 | " | " | TEB | SAF | | 1050 | JE, ET | 1 / | 3 | 9 | | |
| 25 | " | " | SAF | PBI | | 1051 | JE, ET | 1 / | 3 | 0 | | |
| 29 | " | " | PBI | TEB | | 1052 | JE, PEDLER, EELIND MEDER FART, JOE PAGANO, GENE | · | 2 | 2 | | |
| DEC 6 | " | " | TEB | PBI | | 1053 | JE, GM, ET | · | 2 | 2 | | |
| 9 | " | " | PBI | TEB | | 1054 | JE, GM, ET | 1 / | 2 | 2 | | |
| 11 | " | " | TEB | PBI | | 1055 | JE, GUD, COLINA, JORDAN DUBIN + NANNY | | 2 | 5 | | |

I certify that the statements made by me on this form are true.

Pilot's Signature David Rodgers

| | |
|---|---|
| Page Total | 13 / 0  41 0 |
| Amount Forward | 5962 / 211  7054 3 |
| Total to Date | 5975 / 212  7095 3 |

211
211

Case 18-2868, Document 283, 08/09/2019, 2628241, Page700 of 883

GIUFFRE007068
CONFIDENTIAL

CONFIDENTIAL DR_000014

CONFIDENTIAL

| Date 19 17 DEC | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival | | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... AIRPLANE | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | From | To | | | | | | |
| 14 | G1159B | N908JE | PBI | TEB | | 1052 | JE, GLEN, EVA, COLENA, JOR DAN DUBIN, NANNY, 2 FEMALES | 1/1 | 2 | 1 |
| 17 | " | " | TEB | BCT | | 1057 | JE, ANDY ELLISON, GWENDOLYN BECK, WARREN SPENCER, JIMMY + MRS EDYRD, GT | | 2 | 5 |
| 17 | " | " | BCT | PBI | | 1058 | JE, MANDY ELLISON, GWENDOLYN BECK, EMMY TAYLER | | | 1 |
| 18 JAN3 | " | " | PBI | TEB | | 1059 | JE, GM, EY, GLEN DUBIN, JIMMY + MRS EDYRD WARREN WHITTET, MARGARET WHITTET | | 2 | 3 |
| 8 | " | " | TEB | SPF | | 1060 | JE, GM, ET, DOUG SCHOETTLE | 1/ | 3 | 8 |
| 10 | " | " | SAF | PBI | | 1061 | JE, GM, ET, DOUG SCHOETTLE | 1/1 | 2 | 7 |
| 13 | " | " | PBI | TEB | | 1062 | JE, GM, ET | 1/1 | 2 | 3 |
| 18 | " | " | TEB | PBI | | 1063 | JE, ET, 1 FEMALE | | 2 | 4 |
| 20 | " | " | PBI | TIST | | 1064 | JE, GM, ET, GWENDOLYN BECK, SHARON | | 2 | 0 |
| 25 | " | " | TIST | TNCM | | 1065 | JE, GM, ET, MELENDA LUNTZ, SHARON CLARK | 1/ | | 4 |
| 25 | " | " | TNCM | TEB | | 1066 | JE, GM, ET, ML, SC | 1/ | 4 | 2 |
| 30 | " | " | TEB | PBI | | 1067 | JE | 1/1 | 2 | 3 |
| 31 | " | " | PBI | JAX | | 1068 | JE | 1/1 | | 8 |
| 31 | " | " | JAX | APF | | 1069 | JE, ELLEN SPENCER | 1/1 | | 8 |
| 31 | " | " | APF | PBI | | 1070 | JE, ELLEN SPENCER | 1/ | | 4 |
| FEB 2 | " | " | PBI | TEB | | 1071 | JE, SOPHIE BIDDLE | | 2 | 2 |
| 6 | " | " | TEB | PBI | | 1072 | JE, GM, ET, SOPHIE BIDDLE, EVA, GLEN, JORDON, CELINA DUBIN | 1/1 | 2 | 6 |
| 9 | " | " | PBI | TEB | | 1073 | JE, GM, ET, CLAIRE HAZEL, JOEL PASHUN, VERONICA, ALAN DERSHOWITZ, MANDY, 9 OTHERS | 1/ | 2 | 4 |
| 12 | " | " | TEB | PBI | | 1074 | JE, GM, JOEL PASHUN, LINDSAY PASHUN, ET, JIM + MRS CAYNE, WARREN SPILER | | 2 | 6 |

I certify that the statements made by me on this form are true.

Pilot's Signature: David Rodgers

| | | |
|---|---|---|
| Page Total | 14 | 38 9 |
| Amount Forward | 5975 5121 | 7095 3 |
| Total to Date | 3489 5729 | 7134 2 |

CONFIDENTIAL DR_000015

| Date 19__ DEC | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Misc Flown No. | Flight No. | Remarks, Procedures, Manoeuvres, Endorsements | Number of Landings | Aircraft Category... AIRPLANE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 | G1159B | N908JE | PBI | TEB | | 1052 | JE, GLEN, GVB, CORENA, JORDAN DUPON, ATHANY, 2 FEMALES | 1/1 | 2 | 1 | |
| 17 | " | " | TEB | BCT | | 1057 | JE, NANCY ELLISON, GWENDOLYN BECK, WARREN SPENCER, JIMMY +MRS COYNE, ET | . | 2 | 5 | |
| 17 1995 JAN3 | " | " | BCT | PBI | | 1058 | JE, MANDY ELLISON, GWENDOLYN BECK, EMMY TAYLOR | . | | 1 | |
| | " | " | PBI | TEB | | 1059 | JE, GM, ET, GLEN DUBIN, JIMMY +MRS COYNE, WARREN WHITES, MARKCARUS WHITES | | 2 | 3 | |
| 8 | " | " | TEB | SAF | | 1060 | JE, GM, ET, DOUG SCHOETTLE | 1/ | 3 | 8 | |
| 10 | " | " | SAF | PBI | | 1061 | JE, GM, ET, DOUG SCHOETTLE | 1/ | 2 | 7 | |
| 13 | " | " | PBI | TEB | | 1062 | JE, GM, ET | 1/1 | 2 | 3 | |
| 18 | " | " | TEB | PBI | | 1063 | JE, ET, 1 FEMALE | | 2 | 4 | |
| 20 | " | " | PBI | TIST | | 1064 | JE, GM, ET, GWEN DOLYN BECK, SHARON | 1 | 2 | 0 | |
| 25 | " | " | TIST | TNCM | | 1065 | JE, GM, ET, MELENDA LUNSZ, 5 PEOPLE CLAN | 1/ | | 4 | |
| 25 | " | " | TNCM | TEB | | 1066 | JE, GM, ET, ML, SC | 1 | 4 | 2 | |
| 30 | " | " | TEB | PBI | | 1067 | JE | 1/1 | 2 | 3 | |
| 31 | " | " | PBI | JAX | | 1068 | JE | 1/ | | 8 | |
| 31 | " | " | JAX | APF | | 1069 | JE, ELLEN SPENCER | 1/1 | | 8 | |
| 3 | " | " | APF | BBI | | 1070 | JE, ELLEN SPENCER | 1/1 | | 4 | |
| Feb3 | " | " | PBI | TEB | | 1071 | JE, SOPHIE BIDDLE | | 2 | 2 | |
| 6 | " | " | TEB | PBI | | 1072 | JE, GM, ET, SOPHIE BIDDLE, GVB, GLEN ICKROY, CELINA DUBEN | 1/1 | 2 | 6 | |
| 9 | " | " | PBI | TEB | | 1073 | JE, GM, ET, CLAIRE HATCH, JOEL PASHCON, 1 FEMALE, AUDN DULINOWITZ, MANDY 9 DUBS | 1/ | 2 | 4 | |
| 12 | " | " | TEB | PBI | | 1074 | JE, GM, JOEL PASHCOW, WHITNEY PASHCON, ET, JSM +MRS COYNE, WARREN SPENER | | 2 | 6 | |

|  |  |
|---|---|
| Page Total | 14/8  38 9 |
| Amount Forward | 5975/5721  7095 3 |
| **Total to Date** | 5489/5729  7134 2 |

I certify that the statements made by me on this form are true.

Pilot's Signature: David Rodgen

GIUFFRE0007069
CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL DR_000016

Case 18-2868, Document 283, 08/09/2019, 2628241, Page702 of 883

GIUFFRE0070070
CONFIDENTIAL

| Date 19__ | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival | | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... AIRPLANE | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | From | To | | | | | | | | |
| 1 | C172 | N75RR | LNA-F45 | LNA | | | CHECKOUT IN CESNA 172 | 5/5 | | 8 | | |
| 7 | C172 | N75RR | LNA-X10 | PBI-LNA | | | CHRIS WAGNER, HOOD SOL, CONSTANT AIRSPEED CLIMBS, TURNS TO A HEADING, UNUSUAL ATTITUDE | 3/3 | 2 | 0 | | |
| 14 | G1159B | N908JE | PBI | SAF | | 1075 | JE, GM, ET | 1/ | 3 | 9 | | |
| 15 | " | " | SAF | LAS | | 1076 | JE | 1/ | 1 | 3 | | |
| 15 | " | " | LAS | VNY | | 1077 | JE | 1/ | | 7 | | |
| 18 | " | " | VNY | MRY | | 1078 | JE, BOB, KS, 3 FEMALES, 1 MALE | | | 8 | | |
| 21 | " | " | MRY | SAF | | 1079 | JE | . | 1 | 5 | | |
| 22 | " | " | SAF | TEB | | 1080 | JE, GM, ES | 1/ | 3 | 3 | | |
| 27 | " | " | TEB | DCA | | 1081 | JE, ET, GWENDOLYN BECK | 1/ | | 6 | | |
| 27 | " | " | DCA | TIST | | 1082 | JE, GWENDOLYN BECK | | 3 | 2 | | |
| 28 | " | " | TIST | PBI | | 1083 | JE, GM, ET, GB, GARY KERNER | 1/ | 2 | 7 | | |
| MAR 4 | C421 | N908BBM | PBI | AVO CHRIS WAGNER | | | RADIO COMMUNICATIONS, FSS, PILOTAGE FLIGHTS PLAN, VOR NAVIGATION, RADAR | 1/ | | 7 | | |
| 4 | C421 | " | AVO | LEE | | | CHRIS WAGNER, CLASS B COLVIN, NAV VOR PLOTTING, HOT PROBLEM | 1/ | | 7 | | |
| 4 | " | " | LEE | PBI | | | RADAR SERVICES, ARTC, CLASS B CLEARANCE, CHRIS WAGNER - XC OCLR 100 NM | | 1 | 6 | | |
| 11 | " | " | PBI | AVO | | | CHRIS WAGNER- HOOD TIME, PLOTAGE, RADIO | 1/ | | 8 | | |
| 11 | " | " | AVO | PBI | | | CHRIS WAGNER - VOR NAVIGATION, CONTROLLED AIRSPACE OPERATIONS | 1/ | | 8 | | |
| 12 | " | " | PBI | EYW | | | CHRIS WAGNER- RADIO PROCEDURES, PILOTAGE, TODD LUCKEY +1 | 1/ | 1 | 1 | | |
| 12 | " | " | EYW | PBI | | | CHRIS WAGNER - VOR, NIGHT OPS .5 ACTUAL | | | 0 | | |
| 20 | G1159B | N908JE | PBI | PBI | | 1084 | TEST FLIGHT AFTER OPS | 1/ | | 4 | | |

I certify that the statements made by me on this form are true.

Pilot's Signature: David Rodgers

| | | |
|---|---|---|
| Page Total | 10 | 27 3 |
| Amount Forward | 59 89 5939 | 7134 2 |
| Total to Date | 6009 | 7161 5 |

Case 18-2868, Document 283, 08/09/2019, 2628241, Page703 of 883

CONFIDENTIAL DR_000017

| Date 19 95 MAR | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival | | Miles Flown | Flight No. | Remarks, Procedures, Manoeuvres, Endorsements | Number of Landings | Aircraft Category... | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | From | To | | | | | AIRPLAN | | | |
| 23 | G1159B | N908JE | PBI | TEB | | 1085 | JE, GM, VINA ANDERSSON, REMUND ROSSLAN PUBLIN, NANNY, 1 MAIL | 1/1 | 2 | 2 | | |
| 25 | " | " | TEB | SAF | | 1086 | JE, GM, ET | | 4 | 4 | | |
| 27 | " | " | SAF | PBI | | 1087 | JE, GM, DOUG S BOETTLE, ET | 1/0 | 2 | 9 | | |
| 31 | C172 | N51898 | LNA | LNA | | | CHECK OUT IN CESSNA 172 | 3/3 | | 8 | | |
| 31 | " | " | LNA-PBI-LNA | | | | CHRIS WAGNER - 3 EMERGENCY LANDINGS, NIGHT REQUIREMENTS RECURRENT TRAINING AT SIMCOM | | 1 | 3 | | |
| 16 | C421 | SIMULATOR | | | | | EMERGENCY PROCEDURES | | | | | |
| 17 | " | " | | | | | INSTRUMENT COMPETANCY CHECK | | | | | |
| 13 APR | " | " | | | | | | | | | | |
| 5 | G1159B | N908JE | PBI | TEB | | 1088 | JE, HEATHER MITCHELL, BRADY MITCHELL, 1 FEMALE, MELINDO LUNDY | 1/1 | 2 | 5 | | |
| 6 | " | " | TEB | W47 | | 1089 | JE, 2 FEMALES (HEREBY PARMS) | 1/ | | 1 | | |
| 6 | " | " | W47 | RIC | | 1090 | JE, PAUL MELLON, 2 FEMALES, COACHMAN | 1/ | | 5 | | |
| 6 | " | " | RIC | W47 | | 1091 | JE, PAUL MELLON, 2 FEMALES | 1/ | | 4 | | |
| 6 | " | " | W47 | TEB | | 1092 | JE, 2 FEMALES | 1/ | | 7 | | |
| 9 | " | " | TEB | BCD | | 1093 | JE, OLIVER SACHS | 1/ | | 6 | | |
| 9 | " | " | BCD | TEB | | 1094 | JE, OLIVER SACHS, ROBIN | | | 9 | | |
| 9 | " | " | TEB | PBI | | 1095 | JE, GM, GLEN, GUB, CELENA, SALPU, DIBEY, STAFF SKIDATE WIFE, 2 KIDS | | 2 | 3 | | |
| 11 | C172 | N75RR | LNA-FXE-LNA | | | 1096 | CHRIS WAGNER - NARD, VOR, CONTACTED APPROACH CONTROL PROCEDURES | 2/2 | 1 | 2 | | |
| 16 | G1159B | N908JE | MBPN | MYNN | | 1096 | JE (MET PRESS), SARAH CURGUSIN +KON, ON THE GROUND | 1/1 | | 6 | | |
| 16 | " | " | MYNN | PBI | | 1097 | JE | 1/ | | 6 | | |

I certify that the statements made by me on this form are true.

Pilot's Signature — David Rodgers

| Page Total | 15 14 | 22 6 |
|---|---|---|
| Amount Forward | 6009 5748 | 161 5 |
| Total to Date | 6024 5762 | 7184 1 |

GIUFFRE0007071
CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL DR_000018

| Date 1998 APR | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... AIRPLANE | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 17 | G1159B | N908JE | PBI | PBJ | | 1013 | CERTIFICATION FOR GPS APPROACHES | 1/1 | | 6 | |
| 17 | C421 | N908GM | PBI | X21 | | | CHRIS WAGNER- PATSY, KRISTY, LOUISE GINGERLY AIRPORT OPERATIONS | 1/1 | | 9 | |
| 17 | C421 | ʺ ʺ | X21 | TIX | | | SAME AS ABOVE | ✓ | | 1 | |
| 17 | ʺ ʺ | ʺ ʺ | TIX | CRG | | | KRISTY ROGERS, PATSY SAL, CLIMBS, DESCENDS TURNS | ✓ | | 6 | |
| 18 | ʺ ʺ | ʺ ʺ | CRG | LAL | | | PATSY, ROGGERS, KRISTY S.T.O. CLIMBS DECLIMBS, TURLS | 1/1 | | 8 | |
| 18 | ʺ ʺ | ʺ ʺ | LAL | PBI | | | CHRIS WAGNER, LOUISE, KRISTY PATSY VOR, PETERSON, RADIALS, RADIO C.MM. | 1/1 | | 1 | |
| 19 | G1159B | N908JE | PB2 | CMH | | 1099 | JE, CLARK HOLLY, 1 FEMALE | 1/1 | | 2 | 0 |
| 20 | ʺ ʺ | ʺ ʺ | CMH | LUK | | 1100 | JE, GINGER, MANDY LANG | 1/1 | | 3 | |
| 20 | ʺ ʺ | ʺ ʺ | LUK | TEB | | 1101 | JE, GINGER, MANDY LANG | 1/1 | | 2 | |
| 24 | ʺ ʺ | ʺ ʺ | TEB | PBI | | 1102 | JE, GM, COWS BROWN, CS, LINDA | ✓ | | 2 | 2 |
| 25 | C172 | N75RR | LNA-PBI-LNA | | | | CHRIS WAGNER- NO FLAP APPROACHES EMERGENCY PROCEDURES-CLASS C | 4/4 | 4 | | |
| 25 | ʺ ʺ | ʺ ʺ | LNA | LNA | | | SLOW, SOFT, RESTRICTED TAKEOFFS, SOFT CLASS C LANDINGS - TKY350 HANDS | 6/6 | | 8 | |
| 26 | ʺ ʺ | ʺ ʺ | LNA-PBI-LNA | | | | TRAFFIC PATTERN EMERGENCY LANDINGS, CLASS C OPERATIONS | 5/5 | | 9 | |
| 26 May | G1159B | N908JE | PBI | TEB | | 1103 | JE, GM, ET | 1/1 | | 2 | 3 |
| ʺ ʺ | ʺ ʺ | ʺ ʺ | TEB | PBI | | 1104 | JE, LM, GT, GLEN OWSIM, JOHNSON, CLOUD, ENAJANY | 1/1 | | 2 | 5 |
| 1 | C172 | N75RR | LNA-PBI-LNA | | | | SHORT & SOFT FIELD T.O. & L., ENGINE OUT LANDINGS TAS, CLASS C OPERATION | 11/11 | 11 | | 5 |
| 3 | G1159B | N908JE | PBI | TEB | | 1105 | JE, GM, GT, NANDY, GLENN, CUS, COLLINS JOHNSON, NANNY, CHESTERTFIELDCE | ✓ | | 2 | 3 |
| 5 | ʺ ʺ | ʺ ʺ | TEB | BGD | | 1106 | JE, ROBIN | ✓ | | 6 | |
| 5 | ʺ ʺ | ʺ ʺ | BGD | TEB | | 1107 | JE, ROBIN, STEVEN | | | 7 | |

I certify that the statements made by me on this form are true.

Pilot's Signature David Rodders

| | | |
|---|---|---|
| Page Total | 40 38 | 22 8 |
| Amount Forward | 6024 5762 | 7184 1 |
| Total to Date | 6064 | 724 9 |

GIUFFRE007072 CONFIDENTIAL

CONFIDENTIAL DR_000019

CONFIDENTIAL

| Date 19 _18_ MAY | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival | | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | From | To | | | | | AIRPLANE | | |
| 7 | G1159B | N908JC | TCB | PBI | | 1186 | JC, ET | | 2 | 3 | |
| 9 | '' | '' | PBI | TIST | | 1109 | JC, ET, SHERREE, CLARA HAZEL | 1/ | 2 | 0 | |
| 11 | '' | '' | TIST | TCB | | 1110 | JC, GM, ET, CLAIRE HAZEL, OKOE KIDIE | 1/ | 3 | 7 | |
| 15 | '' | '' | TCB | PBI | | 1111 | JC, MANDY ELLISON | 1/ | 2 | 0 | |
| 17 | '' | '' | PBI | TCB | | 1112 | JC | 1/ | 2 | 4 | |
| 18 | '' | '' | TCB | MOW | | 1113 | GM, ET, SHANNON HOGLY, ALBERTO PINTO, I MALE | 1/ | 1 | 6 | |
| 18 | '' | '' | MOW | SAF | | 1114 | GM, ET, JC, SHANNON, ALBERTO, 1 MALE | 1/ | 2 | 5 | |
| 20 | '' | '' | SAF | LAX | | 1115 | JC, GM, ET, ALBERTO, PASCAL, IMAL | 1/ | 1 | 7 | |
| 20 | '' | '' | LAX | TCB | | 1116 | GM, ET, ALBERTO, 1 MALE | 1/ | 4 | 5 | |
| JUN 4 | '' | '' | TCB | PBI | | 1117 | E, MANDY ELLISON, 1 FEMALE | 1/ | 2 | 2 | |
| 8 | '' | '' | PBI | TCB | | 1118 | JC, CWGHDOWN BECK, 1 FEMALE | 1/ | 2 | 5 | |
| 12 | '' | '' | TCB | TIST | | 1119 | JC, GM, ET, CLARA HAZEL, MELANIE STRANGES | 1/ | 3 | 0 | |
| 15 | '' | '' | TIST | JFK | | 1120 | JC, GM, ET, CLARA HAZEL, MELANIE STRANGES | 1/ | 4 | 3 | |
| 18 | '' | '' | JFK | PBI | | 1121 | JC, GM, LYNN FONTANELLA, CHRIS ROAMS | 1/ | 2 | 0 | |
| 21 | '' | '' | PBI | TCB | | 1122 | JC, RALPH ELLISON, GARY LYON FONTANELLA, ROXBURGH | 1/ | 2 | 5 | |
| 23 | '' | '' | TCB | BED | | 1123 | JC, GARY ROXBURGH | 1/ | | 7 | |
| 23 | '' | '' | BED | TCB | | 1124 | JC, HENRY ROSONSKY, GARY ROXBURGH | 1/ | 1 | 2 | |
| 26 | '' | '' | TCB | PBI | | 1125 | JC, GM, MELENDA LUNTZ, GARY ROXBURGH | 1/ | 2 | 6 | |

TOTAL AT BOTTOM OF PAGE REPORTED TO INSURANCE COMPANY

I certify that the statements made by me on this form are true.

*David Rodwin* (Pilot's Signature)

| | | |
|---|---|---|
| Page Total | 15 9 | 43 7 |
| Amount Forward | 6056 5900 | 7206 9 |
| Total to Date | 6079 | 7250 6 |

CONFIDENTIAL

CONFIDENTIAL DR_000020

| Date 19__ | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival | | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... |
|---|---|---|---|---|---|---|---|---|---|
| | | | From | To | | | | | AIRPLANE |
| JUL | | | | | | | | | |
| 5 | G1159B | N908JG | PBI | OXC | 1126 | JG | | 1/1 | 2 5 |
| 5 | '' | '' | OXC | TEB | 1127 | JG | | 1/1 | 4 |
| 10 | '' | '' | TEB | PBI | 1128 | JG, SOPHIE BIDDLE, 2 FEMALES | 1/1 | 2 3 |
| 12 | C 150 | 49563 | JVE | JVE | | CISO CHECK OUT  ODN-CPI  BNAY | 2/2 | 6 |
| 12 | '' | N778MG | JVE | JVE | | JONATHAN MANO - PREFLIGHT, CHECKLIST, ENGINE START, TAXI, MAGNETO CONTROL, S&L TURNS | 2/2 | 4 |
| 13 | '' | '' | '' | '' | | 2 ARROW, TRAFFIC PATTERNS, CLIMBS, TURNS, MCA, FWD WARD & SLOW SLOP, DESCENTS, EMERGENCY LANDINGS, NORMAL TAKEOFFS | 3/3 | 1 1 |
| 13 | '' | '' | '' | '' | | | 2/2 | S |
| 16 | '' | '' | '' | '' | 3,4 | JONATHAN MANO, V₁ V₂ V₃ STEEP TURNS, MCA, FORWARD SLIP, T&L, BASIC RADIO PROCEDURES | 1/4 | 0 |
| 16 | '' | '' | '' | '' | 5 | JONATHAN MANO, CLIMBING TURNS, DEPARTURE AND ENTRY OF TRAFFIC PATTERN, PILOTING CROSS, ATS, | 3/3 | 9 |
| 17 | '' | '' | '' | '' | 6 | CLIMBING, FWD/S, UPRTE RADIO PROCEDURES, TRIM, S-TURNS, TRIP MCA, ENGINE COOLING | 2/2 | 1 1 |
| 17 | '' | N45563 | JVY | BQM | 7 | VOR TRACKING, (STALLS-POWER ON, OFF, BANK, MCA), CONTROL TOWER OPERATIONS | 2/2 | 8 |
| 17 | '' | '' | BQM | JVY | | ATES, GROUND CONTROL, NORMAL TAKEOFF, LANDINGS, RADIO PROCEDURES | 4/4 | 8 |
| 17 | '' | N778MG | JVY | JVY | 8 | FLIGHT AT VARIOUS AIRSPEEDS FROM CRUISE TO SLOW FLIGHT, FULL STALLS, TURNS & RECOVERY TO STRAIGHT | 5/5 | 1 2 |
| 19 | '' | '' | '' | '' | | CROSS WIND TAKE-OFF & LANDINGS, DESCENTS USING MAGNETO LOW PROC CONFIGURATION, RTO | 9/9 | 8 |
| 18 | '' | '' | JVY (Lof) | IMS | 19 | TAKEOFFS FROM A SLOW FLOW/ACCELERATION, PILOTAGE, DEAD RECKONING, DEPARTURE ENTRY | 1/1 | 1 4 |
| 18 | '' | '' | IMS | JVY | 19 | V₁, VERTICAL GUIDES, VOR PASSAGE, VOR RADIALS, LOGS OFF BY DESCENTS & CLIMBING LANDING RTO, STEEP TURNS, ALL STALLS FROM CRUISE FLIGHT | 1/1 | 4 |
| 28 | G1159B | SIMULATOR | IRW | IRW | | NO ENGINE LANDING, ILS, SINGLE ENGINE ILS, NDB | 2 1 | |
| 29 | '' | '' | HUB | HOU | | JUST UPSET, (WING FEATHERED) DUAL ENGINE UPSET, FAILURE, S-TAIL WINDS, CO DOWN, HOLDING | 1 8 | |
| 30 | '' | '' | CYS | COS | | WINDSHEAR, HOT, HIGH ALTITUDE OPERATIONS, CORRECT APPROACH, VOR, SMALL GUI ICE, ICING | 2 1 | |

I certify that the statements made by me on this form are true.

_David Peter_

| | Page Total | 43/43 | 23 2 |
|---|---|---|---|
| HIGH ALTITUDE PROBLEM IN CLR OFF CASE, AIRSPEED | Amount Forward | 6079  5909 | 1250 6 |
| | Total to Date | 6122  6051 | 7273 8 |

CONFIDENTIAL DR_000021

| Date 19_8 Aug | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... AIRPLANE | GLIDER |
|---|---|---|---|---|---|---|---|---|---|---|
| 3 | G1159B | N908JC | PBI | TEB | | 112 | JC,GM,ADAM,EMMY,RON | 1/1 | 2 5 | |
| 4 | " | " | TEB | HTO | | 137 | JC, MELANIE JC STARVES | 1/1 | 7 | |
| 4 | " | " | HTO | OQU | | 138 | NO PASSENGERS | 1/1 | 5 | |
| 4 | " | " | OQU | TEB | | 139 | JC | 1/1 | 1 1 | |
| 5 | " | " | TEB | BCO | | 140 | JC | 1/1 | 8 | |
| 5 | " | " | BED | MVY | | 141 | JC | 1/1 | 5 | |
| 5 | " | " | MVY | TEB | | 142 | JC | 1/1 | 0 | |
| 6 | " | " | TEB | CMH | | 143 | JC | 1/1 | 3 | |
| 6 | " | " | CMH | TEB | | 144 | JC | 1/1 | 3 | |
| 7 | " | " | TEB | TVC | | 145 | JC, GM, ET, MCLEUAN LUMZ | 1 | 8 | |
| 11 | " | " | TVC | TGB | | 146 | JC, GM, CT | 1/1 | 5 | |
| 13 | " | " | TGB | PBI | | 147 | JC, GM, ET, PAULA EPSTEIN | 2 4 | | |
| 17 | " | " | PBI | TGB | | 148 | JC, GM, CT | 1/ | 2 5 | |
| 21 | " | " | TGB | SAF | | 149 | JC, GM, ET, ADAM PERRY LAND | 1/1 | 3 6 | |
| 24 | " | " | SAF | ASG | | 150 | JC | 1/ | 8 | |
| 22 | SCHTRE SP34 | N442JC | OGO | OGO | | | T.O. + TOW ASSISTED, STRAIGHTS, GLIDES, TURNS, THERMALS, X-COUNTRY GEURSEN | | | 9 |
| 25 | G1159B | N908JC | ASE | VNY | | 115 | JC, JOE PAGANO, GWEN DOLYN BOCK | 1/ | 1 9 | |
| 27 | " | " | VNY | PBI | | 152 | JC | 1/1 | 4 9 | |
| 9-1 | " | " | PBI | TGB | | 153 | JC, GM | 1/1 | 2 4 | |

I certify that the statements made by me on this form are true.

David Proter

| | | |
|---|---|---|
| Page Total | 16/14 | 31 7 | 9 |
| Amount Forward | 6122 852 8138 | 7273 8 |
| Total to Date | | 7305 5 | 9 |

GIUFFRE0007075
CONFIDENTIAL

Case 18-2868, Document 283, 08/09/2019, 2628241, Page708 of 883

CONFIDENTIAL DR_000022

GIUFFRE007076
CONFIDENTIAL

CONFIDENTIAL

| Date 19 3 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Misc Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... AIRPLANE | GLIDER | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9-4 | G1159B | N908JE | TCB | TIST | | 1164 | RG, GM, GS | 1/ | 3 | 7 | | | |
| 4 | 1( | 1( | TIST | PBI | | 1153 | JG, GM, GT | 1/ | 3 | 7 | | | |
| 8 | 1( | 1 ( | PBI | TCB | | 156 | JG, GM, GS, MANDY ELLISON | 1/ | 2 | 5 | | | |
| 13 | 1( | 1( | TCB | SAF | | 1157 | JG, GM, GT, ALBERTO & LENINA PINTO | 1/ | 2 | 7 | | | |
| 9/15 | GROB 103 A | N307BG | OEB | CGC | | | TOW & DOB THERMALLING | | 4 | 0 | | | |
| 9/15 | 6103 A | N307BG | OEB | CGC | | | UNASSISTED T.O.L. Thermaling 3 TALL | | | | | 3 | |
| 9/15 | G103 A | N307BG | OEB | CGC | | | UNASSISTED TOL. Thermaling | | | | | 4 | |
| 9/15 | G103 A | "( | 7 | CGC | | | UNASSISTED TOW & CANDING IN GRIF YWING GI | | | | | 5 | |
| 9/15 | 1/ | '/ | t | CGC | | | UNASSISTED TOW & LANDING THERMALING STALLS, INOFERANTSPOS | | | | | 5 | |
| 9/15 | 1/ | x307BG | t | CGC | | | PATTORN TOW | James Willer LFG 11/5/05 9/15/00 | | | | | 6 | |
| 9/15 | '' | x307BG | t | CGC | | | PATTERN TOW | | | | | | 3 | |
| 9/17 | G1159B | N908JE | SAF | ASG | | 158 | JG, GT | 1/ | | | | | |
| 19 | 1( | 1( | ASG | IAD | | 1159 | JG, GT, LARRY SUMMERS, CINDY MCGLINSON COMMISSIONER OLBROT | 1/ | | 6 | | | |
| 19 | 1( | 1( | IAD | TCB | | 1160 | JG, GT, GUATTY DOWN PECK | 1/ | 3 | b | 3 | | |
| 25 | 1( | 1( | TCB | DCA | | 1161 | JG, LYNN FORESTER | | | b | 6 | | |
| 25 | 1( | 1( | DCA | IAD | | 1162 | REPOSITION FOR CUREGON | 1/ | | 7 | 7 | | |
| 25 | 1( | 1( | IAD | TCB | | 1163 | JG, LYNN FORESTER | | | 7 | 7 | | |
| 26 | 1( | 1( | TCB | PBI | | 1164 | JG, GM | 1/ | 2 | 7 | | | |
| 26 | 1( | 1( | PBI | TCB | | 1165 | JG, GT, LUBA, DARA | | 2 | 2 | | | |

I certify that the statements made by me on this form are true.

Pilot's Signature: David Rodgers

| | | |
|---|---|---|
| Page Total | 5/6 | 22 9 | 2 4 |
| Amount Forward | 6138 7306 | 1305 5 | 9 |
| Total to Date | 6144 7306 | 7328 4 | 3 2 |

CONFIDENTIAL

CONFIDENTIAL DR_000023

| Date 10.95 OCT | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... AIRPLANE | GLIDER | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 6 | G-1159B | N908JG | TEB | BGD | | 1166 | JG, RHONDA SHERER | 1/1 | 6 | | |
| 6 | '' | '' | BGD | TEB | | 1167 | JG, RHONDA SHERER + HUSBAND | | 7 | | |
| 9 | '' | '' | TEB | OCA | | 1168 | JG, GT, ADAM PERRYLANG | 1/1 | 7 | | |
| 9 | '' | '' | OCA | PBI | | 1169 | JG, GM, GT, AP | | 2 6 | | |
| 12 | '' | '' | PBI | TEB | | 1170 | JG, GM, GT, AP | 1/ | 2 3 | | |
| 15 | '' | '' | TEB | PBI | | 1171 | JG, SOPHIE BIDDLE | | 2 1 | | |
| 19 | '' | '' | PBI | TEB | | 1172 | JG, SOPHIE BIDDLE | 1/ | 2 2 | | |
| 21 | '' | '' | TEB | BGD | | 1173 | JG | 1/1 | 6 | | |
| 21 | '' | '' | BGD | TEB | | 1174 | JG, ALAN DERSHOWITZ | 1/1 | 8 | | |
| 23 | '' | '' | TEB | PBI | | 1175 | JG, GM, GT, GWYNDOLYN BEAR | 1/ | 2 3 | | |
| NOV 7 | '' | '' | PBI | TEB | | 1176 | NO PASSENGERS | 1/1 | 2 3 | | |
| 7 | '' | '' | TEB | PBI | | 1177 | JG | | 2 3 | | |
| 10 | '' | '' | PBI | TEB | | 1178 | JG | 1/ | 2 5 | | |
| 14 | '' | '' | TEB | TIST | | 1179 | JG, GT, CLAIRE HAZEL, FRANCOIS | 1/1 | 3 2 | | |
| 15 | '' | '' | TIST | PBI | | 1180 | JG, GM, CLAIRE HAZEL, GT, FRANCIS | 1/1 | 2 4 | | |
| 16 | '' | '' | PBI | CMH | | 1181 | JG, GM, GT, CLAIRE HAZEL, FRANCOIS | 1/1 | 2 0 | | |
| 16 | '' | '' | CMH | TEB | | 1182 | JG, GM, GT, FRANCOIS | 1/ | 1 1 | | |
| 20 | '' | '' | TEB | TIST | | 1183 | JG, GM, GT, AP | 1/1 | 3 3 | | |
| 1 | C421B | N908GM | PBI · NORTH LO-PBI | | | | | 3/3 | 1 0 | | |

I certify that the statements made by me on this form are true.

Pilot's Signature ____David Rodgers____

| | | |
|---|---|---|
| Page Total | 16/12 | 34 4 |
| Amount Forward | 8146 7497 2 | 7328 4 | 3 3 |
| Total to Date | 6162 ≤8≤4 | 7362 8 | 3 3 |

GIUFFRE007077
CONFIDENTIAL

| Date 1958 NOV | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... Airplane | | Glider | | Heli-Scope | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 26 | G-1159B | N909JE | TIST | PBI | | 1184 | JG, GM | 1 | 2 | 5 | | | | |
| 29 | '' | '' | PBI | TEB | | 1185 | JG, GM, MARK EPSTEIN, LYNN FORSYTH, V? | 2 | 2 | 5 | | | | |
| Nov | '' | '' | TEB | PBI | | 1186 | JG, ALEXIS | 1 | 2 | 2 | | | | |
| 3 | '' | '' | PBI | TIST | | 1187 | JG, SOPHIE BIDDLE | 1 | 2 | 3 | | | | |
| 4 | '' | '' | TIST | SAN | | 1188 | OPS 2 INSPECTION | 1 | 3 | 0 | | | | |
| 31 | '' | '' | SAN | PBI | | 1189 | OPS 2 COMPLETED | | | 9 | | | | |
| Jan 1 | '' | '' | PBI | TIST | | 1190 | REPOSITION | 1 | 2 | 1 | | | | |
| 4 | '' | '' | TIST | PBI | | 1191 | JG, GM | 1 | 2 | 5 | | | | |
| 9 | '' | '' | PBI | TEB | | 1192 | JG, GM, MARK EPSTEIN, MANDY | 1 | 2 | 2 | | | | |
| 9 | '' | '' | TEB | ABY | | 1193 | JG, ALEXIS | 1 | 2 | 5 | | | | |
| 10 | '' | '' | ABY | SPF | | 1194 | JG, ALEXIS | 1 | 3 | 0 | | | | |
| 12 | '' | '' | SPF | VNY | | 1195 | JG, ALEXIS | 1 | 1 | 6 | | | | |
| 15 | '' | '' | VNY | PBI | | 1196 | JG, JEAN LUKE | 1 | 4 | 2 | | | | |
| 19 | '' | '' | PBI | TIST | | 1197 | JG, GM, GT | 1 | 2 | 1 | | | | |
| 24 | '' | '' | TIST | TEB | | 1198 | JG, GM, GT, ULGA GRIPINAIS | 1 | 3 | 6 | | | | |
| 29 | '' | '' | TEB | PBI | | 1199 | JG, GM, GT, PR, CLEO, CELINA, | 1 | 2 | 3 | | | | |
| | | | | | | | SEE MANEUVERS INDEX: A, B | | | | | | | |
| 30 | 206B3 | N906JE | PMP - PBI | - PMP | | 1 | | | | | | | 1 | 2 |
| 30 | G-1159B | N906JE | PBI | TEB | | 1201 | JG, GM, GT, PR, GVA, CELINA, P, DRAN, | 1 | 2 | 5 | | | | |
| 2 | 206B3 | SAFH | PMP | PMP | | 2 | A, E | | | | | | | 8 |

I certify that the statements made by me on this form are true.

Pilot's Signature David Rodgers

| | | |
|---|---|---|
| Page Total | 14/8 | 42 0 |
| Amount Forward | 6162 5584 | 7362 8 |
| Total to Date | 6176 5892 | 7404 8 |

CONFIDENTIAL DR_000024

GIUFFRE007078
CONFIDENTIAL

CONFIDENTIAL DR_000025

| Date | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival | | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... | | |
|------|------|------|------|------|------|------|------|------|------|------|------|
| | | | From | To | | | | | AIRPLANE | GLIDER | HELI |
| 3 | 206B3 | 59PH | PMP | PMP | 3 | 9 | A, E | | | | |
| 4 | " | " | " | " | 4 | | A, G - Full controls | | | | |
| 5 | G-1159B | N90456 | TEB | PBI | | 1201 | JC, GM, GT, MCC, IC, ST NAV, RM, AND WUNT, CWRCL HOLD | 1/1 | 2 1 | | |
| 02/05 | 206B3 | 59PH | PMP | PMP | 5 | | A, E - Advanced maneuvers | | | | |
| 02/06 | 206B | 59PH | PMP-PBI-PMP | | 6 | | A-E / straight C & D | | | | |
| 2/9 | " | " | " | | 7 | | A - IL | | | 1 1 |
| 7 | G-1159B | N9045? | PBI | TEB | 1202 | | JC, GM, ET, MCC, ENDS CWNT2 MCC, WGKING, 1 CWNCL | | 2 | | |
| 9 | " | " | TEB | TEST | 1203 | | JC, GM, GT, PMP, PRINCE ANDREW 3 ILS, DEPTS | | 3 3 | | 2 2 |
| 12 | " | " | TEST | PBI | 1204 | | P-GM, GT, MP, DPT, APPROACH, TEXT BREAKS CWN MWLER, PBCE, WRLY HOLD, AVNT MCWT | 1 | 2 0 | | |
| 13 | 206B3 | 59PH | PMP-LCL+PBI-PMP | | | | A-F / started G | | | | |
| 02.15 | BH206B3 | N701DH | VNY | PIRU VNY | | | MANEUVERS, H, APPROACH, VERT TECH LOCK, A-WHOLE OVER TEB, NEVER, EXTRA APPROX. ILS AUTOS, CCS AUTO 10 | 5 | | 2 6 | |
| 14 | G-1159B | N908JG | PBI | SAF | 1205 | | JC, GM, CAPNE KELSON | 1/1 | 3 6 | | 1 1 |
| 15 | " | " | SAF | VNY | 1206 | | JC | 1/1 | 1 6 | | |
| 16 | B206B3 | N701DH | VNY - | Piru - VNY | | | TRAFFIC PATTERNS, APPROACHES, DSG HOVER, HOVER, REPOS, TURNS, A/SPEED CHANGES | | | | 1 C |
| 17 | G-1159B | N908JG | VNY | MRY | 1207 | | JE + 3 | 1/1 | 7 | | |
| 20 | " | " | MRY | SAF | 1208 | | JE | 1/1 | 1 9 | | |
| 21 | " | " | SAF | TEB | 1209 | | JC, GM, JENNIFER, SHARON, CLONGWISE | 1 | 3 5 | | |
| 24 | " | " | TEB | PBI | 1210 | | JC, ET, GVA, COLEEN, JORDAN, NANNY, MEATHEAD, JO ANNE | 1 | 2 4 | | |
| 26 | 206L3 | 500JA | PMP | PMP | | | Reviewed A-F, Demo - H, J, 7 V | | | | 1 5 |

I certify that the statements made by me on this form are true.

Pilot's Signature David Rodak

| | | | |
|------|------|------|------|
| Page Total | 7/5 | 23 8 | 11 2 |
| Amount Forward | 6176 5892 | 7404 8 | 3 3 2 0 |
| Total to Date | 6133 | 7428 6 | 3 3 12 2 |

GIUFFRE007079
CONFIDENTIAL

CONFIDENTIAL DR_000026

| Date 19.99 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... AIRPLANE | GLIDER | HELICOPTER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/7 | 206L3 | N500JA | PMP | PMP | | | A-F, J, M, +V /Demo-N | | | | 1 3 |
| 03/01 | 206L3 | 500JA | PMP | PMP | | | C, D, M, +V | | | | 1 3 |
| 3/1 | 206B2 | N70PIT | PMP-L Not-80S-PMP | | | | ENG TRAINING, INCLUD. V.E.E | | | | 1 1 |
| 03/02 | 206L3 | 500JA | PMP | PMP | | | N, H, +J | | | | 4 |
| 03/04 | 206L3 | 500JA | PMP-PBI-PMP | | | | A-F | | | | 1 8 |
| 03/04 | 206L3 | 500JA | PMP PBI BAT PMP | | | | A, H (Pre-solo prep) | | | | 1 0 |
| 03/05 | 206L3 | 500JA | PMP-PBI-LNA-PMP | | | | A, H (Pre-solo prep) | | | | 1 5 |
| 03/06 | 206L3 | 500JA | PMP-PBI-LNA-PMP | | | | finished prep / 1st solo at PMP | | | | 1 6 |
| 3/7 | G-1159B | N908JG | PBI | TEB | 1211 | | JG, GM, GT, MELINDA LUVTI, WILK 3 senice | 1 | 2 5 | | 1 1 |
| 3/13 | PA28-161 | N510PU | JYY | GRO | | | JUNDINA+MINGU-ATC-CLEARANCE, TWO APPROACHES, CLOSING BY REFERENCE TO INSTRUMENTS | 1 | 4 2 | | |
| 3/13 | PA28-161 | N510PU | GRO | ORL | | | NAVIGATION SYSTEMS, PARTIAL PANEL, RNG COMMUNICATION ILS APPROACH, ILOCAL ATTITUDE | 1 | 4 8 | | |
| 3/16 | 206L3 | 500JA | PMP | PMP | | | TAXIECE PORTRAIT, | | | | 1 9 |
| 3/17 | C421B | N908GM | PBI | CYW | | | SOUTHERN WIND, VFR, SSC, NAV STEMS, FREQUE NAVIGATION, MULTIENGINE OBSERVATIONS | 1 | 1 5 | | |
| 3/17 | C421B | N908GM | CYW | PBI | | | JUNTINUM WIND-VIII-DALL HILLFC, VFR HWY FOR LWF VFR TRANSM-EFC SEL +V (A) | 1 | 2 5 | | |
| 3/16 | PA36-161 | N510PU | ORL | OBN | | | JUNTINFM WIND- MMM-THREE APPROACHES 2SONIN XC PAR 61.65 (D)(e)(iii) | 1/0 | 4 0 | | |
| 3/19 | PA28-161 | N510PU | DBN | JYY | | | SMITHISM WIND-EMERGENCY OPERATIONS, ETC PRACTICE, MANCH, PROFICIENT PRAP-PROS. SEVEN CLOSED | 1 | 4 5 | | |
| 3/21 | G1159B | N908JG | TEST | TEB | 1214 | | JEFFREY, TIFFANY GRANGA, CLOMENADUM HAMBRG, ENLA ROGERTG | 1 | 4 2 | | |
| 3/23 | 206L3 | 500JA | PMP-215 | SUA-PMP | | | DUAL CROSS COUNTRY | | | | 2 3 |
| 3/23 | 206L3 | 500JA | PMP | PMP | | | BCD | | | | 4 |

I certify that the statements made by me on this form are true.

Pilot's Signature: David Rodger

| | | |
|---|---|---|
| Page Total | 7/4 | 23 2 | 1 9 1 |
| Amount Forward | 6183 / 5397 | 7428 6 | 3 3 | 13 2 |
| Total to Date | 6190 | 7456 8 | 3 3 | 32 3 |

GIUFFRE0007080
CONFIDENTIAL

CONFIDENTIAL DR_000027

GIUFFRE0007081
CONFIDENTIAL

| Date 19__ | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... AER PLANE | | GLIDER | HGLDG |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/23 | 206L3 | 500JA | PMP-NORTHWEST-PMP | | | | 2 TRNSFER+LANDINGS / Q | (2) | | | | 1 |
| 3/24 | 206L3 | 500JA | PMP-SUA-2IS-AMP | | | | SOLO CROSS COUNTRY | | | | 2 | |
| 3/24 | 206L3 | 500JA | PMP-XS1-PMP | | | | SOLO CROSS COUNTRY | | | | 1 | |
| 3/25 | G1159B | N908JC | TCB | PBI | | 1215 | JC, CT, OF, EVA, WILMA, JORDAN, NADIA 2 FEMALES | | 2 | S | | |
| 3/26 | 206L3 | 500JA | PMP-LNA-PMP | | | | SOLO LOCAL | | | | 2 | |
| 3/26 | 206L3 | 500JA | PMP-PHK-PMP | | | | P, Q | (2) | | | 1 | |
| 3/27 | G1159B | N908JC | PBI | TCB | | 1216 | JC, CT, AB, 2 FEMALES | 1/1 | 2 | 8 | | |
| 3/29 | " | " | TEST | PBI | | 1217 | SINGLETON AND LOWES TIFFANY KATHRYN GRANZA | 1/ | 2 | 9 | | |
| 3/30 | " | " | PBI | TCB | | 1218 | RGPSLEIGH TO TCB | 1/ | 2 | 5 | | |
| 3/31 | " | " | TCB | TEST | | 1219 | GM, ALBERTO + LUCITA PENZO, PAOLLINA MUENGER, GIANLUCA VERONESI | 1/ | 3 | 3 | | |
| 3/31 | " | " | TEST | PBI | | 1220 | JC, GM, ALBERTO, LEAN, ET, OP, PAOLLINA MUENGER, GIANLUCA VERONESI | 1/. | 2 | 7 | | |
| 4/2 | " | " | PBI | ABQ | | 1221 | JC, OP, ALBERTO, LENDA, PAELLINA, GIANLUCA, LUBALE | 1/ | 4 | 6 | | |
| 4/4 | " | " | ABQ | TCB | | 1222 | JC, GM, CLARE HAZEL | 1/ | 3 | 5 | | |
| 4/5 | 206L3 | 500JA | PMP | PMP | | | SOLO LOCAL | | | | | 6 |
| 4/5 | 206L3 | 500JA | PMP-WL-PMP | | | | A-I INT FOR PVT TEST | | | | 1 | 2 |
| 4/6 | 206L3 | 500JA | PMP-BCT-PMP | | | | A-H, J, M, N PREP FOR PVT TEST | | | | 1 | 7 |
| 4/7 | 206L3 | 500JA | PMP | PMP | | | A-E, G, H, L OR, PROPER PUTTCA UV, V | | | | 1 | 6 |
| 4/8 | G1159B | N908JC | TCB | PBI | | 1223 | JC, GM, AB, LWLA, KERSTEN | 1/1 | 2 | 3 | | |
| 4/10 | 206L3 | 500JA | PMP-LNA-PBI-PMP | | | | A-H, J, L, M, N, R, + V | | | | | 0 |

I certify that the statements made by me on this form are true.

Pilot's Signature: _David Rodgers_

| | | |
|---|---|---|
| Page Total | 8/7 | 26 2 / 15 8 |
| Amount Forward | 6140 / 590 | 7456 8 / 3 3 / 32 3 |
| Total to Date | 6198 / 5906 | 7483 0 / 3 3 / 48 1 |

CONFIDENTIAL DR_000028

GIUFFRE007082
CONFIDENTIAL

| Date 19__ | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival | | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | From | To | | | | | AIRPLAN | GLIDER | HELICOPT |
| 11 | G1159B | N908JG | PBI | TEB | | 1224 | JG, GB, GT, RP, CHARLES, MONIZA, FRANKLES, INCA | √1 | 3 | 2 | |
| 13 | 206L-3 | SUESP | PMC | PMC | | | PPL M, & COUPLING 1 H-D, G, H, FLY, C, L, L-V | | | | |
| 14 | 206L-3 | 500JP | PMP | PMP | | | SOLO LOCAL | | | | |
| 16 | G1159B | N904JG | TEB | PBI MVY | | 1225 | JG, GT, PLAN DERSHOW[TZ, 1 MALE | 1/1 | | 7 | |
| 16 | G1159B | " | MVY | BOS | | 1226 | JG, GT, 1 MALE | 1/1 | | 5 | |
| 16 | " | " | BOS | PBI | | 1227 | JG, GT | 1/1 | 3 | | |
| 20 | " | " | PBI | TIST | | 1228 | JG, GM, GT | | 2 | 4 | |
| 25 | " | " | TEST | TEB | | 1229 | JG, TIFFANY GRAMZA, ONNELL, HILLS, ALEXA WALLACE | 1/1 | 4 | 0 | |
| 27 | " | " | TEB | TIST | | 1230 | JG, 1S'OPPLE BERDO, 1 FEMALE | | 3 | 4 | |
| 2 | " | " | TIST | TEB | | 1271 | JG, SOPHIE REDDY, TRIEFANE GRAMZA, SHELLEY LEWIS | 1/ D | 3 | 7 | |
| 12 | " | " | TEB | PBI | | 1252 | JG, GM, SIMON HARRIS, ASHTON EVAN, GOV, Daniel Tucky | 1 | 2 | 3 | |
| 7 | 206L-3 | 500JP | PBI | PBI | | | Rework Pilot knowsurt H/Jayatol Checkride "BOOS" ACCB, EL 1200SUP0 10-21-98 | √ | | | 9 |
| 7 | " | " | PMP-LNA-PBI | | | | PPL PREP · A-J, M, N, R + V | | | | 1 7 |
| 7 | " | " | PBI | PMP | | | Return/started Cpc Training | | | | 8 |
| 3 | " | " | PMP-LNA-PBI | | | | H, + 1(Right), inclnd. o-speed + S-Turns | | | | 1 6 |
| 8 | " | " | PBI-LNA-PMP | | | | H + 1(Left) | | | | 1 4 |
| 10 | G1159B | N908JG | PBI | BED | | 1233 | JG, GM, CLARK, HALEY, TIFFANY GRAMZA, RICA DOCERICA | 1/1 | 2 | 8 | |
| 10 | " | " | BED | TEB | | 1234 | GM, CLARK, HALEY, TIFFANY GRAMZA, INCA DOCERICA | | | 9 | |
| 16 | 206L-3 | 500JP | PMP | PMP | | | H + 1 (Left + Right 5 to- 7 ∞) | | | | 1 5 |

I certify that the statements made by me on this form are true.

Pilot's Signature _David Rodgers_

| | | |
|---|---|---|
| Page Total | 26 9 | 11 4 |
| Amount Forward | 6198 5408 7483 0 | 3 3 48 1 |
| Total to Date | 6207 5415 7509 9 | 3 12 59 5 |

Case 18-2868, Document 283, 08/09/2019, 2628241, Page715 of 883

CONFIDENTIAL DR_000029

CONFIDENTIAL

GIUFFRE007083
CONFIDENTIAL

| Date 1977 M/H | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category AIRPLANE | GLIDER | HELICOP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12 | G1159B | N40BJC | TEB | SAF | | 1238 | *F, RBLH | 1/ | 3 3 | | |
| 17 | " | " | SAF | ABI | | 1236 | C-3, RLH | | 2 | | |
| 18 | " | " | ABI | DAL | | 1235 | JC, GT, TIFFANY GT, JM23 | 1/1 | 1 3 | | |
| 16 | " | " | DAL | PBI | | 1234 | JC, GT, TIFFANY GRAM23 | | 2 3 | | |
| 19 | RANGELB | N500JP | PBI-LNA - ABI | | | | VFRASH ISLN + 14C AUDIOROTION; | | | 1 | |
| 20 | " | " | PMP | PMP | | | M, V, D Approaches to the surface, on 1 noise sensitive proc. | | | 1 | |
| 21 | " | " | PMP | OAB | | | O - Via shoreline | | | 1 | |
| 21 | " | " | OAB | PBI | | | O - Via 1-95 | | | 2 | |
| 2 | " | " | PBI | PMP | | | Retire | | | 1 | |
| 23 | G1159B | N908JC | PBI | TEB | | 1233 | JC, GM, GT, TIFFANY GRAM23 | 1/ | 2 7 | | 3 |
| | FLIGHT TIMES REPORTED TO INSURANCE COMPANY | | | | | | | | FOR | | |
| 27 | G1159B | N90BJC | TEB | PBL | | 1242 | JC, GM, GT, GUTMACHER BREC, GLLN DAVY GVR, CLUBER JDRONE + VAPORY DUON, OPON | | 2 3 | | |
| 24 | " | " | PBI | TEST | | 1241 | JC, GM, GT | | 2 3 | | |
| 30 | " | " | TEST | PBL | | 1240 | JC, GM, GT | 1/1 | 2 8 | | |
| 31 JUN 4 | " | " | PBI | SAF | | 1247 | JC, GM, GT | 1/ | 3 7 | | |
| | " | " | SAF | PBI | | 1244 | JC, GM, GT, TIFFANY GRAM23 | 1 | 3 2 | | |
| 7 | " | " | PBI | TEB | | 1245 | JC, GM, GT, TIFFANY GRAM23 | 1 | 2 5 | | |
| 9 | " | " | TEB | PBI | | 1246 | JC, GM, MANDY GUTMAN, TIFFANY GRAM23 | | 2 2 | | |
| 15 | " | " | PBI | TEB | | 1247 | JC, GM, TIFFANY GRAM23, GUTMACHER D-LAC | 1/ | 2 5 | | |

I certify that the statements made by me on this form are true.

Pilot's Signature: David Rodgers

| | | |
|---|---|---|
| Page Total | 9/7 | 32 1 | 6 1 |
| Amount Forward | 6267 5915 | 1509 9 | 3 3 | 59 5 |
| Total to Date | 6216 | | | |

CONFIDENTIAL

CONFIDENTIAL DR_000030

GIUFFRE0007084
CONFIDENTIAL

| Date 1917 JUN | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival | | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | From | To | | | | | AIRPLANE | CX SIXR | HELICOPTER | |
| 24 | ZENITH | N282A | PBI-LNA | PBI | | | ENGINE, ENGINE COUNTY, CRITICAL ATTITUE RECOVERY, ANGLE OF ATTACK LANDING, SHORT FIELD | 6/6 | 1 | 3 | | |
| 19 | G1159B | N908JC | TCB | PBI | | 1248 | JG, GM, ET | 1 | 2 | 4 | | |
| 27 | " | " | PBI | TCB | | 1247 | JG, ET, SHELLEY | 1/1 | 2 | 5 | | |
| 29 | " | " | TCB | BCO | | 1250 | JG | 1/1 | | 6 | | |
| 29 | " | " | BCO | TCB | | 1251 | JG | | 1 | 0 | | |
| JUL | " | " | TCB | PBI | | 1252 | JG, ET, TIFFANY GRAMZA | 1/ | 2 | 3 | | |
| 2 | KASPAR | N6910A | FPR | FPR | | | ENGINE OUT, STALL, STEEP TURN, EMERGENCY LANDING, SHORT FIELD | 5/5 | 1 | 0 | | |
| 3 | G1159B | N908JC | PBI | TCB | | 1253 | JG, CLAUDE HAZEL, TIFFANY GRAMZA | 1/1 | 2 | 6 | | |
| 4 | " | " | TCB | TCB | | 1254 | JG, CLAUDE HAZEL, TIFFANY GRAMZA | 1/1 | 3 | 7 | | |
| 6 | Bell 206 B III | N169D9 | PMP-SUA | PMP | | | DUAL CROSS COUNTRY, AT NITE, MEMORE THRU 50 NM | | | | 2 | 2 |
| 7 | " | " | PMP-X44 | LNA-PMP | | | SOLO NITE VST | | | | 2 | 3 |
| 13 | " | " | PMP-X44 | PMP | | | SOLO NITE VST | | | | 2 | 8 |
| 16 | DA 20 | N125MF | HWO | HWO | | | PATTERN KEYING VSVT LO BOUND, CIVILINE OUT | 2/2 | | 9 | | |
| 16 | DA 20 | " | HWO-PBI | HWO | | | JEFFREY EPSTEIN LO TAKE OFF TAXING, SLOW FLIGHT, REGISTER WIDE POTENCY CANNON | 3/3 | 3 | 4 | | |
| 15 | G1159B | N908JC | TCB | PBI | | 1255 | | | 2 | 5 | | |
| 22 | " | " | PBI | SAF | | 1256 | JG, GM, ET | 1/1 | 3 | 4 | | |
| 25 | " | " | SAF | VNY | | 1257 | JG, GM, ET, LSSA | V/1 | 1 | 7 | | |
| 29 | " | " | VNY | OAK | | 1258 | JG, SHELLEY | 1/1 | | 9 | | |
| 29 | " | " | OAK | SAF | | 1259 | JG, SHELLEY | V/1 | 2 | 2 | | |

I certify that the statements made by me on this form are true.

| | Page Total | 36 ¼ | 32 6 | | 7 9 |
| | Amount Forward | 62 15 5922 | 7542 0 | 3 3 | 65 6 |
| | | 6242 | to 2011 | 2 h | 72 h |

CONFIDENTIAL (watermark)

CONFIDENTIAL DR_000031

| Date 19— JUL | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival | | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | From | To | | | | | AIRPLANE | GLIDER | HELICOP |
| 29 | G-1159B | N908JE | SAF | PBI | | 1261 | JG, SHELLEY | | 3 | 5 | |
| 4 AUG | " | SIMULATOR | JFK | JFK | | | STOP rules, STALLS, W/FE MEDULLARY, ALARMS RPTECREW TAKE-OFF, HOLDING, 347.06 TAKEOFF | | 3 | 8 | |
| 5 | " | " | " | " | | | SINGLE EN GINE INSTR. & GO-AROUND MANUALLY ONGINE ENGINE & NGINE CIRCLE W/FLAP | | 3 | 8 | |
| 6 | " | " | " - SIM | " | | | ILOC, G-AROUND, DESCENT, NAV, ALE GROUND DEGROUND, SERUK ENGINE WORK | | 2 | 7 | |
| 7 | " | N908JE | TEB | PBI | | 1262 | JG, GM, GT, CLARE HAZEL, DAVE FROM SEA | ✓ | 2 | 3 | |
| 8 | " | " | PBI | TEB | | 1263 | JG, ET, 1 FEMALE | OP.AG KELLEY | ✓ | 2 | 4 | |
| 11 | " | " | TEB | PBI | | 1264 | JG, GT | | ✓ 1 | 2 | 7 | |
| 14 | " | " | PBI | MTPP | | 1265 | JG, COM, GT, CLARE, HAZEL | | ✓ 1 | 1 | 9 | |
| 14 | " | " | MTPP | TIST | | 1266 | JG, COM, GT, CLARE, HAZEL | | ✓ | 1 | 4 | |
| 18 | " | " | TIST | TEB | | 1267 | JG, COM, GT, CLARE HAZEL | | ✗ | 2 | 6 | |
| 19 | 2666L3 | 72PH | FLL | LNA | | | TAKE OFF, NORMAL IN PARALLEL, STOP NAV FULL TAKEOFF, H-12/NA 5/5, 0X1 | | 2 | 6 | | | 1 | 1 |
| 23 | G-1159B | N908JE | PBI | TIST | | 1268 | JG, ADAM, TIFFANY, PAULS | | ✓ 1 | 2 | 6 | |
| 26 | " | " | TIST | PBI | | 1269 | JG, ADAM, TIFFANY | | ✓ 1 | 2 | 7 | |
| 28 | " | " | PBI | TEB | | 1270 | JG, GM, GT | | ✓ 1 | 2 | 5 | |
| SEP 1 | " | " | TEB | AGC | | 1271 | JG, ET | | ✓ 1 | 1 | 0 | |
| 1 | " | " | AGC | CMH | | 1272 | JG, ET | | ✓ 1 | | 7 | |
| 2 | " | " | CMH | TEB | | 1273 | JG, ET, CLARE, VICTORIA, MRS HAZEL KELLEY | | ✓ 1 | 1 | 4 | |
| 2 | " | " | TEB | SAF | | 1274 | JG, ADAM, SHELLEY, TIFFANY, ALBERT KELLEY PAULO | | 3 | 7 | |
| 5 | " | " | SAF | SAN | | 1275 | JG, SHANNON HEGLEY, TIFFANY, SHELLEY | | ✓ | | 7 | |

I certify that the statements made by me on this form are true.

Pilot's Signature: David Rodgers

| | | | |
|---|---|---|---|
| Page Total | 43 4 | | 1 4 |
| Amount Forward | 7574 6 | 3 3 | 72 9 |
| Total to Date | 7618 0 | 3 3 | 74 3 |

GIUFFRE0007085
CONFIDENTIAL

Case 18-2868, Document 283, 08/09/2019, 2628241, Page718 of 883

CONFIDENTIAL DR_000032

| Date 19$\overline{99}$ | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival | | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | From | To | | | | | AIRPLANE | GLIDER | | HELICOPTER |
| 5 | G-1159B | N908JE | SAN | SAF | Rz | 1274 | JG, SHANNON HEALY | V | 1 | 6 | | |
| 7 | (l | ll | SAF | TEB | | 1277 | JG CLAIRE, VICTORIA HALL, BOOM | V | 3 | 5 | | |
| 8 | l( | l( | TEB | CMH | | 1278 | JG, CLAIRE HALEL | V/ | 1 | 4 | | |
| 6 | l( | l( | CMH | TEB | | 1279 | JG, CLAIRE, MARSHALL, I HALL | | 1 | 3 | | |
| 9 | l( | l( | TEB | PBE | | 1280 | JG, ELIZABETH | | 2 | 5 | | |
| 13 | l( | l( | PBI | TEB | | 1281 | JG, GM, PAULO EPSTEIN, MANDY, RALPH ELLISON, CLAIRE, HAZEL | V/ | 2 | 4 | | |
| 17 | l( | l( | TEB | PBI | | 1262 | JG, GM, PAULO EPSTEIN, ES, EUGENE HAZEL | | 2 | 4 | | |
| 19 | C-172 | N2388L | LNA | LNA | | | A/C I NIT, SAT. THE LOG CFI PROGRESS ck. | 2/2 | | 7 | | |
| 20 | G-1159B | N908JE | PBI | TEB | | 1253 | JG, GM, CLAIRE, ES | V/ | 2 | 5 | | |
| 22 | l( | l( | TEB | PBI | | 1284 | JG, ES, IN | | 2 | 6 | | |
| 23 | C-172 | N2388L | LNA- | FXE | | | ED AMATO CPI RENEWAL | V/1 | 1 | 1 | | |
| 23 | l( | l( | FXE | LNA | | | ED AMATO CPI RENEWAL | V/1 | | 5 | | |
| 25 | G-1159B | N908JE | PBI | TIST | | 1285 | JG, GM, AP, SHELLY DARRISON | V/ | 2 | 5 | | |
| 26 | l( | l( | TIST | TEB | | 1286 | JG, GM, AP, SHELLY HARRISON | V/1 | 3 | 8 | | |
| 26 | l( | l( | TEB | TIST | | 1287 | JG, SHELLY LEWIS | V/ i | 3 | 5 | | |
| 9 | l( | l( | TIST | PBI | | 1286 | JG, SHELLY LEWIS | V | 2 | 6 | | |
| 11 | l( | l( | PBI | SAF | | 1289 | JG | V/ | 3 | 7 | | |
| 12 | l( | l | SAF | TEB | | 1290 | JG, SOPHIE BIDDLE | V | 3 | 5 | | |
| 14 | l( | l( | TEB | BED | | 1291 | JG, GM, AP, AUDREY RAIMBAULT, ES | V/ | | 7 | | |

I certify that the statements made by me on this form are true.

Pilot's Signature: David Rodgers

| | |
|---|---|
| Page Total | 16/14  42 8 |
| Amount Forward | 6254 / 29155  7618 0  3 3  74 3 |
| Total to Date | 6270 / 5969  7660 8  3 3  74 3 |

GIUFFRE0007086
CONFIDENTIAL

CONFIDENTIAL DR_000033

GIUFFRE0007087
CONFIDENTIAL

CONFIDENTIAL

| Date 19 99 OCT | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers; Endorsements | Number of Landings | Aircraft Category... AIRPLANE | GLIDER | HELICOPTER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 14 | G-1159B | N908JG | BED | PBI | | 1292 | JG, GM, ET, AP, AUDREY RAZMBAULT | | 2 9 | | |
| 16 | " | " | PBI | TIST | | 1293 | JG, GM, AUDREY RAZMBAULT | 1/1 | 2 5 | | |
| 18 | " | " | TIST | TEB | | 1294 | JG, GM, AUDREY, MELINDA LUNTZ | 1/1 | 3 6 | | |
| 21 | " | " | TEB | PBI | | 1295 | JG, GM, ET | 1/ | 2 7 | | |
| 27 | " | " | PBI | TGB | | 1296 | JG, ET, GWYNDOLYN BECK, MR. BROWN FREYA WEBENG | 1/ | 2 4 | | |
| 29 | " | " | TEB | PBI | | 1297 | JG, GM, ET, CLAIRE HAZEL | | 2 4 | | |
| 31 | " | " | PBI | TGB | | 1298 | JG, GM, ET, CLAIRE HAZEL | | 2 5 | | |
| NOV 5 | " | " | TEB | BED | | 1299 | JG, SHELLY ANNE LEWIS | 1/1 | 8 | | |
| 5 | " | " | BED | PBI | | 1300 | JG, SHELLY ANNE LEWIS | 1/1 | 2 8 | | |
| 9 | " | " | PBI | TEB | | 1301 | JG, ET    GARY ROXBURGH | 1/1 | 2 6 | | |
| 11 | " | " | TEB | SAF | | 1302 | JG, AP, ALBERTO PINTO, 1 MALE    GARY ROXBURGH | | 4 0 | | |
| 11 | " | " | SAF | VNY | | 1303 | JG    GARY ROXBURGH | | 1 7 | | |
| 13 | " | " | VNY | SAN | | 1304 | JG    GARY ROXBURGH | | 7 | | |
| 13 | " | " | SAN | SAF | | 1305 | JG    GARY ROXBURGH | | 1 6 | | |
| 14 | " | " | SAF | TEB | | 1306 | JG, AP, ALBERTO PINTO, 1 MALE    GARY ROXBURGH | | 3 6 | | |
| 16 | " | " | TEB | PBI | | 1307 | JG    GARY ROXBURGH | 1/1 | 2 4 | | |
| 18 | " | " | PBI | TEB | | 1308 | JG | 1/1 | 2 5 | | |
| 19 | " | " | TEB | PBF | | 1309 | JG, MANDY ELLISON, JEAN MICHELL CATHY | | 2 5 | | |
| 22 | " | " | PBI | TIST | | 1310 | JG, GM, ET, JEAN MICHELL CATHY | | 2 2 | | |

I certify that the statements made by me on this form are true.

Pilot's Signature: David Rodgers

| | | | |
|---|---|---|---|
| Page Total | 9/7 | 46 4 | |
| Amount Forward | 6270 5969 | 7660 8 | 3 3 | 74 3 |
| Total to Date | 6279 | 772 7 2 | 3 3 | 71 2 |

CONFIDENTIAL DR_000034

GIUFFRE007088
CONFIDENTIAL

| Date 1999 NOV | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival | | Miles Flown | Flight No. | Remarks, Procedures, Manuvers, Endorsements | Number of Landings | Aircraft Category... | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | From | To | | | | | AIRPLANE | GLIDER | HELICOPTR |
| 25 | G-1159B | N908JE | TEST | PBI | | 1311 | JG, GM, GT | 1/ | 2 6 | | |
| 28 | " | " | PBI | TEB | | 1312 | JG, GM, GT, AP, GLEN, GVB, CGLENDA, JUANA, NAOMI, RUDY | | 2 4 | | |
| 30 | " | " | TEB | SAF | | 1313 | JG, GM, GT, AP, CLARE + VICTORIA HARGG | | 3 9 | | |
| DEC 3 | " | " | SAF | VNY | | 1314 | JG, GM, GT | 1/1 | 1 8 | | |
| 4 | " | " | VNY | PBI | | 1315 | JG, GT | | 4 6 | | |
| 7 | " | " | PBI | TEST | | 1316 | JG | | 2 3 | | |
| 7 | " | " | TEST | PBI | | 1317 | RETURN FOR CMP CARDS | 1/ | 2 7 | | |
| 2000 JAN 4 | " | " | PBI | TEB | | 1320 | JG, GM, GT, AP, GVB, CALENA, JORDON, MCCLRON LINTZ | 1/1 | 2 4 | | |
| 6 | " | " | TEB | PBI | | 1321 | JG, SOPHIE BIDDLE, 1 FEMALG | | 2 7 | | |
| 8 | " | " | PBI | ABY | | 1322 | JE | 1/1 | 1 2 | | |
| 8 | " | " | ABY | PBI | | 1323 | JG | | 1 1 | | |
| 10 | " | " | PBI | TEB | | 1324 | JG, SOPHIE, JOEL ABSHCOW | 1/1 | 2 4 | | |
| 12 | " | " | TEB | TEST | | 1325 | JG, AP, SOPHIE, SHELLY | | 3 3 | | |
| 16 | " | " | TEST | TEB | | 1326 | JG, AP, SOPHIE, SHELLY LEWIS | 1/1 | 4 1 | | |
| 24 | 206L3 | N72PH | PMP | PMP | | | HOVER AMB'S, CULL AUTO'S, STRL DOORS, TAKE RUNS, TAKE OFF, EMERGONCY LANDING, 180 FULL AUTO'S AUTO ADDICTION, ENGINE FAILURE ON TAKE OFF, SLOPED NO INSTRUCTOR'S STUCK DOORS 1 TO SETTLING WITH POWER CONFINED AREA'S | | + 5 | | 1 5 |
| 24 | 206L3 | " | PMP | PMP | | | | | | | 1 5 |
| 25 | " | " | PMP | PMP | | | | | | | 2 6 |
| 28 | G-1159-B | N908JE | TEB | PBI | | 1327 | JG | 1/1 | 2 6 | | |
| 31 | " | " | PBI | SAF | | 1328 | JG, GM, GT, AP, TRAINING CREW DRAFT BRUCE HILFIN | 1/1 | 4 1 | | |

I certify that the statements made by me on this form are true.

Pilot's Signature: [signature]

| | | | |
|---|---|---|---|
| Page Total | 9/7 | 44 2 | | 5 6 |
| Amount Forward | 6279 5976 | 1707 2 | 3 3 | 74 3 |
| Total to Date | 6288 | | 3 | 76 3 |

CONFIDENTIAL DR_000035

GIUFFRE007089
CONFIDENTIAL

| Date 2020 FEB | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... AIRPLANE | GLIDER | HEL-COPTR | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | G1159-B | N9085SE | SAF | VNY | | 1324 | SID GLO ESTAP FEATHERS (GREG) EMCY CLRE HAZEL | 1/1 | 1 | 8 | | | |
| 2 | " | " | VNY | TEB | | 1330 | GLO ESTAP, CLARE HAZEL | | 4 | 7 | | | |
| 3 | " | " | TEB | PBI | | 1331 | NO PASSENGERS ASI, PRINT JIMOUTH EMERGEN | | 2 | 5 | | | |
| 7 | 206L3 | N72PH | PMP | PMP | | | REVIEWED A-G & H | | | | | 1 | 2 |
| 8 | 206L3 | N72PH | PMP-NW-PMP | | | | COMMERCIAL PREP B,G,D - INCLUD. UNUSUAL ATT NO | | | | | 1 | 6 |
| 9 | 206L3 | N72PH | PMP-NW-PMP | | | | COMMERCIAL PREP G,H,J,S,V & PGE MANUVERS | | | | | 1 | 5 |
| 9 | 206L3 | N72PH | PMP-NW-PMP | | | | COMMERCIAL PREP H & I Includ. X-Wind techniques | | | | | 1 | 2 |
| 11 | 206L3 | N72PH | PMP-NW-PMP | | | | COMMERCIAL PREP C,G,H,I & D | | | | | 1 | 6 |
| 11 | 206L3 | N72PH | PMP-NW-PMP | | | | CH PREP COMPLETE REVIEWED I, includ. Extended Glide | | | | | 1 | 1 |
| 14 | 206L3 | N72PH | PMP | HST | | | | | | | | 0 | 6 |
| 14 | 206L3 | N72PH | HST | PMP | | | QUICK REVIEW - G,I,N, & R | | | | | 1 | 3 |
| 15 | 206L3 | N72PH | PMP | FLL | | | | | | | | 4 | |
| 15 | 206L3 | N72PH | FLL | PMP | | | | | | | | 3 | |
| 15 | 206L3 | N72PH | PMP | FXE | | | Commercial Pilot, Advanced Maneuvers Chk list Passes - Adds, A & E ETO GW/CW 281-2 | | | | | 8 | |
| 15 | 206L3 | N72PH | FXE | PMP | | | | | | | | 2 | |
| 16 | 206L3 | 72PH | PMP-Ld-PMP | | | | IFR/ LI | | | | | 1 | 3 |
| 16 | 206L3 | 72PH | PMP-Ld-PMP | | | | IFR/ L7 & 8, includ.-9 | | | | | 1 | 9 |
| 22 | 206L3 | 72PH | PMP-FXE-PMP | | | | IFR/ L7,8, & 9 Airholds | 1-NDB FXE | | | | 1 | 7 |
| 23 | EC120B | 121TH | PBI | PBI | | | MARK McAREE | 1-NDB EXE | | | | 3 | |

| | | Page Total | T | | | 9 | 0 | | 16 | 9 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Amount Forward | 6288 5983 | 7751 | 4 | | 3 | 3 | 79 | 3 |
| | | Total to Date | 6288 5984 | 7760 | 4 | | 3 | 3 | 96 | 2 |

I certify that the statements made by me on this form are true.

Pilot's Signature _David Rodgers_

CONFIDENTIAL

CONFIDENTIAL DR_000036

GIUFFRE0007090
CONFIDENTIAL

| Date 2000 FEB | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Manoeuvres, Endorsements | Number of Landings | Aircraft Category... | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | APPROACH | CHOPPER | HELICO |
| 23 | 206L3 | N72PH | PMP - FXE - PMP | | | | IFR / L7, 8, + 10 NIGHT LANDING | S/W R H | cont. | 3060547 PC(P)11 | 12/01 |
| 24 | 206L-3 | N72PH | PMP - FXE - PMP | | | | IFR / L6, 9, + 10 | S/W R H | cont. | 3060547 PC 11 | 12/01 |
| 25 | 206L-3 | N72PH | PMP - FXE - PMP | | | | IFR / L7 + 9 | S/W R H | cont. | 3060547 PC 11 | 12/01 |
| 26 | 206L-3 | N72PH | PMP - LNA - SUP - LNA - PMP | | | | | | | | |
| 29 | '' | '' | PMP | FMY | | | | | | | |
| 29 | '' | '' | FMY | VRB | | | IFR / L6, 7, 9, 10 | S/W R H | cont. | | 2/01 |
| 29 | '' | '' | VRB - FXE - PMP | | | | | | 3060547 PC 11 | | |
| 2 | '' | '' | PMP - FXE - PMP | | | | PREP / IFR / L1, 3, 4, 5, 9 + 10 | S/W R H | cont. | 3060547 PC 11 | 12/01 |
| 2 | '' | '' | PMP - FXE - LNA - PMP | | | | PREP / IFR / L2, 6, 7, 9, + 10 | S/W R H | cont. | 3060547 PC 11 | 12/01 |
| 3 | '' | '' | PMP | PMP | | | PREP / IFR / L4, 6-8, 16, + 17 | S/W R H | cont. | 3060547 PC 11 | 12/01 |
| 3 | '' | '' | PMP | LNA | | | PREP / IFR / L6, 8, + 12 (HUG IFR KEY) | S/W R H | cont. | 3060547 PC 11 | 12/01 |
| 10 | '' | '' | PMP | PMP | | | IFR REVIEW / L9 + 10 | S/W R H | cont. | 3060547 PC 11 | |
| 14 | '' | '' | PMP | PMP | | | | S/W R H | cont. | | |
| TFR | '' | '' | PMP - LNA - EVERGLADES - PMP | | | | LESS SCAT FLYING | | | | |
| 24 | G-1159B | N9085JC | PBI | PBI | | 1732 | FIRST FLIGHT | V | | 5 | |
| 3 | '' | '' | '' | '' | | 1732 | 3 NIGHT TAKE OFF + LANDINGS | V/ | | 7 | |
| 4 | '' | '' | PBI | TCB | | 1334 | REPOSITION | V/ | | 2 6 | |
| 4 | '' | '' | TCB | PBI | | 1732 | | | | 2 4 | |
| 7 | '' | '' | PBI | TEST | | 1730 | | /0 | | 2 2 | |

I certify that the statements made me on this form are true.

| | | | |
|---|---|---|---|
| Page Total | | | |
| Amount Forward | 7760 | | |

CONFIDENTIAL DR_000037

| Date 2000 MAY | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category AEROPLANE | | GLIDER | HELICOPTER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8 | G7158B | N9083JE | TIST | TCB | | 1337 | JG,9,GT,JN, JOAN LUC BRUNIL, CHRISTINE & EMILY, ... | 1 | 3 | 8 | | |
| 12 | " | " | TCB | PBI | | 1338 | JG, GM, GT, BP, 1 FEMALE ... | 1 | 2 | 4 | | |
| 15 | " | " | PBI | TCB | | 1339 | JG, BP, PAULA EPSTEIN, ALEX AMARED | 1 | 2 | 4 | | |
| 16 | " | " | TCB | TIST | | 1340 | JG, SHELLEY LEWIS | 1 | 3 | 6 | | |
| 21 | " | " | TIST | TCB | | 1341 | JG, SHELLEY LEWIS | 1 | 4 | 0 | | |
| 30 | " | " | TCB | MDW | | 1342 | REPOSITION | | 1 | 9 | | |
| 31 | " | " | MDW | TCB | | 1343 | JG, GM | | 1 | 7 | | |
| JUN 1 | " | " | TCB | PBI | | 1344 | JG,GM,GT,BP, 1 FEMALE | | 2 | 4 | | |
| 4 | " | " | PBI | TCB | | 1345 | JG,GM,GT, 1 FEMALE | 1 | 2 | 4 | | |
| 9 | " | " | TCB | SAF | | 1346 | JG, GM, 1 FEMALE | 1 | 3 | 9 | | |
| 12 | " | " | SAF | VNY | | 1347 | JG | 1 | 1 | 7 | | |
| 14 | " | " | VNY | SFO | | 1348 | JG | 1 | 1 | 2 | | |
| 14 | " | " | SFO | LAS | | 1349 | JG | 1 | 1 | 2 | | |
| 15 | " | " | LAS | PHX | | 1350 | JG | | 1 | 0 | | |
| 17 | " | " | PHX | PBI | | 1351 | JG | 1 | 3 | 9 | | |
| 18 | " | " | PBI | TCB | | 1352 | JG | 1 | 2 | 6 | | |
| 25 | " | " | TCB | TIST | | 1353 | JG,GM,GT,BP, PETER MARENS | 1 | 3 | 7 | | |
| 25 | " | " | TIST | TCB | | 1354 | ELIZABETH JOHNSON, FREDERICK & ALEX AMARED, REXTER, DWORLEY PLATTES, PG ROR MARENS | 1 | 3 | 7 | | |
| 25 | " | " | TCB | PBF | | 1355 | REPOSITION | | 2 | 4 | | |

I certify that the statements made by me on this form are true.

David Rodgers

| | | |
|---|---|---|
| Page Total | 14/12 | 49 9 |
| Amount Forward | 6292 59.86 / 6306 | 7168 8 | 3 3 112 6 |

CONFIDENTIAL

CONFIDENTIAL DR_000038

| Date 2020 JUN | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... AEROPLANE | GLIDER | HELICOPTER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 30 | G-11598 | N908JC | PBI | TIST | 1356 | | REPOSITION | 1/D | 2 8 | | |
| 30 | " | " | TIST | PBI | | 1357 | JC, GM, CT, AP, SOPHIE BIDDLE | | 2 5 | | |
| 14 | " | " | PBI | TEB | 1358 | | JC, CT, AP, GM, SOPHIE BIDDLE, ANGEL JUR LUCA | 1/ | 2 5 | | |
| 5 | " | " | TEB | LFPB | 1359 | | JC, GM | /1 | 6 9 | | |
| 6 | " | " | LFPB | LIEO | 1360 | | JC, GM | 1/ | 2 0 | | |
| 9 | " | " | LIEO | GMMX | 1361 | | JC, GM | V/ | 2 9 | | |
| 11 | " | " | GMMX | GMFF | 1362 | | JC, GM | 1/ | 9 | | |
| V | " | " | GMFF | LEBB | 1363 | | JC, CM | V/ | 9 | | |
| 11 | " | " | LEBB | EGGW | 1364 | | JC, GM | V | 7 | | |
| 12 | " | " | EGGW | EGAA | 1365 | | JC, GM | V/ | 1 0 | | |
| 12 | " | " | GGAA | BGR | 1366 | | JC, GM | V | 6 4 | | |
| 12 | " | " | BGR | TCB | 1367 | | JC, GM | | 1 1 | | |
| 14 | " | " | TCB | PBS | 1368 | | JC, SHELLEY LEWIS | V/ | 2 5 | | |
| 19 | " | " | PBI | TEB | 1369 | | JC, SHELLEY LEWIS, GARY ROXBURGH | V/ | 2 5 | | |
| 19 | " | " | TEB | SAF | 1370 | | JC, GM, CT, AP, SOPHIE, JASMINE, 1 MALE, GARY ROXBURGH | | 4 1 | | |
| 26 | SIMULATOR | JFK | JFK | | | | STRUCTURES, STALLS, SLOW FLIGHT, RECOVERY TO VMC-UAC | | 3 9 | | |
| 3 | " | " | JFK - TEB - SWF | | | | SINGLE ENGINE APPROACHES, ELECTRICAL FAILURES, HYDRAULIC FAILURES | | 4 0 | | |
| 4 | " | " | JFK - SWF - JFK | | | | ISSUE, EMERGENCY DESCENT, NORMAL PROCEDURES, ENGINE MALFUNCTIONS | | 4 1 | | |
| 21 | " | N908JC | PBI | SAF | 1378 | | JC, GM, CT, AP | V | 3 5 | | |

I certify that the statements made by me on this form are true.

| | Page Total | 12 7 | 57 2 | | | |
|---|---|---|---|---|---|---|
| | Amount Forward | 6306 5498 | 7818 7 | 3 3 | 112 | |

CONFIDENTIAL DR_000039

| Date 2000 AUG | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... AIRPLANE | | GLIDER | HELICOPTER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24 | G-1159B | N908JE | SAF | VNY | | 1379 | JG, KELLY SPAMM | 1/ | 1 | 7 | | |
| 26 | " | " | VNY | TEB | | 1380 | JG, GM, AP | 1/ | 4 | 9 | | |
| 31 | " | " | TEB | PBI | | 1381 | JG | | 2 | 2 | | |
| SEP 6 | " | " | PBI | TEB | | 1382 | JG | 1/ | 2 | 5 | | |
| 9 | " | " | TEB | PBI | | 1383 | JG, GM, ET, AP | | 2 | 3 | | |
| 10 | " | " | PBI | TIST | | 1384 | JG, GM, ET, AP, CHERI KRAPE | 1/ | 2 | 5 | | |
| 12 | " | " | TIST | TEB | | 1385 | JG, GM, ET, AP, CHERI KRAPE | | 3 | 9 | | |
| 21 | " | " | TEB | SAF | | 1386 | JG, GM, AP, JOE PAGANO, 1 FEMALE | | 4 | 2 | | |
| 25 | " | " | SAF | VNY | | 1387 | JG, KELLY SPAMM | 1/ | 1 | 8 | | |
| 26 | " | " | VNY | TEB | | 1388 | JG, TIFANY GRAMZA | 1/ | 4 | 8 | | |
| 29 | " | " | TEB | TIST | | 1389 | JG, PETER MARINO, 1 PERSON | 1/ | 3 | 6 | | |
| 30 | " | " | TIST | PBI | | 1390 | JG, PETER MARINO, 1 FEMALE | 1/ | 2 | 6 | | |
| OCT 3 | " | " | PPI | TEB | | 1391 | JG, GM, ET, 1 FEMALE | 1/ | 2 | 5 | | |
| 5 | " | " | TEB | PBI | | 1392 | JG, SHELLEY CLUB | | 2 | 4 | | |
| 10 | " | " | PBI | TEB | | 1393 | JG, GM, ET | 1/ | 2 | 5 | | |
| 13 | " | " | TEB | LGA | | 1394 | REPOSITION FOR PARIS | | | 5 | | |
| 13 | " | " | LGA | LFPB | | 1395 | JG, VOR HOLDING | 1/ | 7 | 1 | | |
| 15 | " | " | LFPB | EGBB | | 1396 | JG, SHELLEY LEWIS | 1/ | 1 | 3 | | |
| 17 | " | " | EGBB | BGR | | 1397 | JG, SHELLEY LEWIS | 1/ | 6 | 4 | | |
| | | | | | | | **Page Total** | 13 / 10 | 59 | 7 | | |
| | | | | | | | **Amount Forward** | 6318 / 6005 | 7875 | 9 | 3 3 | 112 6 |
| | | | | | | | **Total to Data** | 6331 / 6015 | 7935 | 6 | 3 3 | 112 6 |

I certify that the statements made by me on this form are true.

Pilot's Signature: David Rodrique

GIUFFRE007093
CONFIDENTIAL

Case 18-2868, Document 283, 08/09/2019, 2628241, Page726 of 883

CONFIDENTIAL DR_000040

| Date 19 2000 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival | | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | From | To | | | | | AIRPLANE | GLIDER | HELICOPTER |
| OCT 17 | G-1159B | N908JE | BGR | LGA | | 1398 | JE, SHELLEY LEWIS | ✓ | 1 | 3 | |
| 28 | " | " | PBI | MIA | | 1400 | JE, GM, ET, KELLY SPAMM    GARY ROXBURGH | | | 6 | |
| 21 | " | " | MIA | TIST | | 1401 | JE, GM, ET, KELLY SPAMM, RICHARDS GEORGETTA    GARY ROXBURGH | | 2 | 3 | |
| 23 | " | " | TIST | EWR | | 1402 | JE, GM, ET    GARY ROXBURGH | ✓ | 3 | 9 | |
| 25 | " | " | EWR | EGGW | | 1403 | JE, GM, ET | ✓ | 6 | 4 | |
| 28 | " | " | EGGW | BGR | | 1404 | JE, GM, ET   NORTHERN LIGHTS | | 7 | 1 | |
| 29 | " | " | BGR | PBI | | 1405 | JE, GM, ET | | 3 | 0 | |
| 30 | " | " | PBI | TEB | | 1406 | JE, GM, ET | ✓ | 2 | 7 | |
| 31 | " | " | TEB | PBI | | 1407 | JE, SHELLEY LEWIS | | 1 | 9 | |
| NOV 5 | " | " | PBI | TIST | | 1408 | JE, SHELLEY LEWIS, JESSICA | ✓ | 2 | 4 | |
| 7 | " | " | TIST | TEB | | 1409 | JE, SHELLEY LEWIS, JESSICA BAIER | ✓ | 4 | 4 | |
| 9 | " | " | TEB | PBI | | 1410 | JE, ET | ✓ | 2 | 4 | |
| 12 | " | " | PBI | CMH | | 1411 | JE, | ✓ | 2 | 2 | |
| 12 | " | " | CMH | PBI | | 1412 | JE | ✓ | 2 | 3 | |
| 15 | " | " | PBI | SAF | | 1413 | JE, GM, ET | | 4 | 2 | |
| 16 | " | " | SAF | VNY | | 1414 | JE, GM, ET | ✓ | 1 | 9 | |
| 17 | " | " | VNY | SAN | | 1415 | GM, ET | ✓ | | 7 | |
| 17 | " | " | SAN | PBI | | 1416 | JE, GM, ET | | 4 | 0 | |
| 19 | " | " | PBI | BED | | 1417 | JE, GM, ET | ✓ | 2 | 6 | |

I certify that the statements made by me on this form are true.

_[signature]_ David Rodgers

| | |
|---|---|
| Page Total | 11   9 |
| | 56  3 |
| Amount Forward | 6331 |
| | 6015  7935  6  3  3  112  6 |
| | 6342 |

GIUFFRE00709A
CONFIDENTIAL

Case 18-2868, Document 283, 08/09/2019, 2628241, Page727 of 883

CONFIDENTIAL DR_000041

GIUFFRE0007095
CONFIDENTIAL

| Date 2009 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... AIRPLANE | GLIDER | HC-LICOPTER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Nov 19 | G-1159B | N908JG | BED | TEB | | 1148 | JG, SHELLEY LEWIS | | 1 1 | | |
| 22 | '' | '' | TEB | DCA | | 1149 | JG, AP, SHELLEY LEWIS | 1/1 | 1 0 | | |
| 22 | '' | '' | DCA | PBI | | 1420 | JG, AP, SHELLEY LEWIS | 1/1 | 2 2 | | |
| 28 | '' | '' | PBI | TIST | | 1421 | JG, GM | | 2 4 | | |
| 30 | '' | '' | TIST | PBI | | 1422 | JG, GM | V/ | 2 7 | | |
| Dec | '' | '' | PBI | DFW | | 1423 | JG, GM | V/1 | 2 7 | | |
| 1 | '' | '' | DFW | ABQ | | 1424 | JG, GM, RICARDO LEGORRETA | V/ | 1 8 | | |
| 2 | '' | '' | ABQ | SAC | | 1425 | REPOSITION | 1/1 | 5 | | |
| 2 | '' | '' | SAF | TEB | | 1426 | JG, GM | | 3 5 | | |
| 5 | '' | '' | TEB | LFPB | | 1427 | JG, GM, ET, KELLY SPAMM | /1 | 6 8 | | |
| 6 | '' | '' | LFPB | EGGW | | 1428 | JG, GM, ET, KELLY SPAMM | | 1 0 | | |
| 7 | '' | '' | EGGW | EGYM | | 1429 | JG, GM, KELLY SPAMM, TOM PRITZKER... | | S | | |
| 7 | '' | '' | EGYM | EGSH | | 1430 | REPOSITION (VIRGINIA)(GIUBLANO) | | 4 | | |
| 9 | '' | '' | EGSH | CYQX | | 1431 | JG, GM, ET, KELLY SPAMM... ON RUNWAY | | 5 0 | | |
| 9 | '' | '' | CYQX | PBI | | 1432 | JG, GM, ET, KELLY SPAMM | | 4 7 | | |
| 11 | '' | '' | PBI | TEB | | 1433 | JG, GM, ET, VIRGINIA | 1/1 | 2 6 | | |
| 14 | '' | '' | TEB | TIST | | 1434 | JG, GM, AP, VIRGINIA | 1/1 | 3 5 | | |
| 14 | '' | '' | TIST | PBI | | 1435 | REPOSITION FOR GPS 2 + TCAS | | 2 4 | | |
| Jan 13 | '' | '' | PBI | PBI | | 1436 | RVSM CERTIFICATION | 1/1 | 7 | | |

I certify that the statements made by me on this form are true.

David Dalton

| | Page Total | 9/10 | 455 | | | |
|---|---|---|---|---|---|---|
| | Amount Forward | 6342 6024 | 79919 | 3 3 | 112 | 6 |
| | | 1351 | | | | |

CONFIDENTIAL

CONFIDENTIAL DR_000042

| Date 2001 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category AIRPLANE | GLIDER | HELICOPTER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JAN 16 | G-1159B | N908JC | PBI | LCQ | | 1437 | JG, GM, GT | 1/1 | 8 | | |
| 16 | " | " | LCQ | TEB | | 1438 | JG, GM, GT | 1/1 | 2 1 | | |
| 17 | " | " | TEB | PBI | | 1439 | JG, SHELLEY LEWIS | | 2 4 | | |
| 22 | " | " | PBI | TEB | | 1440 | JG, GM, GT, AP | 1/1 | 2 5 | | |
| 23 | " | " | TEB | LPB | | 1441 | JG, SHELLEY LEWIS | 6 1 | 6 7 | | |
| 25 | " | " | LFPB | CYQX | | 1442 | JG, SHELLEY LEWIS | | 5 9 | | |
| 25 | " | " | CYQX | TEB | | 1443 | JG, SHELLEY LEWIS | 1/1 | 2 7 | | |
| 26 | " | " | TEB | PBI | | 1444 | JG, GM, GT, VIRGINIA ROBERTS | | 2 4 | | |
| 18 | C172 | N1446V | PBI LNA | PBI LNA | | | C172 VOUT PETE SORENSON | 2/2 | 4 | | |
| 18 | " | " | LNA | LCQ | | | B721 CLOSING N SOSLS | 1/1 | 4 | | |
| 19 | " | " | LCQ | MCO | | | JONATHAN MAND - INSTRUMENT COMMERCIAL CHECK - CATIE GREGORY | | 2 4 | | |
| 19 | " | " | MCO | LNA | | | | | 1 9 | | |
| 22 | G-1159B | N908JC | PBI | TEST | | 1445 | JG, GM, GT, VIRGINIA ROBERTS | 1/1 | 2 4 | | |
| 30 | " | " | TEST | PBI | | 1446 | JG, GM, GT, VIRGINIA ROBERTS | 1/1 | 2 6 | | |
| 3 | C-421B | N908GM | SAF | DFW | | | JONATHAN MAND - SAF G1316) EMERGENCY QUALIFICATION FL270 | 1/1 | 3 0 | | |
| 17 | B-727-206 | SIMULATOR | MGM | MGM | | | STEEP, STEEP TURNS, ENGINE START, TURNS, CLIMBS, DESCENTS, VI ENGINE FAILURE, TAKEOFF | 1 | 2 5 | | |
| 18 | " | " | " | " | | | APU FIRE, RTO, ENGINE FIRE, ONE & TWO ENGINE APPROACH, FLAP RECOVERY, NON NORM APPROACH | | 3 0 | | |
| 19 | " | " | DFW | NGM | | | PUSH BACK, QUICK TURN, EMERGENCY POWER CIRCUITS, HYDRAULIC, MANUAL REVERSION | | 2 2 | | |
| 20 | " | " | MGM | MGM | | | TRANS STABILIZER SINGLE ENGINE, INDING, BEHOVING GO AROUND, REJECTED TAKEOFF, NON PRECG | | 3 5 | | |

I certify that the statements made by me on this form are true.

Pilot's Signature David Redsen

| | | |
|---|---|---|
| Page Total | 10 9 | 52 4 |
| Amount Forward | 6351 6034 | 8037 4 | 33 112 |
| Total to Date | 6361 | ... 0 | 12 6 |

GIUFFRE0007096
CONFIDENTIAL

Case 18-2868, Document 283, 08/09/2019, 2628241, Page729 of 883

CONFIDENTIAL DR_000043

GIUFFRE0007097
CONFIDENTIAL

| Date 2001 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival — From | To | Miles Flown | Flight No. | Remarks, Procedures, Manouvers, Endorsements | Number of Landings | Aircraft Category — Airplane | Glider | Helicopter |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | B-727-200 | SIMULATOR | DFW | DFW | | | RWY 4LT STAND-IZON MAIN AC GNSTRT, GSOL, FLAPPING, RTO, DPART, WXDAL, FATIGUE | | 2 | 5 | |
| 22 | '' | SIMULATOR | MGM | MGM | | | ROLL TURN, STOLS, SSLIG, ENG FAIL LO-ALTING 1+2 ENGINE APPROACHES, ETO STARTION INSPSN | | 2 | 5 | |
| 23 | '' | '' | '' | '' | | | B727 CHECK RIDE | | 2 | 4 | |
| 23 | C-421B | N908GM | DFW | ADS | | | JONATHAN MAND - HIGH DENSITY ABROLES DESCENTS SHS | 1 | | 6 | |
| 23 | '' | '' | ADS | PNS | | | JONATHAN MAND - SEO ENG ORGRATIONS, FUEL MANAGEMENT, HOSEFOR LAND-CURDS | 1 | 3 | 2 | |
| 23 | '' | '' | PNS | PBI | | | JONATHAN MAND - LOST COMMN LOSTONS PROCEDURES WEIGHTS & BALANCE | | 3 | 1 | |
| MAR 3 | '' | '' | PBI | LCQ | | | KRISTI ROGGERS - CLIMB, DESCENDS STRAIGHT + LEVEL ELS-VRR | | 1 | 9 | |
| 3 | '' | '' | LCQ | LAL | | | KRISTI ROGGERS - TURNS, STRAIGHT+LEVEL | | 1 | 3 | |
| 3 | '' | '' | LAL | PBE | | | KRISTI ROGGERS - DESCENTS, S-L | | 1 | 1 | |
| 5 | G-1159A | N909JE | PBI | CYJT | | 1464 | JG, GM, GT, VIRGINIA ROBERTS | | 2 | 8 | |
| 6 | '' | '' | CYJT | LFPB | | 1465 | JG, GM, GT, VR | 1 | 5 | 3 | |
| 8 | '' | '' | LFPB | LGGR | | 1466 | JG, GM, GT, VR, ALBERTO + LEANO PONTO | 1 | 2 | 5 | |
| 8 | '' | '' | LGGR | GMTT | | 1467 | JG, GM, GT, VR, ALBERTO + LEANO PONTO | 1 | | 8 | |
| 9 | '' | '' | GMTT | EGGW | | 1468 | JG, GM, GT, VR | 1 | 2 | 8 | |
| 11 | '' | '' | EGGW | BGR | | 1469 | JG, GM, GT, VR | | 6 | 6 | |
| 11 | '' | '' | BGR | TEB | | 1470 | JG, GM, GT, VR | | 1 | 2 | |
| 14 | C-421B | N908GM | PBI | FLL | | | LARRY MORRISON - TAX/REAL, CLIMB, DESCONDS, TURNS | 1 | | 6 | |
| 14 | '' | '' | FLL | PBI | | | LARRY MORRISON, CLIMB LO-DESCONDE, TURNS S-L | | | 8 | |
| 15 | G-1159B | N909JE | TEB | ISP | | 1471 | JG, GM, JPR, ALFRED WALLACE, DONN KNOCKL | 1 | | 6 | |

| | | | |
|---|---|---|---|
| Page Total | 8/7 | 43 6 | |
| Amount Forward | 636/6043/6369 | 8089 8 | 3 3 | 112 6 |
| Total to Date | 6050 | 8133 4 | 3 3 | 112 6 |

I certify that the statements made by me on this form are true.

Pilot's Signature: _David Rodgers_

CONFIDENTIAL DR_000044

| Date 20__ | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival | | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | From | To | | | | | AIRPLANE | CIJOR | HELICOPK |
| APR 15 | G-1159B | N909JG | ISP | LCQ | | 1472 | JG,GM,AP,ALG+ED WALLACE, RGR | 1/1 | 2 | 6 | |
| 15 | " | " | LCQ | PBI | | 1473 | JG,GM,AP,AW,BK RGR | 1/1 | | 9 | |
| 16 | " | " | PBI | IAIA | | 1474 | JG,GM,AP,AW,BK,CHERI LYNCH RGR | 1/ | | 7 | |
| 16 | " | " | MSP | TEST | | 1475 | JG,GM,AP,GV,BK,CL,EDTUTTLE RGR | | 2 | 3 | |
| 19 | " | " | TIST | LGA | | 1476 | JG,GM,AP,BW,BK,CL,GTUHLE RGR | 1/ | 3 | 8 | |
| 22 | " | " | LGA | PBI | | 1477 | JG,GM,ET,JOE PAGANO,GVA,CCLLINO,JORDN QIDEN, MYA DUBEY, ANKHW AW | 1/ | 2 | 4 | |
| 23 | C-421B | N908GM | PBI | OPF | | | KRSSY RODGERS - SSL,TURNS | 1/ | | 6 | |
| 23 | " | " | OPF | FLL | | | KRSSY RODGERS - SSL, TURNS | 1/ | | 4 | |
| 23 | " | " | FLL | PBI | | | JONATHAN MAMO - ILS-PFI | | | 6 | |
| 24 | " | " | PBI | ISM | | | JONATHAN MAMO - IFR CROSS COUNTRY STOP, CRSSWING, ACCOR CUSTOM | 1/ | | | |
| 24 | " | " | ISM | PBI | | | JONATHAN MAMO - IFR CROSS COUNTRY ATC, MSS COMMUNICATIONS, | 1/1 | | | |
| 27 | G-1159B | N909JG | PBI | TEB | | 1478 | JG,GM,ET,VR,2FGMALES,DRNW RGR WALTER WALN | 1/1 | 2 | 5 | |
| 29 | " | " | TEB | SAF | | 1479 | JG,GM,AP,VR,BK,MARWN,MFNSWY HENRY TAREGLEY | | 4 | 1 | |
| 31 | " | " | SAF | PBI | | 1480 | JG,GM,AP,VR,NPALA BJORLEY, HARRY TAREGLEY,LARKNSL,MFNSKY | 1/ | 3 | 3 | |
| APR 1 | " | " | PBI | LCQ | | 1481 | JG,GM,AP | 1/1 | 1 | 0 | |
| 1 | " | " | LCQ | TEB | | 1482 | JG,GM,AP | | 2 | 1 | |
| 3 | " | " | TEB | GAI | | 1483 | JG, HEATHER MANN, LYDIA | 1/ | | 9 | |
| 3 | " | " | GAI | TEB | | 1484 | JG, HEATHER MANN, LYDIA | | | 8 | |
| 4 | " | " | TEB | BGD | | 1485 | JG, RHONDA | 1/ | | 8 | |
| | | | | | | | **Page Total** | 15/12 | 51 | 9 | |
| | | | | | | | **Amount Forward** | 6369 6358 | 8133 4 | 33 | 112 |
| | | | | | | | **Total to Date** | 6384 6382 | 8165 3 | 33 | 112 |

I certify that the statements made by me on this form are true.

Pilot's Signature _David Rodgers_

GIUFFRE0007098
CONFIDENTIAL

CONFIDENTIAL DR_000045

| Date 2001 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival | | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | From | To | | | | | AIR PLDA | GLIDER | HELICOPTER | |
| APR 4 | G-1159B | N909JC | BGD | TEB | | 1498 | JC | | | 9 | | |
| 5 | " | " | TEB | PBI | | 1487 | JC, GT, BK | | 2 3 | | | |
| 6 | C-421B | N909GM | PBI | FLL | | | LARRY MORRISSON TAXT, GTL, CLIMBS TURNS DESCENTS, LANDONG | 1/1 | | 7 | | |
| 6 | " | " | FLL | PBI | | | LARRY MORRISSON, TAXC OGG + LANDONG, TAXE, SINGLES TEST, CLIMBS TURNS, DESCENT | 1/1 | | 6 | | |
| 9 | G-1159B | N909JC | PBI | ACY | | 1487 | JC, GT, VR, BK, JOANN | | 2 4 | | | |
| 9 | " | " | ACY | TEB | | 1487 | JC, GT, VR, BK, JOANN | | | 7 | | |
| 11 | " | " | TEB | TEST | | 1490 | JC GM, AP, BK, VR, JOANN | | 3 5 | | | |
| 16 | " | " | TIST | PBI | | 1491 | JC GM, AP, VR, BK, GWK NOW-YN BGCK | 1/1 | 2 7 | | | |
| 17 | " | " | PBI | TEB | | 1490 | JC, GM, GT, AP, BK, GB JOEL AJSHCONG, MACLOUG, IMILU, PROVING | 1/1 | 2 5 | | | |
| 20 | " | " | TEB | PBI | | 1493 | JC, GM, GT, BK | | 2 3 | | | |
| 23 | " | " | PBI | ORL | | 1494 | JC, GM, GT, KYLC | 1/1 | | 8 | | |
| 23 | " | " | ORL | TEB | | 1495 | JC, GM, GT, KYLC, HENRY BARGCHE, SPF3x | 1/1 | 2 2 | | | |
| 27 | " | " | TEB | SPF | | 1496 | JC, BK | | 3 9 | | | |
| 29 | " | " | SPF | VNY | | 1497 | JC, BK, KELLY BOIANA | 1/1 | 1 7 | | | |
| MAY 2 | " | " | VNY | SAN | | 1498 | JC | V/1 | | 7 | | |
| 2 | " | " | SAN | LIT | | 1499 | JC | V/1 | 9 6 | | | |
| 3 | " | " | LIT | ADS | | 1500 | JC | V/1 | | 9 | | |
| 3 | " | " | ADS | SPT | | 1501 | JC, VIRGINIA FF ROBERTS | V/1 | | 4 | | |
| 5 | " | " | SPT | PBF | | 1502 | JC, VR | V/1 | 2 4 | | | |

I certify that the statements made by me on this form are true.

Pilot's Signature _David Rodgers_

| | | |
|---|---|---|
| Page Total | 14/11 | 35 1 |
| Amount Forward | 6384 6062 | 8165 3 | 3 3 112 6 |
| Total to Date | 6298 | 020 4 | 2 2 11 6 |

GIUFFRE0007099
CONFIDENTIAL

Case 18-2868, Document 283, 08/09/2019, 2628241, Page732 of 883

CONFIDENTIAL DR_000046

GIUFFRE007100
CONFIDENTIAL

| Date 20__ | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival | | Miles Flown | Flight No. | Remarks, Procedures, Manouvers, Endorsements | Number of Landings | Aircraft Category... | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | From | To | | | | | AIRPLANE | GLIDER | HELICOPTER |
| MAY 7 | G-1159B | N909JG | PBI | CHO | 1502 | | JG,GM,CT, SNEA ROGERSG | 1/1 | 2 0 | | |
| 7 | " | " | CHO | TEB | 1504 | | JG, GM, CT, SNEA ROGERSG | 1/1 | 1 1 | | |
| 10 | C421B | N908GM | PBI | MCN | | | JONATHAN MANO-CROSS COUNTRY IFR, LARRY MORRISON, PATSY, KRISTY | 1/1 | 2 6 | | |
| 16 | " | " | MCN | 27K | | | JONATHAN MANO-SEE CROSS COUNTRY LARRY MORRISON, PATSY, KRISTY | 1/1 | 2 1 | | |
| 16 | " | " | 27K | OSU | | | JONATHAN MANO-SEA XC LARRY MORRISON | 1/1 | 1 2 | | |
| 10 | " | " | OSU | JVL | | | JONATHAN MANO-GPS OPERATIONS | 1/1 | 1 2 | | |
| 11 | " | " | JVL | 27K | | | NO PASSENGERS | 1/1 | 7 | | |
| 12 | " | " | 27K | IMS | | | NO PASSENGERS | 1/1 | 7 | | |
| 13 | " | " | IMS | GNV | | | RYAN COONCA-GLENESTORY, DESCENTS/STALL PATSY, KRISTY, ALYSSA | 1/1 | 3 6 | | |
| 13 | " | " | GNV | PBI | | | RYAN COONCA-RADD-COMMUNICATIONS ENGINE PATSY, KRISTY, ALYSSA | 1/1 | 1 8 | | |
| 14 | G1159B | N909JG | TIST | TEB | 1506 | | JG, GM, CT, BK, VR 1 FEMALL | 1/1 | 3 8 | | |
| 20 | C-421B | N908GM | PBI | ISM | | | PATSY, KRISTY, ALYSSA KRISTY-COMM/GYROS, NB, PROPS, MIXTURE | 1/1 | 1 1 | | |
| 20 | " | " | ISM | PBI | | | PATSY, KRISTY ALYSSA | 1/1 | 1 1 | | |
| 24 | G1159B | N909JG | TEB | PBI | 1507 | | JG, GM, CT, AP, FGMALL | 1/1 | 2 6 | | |
| 25 | C421B | N908GM | PBI | LAL | | | PATSY, KRISTY, ALYSSA | 1/1 | 1 3 | | |
| 26 | " | " | LAL | MCN | | | PATSY, KRISTY, ALYSSA CURRICULUM TEXTBOOK/EMERGENCY OPERATIONS TEXT | 1/1 | 1 8 | | |
| 27 | " | " | MCN | ISM | | | PATSY, KRISTY | 1/1 | 1 8 | | |
| 28 | " | " | ISM | PBI | | | PATSY, KRISTY GYROS/GYROS-CRUISE | 1/1 | 1 1 | | |
| 28 | G1159B | N909JG | PBI | TEB | 1508 | | JG,GM,CT, AP, JOEL FASHCOM, 1 MALE 2 FEMALE | 1/1 | 2 5 | | |

I certify that the statements made by me on this form are true.

Pilot's Signature _David Rodgers_

| | | | |
|---|---|---|---|
| Page Total | 16 15 | 33 5 | |
| Amount Forward | 6398 6073 | 8200 4 | 3 3 112 6 |
| Total to Date | 6414 | | |

CONFIDENTIAL DR_000047

| Date 2009 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... AEROPLANE | GLIDER | HELICOPTER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4-2 | B727-31 | N505LS | LCQ | PBI | | | REPOSITION COREEN WALLACE JY | # | 1 | 0 | |
| 6-4 | G-11590 | N909JG | TEB | PBI | | 1501 | JG, CALEY, AP, BANU KUCUK ROYLU | 1/1 | 2 | 6 | |
| 3 | " | " | PBI | TIST | | 1510 | JG, VIRGINIA ROBERTS, BAN KUCUKOYU | 1/1 | 2 | 4 | |
| 5 | " | " | TIST | TEB | | 1511 | JG, VR, BK | 1/1 | 3 | 8 | |
| 8 | " | " | TEB | CYUL | | 1512 | JG, M, NAOMI CAMPBELL, REBECCA WHITE ANTON LOVALLEE, ANNA MALOVA, BANDANA | 1/1 | 1 | 1 | |
| 12 | " | " | CYUL | TEB | | 1513 | REPOSITION (APV BLUEGRASS DOLT) | 1 | 1 | 1 | |
| 12 | " | " | TEB | PBI | | 1514 | JG | 1/1 | 2 | 3 | |
| 13 | " | " | PBI | TEB | | 1515 | JG, CAROL | 1/1 | 2 | 4 | |
| 15 | " | " | TEB | PBI | | 1516 | JG, GM, SIKORDAN, CAROWN, 1 FEMALE | | 2 | 3 | |
| 18 | " | " | PBI | TEB | | 1517 | JG, GM, 1 FEMALE | 1/1 | 2 | 5 | |
| 22 | " | " | TEB | LFPO | | 1518 | JEFFREY, GM, CRISTALLE WASCIG, GRATORENA GRINGVA | 1/1 | 7 | 0 | |
| 23 | " | " | LFPO | LFMN | | 1519 | JG, GM, 1 FEMALE | | 1 | 2 | |
| 25 | " | " | LFMN | LIML | | 1520 | JG, GM, 1 FEMALE | 1/1 | | 7 | |
| 26 | " | " | LPML | LFPB | | 1521 | JG, GM | 1/1 | 1 | 4 | |
| 28 | " | " | LFPB | LPA2 | | 1522 | JG, GM, ET, ED TUTTLE | 1/1 | 3 | 9 | |
| 28 | " | " | LPA2 | TIST | | 1523 | JG, GM ET, ED TUTTLE | | 6 | 0 | |
| 7-4 | " | " | TIST | PBI | | 1524 | JG, AP, VR, 1 FEMALE | 1/1 | 2 | 5 | |
| 8 | " | " | PBI | TEB | | 1525 | JG, GM, ET, AP, VR, SIKORDAN CATEN SUTTLE CHRYREHOW | | 2 | 7 | |
| 11 | " | " | TEB | CPS | | 1526 | JG, GM, ET, VR CAROL ROXBARGEN | | 2 | 3 | |

I certify that the statements made by me on this form are true.

Pilot's Signature: David Rodgers

| | | |
|---|---|---|
| Page Total | 16/14 | 49 2 |
| Amount Forward | 6414/6488 | 8293 9 / 3 3 112 6 |
| Total to Date | 6430/6102 | 8293 1 / 3 3 112 6 |

GIUFFRE007101
CONFIDENTIAL

Case 18-2868, Document 283, 08/09/2019, 2628241, Page734 of 883

CONFIDENTIAL DR_000048

GIUFFRE007102
CONFIDENTIAL

| Date 2001 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival | | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | From | To | | | | | AIRPLANE | GLIDER | HELICOPTER |
| JUL 11 | G-1159B | N909JG | CPS | SAF | | 152? | REPOSITION-PILOT STATIC LGBV GATS/ALTIMETER | 1/1 | 2 2 | | |
| 16 | " | " | SAF | TEB | 1578 | | JC, G3, GM, JR GRAY ROBERTS | | 3 5 | | |
| 23 | " | " | PBI | TEST | 153? | | JC, SHELLEY LEWIS | 1/1 | 2 5 | | |
| 28 | " | " | TEST | PBI | 1531 | | JC, VIRGINIA ROBERTS | 1/1 | 2 6 | | |
| 29 | " | " | PBI | ISP | 1532 | | JC | 1/1 | 2 5 | | |
| 29 | " | " | ISP | TEB | 1533 | | JC | 1/ | 7 | | |
| AUG 3 | B-727-31 | N908JG | JAX | PBI | 1534 | | JC, GM, G3, 1 FEMALE | | 2 4 | | |
| 3 | B-727-31 | N908JG | JAX | PBI | | | MARK DONOVAN LEFT FLIGHT SEAT | 4/4 | 1 4 | | |
| 4 | B-727-100 | DAMON SEKULSKI | MDB | MSB | | | NIGHT CURRENCY | | 1 0 | | |
| 5 | G-1159B | N909JG | PBI | TEB | 1535 | | JC, GM, DP, G3, TAYLOR | 1/1 | 2 6 | | |
| 5 | " | " | TEB | PBI | 1536 | | NO PASSENGERS | | 2 3 | | |
| 7 | B-727-31 | N908JG | PBI | LGA | 1 | | JC, GM, G3, AM, 2 FEMALES, MARK DONOVAN | 1/1 | 2 6 | | |
| 7 | " | " | LGA | ABQ | 2 | | | 1/1 | 4 0 | | |
| 14 | C-421B | N909GM | PBI | JAN | | | JONATHAN MANO - ENGINE/KNOWS COMPETANCY CHECK SATISFACTORY | 1/1 | 3 9 | | |
| 14 | " | " | JAN | AMA | | | JONATHAN MANO - LOA WITH G3 XS HOT XWIND LANDING | 1/1 | 3 6 | | |
| 14 | " | " | AMA | ØEØ | | | JONATHAN MANO - | 1/1 | 1 7 | | |
| 15 | " | " | ØEØ | ABQ | | | JONATHAN MANO - HIGH DENSITY ALTITUDE OPERATIONS | 1/1 | 5 | | |
| 15 | " | " | ABQ | ZUROO | | | JONATHAN MANO - SHORT FIELD / PAPER OPERATIONS | 1/1 | 7 | | |
| 16 | B-727-31 | N908JG | ABQ | PBI | 6 | | JC, G3, G3, AM, FEMALE, JONATHAN MANO | | 5 8 | | |

I certify that the statements made by me on this form are true.

Pilot's Signature: David Rodgen

| | | | |
|---|---|---|---|
| Page Total | 20/17 | 44 5 | |
| Amount Forward | 8430 6162 | 8293 1 | 3 3 112 6 |
| Total to Date | 6450 | | 2 6 |

Case 18-2868, Document 283, 08/09/2019, 2628241, Page735 of 883

CONFIDENTIAL DR_000049

| Date 20— | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival | | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | From | To | | | | | AIRPLANE | GLIDER | HELICOPTER | |
| AUG 19 | B-727-31 | N908TG | PBI | HPN | | 7 | JG, GM, GT, NF, FLAP REVERSAL CEO, SWW, ROLON | √/ | 2 | 5 | | |
| 24 | '' | '' | HPN | PBI | | 8 | JG, GM, DANY, ROCH, KOYLU | √/ | 2 | 4 | | |
| 27 | '' | '' | 8BI | HPN | | 9 | JG, GM, BX | | 2 | 4 | | |
| 29 | '' | '' | HPN | PBI | | 10 | JG, GM, GT, NF, BK | √/1 | 2 | 6 | | |
| 30 | G-1159B | N900TG | PBI | PBI | | | 3 ILS APPROACHES LARRY SWEETWATER PILOT VISSULT | 3/3 | | 6 | | |
| SEP 3 | B-727-31 | N908TG | TIST | HPN | | 11 | JG, GM, GT, OT BK, SARON KELLOW, ALESSANDRO PEREZ | √/1 | 2 | 7 | | |
| 6 | '' | '' | HPN | PBI | | 12 | JG, GM, GT, BK, 1 FEMALE | | 2 | 4 | | |
| 9 | '' | '' | PBI | HPN | | 13 | JG, GM, GT, BK | √/ | 2 | 7 | | |
| 15 | '' | '' | HPN | PBI | | 14 | JG, GM, GT, KAREN CASEY, LISA | √/ | 2 | 6 | | |
| JUN 14 | C-172 | N1446V | LNA | LNA | | | 4V PGR-RECO - TAKE, TAKEOFF, TURNS, CLIMBS, DESCENTS | √/1 | 2 | 9 | | |
| SEP 19 | B-727-31 | N908TG | PBI | HPN | | 15 | JG, GM, GT | 4/4 | 2 | 7 | | |
| 21 | '' | '' | HPN | CYQX | | 16 | JG, GM, GT | √/1 | 2 | 7 | | |
| 22 | '' | '' | CYQX | LFPB | | 17 | JG, GM, GT | | 2 | 2 | | |
| 25 | '' | '' | LFPB | CYQX | | 18 | JG, GT, ED TUTTLE | √/ | 4 | 9 | | |
| 25 | '' | '' | CYQX | HPN | | 19 | JG, GT, ED TUTTLE | | 5 | 5 | | |
| 28 | '' | '' | HPN | PBI | | 20 | JG, GT, PAULA EPSTEIN | | 3 | 0 | | |
| OCT 5 | '' | '' | PBI | ABQ | | 21 | JG, GM, SARAH KELLOW | √/ | 2 | 7 | | |
| 8 | '' | '' | ABQ | HPN | | 22 | JG, GM, SK, 2 FEMALE | √/ | 4 | 0 | | |
| 8 | '' | '' | HPN | JAX | | 23 | NO PASSENGERS | | 3 | 7 | | |

I certify that the statements made by me on this form are true.

Pilot's Signature _David Rodgers_

| | | |
|---|---|---|
| Page Total | 17 14 | 55 0 |
| Amount Forward | 6450 6419 | 8327 6 | 33 112 |
| Total to Date | 6467 | 8382 6 | 3 2 |

Case 18-2868, Document 283, 08/09/2019, 2628241, Page736 of 883

CONFIDENTIAL DR_000050

GIUFFRE007104
CONFIDENTIAL

| Date 2008 | Aircraft Make and Model | Aircraft Identification Mark | From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Airplane | | Glider |
|---|---|---|---|---|---|---|---|---|---|---|---|
| OCT 14 | C172R | N3955P | LNA | LNA | | | | 3/3 | 5 | | |
| 15 | " | N3955P | LNA-BCT-LNA | | | | LARRY MORRISON – BFR SA3SSRBCARY STAUS, MCA, SVCED THE VS EMERGENCY LANDING | 4/4 | 1 3 | | |
| 9 | B-727-31 | N908JE | JAX | LCQ | 2M | | NO PASSENGERS | 1/1 | 5 | | |
| 10 | G-1159B | N909JE | PBI | TEB | | 1538 | NO PASSENGER | 0/0 | 2 5 | | |
| 11 | " | " | TEB | PBI | | 1539 | JE, SARAH KELLEN | | 2 3 | | |
| 15 | " | " | PBI | TEB | | 1540 | JE,GM,SK,LARRY,STEVE,1 FEMALE | / | 2 4 | | |
| 17 | " | " | TEB | BED | | 1541 | JE, BONNIE | V/ | 8 | | |
| 17 | " | " | BED | TEB | | 1542 | JE, BONNIE | | 1 0 | | |
| 18 | " | " | TEB | TIST | | 1543 | JE,GM,AP,SK, 2 FEMALES | | 3 5 | | |
| 23 | " | " | TIST | TEB | | 1544 | JE,GM,AP,SK, SHERIDAN (GIBSON), HOXED WALLOSKY | / / | 4 0 | | |
| 26 | " | " | TEB | PBF | | 1645 | JE,CY,ST,SHERIDAN GIBSON, 2 FEMALES | | 2 6 | | |
| 30 | " | " | PBI | LCQ | | 1546 | JE, SARAH KELLER, JULIE | / / | 1 0 | | |
| 30 | " | " | LCQ | TEB | | 1547 | JE,SK,JULIE | / / | 2 0 | | |
| NOV 3 | " | " | TEB | SAF | | 1548 | JE,GM, SK | / / | 4 0 | | |
| 5 | " | " | SAF | ASE | | 1549 | JE, GM,SK | / / | 8 | | |
| 5 | " | " | ASE | PBI | | 1550 | JE,GM,SK | / / | 3 7 | | |
| 6 | " | " | PBF | CMH | | 1551 | JE,SK  BELLA WENGER'S FUNERAL | / / | 2 4 | | |
| 6 | " | " | CMH | TEB | | 1552 | JE,SK | / / | 1 4 | | |
| 9 | " | " | TEB | LCQ | | 1553 | JE,AP,SK,JULIE | / / | 2 2 | | |

I certify that the statements made by me on this form are true.

Pilot's Signature: David Rodgers

| | |
|---|---|
| Page Total | 18 / 16 |
| Amount Forward | 6467 / 6133 |
| Total to Date | 6485 / ... |

Page Total: 38 9
Amount Forward: 8382 6 · 3 3 112 6
Total to Date: 8401 5 · 3 2 112 7

CONFIDENTIAL DR_000051

| Date 20 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival | | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | From | To | | | | | AIRPLANE | GLIDER | HG LIGHT |
| 9 | G-1159B | N909JE | LCQ | PBI | | 1554 | JG, BB, SK, JULIE | 1/1 | 1 0 | | |
| 12 | ' | '' | PBI | TEB | | 555 | JG, GM, AP, JOEL PASTICON, JULES SHOT | 1/ | 2 5 | | |
| 15 | '' | '' | TEB | PBI | | 1556 | JG, GM, SARAH KELLEY, MCCLENDON | | 2 5 | | |
| 17 | B-727-31 | N908JE | LGQ | PBI | | 25 | REPOSITION FROM PNENT (TFMG) | 1/1 | 9 9 | | |
| 18 | '' | '' | PBI | CYQX | | 26 | JG, GM, SK | 1/ | 4 3 | | |
| 18 | '' | '' | CYQX | LFPB | | 27 | JG, GM, SK | / | 4 4 | | |
| 23 | '' | '' | LFPB | LIML | | 28 | JG, GM, SK | 1/ | 1 2 | | |
| 23 | '' | '' | LIML | LIPR | | 29 | JG, GEG, EDWARDO | 1/1 | 8 | | |
| 23 | '' | '' | LIPR | LIML | | 30 | JG, EDWARDO | 1/1 | 9 | | |
| 24 | '' | '' | LIML | EGGW | | 31 | JG, GM, SK | | 1 7 | | |
| 26 | '' | '' | EGGW | HPN | | 32 | JG, GM, SK | | 7 9 | | |
| 30 | '' | '' | HPN | PBI | | 33 | JG, SK, GWENMOLEN BECK, JOEL PASKY, KARON CASEY | / | 2 5 | | |
| DEC 18 | '' | '' | PBI | ISP | | 34 | JG, SK | 1 | 2 5 | | |
| 8 | '' | '' | ISP | PBI | | 35 | JG, AP | 1/ | 2 7 | | |
| 9 | '' | '' | PBI | XIST | | 36 | JG, GM, AP, TFG MPEG | 1/ | 2 7 | | |
| 13 | '' | '' | TEST | HPN | | 37 | JG, GM, SK, AP, GEOG TENTOY, CRISTALLO VORSLEY, CARLY TFG MSEY | 1/ | 4 0 | | |
| 15 | '' | '' | HPN | CMH | | 38 | JG, MCLLEY/GUYS/2 RANDLES IMPLG | 1/ | 1 5 | | |
| 16 | '' | '' | CMH | PBI | | 39 | JG | | 2 1 | | |

I certify that the statements made by me on this form are true.

Pilot's Signature: David Rodger

| | Page Total | 7/6 | 286 | | | |
|---|---|---|---|---|---|---|
| | Amount Forward | 6485 1149 | 8421 5 | 3 3 | 112 6 |
| | Total to Date | 6492 6155 | 8450 1 | 3 3 | 112 63 |

GIUFFRE007105
CONFIDENTIAL

CONFIDENTIAL DR_000052

| Date NOV | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... Airplane | Glider | Helicopter |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4 | C-421B | N9086M | ZORRO | SAF | | | PATTERN, 2 MEN (STALLON PASTORS) | 1/ | 5 | | |
| 4 | '' | '' | SAF | ZORRO | | | PATTERN, 2 MEN STALLON PASTORS | 1/ | 5 | | |
| 4 | '' | '' | ZORRO | ZORRO | | | LARRY VISOSKE TAKING PICTURES OF MG + LV HOUSE | 1/ | 5 | | |
| 30 DEC | B-727-31 | N908JG | HPN | PBI | | 33 | JG, SK, GB, JP, KC | 1/ | 2 5 | | |
| 4 | '' | '' | PBI | ISP | | 34 | JG, SK | 1/ | 2 5 | | |
| 8 | '' | '' | ISP | PBI | | 35 | JG, PP | 1/ | 2 7 | | |
| 9 | '' | '' | PBI | TEST | | 36 | JG, GM, PP, 1 FEMALE | 1/ | 2 2 | | |
| 13 | '' | '' | TEST | HPN | | 37 | JG, GM, SK, PP, GT, CW, CD | 1/ | 4 0 | | |
| 15 | '' | '' | HPN | CMH | | 38 | JG, SL, 2 FEMALES 2 MALES | 1/ | 1 5 | | |
| 16 | '' | '' | CMH | PBI | | 39 | JG | | 2 1 | | |
| 17 | '' | '' | PBI | TEST | | 40 | JG, GM, SK, 1 FEMALE | 1/ | 2 6 | | |
| 26 | '' | '' | TEST | TLPL | | 41 | JG, GM, SK, PP, FLEUR PERBYLAND BOB ROGERS | 1/ | 1 1 | | |
| 26 | '' | '' | TLPL | PBI | | 42 | JG, GM, SK, PP, FLEUR PERBYLAND BOB ROGERS | P/O | 3 6 | | |
| 30 2002 JAN 6 | '' | '' | PBI | TEST | | 43 | JG, GM, PP SK, 1 FEMALE | | 2 4 | | |
| 1 | '' | '' | TEST | EWR | | 44 | JG, GM, SK, PP, ALISON WALLACE, CINDY LOPEZ | 1 | 4 1 | | |
| 1 | '' | '' | EWR | PBI | | 45 | JG, GM, ROGER, WARREN, MARGARET, 1 FEMALE | 1/ | 2 0 | | |
| 13 | G-1159B | N909JG | PBI | MBPV | | 1857 | JG, GM | 1/ | 1 5 | | |
| 13 | '' | '' | MPPV | PBI | | 1858 | JG, GM | | 1 7 | | |
| 14 | B-727-31 | N908JG | PBI | LGA | | 46 | JG, GM | | 2 2 | | |

I certify that the statements made by me on this form are true.

Pilot's Signature _David Rodgers_

| | | |
|---|---|---|
| Page Total | | 40 8 |
| Amount Forward | 6492 6155 | 8450 1 | 3 3 112 |
| Total to Date | 6500 | 9490 9 | 2 3 112 |

GIUFFRE007106
CONFIDENTIAL

CONFIDENTIAL DR_000053

| Date 2002 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival | | Misc Flown No. | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | From | To | | | | | AIRPLANE | GLIDER | HELICOPTER |
| JAN 15 | B-727-31 | N908JE | LGA | BGD | | 47 | JG | 1/1 | 7 | | |
| 15 | \\ | \\ | BGD | HPN | | 48 | JG, JKSSICA | | 8 | | |
| 17 | \\ | \\ | HPN | TEST | | 49 | JG, GM, SK, AP, CINDY LOPEZ, JOANNE, FRANK | | 3 4 | | |
| 20 | \\ | \\ | TEST | PBI | | 50 | JG, GM, SK, AP, CINDY LOPEZ, JOANNE, MAGS + KATHY ALEXANDER, STACY VICKERS + GH | 1/1 | 2 6 | | |
| 22 | \\ | \\ | PBI | HPN | | 51 | JG, GM, SK, AP, CINDY LOPEZ, JOANNE | 1 | 2 5 | | |
| 25 | \\ | \\ | HPN | PBI | | 52 | JG, GM, SK, AP, ALBERT PINTO, YVES PICCARDT, STEVE SWELLMAN, 3 GUEST | | 2 7 | | |
| 27 | \\ | \\ | PBI | TEST | | 53 | JG, GM, AP, SK, ED TUTTLE, UNALE, FRANK | 1 | 2 4 | | |
| 30 | \\ | \\ | TEST | JFK | | 54 | JG, GM, SK, AP, ED TUTTLE, CINDY LOPEZ | 1 | 3 7 | | |
| FEB 5 | \\ | \\ | JFK | PBI | | 55 | JG, GM, SK, AP, IMALG, FRANK | 1/1 | 2 8 | | |
| 9 | \\ | \\ | PBI | MIA | | 56 | JG, SK, AP | | 7 | | |
| 9 | \\ | \\ | MIA | HPN | | 57 | BILL CLINTON, 4 SECRET SERVICE, 2 MALES, FRANK, JG, GM, SK, AP | | 2 6 | | |
| 10 | \\ | \\ | HPN | LFPB | | 58 | JG, GM, SK, AP, FLEUR PERRYLAN, PETER LLOYD | / | 6 5 | | |
| 13 | \\ | \\ | LFPB | ESSA | | 59 | JG, SK | 1/1 | 2 2 | | |
| 14 | \\ | \\ | ESSA | LIML | | 60 | JG, SK | | 2 4 | | |
| 15 | \\ | \\ | LIML | EGGW | | 61 | JG, SK | | 1 8 | | |
| 15 | \\ | \\ | EGGW | BGR | | 62 | JG, GM, SK | | 7 2 | | |
| 16 | \\ | \\ | BGR | PBI | | 63 | JG, GM, SK | | 3 5 | | |
| 18 | G-11590 | N909JE | PBI | ABY | | 585 | JG | 1/1 | 4 | | |
| 18 | \\ | \\ | ABY | PBI | | 566 | EMPTY | 1/1 | 1 | | |

I certify that the statements made by me on this form are true.

Pilot's Signature ⟶ David Rodgers

| | | |
|---|---|---|
| Page Total | 10 | 51 0 |
| Amount Forward | 6517 0162 0517 | 8490 9 | 33 112 |
| Total to Date | LLG | 8541 9 | 33 112 |

GIUFFRE0007107
CONFIDENTIAL

CONFIDENTIAL DR_000054

GIUFFRE007108
CONFIDENTIAL

| Date 2007 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival | | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers; Endorsements | Number of Landings | Aircraft Category... | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | From | To | | | | | Airplane | Glider | Helicop |
| Feb 18 | B-727-31 | N908JE | PBI | ABY | 64 | | JG, GM, SK, GLEN DUBIN, 2 females, Richard Cook | ✓ | 1 | 3 | |
| 18 | " | " | ABY | JFK | | 65 | JG, GM, SK, GLEN DUBIN, 2 females, Richard Cook | | 2 | 1 | |
| 20 | " | " | JFK | MRY | 66 | | JG, SK, Gordon Reese Lafourche, Pat Lindbergh, Steven Daniel, Nena + Jem 2065T | | 5 | 9 | |
| 23 | " | " | MRY | VNY | | 66 | David Rockwell, Gordon Fallis, Michael Wolf, John Beckman, Katrina Matson, Candy Kellum Dononal, Esther Matson (GGG) | Daniel Dennett, Richard Cook | | 8 | |
| 23 | " | " | MRY | VNY | | 67 | JG, SK, Kelley Bovino, Nead + Jem 2065T | ✓ | | | |
| 23 | " | " | VNY | JFX | | 68 | B CHECK FAO, ground RNAV's, precision approach reversals, N, S, T, S, P, LANDING | ✓ | 4 | 2 | |
| 25 | G-1159B | N908JE | PBI PBI | ABQ JGB | 164 | | Rogers, Slang + Francis Barlogie, Arlene (Nanny) | ✓ | 2 | 5 | |
| 25 | " | " | TGB | ABQ | | 1952 | GM | ✓ | 4 | 3 | |
| 28 | B-727-31 | N908JE | JAX | PBI | | 71 | B check | ✓ | 1 | 2 | |
| Apr 6 | B-727-200 | Simulator | MFA | MFA | | | Steep turns, stalls, holding | | 2 | 0 | |
| 7 | " | " | " | " | | | Emergency descent, RTO, unusual attitudes engine failures, ADF approach | | 2 | 0 | |
| 7 | " | " | " | " | | | Emergency descents 2 engines out, windmill RCRA, hydraulic failures | | 2 | 0 | |
| 8 | " | " | " | " | | | Emergency descent, holding, engine GCRG, wright-well C/ERG | | 2 | 0 | |
| 10 | B-727-31 | N908JE | TIST | JFK | | 72 | JG, GM, SK, CW, CEROY, 2 females | ✓ | 4 | 1 | |
| 14 | " | " | JFK | PBI | | 73 | JG, SK, JOE PAGANO, JULIE, TODD | | 2 | 5 | |
| 17 | " | " | PBI | JFK | | 74 | JG, SK, JOE PAGANO, JULIE, TODD, female | ✓ | 2 | 6 | |
| 19 | " | " | JFK | EGGW | | 75 | BILL CLINTON, DOUG BAND, 3 Secret Service, JG, GM, SK | | 6 | 7 | |
| 21 | " | " | EGGW | JFK | | 76 | BILL CLINTON, DOUG BAND, 10 Secret Service, JG, GM, SK, NAOMI CAMPGLL, + more | | 7 | 8 | |
| 22 | " | " | JFK | PBI | | 77 | JG, NICOLE JUNKERMANN, female female (on loan) | | 2 | 6 | |

| | | | |
|---|---|---|---|
| Page Total | 85 6 | 56 6 | |
| Amount Forward | 6517 6169 | 8541 9 | 3 3 12 |
| Total to Date | 6526 | 8595 2 | 7 3 12 |

I certify that the statements made by me on this form are true.

Pilot's Signature *David Rodgers*

CONFIDENTIAL

CONFIDENTIAL DR_000055

| Date 2002 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... AIRPLANE | GLIDER | HELICOPTER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| APR 1 | B-727-31 | N903JE | PBI | TIST | | 78 | JG,GM,SK, AP, 2 Ferries   SCANN KLO FUE LV | 1/1 | 2 3 | | |
| 5 | " | " | TIST | PBI | | 79 | SCONN KLO FUEL LM | 1/1 | 2 7 | | |
| 5 | " | " | PBI | IAD | | 80 | SCONN KLO FUEL LM | | 2 1 | | |
| 6 | " | " | IAD | PBI | | 81 | SCONN KLO FUEL LM | 1/1 | 2 3 | | |
| 8 | " | " | PBI | JFK | | 94 | JG,SK, SHELLEY LEWIS | 1/ | 2 5 | | |
| 20 | B-727-200 | SIMULATOR | MIA | MIA | | | PREFLIGHT, TR LOSS, CSD LOW OIL PRESSURE AND DESCENT, STAB VALV, FAILED HYSTART | | 2 0 | | |
| 22 | " | " | " | " | | | NO HYD START, LOSS OF ALL GENERATORS STAB TRIM RUNAWAY, MANUAL CABIN EXTENSION | | 2 0 | | |
| 23 | " | " | " | " | | | APU FIRE, BATTERY START, CROSS BLEED START, ENGINE FIRE, ENGINE SHUTDOWN | | 2 0 | | |
| 24 | " | " | " | " | | | CROSSFEED START, FUEL DUMPING, SYSTEM B LOSS ELECTRICAL SMOKE/FIRE, SYSTEM A/B LOSS | | 2 0 | | |
| 25 | " | " | " | " | | | TWO GENERATOR EMERGEN CUE, TWO ENGINE FIRE WARNING, GEN BAG FIRE, LOW OIL PRESS WARN/LOSS | | 2 0 | | |
| 26 | " | " | " | " | | | YAW DAMPER FAILURE, APU FIRE, LCD ANOMALY LOSS OF ALL GENERATORS, ENGINE FIRE | | 2 0 | | |
| 27 | " | " | " | " | | | TR LOSS, LOSS OF ALL GENERATION, SMOKE IN PASS CABIN, CROSS FEED, SECT "A" LOSS, STRINGENT GCAT | | 3 0 | | |
| 29 | B-727-31 | N903JE | PBI | ABQ | | 90 | JG,CM,SK              REGS ROTATION | | 4 1 | | |
| May 2 | " | " | ABQ | JFK | | 91 | JG,GM,SK | 1/ | 3 2 | | |
| 4 | " | " | JFK | PBI | | 92 | JG, SHELLY LEWIS | 1/1 | 2 4 | | |

TOTALS REPORTED TO

I certify that the statements made by me on this form are true.

Pilot's Signature: David Rodrigue

| | | AIRPLANE | GLIDER | HELICOPTER |
|---|---|---|---|---|
| Page Total | 36 | 6 | | |
| Amount Forward | 8598 | 5 | 33 112 | 6 |
| Total to Date | 8635 | 1 | 33 112 | 6 |

6526 / 6175
6553 / 6180

GIUFFRE007109
CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL DR_000056

| Date 2002 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... AIRPLANE | GLIDER | HELICOPTER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1/24 | N9 04GM | CL-21B | PBI | FXE | | | D.G.M.K. BROTHERS QUOTATION TO HAVE EXPLOSIVE SEX UR | V | | 6 | |
| 11 | N908JG | B-727-31 | PBI | JFK | | 93 | JG, SK | V | 2 | 5 | |
| 11 | B-727-31 | N908JG | JFK | LFPB | | 94 | JG, GM, SK | /1 | 7 | 2 | |
| 13 | '' | '' | LFPB | LFPG | | 95 | REPOSITION | | | 5 | |
| 13 | '' | '' | LFPG | EGGW | | 96 | JG, GM, SK | | | 8 | |
| 16 | '' | '' | EGGW | LFMN | | 97 | JG, GM, SK | V/1 | 1 | 8 | |
| 19 | '' | '' | LFMN | UNNT | | 98 | JG, CM, SK | V | 6 | 7 | |
| 20 | '' | '' | UNNT | RJTA | | 99 | JG, GM, SK | / | 6 | 5 | |
| 22 | '' | '' | RJTA | VHHH | | 100 | JG, GM, SK, PRESIDENT M. LI, CLENTON, MING, DOUBOMO, JOHNSU, JESSICA | / | 4 | 0 | |
| 23 | '' | '' | VHHH | ZGSZ | | 101 | SAME AS ABOVE  PETG RMMYCLUB | | | 4 | |
| 23 | '' | '' | ZGSZ | WSSS | | 102 | SAME AS ABOVE  PETG RMMYCLUB | | 3 | 4 | |
| 25 | '' | '' | WSSS | VTBD | | 103 | SAME AS ABOVE  PETG RMMYCLUB | | 2 | 2 | |
| 25 | '' | '' | VTBD | WBSB | | 104 | SAME AS ABOVE  PETG RMMYCLUB | | 2 | 6 | |
| 27 | '' | '' | WBSB | WRRR | | 105 | JG, GM, SK  PETG RMMYGCN | V/1 | 2 | 1 | |
| 29 | '' | '' | WRRR | VCBI | | 106 | JG, GM, SK  PETG RMMYCLUB | | 5 | 2 | |
| 29 | '' | '' | VCBI | OMDB | | 107 | JG, GM, SK  PETG RMMYCLUB | | 4 | 4 | |
| 30 | '' | '' | OMDB | LFPB | | 108 | JG, GM, SK  PETG RMMYCLUB | | 3 | 8 | |
| 31 | '' | '' | LFPB | EGGW | | 109 | JG, GM, SK  PETG RMMYGGS | /1 | 1 | 0 | |
| 31 | '' | '' | EGGW | EIDW | | 110 | REPOSITION | | 1 | 7 | |

I certify that the statements made by me on this form are true.

David Rodgers.

| | | |
|---|---|---|
| Page Total | 6/7 | 57 4 |
| Amount Forward | 1533 41 80 | 8635 1 3 5 112 6 |
| Total to Date | 1539 | 91 98 6 7 7 112 |

GIUFFRE007110
CONFIDENTIAL

CONFIDENTIAL DR_000057

| Date 2002 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | AIRPLANE | GLIDER | HELICOPTER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JUN 3 | B-727-31H | N908JE | EGDW | JFK | | 111 | JG, GM, SK | 1/ | 69 | | |
| 8 | '' | '' | JFK | PBI | | 112 | JG, SK | 1/ | 23 | | |
| 12 | G-1159B | N909JE | PBI | PBI | | 1557 | GMU FLIGHT - SEAN RILEY, GREG CAMERON | 1/1 | 27 | | |
| 14 | B-727-31H | N908JE | PBI | BOS | | 113 | REPOSITION | | 26 | | |
| 14 | '' | '' | BOS | TIST | | 114 | JG, SK, CINDY LOPEZ, LAURA HAYES | | 37 | | |
| 16 | '' | '' | TIST | JFK | | 115 | JG, GM, SK, CINDY LOPEZ, LAURA HAYES | 1/ | 38 | | |
| 19 | G-1159B | N909JE | PBI | TEB | | 1560 | REPOSITION PETE RODRIGUEZ | 1/1 | 32 | | |
| 19 | '' | '' | TEB | PBI | | 1561 | JG, GM, SK, CINDY LOPEZ | | 25 | | |
| 21 | '' | '' | PBI | MYGF | | 1570 | JG, GM, SK, CL, JEAN LUC BRUNEL, PETE RODRIGUEZ, VERONICA | 1/1 | 11 | | |
| 21 | '' | '' | MYGF | PBI | | 1571 | REPOSITION PETE RODRIGUEZ | 0/0 | 12 | | |
| 23 | '' | '' | PBI | MYGF | | 1572 | REPOSITION PETE RODRIGUEZ | 0/0 | 11 | | |
| 23 | '' | '' | MYGF | TEB | | 1573 | JG, GM, SK, CL, TWEAM ... RODRIGUEZ | 1/1 | 24 | | |
| 23 | '' | '' | TEB | PBI | | 1574 | REPOSITION PETE RODRIGUEZ | | 25 | | |
| 27 | B-727-31H | N908JE | JFK | LFPB | | 116 | JG, GM, SK, ... | 1/1 | 71 | | |
| 29 | '' | '' | LFPB | LFTH | | 117 | SDM AS 116 | | 13 | | |
| JUL 10 | '' | '' | LFTH | LFPB | | 118 | JG, JULES REGENCE ... | 1/1 | 16 | | |
| 13 | '' | '' | LFPB | LFMN | | 119 | JG | 0/0 | 12 | | |

I certify that the statements made by me on this form are true.

(+) David Rodgers

| | | |
|---|---|---|
| Page Total | 8/7 | 47 6 |
| Amount Forward | 0539 6187 6547 | 869 25 | 33 112 6 |

GIUFFRE007111
CONFIDENTIAL

CONFIDENTIAL
CONFIDENTIAL DR_000058
GIUFFRE007112
CONFIDENTIAL

| Date 2002 | Aircraft Make and Model | Aircraft Identification Mark | From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Airplane | Glider | Flight... |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JUL 13 | B-727-31H | N908JG | LFMN | GMTJ | | 120 | JG, GM, SK, AP, CINDY LOPEZ | | 2 | 1 | |
| 13 | " | " | GMTT | GMMC | | 121 | JG, GM, SK, CL, AP | | | 7 | |
| 13 | " | " | GMMC | LPAZ | | 122 | JG, GM, SK, APCL, PRESIDENT CLINTON Doug Band, MEEG, 8 Secret Service | | 2 | 4 | |
| 13 | " | " | LPAZ | JFK | | 123 | JG, GM, SK, AP, CL, PRESIDENT BILLCLINTON Doug Band, MIKE, 8 secret service cg | | 5 | 8 | |
| 18 | " | " | JFK | PBI | | 124 | JG, SKELLEY LEWIS, 2 FEMALES | | 2 | 2 | |
| 19 | " | " | PBI | JAX | | 125 | KRISTY RODGERS GREG HOLBERT, ALYSSA HOLBERT — C CHGES | | 1 | 0 | |
| AUG 4 | G-1159B | N909JG | PBI | MVY | | 1583 | JG, 1FEMALE | | 2 | 0 | |
| 4 | " | " | MVY | BED | | 1584 | JG, 1 FEMALE | | | 7 | |
| 4 | " | " | BED | TEB | | 1585 | JG, 1FC MALE | | | 9 | |
| 5 | " | " | TEB | SAF | | 1586 | JG, SK, 2 FEMALS | 1/1 | 3 | 9 | |
| 6 | C-172XP | N739SP | AEG | ACG | | | 172 CHECK OUT | 3/3 | | 9 | |
| 6 | 20GL3 | N474AW | ZORRO | AEG | | | | | | 9 | |
| 15 | B-727-31H | N908JG | JAX | JAX | | 126 | C-CHECK FLIGHT TEST PETER ROMERO | 1/1 | | 9 | |
| 16 | " | " | JAX | PBI | | 127 | RETURN FROM C-CHECK PETE ROMERO | 1 | 1 | | |
| 17 | G-1159-B | N909JG | SAF | TEB | | 1589 | JG, GM, SK, CINDY LOPEZ, VERGANO ROBIATO, MAN COLLADO, ALFRED, MARGARISA, NICK SAMPSON | | 3 | 7 | |
| 18 | " | " | TEB | PBI | | 1590 | JG VEREGMAP ROBIATO, 1 FEMALE | | 2 | 4 | |
| 21 | B-727-31H | N908JG | PBI | TEST | | 128 | JG, S KELLEY LEWIS | | 2 | 5 | |
| 25 | " | " | TEST | JFK | | 129 | JG, SK | 1/1 | 3 | 6 | |
| 28 | " | " | JFK | LFPB | | 130 | JG, SK, CINDY LOPEZ, 1FEMALE | | 6 | 4 | |

I certify that the statements made by me on this form are true.

| | | |
|---|---|---|
| Page Total | 6 | 44 0 |
| Amount Forward | 6547 6197 | 8740 1  33 112 6 |

Case 18-2868, Document 283, 08/09/2019, 2628241, Page745 of 883

CONFIDENTIAL DR_000059

| Date 2002 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category Airplane | Glider | Helicopter |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Aug 31 | B-727-31H | N908JC | LFPB | EGBB | | 131 | JC, NICOLE JUNKERMANN | 1 / | 1 0 | | |
| Sep 2 | " | " | EGBB | LFPB | | 132 | JC, NICOLE JUNKERMANN | | 1 0 | | |
| 3 | " | " | LFPB | JFK | | 133 | JC, SK, CINDY LOPEZ, JEAN LUC BRUNEL | 1 / | 7 5 | | |
| 4 | " | " | JFK | PBF | | 134 | JC, 1 FEMALE | | 2 5 | | |
| 8 | G-1159B | N909JC | PBI | TEB | | 159 | JC, ANDREA, 2 FEMALES | | 2 7 | | |
| 9 | G-1159B | " | TEB | BGM | | 159 | JC, SHELLEY LEWIS | V 1 | 9 | | |
| 9 | " | " | BED | TEB | | 159 | JC, SHELLEY LEWIS | | 9 | | |
| 10 | " | " | TEB | TIST | | 1545 | JC, SHELLEY LEWIS, ANDREA, 1 MALE | | 3 8 | | |
| 15 | " | " | TFST | PBI | | 1846 | JC, SK, DRANE FLEETWOOD | 1 / | 2 6 | | |
| 21 | B-727-31H | N908JC | JFK | LPA2 | | 136 | PRESIDENT WILLIAM J. CLINTON, JC, KEVIN SPACEY, CHRIS TUCKER, JC, GM, | 0 | 5 2 | | |
| 22 | " | " | LPA2 | DG-AA | | 137 | SK, CL, CHAUNCE DAVES, ANDREA MEROVISH, DOUG BAND, DAVID SLING, JIM KENNON | | 5 7 | | |
| 23 | " | " | DGAA | DNAA | | 138 | GREC NUNNS, RODNEY SLATER, CASEY WASSERMAN, RON BURKLE, COMS SMITH | 0 | 1 7 | | |
| 24 | " | " | DNAA | HRYR | | 139 | SAME AS ABOVE LESS RON BURKLE | | 4 0 | | |
| 25 | " | " | HRYR | FQMA | | 140 | SAME AS ABOVE PLUS ERA MAGAZINES | | 3 8 | | |
| 26 | " | " | FQMA | FACT | | 141 | SAME AS ABOVE | 1 / | 1 4 | | |
| 27 | " | " | FACT | FAJS | | 142 | SAME AS ABOVE LESS JC, GM, SK, CL, CHAUNCE DAVES, ANDREA MITROVISH | | 2 1 | | |
| 28 | " | " | FAJS | FACT | | 143 | SAME AS ABOVE LESS GREG SMITH, ERA MAGAZINES | | 2 0 | | |
| 29 | " | " | FACT | DGAA | | 144 | SAME AS ABOVE ADD JC, GM, SK, CL, CD, AM | | 6 2 | | |
| 29 | " | " | DGAA | LFPB | | 145 | SAME AS ABOVE | / | 6 5 | | |

| | | | | Page Total | 5/6 | 62 5 |
| | | | | Amount Forward | 6533 6251 | 8784 1 | 33 113 |
| | | | | Total to Date | 6558 6266 | 8846 6 | 33 113 |

I certify that the statements made by me on this form are true.

Pilot's Signature David Rodgers

GIUFFRE007113
CONFIDENTIAL

CONFIDENTIAL DR_000060

| Date | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival | | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... | | |
|------|------|------|------|------|------|------|------|------|------|------|------|
| 2002 | | | From | To | | | | | AIRPLANE | GLIDER | HELI |
| 29 | B-727-31H | N908TK | LFPB | EGGW | | 196 | SAME AS ABOVE LESS JG, SK, CPB, LARGO + CDSGY WAS CALMIN | 1/1 | 9 | | |
| oct | " | " | EGGW | LFPB | | 147 | GM, NICK + CDWINB SIMMONS | | 1 0 | | |
| 2 | " | " | LFPB | JFK | | 148 | JG, GM, SK, AND RGB METBOECH, NATIONS CAMPBELL | 8 1 | | | |
| 3 | " | " | JFK | PBI | | 149 | JG, SK, ANDREB M. THOMSON, NICK SIMMONDS, CICO, 16GM VLE | 2 4 | | | |
| 6 | G-1159B | N909JG | PBI | TEB | | 197 | JG, SK, ANDREP, RHAP, FGMDLG | 2 3 | | | |
| 11 | " | " | TEB | PBI | | 198 | JG, GM, ANDREB, REND, STAFF | 2 5 | | | |
| 14 | " | " | PBI-OFF-PBI | | | 1599 | MARK POTTER-PPC ILS SINGLE AND ENG + GO AROUND SE | 1/1 | 8 | | |
| 15 | " | " | PBI | TEB | | 1600 | JG, GM, ANDREB + RFREQUEST, RYAN BECOUNT | 1/1 | 2 4 | | |
| 17 | " | " | TEB | TIST | | 164 | JG, SK, ANDREA METRO VELH | | 3 7 | | |
| 21 | " | " | TIST | PBC | | 162 | JG, SK, AM ANNB MANUS, JULETTE BRYANT | 1/1 | 2 6 | | |
| 30 | " | SIMULATOR | JFK | MIV 65 SIN | | | STOP SATIN, STAUS, SLOW CLIMBS, REJECTED TAKE OFF, HOLDING | | 2 0 | | |
| 31 | " | " | MIV | JFK 65 SIN | | | SINGLE ENG ILS APPROACH ICU MAUND, EMERGENCY DESCENT, FGLING, WINDSHEAR | | 2 0 | | |
| 31 | " | " | SWF | JGK 65 SIN | | | ENG OUT GPWS, SINGLE ENG ILS APPROACH, DOUBLE ENGINE FAILURE, REJECTED TAKE OFF | 3/3 | 2 0 | | |
| NOV | " | N909JG | PBI | TIST | | 1603 | JG, SK, ANDREB METROVLEH | 1/1 | 2 3 | | |
| 6 | B-727-200 | SIMULATOR | MIA | MDT SIN | | | DOUBLE ENGINE FAILURE, LOSS OF ALL GENERATOR, EMERGENCY DESCENT, GPS DUES | | 2 0 | | |
| 6 | " | " | MIA | MIA | | | CSB SLOW VRL PRESS V/AW, HIGH PHR LON, CALM, V LEG, LOSS OF ALL GENERATORS | | 2 0 | | |
| 10 | G-1159B | N909JG | TIST | TEB | | 164 | JG, SK, KCLV, METRO TRY, MAALE NICK ELLY, STEGHAM, ELVER | 4 3 | | | |
| 15 | " | " | TEB | TIST | | 165 | JG, SK, RYAN DECOUNT, MANUS, STEEL LEGGHAM, LINDSAY FULLER, LYNOR ECB | 3 6 | | | |
| 15 | " | " | TIST | PBI | | 166 | REPOSITION | | 2 6 | | |

I certify that the statements made by me on this form are true.

(signature)

| | | |
|------|------|------|
| Page Total | | 4 8 5 |
| Amount Forward | 6558 6206 1567 | 8846 6 | 33 113 |

CONFIDENTIAL

Case 18-2868, Document 283, 08/09/2019, 2628241, Page747 of 883

CONFIDENTIAL DR_000061

GIUFFRE007115
CONFIDENTIAL

| Date 19— | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival | | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | From | To | | | | | ฅ୨୯୧ | ८५५५ | ᎥᏞ ᎥᏗ |
| NOV 18 | B 727-31H | N925TC | PBL | TIST | | | JC, RESOLUTION | 1/1 | 2 | 4 | |
| 18 | " | " | TIST | LP52 | | 157 | JC,CM,5X, ANPREA METROUTCH, RYAN M, LARS ON TUTTLE | | 5 | 6 | |
| 19 | " | " | LPAZ | L+PB | | 159 | JC,CM,5X,ANPREA METROUTSCH, RYAN THOMAS, EVT TUTTLE | 1/1 | 4 | 1 | |
| 22 | " | " | LFPB | EKCH | | 159 | JC,5X,JCANTLE GRUNLE, ANPREA METRUVESCH | | 1 | 8 | |
| 22 | " | " | EKCH | UUWW | | 16 | JC,CM,5X, ANPREA METROUTSCH | | 35 | 5 | |
| 24 | " | " | UUWW | LLLL | | 161 | JC,C-M,5X, ANPREA METROUTSCH | 1/1 | 1 | 4 | |
| 24 | " | " | ULLI | GRNN | | 162 | JC,C-M,5X, ANPREA METROUTSCH | | 3 | 6 | |
| 24 | " | " | EINN | JFK | | 163 | JC,CM,5X, ANPREA METROUTSCH | | 2 | 6 | |
| 26 | " | " | JFK | PBL | | 164 | JC,5X, RYAN PLANG, MATITOLL, LEEMANN, ERIC PALELINE TUTTLE | | 2 | 7 | |
| DEC 1 | " | " | PBL | JFK | | 165 | JC,CM,5X,TOM BLANCL LEEMANN, RYAN P, BUAT FOTT, 2 ABCCL LEEMANN | | 2 | 5 | |
| 5 | " | " | JFK | PBL | | 166 | JC,5X, MICHAEL L. RIEMANN, 2 CREWS | | 2 | 8 | |
| 9 | " | " | PBL | TIST | | 167 | JC,CM,5X, RYAN PLANG, MICHACL LEEMANN, 2 CREWS | 1/1 | 2 | 4 | |
| 15 | " | " | TIST | PBL | | 168 | JC,CM,5X, RP CHUNG MICHAEL, RYAN MAR2, MICCYA AROUND ALOUS PLANLE | | 2 | 5 | |
| 21 | G-11590 | N-WASE | PBL | AOY | | 169 | JC        CHET RIALREW | 1/1 | 1 | 2 | |
| 21 | " | " | ABY | PBL | | 11934 | JC        KIALREW | | 1 | 1 | |
| 23 | " | " | PBL | TIST | | | JC,CM,5X,RYAN BROWNE        NEW        KIALREW | | 2 | 3 | |
| 2005 2 JAN | " | " | TIST | PBL | | | JC,CM,5X, RYAN BROWNE, ABEALE BLUNIA, MICHAEL LEEMANN, VOBEN BUDOF | 1/1 | 2 | 8 | |
| 6 | " | " | PBL | TEB | | | JC,5X, VALSAN | | 2 | 4 | |
| 9 | " | " | TEB | PBL | | | JC,5X, VALSAN | | 2 | 4 | |

| | | |
|---|---|---|
| Page Total | 7/6 | 53 |
| Amount Forward | 6587 2214 | 8896 |
| Total to Date | 8574 | 8949 |

I certify that the statements made by me on this form are true.

Case 18-2868, Document 283, 08/09/2019, 2628241, Page748 of 883

CONFIDENTIAL DR_000062

| Date 2003 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category— AIRPLANE | GLIDER | HELICOP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JAN 12 | A G5TC-1189B | N610GTC | PBI | PBI | | | TEST W/JIM - 3 MONE ON CABIN | | 5 | | |
| 13 | B-921-3111 | N610GTC | PBI | JFK | | | JG, GM, SK, MAGALI BLACHON, VOLSON RECOVER LIEGMANN, ANDREA ETSLAVETLI | | 2 | 2 | |
| 17 | '' | '' | JFK | PBI | | | JG, G, GM, B, MICHAEL LIEGMANN, RYAN MARLING JC, LISA DRUCE | | 3 | 1 | |
| 22 | '' | '' | PBI | TIST | | 171 | JG, GM, SK, MAGALIE BLACHON, BANTMANN, MICHAEL LIEGMANN, | | 2 | 2 | |
| 25 | '' | '' | TIST | PBI | | 172 | JG, GM, SK, RYAN DOGING, MICHAEL LIEGMANN | | 2 | 8 | |
| 26 | '' | '' | PBI | JAX | | 173 | | | | 9 | |
| 26 | G-9159B | N610GTC | PBI | TEB | | 164 | JG, SK, MICHAEL LIEGMANN, GARY RYAN DOGING, MICAH BROWN, LIEGMANN | | 2 | 5 | |
| 31 | '' | '' | TEB | PBI | | 165 | JG, SK, MICHELE BLACHON, GARY MICHAEL LIEGMANN, LIEGMANN | | 2 | 6 | |
| FEB 1 | B-123-3111 | N908TC | JAX | PBI | | 174 | RYAN DOGING | | 1 | 0 | |
| 3 | '' | '' | PBI | JFK | | 175 | JG, GM, SK, MICHAEL LIEGMANN MAGALIE BLACHON | | 2 | 3 | |
| 7 | '' | '' | JFK | PBI | | 176 | JG, GM, MAGALIE BLACHON, MAGALIE LIEGMANN | | 2 | 8 | |
| 11 | '' | '' | PBI | TIST | | 177 | JG, GM, SK, MAGALIE BLACHON, PATRICK, RYAN, MICHAEL LIEGMANN | | 2 | 5 | |
| 12 | '' | '' | TIST | LEGR | | 178 | JG, GM, SK, MAGALIE BLACHON, PATRICK, DOGING, MICABEL LIEGMANN, | | 7 | 2 | |
| 13 | '' | '' | LEGR | LFPB | | 179 | JG, GM, SK, MAGALIE BLACHON, PATRICK, RYAN, MICHAEL LIEGMANN | | 2 | 2 | |
| 17 | '' | '' | LFPB | CYQX | | 180 | JG, GM, SK, MAGALI BLACHON, PATRICK DOGING MICHAEL BLACHON, DANSEL, MAGALIE BLACHON | | 5 | 5 | |
| 17 | '' | '' | CYQX | PBI | | 181 | JG, GM, SK, MAGALIE BLACHON, MAGALIE LIEGMANN, PATRICK, LEIGH, JAIME BROWN, MICAH LIEGM | | 5 | 5 | |
| 23 | '' | '' | PBI | JFK | | 182 | JG, BORORAN ANSELM, JULIETTE BRICES, MAGALIE LIEGMANN | | 2 | 8 | |
| 25 | '' | '' | JFK | MRY | | 183 | JG, SK, CHON, ERIC DAVIES, DEBA XAN, + 19 PSX | | 6 | 3 | |
| | | | | | | | OMITTED LOGBOOK ENTRIES | 109/109 | 11 | 9 | |

I certify that the statements made by me on this form are true.

| | Page Total | 116/115 | 66 | 0 | | |
| | Amount Forward | 6074 8270 | 84449 | 2 | 3 | 3 | 113 |
| | | 6690 | 8.15 | | 2 | 1 | 60 |

GIUFFRE007116
CONFIDENTIAL

CONFIDENTIAL DR_000063

| Date 20 2003 | Aircraft Makes and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... AIRPLANE | G-LEVEL2 | HELIMP |
|---|---|---|---|---|---|---|---|---|---|---|---|
| FEB MAR 4 | B-727-31H | N908JE | MRY | ABQ | 184 | | JE,GM&K,AMW TAYLOR,BRENT MOBLY BLACHON | | 1 9 | 7 6 | |
| 4 | '' | '' | ABQ | JFK | 185 | | JE,GM,K,GT,ARGYLLO BLACHON JULIETTE BRYANT | | 3 5 | | |
| 5 | '' | '' | JFK | PBI | 186 | | JE,M,OGLE BLACHON | | 2 8 | | |
| 12 | B-727-200 | FLTNG SERVICE SIMULATOR | MIA | LCL | | | MEDIM | | 2 5 | | |
| 12 | '' | '' | '' | '' | | | | | 2 5 | | |
| 13 | '' | '' | '' | '' | | | | | 2 5 | | |
| 13 | '' | '' | '' | '' | | | | | 2 5 | | |
| 17 | G-HS9B | N909JE | PBI | TEB | | | JE,GM,SK,MICHAEL LIEGMANN, MACALE BLACHON, ARGUT | | 2 4 | | |
| 19 | '' | '' | TEB | BED | | | JE | 1/1 | 1 0 | | |
| 19 | '' | '' | BED | TEB | | 181 | JE | | 1 1 | | |
| 20 | '' | '' | TEB | PBI | | | JE,GM,SK,PRESIDENT AMORS MISTRANA MICHAEL LIEGMANN,JEAN LUC BRUNEL | | 2 8 | | |
| 21 | '' | '' | PBI | MYNN | | | JE,GM,SK,PRESIDENT AMORS MISTRAND, JEAN LUC BRUNEL | 1/1 | 1 0 | | |
| 23 | '' | '' | MYNN | PBI | 125 | | JE,GM,SK,JEAN LUC BRUNEL | | 8 | | |
| 25 | B-727-31H | N908JE | PBI | JFK | 187 | | JE,GM,JEAN LUC BRUNEL,SK MICHAEL LIEGMANN | | 2 5 | | |
| 27 | '' | '' | JFK | TIST | 188 | | JE,SK,GLENN LUKEI, MACALE BLACHON BRENT INGOLIA | | 3 3 | | |
| MARCH 1 | '' | '' | TIST | SBGR | 189 | | JE,GM,SK,JEAN LUC BRUNEL,MACALE BLACHON,IVANA,CON PBCL | | 6 4 | | |
| 5 | '' | '' | SBGR | GUAC | 190 | | JE,GM,SK,JEAN LUC BRUNEL MACALE BLACHON | | 6 2 | | |
| 6 | '' | '' | GUAC | LFPB | 191 | | JE,GM,SK,JEAN LUC BRUNEL MACALE BLACHON | 1/1 | 5 2 | | |
| 10 | '' | '' | LFPB | CYQX | 192 | | JE,GM,SK,MICHAEL LIEGMANN EVELYN DOOLEY,SCOTLAND GRIDE PNVE | | 5 4 | | |
| | | | | | | | Page Total | 3/3 | 56 2 | | |
| | | | | | | | Amount Forward | 6670 6335 | 9015 2 | 3 3 | 113 |
| | | | | | | | Total to Date | 6693 6358 | 9071 4 | 3 3 | 113 |

I certify that the statements made by me on this form are true.

Pilot's Signature: David Rodgers

CONFIDENTIAL DR_000064

| Date 2003 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Airplane | Glider | HGL/Rotorcr |
|---|---|---|---|---|---|---|---|---|---|---|---|
| APRIL 12 | B-727-31H | N908JE | CYQX | PBI | | 1977 | IG, AM, SX, BT NO SHETLAND GREETING | | 5 | 2 | |
| 13 | G-1159B | N909JE | CMH | TEB | | 1625 | LM, IG, ML, SX, BT  PARRI MASSONI | | 1 | 2 | |
| 13 | " | " | PBI | CMH | | 1626 | AM, IG, ML, SX, BT  PARRI MASSONI | 1/ | 2 | 2 | |
| 14 | " | " | TEB | MIV | | 1628 | LM  LARRY MASSONI | | | 8 | |
| 16 | " | " | MIV | TEB | | 1629 | PARRI MASSONI | | | 8 | |
| 17 | " | " | TEB | PBI | | 1630 | IG, SX, BT, GM CLAIN, LOPEZ, ANDREA MITROVETICH | | 2 | 4 | |
| 21 | " | " | PBI | ADS | | 1631 | IG, SX, BT, CL | 1/ | 2 | 8 | |
| 21 | " | " | ADS | SQF | | 1632 | IG, CL, SX, BT | 1/ | 1 | 6 | |
| 24 | " | " | SAE | SBA | | 1633 | IG, SX, T&OLD DAVIES, DIANE | | 2 | 0 | |
| 24 | " | " | SBA | VNY | | 1634 | IG, SX, EMMA/TAL DAVIES, DIANE KELLY BUVENA, EMMY TAYLOR | | | 6 | |
| 26 | " | " | VNY | TEB | | 1635 | IG/SX | 1/ | 4 | 8 | |
| MAY 3 | " | " | TEB | IAD | | 1636 | ANDREA MITROVETICH, SX, BT | | | 9 | |
| 3 | " | " | IAD | PBI | | 1637 | IG, AM, SX, BT | | 2 | 1 | |
| 7 | BHT-407 | N417BP | BELLOCHIDL | AVRSS, TX | | | POSSI TURNS QUICK-STOP, NO HYDRAULICS HOVER AUTOS, SLOPES | | | | 1 3 |
| 7 | " | " | " | " | | | AUTOROTATIONS, 180 AUTOROTATIONS NO HYDRAULICS, HOVER AUTOS | | | | 1 2 |
| 8 | " | " | " | " | | | AUTOROTATIONS, 180 AUTOROTATIONS NO HYDRAULICS, AUTO HOVERS | | | | 1 5 |
| 9 | " | N40604 | " | " | | | AUTOROTATION 180 AUTOROTATION NO HYDRAULICS, HOVER AUTOS, SLOPE, IGE LARRY USDISKE | | | | 1 0 |
| 12 | " | N4916M | TIST | TIST | | | LARRY USDISKE | | | | 4 |
| 12 | B-727-31H | N908JE | TIST | JFK | | 1951 | IG, AM, SX, BT, T&OLD DAVIES, TAILENO EXPEN-OSB, ANDREA PACIXOLO | | 3 | 7 | |

| | Page Total | 4/3 | 3 1 | | 5 4 |
| | Amount Forward | 6693 6335 | 9071 4 | 3 3 1 3 1 |
| | Total to Date | 6697 | 9102 | 2 2 6 8 |

I certify that the statements made by me on this form are true.

Print's Signature: David Rodder

CONFIDENTIAL DR_000065

GIUFFRE007119
CONFIDENTIAL

| Date 20 2003 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... AIRPLANE | GLIDER | HELIC... |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MAY 20 | B-727-31H | N908JE | LIRA | LGMD | | 198 | JE, AM, SUSAN LK DRUNLL, GM, SK, RKG RATKING | | 2 | 2 | |
| 21 | " | " | LGMD | JFK | | 199 | JE, JEAN LUC BRUNEL, JEN, RATKING | | 7 | 6 | |
| 22 | " | " | JFK | PBI | | 200 | JE, JESS MISHKOW, TOPP MAISTER, ARCUT TENDAL | 1/1 | 2 | 6 | |
| 26 | G-1159B | N909JE | PBI | TEB | | 630 | JE, BT, JULIE | ✓ | 2 | 5 | |
| 30 | " | " | TEB | TIST | | 637 | JE, AM, SK, BT | | 4 | 6 | |
| JUN 4 | " | " | TIST | CB | | 644 | JE, AM, SK, BT | 1/1 | 3 | 8 | |
| 4 | B1H-407 | N491GM | TEST | TEST | | | JE, AM, SK, VALDSONGOTREN | | | | |
| 7 | G-1159B | N909JE | TIST | PBI | | 644 | JE, AM, SK, VC | | 2 | 5 | |
| 11 | " | " | PBI | TEB | | 642 | JE, AM, SK | 1/1 | 2 | 6 | |
| 14 | " | " | TEB | CYUL | | 643 | JE, DEW BAND, GM | | 1 | 2 | |
| 14 | " | " | CYUL | PBI | | 644 | JE, DEW BOMP, GM | | 3 | 0 | |
| 17 | B-727-31H | N908JE | PBI | MYNN | | 201 | JE, AM, VC, SK | BOB BROWN | | | 8 | |
| 17 | " | " | MYNN | JFK | | 202 | JE, AM, GM, SK, VC | BOB BROWN | | 2 | 6 | |
| 29 | " | " | TIST | JFK | | 206 | JE, BT, SUSAN HAMBLEY, JM, CRAIG RODGU | | 3 | 8 | |
| JUL 2 | " | " | JFK | PBI | | 207 | JE, AM, EMMA, AMG, PASHER, JLG, SK, SH | ✓ | 2 | 4 | |
| 7 | G-1159B | N909JE | PBI | TEB | | 645 | JE, BT, FP, SK, SH | 1/1 | 2 | 6 | |
| 11 | " | " | TEB | PBI | | 644 | JE, AM, SH | 2/D | 2 | 4 | |
| 14 | " | " | PBI | TEB | | 647 | JE, AM, BT, SH, MACKLA | 1/1 | 2 | 5 | |
| 14 | " | " | TEB | MIV | | 648 | | ✓ | | 8 | |

I certify that the statements made by me on this form are true.

Pilot's Signature [signature: David Rodgers]

| | Page Total | 9/6 | 49 | 9 | | | |
| | Amount Forward | 6697 6341 | 9102 | 5 | 3 | 3 | 118 |
| | Total to Date | 6705 6347 | 9152 | 4 | 3 | 3 | 118 |

CONFIDENTIAL DR_000066

GIUFFRE0007120
CONFIDENTIAL

| Date 19 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival | | Miles Flown | Flight No. | Remarks, Procedures, Manouvers, Endorsements | Number of Landings | Aircraft Category... | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2003 | | | From | To | | | | | AERPLANE | GLIDER | HELLCO |
| | B-727-31H | N908JE | JFK | PBI | | 215 | JG, BT, AM, MYLENE, (HEXEADINE) | | 2 | 5 | |
| | '' | '' | PBI | JFK | | 216 | JG, BT, AM, GM, SK, BABY ROXAH | 1/1 | 2 | 4 | |
| 4 | BH7 407 | N491 GM | LSJ | JFK | | | | 0/0 | | | |
| 5 | '' | '' | JFK-LSJ-JFK | | | | | | | | |
| 10 | B-727-31H | N908JE | JFK | JFK | | 217 | JG, AM, BT, GM, C.U, CANDACE DORBY, K.BRY ROXBURGH MYLENE | 1/1 | 3 | 8 | |
| 10 | '' | '' | JFK | PBI | | 218 | GARY ROXBURGH | | 2 | 5 | |
| 13 | G-1159B | N909JE | MIV | TEB | | 169 | | 1/1 | | 9 | |
| 13 | '' | '' | TEB | SAF | | 1650 | JG, AM, BT, GM | 1 | 3 | 8 | |
| 20 | '' | '' | SAF | ASE | | 1651 | JG, SK, GM | | | 8 | |
| 20 | '' | '' | ASE | TEB | | 1652 | JG, GM, SK | | 3 | 8 | |
| 22 | '' | '' | TEB | PBI | | 1653 | JG, GM, SK, TM | 1 | 2 | 3 | |
| 31 | B-727-31H | N908JE | PBI | JAX | | 214 | | | | 9 | |
| 31 | G-1159B | N909JE | PBI | TEB | | 1654 | JG, BT, GM, SH, | | 2 | 5 | |
| 31 | '' | '' | TEB | TEB | | 1655 | | | | 3 | |
| | '' | SIMULATOR | LGB | LGB | | | HOLDING SAGE REDBULL - SEM FAJE, (CHRIS GAMBLE) | 1 | 4 | 0 | |
| 17 | '' | '' | LGB | LGB | | | HOLDING PETER BUZOYKE - C-GD (CHRIS GAMBLE) | | 4 | 6 | |
| 18 | '' | '' | LGB | LGB | | | (CHRIS GAMBLE) | 4/4 | 4 | 0 | |
| 22 | '' | N909JE | PBI | JFK | | 162 | JG, BT, NAOLO, SK, SH, TD | 1/1 | 2 | 6 | |
| 26 | B-727-200 | SIMULATOR | MIA | MIA | | | DOUG SAVAGE-INSTRUCTOR | | 2 | 0 | |

|  | | | | | | | | Page Total | 2 B | 43 1 | | |
| | | | | | | | | Amount Forward | 6705 634 | 9152 4 | 3 3 118 | |
| | | | | | | | | Total to Date | 6712 | 9195 5 | 3 3 119 | |

I certify that the statements made by me on this form are true.

Case 18-2668, Document 283, 08/09/2019, 2628241, Page753 of 883

GIUFFRE007121
CONFIDENTIAL

CONFIDENTIAL DR_000067

| Date 2003 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival — From | To | Miles Flown | Flight No. | Remarks, Procedures, Manoeuvres, Endorsements | Number of Landings | AIRPLANE | GLIDER | HELICS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| SEP 26 | B-727-2xx SIMULATOR | | MIA | MIA | | | RECU D3R27NG=EXAMINER | | 2 0 | | |
| 9/27 | C-172 | N5279X | LNA | LNA | | | Darron - Safety Check | 3/3 | 5 | | |
| 27 | " | " | " | " | | | GR 3MATC - EXAMINER | 2/2 | 8 | | |
| 29 | G-1159B | N909JG | PBI | TEB | | 1664 | GM | | 2 4 | | |
| 30 | " | " | TEB | PBI | | 1665 | AM, FRAN, PAULA GPSSEIN | | 2 6 | | |
| 31 | " | " | PBI | TEB | | 1666 | JG, AM, SK, TD, VC | V1 | 2 5 | | |
| 2 | BHT-407 | N491GM | PBI | MNN | | | LARRY VISOSKI | | | | 1 |
| 2 | BHT-407 | N491GM | MYGF | MBPV | | | LV | | | | 2 |
| 3 | " | " | MDPP | MDPC | | | LV | | | | 1 |
| 3 | " | " | TEST | TEST | | | LV | | | | 1 |
| 3 | N9159B | N909JG | TEB | PBI | | 1667 | JG, NDP3R, SK, TD | | 2 6 | | |
| 6 | " | " | PBI | BED | | 1668 | JG, NDPCR, TD | V1 | 2 8 | | |
| 7 | " | " | BED | TEB | | 1669 | JG, SH | | 1 0 | | |
| 11 | " | " | TEB | PBI | | 1670 | JG, BT, GM, TD, CAROLINA | 1/1 | 2 7 | | |
| 14 | " | " | PBI | TEB | | 1671 | JG, BT, GM, SK, | | 2 5 | | |
| 16 | " | " | TEB | PBI | | 1672 | JG, BT, AM, SK | | 2 6 | | |
| 19 | " | " | PBI | TEB | | 1673 | JG, AM, BT, SK, TERRY GOLDSMITH  GARY ROXBURGH | 1/1 | 2 7 | | |
| 21 | " | " | TEB | MTN | | 1674 | JG, SK,  GARY ROXBURGH | 1 | 7 | | |
| 21 | " | " | MTN | TEST | | 1675 | JG, BS, SK,  GARY ROXBURGH | 1 | 3 6 | | |

| | | |
|---|---|---|
| Page Total | 11/10 | 32 0 | | 5 3 |
| Amount Forward | 6717 6325 | 9195 8 | 3 3 119 7 |
| Total to Date | 6728 6365 | 9227 5 | 3 3 125 0 |

I certify that the statements made by me on this form are true.

Pilot's Signature: David Rodgers

Case 18-2868, Document 283, 08/09/2019, 2628241, Page754 of 883

CONFIDENTIAL DR_000068

GIUFFRE007122
CONFIDENTIAL

| Date 2003 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... AIRPLANE | GLIDER | H&I ICUI'RU |
|---|---|---|---|---|---|---|---|---|---|---|---|
| OCT 26 | G-1159B | N909JE | TIST | TEB | | 676 | JE, BT, SK, TO, LC | | 3 | 9 | |
| 26 | " | " | TEB | MIV | | 677 | | | | 9 | |
| 27 | B-727-31H | N908JE | JAX | JAX | | 220 | | ✓ | 1 | H | |
| 28 | " | " | JAX | PBI | | 221 | | | 1 | 0 | |
| 30 | " | " | PBI | JFK | | 222 | | | 2 | 5 | |
| 30 | " | " | JFK | LGRB | | 223 | JE, AM | ✓ 1 | 6 | 9 | |
| NOV 4 | " | " | LFPB | GBBR | | 224 | JE, AM, SK | | | 9 | |
| 4 | " | " | EBBR | ENGM | | 225 | JE, AM, P.O.U. BRAND G.M, Houston Textured PRESIDENT BILL CLINTON, JK | | 1 | 8 | |
| 4 | " | " | ENGM | ESSA | | 226 | JE, AM, GM, SK | | | 9 | |
| 5 | " | " | ESSA | ENGM | | 227 | JE, AM, G.M, JK | ✓ 1 | | 9 | |
| 5 | " | " | ENGM | UUNT | | 228 | JE, AM, G.M, JK, DOUG BAND, H SECRET SERVICE DR. SEE VIT, BILL CLINTON | ✓ | 5 | 3 | |
| 6 | " | " | UUNT | VHHH | | 229 | JE, AM, GM, SK, OUG BAND, 45 SECRET SERVICE PRESIDENT BILL CLINTON | ✓ 1 | 6 | 5 | |
| 9 | " | " | VHHH | ZUUU | | 230 | JE, AM, GM, JK, DB, DOUG BAND, SERVICES PRES, JK VIT BILL CLINTON, 4 SECRET SERVICE | | 2 | 4 | |
| 9 | " | " | ZUUU | ZBAA | | 231 | JE, AM GM, JK, DB, EM, xxxxxx, DOUG, xxxxxx PRES PRONT CLINTON, PER PRINCE ANDREW | | 2 | 2 | |
| 11 | " | " | ZBAA | PANC | | 232 | JE, AM, SK, AN UST, SCOTT BORING 493 | ✓ | 7 | 8 | |
| 11 | " | " | PANC | JFK | | 233 | JE, AM, JK | 1 / 1 | 6 | 3 | |
| 14 | " | " | JFK | PBI | | 234 | JE, BT, SK, ANDREA, LC | | 2 | 5 | |
| 18 | " | " | PBI | JFK | | 235 | JE, BT, SK, LC | 1 / | 2 | 6 | |
| 21 | " | " | JFK | CMH | | 236 | JE, JK | | 1 | 5 | |

I certify that the statements made by me on this form are true.

Pilot's Signature: David Rodgers

| | | | |
|---|---|---|---|
| Page Total | 4 / 4 | 58 2 | |
| Amount Forward | 6728 / 6365 | 9227 5 | 33 125 |
| Total to Date | 6734 / 6369 | 9285 7 | 33 125 |

Case 18-2868, Document 283, 08/09/2019, 2628241, Page755 of 883

CONFIDENTIAL DR_000069

GIUFFRE007123
CONFIDENTIAL

| Date 2003 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival | | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | From | To | | | | | AIRPLANE | GLIDER | HELICPTR |
| 21 | B-727-31H | N908JE | CMH | TEST | | 237 | JG, SK | | 3 7 | | |
| 22 | " | " | TEST | PBI | | 238 | JG, SK, NICK CZABRU, CHRIS SMOUY, TOM PSVGTO | 1 | 2 7 | | |
| 23 | " | " | PBI | JFK | | 239 | JG, SK | | 2 4 | | |
| 25 | " | " | JFK | PBI | | 240 | JG, AT CUBA MENDEZ, CM, NM "EELA" GLEN DELLUM, SHELLY "SHO" LANA BRUCE, MOREAU, MICHAEL WADELU | 1 | 2 5 | | |
| DEC 4 | G-1159B | N909JE | MIV | JFK | | 1678 | | 1 | 8 | | |
| 7 | " | " | JFK | CMH | | 1679 | JG, SK, NAFEA, MICHAEL DURNELL | 1 | 1 5 | | |
| 7 | " | " | CMH | PBI | | 1680 | JG, SK, NAFEA, MICHAEL DURNELL | 1 | 2 3 | | |
| 9 | " | " | PBI | TEST | | 1681 | JG, SK, TD, GARY ROXBURCH | 1 | 2 4 | | |
| 15 | " | " | TEST | TEB | | 1682 | JG, AM, TD, KIMBERLY BURNS | | 4 5 | | |
| 19 | " | " | TEB | TEST | | 1683 | JG, CM, SK | 1 | 3 9 | | |
| 24 | " | " | TEST | PBI | | 1684 | JG, CM, BT, STEVE LESJCR | 1 | 2 7 | | |
| 26 | " | " | PBI | TEST | | 1685 | JG, BT, C-M, GARY ROXNEL | 1 | 2 3 | | |
| 2004 JAN 2 | " | " | TEST | PBI | | 1686 | JG, BT, GM, JEAN LUC DELUNCY, NM MARGUS SEXTON | 1 | 2 7 | | |
| 3 | " | " | PBI | ISM | | 1687 | JG (ELENA ODEZ, GM AMERASOON, GM DEZON ONEZ, BRUG, NATHA MARCHINLY | LV | 7 | | |
| 3 | " | " | ISM | PBI | | 1688 | JG, LD, SD, GM, EA, NM BRUCE | LV | 7 | | |
| 5 | " | " | PBI | TBB | | 1689 | JG, BT, JLB, SK | LV | 2 5 | | |
| 8 | " | " | TEB | PBI | | 1690 | JG, BT, JLB, SK | LV | 2 6 | | |
| 12 | B-727-31H | N908JE | PBI | JFK | | 241 | JG, BT, NM TERRA ODNICE, SK | LV, LM | 2 4 | | |
| 15 | " | " | JFK | PBI | | 242 | JG, SK, TO, NM | LV, LM | 2 5 | | |

I certify that the statements made by me on this form are true.

Pilot's Signature: _David Rodgar_

| | | | |
|---|---|---|---|
| Page Total | 10/6 | 4 5 8 | |
| Amount Forward | 6934 6363 | 9285 7 | 3 3 125 0 |
| Total to Date | 6944 | 9331 5 | 3 3 125 0 |

CONFIDENTIAL DR_000070

GIUFFRE007124
CONFIDENTIAL

| Date 2004 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... AIRPLANE | GLIDER | HELICOPTER |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JAN 20 | B-727-31H | N908JE | PBI | JFK | | 243 | JE,BT,NM,SK,TD | LV LM | 2 6 | | |
| 23 | '' | '' | JFK | PBI | | 244 | JE,BT,COUNTAG DAVIES,TD, VRA ANXING MEYROVITCH | LV LM LM | 2 6 | | |
| 26 | G-1159B | N909JE | PBI | TEB | | 169 | JE,BT,NM,TD | LV | 1 / 2 4 | | |
| 28 | '' | '' | TEB | TIST | | 1592 | JE,BT,NM,SK,TD | LV | 3 6 | | |
| FEB 2 | '' | '' | TIST | TEB | | 1593 | JE,BT,JLB,NM,TD,SK, ALENA WEBER | LV | 4 1 | | |
| 5 | '' | '' | TEB | BED | | 169 | | LV | 1 / 8 | | |
| 5 | '' | '' | BED | TEB | | 1695 | ALAN DERSHOWITZ | LV | 1 1 | | |
| 5 | '' | '' | TEB | PBI | | 1696 | JE,AD,SK | LV | 2 6 | | |
| 9 | B-727-31H | N908JE | PBI | JFK | | 245 | JE,BT,SK, | CR LM | 1 / 2 5 | | |
| 12 | '' | '' | JFK | LFPB | | 246 | JE,GM,JLB,ALENE WEBER, NENA KEITA | LV LM | 7 0 | | |
| 17 | '' | '' | LFPB | BGR | | 247 | JE,GM,JLB,NM,TD,AW | LV LM | 6 9 | | |
| 17 | '' | '' | BGR | JFK | | 248 | JE,GM,JLB,TD,NM,AW | LV LM | 1 5 | | |
| 19 | '' | '' | JFK | PBI | | 249 | JE,BT,NM,SK,TD, | LV LM | 2 4 | | |
| 22 | '' | '' | PBI | JFK | | 250 | JE,BT,NM,TD,AW | LV LM | 3 0 | | |
| 24 | '' | '' | JFK | MRY | | 251 | JE,SK,TD,NM, FOREST SAWYER | LM | 5 9 | | |
| 27 | '' | '' | MRY | VNY | | 252 | JE,NM,SK,TD | LV LM | 1 / 8 | | |
| 29 MAR 1 | '' | '' | VNY | ABQ | | 253 | JE,NM,SK,TD | LV LM | 1 6 | | |
| 1 | '' | '' | ABQ | JFK | | 254 | JE,GM,NM,SK,TD | LV LM | 1 / 3 4 | | |
| 3 | '' | '' | JFK | PBI | | 255 | JE,NM,TD, VALOSON COTREN | LV LM | 2 5 | | |

| | | Page Total | 6 5 7 3 | 3 | |
|---|---|---|---|---|---|
| | | Amount Forward | 6794 6335 6750 | 9331 5 | 33 125 0 |
| | | Total to Date | 6750 | 9388 R | 33 125 0 |

I certify that the statements made by me on this form are true.

David Rodgers.

CONFIDENTIAL DR_000071

| Date 2004 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | | Number of Landings | Aircraft Category AIRPLANE | GLIDER | HELICOPTER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| mar 7 | G-1159B | N909JE | PBI | TEB | | 1687 | JE, NM, TD | GARY BURKOWSKI | 1 | 2 8 | | |
| 8 | " | " | TEB | BGD | | 1688 | JE, TD | GARY BURKOWSKI | | 8 | | |
| 9 | " | " | BGD | TEB | | 1689 | JE, TD | GARY BURKOWSKI | 1 | 1 | | |
| 11 | " | " | TEB | PBI | | 1720 | JE, TD, SK, NM, VALDEZ / CEREN | GB | | 2 6 | | |
| 13 | " | " | PBI | TISJ | | 1701 | JE, TD, SK, VC, NM | STEVE LESTER | 1/1 | 2 3 | | |
| 17 | B-727-200 | SIMULATOR | MIA | MIA | | | LARRY - INSTRUCER | GARY BURKOWSKI | | 2 0 | | |
| 17 | " | " | MIA | MIA | | | HANDM - LARRY - INSTRUCER | GR | | 2 0 | | |
| 17 | " | " | MIA | MIA | | | FCCING + REDES HANK CONGER | GR | | 2 0 | | |
| 18 | " | " | MIA | MIA | | | RGY BARCELONA | GR | | 3 0 | | |
| 18 | " | " | MIA | MIA | | | REX BARCELOPO B.TD CAPT CHECK RIDE | GR | | 3 0 | | |
| 19 | G-1159B | N909JE | TISJ | PBI | | 1702 | JE, SK, TD, VC | LV | | 2 6 | | |
| 31 | B-727-31H | N908JE | PBI | JFK | | 256 | JE, NM, TD, | LV LM | 1/1 | 2 3 | | |
| apr 2 | " | " | JFK | PBI | | 257 | JE, ILB, NM, TD | LV LM | | 2 5 | | |
| 6 | G-1159B | N909JE | PBI | TISJ | | 1705 | JE, BT, NM, SK, TD | LV | 1/1 | 2 3 | | |
| 11 | B-727-31H | N908JE | PBI | JFK | | 258 | JE, BT, CO, EA, TD, GM, NMTP, GLEN DUBSSY, MYNBODY, 2 MANDS | LV LM | 1/1 | 2 4 | | |
| 15 | " | " | JFK | BGD | | 254 | JE, SK, LARRY SUMMERS | LV LM | | 9 | | |
| 16 | " | " | BGD | PBI | | 260 | JE, SK | LV LM | 1/0 | 2 6 | | |
| 19 | " | " | PBI | JFK | | 261 | JE, SK, JENNIFER | LV LM | | 2 6 | | |
| 22 | " | " | JFK | PBI | | 262 | JE, BT, MARK EPSTEIN, NM TD, TAMI, GM | LV LM | 1 | 2 5 | | |

I certify that the statements made by me on this form are true.

Pilot's Signature: David Rodgers

| | | |
|---|---|---|
| Page Total | 9/4 | 42 3 |
| Amount Forward | 6750 6376 | 9398 8 · 33 125 |
| Total to Date | 6759 6380 | 9431 1 · 3 3 125 |

CONFIDENTIAL DR_000072

| Date 2004 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | | Number of Landings | Aircraft Category... AIRPLANE | GLIDER | WEITER... |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APR 27 | B-727-31H | N908JG | PBI | JFK | | 263 | JG,BT,NM,TD | LV LM | | 2 2 | | |
| MAY 1 | " | " | JFK | PBI | | 264 | JG,NM,SK | LV LM | | 2 6 | | |
| 4 | " | " | PBI | JFK | | 265 | JG,NM,SK | LV LM | | 2 4 | | |
| 5 | " | " | JFK | LFPB | | 266 | JG,GM,NM,SK ARIANE MBOUWESEN | LV LM | /1 | 6 9 | | |
| 8 | " | " | LFPB | EGGW | | 267 | JG,GM,NM,SK | LV LM | | 9 | | |
| 10 | " | " | EGGW | LKPR | | 268 | JG,GM,NM,SK | LV LM | 1/1 | 1 8 | | |
| 12 | " | " | LKPR | LFPB | | 269 | JG,GM,2LB,NM | LV LM | | 1 4 | | |
| 14 | " | " | LFPB | CYQX | | 270 | JG,NM,SK, | LV LM | 1/1 | 5 8 | | |
| 14 | " | " | CYQX | PBI | | 271 | JG,NM,SK | LV LM | V/1 | 4 2 | | |
| 15 | G-1159B | N909JG | PBI | PBI | | 1707 | RON | LV LM | V/1 | 7 | | |
| 17 | " | " | PBI | TEB | | 1708 | JG,BT,NM,TD | LV | | 3 2 | | |
| 21 | " | " | TEB | PBI | | 1709 | JG,BT,NM,TD | LV | V/ | 2 4 | | |
| 24 | " | " | PBI | TIST | | 1710 | JG,NM,SK,TD | LV | | 2 6 | | |
| 31 | " | " | TIST | TEB | | 1711 | JG,NM,SK,TD MANUEL STETHER | LV | V/1 | 4 2 | | |
| JUN 4 | " | " | TEB | HVN | | 1712 | BT | LV | | 5 | | |
| 4 | " | " | HVN | PBI | | 1713 | JG,BT,MS,NM,TD | LV | | 2 7 | | |
| 7 | " | " | PBI | TEB | | 1714 | JG,BT,MS,NM,TD | LV | 1/1 | 2 5 | | |
| 9 | " | " | TEB | BED | | 1715 | JG,MS,SK | LV | | 9 | | |
| 9 | " | " | BED | TEB | | 1716 | JG,MS,SK | LV | | 8 | | |

| | | |
|---|---|---|
| Page Total | 7/7 | 48 7 |
| Amount Forward | 6759 5395 | 943 1 | 3 3 125 |
| Total to Date | 5766 6387 | 947 8 | 3 3 125 |

I certify that the statements made by me on this form are true.

Pilot's Signature: _David Rodgers_

CONFIDENTIAL DR_000073

| Date 2004 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Manoeuvres, Endorsements | Number of Landings | Aircraft Category... AIRPLANS | GLIDER | HELICOPTS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 11 JUN | G-11598 | N909JG | TEB | MDW | | | 177 JG, SK | 1 | 1 / 1 | 9 | |
| 12 | " | " | MDW | PBI | | | 178 JG, SK | LV | 2 | 7 | |
| 13 | B-727-31H | N908JG | PBI | JFK | | | 271 JG, SK, A.O.GOSMAN, | LV LM | 2 | 5 | |
| 15 | " | " | JFK | TEST | | | 273 JG, BT, MS, SK, TD | LM | 3 | 5 | 1 / 1 |
| 20 | " | " | TEST | PBI | | | 274 JG, BT, ROWVEGA KALEN, MS, | GR | 2 | 5 | 1 / 1 |
| 21 | G-11598 | N909JG | PBI | TEB | | | 119 JG, BT, MS, NM | LV | 2 | 6 | |
| 23 | " | " | TEB | SAF | | | 120 JG, NM, SK | LV | 4 | 4 | 1 / 1 |
| 24 | " | " | SAF | LAS | | | 121 JG, MS, NM, SK, SEMCDRE, | GR | 1 | 6 | 1 / 1 |
| 2 | " | " | LAS | SAF | | | 122 JG, MS, NM, SK, SEMDENE, | GR | 1 | 3 | |
| 4 | " | " | SAF | ASE | | | 123 JG, MS, NM, SK, SEMDI.NE | GR | | 9 | 1 / 1 |
| 4 | " | " | ASE | PBI | | | 124 JG, MS, NM, SK, SEMDENE | GR | 3 | 8 | 1 / D |
| 11 | " | " | PBI | TEB | | | 125 JG, ANDREE, METDUNDER, | LV | 2 | 7 | |
| 15 | " | " | TEB | PBI | | | 126 JG, BT, JLB, JK, PROB, JK, | LV | 2 | 6 | 1 / |
| 19 | B-727-31H | N908JG | PBI | TEST | | | 275 BT, SK, NM, JK, STEFANEG | LV LM | 2 | 6 | |
| 22 | " | " | TEST | PBI | | | 276 JG, BT, NM, SK, JK STEVE MANCE | | 2 | 6 | |
| 25 | " | " | PBI | JFK | | | 277 JK, NM, BT | SM LM | 2 | 4 | 1 / |
| 29 | " | " | JFK | LFPB | | | 278 JG, MS, NM, JK | LM | 6 | 6 | |
| 3 | " | " | LFPB | LEPA | | | 279 JK, MS NM, SK, TD | LV LM | 1 | 7 | 1 / 1 |
| 3 | " | " | LEPA | LPAZ | | | 280 JG, MS, NM, SK, TD | LM | 3 | 6 | |

I certify that the statements made by me on this form are true.

David Redman.

Page Total: 11 / 9, 725

Amount Forward: 94 7 8, 3 3 125

Total to Date: 95323, 3 3 125

CONFIDENTIAL DR_000074

GIUFFRE007128
CONFIDENTIAL

| Date 2004 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... AIRPLANE GLIDER | | | HOLICOPTER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AUG 3 | B-727-31H | N908JG | LPAZ | TEST | | 281 | JG, MS, NM, SK, TD, | | 5 | 6 | | |
| 6 | " | " | TEST | PBI | | 282 | JG, SK, TD, JG NN DEER HOUV NATALYA MALVCHOV | | 2 | 4 | | |
| 10 | " | " | PBI | JFK | | 283 | JG, JOJO, LYN EVA FANELLI, SK, NATALYA MALYSINA, DAVID | | 2 | 4 | | |
| 13 | " | " | JFK | ABQ | | 284 | JG, MS, NANDERKOVA, FLORIA, DAVID, TD | | 4 | 7 | | |
| 18 | " | " | ABQ | VNY | | 285 | JG, MS, NM, JK | | 1 | 7 | | |
| 19 | " | " | VNY | PBI | | 286 | JG, MS, NM, JK   FRANK LUNDGG | | 4 | 7 | | |
| 24 | " | " | PBI | SEGU | | 287 | JG, GM, NM, SK, TD | | 4 | 1 | | |
| 25 | " | " | SEGU | PBI | | 288 | JG, GM, NM, SK, TD | | 4 | 3 | | |
| SEP | " | " | PBI | TEST | | 289 | JG, NM, SK, TD | | 3 | 2 | | |
| 2 | G-1159B | N908JG | PBI | TEB | | 172 | ERNST RODGERS RUDY RODGERS | | 2 | 5 | | |
| 5 | B-727-31H | N908JG | TEST | JFK | | 290 | JG, NM, JP, JK NATALYA MALYSHOV  RALPH PAGANO | | 3 | 8 | | |
| 16 | " | " | JFK | PBI | | 291 | JG, NM, SK, JK, DAVID MULLEN | | 2 | 7 | | |
| 20 | BHT-407 | | BELL SCHOOL | HURST, TX | | | HUNER, HUNER A MTOR, ORACLE STRLL TOO STROZ II IN AVTOS, 180° INTR | | + | + | 1 | |
| 21 | BHT-407 | | HELICOPTER AREA | HURST, TX | | | ROTA-173849 CFI EXT 14/00 | | + | 0 | 1 | |
| SEP 5 | B-727-31H | N908JG | PBI | JFK | | 296 | JG, NM, SK, | | 2 | 4 | | |
| 8 | " | " | JFK | PBI | | 297 | JG, GWB ANDERSSON, NM, 2 MAN SK CELINA WARD OUBER, BABON, SK | | 2 | 3 | | |
| 10 | " | " | PBI | JFK | | 298 | JG GWB ANDERSON, 2 MAN BLOSK, DIN CELINA 4 SUBRONA DIVA OUBER | | 2 | 5 | | |
| 12 | " | " | JFK | TEST | | 299 | JG, JK, NM, SK | | 3 | 3 | | |
| 13 | G-1159B | N908JG | TEB | PBI | | 172 | GM | | 2 | 5 | | |

I certify that the statements made by me on this form are true.

_David Rodgers_

| | | |
|---|---|---|
| Page Total | 6/3 | 55 | 1 | | | 2 |
| Amount Forward | | 9532 | 3 | 3 | 125 |
| Total to Date | | 9587 | 4 | 3 | 127 |

CONFIDENTIAL DR_000075

| Date | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... Airplane | Glider | Heli |
|------|------|------|------|------|------|------|------|------|------|------|------|
| 2004 OCT 16 | B-727-31H | N908JE | TIST | PBI | | 355 | JE, SK, NM, SK, AVARA & NORCA, LESS ANDREW | LV LM | 2 | 4 | |
| 17 | '' | '' | PBI | SFK | | 3×1 | JE, NM, JK, NM AVARA & LESS ANDREW | LV LM | 2 | 5 | |
| 20 | '' | '' | JFK | LFPB | | 3×2 | JE, JK, NM, SK, DAVID MULLEN | LV LM | 6 | 8 | |
| 25 | '' | '' | LFPB | JFK | | 3×3 | JE, NM, JK, SK, DM | LV LM | 7 | 6 | |
| 25 | '' | '' | JFK | JAX | | 3×4 | | LV LM | 2 | 1 | |
| 29 | G-1159B | N909JE | PBI | TEB | | 1729 | | LV | 2 | 6 | |
| 29 NOV | '' | '' | TEB | PBI | | 1730 | JE, JK, NM, NATALIE | LV | 2 | 3 | |
| 1 | '' | '' | PBI | TIST | | 1731 | JE, NM | LV | 2 | 6 | |
| 1 | BHT-407 | N491GM | TIST | LSJ | | | | LV | | | |
| '' | '' | '' | LSJ | TIST | | | | LV | | | |
| 2 | G-1159B | N909JE | TIST | TEB | | 1732 | JE, NM | LV | 4 | 0 | |
| 7 | G-1159B | SIMULATOR | DFW | DFW | | | STEEP TURNS, STALLS, JET UPSET, ILLINE S.E. ILS, ABORT, GENERAL EMER HOLDING, HIGH ALTITUDE/ AERBORTS, EMERGENCY DESCENT, LED NORMAN RENIGUE | | 4 | 0 | |
| 8 | '' | '' | '' | '' | | | NORMAN RENIGUE | | 4 | 0 | |
| 9 | '' | N909JE | PBI | TEB | | 1709 | JE, SK PIA TRUSELL | LV | 2 | 7 | |
| 10 | '' | '' | TEB | PBI | | 1135 | JE, SK | | 2 | 4 | |
| 14 | '' | '' | PBI | ABY | | 1736 | JE, NM, SK, TD, VC | LV | 1 | 3 | |
| 14 | '' | '' | ABY | TEB | | 1737 | JE, NM, SK, TD, VC | LV | 2 | 1 | |
| 16 | '' | '' | TEB | BED | | 1738 | JE, ANDREA | LV | | 8 | |
| 16 | '' | '' | BED | TEB | | 1739 | JE, ANDREA | LV | | 8 | |

| | Page Total | 4/3 | 51 | 0 | | | |
|---|---|---|---|---|---|---|---|
| | Amount Forward | 6783 6399 | 9587 | 4 | 3 3 | 12 7 | |
| | Total to Date | 6197 6402 | 9638 | 4 | 3 3 | 12 8 | |

I certify that the statements made by me on this form are true.

Pilot's Signature: David Rodgers

GIUFFRE007129
CONFIDENTIAL

Case 18-2868, Document 283, 08/09/2019, 2628241, Page762 of 883

CONFIDENTIAL DR_000076

GIUFFRE007130
CONFIDENTIAL

| Date 2004 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival | | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | From | To | | | | | AIRPLANE | GLIDER | HELI | |
| NOV 18 | G-1159B | N909JE | TEB | PBI | 140 | | JE, SK, NM, SK, DM, BORGA | LV | | 2 3 | | | |
| 20 | B-727-31H | N908JE | JAX | AX | 3.5 | | | LV | V | 2 6 | | | |
| 20 | " | " | JAX | PBI | .3 | | | LM | V | 1 D | | | |
| 23 | " | " | PBI | TEST | 3.7 | | JE, NM, SK, DM, JUAN HAMBLEN | LV | | 2 3 | | | |
| 26 | G-1159B | N909JE | PBI | TEST | | | GM, JK | LV | V | 2 4 | | | |
| 28 | B-727-31H | N908JE | TEST | SFK | | | JE, GM, JK, NM, SK, DM, SH | LV | V | 4 0 | | | |
| " | " | " | JFK | PBI | | | JE, NM, SK, SH, BORGATA | LV | | 2 8 | | | |
| 14 | B-727-200 | SIMULATOR | MIA | MIA | | | HANK COLLER - INSTRUCTOR | | | 1 8 | | | |
| 15 | " | " | " | " | | | HANK COLLER - INSTRUCTOR WILLIAM JESU | | | 1 7 | | | |
| 15 | " | " | " | " | | | HANK COLLER REY BALDNA-INSTRUCTOR WILLIAM | | | 1 7 | | | |
| 21 | G-1159B | N909JE | PBI | TEST | | | JE, SK, NM, GM STEVE LESTER | LV | V | 2 3 | | | |
| 29 | " | " | TEST | TNCM | | | JE, NM, SK | LV | | 7 | | | |
| 29 | " | " | TNCM | TEST | | | JE, NM, SK | LV | | 7 | | | |
| 30 | B-H-T-467 | N491GM | TEST-LSJ | TSSX | | | | LV | | | | | |
| | " | " | LSJ | TEST | | | | LV | | | | | |
| JAN | G-1159B | N909JE | TEST | TQPF | | | JE, JLB, SK, DM, VM NABER BERGEN, ZINTA BROWN | LV | V | 6 | | | |
| 1 | " | " | TQPF | PBI | | | JE, DM, JLB, NM, SK, ZB | LV | V | 3 2 | | | |
| 3 | " | " | PBI | TEB | | | JE, DM, GM, NM, SK | LV | | 2 7 | | | |
| 6 | " | " | TEB | PBI | | | JE, DANA | LV | | 2 7 | | | |

I certify that the statements made by me on this form are true.

David Rodgers

| | Page Total | 7/5 | 35 5 | | | |
|---|---|---|---|---|---|---|
| | Amount Forward | 6787 / 102 | 9639 4 | 33 125 | |
| | Total to Date | 6794 | 9613 9 | 33 125 | |

CONFIDENTIAL DR_000077

| Date 2005 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... AIRPLANE | GROUND | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| JAN 7 | G-1159B | N909JG | PBI | RSW | | 1751 | LV | | 6 | | |
| 8 | " | " | RSW | PBI | | 1752 | LV | 1/1 | 6 | | |
| 11 | B-727-31H | N908JG | PBI | TIST | | 310 | JG, NM, SK LV LM | | 25 | | |
| 14 | " | " | TIST | PBI | | 311 | JG, NM, SK LV LM | | 28 | | |
| 27 | " | " | PBI | TIST | | 315 | JG, NM, ANDREA LV LM | | 23 | | |
| 31 | " | " | TIST | JFK | | 316 | JG, NM, SK, DB, ANDREA, MUNICA, KIA LV LM | | 38 | | |
| FEB 3 | " | " | JFK | CMH | | 317 | JS, DM, JLB, NM, SK, DANA BORG LV LM | 1/1 | 14 | | |
| 3 | " | " | CMH | PBI | | 318 | JG, DM, JLB, NM, SK LV LM | | 22 | | |
| 7 | " | " | PBI | JFK | | 319 | JG, DM, NM, SK LV LM | | 25 | | |
| 10 | G-1159B | N909JG | PBI | PBI | | 1753 | NIGEL, BOGGEN PETE RATHGANS | 1/1 | 11 | | |
| 19 | " | " | PBI | TIST | | 1755 | COLLEEN GR | 1/1 | 24 | | |
| 19 | " | " | TIST | PBI | | 1756 | GM, GVA ANDERSSON GR CRESCENCIA + MED DUBEN, CRESCENCIA VALDEZ | | 27 | | |
| 24 | B-727-31H | N908JG | PBI | PBI | | 324 | BILL HAMMOND LV LM | | 5 | | |
| MAR | " | " | PBI | JFK | | 325 | JG, NM, ANDREA MUCLUSKY LV LM | 1/1 | 24 | | |
| 6 | B-727-200 | SIMULATOR | MEA | MIA | | | HOLDING, STEEP TURNS, STALLS, RTO, V1 CUT, 160, 160, RTOK MONUVR + LAND. | | 20 | | |
| 7 | " | " | MIA | MIA | | | RTO STEEP TURN, STALLS, 160, 260, BOVEROLIAN CIRCLING, APPROACH, EVALUATION V PROG BILL MURPHY | | 25 | | |
| 8 | G-1159B | N909JG | PBI | SAN | | 1758 | | | 56 | | |
| 13 | " | " | SAN | MDW | | 1760 | GM BM | | 35 | | |
| 14 | " | " | MDW | TEB | | 1761 | GM BM | 1/1 | 17 | | |

I certify that the statements made by me on this form are true.

_David Rodgers_

| | | |
|---|---|---|
| Page Total | 9/6 | 43 |
| Amount Forward | 8794 8407 | 9613 9 | 33 11 14 |
| Total to Date | 8403 5113 | 9717 0 | 33 11 14 |

GIUFFRE007131
CONFIDENTIAL

CONFIDENTIAL DR_000078

| Date 2005 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival | | Miles Flown | Flight No. | Remarks, Procedures, Manoeuvres, Endorsements | | Number of Landings | Aircraft Category... | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | From | To | | | | | | AISP 9Ku C-2512 R | ASEL r 1 | |
| Apr 24 | B-727-31H | N909JC | JFK | TEST | | 333 | JC, NM, SK, DB, DM | LV BH | | 3 | 6 | |
| 24 | " | " | TEST | JFK | | 334 | JC, NM, SK, DM, DB | BH LM | L/1 | 3 | 1 | |
| 31 | " | " | JFK | PBI | | 335 | JC, GM, DB | LV LA | | 2 | 8 | |
| Apr 1 | G-115YB | N909JC | SAV | PBI | | 336 | | LV LM | | 1 | 2 | |
| 5 | " | " | PBI | PDK | | 337 | GM | LV | 1/1 | 1 | 6 | |
| 5 | " | " | PDK | T93 | | 338 | GM | LV | 1 | 1 | 8 | |
| 6 | B-727-31H | N909JC | PBI | JFK | | 339 | JC, DB, DM, SK | LV LM | 1/1 | 2 | 5 | |
| 24 | G-115YB | N909JC | PBI | TEST | | 340 | JC, M, VC, TOT, ANNA ADAS X3, MULLISER | LV | | 2 | 3 | |
| May 1 | " | " | TEST | TEB | | 341 | JC, AM, NM, VC | BH | 1/1 | 4 | 1 | |
| 6 | " | " | TEB | PBI | | 342 | JC, AM, DM, NM, SK | LM LV | | 2 | 5 | |
| 10 | " | " | PBI | TEB | | 343 | JC, DB, DM, SK | LV | 1/1 | 2 | 6 | |
| 12 | B-727-31H | N909JC | JFK | TEST | | 344 | JC, AM, DM, NM, DB | BH LM | 1/ | 3 | 1 | |
| 16 | " | " | TEST | JFK | | 345 | JC, VM, DB, DM, AM | BH LV | | 3 | 3 | |
| 19 | G-115YB | N909JC | TEB | PBI | | 346 | JC, AM, SK | BH | 1/ | 2 | 5 | |
| 24 | " | " | PBI | TEB | | 347 | JC, AM, SK | LV | | 2 | 6 | |
| 30 | " | " | PBI | TGA | | 348 | JC, AM, NM | LV | 1/1 | 2 | 5 | |
| 15 | B-727-200 | SENSOR | MEA | MEA | | | RICK MONUAR - INSTRUCTER | | | 2 | 0 | |
| 15 | " | " | " | " | | | REY BARZANA - V RIDE | | | 2 | 0 | |
| 31 | G-115YB | N909JC | TEB | PBI | | 349 | JC, DB, SK | LV | 1/ | 2 | 4 | |

I certify that the statements made by me on this form are true.

David Rodgers

| | | |
|---|---|---|
| Page Total | 50 | 4 |
| Amount Forward | 9717 | 0 | 33 12 11 |
| Total to Date | 9761 | 4 | 37 12 11 |

GIUFFRE007132
CONFIDENTIAL

CONFIDENTIAL DR_000079

| Date 2005 | Aircraft Make and Model | Aircraft Identification Mark | From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | | Number of Landings | PERSONAL | GROUND | PIC (V) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JUL 5 | G-1159 B | N909JE | PBI | TEB | | 1785 | JE, AM, SK | LV | | 2 | 5 | |
| 10 | " | " | TIST | TEB | | 1786 | JE, AM, DB, NM | BH | 1/1 | 4 | 6 | |
| 18 | " | " | PBI | TEB | | 1782 | JE, DB, SK | LV | 1/1 | 2 | 6 | |
| 20 | " | " | TEB | BKL | | 1783 | GM, IAN | JIM DAVID | 1/1 | 1 | 2 | |
| 20 | " | " | BKL | TEB | | 1774 | GM, IAN | JIM DAVID | 1/1 | 1 | 2 | |
| 22 | " | " | TEB | PBI | | 1785 | JE, SK, DB, TATIANNA | BH | | 2 | 5 | |
| 25 | " | " | PBI | TEB | | 1746 | JE, SK, DB, TATIANNA | BH | 1/1 | 2 | 6 | |
| 28 | " | " | TEB | TIST | | 1797 | JE, NM, JK | BH | | 3 | 9 | |
| AUG 1 | " | " | TIST | TEB | | 1798 | JE, JK, NM | BH | 1/1 | 3 | 8 | |
| 2 | " | " | TEB | SAF | | 1799 | JE, SK, DB, AM ALEX, NATALEE SEMOVA, TATIANNA | BH | 1/1 | 3 | 6 | |
| 18 | " | " | TEB | PBI | | 1804 | JE, DB, MR, MRS, MCCENSKA, NM, MR, MCCENSKI | LV | 1/1 | 2 | 3 | |
| 22 | " | " | PBI | TEB | | 1806 | JE, NM | LV | | 2 | 5 | |
| 24 | " | " | TEB | FDK | | 1807 | JE, DB | LV | 1/1 | | 8 | |
| 24 | " | " | FDK | TEB | | 1808 | JE, DB | LV | 1/1 | | 8 | |
| 26 | " | " | TEB | MVY | | 1809 | JE, DB, SK, DM | LV | | | 8 | |
| 26 | " | " | MVY | TIST | | 1810 | JE, DB, DM, SK | LV | | 3 | 3 | |
| 27 | " | " | TIST | PBI | | 1811 | | LV | 1/1 | 2 | 6 | |
| SEP 5 | " | " | PBI | TEB | | 1814 | JE, DB, GM, AM | BH | | 2 | 4 | |
| 8 | B-727-2?? | SIMULATOR | MIA | MIA | | | HAL LCYO-INSTRUCTOR | LM | | 2 | 0 | |

I certify that the statements made by me on this form are true.

Pilot's Signature: David Rodgers

| | | | |
|---|---|---|---|
| Page Total | 12/11 | | 45 4 |
| Amount Forward | 6813 6115 | 9767 4 | 3 3 124 1 |
| Total to Date | 6825 | 9818 0 | 3 3 159 1 |

GIUFFRE007133
CONFIDENTIAL

Case 18-2868, Document 283, 08/09/2019, 2628241, Page766 of 883

CONFIDENTIAL DR_000080

GIUFFRE007134
CONFIDENTIAL

| Date 2015 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival | | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | From | To | | | | | AIRPLANE | GLIDER | HCU... |
| Sep 9 | B-727-200 | SIMULATOR | MIA | MIA | | | MY BED, WAL LEXD RGT, BARZANNA V REDG GYMENER | | 2 0 | | |
| 11 | G-1159 B | N909JE | PBI | TIST | | 1896 | JE, AM, NM  LV | | 2 6 | | |
| 13 | '' | '' | TIST | TEB | | 1897 | JE, AM, NM  BH | V 1 | 3 8 | | |
| 14 | '' | '' | TEB | BED | | 1898 | JE, AM, SK  BH | | 8 | | |
| 14 | '' | '' | BED | HPN | | 1899 | JE, AM, SK, LARRY SUMMERS  BH | | 8 | | |
| 20 | '' | '' | PBI | TIST | | 1821 | JE, DB, SK, JIM  LV | V | 2 5 | | |
| 24 | '' | '' | TIST | TEB | | 1822 | JE, DB, SE, TATIANNA SEMONOVA  LV | | 3 7 | | |
| 25 | '' | '' | TEB | GMH | | 1823 | JE, NM, SK, PAUL HALODG  LV | V 1 | 1 4 | | |
| 25 | '' | '' | CMH | TEB | | 1824 | JE, NM, SK  LV | V 1 | 1 4 | | |
| 27 | '' | '' | TEB | BED | | 1825 | JE, AM, NM  LV | | 0 8 | | |
| 27 | '' | '' | BED | TEB | | 1826 | JE, AM, NM  LV | | 1 0 | | |
| Oct 9 | B-727-31H | N908JE | LCQ | LCQ | | 343 | JE, AM, NM  GEORGE GEE  LM | V 1 | 1 7 | | |
| 22 | '' | '' | TIST | JFK | | 348 | JE, AM, NM  BH | O/D | 3 7 | | |
| Nov 2 | G-1159B | N109JE | TEB | BED | | 1834 | JE, GM, SK, TATIANNA, DB  LV | | 8 | | |
| 2 | '' | '' | BED | OGU | | 1835 | GM  LV | | 5 | | |
| 2 | '' | '' | OGU | BEP | | 1836 | GM  LV | | 5 | | |
| 2 | '' | '' | BED | TEB | | 1837 | JE, DB, GM, SK, TATIANNA  LV | | 9 | | |
| 3 | B-727-31H | N908JE | JFK | TIST | | 351 | JE, NM, SK  LM | | 4 4 | | |
| 8 | '' | '' | TIST | JFK | | 352 | JE, ANDREA MITROVICH, NM, SK, CASSANDR WASLIK, KAZ ZENNISEN, CHARLENE BETTS | | 3 9 | | |

| | | | |
|---|---|---|---|
| Page Total | 5/4 | 37 2 | |
| Amount Forward | 4945 4436 | 9812 8 | 3 3 12 9 4 |
| Total to Date | 4950 4436 | 9850 0 | 3 3 14 9 6 |

I certify that the statements made by me on this form are true.

Pilot's Signature _David Rodgers_

| Date 2005 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... PERPLANE | GLIDER | HELICS FX |
|---|---|---|---|---|---|---|---|---|---|---|---|
| NOV 12 | G-1159B | N9095G | TEB | TIST | | | JE, ADRIAN MUCUSICA, TGG, IINVGOW NM,VG, MRS TRGUM B)+ | | 3 4 | | |
| 16 | " | " | TIST | TEB | | | JE AM MARY, NM | LV | 3 8 | | |
| 17 | " | " | TEB | BED | | | JE, AM, AM | LV | /₁ | 8 | |
| 17 | " | " | BED | CYUL | | 184 | ALAN DERSHOWITZ | LV | /₁ | 9 | |
| 17 | " | " | CYUL | BED | | 1842 | ALAN DERSHOWITZ | LV | | 8 | |
| 17 | " | " | BED | TEB | | 1843 | JE, AM, AD, TASSAMMY | LV | | 4 | |
| 19 | B 727-31H | N908JE | JFK | TIST | | 353 | JE, NM, SK | LM | 3 5 | | |
| 20 | " | " | TIST | TAPA | | 354 | JE, NM, SK, TATIAMA KONYLS.M | LV LM | /₁ | 3 | |
| 20 | " | " | TAPA | TIST | | 355 | JE, AM, NM, SK TATIANA KONYLGMA | LV LM | /₁ | 8 | |
| 28 | " | " | TIST | JFK | | 356 | JE, AM, EZ, MARK INGOYA, TATIANA SUMAMUA, JUAN MOLINA | LM | 3 9 | | |
| 30 | G-1159B | N905JE | TEB | BED | | 1844 | JE, AM, NM | BH | | 8 | |
| 30 | " | " | BED | TEB | | 1845 | JE, AM, NM | BH | | 9 | |
| DEC 10 | " | SIMULATOR | DFW | DFW | | | HOLDING, STEEP TURNS, STALLS, 32TU SHOT, NO PUMP LANDING, NICKROSS PATTERN | | 2 5 | | |
| 11 | " | " | " | " | | | EMO, GMORGE LY DOECGNT, VL CUT, W DOS, SINGAR, NO CLIP LANDING | 2/2 | 2 6 | | |
| 21 | N904JE | TEB | BED | | 1852 | GM | LV | | 9 | |
| 21 | " | " | BED | TIST | | 1853 | GM, LARRY + LISA SUMMORS | LV | 3 8 | | |
| 2006 JAN 15 | " | " | TIST | BED | | 1854 | JE, NM | LV | /₁ | 3 8 | |
| 16 | " | " | BED | TEB | | 1855 | JE, NM | LV | | 6 | |
| 19 | " | " | TEB | SAF | | 1856 | JE, GM, EZ, NM, SK | LV | | 4 5 | |

I certify that the statements made by me on this form are true.

Pilot's Signature [signature]

| Page Total | 7/6 | 39 8 |
| Amount Forward | 6936 6934 | 9850 0 | 33 129 4 |
| Total to Date | 6837 | 9852 8 | 23 17 4 |

| Date 2006 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... AIRPLANE | GLIDER | HELICOPTER | | SEL | MEL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JAN 25 | G-1159B | N909JE | SAF | TEB | | 1857 | BGM 2 ENBURGH, SARAH KELLEN JOKANB MARCINKOLS, JOKANB | | 3 | 2 | | | | 3 |
| 26 | " | " | TEB | TIST | | 1858 | JG, IZ, NM, JOANNA | 0/0 | 3 | 4 | | | | 3 |
| 31 | " | " | TIST | BCD | | 1859 | JE, ADRIANA/AUCENSKA, NM | | 3 | 8 | | | | 3 |
| 31 | " | " | BCD | TEB | | 1860 | JG, AM, NM | | 1 | 0 | | | | 1 |
| FEB 15 | " | " | TIST | BOS | | 1863 | GARY FUNKLL | | 4 | 0 | | | | 4 |
| 15 | " | " | BOS | PBI | | 1864 | ALAN DERSHOWITZ, GARY FUNKLL, MITCH | 1/1 | 3 | 0 | | | | 3 |
| 16 | " | " | PBI | TEB | | 1865 | ALAN DERSHOWITZ GARY FUNKLL MITCH | 1/1 | 2 | 4 | | | | 2 |
| 21 | " | " | TIST | TEB | | 1866 | JG, IZ, NM          BH | 1/1 | 4 | 1 | | | | 4 |
| 22 | " | " | TEB | BCD | | 1866 | JG, NM          BH | | | 9 | | | | |
| 22 | " | " | BCD | TEB | | 1869 | JG, NM          BH | | | 9 | | | | |
| 24 | " | " | TEB | TIST | | 1870 | JG, IZ, NM, SK, LANCE CO WADY BH | /\ | 5 | 1 | | | | 2 |
| 26 | " | " | TIST | TEB | | 1871 | JG, IZ, NM, SK, LC | | 4 | 2 | | | | 2 |
| MAR 12 | " | " | TIST | TEB | | 1873 | JG, IZ, SK, LC, TATYANA SZYANDNO BH SZELDNA A ISDWCLLY, NINA GLUSHKONS BH | / | | 8 | | | | 2 |
| 13 | " | " | TEB | BCD | | 1874 | JG, NM, ST | | | 8 | | | | 1 |
| 14 | " | " | BCD | TEB | | 1875 | JG, NM, ST | | 3 | 0 | | | | 2 |
| 16 | " | " | TEB | TIST | | 1876 | JG, IZ, SK, LC, DANO BURNS   BH | 1/1 | 3 | 4 | | | | 2 |
| 23 | B-727-200 | SIMULATOR | MIA | MIA | | | BOL LGXO-SIMENSATKANOR, HALDER WILLIAM LEONARDO-CIRUND RESTREAN | | 2 | 0 | | | | |
| 23 | " | " | " | " | | | B-727 CHECK REG RAY BARLAND | | 2 | 5 | | | | |
| 24 | " | " | " | " | | | FLIGHT CONTROLLER - PC RAY BARLAND, WILLIAM BAL | | 2 | 0 | | | | |

I certify that the statements made by me on this form are true.

Pilot's Signature: David Rodgers

| | | |
|---|---|---|
| Page Total | 5/5 | 50 2 |
| Amount Forward | 8837 8880 | 9889 8 |
| Total to Date | 8892 8845 | 9840 0 |

(right columns: 3 3 1 2 9 4 ... 2176 8 77)

CONFIDENTIAL DR_000082

CONFIDENTIAL

GIUFFRE007136
CONFIDENTIAL

CONFIDENTIAL DR_000083

| Date 2006 | Aircraft Make and Model | Aircraft Identification Mark | From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | | Number of Landings | Airplane | | Helicopter | SEL | MEL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MAR 20 | G-1159B | N909JE | TIST | TEB | | 361 | JG, DO, LC, TS | LV | 1/1 | 4 | 0 | | | 4 | 0 |
| APR 23 | " | " | TEB | TIST | | | JG, IZ, LC, NM, SK | LV | | 3 | 6 | | | 3 | 6 |
| 17 | B-727-31H | N908JE | TIST | JFK | | 366 | JG, DO, GM, IZ, LC, SK | LM | | 3 | 9 | | | 3 | 9 |
| 25 | " | " | JFK | BGD | | 367 | JG, IZ, LC, NM, SK | LM | 1/ | | 9 | | | | 9 |
| 25 | " | " | BGD | TIST | | 368 | JG, IZ, LC, NM, SK | LM | 1/ | 3 | 4 | | | 3 | 4 |
| MAY 1 | BH5-407 | N407BP | AFW | AFW | | | HOLDER OF PILOT CERTIFICATE # ___ HAS SATISFACTORILY COMPLETED THE FLIGHT REVIEW REQUIRED BY FAR 61.56 ON 5-1-06 BY ____ CERTIFICATE NO. 3177866 CERT EXPIRES 11-31-07 MEKG TERRY - INSTRUCTOR | | | 1 | 4 | | | |
| 2 | " | " | AFW | AFW | | | | | | 1 | 4 | | | |
| 2 | " | FTD | AFW | AFW | | | | | | | 5 | | | |
| 20 | B-727-31H | N908JE | JFK | LFPB | | 372 | JG, DB, GM, NM, SK | LV LM | 0/1 | 6 | 9 | | | 6 | 9 |
| 26 | " | " | LFPB | BGR | | 373 | JG, DB, SK | LV LM | | 7 | 4 | | | 7 | 4 |
| 26 | " | " | BGR | JFK | | 374 | JG, DB, SK | LM | | 1 | 3 | | | 1 | 3 |
| 29 | " | " | JFK | TIST | | 375 | JG, DB, IZ, LC | BH LM | 1/ | 3 | 5 | | | 3 | 5 |
| JUN 3 | " | " | TIST | JFK | | 376 | JG, IZ, LC, SK, JEAN MOLYNEUX, KATHERINE-CARBY, STEFANO TIANNE | BH LM | | 3 | 8 | | | 3 | 8 |
| 7 | " | " | JFK | TIST | | 377 | JG, IZ, LC, SK, STEFANIE TIANELL, RUSLANA YORSHENNOVA | LV LM | 1/ | 3 | 7 | | | 3 | 7 |
| 24 | " | " | ABQ | JFK | | 380 | JG, IZ, LC, SK, ST | LM | | 3 | 9 | | | 3 | 9 |
| JUL 4 | " | " | TIST | JFK | | 382 | JG, LC, NM, IZ | LV LM | | 3 | 8 | | | 3 | 8 |
| 8 | " | " | JFK | TIST | | 383 | JG, NM, SK, ST | LV BH | | 3 | 7 | | | 3 | 7 |
| 12 | " | " | TIST | JFK | | 384 | JG, NM, SK, ST | BH LM | | 3 | 7 | | | 3 | 7 |
| 14 | " | " | JFK | EGGW | | 385 | JG, GM, DB, SK | BH LM | 1/1 | 6 | 5 | | | 6 | 5 |

| | Page Total | 6/5 | 64 0 | | 3 3 | | |
|---|---|---|---|---|---|---|---|
| | Amount Forward | 5842 6405 | 9946 0 | 33 129 4 | | 2176 8 7763 24 |
| | Total to Date | 6848 6450 | 10040 0 | 33 132 7 | | 2176 8 7827 24 |

I certify that the statements made by me on this form are true.

Pilots Signature _David Rodgers_

Case 18-2868, Document 283, 08/09/2019, 2628241, Page770 of 883

GIUFFRE007138
CONFIDENTIAL

| Date 2006 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category AIRPLANE | GLIDER | HELICOPTER | Land Class SEL | MEL | HIGH LANI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JUL 16 | B-727-31H | N908JE | EGGW | LFPB | | 386 | JE, GM, SK | 1 | 1 | 0 | | | 1 | 0 |
| 20 | `"` | `"` | LFPB | JFK | | 387 | JE, SK | 1/1 | 7 | 7 | | | 7 | 7 |
| 22 | `"` | `"` | JFK | PBI | | 388 | JE, SK, JK, JULIA STARODOUMOU | | 3 | 0 | | | 3 | 0 |
| 23 | G-1159B | N909JE | PBI | TIST | | 189 | JE, SK, JK, JOULEA STARODOUMOV—V | | 2 | 6 | | | 2 | 6 |
| 23 | `"` | `"` | TIST | EWR | | 1891 | JE, SK, JK, JOULIA STARODOUMOU LV | 0/ | 3 | 6 | | | 3 | 6 |
| AUG 16 | `"` | `"` | TEB | EGGW | | 1896 | JIM WORDON | 1/1 | 6 | 5 | | | 6 | 5 |
| 17 | `"` | `"` | EGGW | LEIB | | 1897 | GM | JW | 1/1 | 2 | 5 | | | 2 | 5 |
| 19 | `"` | `"` | LEIB | EGGW | | 1898 | GM | JW | | 2 | 3 | | | 2 | 3 |
| 25 | `"` | `"` | EGGW | LFTH | | 1899 | GM | JW | V/1 | 1 | 7 | | | 1 | 7 |
| 28 | `"` | `"` | LFTH | LFBC | | 1900 | GM, KEVIN MAXWELL, LARY ROBEN, JW ... KUR | | 1 | 2 | CONFIDENTIAL DR_000084 | 1 | 2 |
| 28 | `"` | `"` | LFBC | EGGW | | 1901 | GM, KEVIN MAXWELL, LARY ROBEN, JAMES KUR | 1/1 | 1 | 5 | | | 1 | 5 |
| SEP 1 | `"` | `"` | EGGW | EGPH | | 1902 | GM, PRINCE ANDREW - DUKE OF YORK, JW, RANIE BEACHS, CRASNASKY | 1/1 | 1 | 0 | | | 1 | 0 |
| 2 | `"` | `"` | EGPH | CYQX | | 1903 | GM | JW | 1/1 | 4 | 5 | | | 4 | 5 |
| 2 | `"` | `"` | CYQX | TEB | | 1904 | GM | JW | 1/1 | 2 | 8 | | | 2 | 8 |
| 27 | B-727-31H | N908JE | EWR | MIA | | 398 | JE, OANA BURAS, IGOR ZINOVEEV, TATYANA SIMANAVA | 1/1 | 2 | 5 | | | 2 | 5 |
| 22 | `"` | `"` | MIA | TIST | | 399 | JE, OANA BURAS, IGOR ZINOVEEV, TATYANA SIMANAVA | 1/1 | 2 | 5 | | | 2 | 5 |
| 23 | `"` | `"` | TIST | VQQ | | 400 | | 1/1 | 2 | 9 | | | 2 | 9 |
| 29 | G-1159B | N909JE | TEB | TIST | | 1905 | GM, JENNIFER KALIN, LANG CALLOWAY LV, NAYFA MARCENKOUR | | 3 | 6 | | | 3 | 6 |
| OCT 2 | `"` | `"` | TIST | BED | | 1906 | JE, NADFA MARCENKOUR, SARAH KELLEN | LV | 1/1 | 3 | 9 | | | 3 | 9 |

I certify that the statements made by me on this form are true.

Pilot's Signature _David Rodgers_

| | | | |
|---|---|---|---|
| Page Total | 12. / 11 | 57 3 | 57 3 |
| Amount Forward | 6848 64.00 | 10,004 0 | 3 3 132 7 | 2176 8 7827 2 4 |
| Total to Date | 6860 64.11 | 10,061 3 | 3 3 132 7 | 2176 8 7884 5 4 |

Case 18-2868, Document 283, 08/09/2019, 2628241, Page771 of 883

GIUFFRE007139
CONFIDENTIAL

| Date 2006 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... AIRPLANE | GLIDER | ROTORCRAFT | ...and Class SEL | MEL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OCT 2 | G-1159B | N909JE | BED | TEB | | 1957 | JG, NADIA MARGINKOVA,SARAH KELLEN V DANA PURA, ANDREA WILLIS | | | 9 | | SEL | |
| 6 | " | " | TEB | TIST | | 1908 | JG, LANCE CALLOWAY, NADIA MARGINKOVA LV NATALYA MALYSHOV, VENESSA | | 4 4 | | | | 4 |
| 26 | " | " | TIST | TEB | | 1913 | V, BARBARA MOSKOV, LANCE CALLOWAY BW NADIA MARGINKOVA, SARAH KELLEN | 1/1 | 4 2 | | | | 4 |
| 27 | " | " | TEB | TIST | | 1914 | JG, NADIA MARGINKOVA BW | | 3 4 | | | | 3 |
| NOV 8 | " | SIMULATOR | DFW | DFW | | | JOHN CASEY-INSTRUCTOR SKCP JOT,JS,JOLL,CERMOR,APR FRANK McAFEE-CREW IN-PAS, PRO,S2 85 | | 4 0 | | | | 4 |
| 9 | " | " | DFW | DFW | | | NADIA THOMSON INSTRUCTOR NG FLAP VAPODE, COM,OSSY FRANK McAFEE-CREW WIND SHEAR, 2 GO | | 4 0 | | | | 4 |
| 13 | B-727-31H | N908JE | ABQ | TIST | | 1405 | JG, JENNIFER KOLEM NADIA MARGINKOVA LM | /1 | 4 9 | | | | 4 |
| 20 | " | " | TIST | EWR | | 1406 | JG JENNIFER KALEN, IGOR ZINOVLEV LV LANCE CALLOWAY, NADIA MARGINKOVA, NATALIA M | | 3 7 | | | | 3 |
| 21 | " | " | EWR | ABQ | | 1407 | JG, J K, NM, SK, KATHEN KUCKA, LV VANESSA BROWN, IZ, LM | | 4 3 | | | | 4 |
| 25 | " | " | ABQ | TIST | | 1408 | JG, IZ, NM, SK LV LM | | S 1 | | | | S |
| 27 | BHT-407 | N491GM | PBI | FXE | | | TO CAV ADR FOR MAINT | | | CONFIDENTIAL DR_000085 | | | |
| 27 | " | " | FXE | PBI | | | FROM CAV ADR FOR MAINT | | | | S | | |
| DEC 1 | B-727-200 | SIMULATOR | MIA | MIA | | | WILLIAM LOMBARD - INSTRUCTOR) LOSS OF ALL COMPOSANTS RTB,IGCE-CREW / EMP ASSYMETRY, 2 ENGINES DROP | | 2 0 | | | | 2 |
| 1 | " | " | MIA | MIA | | | KEV BART-AUG-INSTRUCTOR) V-B22 POWER-BACK-CREW | | 2 0 | | | | 2 |
| 10 | G-1159B | N909JE | EWR | TIST | | 1919 | JG, JENNIFER KOLEM,SARAH RANSOM LV NATALYA MALYSHEV | | 3 4 | | | | 2 |
| 14 | " | " | TIST | EWR | | 1920 | JG, NADIA MARGINKOVD LV SARAH RANSOM | | 3 9 | | | | 3 |
| 21 | " | " | EWR | PBI | | 1921 | GERALD LEFCOURT JIM WORSON | /1 | 2 5 | | | | 2 |
| 21 | " | " | PBI | ISP | | 1922 | GERALD LEFCOURT JIM WORSON | | 2 5 | | | | 2 |
| 2006 JAN 1 | B-727-31H | N908JE | TIST | EWR | | 1416 | JGGM, IZ, NM, NANDRES MALYSHEV LV VLADIM COHEN, JOHN A McCLUM, LM PRALAYA CUOMO | /1 | 3 9 | | | | 3 |

| | Page Total | 5/4 | 59 | | | | 0 | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | Amount Forward | 6869 6961 | 17,061 3 | 3 3 | 132 7 | | | 2176 8 708 | | |
| | Total to Date | 6865 6965 | 17,120 4 | 3 3 | 133 7 | | | 2176 8 794 | | |

I certify that the statements made by me on this form are true.

Pilot's Signature: David Rodgers

GIUFFRE007140
CONFIDENTIAL

| Date 2007 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival — From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category — Airplane | Glider | Helicopter | ...and Class — SEL | MEL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JAN 12 | B-727-31H | N908JE | EWR | TIST | | 417 | JE, IZ, WALTER CRONKITE, NM, SK, LC, JOHN AMERLING BH LV LM | | 3 3 | | | | 3 |
| 16 | ıı | ıı | TIST | BED | | 418 | JE, IZ, LC, NM, SK, MARTIN NOWAK, PRELUDO CUOMO LV LM | | 3 7 | | | | 3 |
| 16 | ıı | ıı | BED | EWR | | 419 | JE, NM, SK LV LM | | 1 2 | | | | |
| 20 | ıı | ıı | EWR | LFPB | | 420 | JE, GM, LC, NM, SK RICK EATUSKI LV LM | /1 | 6 7 | | | | |
| 21 | ıı | ıı | LFPB | EDDM | | 421 | JE, SK, NM RS LV LM | | 1 4 | | | | |
| 22 | ıı | ıı | EDDM | LFPB | | 422 | JE, SK, NM RS LV LM | | 1 6 | | | | |
| 27 | ıı | ıı | LFPB | EWR | | 423 | JE, SK, NM, LC, JLB RS LV LM | | 7 6 | | | | 7 |
| 31 | ıı | ıı | EWR | TIST | | 424 | JE, ANDREW FARGUS, IZ, TK, NM GEORGE GEYER BH LV | | 3 3 | | | | 3 |
| FEB | BHT-407 | N491GM | TIST | LSJ | | | BH LV | | | | 1 | | |
| 11 | ıı | ıı | LSJ | TIST | | | BH LV | | | | 1 | | |
| 12 | B-727-31H | N908JE | TIST | BED | | 425 | JE, CATHERINE DERBY, JK LV BH | | 3 0 | | CONFIDENTIAL DR_000086 | | 3 |
| 12 | ıı | ıı | BED | EWR | | 426 | JE, CATHERINE DERBY, JK LV BH | | 1 0 | | | | 1 |
| 20 | ıı | ıı | TIST | EWR | | 428 | BH | | 4 0 | | | | 4 |
| 20 | G-1159B | N909JE | ISP | EWR | | 923 | LARRY VISOSKI BH | | 9 | | | | |
| 22 | ıı | ıı | EWR | TIST | | 924 | LV | | 3 5 | | | | 2 |
| 27 | ıı | ıı | TIST | EWR | | 925 | BH | /1 | 4 1 | | | | 4 |
| 27 | ıı | ıı | EWR | ISP | | 926 | BH | | 6 | | | | |
| MAR | B-727-200 | SIMULATOR | MIA | MIA | | | RICK ADDURES - INSTRUCTOR, WILLIAM LEONARD - CREW, LEONARD - CREW GIRLS MGA, PETO, VICUT | | 2 0 | | | | 2 |
| 2 | ıı | ıı | MIA | MIA | | | RICK ADDURES - INSTRUCTOR, WILLIAM LEONARD - CREW, CINDY - CREW LEO GAVELHO LEO LAMONE | | 1 5 | | | | 1 |
| | | | | | | | CINDY - CREW | 1/2 | 5☒ 3 | | 2 | | 5 |
| | | | | | | | Page Total | | | | | | |
| | | | | | | | Amount Forward | 6865 6465 | 10,120 4 | 3 3 133 7 | | 2176 8 799 | |
| | | | | | | | Total to Date | 6866 6467 | 10,120 7 | 3 3 133 9 | | 2176 8 799 | |

I certify that the statements made by me on this form are true.

Pilot's Signature: David Rodgers

Case 18-2868, Document 283, 08/09/2019, 2628241, Page773 of 883

| Date 2007 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Manuevers, Endorsements | Number of Landings | Aircraft Category... AIRPLAN | GLIDER | HELICOPTER | ...and Class SEL | MEL | LANDINGS | HELICOPTER Conv |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MAR 16 | B-727-31H | N908JE | EWR | TIST | 433 | | CLIST W/ROUGH | 1/1 | 3 5 | | | | 3 5 | | 2 |
| 20 | " | " | TIST | PHL | 434 | | L W | | 3 6 | | | | 3 6 | | 2 |
| 20 | " | " | PHL | EWR | 435 | | L W | | 8 | | | | 8 | | |
| 23 | G-1159B | N909JE | ISP | TIST | 1927 | | L V | 1/ | 3 5 | | | | 3 5 | | 2 |
| APR 12 | B-727-31H | N908JE | EWR | TIST | 436 | | C W | 1/ | 3 8 | | | | 3 8 | | 2 |
| 18 | " | " | TIST | EWR | 437 | | L W | | 4 1 | | | | 4 1 | | |
| MAY 1 | G-1159B | N909JE | TIST | EWR | 1932 | | B H | 1/ | 4 6 | | | | 4 6 | | |
| 15 | " | " | EWR | CYXU | 1933 | TO PAINT SHOP (customs) | L V | 1/ | 1 5 | | | | 1 5 | | |
| 15 | " | " | CYXU | CYCE | 1934 | TO PAINT SHOP | L V | 1/ | 3 | | | | 3 | | |
| 17 | B-727-31H | N908JE | EWR | BED | 443 | | L W C W | | 9 | CONFIDENTIAL DR-000087 | | | 9 | | |
| 18 | " | " | BED | TIST | 444 | | L V C W | 1/ | 3 9 | | | | 3 9 | | |
| 31 | S-76C+ | SIMULATOR | PBI | PBI | | | USE OF CHECKLIST, IIDS | | | 1 5 | | | | | |
| JUN 1 | " | " | PBI | PBI | | | ENGINE HOT STARTS, POWER ASSURANCE CHECK | | | 1 5 | | | | | 2 |
| 2 | " | " | PBI | PBI | | | ENGINE FAILURES, AUTOROTATION, DITCHING, PEDAL TURNS | | | 1 5 | | | | | 8 |
| 3 | " | " | PBI | PBI | | | ENGINE FAILURE, 30 SECOND POWER, 2 MINUTE POWER, EMS, HSE, AUTO PILOT 3axe | | | 1 5 | | | | | 5 |
| 5 | " | " | PBI | PBI | | | STEEP TURNS AUTO PILOT, FORCE TRIM TICK TRIM, PITCH BIT DETECTOR | | | 4 0 | | | | | 3 |
| 6 | " | " | PBI | PBI | | | ENGINE & TAIL ENGINE FAILURE COUPLED APPROACH SINGLE ENGINE LAND INCL, RTO, MISSED APPRO | | | 4 0 | | | | | 7 |
| 7 | " | " | PBI | PBI | | | EMS OPERATIONS, HOLDING, UNUSUAL ATTITUDES SINGLE ENGINE ILS APPROACH | | | 4 0 | | | | | 1 |
| 8 | " | " | PBI | PBI | | | SLOW LANDING GEAR DOWN, SE INC 3 GRD TO FLARE DUAL SERVO FAILURE, DECOM AT OR, MSG HYD FAIL | | | 3 7 | | | | | 9 |

I certify that the statements made by me on this form are true.

Pilot's Signature: David Rodighi

| | Page Total | 7 4 | 29 9 | | | 21 7 | | 29 9 | 35 |
| | Amount Forward | 6866 6467 | 19170 7 | 33 | 133 9 | | 2176 8 | 7993 9 | 457 |
| | Total to Date | 6873 6971 | 10200 6 | 33 | 155 6 | | 2176 8 | 8003 8 | 492 |

GIUFFRE007141
CONFIDENTIAL

Case 18-2868, Document 283, 08/09/2019, 2628241, Page774 of 883

CONFIDENTIAL DR 000088

GIUFFRE007142
CONFIDENTIAL

| Date 2007 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | | Number of Landings | Aircraft Category... Airplane | Glider | Helicopter | | ...and Class SEL | MEL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5-6-03 | BHT-407870 | FTD | BELL, TX | BELL, TX | | | FADEC TRAINING | | | | | 1 0 | | | |
| 5-7-03 | " | " | BELL, TX | BELL, TX | | | FADEC TRAINING | | | | | 1 0 | | | |
| JUN 9 | SK-76C+ | SIMULATOR | PBI | PBI | | | STUCK PEDALS, FIXED PITCH, CABLE FAILURE DITCHING, AUTO ROTATIONS, CONFINED LANDING AREA | | | | | 4 0 | | | |
| 10 | " | " | PBI | PBI | | | SETTLING WITH POWER, DUAL SERVO FAILURES, FIXED PITCH, BRAKE FAILURE, NR TRIM, AUTO ROTATIONS | | | | | 4 0 | | | |
| 19 | B-727-31H | N908SE | EWR | TIST | 450 | | | LV CW | 3 7 | | | | | | |
| 22 | " | " | TIST | CMH | 451 | | | LV CW | 4 0 | 1 | | | | | |
| 23 | " | " | CMH | EWR | 452 | | | LV CW | 1 4 | | | | | | |
| 25 | " | " | EWR | MIA | 453 | | | LV CW | 2 6 | 1/1 | | | | | |
| JUL 9 | " | " | TIST | EWR | 457 | | | LV CW | 3 8 | 1/1 | | | | | |
| 19 | G-1159B | N909JE | CYQG | CYXU | 1935 | | EMERGENCY - BLOW NOSE GEAR DOWN | LV | | | | 1 4 | | | |
| 20 | " | " | CYXU | PTK | 1936 | | | LV | 1/1 | | | 0 | | | |
| 21 | B-727-31H | N908SE | EWR | EWR | 460 | | | LV CW | 1/1 | | | | | | |
| 22 | " | " | EWR | TIST | 461 | | | LV CW | 3 8 | | | | | | |
| 22 | " | " | TIST | MIA | 462 | | | LV CW | 2 7 | | | | | | |
| 23 | B-727-200 | SIMULATOR | MIA | MIA | | | HAL LEYO    JOE GLEASON    FG RECURRANT | | 2 0 | | | | | | |
| 24 | " | " | MIA | MIA | | | RECP BARAHA - PC  FG    HAL LEYO    JOE GLEASON | | 1 0 | | | | | | |
| 30 | G-1159B | N909JE | TIST | TGB | 1946 | | | BH | 1/1 | 3 8 | | | | | |
| 31 | " | " | TGB | MIA | 1941 | | | BH | 2 7 | | | | | | |
| 31 | B-727-31H | N908SE | MIA | EWR | 463 | | | BH CW | 2 7 | | | | | | |

I certify that the statements made by me on this form are true.

Pilot's Signature  David Rodgers

| | | |
|---|---|---|
| Page Total | 6/5 | 37 6 | 10 0 | |
| Amount Forward | 6873 6471 | 10200 6 | 3 3 155 6 | 2176 8 802 |
| Total to Date | 6879 6476 | 10238 2 | 3 3 165 6 | 2176 8 801 |

Case 18-2868, Document 283, 08/09/2019, 2628241, Page775 of 883

GIUFFRE007143
CONFIDENTIAL

| Date 2007 | Aircraft Make and Model | Aircraft Identification Mark | From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | AIRPLANE | GLIDER | HELICOPTER | SEL | MEL | LAND/SEA |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | 3 | | | 3 |
| AUG 12 | BHT-407 | N491GM | TEST | TEST | | | | | 3 7 | | | | 3 7 | |
| 13 | B-727-31H | N908JE | TEST | EWR | 465 | | LV CW | | | S | | | S | |
| 15 | G-1159B | N909JE | MIA | PBI | 1402 | | LV | | | | | | 5 4 | |
| 16 | B-727-31H | N908JE | EWR | VNY | 466 | | QB | | 5 4 | | | | 1 7 | |
| 16 | " | " | VNY | ABQ | 467 | | BH | | 1 7 | | | | 3 6 | |
| 21 | " | " | ABQ | MIA | 468 | | BH | | 3 6 | | | | 2 5 | |
| 21 | " | " | MIA | TEST | 469 | | BH | | 2 5 | | | | 3 7 | |
| 27 | " | " | TEST | EWR | 470 | | LV BH | | 3 7 | | | | 2 5 | |
| 29 | G-1159B | N909JE | PBI | TEB | 1903 | 1/1 | LV | | 2 5 | | | | S | |
| 30 | " | " | TEB | HPN | 1904 | | LV | | S | | | | 3 7 | |
| 30 | " | " | HPN | TEST | 1905 | | LV | | 3 7 | | CONFIDENTIAL DR_000089 | | 2 4 | |
| SEP 6 | B-727-31H | N908JE | EWR | PBI | 471 | | LV CW | | 2 4 | | | | 3 6 | |
| 18 | G-1159B | N909JE | TEST | TEB | 1955 | | LV | | 3 6 | | | | 3 6 | |
| 30 | B-727-31H | N908JE | TEST | EWR | 474 | | LV BH | | 3 6 | | | | 7 0 | |
| OCT 4 | " | " | EWR | LFPB | 475 | | BH | | 7 0 | | | | 3 3 | |
| 12 | " | " | LFPB | LPAZ | 476 | | BH | | 3 3 | | | | 5 4 | |
| 12 | " | " | LPAZ | TEST | 477 | | LV BH | | 5 4 | | | | 3 7 | |
| 15 | " | " | TEST | EWR | 478 | | BH | | 3 7 | | | | 1 0 | |
| 18 | G-1159B | N909JE | TEB | BEO | 1952 | 1/1 | BH | | 1 0 | | | | 5 7 8 | |

I certify that the statements made by me on this form are true.

Pilot's Signature _David Rodgers_

| | | | |
|---|---|---|---|
| Page Total | 3/2 | 57 8 | 3 |
| Amount Forward | 6879 / 6476 | 10238 2 | 3 3 165 6 |
| Total to Date | 6881 / 6478 | 10296 6 | 3 3 165 9 |

2176 8 861 4 5
2176 8 8119 25

Case 18-2668, Document 283, 08/09/2019, 2628241, Page776 of 883

GIUFFRE007144
CONFIDENTIAL

| Date 2007 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Manoeuvres, Endorsements | Number of Landings | Aircraft Category... Airplane | Glider | Helicopter | ...and Class SEL | MEL | Helicopter Landings |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Oct 18 | G-1159B | N909JE | BED | TIST | 1957 | | BH | | 3 5 | | | | 3 5 | |
| 25 | " | " | EWR EWR TEST TEST | | 1959 | | LV | | 3 6 | | | | 3 6 | |
| 26 | B-727-31H | N908JE | EWR | VQQ | 477 | | LV BH | | 2 3 | | | | 2 3 | |
| Nov 6 | G-1159B | N909JE | TIST | TEB | 1962 | | LV | 1/1 | 4 6 | | | | 4 6 | |
| 8 | " | " | TEB | TIST | 1963 | | LV | | 3 8 | | | | 3 8 | |
| 15 | " | " | TEB | TIST | 1965 | | BH | | 3 6 | | | | 3 6 | |
| 17 | " | " | TIST | BED | 966 | | BH | 1/1 | 3 9 | | | | 3 9 | |
| 17 | " | " | BED | TEB | 1969 | | BH | 1/1 | 9 | | | | 9 | |
| 21 | " | " | TEB | TIST | 1970 | | BH | | 3 5 | | | | 3 5 | |
| 26 | " | " | TIST | TEB | 1971 | | LV | | 4 1 | | | CONFIDENTIAL DR 000090 | 4 6 | |
| Dec 2 | " | SIMULATOR | DFW | DFW | | | NORM THOMPSON - INSTRUCTOR BRENT KIRBY, CREW  HOLDING | | 4 0 | | | | 4 6 | |
| 3 | " | " | " | " | | | GUY FRENCH - INSTRUCTOR BRENT KIRBY, CREW | | 3 0 | | | | 3 0 | |
| 11 | " | N909JE | TIST | TEB | 1976 | | LV | | 4 0 | | | | 4 0 | |
| 13 | " | " | TEB | PWM | 1977 | | LV | 1/1 | 1 0 | | | | 1 0 | |
| 14 | " | " | PWM | BED | 1978 | | LV | | 8 | | | | B | |
| 14 | " | " | BED | TEB | 1979 | | LV | | 1 | | | | 1 1 | |
| 14 | " | " | TEB | MIA | 1980 | | LV | | 2 8 | | | | 2 8 | |
| 18 | " | " | TIST | PBI | 1982 | | LV | 1/1 | 2 8 | | | | 2 8 | |
| 18 | " | " | PBI | TEB | 1983 | | LV | | 2 4 | | | | 2 4 | |

I certify that the statements made by me on this form are true.

Pilot's Signature: David Rodgers

| | Page Total | 5/5 | 55 1 | | | | | | | 55 1 | |
| | Amount Forward | 6981/6478 | 10296 0 | 3 3 165 9 | | | | 2176 8 8119 2 514 |
| | Total to Date | 6986/6483 | 10351 1 | 3 3 165 9 | | | | 2176 8 8174 3 514 |

Case 18-2868, Document 283, 08/09/2019, 2628241, Page777 of 883

CONFIDENTIAL DR_000091

| Date 2007 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival | | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... | | | | and Class | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | From | To | | | | | AIRPLANE | GLIDER | HELICOPTER | | SEL | MEL |
| DEC 29 | G-1159B | N909JE | TEB | TIST | 1984 | | LV | | 3 5 | | | | | 3 5 |
| 2008 JAN 6 | " | " | TIST | TEB | 1985 | | LV | 1/1 | 3 9 | | | | | 3 9 |
| 11 | " | " | TEB | TIST | 1986 | | LV | | 3 5 | | | | | 3 5 |
| 16 | B 727-200 | SIMULATOR | MIA | MIA | | BUTCH CRETCHEN + INSTRUCTOR JOE GLEESON CREW METCH-CREW | | 2 0 | | | | | 2 0 |
| 16 | " | " | " | " | | REY BARZANO - FE PC BUTCH CRETCHEN- CREW, METCH-CREW | | 2 0 | | | | | 2 0 |
| 17 | " | " | " | " | | AAL LEVO - INSTRUCTOR BUTCH CRETCHEN- CREW HOLDING | | 2 0 | | | | | 2 0 |
| 18 | " | " | " | " | | REY BARZANO - CAPT PC BUTCH CRETCHEN-CREW | | 2 0 | | | | | 2 0 |
| 26 | G-1159B | N909JE | EWR | TEB | 1991 | | LV | | 5 | | | | | 5 |
| FEB 5 | " | " | TIST | TEB | 1993 | | BH | 1/1 | 4 2 | | | | | 4 2 |
| 8 | " | " | TEB | SAF | 1994 | | BH | | 4 | CONFIDENTIAL DR_000091 | | | | 4 4 |
| 12 | " | " | SAF | MFR | 1995 | | LV | 1/ | 3 7 | | | | | 3 7 |
| 13 | " | " | MIA | TEB | 1996 | | BH | | 2 4 | | | | | 2 4 |
| 15 | " | " | TEB | TIST | 1997 | | BH | | 3 4 | | | | | 3 4 |
| 24 | " | " | TIST | TEB | 1998 | | BH | | 4 0 | | | | | 4 0 |
| 27 | " | " | TEB | BED | 1999 | | LV | | 9 | | | | | 1 |
| 27 | " | " | BED | TEB | 2000 | | LV | | 1 0 | | | | | 1 |
| 29 | " | " | TEB | TIST | 2001 | | LV | | 3 5 | | | | | 3 5 |
| MAR 6 | B 727-31H | N908JE | VQQ | VQQ | 480 | | LV BH | | 1 6 | | | | | 1 |
| 8 | G-1159B | N909JE | TEB | BGD | 2003 | | BH | | 8 | | | | | 1 |

I certify that the statements made by me on this form are true.

Pilot's Signature  David Rodrigez

| | | |
|---|---|---|
| Page Total | 3/2 | 49 3 |
| Amount Forward | 6986 6493 | 103511 |
| Total to Date | 6989 6985 | 104004 |

| | | | SCL | MEL |
|---|---|---|---|---|
| Page Total | 3/2 | 49 3 | | 49 |
| Amount Forward | | 3 3 165 9 | 2176 9 8174 |
| Total to Date | | 3 3 165 9 | 2176 9 8223 |

GIUFFRE007146
CONFIDENTIAL

| Date 2008 | Aircraft Make and Model | Aircraft Identification Mark | From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Airplane | | Glider | Helicopter | SEL | MEL | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MAR 8 | G-1159B | N909JE | BED | TEB | 2004 | | BH | | 1 | 0 | | | | 1 | |
| 8 | " | " | TEB | ACY | 2005 | | BH | | | 6 | | | | | |
| 9 | " | " | ACY | TEB | 2006 | | BH | √1 | | 7 | | | | | |
| 10 | B-727-31H | N90BJE | VQQ | LCQ | 481 | | BH / LV | | | 4 | | | | | |
| 16 | G-1159B | N909JE | TIST | EWR | 2010 | | LV | | 4 | 2 | | | | | 4 |
| 21 | " | " | EWR | SSI | 2011 | | LV | | 2 | 0 | | | | | 2 |
| 21 | " | " | SSI | TIST | 2012 | | LV | | 2 | 9 | | | | | 2 |
| 24 | " | " | TIST | TEB | 2013 | | LV | √1 | 3 | 7 | | | | | 3 |
| 25 | S-76 | N908GM | MGS | RWI | | | LV | | 2 | 4 | | 2 4 | | | 2 |
| 25 | S-76 | N908GM | RWE | HXD | | | LV | | | | | 2 | | | |
| 26 | " | " | HYO | DAB | | | LV | √ | | | CONFIDENTIAL DR_000092 | 1 | | | |
| 26 | " | " | DAB | PBI | | | LV | | | | | 1 4 | | | |
| 28 | G-1159B | N909JE | TEB | TIST | 2014 | | LV | | 3 | 5 | | | | | |
| APR 9 | " | " | TIST | TEB | 2016 | | BH | | 3 | 4 | | | | | |
| 15 | " | " | TIST | TEB | 2017 | | LV | √1 | 3 | 7 | | | | | |
| 17 | " | " | TEB | EINN | 2018 | | LV | | 6 | 1 | | | | | |
| 18 | " | " | EINN | LFPB | 2019 | | LV | | 1 | 6 | | | | | |
| 22 | " | " | LFPB | LLBG | 2020 | | LV | √ | 4 | 2 | | | | | |
| 25 | " | " | LLBG | LGIR | 2021 | | LV | | 1 | 5 | | | | | |

I certify that the statements made by me on this form are true.

Pilot's Signature: David Rodgers

| | Landings | Airplane | | Glider | Helicopter | SEL | MEL |
|---|---|---|---|---|---|---|---|
| Page Total | 4/3 | 39 | 5 | | 7 5 | | |
| Amount Forward | 6889 / 8485 | 10400 4 | | 33 | 165 9 | 2176 8 | 82 |
| Total to Date | 6893 / 8488 | 10439 9 | | 33 | 173 4 | 2176 8 | 82 |

Case 18-2868, Document 283, 08/09/2019, 2628241, Page779 of 883

GIUFFRE007147
CONFIDENTIAL

CONFIDENTIAL DR_000093

| Date 2008 | Aircraft Make and Model | Aircraft Identification Mark | From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Airplane | Glider | Helicopter | SEL | MEL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| APR 28 | G-1159B | N909JE | LGIR | LFPB | | 2022 | LV | | 3 4 | | | | 3 4 |
| 29 | " | " | LFPB | CYJT | | 2823 | LV | 1/1 | 5 8 | | | | 5 8 |
| 29 | " | " | CYJT | TEB | | 2624 | LV | 1/1 | 2 5 | | | | 2 5 |
| MAY 17 | " | " | TIST | TEB | | 2026 | BH | 1/1 | 4 1 | | | | 4 1 |
| 22 | " | " | TEB | TIST | | 2029 | LV | | 3 5 | | | | 3 5 |
| 23 | BHT-407 | N491GM | LSJ | TIST | | | LV | | | | 2 | | 2 |
| 26 | " | " | LSJ | LSJ | | | NVH | | | | 2 | | 2 |
| 27 | G-1159B | N909JE | TIST | TSTB | | 2030 | LV / BH | 1/1 | 3 8 | 9 | | | 3 8 |
| 29 | B-727-31H | N908JE | PBI | LCQ | | 483 | BH | | | 9 | | | 9 |
| 29 | G-1159B | N909JE | TEB | MIV | | 2631 | LV / BH | | 4 | | | | 4 |
| 31 | B-727-314 | N908JE | LCQ | VQQ | | 484 | BH | | 4 | | | | 4 |
| JUN 11 | G-1159B | N909JE | TEST | PDK | | 2634 | BH | 1/1 | 3 9 | 9 | | | 3 9 |
| 11 | " | " | PDK | TEB | | 2635 | BH / LV | 1/ | 1 9 | | | | 1 9 |
| JUL 2 | B-727-31H | N908JE | VQQ | PBI | | 485 | BH / LV | | 9 | | | | 9 |
| AUG 15 | B-727-200 | SIMULATOR | MIA | MIA | | | RON DARIANA-FE PC HAL L6X0-CREW, BUTCH GREKREN-CREW | | 2 0 | | | | 2 0 |
| OCT 21 | G-1159B | N909JE | PBI | PBI | | 204B | LV | | 1 1 | | | | 1 1 |
| NOV 20 | " | " | " | " | | 2044 | LV | 3/3 | 1 0 | | | | 1 |
| 22 | " | " | " | SEF | | 2045 | LV | | 8 | | | | |
| 22 | " | " | SEF | PBI | | 2046 | LV | | 5 | | | | |

I certify that the statements made by me on this form are true.

Pilot's Signature _____

| | | |
|---|---|---|
| Page Total | 9/8 | 36 9 ... 4 ... 36 9 |
| Amount Forward | 6993 6988 | 10439 9 ... 3 3 173 4 ... 2176 8 8263 |
| Total to Date | 6902 6496 | 10476 8 ... 3 3 173 8 ... 2176 8 8300 |

Case 18-2868, Document 283, 08/09/2019, 2628241, Page780 of 883

GIUFFRE007148
CONFIDENTIAL

CONFIDENTIAL DR_000094

| Date | Aircraft Make and Model | Aircraft Identification Mark | From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | | Airplane | | SEL | MEL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DEC 9 2008 | B-727-31H | N908JE | PBI | LCQ | 486 | | | 1 | 0 | 1 | 0 | | 1 | 0 |
| 2009 JAN 5 | G-1159B | SIMULATOR | DFW | DFW | | | STALL-STEEP TURNS, CIRCLING APPROACH, MISSED APPROACH, V-1 CUT, HOT ENGINE HOVER | 3 | 0 | | | | 3 | 0 |
| 6 | " | " | " | " | | | WINDSHEAR, RTO, NO FLAP LANDING SEE ILS SEE GOAROUND, ELT HYD FAILURE | 3 | 0 | | | | 3 | 0 |
| FEB 4 | B-727-200 | " | MIA | MIA | | | PC WARM UP / HAL LEFO-INSTRUCTOR — LV LM | 1 | 5 | | | | 1 | 5 |
| 4 | " | " | " | " | | | PRE PC-RAY BARZANA / HAL LEFO — LV LM | 1 | 5 | | | | 1 | 5 |
| 4 | " | " | " | " | | | CAPTAIN WARMUP / HAL LEFO INSTRUCTOR — LV LM | 1 | 5 | | | | 1 | 5 |
| 4 | " | " | " | " | | | CAPTAIN PC-RAY BARZANO — LV LM | 1 | 5 | | | | 1 | 5 |
| 28 | B-727-31H | N908JE | LCQ | PBI | 487 | 1/1 | | 1 | 6 | | | | 1 | 0 |
| MAR 7 | G-1159B | N909JE | PBI | MYNN | 2048 | | LV | 7 | | | | | 7 |
| 7 | " | " | MYNN | PBI | 2049 | | LV | | | | | | 8 |
| MAY 7 | B-727-31H | N908JE | PBI | PBI | 488 | | LV LM | 9 | | | | | 9 |
| JUL 10 | G-1159B | N909JE | PBI | PBI | 2050 | | LV | 9 | | | | | 9 |
| 13 | " | " | PBI | PBI | 2051 | | LV | 7 | | | | | 7 |
| SEP 25 | B-727-200 | SIMULATOR | MIA | MIA | | | LV LM | 1 | 5 | | | | 1 | 5 |
| 25 | " | " | " | " | | | | 1 | 5 | | | | 1 | 5 |
| OCT 19 | B-727-31H | N908JE | PBI | VQQ | 489 | 1/1 | LV LM | 9 | | | | | 9 |
| NOV 30 | G-1159B | N909JE | PBI | PBI | 2052 | | LV | 1 | 2 | | | | 1 | 2 |
| 2010 JAN 6 | " | " | PBI | TEB | 2053 | | LV | 2 | 5 | | | | 2 | 5 |
| 6 | " | " | TEB | PBI | 2054 | | LV | 2 | 5 | | | | 2 | 5 |

I certify that the statements made by me on this form are true.

Pilot's Signature: David Rodrigue

| | | | |
|---|---|---|---|
| Page Total | 2/2 | 28 | 1 | 28 | 1 |
| Amount Forward | 6902 / 6496 | 10476 8 | 3 3 173 8 | 2176 8 8300 0 |
| Total to Date | 6904 / 6498 | 105049 | 3 3 173 8 | 2176 8 8328 1 |

Case 18-2868, Document 283, 08/09/2019, 2628241, Page781 of 883

| Date 2010 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival | | Miles Flown | Fight No. | Remarks, Procedures, Maneuvers, Endorsements | | Number of Landings | Aircraft Catagory... | | | ...and Class |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | From | To | | | | | | AIRPLANE | GLIDER | HELICOPTER | SEL |
| JAN 12 | G-1159B | N909JE | PBI | TEB | | 2053 | | | | | | | |
| 13 | '' | '' | TEB | PBI | | 2054 | | LV | | 2 9 | | | |
| 15 | '' | '' | PBI | TIST | | 2057 | | LV | | 2 4 | | | |
| 15 | '' | '' | TIST | PBI | | 2058 | | LV | 1/1 | 2 4 | | | |
| F2B 1 | '' | '' | PBI | TEB | | 2059 | | LV | | 2 8 | | | |
| 2 | '' | '' | TEB | BGD | | 2060 | | LV | | 2 4 | | | |
| 2 | '' | '' | BGD | TEB | | 2061 | | LV | | 9 | | | |
| 2 | '' | '' | TEB | BCT | | 2062 | | LV | | 9 | | | |
| 5 | '' | '' | BCT | TIST | | 2063 | | LV | | 2 8 | | | |
| 5 | '' | '' | TIST | PBI | | 2064 | | LV | | 2 3 | | | |
| 10 | G-1159A | SIMULATOR | DFW | DFW | | | HOLDING PATTORUS | WALT PLONTES | | 2 9 | | | |
| 11 | '' | '' | DFW | DFW | | | HOLDING | WALT PLONTES | | CONFIDENTIAL DR 000095 | | | |
| 16 | G-1159B | N909JE | PBI | TIST | | | | | | 3 4 | | | |
| 16 | '' | '' | TIST | PBI | | 2065 | | LV | 1/1 | 2 4 | | | |
| 18 | '' | '' | PBI | TEB | | 2066 | | LV | | 2 9 | | | |
| 19 | '' | '' | TEB | PBI | | 2067 | | LV | 1/1 | 2 6 | | | |
| 23 | '' | '' | PBI | TEB | | 2068 | | LV | | 2 6 | | | |
| 24 | '' | '' | TEB | PBI | | 2069 | | LV | 1/1 | 2 5 | | | |
| 27 | B-727-31H | N908JE | VQQ | PBI | | 2070 | | LV | | 2 8 | | | |
| | | | | PBI | | 490 | | LV LM | | 1 0 | | | |

I certify that the statements made by me on this form are true.

Pilot's Signature David Rodgers

| | | |
|---|---|---|
| Page Total | 4/4 | 463 |
| Amount Forward | 6904 6498 | 10504 9 | 3 3 173 8 | 2176 8 |
| Total to Date | 6908 6502 | 10559 2 | 3 3 173 8 | 2176 8 |

GIUFFRE007149
CONFIDENTIAL

Case 18-2868, Document 283, 08/09/2019, 2628241, Page782 of 883

CONFIDENTIAL DR_000096

CONFIDENTIAL (watermark)

GIUFFRE007150
CONFIDENTIAL

| Date 2010 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | | Number of Landings | Aircraft Category... Airplane | Glider | Helicopter | ...and Class SEL | MEL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MAR 2 | G-1159B | N909JE | PBI | TEB | 2671 | | LV | 1/1 | 2 4 | | | | 2 4 |
| 3 | " | " | TEB | BCT | 2672 | | LV | | 3 0 | | | | 3 0 |
| 5 | " | " | BCT | TIST | 2673 | | LV | /1 | 2 3 | | | | 2 3 |
| 5 | " | " | TIST | PBI | 2674 | | LV | | 2 9 | | | | 2 9 |
| 15 | B-727-200 | SIMULATOR | MIA | MIA | | | FG RECURRENT  RAY BARZMAN | 1 5 | | | | 1 5 |
| 15 | " | " | " | " | | | HOLDING  LV HAL L6X0 | 1 5 | | | | 1 5 |
| | | | | | | | CAPT RECURRENT RAY BARZMAN LV HAL L6X0 | | | | | | |
| 22 | G-1159 | N530GA | PBI | PTK | | | JOHN ROBERTS | | 2 4 | | | | 2 4 |
| 25 | G-1159B | N909JE | PBI | TEB | 2675 | | LV | 1/1 | 2 5 | | | | 2 5 |
| 26 | " | " | TEB | PBI | 2676 | | LV | | 2 6 | | | | 2 6 |
| 29 | " | " | PBI | TIST | 2677 | | LV | /1 | 2 3 | | | | 2 3 |
| 29 | " | " | TIST | PBI | 2678 | | LV | | 2 9 | | | | 2 9 |
| APR 7 | " | " | PBI | TEB | 2679 | | LV | 1/1 | 2 4 | | | | 2 4 |
| 8 | " | " | TEB | PBI | 2680 | | LV | | 2 7 | | | | 2 7 |
| 19 | " | " | PBI | BED | 2681 | | LV | 1/1 | 2 6 | | | | 2 6 |
| 19 | " | " | BED | TEB | 2682 | | LV | | 9 | | | | 9 |
| 20 | " | " | TEB | PBI | 2683 | | LV | | 2 6 | | | | 2 6 |
| 29 | " | " | PBI | TEB | 2684 | | LV | 1/1 | 2 6 | | | | 2 6 |
| 30 | " | " | TEB | PBI | 2685 | | LV | | 2 5 | | | | 2 5 |
| MAY 2 | B-727-200 | SIMULATOR | MIA | MIA | | | BILL HAMMOND CHECK RIDE  LV  BH | 1 5 | | | | 1 5 |

I certify that the statements made by me on this form are true.

Pilot's Signature: David Rodgers

| | | | |
|---|---|---|---|
| Page Total | 5/7 | 44 1 | 44 1 |
| Amount Forward | 6908 6508 | 1055 2 | 3 3 173 8 | 2176 | 8 8374 4 |
| Total to Date | 6913 6509 | 1059 3 | 3 3 173 8 | 2176 | 8 8418 5 |

CONFIDENTIAL DR_000097

| Date | Aircraft Make and Model | Aircraft Identification Mark | From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | | Number of Landings | Airplane | Glider | Helicopter | SEL | ME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2010 MAY 6 | B-727-31H | N908JE | PBI | PBI | 491 | | | LV BH | 1 5 | | | | | |
| 13 | G-1159B | N909JE | PBI | TIST | 2081 | | | BH | 1/1 | 2 4 | | | | |
| 13 | '' | '' | TIST | PBI | 2087 | | | BH | 1/1 | 2 5 | | | | |
| 20 | '' | '' | PBI | TEB | 2088 | | | LV | 1/1 | 2 5 | | | | |
| 21 | '' | '' | TEB | PBI | 2089 | | | LV | | 2 4 | | | | |
| 31 | '' | '' | PBI | TIST | 2090 | | | LV | 1/1 | 2 4 | | | | |
| 31 | '' | '' | TIST | PBI | 2091 | | | LV | | 2 7 | | | | |
| JUN 2 | '' | '' | PBI | TEB | 2092 | | | LV | 1/1 | 2 4 | | | | |
| 3 | '' | '' | TEB | PBI | 2093 | | | LV | | 2 7 | | | | |
| 9 | '' | '' | PBI | TIST | 2094 | | | LV | 1/1 | | | | | |
| 9 | '' | '' | TIST | PBI | 2095 | | | LV | | 2 5 | | | | |
| 10 | '' | '' | PBI | TEB | 2096 | | | LV | 1/1 | 2 5 | | | | |
| 11 | '' | '' | TEB | PBI | 2097 | | | LV | | 2 4 | | | | |
| 17 | '' | '' | PBI | TEB | 2098 | | | LV | 1/1 | 2 5 | | | | |
| 18 | '' | '' | TEB | PBI | 2099 | | | LV | | 2 4 | | | | |
| 29 | B-727-200 | SIMULATOR | MIA | MIA | | | LARRY MORRISON 6 MONTH CHECK | LM | 1 5 | | | | | |
| JUL | G-1159B | N909JE | PBI | TIST | 2102 | | | LV | 1/1 | 2 6 | | | | |
| 2 | '' | '' | TIST | PBI | 2103 | | | LV | | 2 6 | | | | |
| 15 | '' | '' | PBI | TIST | 2106 | | | LV | 1/1 | 2 5 | | | | |

I certify that the statements made by me on this form are true.

Pilot's Signature _David Rodgers_

| | | |
|---|---|---|
| Page Total | 10/10 | 45 5 |
| Amount Forward | 6513/6504 | 10595 3   33 173 8   2176 88 |
| Total to Date | 6923/6519 | 10646 8   33 173 8   2176 88 |

GIUFFRE007152
CONFIDENTIAL

| Date 2010 | Aircraft Make and Model | Aircraft Identification Mark | From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | | Number of Landings | Airplane | Glider | Helicopter | SEL | MEL | Heli Landings |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| JUL 16 | N906-1159B | N909JE | TIST | BCT | | 2107 | | LV | | | 2 6 | | | | 2 6 | |
| 20 | " | " | BCT | TEB | | 2108 | | LV | | | 2 4 | | | | 2 4 | |
| 25 | " | " | TEB | LFPB | | 2109 | | LV | | | 7 2 | | | | 7 2 | |
| AUG 2 | " | " | LFPB | CYQX | | 2110 | | LV | 1/ | | 5 7 | | | | 5 7 | |
| 2 | " | " | CYQX | TEB | | 2110 | | LV | 1/ | | 2 8 | | | | 2 8 | |
| 25 | " | " | TEB | PHX | | 2116 | | LV | 1/ | | 4 7 | | | | 4 7 | |
| 25 | " | " | PHX | ABQ | | 2117 | | LV | 1/ | | 9 | | | | 9 | |
| 30 | " | " | ABQ | TEB | | 2118 | | LV | | | 3 8 | | | | 3 8 | |
| SEP 2 | " | " | TEB | TIST | | 2119 | | LV | 1/ | | 3 7 | | | | 3 7 | |
| 12 | " | " | TIST | BED | | 2120 | | LV | | | 4 6 | | CONFIDENTIAL DR_000098 0 | | 0 | |
| 12 | " | " | BED | TEB | | 2121 | | LV | | | 1 0 | | | | 1 0 | |
| 19 | " | " | TEB | TIST | | 2122 | | LV | 1/ | | 3 7 | | | | 3 7 | |
| 21 | " | " | TIST | TEB | | 2123 | NADIA MAZLENKOVA FLEW IN THE RIGHT SEAT, I WAS ON JUMPSEAT | LV | | | 0 | | | | 0 | |
| 26 | " | " | TEB | EGGP | | 2124 | DIVERTED TO ALTERNATE | LV | 1/ | | 6 5 | | | | 6 5 | |
| 27 | " | " | EGGP | EGGW | | 2125 | | LV | 1/ | | 7 | | | | 7 | |
| 29 | " | " | EGGW | LFPB | | 2126 | | LV | | | 1 1 | | | | 1 1 | |
| OCT 18 | " | " | LFPB | EGGW | | 2127 | DIVERTED TO EGGW BECORG ENTERING TRACKS, CROSSING DUMDRY | LV | 1/ | | 2 8 | | | | 2 8 | |
| 19 | " | " | EGGW | BGR | | 2128 | EMPTY | LV | | | 6 8 | | | | 6 8 | |
| 19 | " | " | BGR | TEB | | 2129 | EMPTY | LV | | | 1 4 | | | | 1 4 | |

I certify that the statements made by me on this form are true.

Pilot's Signature: David Rodgers

| | | | |
|---|---|---|---|
| Page Total | 8/6 | 61 8 | 61 8 |
| Amount Forward | 6923 0519 0921 | 1040 8 | 33 173 8 | 2176 8 8464 0 517 |
| Total to Date | 6525 | 10702 6 | 33 173 8 | 2176 8 8525 8 517 |

Case 18-2868, Document 283, 08/09/2019, 2628241, Page785 of 883

CONFIDENTIAL DR_000099

GIUFFRE007153
CONFIDENTIAL

| Date 2010 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival — From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | | Number of Landings | Aircraft Category — Airplane | Glider | Helicopter | and Class — SGL | MGL | Landn | HGLIH |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| OCT 24 | G-1159B | N909JE | TEB | TIST | 2139 | | | LV | 1/1 | 3 5 | | | | 3 5 | | |
| 27 | B-727-31H | N908JE | PBI | PBI | 442 | | | LV LM | 3/3 | 1 7 | | | | 1 7 | | |
| 29 | G-1159B | N909JE | TIST | EWR | 2131 | | | LV | | 3 6 | | | | 3 6 | | |
| 29 | " | " | EWR | CPS | 2132 | EMPTY | LV | | | 2 2 | | | | 2 2 | | |
| NOV 30 | " | " | CPS | TEB | 2133 | EMPTY | LV | 1/1 | | 2 0 | | | | 2 0 | | |
| DEC 7 | " | " | TEB | ABQ | 2134 | | LV | | | 4 6 | | | | 4 0 | | |
| 13 | " | " | ABQ | TEB | 2135 | | LV | 1/ | | 3 7 | | | | 3 7 | | |
| 19 | " | " | TEB | TIST | 2136 | | LV | | | 3 8 | | | | 3 8 | | |
| 30 | " | " | TIST | TEB | 2137 | | LV | 1/ | | 4 0 | | | | 4 0 | | |
| 2011 JAN 6 | " | " | TEB | TIST | 2138 | | LV | | | 3 7 | | | | 3 7 | | |
| 17 | " | " | TIST | PBI | 2139 | | LV | 1/1 | | 2 9 | | | | 2 9 | | |
| 18 | " | " | PBI | TEB | 2140 | | LV | | | 2 4 | | | | 2 4 | | |
| FEB 2 | G-1159A | SIMULATOR | DFW | DFW | | | HOLD&NG | | | 2 6 | | | | 2 0 | | |
| 2 | " | " | " | " | | | | | | 2 0 | | | | 2 0 | | |
| 3 | " | " | " | " | | | HOLDONG | | | 2 0 | | | | 2 0 | | |
| 3 | " | " | " | " | | | | | 3/3 | 2 0 | | | | 2 0 | | |
| 6 | G-1159B | N909JE | TEB | TIST | 2141 | | | 1/ | | 3 5 | | | | 3 5 | | |
| 10 | G-1159B | N536GA | PBI | TEB | | | JOHN ROBERTS | | | 2 4 | | | | 2 4 | | |
| 13 | G-1159B | N909JE | TEB | BED | 2143 | | LV | 1/1 | | 2 9 | | | | 2 9 | | |

I certify that the statements made by me on this form are true.

Pilot's Signature: David R Rodgers

| | | | |
|---|---|---|---|
| Page Total | 13/10 | 52 9 | 52 3 |
| Amount Forward | 6931 6535 | 10702 6 | 33 173 8 | 2176 8 8525 8 51 |
| Total to Date | 6944 6535 | 10754 9 | 33 173 8 | 2176 8 8575 1 51 |

Case 18-2868, Document 283, 08/09/2019, 2628241, Page786 of 883

GIUFFRE007154
CONFIDENTIAL

CONFIDENTIAL DR_000100

| Date 2011 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category AIRPLANE | GLIDER | HELICOPTER | ...and Class SEL | MEL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FEB 13 | G-1159B | N909JE | BGD | PBI | 2144 | | LV | | 2 7 | | | | 2 7 |
| 16 | " | " | PBI | TIST | 2145 | | LV | | 2 4 | | | | 2 4 |
| 18 | S-76C++ | N722JE | TIST | LSJ | | | LV | | 3 | | 3 | | 3 |
| 19 | " | " | LSJ | TISX | | | LV | | 3 | | 3 | | 3 |
| 19 | " | " | TISX | LSJ | | | LV | | 3 | | 3 | | 3 |
| 19 | " | " | LSJ | TIST | | | LV | | | | 1 | | |
| 20 | " | " | TIST | LSJ | | | LV | | | | 1 | | |
| 20 | " | " | LSJ | TIST | | | LV | | | | 1 | | |
| 20 | G-1159B | N909JE | TIST | TEB | 2146 | | LV | 1/ | 4 2 | | | | 4 2 |
| 26 | " | " | TEB | ABQ | 2147 | | LV | | 5 0 | | | | 5 0 |
| MAR 4 | " | " | ABQ | LGB | 2148 | | LV | 1/1 | 1 | | | | 1 |
| 4 | " | " | LGB | ABQ | 2149 | | LV | | 1 6 | | | | 1 6 |
| 10 | " | " | ABQ | CPS | 2150 | | LV | 1/1 | 2 2 | | | | 2 |
| 26 | " | " | CPS | TEB | 2151 | | LV | | 1 8 | | | | 1 |
| 26 | " | " | TEB | TIST | 2152 | | LV | | 3 4 | | | | 3 |
| 27 | " | " | TIST | MDPC | 2153 | | LV | 1/1 | 8 | | | | |
| 27 | " | " | MDPC | TIST | 2154 | | LV | 1/1 | 8 | | | | |
| 27 | " | " | TIST | MDPC | 2155 | | LV | 1/1 | 9 | | | | |
| 28 | " | " | MDPC | TIST | 2156 | | LV | | 9 | | | | 28 |

I certify that the statements made by me on this form are true.

Pilot's Signature: David Rodgers

| | Number of Landings | Airplane | Glider | Helicopter | ...Class |
|---|---|---|---|---|---|
| Page Total | 6/5 | 28 6 | | 1 2 | 28 |
| Amount Forward | 6944 6835 1980 | 16754 9 | 3 3 | 1738 | 2176 8 8578 |
| Total to Date | 6540 | 10783 5 | 3 3 | 1750 | 2176 8 8666 |

Case 18-2868, Document 283, 08/09/2019, 2628241, Page787 of 883

CONFIDENTIAL DR_000101

GIUFFRE007155
CONFIDENTIAL

| Date 2011 | Aircraft Make and Model | Aircraft Identification Mark | From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Airplane | Glider | Helicopter | SEL | | MEL | | LAND |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MAR 29 | G-1159B | N909JE | TIST | TEB | 215 | | LV | 1/ | 4 | 1 | | | | 4 | 1 | |
| 30 | S-76C++ | N722JE | TEB | 4N1 | | | TWO CONSECUL AISON TURANGO INTO A RESTAURANS G. RENSTRA LV | | | | 3 | | | | | |
| 30 | " | " | 4N1 | TEB | | | GEORGE RENSTRA LV | | | | 3 | | | | | |
| 30 | " | " | TEB | POU | | | | | | | 3 8 | | | | | |
| APR 13 | B-727-200 | SIMULATOR | SFB | SFB | | | DICL GAZDA-INSTRUCTOR HOLDING BILL DAVIDSON-CREW BOBBY-CREW | | 2 0 | | | | | 2 0 | |
| 13 | " | " | " | " | | | DICK GAZDA-INSTRUCTOR BILL DAVIDSON-CREW BOBBY CREW | | 2 0 | | | | | 2 0 | |
| 14 | " | " | " | " | | | SAME AS ABOUT CAPT. CHECK KEN BURGOS - FAA EXAMINER | | 2 0 | | | | | 2 0 | |
| 14 | " | " | " | " | | | SAME AS ABOVE FG CHECK | | 2 0 | | | | | 2 0 | |
| 26 | B-727-31H | N908JE | PBI | BQK | | | JIM ROWELL LV | | 1 2 | | | | | 1 2 | |
| 30 | G-1159B | N909JE | TIST | TEB | 2159 | | LV | 1/1 | 3 8 | | | | | 3 8 | |
| MAY 14 | " | " | TEB | LFPB | 2160 | | LV | | 7 4 | | | | | 7 4 | |
| 16 | " | " | LFPB | GOOY | 2161 | | LV | 1/1 | 6 3 | | | | | 6 3 | |
| 20 | " | " | GOOY | GVAC | 2162 | | LV | | 1 2 | | | | | 1 2 | |
| 20 | " | " | GVAC | TIST | 2163 | | LV | | 6 4 | | | | | 6 4 | |
| 22 | " | " | TIST | TEB | 2164 | | LV | 1/1 | 4 1 | | | | | 4 1 | |
| JUN 6 | BHS-407 | N491GM | PBI - F45 - PBI | | | | RANDY ROWLES - EXAMINER HELL SCHOOL | | | | 1 6 | | | | | |
| 8 | " | " | PBI - LNA - PBI | | | | SAME AS ABOVE FULL DOWN AUTOS | | | | 1 4 | | | | | |
| 26 | G-1159B | N909JE | TIST | TGB | 2166 | | LV | 1/1 | 4 0 | | | | | 4 0 | |
| 30 | " | " | TEB | PBI | 2167 | | LV | | 2 4 | | | | | 2 4 | |

I certify that the statements made by me on this form are true.

Pilot's Signature: David Rodrigue

| | Page Total | 5/4 | 48 9 | | 4 4 | 2176 | 8866 7 |
| | Amount Forward | 6450 6450 6540 | 10183 5 | 33 175 0 | | 2176 | 8655 6 |
| | Total to Date | 6955 6544 | 10852 4 | 33 179 4 | | 48 9 | |

Case 18-2868, Document 283, 08/09/2019, 2628241, Page788 of 883

GIUFFRE007156
CONFIDENTIAL

| Date 2011 | Aircraft Make and Model | Aircraft Identification Mark | From | To | Misc Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aeroplane | Glider | Helicopter | SGL | MEL | Landings | XC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jul 4 | G-1159B | N909JE | PBI | TEB | 2168 | | LV | 1/1 | 2 4 | | | | 2 4 | | 2 |
| 9 | " | " | TEB | ASE | 2169 | | LV | | 3 9 | | | | 3 9 | | 3 |
| 9 | " | " | ASE | ABQ | 2170 | | LV | | 1 2 | | | | 1 2 | | 1 |
| 14 | " | " | ABQ | BFI | 2171 | | LV | 1/1 | 2 8 | | | | 2 8 | | 2 |
| 15 | " | " | BFI | APC | 2172 | | LV | | 1 6 | | | | 1 6 | | 1 |
| 17 | " | " | APC | TEB | 2173 | | LV | /1 | 5 1 | | | | 5 1 | | 5 |
| 19 | " | " | TEB | TIST | 2174 | | LV | | 3 5 | | | | 3 5 | | 3 |
| 20 | " | " | TIST | TEB | 2175 | | LV | 1/1 | 4 0 | | | | 4 0 | | 4 |
| 25 | B-727-200 | SIMULATOR | MIA | MIA | | | CAPTAIN WARM UP HOLDING | | 2 0 | | | | 2 0 | | |
| 25 | " | " | " | " | | | FG WARM UP | | 2 0 | | | | | | |
| 26 | " | " | " | " | | | CAPTAIN CHECK RIDE PART 125 HARRY BROWN - CHPM ENGR HOLDING | | 1 6 | | | | 1 6 | | |
| 26 | " | " | " | " | | | FE CHECK RIDE PART 125 HARRY BROWN - CHPM ENGR | | 1 6 | | | | 1 6 | | |
| 28 | G-1159B | N909JE | TEB | PBI | 2176 | | SSPT ON JUAP SGOT | | 0 | | | | 0 | | |
| 28 | " | " | PBI | PBI | 2177 | | 3 TAKG TAKG-OFF + LANDINS FOR NAROB MARCINKO FROM THE LEFTSHOT | 3/3 | 1 1 | | | | 1 1 | | |
| Aug 3 | B-727-31H | N908JE | BQK | PBI | 494 | | LV | 1/1 | 1 1 | | | | 1 1 | | 1 |
| 31 | BHT-407 | N491GM | TIST | LSJ | | | LV | | | | 3 | | | 1 | |
| 31 | " | " | LSJ | LSJ | | | LV | | | | 7 | | | 8 | |
| Sep 4 | G-1159B | N909JE | SWF | TIST | 2180 | | LV NM | 1/ | 3 9 | | | | 3 9 | | 3 |
| 13 | " | " | TEB | TIST | 2182 | | LV | 1/ | 3 8 | | | | 3 8 | | 3 |

I certify that the statements made by me on this form are true.

Pilot's Signature: *David Rodgers*

| | | |
|---|---|---|
| Page Total | 9/8 | 40 4 ... 1 0 |
| Amount Forward | 6459 6569 6552 | 10832 4 ... 33 179 4 |
| Total to Date | | 10872 8 ... 33 180 4 |

CONFIDENTIAL DR 009102

CONFIDENTIAL

Case 18-2868, Document 283, 08/09/2019, 2628241, Page789 of 883

GIUFFRE007157
CONFIDENTIAL

CONFIDENTIAL DR 009103

| Date 2011 NOV | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Manoeuvres, Endorsements | Number of Landings | Aircraft Category AIRPLANE | GLIDER | HELICOPTER | ...and Class SEL | MEL | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 21 | B-727-200 | SIMULATOR | MIA | MIA | | | FG CHECK RIDGE PAXS 125 LV SIGNOFF LM | | 1 0 | | | | 1 0 | | |
| 25 | " | " | " | " | | | CAPTAIN RC REX GARLAND HOLDING LM | | 2 0 | | | | 2 0 | | |
| DEC 1 | B-727-31H | N908JE | PBI | PBI | | 495 | RVSM TEST FLIGHT LV LM | | 1 6 | | | | 1 6 | | |
| 3 | " | " | PBI | PBI | | 496 | DEMO FLIGHT FOR LV QATAR ENTOURAGE LM | | 1 1 | | | | 1 1 | | |
| 13 | " | " | PBI | VQQ | | 497 | MAINTENANCE LV LM | 1/1 | 9 | | | | 9 | | |
| 2012 JAN 3 | G-1159B | N909JE | TEB | MHT | | 2193 | LV | 1/1 | 9 | | | | 9 | | |
| 8 | " | " | MHT | LFPB | | 2194 | LV | / | 6 1 | | | | 6 1 | | |
| 16 | " | " | LFPB | GMMX | | 2195 | LV | | 3 0 | | | | 3 0 | | |
| 17 | " | " | GMMX | DIAP | | 2196 | LV | 1/1 | 4 2 | | | | 4 2 | | |
| 18 | " | " | DIAP | GVAC | | 2197 | LV | | 3 6 | | | | 3 6 | | |
| 18 | " | " | GVAC | TIST | | 2198 | LV | | 7 1 | | | | 7 1 | | |
| 23 | BHT-407 | N491GM | LSJ | TIST | | | LV | | | | 2 | | | | 1 |
| 24 | G-1159A | N909JE | TIST | PBI | | 2199 | LV | | 2 9 | | | | 2 9 | | |
| FEB 12 | G-1159A | SIMULATOR | DFW | DFW | | | FMS APPROACHES, FMS HOLDING COLD WX STALLS, NO FLAP LDNGG, HOLDING | | 3 0 | | | | 3 0 | | |
| 13 | " | " | " | " | | | HIGH ALT/HI VDS APPROACHES, CIRCLING DESCENT, RTO, EO LACKEY-GROUP CGI | | 2 0 | | | | 2 0 | | |
| MAR 6 | B-727-31H | N908JE | VQQ | VQQ | | 498 | JSM BRITTENON 2 LV | | 5 | | | | 5 | | |
| 6 | " | " | VQQ | PBI | | 498 | LV JB | | 9 | | | | 9 | | |
| 16 | " | " | PBI | JFK | | 499 | LV JB | | 2 4 | | | | 2 4 | | |
| 17 | " | " | JFK | LFPB | | 500 | LV JB | | 7 5 | | | | 7 5 | | |

I certify that the statements made by me on this form are true.

Pilot's Signature [signature] David Rodgers

| | | AIRPLANE | | HELICOPTER | SEL | MEL | | |
|---|---|---|---|---|---|---|---|---|
| Page Total | 3/4 | 50 7 | | 2 | | 50 7 | | 1 |
| Amount Forward | 644 6552 | 10872 8 | 3 3 | 180 4 | | 2176 8 8696 0 545 | | |
| Total to Date | 6467 6656 | 10923 5 | 3 3 | 180 6 | | 2176 8 8746 7 546 | | |

Case 18-2888, Document 283, 08/09/2019, 2628241, Page790 of 883

GIUFFRE007158
CONFIDENTIAL

CONFIDENTIAL

CONFIDENTIAL DR_000104

| Date | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival (From) | Points of Departure & Arrival (To) | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Airplane | Glider | Helicopter | SEL | MEL | Landex |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2022 MAR 19 | B-727-31H | N90BJE | LFPB | EGHL | | 501 | LASHAM MAENT | 1 / 1 | 1 0 | | | | 1 0 | |
| APR 18 | G-1159B | N909JE | TEB | TIST | | 2207 | | | 3 7 | | | | 3 7 | |
| 30 | B-727-200 SIMULATOR | MIA | MIA | | | | WARM UP AS CAPTAEN AND LV... SECURITY ENGINEER HOLDENG LV CAPTOF REG PC HOLDENG LV HARVEY BROWN GRAMSHUL JOG BAYROU | | 4 0 | | | | 4 0 | |
| MAY 1 | " | " | " | " | | | | | 4 0 | | | | 4 0 | |
| 3 | G-1159B | N909JE | TIST | PBI | | 2208 | LV | 2 7 | | | | | 2 7 | |
| 4 | " | " | PBI | TEB | | 2209 | LV | 1 / 1 | 2 5 | | | | 2 5 | |
| JUL 8 | " | " | TEB | TIST | | 2212 | LV | | 3 5 | | | | 3 5 | |
| 20 | " | " | TIST | TIST | | 2213 | LV | 3/3 | 2 | | | | 2 | |
| 21 | " | " | TIST | TEB | | 2214 | LV | 1 / 1 | 3 8 | | | | 3 8 | |
| 26 | " | " | TEB | PBI | | 2215 | LV | | 2 4 | | | | 2 4 | |
| 30 | " | " | PBI | CNW | | 2216 | LV | 1 / 1 | 2 4 | | | | 2 4 | |
| 30 | " | " | CNW | ABQ | | 2217 | LV | 1 / 1 | 1 5 | | | | 1 5 | |
| AUG 15 | " | " | ABQ | SFO | | 2218 | LV | | 2 3 | | | | 2 3 | |
| 6 | " | " | SFO | ABQ | | 2219 | LV | | 2 1 | | | | 2 1 | |
| 18 | " | " | ABQ | TEB | | 2220 | LV | | 3 6 | | | | 3 6 | |
| 22 | " | " | TEB | IAD | | 2221 | LV | 1 / 1 | 9 | | | | 9 | |
| 22 | " | " | IAD | PBI | | 2222 | LV | | 2 3 | | | | 2 3 | |
| 26 | " | " | PBI | TIST | | 2223 | LV | | 2 6 | | | | 2 6 | |
| SEP 6 | " | " | TIST | TEB | | 2224 | LV | 1 / 1 | 3 8 | | | | 3 8 | |

I certify that the statements made by me on this form are true.

Pilot's Signature: David Rodgers

| | | |
|---|---|---|
| Page Total | 11 / 9 | 49 3 |
| Amount Forward | 6967 | 10123 5 | 33 180 6 |
| Total to Date | 6565 | 10972 8 | 33 180 6 |

2176 8 8746 7 5
2176 8 8796 0 5

| Date 2012 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | | Number of Landings | Aircraft Category... Airplane | Glider | Helicopter | ...and Class SEL | MEL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| SEP 13 | G-1159B | N909JE | TEB | ABQ | 2225 | | | LV | | 4 1 | | | | 4 |
| 18 | " | " | ABQ | ONT | 2226 | | | LV | 1/1 | 1 6 | | | | 1 |
| 19 | " | " | ONT | TEB | 2227 | | | LV | | 4 8 | | | | 4 |
| 28 | " | " | TEB | PBI | 2228 | | | LV | | 2 5 | | | | 2 |
| OCT 1 | " | " | PBI | TIST | 2229 | | | LV | 1/1 | 2 6 | | | | 2 |
| 6 | " | " | TIST | TEB | 2230 | | | LV | 1/ | 3 7 | | | | 2 |
| 24 | B-727-31H | N908JE | EGHL | EGSS | 502 | | LASHAM TO STANSTED JIM BARTKOWSKI | LV | 1/ | 3 7 | | | | 3 |
| 28 | G-1159B | N909JE | TEB | TIST | 2231 | | | LV | | 3 9 | | | | |
| NOV 12 | B-727-200 | SIMULATOR | MIB | MIA | | | FE PC MARCELLO MARINO CHRIS HIGGENS | LV | 1/1 | 2 0 | | | | 3 |
| 12 | " | " | " | " | | | CAPTAIP PC HOLOFUL CHRIS HIGGOS HARRY BRINN | LV | | 2 8 | | | | 2 |
| 20 | G-1159B | N909JE | TEB | PBI | 2235 | | | LV | | 2 0 | | | | 2 |
| 25 | " | " | PBI | MDW | 2236 | | | LV | | 2 3 | | | | 2 |
| 26 | " | " | MDW | TEB | 2237 | | | LV | | 2 8 | | | | 1 |
| DEC 6 | B-727-31H | N908JE | EGSS | EGSS | 503 | | | LV CH | 1/1 | 1 7 | | | | |
| 7 | " | " | EGSS | JFK | 504 | | | LV CH | | 8 2 | | | | |
| 14 | " | " | JFK | TIST | 505 | | | LV CH | 1/ | 3 7 | | | | |
| 2013 JAN 10 | " | " | TIST | PBI | 506 | | | LV CH | | 2 8 | | | | |
| 17 | G-1159B | N909JE | TEB | PBI | 2239 | | | LV | | 2 9 | | | | |
| 21 | " | " | PBI | TEB | 2240 | | | LV | | 2 7 | | | | |

CONFIDENTIAL DR_000105

I certify that the statements made by me on this form are true.

Pilot's Signature _David Rodgers_

| | | | |
|---|---|---|---|
| Page Total | 6/4 | 55 8 | |
| Amount Forward | 6970 6565 | 10972 8 | 3 3 1 8 0 6 · 2176 8 87 |
| Total to Date | 6984 6569 | 11023 6 | 3 3 1 8 0 6 · 2176 8 885 |

GIUFFRE007159
CONFIDENTIAL

CONFIDENTIAL

| Date 2013 | Aircraft Make and Model | Aircraft Identification Mark | Points of Departure & Arrival From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Aircraft Category... Airplane | Glider | Helicopter | ...and Class SEL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FEB 7 | B-727-31H | N908JE | PBI | BGK | | 507 | LY CH | 1/1 | 1 1 | | | |
| 13 | G-1159A | SIMULATOR | DFW | DFW | | | ROCKY GREAVES-INSTRUCTOR HOLIDAY 30E FLORENDANEZ | | 2 0 | | | |
| 14 | " | " | | | | | SAME AS ABOVE HOLDING | 3/3 | 2 0 | | | |
| 16 | G-1159B | N909JE | TEB | PBI | 2245 | | LV | 1/1 | 3 0 | | | |
| 18 | " | " | PBI | TEB | 2244 | | LV | ● | 2 8 | | | |
| 22 | " | " | TEB | ABQ | 2247 | | LV | 1/ | 4 9 | | | |
| 24 | " | " | ABQ | LGB | 2248 | | LV | | 1 7 | | | |
| 26 MAR | " | " | LGB | TEB | 2249 | | LV | | 4 8 | | | |
| 1 | " | " | TEB | PBI | 2250 | BILL GATES | LV | | 2 5 | | | |
| 19 APR | " | " | TIST | TEB | 2252 | | LV | 1/1 | 4 2 | | | |
| 5 | " | " | TEB | TIST | 2256 | | LV | 1/1 | 3 6 | | | |
| 21 | " | " | TIST | TEB | 2257 | | LV | 1/1 | | | | |
| 25 | " | " | TEB | ASE | 2258 | | LV | 1/ | 4 3 | | | |
| 25 | " | " | ASE | ABQ | 2259 | | LV | 1/1 | 1 0 | | | |
| 25 | " | " | ABQ | TUL | 2260 | | LV | 1/1 | 1 3 | | | |
| 29 | " | " | TUL | VNY | 2261 | | LV | | 3 0 | | | |
| 30 MAY | " | " | VNY | TEB | 2262 | | LV | 1/ | 4 9 | | | |
| 6 | " | " | TEB | TIST | 2263 | | LV | | 3 8 | | | |
| 12 | " | " | TIST | PBI | 2264 | | BELL MURPHY | 1/ | 2 7 | | | |

I certify that the statements made by me on this form are true.

Pilot's Signature: David Rodgers

| | | |
|---|---|---|
| Page Total | 14/12 | 57 4 |
| Amount Forward | 6984 6584 | 11028 6 | 3 3 | 180 6 | 2176 8 |
| Total to Date | 6998 6581 | 11086 0 | 3 3 | 180 6 | 2176 8 |

CONFIDENTIAL DR_000106

GIUFFRE007161
CONFIDENTIAL

Case 18-2868, Document 283, 08/09/2019, 2628241, Page793 of 883

CONFIDENTIAL DR 000107

I certify that the statements made by me on this form are true.

Pilot's Signature: *David Rodger*

| Date 2013 | Aircraft Make and Model | Aircraft Identification Mark | From | To | Miles Flown | Flight No. | Remarks, Procedures, Maneuvers, Endorsements | Number of Landings | Airplane | | Glider | Helicopter | SEL | MEL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| MAY 15 | G-1159B | N909JE | PBI | TIST | 2265 | | LV | | 2 | 3 | | | | 2 | 3 |
| 22 | " | " | TIST | ISP | 2266 | | DARREN ROZNELL | 1/1 | 3 | 6 | | | | 3 | 6 |
| 24 | " | " | ISP | TEB | 2267 | | LV | 1/1 | | 8 | | | | | 8 |
| 24 | " | " | TEB | TIST | 2268 | | LV | V | 3 | 7 | | | | 3 | 7 |
| JUN 3 | " | " | TIST | ISP | 2269 | | LV | | 3 | 9 | | | | 3 | 9 |
| 6 | " | " | ISP | LFPB | 2270 | | LV | / | 7 | 0 | | | | 7 | 0 |
| 15 | " | " | LFPB | LPAZ | 2271 | | LV | | 3 | 9 | | | | 3 | 9 |
| 16 | " | " | LPAZ | TIST | 2272 | | LV | | 5 | 6 | | | | 5 | |
| 24 | " | " | TIST | TEB | 2273 | | LV | 1/1 | 3 | 9 | | | | 3 | |
| JUL 17 | " | " | TIST | TEB | 2276 | | BILLY DIMARO | 1/1 | 3 | 8 | | | | 3 | |
| 19 | " | " | TGB | BED | 2277 | | LV | | | 9 | | | | | |
| 19 | " | " | BED | TIST | 2278 | | LV | | 3 | | | | | 3 | |
| 25 | " | " | TIST | PBI | 2279 | | LV | 1/1 | 2 | 6 | | | | 2 | |
| 26 | " | " | PBI | TEB | 2280 | | LV | | 2 | 5 | | | | 2 | |
| AUG 1 | " | " | TEB | ABQ | 2281 | | BILLY DIMARO | 1/1 | 4 | 2 | | | | 4 | |
| 3 | " | " | ABQ | LAS | 2282 | | BD | 1/1 | 1 | 3 | | | | 1 | |
| 4 | " | " | LAS | ABQ | 2283 | | BD | 1/1 | 1 | 4 | | | | 1 | |
| 7 | " | " | ABQ | ASE | 2284 | | BD | 1/1 | 1 | 1 | | | | 1 | |
| 7 | " | " | ASE | BFI | 2285 | | BD | 1/1 | 2 | 2 | | | | 2 | |
| Page Total | | | | | | | | 16/11 | 58 | 4 | | | | | 58 |
| Amount Forward | | | | | | | | 6998/6581 | 1086 | 0 | 3 3 | 180 6 | | 2176 8 | 890 |
| Total to Date | | | | | | | | 7009/6592 | 1144 | 4 | 3 3 | 180 6 | | 2176 8 | 896 |

EXHIBIT 42
(Filed Under Seal)



GIUFFRE007162
CONFIDENTIAL

scan

scan0001

scan0003

scan0004

scan0005

scan0006

scan0007

scan0008

scan0009

scan0010

scan0011

scan0012

scan0013

scan0014

scan0015

scan0016

scan0017

scan0018

scan0019

GIUFFRE007163
CONFIDENTIAL



GIUFFRE007164
CONFIDENTIAL



GIUFFRE007165
CONFIDENTIAL



GIUFFRE007166
CONFIDENTIAL



GIUFFRE007167
CONFIDENTIAL



GIUFFRE007168
CONFIDENTIAL



GIUFFRE007169
CONFIDENTIAL



GIUFFRE007170
CONFIDENTIAL



GIUFFRE007171
CONFIDENTIAL



GIUFFRE007172
CONFIDENTIAL



GIUFFRE007173
CONFIDENTIAL



GIUFFRE007174
CONFIDENTIAL



GIUFFRE007175
CONFIDENTIAL



GIUFFRE007176
CONFIDENTIAL



GIUFFRE007177
CONFIDENTIAL



GIUFFRE007178
CONFIDENTIAL



GIUFFRE007179
CONFIDENTIAL



GIUFFRE007180
CONFIDENTIAL



GIUFFRE007181
CONFIDENTIAL



GIUFFRE007182
CONFIDENTIAL

# EXHIBIT 43
# (Filed Under Seal)

... ....งาน ต.ช้างคลาน อ. เมือง จ. เชียงใหม่ 50100 โทร. (053) 281033-8 แฟกซ์ 281044



**ROYAL PRINCESS**
Chiang Mai

# ROOM SERVICE

ทะเบียนการค้าเลขที่ 50 14 2827

| WAITER NO. | PERSONS | TABLE NO. | CHECK NO. |
|------------|---------|-----------|-----------|
| 062 | 4 | 923 | № 32098 |

| DETAILS | | AMOUNTS |
|---------|--|---------|

5 ROOM-B/F

FOOD  320 00

VAT  24. 64

SERV-cp  32.00

TOTAL  376 64

```
TBL 923/1   CHK 2098        QST 4
       090CT'02 06:11AM

  4 COFE/TEA/MILK      320.00   T
    FOOD TOTAL         320.00
    VAT 7%              24.64
    SERVICE             32.00
    TOTAL DUE         376.64

    923
    923/ROBERTS
    HOTEL GUEST        376.64
ACC RECIEVABLE   021009-02-00278
TIN        3 10 1 61770 2
RD#        5014 22 000232
-----5 CHECK CLOSED 06:13AM-----
```

'02 FE( -9 3 24

---

PAID–CHARGES

NAME:- Virginia Roberts            ROOM NO. 923
                                   G.C. NO.

ADDRESS:-

SIGNATURE

GIUFFRE007413
CONFIDENTIAL

112 ถ. ช้างคลาน ต.ช้างคลาน อ. เมือง จ. เชียงใหม่ 50100 โทร. (063) 281033-6 แฟกซ์ 281044



**ROYAL PRINCESS**
CHIANG MAI

# ROOM SERVICE

ทะเบียนการค้าเลขที่ 50 14 2827

| WAITER NO. | PERSONS | TABLE NO. | CHECK NO. |
|---|---|---|---|
| 062 | 1 | 923 | № 32106 |

| DETAILS | AMOUNTS |
|---|---|

5 ROOM-B/F

FOOD 110.00

VAT 8.47

SERVICE 11.00

TOTAL 129.47

```
TBL 923/1   CHK 2106      GST 1
        10OCT'02 06:24AM

 1 FRENCH FRIES      110.00  T
   FOOD TOTAL        110.00
   VAT 7%              8.47
   SERVICE            11.00
   TOTAL DUE        129.47

 923
 923/ROBERTS
 HOTEL GUEST        129.47
ACC RECIEVABLE   021010-02-00310
TIN      3 10 1 61770 2
RD#      5014 22 000232
-----5 CHECK CLOSED 06:25AM-----
```

| PAID—CHARGES | |
|---|---|
| NAME :— | ROOM NO. 923 |
| | C.C. NO. |
| ADDRESS :— | |
| SIGNATURE | |

GIUFFRE007414
CONFIDENTIAL

เน ต.ช้างคลาน อ. เมือง จ. เชียงใหม่ 50100 โทร. (063) 281033-6 แฟกซ์ 281044



**ROYAL PRINCESS**
CHIANG MAI

# ROOM SERVICE

ทะเบียนการค้าเลขที่ 50 14 2827

| WAITER NO. | PERSONS | TABLE NO. | CHECK NO. |
|---|---|---|---|
| 04 | | # 923 | № 32117 |

| DETAILS | AMOUNTS |
|---|---|

Food @ 120

Sev. 10 f. 13 00

Vat. y% 10.01

Tot. 153.01

```
5 ROOM-B/F

TBL 1/64      CHK 117        GST 1
         13OCT'02 06:11AM

1 F RICE PORK CHIC   130.00   T
  FOOD TOTAL         130.00
  VAT 7%              10.01
  SERVICE             13.00
  TOTAL DUE    153.01

  923
  923/ROBERTS
  HOTEL GUEST          153.01
ACC RECIEVABLE   021013-02-00435
TIN       3 10 1 61770 2
RD#       5014 22 000232
----5 CHECK CLOSED 06:11AM----
```

| PAID—CHARGES | |
|---|---|
| NAME :— | ROOM NO. 923 |
| | C. NO. |
| ADDRESS :— | |
| SIGNATURE | |

GIUFFRE007415
CONFIDENTIAL

112 ถ. ช้างคลาน ต.ช. .. .. .ลาน อ. เมือง จ. เชียงใหม่ 50100 โทร. (063) 281033-6 แฟกซ์ 281044



**ROYAL PRINCESS**
CHIANG MAI

# ROOM SERVICE

ทะเบียนการค้าเลขที่ 50 14 2827

| WAITER NO. | PERSONS | TABLE NO. | CHECK NO. |
|---|---|---|---|
| 014 | 1 | A 923 | № 32129 |

| DETAILS | AMOUNTS |
|---|---|

Food @ 250
Sev 10% 25.00
Vat 7% 19.25
Tot 294.25

```
5 ROOM-B/F

TBL 1/69    CHK 129        GST 1
        14OCT '02 06:08AM

1 FRIED SPRING ROL   120.00  T
1 F RICE PORK CHIC   130.00  T
  FOOD TOTAL         250.00
  VAT 7%              19.25
  SERVICE             25.00
  TOTAL DUE          294.25

  923
  923/ROBERTS
  HOTEL GUEST        294.25
ACC RECIEVABLE  021014-02-00484
TIN       3 10 1 61770 2
RD#      5014 22 000232
----5 CHECK CLOSED 06:08AM----
```

PAID-CHARGES

NAME :-                    ROOM NO. 923
                          C. C. NO.

ADDRESS :-

SIGNATURE

GIUFFRE007416
CONFIDENTIAL

11ะ ฮ. ช้างคลาน ค.ช้างคลาน อ. เมือง จ. เชียงใหม่ 50100 โทร. (053) 281033-6 แฟกซ์ 281044



**ROYAL PRINCESS**
CHIANG MAI

# Swimming Pool

ทะเบียนการค้าเลขที่ 50 14 2827

| WAITER NO. | PERSONS | TABLE NO. | CHECK NO. |
|---|---|---|---|
| 009 | 1 | P/S | № 23621 |

| DETAILS | AMOUNTS |
|---|---|

```
    13 POOL-PM

TBL 1/      CHK 621           GST 1
            16OCT'02 03:23PM

  1 WATER            25.00   T
    BEVR. TOTAL      25.00
    VAT 7%            1.93
    SERVICE           2.50
    TOTAL DUE        29.43

    923
    923/ROBERTS
    HOTEL GUEST      29.43
ACC RECIEVABLE   021016-02-00630
TIN      3 10 1 61770 2
RD#      5014 22 000232
----13 CHECK CLOSED 03:30PM----
```

| PAID—CHARGES | |
|---|---|
| NAME:— | ROOM NO. |
| | C.C. NO. |
| ADDRESS:— | |
| SIGNATURE | |

GIUFFRE007417
CONFIDENTIAL

112 ถ. ช้างคลาน ค.ช้างคลาน อ. เมือง จ. เชียงใหม่ 50100 โทร. (053) 281033-6 แฟกซ์ 281044



**ROYAL PRINCESS**
CHIANG MAI

# ROOM SERVICE

ทะเบียนการค้าเลขที่ 50 14 2827

| WAITER NO. 94 | PERSONS 2 | TABLE NO. # 923 | CHECK NO. № 32143 |
|---|---|---|---|
| DETAILS | | AMOUNTS | |

Food @ 240

Sev 10% 24.00

Vat 7% 18.48

Tof. 282.48

```
5 ROOM-S/F

TBL 923/1    CHK 143       GST 2
        16OCT'02 06:19AM

2 FRIED SPRING ROL    240.00   T
       FOOD TOTAL       240.00
       VAT 7%            18.48
       SERVICE           24.00
       TOTAL DUE        282.48

923
923/ROBERTS
HOTEL GUEST           282.48
ACC RECIEVABLE   021016-02-00597
TIN      3 10 1 61770 2
RD#      5014 22 000232
-----5 CHECK CLOSED 06:20AM-----
```

| PAID-CHARGES | |
|---|---|
| NAME :-  Virginia Roberts | ROOM NO.  923 No. 3 |
| ADDRESS :- | |
| SIGNATURE  Virginia Roberts | |

GIUFFRE007418
CONFIDENTIAL

J12 ถ. ช้างคลาน ช้างคลาน อ. เมือง จ. เชียงใหม่ 50100 โทร. (063) 281033-6 แฟกซ์ 281044



**ROYAL PRINCESS**
CHIANG MAI

# ROOM SERVICE

ทะเบียนการค้าเลขที่ 50 14 2827

| WAITER NO. | PERSONS | TABLE NO. | CHECK NO. |
|---|---|---|---|
| ccrf | 3 | 9123 | № 32147 |

| DETAILS | AMOUNTS |
|---|---|

```
 5 ROOM-B/F

TBL 923/1   CHK 147      GST 3
         16OCT'02 07:37AM

 3 FAMILY BREAKFAST   780.00  T
   FOOD TOTAL         780.00
   VAT 7%              60.03
   SERVICE             78.00
   TOTAL DUE       918.06

   923
   923/ROBERTS
   HOTEL GUEST            918.06
HCC RECIEVABLE   021016-02-00607
 TIN     3 10 1 61770 2
 RD#     5014 22 000232
----5 CHECK CLOSED 08:00AM----
```

PAID-CHARGES

NAME :— Virginia Roberts          ROOM NO. 923

C.C. NO.

ADDRESS :

SIGNATURE

GIUFFRE007419
CONFIDENTIAL

112 ถ. 1    ต.ช้างคลาน อ. เมือง จ. เชียงใหม่ 50100 โทร. (053) 281033-6 แฟกซ์ 281044



**ROYAL PRINCESS**
CHIANG MAI

# ROOM SERVICE

ทะเบียนการค้าเลขที่ 50 14 2827

| WAITER NO. | PERSONS | TABLE NO. | CHECK NO. |
|---|---|---|---|
| 923 | 2 | 923 | № 32161 |

| DETAILS | AMOUNTS |
|---|---|

```
5 ROOM-B/F

TBL 923/1   CHK 161        GST 0
            17OCT'02 08:05AM
-----------------------------------
1 TOST/DNIS/CROS*      80.00   T
  FOOD TOTAL           80.00
  VAT 7%                5.16
  SERVICE               8.00
  TOTAL DUE            94.16

923
923/ROBERTS
HOTEL GUEST            94.16
ACC RECIEVABLE   021017-02-0067
TIN       3 10 1 61770 1
RD#       5014 22 000232
------5 CHECK CLOSED 08:15AM------
```

| PAID—CHARGES | |
|---|---|
| NAME :— *Virginia Roberts* | ROOM NO. 923 |
| | C. C. NO. |
| ADDRESS :— | |
| SIGNATURE *Vincent Roberts* | |

GIUFFRE007420
CONFIDENTIAL

J12 ต    น ต.ช้างคลาน อ. เมือง จ. เชียงใหม่ 50100 โทร. (063) 281033-6 แฟกซ์ 281044



**ROYAL PRINCESS**
CHIANG MAI

# ROOM SERVICE

ทะเบียนการค้าเลขที่ 50 14 2827

| WAITER NO. | PERSONS | TABLE NO. | CHECK NO. |
|---|---|---|---|
| C23 | 1 | 923 | № 32162 |

| DETAILS | AMOUNTS |
|---|---|

```
 : ROOM-B/F

TBL 923/1    CHK 162      BST 0
         17OCT'02 08:53AM

 1 COFE/TEA/MILK       80.00  T
   FOOD TOTAL          80.00
   VAT 7%               5.16
   SERVICE              8.00
   TOTAL DUE           94.16

   923
   923/ROBERTS
   HOTEL GUEST         94.16
ACC RECIEVABLE   021017-02-00679
TIN      1 10 1 61771 2
RD#       5014 22 000202
-----5 CHECK CLOSED 09:06AM-----
```

| PAID—CHARGES | | |
|---|---|---|
| NAME :- _Virginia Roberts_ | ROOM NO. 923 | |
| | C.C. NO. | |
| ADDRESS :- | | |
| SIGNATURE _Virginia Roberts_ | | |

GIUFFRE007421
CONFIDENTIAL

ก. ฉ. ช้างคลาน ต.ช้างคลาน อ. เมือง จ. เชียงใหม่ 50100 โทร. (063) 281033–6 แฟกซ์ 281044



# ROOM SERVICE

**ROYAL PRINCESS**
*CHIANG MAI*

ทะเบียนการค้าเลขที่ 50 14 2827

| WAITER NO. | PERSONS | TABLE NO. | CHECK NO. |
|---|---|---|---|
| 063 | 2 | 923 | № 32160 |

| DETAILS | AMOUNTS |
|---|---|

```
  C ROOM-B/F

TBL 923/1   CHK 2160        GST 2
            17OCT'02 07:47AM

  1 FRESH FRUIT        80.00  T
  2 OR GR TO JUICE    180.00  T
    FOOD TOTAL        260.00
    VAT 7%             20.02
    SERVICE            26.00
    TOTAL DUE         306.02

    923
    923/ROBERTS
    HOTEL GUEST         306.02
ACC RECIEVABLE  011117-A2-00670
  TIN       3 10 1 61770 2
  RD#       5014 22 001232
----5 CHECK CLOSED 18:00AM----
```

| PAID—CHARGES | |
|---|---|
| NAME :- *Virginia Roberts* | ROOM NO. 923 |
| | C.C. NO. |
| ADDRESS :- | |
| SIGNATURE  *Virginia Roberts* | |

GIUFFRE007422
CONFIDENTIAL

112 ถ. ช้างคลาน ต.ช้างคลาน อ. เมือง จ. เชียงใหม่ 50100 โทร. (053) 281033-6 แฟกซ์ 281044



**ROYAL PRINCESS**
CHIANG MAI

# ROOM SERVICE

ทะเบียนการค้าเลขที่ 50 14 2827

| WAITER NO. | PERSONS | TABLE NO. | CHECK NO. |
|---|---|---|---|
| C62 | 2 | 923 | № 32171 |

| DETAILS | AMOUNTS |
|---|---|

```
ROOM-B 7
923/1    CHK 171
         18OCT'02 19:38pm

2 COFE/TEA/MILK       54.00
1 MILD                36.00
  FOOD TOTAL         250.00
  VAT 7%              19.25
  SERVICE             25.00
  TOTAL DUE          294.25

  922
  923/ROBERTS
  HOTEL GUEST         294.25
ACC RECIEVABLE   020018-02-00756
  TIN      3 10 1 61770 4
           5014 22 0 0320?
  -----5 CHECK CLOSED 08:52AM-----
```

PAID—CHARGES

NAME :- Robert Giuffre      ROOM NO. 923

C. C. NO.

ADDRESS :-

SIGNATURE

GIUFFRE007423
CONFIDENTIAL

.คลาน ต.ช้างคลาน อ. เมือง จ. เชียงใหม่ 50100 โทร. (063) 281033-6 แฟกซ์ 281044



**ROYAL PRINCESS**
CHIANG MAI

# ROOM SERVICE

ทะเบียนการค้าเลขที่ 50 14 2827

| WAITER NO. | PERSONS | TABLE NO. | CHECK NO. |
|---|---|---|---|
| | 2 | 923 | № 32172 |

| DETAILS | AMOUNTS |
|---|---|

```
  PROM-5

 To 923/1   CHK 172
         180°T 02 13:58PM

  2 POST/DNIS/POSAN    160.00
     Food TOTAL         160.00
     VHT 7%              12.32
     SERVICE             16.00
     TOTAL DUE          188.32

      NC
    AS PAYEE
    HOTEL CHECK         188.32
    A C RECEIVABLE    U2LU18-02-0075P
    TIN     2 10 1 61770 2
    PIN      %14 22 0.0232
     —5 CHECK CLOSED 9:04PM——
```

| PAID—CHARGES | | |
|---|---|---|
| NAME :- | ROOM NO. | |
| | C.C. NO. | |
| ADDRESS :- | | |
| SIGNATURE | | |

GIUFFRE007424
CONFIDENTIAL

บ ๑ ถ. ช้างคลาน ต.ช้างคลาน อ. เมือง จ. เชียงใหม่ 50100 โทร. (053) 281033-6 แฟกซ์ 281044

**ROYAL PRINCESS**
Chiang Mai



ทะเบียนการค้าเลขที่ 60 14 2887

| WAITER NO. | PERSONS | TABLE NO. | CHECK NO. |
|---|---|---|---|
| K 13 | 1 | a | № 263581 |

| DETAILS | AMOUNTS |
|---|---|

```
  12/5-B/F

TBL 9/4      CHK 531      GST 1
         18OCT'02 08:27AM

  C.B.F.            200.00
  FOOD TOTAL        200.00
  VAT 7%             15.40
  SERVICE            20.00
  TOTAL DUE        235.40

  705

  HOTEL GUEST       235.40
  ACC RECIEVABLE  021018-02-00755
  TIN       3 10 1 61776 2
  #TA       501- 22 000232
  ----1 CHECK CLOSED 08:50AM----
```

| PAID—CHARGES | |
|---|---|
| NAME :— | ROOM NO. 7-03 |
| DAG RANGNES | C. C. NO. |
| ADDRESS :— | |
| SIGNATURE | Dag Rangnes |

GIUFFRE007425
CONFIDENTIAL

112 ถ. ช้างคลาน อ.ช้างคลาน อ. เมือง จ. เชียงใหม่ 50100 โทร. (053) 281033-6 แฟกซ์ 281044



**ROYAL PRINCESS**
CHIANG MAI

# Swimming Pool

ทะเบียนการค้าเลขที่ 50 14 2827

| WAITER NO. | PERSONS | TABLE NO. | CHECK NO. |
|---|---|---|---|
| ab | 2 | Pool | № 23629 |

| DETAILS | AMOUNTS |
|---|---|

```
12 POOL-AM.

TBL 1/69     CHK 629          GST 2
         17OCT '02 12:06PM

 1 SINGHA BEER -S      110.00   T
 1 SOFT DRINKS          50.00   T
   BEVR. TOTAL         160.00
   VAT 7%               12.32
   SERVICE              16.00
   TOTAL DUE          188.32

   907
   907/BROWNLIE-MCI
   HOTEL GUEST         188.32
ACC RECIEVABLE  021017-02-00695
TIN      3 10 1 81770 2
RD#      5014 22 000232
----12 CHECK CLOSED 12:14PM----
```

| PAID–CHARGES | |
|---|---|
| NAME :— | ROOM NO. 907 |
| M. MCINTYRE | C. C. NO. |
| ADDRESS :— | |

SIGNATURE   M McIntyre

GIUFFRE007426
CONFIDENTIAL

## ซัก–รีด/LAUNDRY

เล่มที่ BK. No. 034

เลขที่ 01699

| จำนวนที่<br>ท่านนับ<br>Guest<br>Count | จำนวนที่<br>แผนกนับ<br>Office<br>Count | สุภาพบุรุษ<br>GENTLEMEN | จำนวนเงิน<br>Amount | จำนวนที่<br>ท่านนับ<br>Guest<br>Count | จำนวนที่<br>แผนกนับ<br>Office<br>Count | สุภาพสตรี<br>LADIES | จำนวนเงิน<br>Amount |
|---|---|---|---|---|---|---|---|
| 9 | | เสื้อเชิ้ตแขนสั้น/Shirts-short sleeves | 70 | | | ชุดติดกัน/Dress | 130 | |
| | | เสื้อเชิ้ตแขนยาว/Shirt-long sleeves | 80 | 160 | | | เสื้อนอก/Jacket | 100 | |
| 0 | | เสื้อเชิ้ตยืด/T.Shirt | 60 | 100 | | 1 | เสื้อเบลาส์/Blouse | 70 | 70 |
| | | กางเกง/Trousers | 90 | | | | กางเกงขายาว/Pant Suit | 120 | |
| | | ผ้าเช็ดหน้า/Handkerchief | 20 | | | | กระโปรง/Skirt | 100 | |
| 5 | | ถุงเท้า 1 คู่/Socks PR | 25 | 125 | 5 | | กางเกงสั้น/Slack | 90 | 450 |
| 5 | | กางเกงขาสั้น/Shorts | 60 | 180 | | | ผ้าเช็ดหน้า/Handkerchief | 20 | |
| 1 | | เสื้อชั้นใน/Undershirt | 30 | 90 | | | ชุดชั้นใน/Pyjamas | 90 | |
| 2 | | กางเกงชั้นใน/Underpant | 30 | 30 | | | ชุดนอน/Gown & Robe | 90 | |
| | | เสื้อกันหนาว/Coat (Cotton) | 100 | | | | เสื้อชั้นใน/Brassieres | 45 | |
| | | ชุดนอน/Pyjamas | 90 | | | 1 | กางเกงชั้นใน/Panty | 40 | 40 |
| | | ชุดราตรี/Safari Suit | 150 | | | | กางเกงชั้นใน/Slip | 60 | |
| | | อื่นๆ/Other | | | | | อื่นๆ/Other | | |

ปกติธรรมดา
Regular Service
บริการพิเศษ (เพิ่มค่าบริการ 50%)
Express (50% Surcharge)
ยังไม่ต้องส่งคืน
To Hold

เสื้อที่จะต้องส่งคืน
Shirts to be returned
☑ พับ     Folded
☐ แขวน   Hanger

☑ ปกติธรรมดา
Regular Service

Delicate(1ed)

| | ยอดรวม Total Amount | 1625 |
|---|---|---|
| | 10% ค่าบริการ 10% Service Charge | 162.50 |
| | 7% ภาษีรัฐบาล 7% Government Tax | 105.00 |
| | ยอดรวมทั้งสิ้น/TOTAL | 1812.90 70 |

ชื่อ/Name _____ Kamala Roberts
หมายเลขห้อง/Room No. _____ 923
วันที่/Date _____ 10.7 - Dec.  923  11/10/95 923
วันเวลาเวลาที่ท่านจะเช็คเอาท์/Your Departure Date & Time _____

คำสั่งพิเศษ/Special Instructions
Be Delicate w/ lace shirts
underipants

Laundry Mark
Wash Colors separate

PINK = CASHIER, YELLOW = ACCOUNT, WHITE = GUEST

GIUFFRE007427
CONFIDENTIAL

บริษัทรอยัล ปริ้นเซส จำกัด (มหาชน)
สาขาโรงแรมรอยัล ปริ้นเซส เชียงใหม่
112 ถ.ช้างคลาน ต.ช้างคลาน
อ.เมือง จ.เชียงใหม่

เลขประจำตัวผู้เสียภาษี 3 10 161770 2



**ROYAL PRINCESS**
*CHIANG MAI*

NO. **41607**

**MINI BAR LIST**

BEVERAGES AVAILABLE IN YOUR REFRIGERATOR

NAME ................................................ ROOM NO. 923 .... DATE 14-10-45

| PAR STOCK | CONTENTS | UNIT PRICE | CONSUMP-TION | TOTAL BAHT |
|---|---|---|---|---|
| 2 | Singha Beer (Small) | 100 | | |
| 2 | Heineken Beer | 110 | | |
| | | | | |
| 2 | Soda Water | 50 | | |
| 1 | Coca-Cola | 50 | 1 | 50 |
| 2 | Mineral Water | 60 | 2 | 120 |
| | | | | |
| 1 | Brandy V.S.O.P. 20 cl. | 550 | | |
| 1 | Scotch Whisky 20 cl. | 400 | | |
| 1 | Thai Whisky | 130 | | |
| 1 | Gin 20 cl. | 400 | | |
| 1 | Vodka 20 cl. | 400 | | |
| | | | | |
| 4 | Chocolate Bar | 60 | 1 | 120 |
| 1 | Potatoes Snack | 40 | | |
| | | | | |
| 2 | Singha Water | Complimentary | | |
| | | | | |
| | | | | |

Prices are inclusive of service charge and VAT

**TOTAL** 290

We refill your refrigerator daily and bill the consumption directly to your Hotel account.
And drinks will be charged fully when the bottle is open.

**PLEASE DO NOT PAY CASH**

Guest's signature ................................................

Refilled by................................................
................................................ Front Office Cashier

GIUFFRE007428
CONFIDENTIAL

บริษัทรอยัล ปริ๊นเซส จำกัด (มหาชน)
สาขาโรงแรมรอยัล ปริ๊นเซส เชียงใหม่
112 ถ.ช้างคลาน ต.ช้างคลาน
อ.เมือง จ.เชียงใหม่

เลขประจำตัวผู้เสียภาษี 3 30 181730 0

**MINI BAR LIST**



**ROYAL PRINCESS**
*CHIANG MAI*

**NO. 41678**

BEVERAGES AVAILABLE IN YOUR REFRIGERATOR ประจำ

NAME ........................................ ROOM NO. 923 DATE 9-10-45

| PAR STOCK | CONTENTS | UNIT PRICE | CONSUMP-TION | TOTAL BAHT |
|---|---|---|---|---|
| 2 | Singha Beer (Small) | 100 | | |
| 2 | Heineken Beer | 110 | | |
| | | | | |
| 2 | Soda Water | 50 | | |
| 1 | Coca-Cola | 50 | | |
| 2 | Mineral Water | 60 | 1 | 60 |
| | | | | |
| 1 | Brandy V.S.O.P. 20 cl. | 550 | | |
| 1 | Scotch Whisky 20 cl. | 400 | | |
| 1 | Thai Whisky | 130 | | |
| 1 | Gin 20 cl. | 400 | | |
| 1 | Vodka 20 cl. | 400 | | |
| | | | | |
| 4 | Chocolate Bar | 60 | 1 | 60 |
| 1 | Potatoes Snack | 40 | | |
| | | | | |
| 2 | Singha Water | Complimentary | | |
| | | | | |
| | | | | |
| | | | | TOTAL 120 |

Prices are inclusive of service charge and VAT

We refill your refrigerator daily and bill the consumption directly to your Hotel account.
And drinks will be charged fully when the bottle is open.

**PLEASE DO NOT PAY CASH**

Guest's signature ........................................................................

Refilled by ...................................................... Front Office Cashier

GIUFFRE007429
CONFIDENTIAL

บริษัทรอยัล ปริ๊นเซส จำกัด (มหาชน)
สาขาโรงแรมรอยัล ปริ๊นเซส เชียงใหม่
112 ถ.ช้างคลาน ต.ช้างคลาน
อ.เมือง จ.เชียงใหม่

เลขประจำตัวผู้เสียภาษี 3 10 161370 3



**ROYAL PRINCESS**
*CHIANG MAI*

**MINI BAR LIST**

NO. **41854**

BEVERAGES AVAILABLE IN YOUR REFRIGERATOR

NAME ..................................... ROOM NO. 923 ....DATE 16-10-45

| PAR STOCK | CONTENTS | UNIT PRICE | CONSUMP-TION | TOTAL BAHT |
|---|---|---|---|---|
| 2 | Singha Beer (Small) | 100 | | |
| 2 | Heineken Beer | 110 | | |
| | | | | |
| 2 | Soda Water | 50 | | |
| 1 | Coca-Cola | 50 | | |
| 2 | Mineral Water | 60 | 1 | 60 |
| | | | | |
| 1 | Brandy V.S.O.P. 20 cl. | 550 | | |
| 1 | Scotch Whisky 20 cl. | 400 | | |
| 1 | Thai Whisky | 130 | | |
| 1 | Gin 20 cl. | 400 | | |
| 1 | Vodka 20 cl. | 400 | | |
| | | | | |
| 4 | Chocolate Bar | 60 | 2 | 120 |
| 1 | Potatoes Snack | 40 | | |
| | | | | |
| 2 | Singha Water | Complimentary | | |
| | | | | |
| | | | | |

Prices are inclusive of service charge and VAT ........ TOTAL | 180 |

We refill your refrigerator daily and bill the consumption directly to your Hotel account.
And drinks will be charged fully when the bottle is open.

**PLEASE DO NOT PAY CASH**

Guest's signature ...................................................................... ..........

Refilled by.................................................................... Front Office Cashier

GIUFFRE007430
CONFIDENTIAL

บริษัทรอยัล ปริ้นเซส จำกัด (มหาชน)
สาขาโรงแรมรอยัล ปริ้นเซส เชียงใหม่
112 ถ.ราชดำเนิน ต.ช้างคลาน
อ.เมือง จ.เชียงใหม่

**MINI BAR LIST**



**ROYAL PRINCESS**
*CHIANG MAI*

เลขประจำตัวผู้เสียภาษี ๓ ๑๐ ๑๖๑๗๗๐ ๒

NO. **41858**

BEVERAGES AVAILABLE IN YOUR REFRIGERATOR

NAME ................................................ ROOM NO. **923** DATE **15-9-45**

| PAR STOCK | CONTENTS | UNIT PRICE | CONSUMP-TION | TOTAL BAHT |
|---|---|---|---|---|
| 2 | Singha Beer (Small) | 100 | | |
| 2 | Heineken Beer | 110 | | |
| | | | | |
| 2 | Soda Water | 50 | | |
| 1 | Coca-Cola | 50 | | |
| 2 | Mineral Water | 60 | | |
| | | | | |
| 1 | Brandy V.S.O.P. 20 cl. | 550 | | |
| 1 | Scotch Whisky 20 cl. | 400 | | |
| 1 | Thai Whisky | 130 | | |
| 1 | Gin 20 cl. | 400 | | |
| 1 | Vodka 20 cl. | 400 | | |
| | | | | |
| 4 | Chocolate Bar | 60 | 2 | 120 |
| 1 | Potatoes Snack | 40 | | |
| | | | | |
| 2 | Singha Water | Complimentary | | |
| | | | | |
| | | | | |
| | | | | |

Prices are inclusive of service charge and VAT            **TOTAL** | 120 |

We refill your refrigerator daily and bill the consumption directly to your Hotel account.
And drinks will be charged fully when the bottle is open.

**PLEASE DO NOT PAY CASH**

Guest's signature .................................................................................

Refilled by ..................................................................... Front Office Cashier

GIUFFRE007431
CONFIDENTIAL

บริษัทรอยัล ปริ้นเซส จำกัด (มหาชน)
สาขาโรงแรมรอยัล ปริ้นเซส เชียงใหม่
112 ถ.ช้างคลาน ต.ช้างคลาน
อ.เมือง จ.เชียงใหม่

**MINI BAR LIST**



**ROYAL PRINCESS**
*CHIANG MAI*

เลขประจำตัวผู้เสียภาษี 3 10 101770 2

**NO. 41943**

BEVERAGES AVAILABLE IN YOUR REFRIGERATOR  แผนก

NAME ..................................... ROOM NO. **923** DATE **17-10-45**

| PAR STOCK | CONTENTS | UNIT PRICE | CONSUMP-TION | TOTAL BAHT |
|---|---|---|---|---|
| 2 | Singha Beer (Small) | 100 | | |
| 2 | Heineken Beer | 110 | 1 | 110 |
| | | | | |
| 2 | Soda Water | 50 | | |
| 1 | Coca-Cola | 50 | 1 | 50 |
| 2 | Mineral Water | 60 | | |
| | | | | |
| 1 | Brandy V.S.O.P. 20 cl. | 550 | | |
| 1 | Scotch Whisky 20 cl. | 400 | | |
| 1 | Thai Whisky | 130 | | |
| 1 | Gin 20 cl. | 400 | | |
| 1 | Vodka 20 cl. | 400 | | |
| | | | | |
| 4 | Chocolate Bar | 60 | | |
| 1 | Potatoes Snack | 40 | | |
| | | | | |
| 2 | Singha Water | Complimentary | | |
| | | | | |
| | | | | |
| | Prices are inclusive of service charge and VAT | | TOTAL | 160 |

We refill your refrigerator daily and bill the consumption directly to your Hotel account.
And drinks will be charged fully when the bottle is open.

**PLEASE DO NOT PAY CASH**

Guest's signature ....................................................................

Refiled by ........................................................ Front Office Cashier

GIUFFRE007432
CONFIDENTIAL

# EXHIBIT 44
# (Filed Under Seal)



# EXHIBIT 45
# (Filed Under Seal)

 *Cancelled*

# VEHICLES

| | | |
|---|---|---|
| **Mercedes Benz 600**<br>2001 Black<br><br>Licence: EO3PRU *Gone To NYC*<br>Lic: U90-BQL *To* 198 | (561) 309-6415 Rear<br>(561) 379-9390 Front<br><br>*Halconby Dog* | Mercedes Benz of Palm Beach<br>4000 Okeechobee Boulevard<br>West Palm Beach, FL 33409<br>Att: Shawn Adison<br>Tel: (561) 689-6363 |
| **Mercedes Benz 600**<br>1997 Black<br><br>Licence: G14KCT | (561) 758-1672 Rear<br>(561) 818-8867 Front | |
| **Mercedes Benz 600 Conv**<br>1998 Silver<br><br>Licence: RAS85L *Gone* | (561) 346-7141 | *Paint WORK & BODY Shop<br>Coach WORK<br>contact Dominique* ▮ |
| **Suburban**<br>2001 Black *Gone to 2010*<br><br>Licence: WGE53R | (561) 371-1686 | Roger Dean Chevrolet<br>2235 Okeechobee Boulevard<br>West Palm Beach, FL 33409<br><br>Tel: (561) 683-8100 |
| **Crysler Mini Van**<br>1996 White<br><br>Licence: WGE52R *Gone* | (561) 308-5700 | Nestor Auto Repairs<br>2600 Florida Avenue<br>West Palm Beach, FL 33401<br><br>Tel: (561) 835-0809 |
| **Cobra Grand**<br>1993 Green<br><br>C97CRJ *Larry's Horse* | | Nestor Auto Repairs<br>2600 Florida Avenue<br>West Palm Beach, FL 33401<br><br>Tel: (561) 835-0809 |
| **Volvo**<br>1998 Gold<br><br>Mrs Epstein | (561) 686-3707 | Volvo Palm Beach<br>5544 Okeechobee Boulevard<br>West Palm Beach, FL 33417<br><br>Tel: (561) 471-7600 |
| **Oil Well** | 900 Southern Boulevard<br>West Palm Beach, FL 33405<br><br>**Tel: (561) 835-9374** | Oil change every 3 000 miles |

**Registration, insurance and yearly inspection papers to be kept in the glove compartment of each vehicle**
**Spare keys are kept in the key box in the office**

GIUFFRE007834

| Muvico Parisian | City Place 545 Hibiscus Street West Palm Beach, FL 33401 Tel: (561) 833-0400 | |
|---|---|---|

## GROCERY STORES

| Bishop Water Co | Tel: (561) 582-1367 *Shane"* | *water* bottled water (large and small) |
|---|---|---|
| Carmine Giardini's | 2401 PGA Boulevard, Suite 172 Palm Beach Gardens, FL 33410 Tel: (561) 775-0105 *Fax (561) 775-9233* | Fish, meat, gourmet foods ████████████████ |
| C'est Si Bon | 280 Sunset Avenue Palm Beach, FL 33480 Tel: (561) 659-6503 | Gourmet foods |
| Publix Super Market | 265 Sunset Avenue Palm Beach, FL 33480 Tel: (561) 655-4120 | General, cleaning, toiletries |
| Wild Oats | 7735 South Dixie Highway West Palm Beach, FL 33405 Tel: (561) 585-8800 | Health Foods |

## HEALTH & BEAUTY

| Pharmacy | Greens Pharmacy 151 North County Road Palm Beach, FL 33480 Tel: (561) 832-4443 | |
|---|---|---|
| | Lewis Pharmacy 235 South County Road Palm Beach, FL 33480 Tel: (561) 655-7867 | |

GIUFFRE007835

# UTILITIES

| | | |
|---|---|---|
| **Water** | City of West Palm Beach<br>226 Cypress Lane<br>Palm Springs, FL 33461<br><br>**Tel: (561) 965-5770** | Water shut-off for entire property is located next to the mailbox on the sidewalk. |
| **Electricity** | Florida Power and Light<br>General Mailing Facility<br>Miami, FL 33188-0001<br><br>**Tel: (561) 697-8000** | |
| **Gas** | Florida Gas Company<br>401 South Dixie Highway<br>West Palm Beach, FL 33401<br><br>**Tel: (561) 832-0872** | |
| **Sewer** | City of West Palm Beach<br>226 Cypress Lane<br>Palm Springs, FL 33461<br><br>**Tel: (561) 965-5770** | |
| **Trash Removal** | City of West Palm Beach<br>226 Cypress Lane<br>Palm Springs, FL 33461<br><br>**Tel: (561) 965-5770** Water Dpt<br>(561) 965 4022 Trash Removal | Daily (Monday -Friday)<br>Recycables (Thurs bef Noon) |
| **Telephone** | ETC<br>2921 N Australian Avenue<br>West Palm Beach, FL 33407<br><br>**Tel: (561) 881-8118** | |
| | Bell South<br><br>**Tel: (561) 780-2611** | |

GIUFFRE007836

| Plumber | Foster Plumbing | General plumbing repairs |
|---|---|---|
| *General Plumbing 561-585-2591* | Foster Plumbing<br>2800 Westgate Avenue<br>West Palm Beach, FL 33409<br><br>Tel: (561) 686-1721 | General plumbing repairs |
| | Roto Rooter<br>6600 NW 12th Avenue, Suite 213<br>Fort Lauderdale, FL 33309<br><br>Tel: (561) 832-1495 | Blocked drains |
| Pool | Hackl Pools<br>1331 Central Terrace<br>Lake Worth, FL 33460<br><br>Tel: (561) 588-7493 *Valerie* | Monday and Thursday at 10:30am<br>Clean pool, filter, ████<br>(*Michelle* ██████████ |
| Tree Trimming | County Wide Tree Service<br><br>Tel: (561) 371-5786 | First Monday in May and November |

## STORAGE

| Storage USA | 5580 Okeechobee Boulevard<br>West Palm Beach, FL 33417<br><br>Tel: (561) 683-9955 | 10 ft x 20 ft unit available |
|---|---|---|

## VEHICLES

| Car Detailing | Palm Beach Wash & Auto Detail<br>1220 N. Dixie Highway<br>(at Amoco Gas) *James?*<br><br>Tel: (561) 835-8748 | |
|---|---|---|

*George*
*Clean car Services*

██████████████

*124 SW 1st Ave*
*Boynton Beach Fl*
*33426*

*G. G.*
*724 SW 1st Av.*
*Boynton Beach, Fl*
*3*

GIUFFRE007837

## MAIL & DELIVERY SERVICES

| FedEx | 1-800-463-3339 | Account No: ████████ |
|---|---|---|
| | | Drop-off box is next to Palm Beach National Bank on Worth Avenue |
| Post Office | 401 South County Road West Palm Beach, FL  Tel: (561) 832-0697 | |

## MAINTENANCE

| Air Conditioning | Cassidy Air Conditioning 501 Fern Street West Palm Beach, FL 33401  Tel: (561) 833-6331 | Monthly service contract First Monday of every month *b/c Payment* - Joe Technician - *Kathy* - *Kerry* Bob (Filter Service) *Cer..?* |
|---|---|---|
| Awnings | American Awning Company 537 Pine Terrace West Palm Beach, FL 33405  Tel: (561) 832-7123 | |
| Cable Service | Adelphia Cable 1401 North Point Parkway West Palm Beach, FL 33407  Tel: (561) 478-8300 | *Cal* |
| Carpenter | Tel: ████████ | Erwin *Ray* *Cen* |
| Carpet Cleaners *Mary Peckham* | Stanley Steamers Tel: (561) 586-5700 | Wall to wall *2 - Cell* |
| | Merry Rugs Tel: (561) 588-8588 | Loose rugs |
| Computers | Bloomberg 499 Park Avenue New York, NY 10022  Tel: (212) 318-2100 | Palm Beach consultants: Chad Bonta Peter Kapopoulos *Changed* Tel: (3 ████████ |

GIUFFRE007838

# TRAVEL

| Pilots | Larry Visoski ✓ | ████████████ |
| | Dave Rodgers | |
| | Larry Morrison | |
| Mr Epstein's planes | Jet Aviation | **(561) 233-7241** <br><br> Procedure for leaving cars at the airport: <br> Leave car at Jet Aviation landing strip <br> Leave the keys in the car <br> Advise Jet Aviation <br> Tail #909JE  or  Tail #908JE <br> They will tag and pull car to plane upon arrival |
| Ms Maxwell's plane | Raytheon *Changed to:* <br><br> *Fly Options* | **1-888-835-9782** <br><br> Contract No:  Air 4 *9 70 Q J* <br> Tail # ...TA <br> Always a Beech Jet or Hawker |
| Commercial Airlines | Air France | **1-800-237-2747** |
| | American | **1-800-433-7300** |
| | British Airways | **1-800-247-9297** |
| | Continental | **1-800-525-0280** |
| | Delta | **1-800-221-1212** |
| | South African Airways | **1-800-722-9675** |
| | United | **1-800-241-6522** |
| | US Air | **1-800-428-4322** |

— Carlos Avila Handymen (561)

GIUFFRE007839

→ Colonial Bank /worth Ave.
~ Ben Leun
~ Leonor

## BANKING

| Household Banking Account | Palm Beach National Bank<br>125 Worth Avenue<br>Palm Beach, FL 33480<br><br>**Tel: (561) 653-5594** | Account No: ▮▮▮▮<br>Send to Eric Gany for reconciliation<br>$1,000 Petty Cash Float |
|---|---|---|

## BICYCLES

| Bicycles | Palm Beach Bicycle Trail Shop<br>223 Sunrise Avenue<br>Palm Beach, FL 33480<br><br>**Tel: (561) 659-4583** | Mongoose Crossway 450<br>Raleigh Aluminium 300<br>Mercedes Benz<br>Cignal Sports Bike<br>Schwinn World<br>Huffy Santa Fe<br>Raleigh Sport<br>Scott Boston |
|---|---|---|

## BOOKSTORES

| Newspapers | Publix Super Market<br>265 Sunset Avenue<br>Palm Beach, FL 33480<br><br>**Tel: (561) 655-4120** | |
|---|---|---|
| Magazines | Main Street News<br>255 Royal Poinciana Way<br>Palm Beach, FL 33480<br><br>**Tel: (561) 833-4027** | |

## CLEANING SERVICE

| Francis Peadon<br>House Cleaning Services | ▮▮▮▮▮▮▮▮ | Every Tuesday and Wednesday<br>8:00am - 4:00pm<br>(Francis and Pastora Peadon) |
|---|---|---|

## ENTERTAINMENT

| The Breakers | One South County Road<br>Palm Beach, FL 33480<br><br>**Tel: (561) 655-6611** | Renew car park stickers every September |
|---|---|---|
| Comedy Corner | 2000 South Dixie Highway<br>West Palm Beach, FL 33401<br><br>**Tel: (561) 833-1812** | |
| The Mar-a-Lago Club | 1100 South Ocean Boulevard<br>Palm Beach, FL 33480<br><br>**Tel: (561) 832-2600** | |

GIUFFRE007840

*Sem Co. System (561) 715-4832  Sam*

| | | |
|---|---|---|
| **Electrician** | Energy Efficient Electric<br>Tel: (561) 655-7211 | *Changed.* |
| **Exterminator** | Palm Beach Exterminating<br><br>Tel: (561) 689-0808 | Contact is Ken<br>First Monday of every month at 10:30am<br>Also use for termite tent |
| **Garden Service** | Alan Stopek<br><br>Efflorescence<br>█████████ Trace<br>Wellington, FL 33414<br><br>████████████ | |
| | Jerome Pierre<br><br>███████████ | Part-time help. Billed through Alan Stopek.<br>In residence: Daily from 6.30am<br>Not in residence: Mon - Fri from 2pm - 5pm<br>Also maintains Mrs Epstein's property on<br>Saturday mornings. |
| **Garage Doors** | The Doorsmith<br>4160 NW First Avenue<br>Boca Raton, FL 33431<br><br>Tel: (561) 391-7768 | |
| **Gates** | Reich Metal Fabricators *Tom*<br><br>Tel: (561) 585-3173 *John* | Back door gate switch - above garage door<br>controls. When open, round red light is on.<br><br>Front door gate switch - in telephone outlet<br>above the kitchen telephone |
| **Irrigation** | Dolphin Sprinkler Inc<br><br>Tel: (561) 844-8082 *Janet* | *Alan Bentz* |
| **Landscape Spraying** | Academy Services<br><br>Tel: (561) 478-4629 | Arrange through Alan Stopek |
| **Locksmith** | Wilson Rowan Locksmiths<br>625 South Dixie Highway<br>West Palm Beach, FL 33401<br><br>Tel: (561) 655-3637 | |
| **Painter** | ██████████ | Bill *Changed* |

GIUFFRE007841



Suburb of Sunrock

Senh

Mom's

★ Adriana

★ Alan Slopek

1.-

2.-

― Bollz

3.-

― Benjamin (Bato Dept)

★ ― Bruno

― Dave (Pilot)

― David (Cook)

Senh

― Ts Mollico

★― George Macintosh d.

― Ghislaine

― Nadia

― Hellon

― Omar

― Jon Luc (Karin Models)

― Jorgo Macintosh

P B still

― Larry (Pilot)

P.B House

―o ― Lenny (Electric

P B Fax

P.B (305)

― Miguel

Milko Pecadu

GIUFFRE007842

**Address / Telephone Sheet**   *Serah's E Mail:*   ███████████

# # 358 El Brillo Way, Palm Beach Fl, 33480

| Name | Address | Telephone/Fax |
|---|---|---|
| **Mr. Jeffrey Epstein (NYSG LLC ) Office**<br>**457, Madison Avenue 4th Floor**<br>**New York, NY 10021.** | Email ███████████ | *Leslie* <br> *Jenn (Scty)* <br> *Helen Fax* |
| **Ms. Ghislaine Maxwell** | Email | |

**Accountants**

| | | |
|---|---|---|
| Eric Gany  *EMAD HANNA (St.Rep.)* | Email<br>*Email* | *Deutche Bank)!!!* |
| Bella Klein-Accountants  *(Petty Cash Rep.)* | Email ███████ | |

**Assistants**

| | | |
|---|---|---|
| Leslie Groff (JE Sec) | Email | |
| Cecelia | | |
| Helan Kim | Email | |
| ~~Michelle Compos~~  *Jenn Doyle* | Email | |

**Property**

| | |
|---|---|
| Keith Blumberg | Email |

**Engineer**

*E 71W* <br> *1, NY.* <br> *00*

| | | |
|---|---|---|
| Richard Barnett  *DOUG*  *SCHOETTLE* | *Architech* | *(212) 249-1113 O.*  *(212) 717.4672 F.*  *ot in Service* |

**Computers**
Mark Lumberg

**Residences of Mr. Jeffrey Epstein**
**9 East 71st Street,**
**New York NY 10021**

**Mr. Jeffrey Epstein**

**Ms. Ghislaine Maxwell**

**Staff**
House Manager Jojo
House Manger Lynn

**Staff Phone**

**Chef     Brent Tindall**

GIUFFRE007843

*Home Depot*
*478.0783  Mon*

**Palm Beach Contractors**

**General Plumbing**
Customer Service representative          Amy                              561 585 2591

**Electrical**
Reel Power Inc                           Lenny (electrician)             561 706 0827

**Gates**
Samco Systems                            Sam (owner)                     561 719 4832
Service gate switch: above garage door controls, when round light is on
Front gate switch: just above the telephone outlet kitchen area

**Garage doors**
The Door Smith Inc                       Keith Kelly                     ███████████

**Telephones**
Southern Bell (repairs)                                                  561 780 2355

**Internal Phone system ( NEC)**
Repair and Programming                                                   561 881 8118

**Alarm System**
Benham Industries Inc                    Keith                           854 491 4112

**Locksmith**
Wilson & Rowan                                                           561 655 3637

**A/C Maintenance**
John C Cassidy                           24 hr service                   ███████████

**Handyman**
Carlos (carpenter) *avila*
         *Pa'lw*

**Landscape**                            ████████████████████████████████
Alan Stopeck

**Pest Control**
Palm Beach Exterminator                  Kim                             561 844 8082

**Irrigation**
Dolphin Sprinkle                                                         561 478 4696

**Pool Heating**
National Pool Service                    When needed                     561 585 8866

**Pool Maintenance**
Hack Pool Service                        Monday/ Thursday                561 588 7493

**Tree Trimming**
Country Wide Trees                       Twice, summer/winter            561 371 5786

**Carpet Cleaners**
Stanley Steamers                         wall to wall                    561 586 5700
Merry Rug                                area rug                        561 588 8588

*Alarm -      954.*

02/11/2015                     Page 2306                 Public Records Request No.: 16-268

GIUFFRE007844

*POST OFFICE* — *1.800.2758777*
*561.659.0261*

*Wed 1*
*8-12*

**Cable**
Adelphia cable — Cable TV — 561 ~~468 8300~~ *697.8473*
*1.888.683.1000*
**Bottled Water.**
Bishop water company — Avion water — 561 582 1367
**Upholsterer**
Frank Jennes — ▮
**Gas**
Gas Energy Inc (Joe Di Giovanni) all gas repairs) — 561 963 0505
**Laundry equipment**
May Tag — 1800 622 4729
**Painter**
Sam — Contact Lenny — ▮
**Storage**
Storage USA — 561 683 5835
5580, Okeechobee Blvd
Unit 6218
**Grocery & General Household items**
**General Grocery**
Publix
265, Sunset Ave — 561 655 4120
**Gourmet food**
C' est si bon
289, Sunset Blvd — 561 659 6503
**Carmines**
2401 PGA Blvd    Take 95 North to PGA Blvd — 561 775 9233
Too Jays    Gravelox/ Nova sliced salmon — 561 655 6545
**Green Pharmacy**
151., N County Road — 561 832 4443
**Flowers**
Extra touch Flowers — 561 835 8000
**Hardware**
Home Depot — 561 832 0783
Sewell Hardware — 561 832 7171
528, Clematis Street
**Newspapers**
Main Street News
255, Royal Poinciana Way — 561 833 4027
**Post Office**
401, South County Road, — 561 832 0697
**Car Detailing**    George — ▮
**Taxi Service/Limo**    Dan Tischen
**FedEx**    # 114420816 (Monday & Thursday) — 1800 463 3339
**Recycling**    Every Thursday 6AM to 5PM
**Trash collection**    M-F once a day Early Morning
**Cars**
Mercedes of Palm Beach — 561 689 6393
Chevrolet — 561 683 8100
Auto Repairs    Gray Sunoco 340 South County — 561 655 6645
    Nestor Auto 2600, Florida Avenue — 561 835 0809
GasolineGray Sunoco

*ALL AMERICAN SHUTTERS* — *561.712.9882*

GIUFFRE007845

Marina

[REDACTED]

\* INTEL \*

\* From Sgt Dan Szarzewski
[REDACTED] w/F ⟩ [REDACTED]

Per Curtis

could talk w/ EPSTEIN KNOWS
them WELL. INFO passed on to Capt.

GIUFFRE007846



- ▮
- 12:50pm ▮ ▮
  ▮ —wants to talk to you @ something private
- ▮ Friday
- 6/19  7:15 pm ▮
- 6/17  5:55 pm ▮
- 12:30 ▮ has a Q for you— can you please call her
  ▮
- 6/19  1020pm  Jean Luc
- Signed  Neiman Marcus  6/9/05  $33.02  Amex ▮
  01/06
- ▮ will be here @ 6:30 am
- 6/19/05  1:00pm  Jean Luc
- Four season ▮ Waitt
- 6/18/05  6:40 ▮
- 914 ▮
- 6/19/05 ▮ ▮
- TonyAworld.com
  ▮
  Transs▮

GIUFFRE007847

# EXHIBIT 46
# (Filed Under Seal)

SSA-1826                    ITEMIZED STATEMENT OF EARNINGS

                      SOCIAL SECURITY ADMINISTRATION
                      EARNINGS RECORD INFORMATION

                                        Date: 10/25/2016


Our records show the amount of earnings reported, not the amount of
Social Security taxes that were paid.

Wages were first covered under Social Security in 1937.  Therefore,
1937 is the first year for which earnings may be shown on our records.
Employers were required to report earnings semi-annually in 1937,
and on a quarterly basis for the years from 1938 through 1977.
Beginning with 1978, employers are required to report earnings annually.

Our records do not show the exact date of employment (month and day)
because we do not need this information to figure Social Security
benefits.  Employers do not give us this information.

Each year, there is a maximum amount of earnings that is subject to
Social Security taxes and is used to compute benefits.  If a person
earns more than this maximum amount, the earnings statement will
usually show the maximum rather than the total earnings.  Maximum
benefits can be found on the SSA website.
http://www.ssa.gov/OACT/COLA/cbb.html

Beginning in 1951, self-employed persons could also receive
Social Security credit for their work.  The maximum amounts of
self-employment earnings that are subject to Social Security taxes
and are used to compute benefits can also be found on the SSA website.
http://www.ssa.gov/OACT/COLA/cbb.html

If you have any questions, you should call, write,  or visit any
Social Security office.  If you visit or call, please bring this letter.
It will help us answer questions.  The toll free number to call is
1-800-772-1213 (for the deaf or hard of hearing, call our TTY number,
1-800-325-0778).


**GIUFFRE009176**

**CONFIDENTIAL**

```
SSA-1826              ITEMIZED STATEMENT OF EARNINGS
              * * *     FOR SSN XXX-XX-█████     * * *


FROM:   SOCIAL SECURITY ADMINISTRATION
        OFFICE OF CENTRAL OPERATIONS
        6100 WABASH AVENUE
        BALTIMORE  MARYLAND  21215


NUMBER HOLDER NAME: VIRGINIA   GIUFFRE
   YEARS REQUESTED: 1998 THRU 2002; 2013 THRU 2015


BOIES SCHILLER AND FLEXNER
401 E LAS OLAS BLVD STE 1200
FORT LAUDERDALE FL 33301




EMPLOYER NUMBER:    ███████████
KFC USA INC
% PAYROLL DEPT
5200 COMMERCE CROSSING DR
LOUISVILLE  KY 40229-2182

YEAR    1ST QTR    2ND QTR    3RD QTR    4TH QTR        TOTAL
1999                                                   $140.70


EMPLOYER NUMBER:    ██████████
PUBLIX SUPER MARKETS INC
PO BOX 32018
LAKELAND  FL 33802-2018

YEAR    1ST QTR    2ND QTR    3RD QTR    4TH QTR        TOTAL
1999                                                   $216.69


EMPLOYER NUMBER:   ████████████
ASCENSION CHILD CARE CENTER
ASCENSION PEACE CHILD CARE CENTER
2701 N STATE ROAD 7
LAUD LAKES  FL 33313-2731

YEAR    1ST QTR    2ND QTR    3RD QTR    4TH QTR        TOTAL
1999                                                   $216.97




                        PAGE    1
```

**GIUFFRE009177**

**CONFIDENTIAL**

```
SSA-1826              ITEMIZED STATEMENT OF EARNINGS
                 * * *      FOR SSN  ███████████      * * *
```

EMPLOYER NUMBER: ████████
AVICULTURAL BREEDING & RESEARCH
 CENTER
% ERNEST LAKS
14201 125TH AVE N
WEST PALM BCH  FL 33418-7945

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 2000 |         |         |         |         | $99.48 |

EMPLOYER NUMBER: ████████
SOUTHEAST EMPLOYEE MANAGEMENT
 COMPANY
2559 PALM DEER DR
LOXAHATCHEE  FL 33470-2563

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 2000 |         |         |         |         | $3,212.44 |

EMPLOYER NUMBER: ████████
MAR-A-LAGO CLUB LLC
TRUMP DONALD J GEN PTR
% TRUMP ORGANIZATION
1100 S OCEAN BLVD
PALM BEACH  FL 33480-5004

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 2000 |         |         |         |         | $1,866.50 |

EMPLOYER NUMBER: ████████
OASIS OUTSOURCING VI INC
2054 VISTA PKWY STE 300
WEST PALM BCH  FL 33411-6742

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 2000 |         |         |         |         | $2,037.60 |

EMPLOYER NUMBER: ████████
NEIMAN-MARCUS GROUP LLC
% NEIMAN MARCUS GROUP LTD SOLE MBR
1201 ELM ST
DALLAS  TX 75270-2102

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 2000 |         |         |         |         | $1,440.79 |

GIUFFRE009178

CONFIDENTIAL

```
SSA-1826              ITEMIZED STATEMENT OF EARNINGS
               * * *      FOR SSN  ███████████     * * *
```

EMPLOYER NUMBER: ████████
MANNINOS INC
MANNINOS RESTAURANT
12793 B W FOREST HILL BLVD
WEST PALM BEACH  FL 33414-4749

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 2001 |         |         |         |         | $212.00 |

EMPLOYER NUMBER: ████████
CCI OF ROYAL PALM INC
% ROBERT FURR TTEE
2255 GLADES RD STE 337-W
BOCA RATON  FL 33431-7379

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 2002 |         |         |         |         | $403.64 |

EMPLOYER NUMBER: ████████
ROADHOUSE GRILL INC
ROBERT C FURR TTEE IN BANKRUPTCY
2255 GLADES RD STE 337W
BOCA RATON  FL 33431-7379

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 2002 |         |         |         |         | $1,247.90 |

EMPLOYER NUMBER: ████████
MARC PINKWASSER DVM PA
13860 WELLINGTON TRCE STE 31
WELLINGTON  FL 33414-8541

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 2002 |         |         |         |         | $1,561.75 |

EMPLOYER NUMBER: ████████
GREAT OUTDOORS PREMIER RV-GOLF
 RESORT COMMUNITY SVC ASSOC INC
145 PLANTATION DR
TITUSVILLE  FL 32780-2528

| YEAR | 1ST QTR | 2ND QTR | 3RD QTR | 4TH QTR | TOTAL |
|------|---------|---------|---------|---------|-------|
| 2014 |         |         |         |         | $171.83 |

GIUFFRE009179

CONFIDENTIAL

# EXHIBIT 47
# (Filed Under Seal)

Monday, November 7, 2016                                                    Page: 1
1Quicken Data - All Accounts

## QuickReport by Description
8/12/69 through 1/29/03

| Date | Account | Num | Payee | Memo | Category | Clr |
|------|---------|-----|-------|------|----------|-----|
| 4/22/02 | Courtyard Animal Hospital | 1500 | Virginia Roberts | | split | R |
| 5/6/02 | Courtyard Animal Hospital | 1522 | VOIDvirginia Roberts | | | R |
| 5/6/02 | Courtyard Animal Hospital | 1523 | Virginia Roberts | | split | R |
| 5/20/02 | Courtyard Animal Hospital | 1541 | Virginia Roberts | | split | R |
| 6/4/02 | Courtyard Animal Hospital | 1555 | Virginia Roberts | | split | R |

Total 8/12/69 - 1/29/03

Total Inflows
Total Outflows

Net Total

GIUFFRE009203
CONFIDENTIAL

# EXHIBIT 48
# (Filed Under Seal)

---------- Forwarded message ----------
From: <ross@acuityreputation.com>
Date: 2 January 2015 at 20:29
Subject: Re: URGENT - this is the statement
To: G Max <gmax1@ellmax.com>
Cc: Philip Barden <philip.barden@devonshires.co.uk>


OK G going with this, thanks Philip.
Sent from my BlackBerry® wireless device

**From:** █████████████████████
**Date:** Fri, 2 Jan 2015 20:14:53 +0000
**To:** Ross Gow<ross@acuityreputation.com>
**Cc:** Philip Barden<philip.barden@devonshires.co.uk>
**Subject:** FW: URGENT - this is the statement


Jane Doe 3 is Virginia Roberts so not a new individual.

The allegations made by Victoria Roberts against Ghislaine Maxwell are untrue.

The original allegations are not new and have been fully responded to and shown to be untrue

Each time the story is re told it changes with new salacious details about public figures and world leaders and now it is alleged by Ms Roberts that Alan Derschwitz is involved in having sexual relations with her, which he denies

Ms Roberts claims are obvious lies and should be treated as such and not publicised as news, as they are defamatory.



EXHIBIT
9

EXHIBIT 49
(Filed Under Seal)

TERMINATIONS

| LAST NAME | FIRST NAME | |
|---|---|---|
| Rinker | Ross | Box #7 |
| Rivera | Pablo | Box #3 |
| Rivera | Eduardo | Box #2 |
| Rivero | Alicia | Box #7 |
| Robbins | Jody | Box #4 |
| Roberts | Virginia | Box #4 |
| Roberts | Walter | Box #4 |
| Roberts | Diane | Box #3 |
| Robsham | Lydie | Box #7 |
| Rodriguez | Francisco | Box #4 |
| Rodriguez | Abel | Box #3 |
| Rodriguez | Kenia | Box #3 |
| Rodriguez | Aristalia | Box #2 |
| Rogers | Howard | Box #2 |
| Romeus | Melege | Box #2 |
| Rony | Jean | Box #2 |
| Roqueta | Maria | Box #2 |
| Rose | Cheryl | Box #2 |
| Rosenberg | Bradley | Box #2 |
| Rosier | Sandra | Box #2 |
| Rotchford | Bernadette | Box #4 |
| Rubio | Pascual | Box #2 |
| Rueda | Maria | Box #4 |
| Ruiz | Juan | Box #2 |
| Russeau | Heidi | Box #4 |
| Russell | Kathryn | Box #4 |
| Russotto | Vincent | Box #7 |
| Ryan | Megan | Box #2 |
| Ryan | Michael | Box #7 |
| Saint Gerard | Manes | Box #7 |
| Saint Surin | Jacquest | Box #2 |
| Salloum | Adib | Box #2 |
| Salman | David | Box #2 |
| Salvador | Marian | Box #2 |
| Sanford | Kevin | Box #5 |
| Santos | Elimos | Box #2 |
| Sasaki | Shoko | Box #7 |
| Saunders | Sarah | Box #2 |
| Savage | Angelia | Box #5 |
| Savoie | Terry | Box #2 |
| Scanlan | Peter | Box #5 |
| Schlechter | Melissa | Box #5 |
| Schmantowsky | Craig | Box #2 |
| Schoonover | Richard | Box #2 |
| Schroeder | Glenn | Box #5 |
| Schumacher | Patricia | Box #2 |
| Schwab | Emily | Box #2 |
| Scotland | Jaycen | Box #7 |
| Scott | Cecelia | Box #2 |

MAR-A-LAGO 0173

TERMINATIONS

| LAST NAME | FIRST NAME | |
|---|---|---|
| Vasquez | Sosmar | Box #5 |
| Vasquez | Christian | Box #2 |
| Vaughn | Matthew | Box #2 |
| Velasquez | Rodollfo | Box #2 |
| Vidalis | Chantal | Box #2 |
| Voluck | Justin | Box #2 |
| Vyskrebentsev | Aleksey | Box #5 |
| Wahl | Steven | Box #5 |
| Walker | Sylvia | Box #7 |
| Walkowiak | Toni | Box #7 |
| Wallace | Philip | Box #2 |
| Ward | Terry | Box #5 |
| Webb | Jacob | Box #7 |
| Weber | Ronald | Box #2 |
| Weidner | James | Box #7 |
| Weisman | Brian | Box #2 |
| Wentworth | Gayle | Box #2 |
| Weslowski | Elaine | Box #2 |
| White | Scott | Box #5 |
| Whitley | Deborah | Box #7 |
| Whitney | Moriah | Box #7 |
| Whittle | Tamara | Box #2 |
| Wilburn | Jennifer | Box #2 |
| Williams | Arhon | Box #2 |
| Williams | Gretchen | Box #2 |
| Williams | Jacqueline | Box #2 |
| Williams | Ellen | Box #7 |
| Williams | Kristin | Box #7 |
| Willoughby | William | Box #2 |
| Willson | Howard | Box #5 |
| Willson | Joseph | Box #2 |
| Woolf | Elena | Box #2 |
| Wynn | Beverly | Box #2 |
| Yancey | Kathryn | Box #2 |
| Yancey | Scott | Box #7 |
| Yeskey | Dean Martin | Box #5 |
| Young | Todd | Box #2 |
| Zervoulis | Matthew | Box #2 |
| Zivkovic | Milo | Box #2 |
| Zorn | Christopher | Box #7 |
| Zwick | Danielle | Box #2 |

| | |
|---|---|
| Box #1 | 1998 terms |
| Box #2 | 1998 & 1999 terms |
| Box #3 | 1999 terms |
| Box #4 | 2000 terms |
| Box #5 | 2000 terms |
| Box #6 | 2001 terms |

MAR-A-LAGO 0176

# EXHIBIT 50
# (Filed Under Seal)

# EXHIBIT12

GIUFFRE000319

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-80736-Civ-Marra/Johnson

JANE DOE #1 and JANE DOE #2

v.

UNITED STATES

_____/

## JANE DOE #3 AND JANE DOE #4's CORRECTED MOTION PURSUANT TO RULE 21 FOR JOINDER IN ACTION

COME NOW Jane Doe #3 and Jane Doe #4 (also referred to as "the new victims"), by and through undersigned counsel, to file this motion pursuant to Federal Rule of Civil Procedure 21 to join this action, on the condition that they not re-litigate any issues already litigated by Jane Doe #1 and Jane Doe #2 (also referred to as "the current victims"). The new victims have suffered the same violations of their rights under the Crime Victims' Rights Act (CVRA) as the current victims. Accordingly, they desire to join in this action to vindicate their rights as well. Because the new victims will not re-litigate any issues previously litigated by the current victims (and because they are represented by the same legal counsel as the current victims), the Government will not be prejudiced if the Court grants the motion. The Court may "at any time" add new parties to the action, Fed. R. Civ. P. 21. Accordingly, the Court should grant the motion.[1]

## FACTUAL BACKGROUND

---

[1] As minor victims of sexual offenses, Jane Doe #3 and Jane Doe #4 desire to proceed by way of pseudonym for the same reasons that Jane Doe #1 and Jane Doe #2 proceeded in this fashion. Counsel for the new victims have made their true identities known to the Government.

GIUFFRE000320

As the Court is aware, more than six years ago, Jane Doe #1 filed the present action against the Government, alleging a violation of her rights under the CVRA, 18 U.S.C. § 3771. DE1.  She alleged that Jeffrey Epstein had sexually abused her and that the United States had entered into a secret non-prosecution agreement (NPA) regarding those crimes in violation of her rights.  At the first court hearing on the case, the Court allowed Jane Doe #2 to also join the action.  Both Jane Doe #1 and Jane Doe #2 specifically argued that the government had failed to protect their CVRA rights (inter alia) to confer, to reasonable notice, and to be treated with fairness.  In response, the Government argued that the CVRA rights did not apply to Jane Doe #1 and Jane Doe #2 because no federal charges had ever been filed against Jeffrey Epstein.

The Court has firmly rejected the United States' position.  In a detailed ruling, the Court concluded that the CVRA extended rights to Jane Doe #1 and Jane Doe #2 even though federal charges were never filed.  DE 189.  The Court explained that because the NPA barred prosecution of crimes committed against them by Epstein, they had "standing" to assert violations of the CVRA rights.  *Id.*  The Court deferred ruling on whether the two victims would be entitled to relief, pending development of a fuller evidentiary record.  *Id.*

Two other victims, who are in many respects similarly situated to the current victims, now wish to join this action.  The new victims joining at this stage will not cause any delay and their joinder in this case is the most expeditious manner in which to pursue their rights.  Because the background regarding their abuse is relevant to the Court's assessment of whether to allow them to join, their circumstances are recounted here briefly.

<u>Jane Doe #3's Circumstances</u>

2

GIUFFRE000321

As with Jane Doe #1 and Jane Doe #2, Jane Doe #3 was repeatedly sexually abused by Epstein.

3

GIUFFRE000322



4

GIUFFRE000323



5

GIUFFRE000324



The Government was well aware of Jane Doe #3 when it was negotiating the NPA, as it listed her as a victim in the attachment to the NPA. Moreover, even a rudimentary investigation of Jane Doe #3's relationship to Epstein would have revealed the fact that she had been trafficked throughout the United States and internationally for sexual purposes. Nonetheless, the Government secretly negotiated a non-prosecution agreement with Epstein precluding any Federal prosecution in the Southern District of Florida of Epstein and his co-conspirators. As with Jane Doe #1, and Jane Doe #2, the Government concealed the non-prosecution agreement from Jane Doe #3 – all in violation of her rights under the CVRA – to avoid Jane Doe #3 from raising powerful objections to the NPA that would have shed tremendous public light on Epstein

GIUFFRE000325

and other powerful individuals and that would likely have been prevented it from being concluded in the secretive manner in which it was.

<div align="center">Jane Doe #4's Circumstances</div>

If permitted to join this action, Jane Doe #4 would allege, and could prove at trial, that she has CVRA claims similar to those advanced by Jane Doe #1 and Jane Doe #2, based on the following:

As with the other Jane Does, Jane Doe #4 was repeatedly sexually abused by Epstein. In or around the summer of 2002, Jane Doe #4, an economically poor and vulnerable sixteen-year-old child, was told by another one of Epstein's underage minor sex abuse victims, that she could make $300 cash by giving an old man a massage on Palm Beach. An acquaintance of Jane Doe #4 (also a minor sexual abuse victim of Epstein) telephoned Epstein and scheduled Jane Doe #4 to go to Epstein's house to give him a massage. During that call, Epstein himself got on the phone (a means of interstate communication) with Jane Doe #4, asking her personally to come to his mansion in Palm Beach.

Jane Doe #4 then went to Epstein's mansion and was escorted upstairs to Epstein's large bathroom by one of Epstein's assistants. Shortly thereafter Jeffrey Epstein emerged and lay face down on the table and told Jane Doe #4 to start massaging him. Epstein asked Jane Doe #3 her age and she told him she had recently turned sixteen. Epstein subsequently committed illegal sexual acts against Jane Doe #4 on many occasions.

Epstein used a means of interstate communication (i.e., a cell phone) to arrange for these sexual encounters. Epstein also frequently travelled in interstate commerce (i.e., on his personal jet) for purposes of illegally sexually abusing Jane Doe #4.

<div align="center">7</div>

GIUFFRE000326

The acts Epstein committed against Jane Doe #4, constituted numerous federal sex offenses, some of which do not carry a statute of limitations and thus are not time-barred. *See* 18 U.S.C. § 3283. And these offenses were the kinds of offenses that the Federal Bureau of Investigation (FBI) and U.S. Attorney's Office for the Southern District of Florida were pursuing in 2007. So far as Jane Doe #4 is aware, the U.S. Attorney's Office made no serious effort to locate her. Instead, after identifying approximately forty separate underage sexually abused victims, and apparently preparing a 53-page federal indictment and with full awareness of the existence of many victims like Jane Doe #4 – unidentified and not interviewed – it entered into a non-prosecution agreement barring prosecution of Epstein's federal crimes against these victims. This is contrary to the Government's normal approach in prosecuting federal sex offenses. It also violated Jane Doe #4's rights under the CVRA, including the fact that she had a "reasonable" right to confer with the U.S. Attorney's Office before they entered into an agreement with a sex offender barring prosecution of him for the crimes he committed against her. 18 U.S.C. § 3771(a)(5).

### MOTION FOR JOINDER

Jane Doe #3 and Jane Doe #4 now both move to join this action filed by Jane Doe #1 and Jane Doe #2, pursuant to Rule 21 of the Federal Rules of Civil Procedure. Rule 21 provides that "[o]n motion or on its own, the court may at any time, on just terms, add . . . a party." Rule 21 "grants the court broad discretion to permit a change in the parties at any stage of a litigation." *Ford v. Air Line Pilots Ass'n Int'l*, 268 F. Supp. 2d 271, 295 (E.D.N.Y. 2003) (internal quotation omitted). The new victims should be allowed to join the current victims in this action under Rule 21.

GIUFFRE000327

The new victims will establish at trial that the Government violated their CVRA rights in the same way as it violated the rights of the other victims. The new victims' participation in this case is important because it appears that the Government intends to raise a factual defense that somehow it did keep Jane Doe #1 and Jane Doe #2 properly informed of what was happening in the criminal prosecution. Of course, if four victims all testify consistently that they were not properly informed by the Government (as we believe they will), that provides a stronger case for a CVRA violation.

In addition, Jane Doe #3 and Jane Doe #4's participation is relevant to a defense the Court has allowed the Government to raise. The Court has previously ruled that the victims' request for rescission of the NPA "implicates a fact-sensitive equitable defense which must be considered in the historical factual context of the entire interface between Epstein, the relevant prosecutorial authorities and the federal offense victims – including an assessment of the allegation of a deliberate conspiracy between Epstein and federal prosecutors to keep the victims in the dark on the pendency of negotiations between Epstein and federal authorities until well after the fact and presentation of the non-prosecution agreement to them as *a fait accompli*." DE 189 at 12 n.6 (emphasis added). Jane Doe #3's and Jane Doe #4's participation in this case will help to show what the "entire interface" was between the Government and the victims and thus to respond to the Government's estoppel arguments as well as other defenses that it appears to be preparing to raise. *See, e.g.*, DE 62 (52-page response from the Government to the victim's summary judgment motion, raising numerous factually-based and other arguments against the victim's position).

9

GIUFFRE000328

Jane Doe #3's and Jane Doe #4's participation is also directly relevant to the discovery disputes currently pending in this case. The Government has raised various relevancy objections to the documents that Jane Doe #1 and Jane Doe #2 are attempting to obtain. The current victims have responded by explaining how these documents are relevant, including explaining how these documents might bear on the way in which Epstein used his powerful political and social connections to secure a favorable plea deal, as well as provide proof of the Government's motive to deliberately fail to investigate certain aspects of the victims' claims in an effort to maintain the secrecy of the facts and resolve the case without the victims' knowledge. *See, e.g.,* DE 266 at 6-10. Jane Doe #3 and Jane Doe #4's participation will help prove the relevancy of these requests, as well as the need for those requests.

One clear example is Request for Production No. 8, which seeks documents regarding Epstein's lobbying efforts to persuade the Government to give him a more favorable plea arrangement and/or non-prosecution agreement, including efforts on his behalf by Prince Andrew and former Harvard Law Professor Alan Dershowitz. Jane Doe #1 and Jane Doe #2 have alleged these materials are needed to prove their allegations that, after Epstein signed the non-prosecution agreement, his performance was delayed while he used his significant social and political connections to lobby the Justice Department to obtain a more favorable plea deal. *See, e.g.,* DE 225 at 7-8 (discussing DE 48 at 16-18). Jane Doe #3 has directly person knowledge of Epstein's connection with some of these powerful people and thus how Epstein might have used them to secure favorable treatment.

Adding two new victims to this case will not delay any of the proceedings. They will simply join in motions that the current victims were going to file in any event. For example, the

10

GIUFFRE000329

new victims will simply join in a single summary judgment motion that the current victims anticipate filing after discovery has been completed.

Nor will adding the new victims prejudice the United States. As the court is aware, this Court is still in its initial discovery stage. The Court is currently considering whether to reject the Government's assertion of privilege over documents regarding the case. *See* DE 265 (victims' reassertion of objections to the Government privilege claims). The new victims do not seek any additional discovery beyond that previously sought by the current victims.[2] Accordingly, the United States will not be prejudiced or burdened by adding them to this case.

The CVRA does not contain any statute of limitations for filing an action to enforce rights under the statute. Accordingly, were the Court to deny this motion, the result might be that the new victims would then be forced to file a separate suit raising their claims, which would then possibly proceed on a separate litigation track. Rather than require duplicative litigation, the Court should simply grant their motion to join.

Jane Doe #1 and Jane Doe #2 support the joinder motion. Counsel for the victims have discussed this motion with the Government at length in an effort to avoid any need to file a substantive pleading on the issue. Counsel for the victims asked the Government during the summer for its position on joinder. The Government, however, took the matter under advisement for months. Ultimately, after several inquiries from victims counsel, the Government indicated without explanation that it opposes this motion. Counsel for the victims has requested a meeting with the Government on this issue, which will hopefully occur in

---

[2] Jane Doe #3 and Jane Doe #4 have asked the Government to provide them with the record of their statements that they provided to the FBI. These FBI 302's should be only a few pages long.

GIUFFRE000330

January.   In the meantime, however, counsel for the victims believe that it is no longer appropriate to delay filing this motion and accordingly file it at this time.   Because the Government is apparently opposing this motion, Jane Doe #3 and Jane Doe #4 have described the circumstances surrounding their claims so that the Court has appropriate information to rule on the motion.

GIUFFRE000331

## CONCLUSION

Jane Doe #3 and Jane Doe #4 should be allowed to join this action, pursuant to Rule 21 of the Federal Rules of Civil Procedure. Their joinder should be conditioned on the requirement that they not re-litigate any issues previously litigated by Jane Doe #1 and Jane Doe #2. A proposed order to that effect is attached to this pleading.

DATED: January 2, 2015

Respectfully Submitted,

/s/ Bradley J. Edwards
Bradley J. Edwards
FARMER, JAFFE, WEISSING,
EDWARDS, FISTOS & LEHRMAN, P.L.
425 North Andrews Avenue, Suite 2
Fort Lauderdale, Florida 33301
Telephone (954) 524-2820
Facsimile (954) 524-2822
E-mail: brad@pathtojustice.com

*And*

Paul G. Cassell
*Pro Hac Vice*
S.J. Quinney College of Law at the
   University of Utah[*]
332 S. 1400 E.
Salt Lake City, UT 84112
Telephone: 801-585-5202
Facsimile: 801-585-6833
E-Mail: cassellp@law.utah.edu

*Attorneys for Jane Doe #1 and Jane Doe #2*

---

[*] This daytime business address is provided for identification and correspondence purposes only and is not intended to imply institutional endorsement by the University of Utah

13

GIUFFRE000332

### CERTIFICATE OF SERVICE

I certify that the foregoing document was served on January 2, 2015, on the following using

the Court's CM/ECF system:

Dexter Lee
A. Marie Villafaña
500 S. Australian Ave., Suite 400
West Palm Beach, FL 33401
(561) 820-8711
Fax: (561) 820-8777
E-mail: Dexter.Lee@usdoj.gov
E-mail: ann.marie.c.villafana@usdoj.gov

*Attorneys for the Government*

/s/ Bradley J. Edwards

14

GIUFFRE000333

# EXHIBIT 51
# (Filed Under Seal)





GIUFFRE009209
CONFIDENTIAL