# EXHIBIT NN

**United States District Court**
**Southern District Of New York**

-------------------------------------------------X

Virginia L. Giuffre,

      Plaintiff,

v.

                                        15-cv-07433-RWS

Ghislaine Maxwell,

      Defendant.

-------------------------------------------------X


**DEFENDANT GHISLAINE MAXWELL'S**
**INITIAL F.R.C.P. 26(a)(1)(A) DISCLOSURES**

Pursuant to F.R.C.P. 26(a)(1)(A), Defendant Ghislaine Maxwell makes the following

disclosures:

    **I.**    **IDENTITIES OF INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION RELEVANT TO DISPUTED FACTS ALLEGED WITH PARTICULARITY IN THE PLEADINGS**

    1.   Ghislaine Maxwell
        c/o Laura A. Menninger, Esq.
        Haddon, Morgan & Foreman, P.C.
        150 E. 10th Ave.
        Denver, CO 80203
        303-831-7364
        LMenninger@HMFLaw.com

        Ms. Maxwell is the Defendant and may have knowledge concerning matters at issue, including the events of 1999-2002 and the publication of statements in the press in 2011-2015.

    2.   Virginia Lee Roberts Giuffre
        c/o Sigrid S. McCawley, Esq.
        Boies, Schiller & Flexner LLP
        401 East Las Olas Boulevard, Suite 1200

Miami, Florida 33301
(954) 356-0011
smccawley@bsfllp.com

Ms. Giuffre is the Plaintiff and has knowledge concerning the matters at issue in
her Complaint, including the events of 1996-2015 and the publication of
statements in the press in 2011-2015.

3. Philip Barden
   Devonshires Solicitors LLP
   30  Finsbury Circus
   London, United Kingdom
   EC2M 7DT
   DX: 33856 Finsbury Square
   (020) 7628-7576
   Philip.Barden@devonshires.co.uk

   Mr. Barden has knowledge concerning press statements by Plaintiff and
   Defendant in 2011-2015 at issue in this matter.

4. Paul Cassell
   College of Law, University of Utah
   383 South University Street
   Salt Lake City, UT 84112
   801-585-5202
   paul.cassell@law.utah.edu

   Mr. Cassell has knowledge concerning press statements by Plaintiff, Plaintiff's
   court pleadings, and Plaintiff's sworn testimony.

5. Alan Dershowitz
   c/o Richard A. Simpson, Esq.
   WILEY REIN, LLP
   1776 K Street NW
   Washington, D.C. 20006
   (202) 719-7000

   Mr. Dershowitz has knowledge concerning Plaintiff's false statements to the
   press, in court pleadings, and in sworn testimony, at issue in this matter.

6. Bradley Edwards
   Farmer, Jaffe, Weissing, Edwards, Fistos & Lehrman, P.L.
   425 N. Andrews Ave., Suite 2
   Ft. Lauderdale, FL 33301
   (954) 524-2820
   brad@pathtojustice.com

Dated: February 24, 2016.

Respectfully submitted,

*s/ Laura A. Menninger*
Laura A. Menninger (LM-1374)
HADDON, MORGAN AND FOREMAN, P.C.
150 East 10th Avenue
Denver, CO 80203
Phone: 303.831.7364
Fax: 303.832.2628
lmenninger@hmflaw.com

*Attorney for Ghislaine Maxwell*

# CERTIFICATE OF SERVICE

I certify that on February 24, 2016, I electronically served this *DEFENDANT GHISLAINE MAXWELL'S INITIAL F.R.C.P. 26(A)(1) DISCLOSURES* via e-mail on the following:

Sigrid S. McCawley
BOIES, SCHILLER & FLEXNER, LLP
401 East Las Olas Boulevard, Ste. 1200
Ft. Lauderdale, FL 33301
smccawley@bsfllp.com

*s/ Laura A. Menninger*
Laura A. Menninger

# EXHIBIT OO

To:    Sharon.Churcher@mailonsunday.co.uk[Sharon.Churcher@mailonsunday.co.uk]
From:    Virginia Giuffre
Sent:    Thur 5/12/2011 2:21:43 AM
Importance:    Normal
Subject:  Re: Good News!!
Received:    Thur 5/12/2011 2:21:43 AM

Thanks again Shazza, I'm bringing down the house with this book!!!
xoxo Jenna

--- On Wed, 11/5/11, **Sharon.Churcher@mailonsunday.co.uk** <*Sharon.Churcher@mailonsunday.co.uk*> wrote:

From: Sharon.Churcher@mailonsunday.co.uk <Sharon.Churcher@mailonsunday.co.uk>
Subject: Re: Good News!!
To: "Virginia Giuffre" <
Received: Wednesday, 11 May, 2011, 4.17 PM

Don't forget Alan Dershowitz...JE's buddy and lawyer..good name for your
pitch as he repped Claus von Bulow and a movie was made about that
case...title was Reversal of Fortune. We all suspect Alan is a pedo and tho
no proof of that, you probably met him when he was hanging put w JE

```
|------------>
|From:     |
|------------>
 >-------------------------------------------------------------------------|
 |Virginia Giuffre [                       ]                             |
 >-------------------------------------------------------------------------|
|------------>
|To:       |
|------------>
 >-------------------------------------------------------------------------|
 |Sharon Churcher                                                       |
 >-------------------------------------------------------------------------|
|------------>
|Date:     |
|------------>
 >-------------------------------------------------------------------------|
 |10/05/2011 23:00 GDT                                                  |
 >-------------------------------------------------------------------------|
|------------>
|Subject:  |
|------------>
 >-------------------------------------------------------------------------|
 |Good News!!                                                           |
 >-------------------------------------------------------------------------|



|-------------------------------------------------------------|
|Hi Sharon,                                     |
|
|Hello gorgeous, I hope this message comes to you on a bright, sunny day!!!|
|I took your advice about what to offer Sandra and she accepted. Were    |
|drawing up a contract through her agent right now and getting busy to meet|
```

1 Copyright Protected Material
CONFIDENTIAL

GIUFFRE004096

```
|my deadline. Just wondering if you have any information on you from when  |
|you and I were doing interviews about the J.E story. I wanted to put the   |
|names of some of these assholes, oops, I meant to say, pedo's, that J.E    |
|sent me to. With everything going on my brain feels like mush and it would|
|be a great deal of help!                              |
|Having fun sweetie?                                   |
|                                                      |
|Thanks,                                     |
|Jenna                                       |
|---------------------------------------------------------------------|
```

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

This e-mail and any attached files are intended for the named addressee only. It contains information, which may be confidential and legally privileged and also protected by copyright. Unless you are the named addressee (or authorised to receive for the addressee) you may not copy or use it, or disclose it to anyone else. If you received it in error please notify the sender immediately and then delete it from your system. Please be advised that the views and opinions expressed in this e-mail may not reflect the views and opinions of Associated Newspapers Limited or any of its subsidiary companies. We make every effort to keep our network free from viruses. However, you do need to check this e-mail and any attachments to it for viruses as we can take no responsibility for any computer virus which may be transferred by way of this e-mail. Use of this or any other e-mail facility signifies consent to any interception we might lawfully carry out to prevent abuse of these facilities.
Associated Newspapers Ltd. Registered Office: Northcliffe House, 2 Derry St, Kensington, London, W8 5TT. Registered No 84121 England.

| Copyright Protected Material
CONFIDENTIAL

**To:** Sharon Churcher[Sharon.Churcher@mailonsunday.co.uk]
**From:** Virginia Giuffre
**Sent:** Wed 6/8/2011 11:19:55 PM
**Importance:** Normal
**Subject:** Re: Virginia Roberts
**Received:** Wed 6/8/2011 11:19:55 PM

Hi Buddy,

You are absolutely right...nail biting is an understatement of the century!!!
We didn't have any trouble with spiders or anything like that yesterday, it was more my daughter that gave everyone a spook! She wandered off when I turned my back to look at homemade jam and found her outside in the bush chasing the roo's!! My own miniature Tarzan!!!

My fingers and toes are crossed and I'm thinking positive!!!

Much Love,
Jenna

--- On Wed, 8/6/11, Sharon Churcher <*Sharon.Churcher@mailonsunday.co.uk*> wrote:

From: Sharon Churcher <Sharon.Churcher@mailonsunday.co.uk>
Subject: Re: Virginia Roberts
To: "█████████████████████
Received: Wednesday, 8 June, 2011, 11:59 AM

Roos. You lucky things -- but did you have to duck under spider webs? They were strung between trees when I went.

Re Jarred: it is a nailbiding wait but remember he is only one agent. He was keen to see it which is good. if he doesn't go for it, there are others. Different tastes. When did you send it?
Shazza
XOOO

From: Virginia Giuffre █████████████
Sent: Wednesday, June 08, 2011 07:27 AM
To: Sharon Churcher
Subject: Re: Virginia Roberts

Dearest Shazza,
Once again you have really outdone yourself...MANY, MANY, THANKS!!!

I took the kids to the Australian Walkabout Park today and enjoyed the scenic walks and many kangaroos. Rob and I had good chuckle about our adventures at the Reptile Park with you and Mike ...good times!!! Have you heard from Mike? I hope he is well and if you ever speak, tell him I sent a BIG hello.

I really appreciate everything you have helped with, as a friend you have gone beyond the call of duty!!!

I hope we hear back from Jarred soon!!

xoxoxo Jenna

--- On Wed, 8/6/11, Sharon Churcher <*Sharon.Churcher@mailonsunday.co.uk*> wrote:

From: Sharon Churcher <Sharon.Churcher@mailonsunday.co.uk>
Subject: Virginia Roberts
To: "jarred halperin agent (jarred@objectivecnt.com)" <jarred@objectivecnt.com>
Cc: "Virginia Giuffre" <█████████████████
Received: Wednesday, 8 June, 2011, 2:31 AM

1 Copyright Protected Material
CONFIDENTIAL

GIUFFRE004028

Hi Jarred

Hopefully you have Virginia's book pitch by now.

She has some amazing names which she can share with you in confidence and I think she also has a human interest story that could appeal to the Oprah/female set as well as the Wall Streeters who follow Epstein – a hedge fund king.

Here are a few of our stories about Virginia, plus some examples of the massive US and other international media pickup. Vanity Fair are doing a piece I believe in their August issue. The FBI have reopened the Epstein case due to Virginia's revelations. I also am attaching a link to a NY Magazine profile of Epstein.....written before his world combusted. The FBI believe he was essentially running a private – and mobile -- brothel for some of the world's richest and most influential men.

He got off the first time round after retaining Kenneth Starr (who witchhunted Bill Clinton) and Alan Dershowitz (von Bulow's appeal lawyer, who inspired the movie Reversal of Fortune). The US Justice Dept is investigating corruption allegations against at least one prosecutor involved in the case.

Best regards,

Sharon

http://www.dailymail.co.uk/news/article-1381039/Prince-Andrew-girl-17-sex-offender-friend-flew-Britain-meet-him.html

http://www.dailymail.co.uk/news/article-1383452/Bill-Clinton-15-year-old-masseuse-I-met-twice-claims-Epsteins-girl.html

http://www.nypost.com/p/news/local/manhattan/pervy_mogul_lant_me_out_BeIv1lreQq9ADFlOXewyoJ

http://blogs.villagevoice.com/runninscared/2011/03/virginia_robert.php

http://billionaires.forbes.com/article/03rxgf12iP9nv (This one, in Forbes Magazine, seems to require subscribing but you get the gist)

http://www.telegraph.co.uk/news/uknews/theroyalfamily/8362690/Prince-Andrew.html

http://www.dailytelegraph.com.au/news/the-prince-a-paedophile-and-the-sex-slave-teen/story-e6frey9-1226013783994

http://nymag.com/nymetro/news/people/n_7912/

This e-mail and any attached files are intended for the named addressee only It contains information, which may be confidential and legally privileged and also protected by copyright. Unless you are the named addressee (or authorised to receive for the addressee) you may not copy or use it, or disclose it to anyone else. If you received it in error please notify the sender immediately and then delete it from your system. Please be advised that the views and opinions expressed in this e-mail may not reflect the views and opinions of Associated Newspapers Limited or any of its subsidiary companies. We make every effort to keep our network free from viruses. However, you do need to check this e-mail and any attachments to it for viruses as we can take no responsibility for any computer virus which may be transferred by way of this e-mail. Use of this or any other e-mail facility signifies consent to any interception we might lawfully carry out to prevent abuse of these facilities.
Associated Newspapers Ltd. Registered Office: Northcliffe House, 2 Derry St, Kensington, London, W8 5TT. Registered No 84121 England.

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email

This email has been scanned by the MessageLabs Email Security System.

I Copyright Protected Material
CONFIDENTIAL

For more information please visit http://www.messagelabs.com/email

---

This e-mail and any attached files are intended for the named addressee only. It contains information, which may be confidential and legally privileged and also protected by copyright. Unless you are the named addressee (or authorised to receive for the addressee) you may not copy or use it, or disclose it to anyone else. If you received it in error please notify the sender immediately and then delete it from your system. Please be advised that the views and opinions expressed in the e-mail may not reflect the views and opinions of Associated Newspapers Limited or any of its subsidiary companies. We make every effort to keep our network free from viruses. However, you do need to check this e-mail and any attachments it for viruses as we can take no responsibility for any computer virus which may be transferred by way of this e-mail. Use this or any other e-mail facility signifies consent to any interception we might lawfully carry out to prevent abuse of these facilities.

Associated Newspapers Ltd. Registered Office: Northcliffe House, 2 Derry St, Kensington, London, W8 5TT. Registered No 84121 England.

1  Copyright Protected Material
CONFIDENTIAL

# EXHIBIT PP

Agren Blando Court Reporting & Video, Inc.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Civil Action No. 15-cv-07433-RWS

_____

CONFIDENTIAL VIDEO DEPOSITION OF
VIRGINIA GIUFFRE, VOLUME II

November 14, 2016

_____

VIRGINIA L. GIUFFRE,

Plaintiff,

v.

GHISLAINE MAXWELL,

Defendant.

_____


APPEARANCES:

        BOIES, SCHILLER & FLEXNER LLP
                By Sigrid S. McCawley, Esq.
                401 East Las Olas Boulevard
                Suite 1200
                Fort Lauderdale, FL 33301
                Phone: 954.356.0011
                smccawley@bsfllp.com
                Appearing on behalf of the Plaintiff

Case 18-2868, Document 355-6, 05/08/2024, 3626135, Page13 of 55

```
1     APPEARANCES:  (Continued)

2          HADDON, MORGAN AND FORMAN, P.C.
                By Laura Menninger, Esq.
3                    Jeffrey S. Pagliuca, Esq.
                     150 East 10th Avenue
4                    Denver, CO 80203
                     Phone: 303.831.7364
5                    lmenninger@hmflaw.com
                     jpagliuca@hmflaw.com
6                    Appearing on behalf of the
                     Defendant
7
      Also Present:
8                    Ann Lundberg, Paralegal
                     Maryvonne Tompkins, Videographer
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Case 18-2868, Document 168-5, 06/23/2020, 2862368, Page14 of 55

1          Pursuant to Notice and the Federal Rules

2     of Civil Procedure, the continued video

3     deposition of VIRGINIA GIUFFRE, called by Defendant,

4     was taken on Monday, November 14, 2016, commencing at

5     8:04 a.m., at 150 East 10th Avenue, Denver, Colorado,

6     before Pamela J. Hansen, Registered Professional

7     Reporter, Certified Realtime Reporter and Notary

8     Public within Colorado.

9
                         * * * * * * *
10                        I N D E X

11     VIDEO DEPOSITION OF VIRGINIA GIUFFRE, VOLUME II

12     EXAMINATION                              PAGE

13        By Ms. Menninger                      354

14

15

16

17

18

19

20

21

22

23

24

25

Agren Blando Court Reporting & Video, Inc

INDEX OF EXHIBITS (continued)

| DESCRIPTION | | INITIAL REFERENCE |
|---|---|---|
| Exhibit 1 | Settlement Agreement and General Release | 355 |
| Exhibit 2 | List of names | 370 |
| Exhibit 3 | Photocopy of photograph | 408 |
| Exhibit 4 | Photocopy of photograph, with attachments | 411 |
| Exhibit 5 | Photocopy of photograph, with attachments | 417 |
| Exhibit 6 | Photocopy of photograph, with attachments | 423 |
| Exhibit 7 | Statements | 437 |
| Exhibit 8 | History of education, with attachment | 462 |
| Exhibit 9 | Application for Employment, with attachment | 474 |
| Exhibit 10 | The Great Outdoors Community Services Association, Inc. Termination Form, with attachments | 481 |
| Exhibit 11 | 7/6/2016 letter to Schultz from Hayek, with attachments | 484 |
| Exhibit 12 | Patient Registration Information, with attachments | 490 |
| Exhibit 13 | CVS Prescription Records document, 7/29/2016, with attachment | 502 |
| Exhibit 14 | Affidavit of Custodian of Records, Walgreen Company, with attachments | 507 |

*Agren Blando Court Reporting & Video, Inc.*

1

2

|  | DESCRIPTION | | INITIAL REFERENCE |
|---|---|---|---|
| 3 | Exhibit 15 | Patient Health Summary, Clifton Beach Medical & Surgical, printed on 6/28/2016 | 512 |
| 4 | | | |
| 5 | Exhibit 16 | Portions of deposition transcript of Virginia Giuffre taken May 3, 2016 | 533 |
| 6 | | | |
| 7 | Exhibit 17 | Amendment/Errata Sheet signed May 31, 2016 by Virginia Giuffre | 540 |
| 8 | Exhibit 18 | Ad for Mar-a-Lago Club | 548 |
| 9 10 | Exhibit 19 | The Mar-a-Lago Club, L.C. Employment Policies, October 28, 1995 | 549 |
| 11 12 | Exhibit 20 | Page from the Mar-a-Lago Club Employment Policies, Revised 10/2001 | 550 |

13

14

15

16

17

18

19

20

21

22

23

24

25

1    didn't see them take pictures of the backs of them.

2    I'm not too sure who.

3        Q     You don't remember sending to them a

4    photograph that included this wood around another

5    photograph?

6        A     No.

7        Q     Okay.  You have mentioned a journalist by

8    the name of Sharon Churcher.

9        A     Yes.

10       Q     You are aware that Sharon Churcher

11   published news stories about you?

12       A     Yes.

13             MS. MCCAWLEY:  Objection.

14             Go ahead.

15       Q     (BY MS. MENNINGER)  Is anything that you

16   have read in Sharon Churcher's news stories about you

17   untrue?

18       A     I think Sharon did print some things that

19   I think she elaborated or maybe misheard.  But, I

20   mean, if you have a specific document to show me, I'd

21   love to look at it and read it and tell you what I

22   think.

23       Q     Is there anything, as you sit here today,

24   that you know of that Sharon Churcher printed about

25   you that is not true?

Agren Blando Court Reporting & Video, Inc.

1      A      Not off the top of my head.  If you show

2  me, like, a news clipping article or something, I can

3  definitely read it for you.

4      Q      Is there anything that you know of that

5  Sharon Churcher has printed about Ghislaine Maxwell

6  that is not true?

7      A      No, not off -- no, not off the top of my

8  head.

9      Q      Is there anything that you recall saying

10  to Sharon Churcher that she then printed something

11  different than what you had said to her?

12      A      Yeah, I've read stuff.  I mean, I just --

13  I can't remember what, but I read something that I

14  think was, Oh, she got that wrong.  I can't remember

15  an exact example off the top of my head.

16      Q      Did you ever complain to Sharon Churcher

17  about things that she got wrong?

18      A      I didn't see a point.  I might have, but

19  I -- I didn't see a point really because it's already

20  printed, you know.

21      Q      You had a fairly voluminous set of

22  communications with Sharon Churcher by e-mail,

23  correct?

24             MS. MCCAWLEY:  Objection.

25      A      Voluminous, like a lot of them?

1      Q      (BY MS. MENNINGER)  Yes.

2      A      Yes.

3      Q      And during any of those communications, do

4  you know whether she printed things about you after

5  you had any of those communications?

6             MS. MCCAWLEY:  Objection.

7      A      I don't know.  I know a lot of stuff was

8  printed, and I never really stopped to read who

9  printed the article, or wrote the article, I should

10  say.  Sorry.

11     Q      (BY MS. MENNINGER)  Okay.  I'll show you

12  Defendant's Exhibit 7.

13             (Exhibit 7 marked.)

14             THE DEPONENT:  Thank you.

15     Q      (BY MS. MENNINGER)  I'll let you read

16  through the statements on the first page there, and

17  if there is anything that is not absolutely true,

18  just put a check by it and we'll come back to it.

19     A      It's not very clear how she wrote it.  "I

20  flew to the Caribbean with Jeffrey and then Ghislaine

21  Maxwell went to pick up Bill in a huge black

22  helicopter that Jeffrey had bought her."

23             That wasn't an eyewitness statement.

24  Like, I didn't see her do it.  Ghislaine was the one

25  who told me about that; that she's the one who flew

Agren Blando Court Reporting & Video, Inc.

1    Bill.

2         Q    All right.  If you just want to put a

3    check by it, then we'll just come back and talk about

4    each one.

5         A    Okay.

6         Q    Just to move things along.

7         A    Okay.  I have made three checkmarks.

8         Q    All right.

9              MS. MCCAWLEY:  And I just -- before you

10   continue, I just want to identify for the record,

11   since this doesn't have any identifiers on it, are

12   you representing that these are statements from

13   Sharon Churcher?

14             MS. MENNINGER:  I'm not representing

15   anything.  I'm asking the witness questions about

16   these statements.  I asked her is anything on here

17   not true.  That's all I asked her.

18        Q    (BY MS. MENNINGER)  So which ones did you

19   put checkmarks by, Ms. Giuffre?

20        A    I'd have been -- I'm sorry.  "I'd have

21   been about 17 at the time.  I flew to the Caribbean

22   with Jeffrey and then Ghislaine Maxwell went to pick

23   up Bill in a huge black helicopter that Jeffrey had

24   bought her."

25        Q    Okay.  And what else did you put a check

Agren Blando Court Reporting & Video, Inc.

1    by?

2         A      "I used to get frightened flying with her

3    but Bill had the Secret Service with him and I

4    remember him talking about what a good job" --

5    sorry -- "job she did."

6         Q      Okay.  And what else did you put a check

7    by?

8         A      "Donald Trump was also a good friend of

9    Jeffrey's.  He didn't partake in any sex with any of

10   us but he flirted with me.  He'd laugh and tell

11   Jeffrey, 'you've got the life.'"

12        Q      Other than the three you've just

13   mentioned --

14        A      Yeah.

15        Q      -- everything else on here is absolutely

16   accurate?

17             MS. MCCAWLEY:  Objection.

18        A      Yes.  Well, to the best of my

19   recollection, yes.

20        Q      (BY MS. MENNINGER)  All right.  What is

21   inaccurate about, "I'd have been about 17 at the

22   time.  I flew to the Caribbean with Jeffrey and then

23   Ghislaine Maxwell went to pick up Bill in a huge

24   black helicopter that Jeffrey had bought her"?

25        A      Because it makes it kind of sound like an

Agren Blando Court Reporting & Video, Inc.

1    eyewitness thing.

2        Q    Okay.  Did you say that statement to

3    Sharon Churcher?

4        A    I said to Sharon that Ghislaine told me

5    that she flew Bill in the heli- -- the black

6    helicopter that Jeffrey bought her, and I just wanted

7    to clarify that I didn't actually see her do that.  I

8    heard from Ghislaine that she did that.

9        Q    You heard that from Ghislaine, and then

10   you reported to Sharon Churcher that you had heard

11   that from Ghislaine.

12       A    Correct.

13            MS. MCCAWLEY:  Objection.

14       A    I heard a lot of things from Ghislaine

15   that sounded too true -- too outrageous to be true,

16   but you never knew what to believe, so...

17       Q    (BY MS. MENNINGER)  Okay.  And after

18   Sharon Churcher printed what she said you said, did

19   you complain to her that it was inaccurate?

20       A    I might have verbally with her, but again,

21   I didn't see a point in making a hissy over it

22   because what was done was done.  She had already

23   printed.

24       Q    What was inaccurate about, "I used to get

25   frightened flying with her but Bill" said -- "had the

1    Secret Service with him and I remember him talking

2    about what a good job she did"?

3         A     I just don't remember saying that to her.

4    I don't remember saying I remember him talking about

5    what a good job she did.

6         Q     All right.

7         A     I just don't remember that at all.

8         Q     Okay.  And I guess, just to be clear, my

9    questions wasn't do you remember saying this to

10   Sharon Churcher; my question is, is that statement

11   accurate?

12              MS. MCCAWLEY:  Well, objection.

13        Q     (BY MS. MENNINGER)  Did you used to get

14   frightened flying with her?

15        A     Yes.

16        Q     Okay.  Did Bill have the Secret Service

17   with him?

18        A     They were there, but not like on the --

19   not where we were eating.

20        Q     Do you remember Bill talking about what a

21   good job she did?

22        A     I don't remember that.

23        Q     So what is inaccurate about that

24   statement?

25        A     I just -- it's inaccurate because I don't

Case 18-2868, Document 365, 08/02/2024, 3626242, Page24 of 55

1    remember him talking about what a good job she did.

2    I don't remember that.

3        Q    Does it inaccurately suggest that Bill had

4    the Secret Service with him on a helicopter?

5            MS. MCCAWLEY:  Objection.

6        A    Well, not being an eyewitness to it, I

7    wouldn't be able to tell you.  I can't tell you what

8    I don't know.

9        Q    (BY MS. MENNINGER)  And do you believe you

10   said that statement to Sharon Churcher?

11       A    I mean, Sharon and I talked a lot, and if

12   she misheard me or just wrote it in the way that she

13   thought she should, I have no control over that.  So

14   I'm not too sure.

15       Q    Did she record your interviews?

16       A    Some of them.  Some of them she didn't.  I

17   mean, we, like -- we, like, met for like a week, and

18   we spent a lot of time together, and then even after

19   that we just continued, like, kind of a friendship.

20       Q    All right.  What's inaccurate about the

21   last statement on that page?

22       A    "Donald Trump was also a good friend of

23   Jeffrey's."  That part is true.

24            "He didn't partake in any" of -- "any sex

25   with any of us but he flirted with me."  It's true

1    that he didn't partake in any sex with us, and but

2    it's not true that he flirted with me.  Donald Trump

3    never flirted with me.

4          Then the next sentence is, "He'd laugh and

5    tell Jeffrey, 'you've got the life.'"  I never said

6    that to her.

7    Q      When you say, "he didn't partake in any

8    sex with any of us," who is "us"?

9    A      Girls.  Just --

10   Q      How do you know who Donald Trump -- Trump

11   had sex with?

12   A      Oh, I didn't physically see him have sex

13   with any of the girls, so I can't say who he had sex

14   with in his whole life or not, but I just know it

15   wasn't with me when I was with other girls.

16   Q      And who were the other girls that you were

17   with in Donald Trump's presence?

18   A      None.  There -- I worked for Donald Trump,

19   and I've met him probably a few times.

20   Q      When have you met him?

21   A      At Mar-a-Lago.  My dad and him, I wouldn't

22   say they were friends, but my dad knew him and they

23   would talk all the time -- well, not all the time but

24   when they saw each other.

25   Q      Have you ever been in Donald Trump and

Agren Blando Court Reporting & Video, Inc.

1    Jeffrey Epstein's presence with one another?

2          A    No.

3          Q    What is the basis for your statement that

4    Donald Trump is a good friend of Jeffrey's?

5          A    Jeffrey told me that Donald Trump is a

6    good friend of his.

7          Q    But you never observed them together?

8          A    No, not that I can actually remember.  I

9    mean, not off the top of my head, no.

10         Q    When did Donald Trump flirt with you?

11         A    He didn't.  That's what's inaccurate.

12         Q    Did you ever see Donald Trump at Jeffrey's

13   home?

14         A    Not that I can remember.

15         Q    On his island?

16         A    No, not that I can remember.

17         Q    In New Mexico?

18         A    No, not that I can remember.

19         Q    In New York?

20         A    Not that I can remember.

21         Q    All right.  If you could turn to the

22   second page and read through those.  Let me know if

23   any of those are inaccurate.  Just put a check by

24   them and then we'll come back.

25         A    Okay.

Case 18-??? Document ??? Entered on FLSD Docket ??? Page 27 of 55

```
 1                 MS. MCCAWLEY:  Before you go, Virginia,
 2      I'm going to object to the use of the second page of
 3      this document.  There's no time frame on it.  There's
 4      no source reference to it, so it's entirely unclear
 5      where this has come from.
 6           Q     (BY MS. MENNINGER)  Okay.  Are you done?
 7           A     Yes.
 8           Q     Okay.  What's the first one you've put a
 9      check by?
10           A     "The hammock photo was all over the
11      houses," in parentheses.  And Bill Clinton and -- I'm
12      sorry, "Bill Clinton and Andrew," in parentheses,
13      "had to have seen it."
14                 "All over the houses" is not my statement
15      and an exaggeration.  They did have that picture in
16      the houses.  And I believe, if I remember the
17      conversation correctly, she asked, Could have Bill
18      Clinton and Andrew seen the picture?  And I said,
19      Yes, it's possible that they could have seen it.
20                 So, I mean, it's just that -- it's not
21      that it's totally inaccurate.  I just think it's like
22      journalist writing, had to have seen it.  It doesn't
23      mean they saw it.  I just think that if it was in
24      front of them, they would have seen it.
25           Q     So she told you that -- you told her that
```

1    the photograph was in the houses -- houses?

2        A    Yes.  I know he had it in New York on his

3    desk.  I know he had it in Palm Beach.  I know he had

4    it in the Caribbean.  And I don't know if he had it

5    in New Mexico.  I can't remember New Mexico.  Maybe.

6        Q    Where in Palm Beach was the photograph?

7        A    The massage room.

8        Q    Was that -- you did not say that they --

9    it was all over the houses?

10       A    Correct.  All over the houses would imply

11   that it's everywhere in the house, so...

12       Q    You did not say that Andrew and Clinton

13   had to have seen the photograph?

14       A    Correct.  I -- it was more of a, if they

15   were in front of it, they would have seen it, kind of

16   a thing.  I'm not saying it right.  But it wasn't,

17   like, had to have seen it.

18       Q    All right.  What's the next statement that

19   you put a check by?

20       A    I'm sorry, excuse me.  My kids shared a

21   beautiful cough with me again.

22            "I spent four years as a millionaire's

23   personal masseuse."

24       Q    What is inaccurate about that statement?

25       A    We now know, according to the timelines

1    that Mar-a-Lago was able to provide for us, that it

2    was not four years.

3         Q      How many years was it?

4         A      More like 2-1/2, I think, if I'm right, or

5    two.  I'm sorry, I'm really bad at math.  But yes,

6    the two period.

7         Q      What's the next statement that you have

8    put a check by?

9         A      "I was a pedophile's dream."  I think she

10   took that out of context and made that her own little

11   headline.

12        Q      Did you say that to her?

13        A      I said something along the line like, I --

14   the -- the pedos loved me because I would do

15   everything that they wanted for them.  But do I think

16   that -- yeah, I -- I know she made that line up

17   herself, the pedos -- pedophile's dream.

18        Q      What's the next one you put a check by?

19        A      I put a question mark next to the next

20   one.  It says, "Three years later she was reunited

21   with her family."  I don't know what that pertains

22   to.  I don't know what timeline that means.

23        Q      Was there a period of three years where

24   you were not with your family?

25        A      There's been longer periods than that

1    that -- when I wasn't with my family.  That's what I

2    mean, I don't understand where that comes from.

3    "Three years later she was reunited with her family."

4         Q     Prior to 2002, was there a period of three

5    years where you were not with your family?

6         A     No.

7         Q     Okay.  Did you say to Sharon Churcher,

8    three years later, she was reunited with her family?

9         A     That's what I don't understand.  I don't

10   even know what that time periods pertains to.

11        Q     Do you recall saying that to Sharon

12   Churcher?

13        A     No.

14        Q     What's the next one you put a check by?

15        A     "After about two years he started to ask

16   me to entertain his friends."

17        Q     What's wrong with that statement?

18        A     It wasn't two years.  I don't know where

19   she got that from.

20        Q     Okay.  How long was it?

21        A     Like, I can't give you an exact time

22   period, but it wasn't right in the beginning.  It was

23   after my training, or so to speak training.  So, I

24   mean, my best guesstimate would be anywhere between

25   four to six months.

1    Q    So you did not say to Sharon Churcher,

2    "After about two years he asked me to entertain his

3    friends"?

4    A    Correct.

5    Q    What's the next one you put a check by?

6    A    That's it.  That's all I put a checkmark

7    next to.

8    Q    So the rest of these are absolutely

9    accurate?

10    A    Nothing a journalist writes is absolutely

11    accurate, but it's -- it sounds accurate, yes.

12    Q    Do you recall Jeffrey Epstein saying to

13    you, "I've got a good friend and I need you to fly to

14    the island to entertain him, massage him and make him

15    feel how you make me feel"?

16         MS. MCCAWLEY:  Objection.

17         Go ahead.

18    A    I do remember him saying that, and I think

19    that's more of a general- -- generalization for all

20    the times that I was sent to the -- where is this --

21    the island to entertain people.  And that would be a

22    quote that she made but from my words saying that's

23    what he said to me when I had to go be with these

24    people that he sent me to.

25    Q    (BY MS. MENNINGER)  Did you say that

Agren Blando Court Reporting & Video, Inc.

1    sentence to her?

2              MS. MCCAWLEY:  Objection.

3         A    I -- I can't remember.  Like I said, I

4    think it's more of a generalization.

5         Q    (BY MS. MENNINGER)  Did you meet Al Gore?

6         A    Yes.

7         Q    Did you meet Heidi Klum?

8         A    Yes.

9         Q    Did you meet Naomi Campbell?

10        A    Yes.

11        Q    Did you go on a six-week trip with Epstein

12   in 2001?

13        A    Yeah.  Yes.  Sorry.

14        Q    When in 2001 did you go on a six-week trip

15   with him?

16        A    I don't remember exactly when it was, but

17   it's that -- it's the one where we went to Tangier,

18   Morocco, England.  I can't remember where else we

19   went.  France.

20        Q    Did the FBI tell you that Epstein had

21   hidden cameras watching you the entire time, even

22   when you were in the bathroom?

23        A    Yes.

24        Q    Did the FBI tell you "Everything he did

25   was illegal because I was under age"?

Agren Blando Court Reporting & Video, Inc.

1     A     Yes.

2     Q     Who in the FBI told you that?

3     A     Whichever agent I was talking to.

4     Q     Which agent were you talking to?

5     A     I can't remember.  I know I was talking to

6  Jason Richards, and there was a girl, I think -- I

7  want -- I want to say her name was Christina Pryor,

8  just off the top of my head.  And then I think there

9  was two other agents actually at the consulate

10 building.  I don't remember their names.  Very hazy.

11    Q     When was this conversation with the FBI?

12    A     After Sharon printed the articles, the

13 first articles that came out.  I don't know how many

14 she printed, but when the first articles came out,

15 after that the FBI contacted me.

16    Q     And was the statement that the FBI told

17 you "Everything he did was illegal because I was

18 under age," in response to you telling them that you

19 were age 15 when you met Jeffrey?

20          MS. MCCAWLEY:  Objection.

21    A     Well, that was the closest proximity I had

22 to go off of.

23    Q     (BY MS. MENNINGER)  Okay.

24    A     So, yes.  Although I still was under age,

25 I mean, even if I was 16 and 17.

Agren Blando Court Reporting & Video, Inc.

1    Q    Okay.  And then if you could do the last

2    page, same way; a check by anything that's not

3    absolutely accurate.

4         MS. MCCAWLEY:  Okay.  I'm going to object

5    to this as the last page has no identifier of time or

6    source on it.

7    A    Okay.  I'm ready.

8    Q    (BY MS. MENNINGER)  All right.  Which ones

9    are inaccurate?

10   A    The first one is, "Virginia got a

11   part-time job as a changing room assistant."  I was a

12   full-time person there.  Sorry.

13   Q    Okay.  So did you say that to Sharon?

14   A    Again, I don't remember that exact

15   conversation, but I know it was a full-time job,

16   and -- I mean, full-time as in the, you know, the 9

17   to 5 or whatever hours it was, so it wasn't

18   part-time.  I don't remember the exact conversation

19   that we had.

20   Q    Okay.  What's the next thing you put a

21   check by?

22   A    I put a question mark next to, "Another

23   lady led me into Jeffrey's bedroom.  The lady walked

24   me straight through into the massage room."

25        I have no idea what circumstance that

Agren Blando Court Reporting & Video, Inc.

1    pertains to.  Again, I don't know what that means.  I

2    don't even know what other lady she's talking about.

3    So...

4         Q     So you don't recall saying that to Sharon

5    Churcher?

6         A     Correct.  I don't even know what it means.

7         Q     Okay.  What's the next one you have a

8    check by?

9         A     "Afterwards, she was given two $100 bills

10   and told to return the next day.  That was the

11   beginning of the four years she spent with Epstein."

12        Q     All right.  What's wrong about that

13   statement?

14        A     Well, again, I just want to say that the

15   four years was inaccurate based upon memory and not

16   an actual timeline that we were able to get.

17        Q     Did you say that to Sharon Churcher, that

18   it was four years?

19        A     I don't know if I said that to her or --

20   oh, yeah, did I tell her it was four years?  Yes, I

21   did.  I'm sorry.

22        Q     Okay.  What else did you put a check by?

23        A     Well, this one is a question mark again.

24   "Radar online has obtained exclusive diary entries of

25   a Teen Sex Slave."

Agren Blando Court Reporting & Video, Inc.

1    It wasn't really a diary.  It was, like, I

2    don't know how many pages of something that I wrote,

3    and Sharon used it, so...

4         Q    Did you tell Sharon it was your diary

5    entry?

6         A    She knew it wasn't a diary entry.  No.

7         Q    Okay.  Were you a teen sex slave?

8         A    Yes.

9         Q    What's the next one you have a checkmark

10   by?

11        A    "I also saw Prince Andrew at a Ranch in

12   New Mexico."

13        Q    Did you tell that to Sharon Churcher?

14        A    No.  And I think it's a mistake.  Maybe

15   she meant somewhere else, but because we had been

16   talking about so much, maybe she just put New Mexico.

17   I don't think Sharon intentionally lied on any of

18   these.  I just -- I think we talked so much over a

19   period of a week, and then after that we had phone

20   conversations, and so on and so forth, that some of

21   the information just got misheard or mishandled, or

22   whatever.

23        Q    And what was printed was inaccurate?

24        A    Was that printed?  I don't -- I don't

25   remember reading that in the papers, but if it was

Agren Blando Court Reporting & Video, Inc.

1   printed it's inaccurate.

2       Q      Do you recall reading any of the ones that

3   you put a checkmark by in the papers?

4       A      There's been so much printed, it's hard

5   for me to remember.  I mean, yes, it does sound like

6   stuff I read before.

7       Q      When you spoke with Sharon Churcher, you

8   agreed to waive your anonymity, right?

9       A      I did.

10      Q      Why did you agree to do that?

11      A      I felt it was time for me to tell my

12  story.  I felt it was a good time for me to come

13  forward.  I had done so much healing, and I thought

14  that it would be good for other people to hear what's

15  going on, how it's happening, how vulnerable other

16  girls can be and not even know the damage that it

17  causes later in life.  And I just thought it would be

18  the right thing to do to come forward.

19      Q      You authorized her to publish your name?

20      A      I did.

21      Q      And your photograph?

22      A      Yes.

23      Q      In 2011?

24      A      I think that was the year, yes.

25      Q      You posed for photographs with her,

*Agren Blando Court Reporting & Video, Inc.*

1         I, VIRGINIA GIUFFRE, do hereby certify that

2    I have read the foregoing transcript and that the

3    same and accompanying amendment sheets, if any,

4    constitute a true and complete record of my

5    testimony.

6                    _____

                     Signature of Deponent
7
                     ( ) No amendments
8                    ( ) Amendments attached

9

10        Acknowledged before me this _____ day

11   of _____, 20____.

12

13

                     Notary Public: _____
14
                     My Commission Expires: _____
15
                     Seal:
16
     PJH
17

18

19

20

21

22

23

24

25

*Agren Blando Court Reporting & Video, Inc.*

```
 1    STATE OF COLORADO)

 2                     )  ss.  REPORTER'S CERTIFICATE

 3    COUNTY OF DENVER )

 4            I, Pamela J. Hansen, do hereby certify that

 5    I am a Registered Professional Reporter and Notary

 6    Public within the State of Colorado; that previous to

 7    the commencement of the examination, the deponent was

 8    duly sworn to testify to the truth.

 9            I further certify that this deposition was

10    taken in shorthand by me at the time and place herein

11    set forth, that it was thereafter reduced to

12    typewritten form, and that the foregoing constitutes

13    a true and correct transcript.

14            I further certify that I am not related to,

15    employed by, nor of counsel for any of the parties or

16    attorneys herein, nor otherwise interested in the

17    result of the within action.

18            In witness whereof, I have affixed my

19    signature this 23rd day of November, 2016.

20            My commission expires September 3, 2018.

21

22            _____
               Pamela J. Hansen, CRR, RPR, RMR
23             216 - 16th Street, Suite 600
               Denver, Colorado  80202
24

25
```

Epstein did invite two young brunettes to a dinner which he gave on his Caribbean island for Mr. Clinton shortly after he left office.

I'd have been about 17 at the time. I flew to the Caribbean with Jeffrey and then Ghislaine Maxwell went to pick up Bill in a huge black helicopter that Jeffrey had bought her.

I remember she was very excited because she got her license around the first year we met.

I used to get frightened flying with her but Bill had the secret service with him and I remember him talking about what a good job she did.

I don't remember seeing Bill again on the trip but I assume Ghislaine flew him back.

Virginia disclosed that Mr. Clinton's vice-president Al Gore and his wife, Tipper, were also guests of Epstein on his island.

Virginia said that yet another American liberal icon, Senator George Mitchell, frequently visited Epstein's New York residence. Mr. Mitchell, aged 77, was very close to Jeffrey, Virginia recalled.

I also met Naomi Campbell at a birthday party of hers on a yacht in the South of France. She is a friend of Ghislaine's but she was a real bitch to me.

Donald Trump was also a good friend of Jeffrey's. He didn't partake in any sex with any of us but he flirted with me. He'd laugh and tell Jeffrey, 'you've got the life.'

EXHIBIT 7

Giuffre

AGREN BLANDO REPORTING
11-14-16

Ghislaine took nude picture of me lying naked in a hammock, posed with my legs open, a bit provocatively that I gave to Jeffrey for his birthday.

The hammock photo was "all over the houses" and Bill Clinton and Andrew "had to have seen" it.

I spent four years as millionaire's personal masseuse.

I was living on the streets, beaten up and slept with at least two older men in return for food.

While on the streets, I slept with men for money.

I was a paedophile's dream.

Three years later she was reunited with her family.

After about two years, he started to ask me to 'entertain' his friends.

She recalls he said "I've got a good friend and I need you to fly to the island to entertain him, massage him and make him feel how you make me feel."

The way it usually worked was I'd been sent to meet a man on the private island Jeffrey owned in the Caribbean, or at his ranch in New Mexico, which was really isolated.

I met famous friends of his such as Al Gore and Heidi Klum and Naomi Campbell.

She was, she says, delighted when Epstein invited her to accompany him on a six-week trip in 2001.

FBI told me that Epstein had hidden cameras watching me the entire time even when I was in the bathroom. I was so embarrassed.

The FBI told me everything he did was illegal because I was under age.

Virginia got a part-time job as a changing room assistant.

I told Ghislaine I wanted to become a masseuse and she said she worked for a very wealthy gentleman who was looking for a traveling masseuse. I'd get training and be paid well.

Another lady led me into Jeffrey's bedroom. The lady walked me straight through into the massage room.

Afterwards, she was given two $100 bills and told to return the next day. That was the beginning of the four years she spent with Epstein.

Radar Online has obtained exclusive "Diary entries" of "Teen Sex Slave".

I led Prince Andrew into the upstairs bathroom next to the room I was staying in.

I was doing my best trying to put on a good show for him by slowly undressing and started to pour a bath.

He was caressing every part of my naked body and filling my head with endless compliments about my blossoming figure.

He paid careful attention to my toes and was licking them.

I also saw Prince Andrew at the Ranch in New Mexico.

# EXHIBIT QQ

**To:** sharon churcher[sharon.churcher@mailonsunday.co.uk]
**From:** Virginia Giuffre
**Sent:** Fri 5/20/2011 2:20:09 AM
**Importance:** Normal
**Subject:** How ya doing??
**Received:** Fri 5/20/2011 2:20:09 AM

Hi Buddy,
I hope you are stopping to smell the daffodils once in a while and having a good day!! I am so excited today because I ca[n]
go sign with an agent as my contract is finished with "Mail On Sunday"...YEAH!! Sandra and I have been working really
hard to get me ready for my trip to the U.S in a few weeks and I was wondering if I could use your advice again. She has
got an INT'L agent who is interested in speaking with me and I don't want to say "Yes" to the first bite because I'm not su[re]
what to look for in an agent. What could you recommend that I do? I will send Jarred and Irene (your recommended agen[t]
a copy of the synopsis and sample chapters but how do I choose the right one for "The Story"? Do you know anyone else
that might be interested in this as well? If so, i am keen on speaking with anyone who might be. I am soooooooo excited
about this and will keep you updated with the progressing events. When I am in New York we have to meet up for some
city shopping and take the kids to Central Park to see the Zoo, given there will be no masturbating kangaroo's for you to
make friends with, but who know's? I am looking forward to showing Robbie around and he's got some family out there a[s]
well we have to catch up with. Such busy times, but I'm loving it!! Anyways I hope your taking care and catch me up on [a]
your fun times!!

Take care,
Jenna

CONFIDENTIAL

GIUFFRE003959

# EXHIBIT RR

Agren Blando Court Reporting & Video, Inc.

IN THE UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

Civil Action No. 15-cv-07433-RWS
_____

CONFIDENTIAL VIDEOTAPED DEPOSITION OF
VIRGINIA GIUFFRE                    May 3, 2016
_____

VIRGINIA L. GIUFFRE,

Plaintiff,

v.

GHISLAINE MAXWELL,

Defendant.
_____


APPEARANCES:

        FAMER, JAFFE, WEISSING, EDWARDS, FISTOS &
        LEHRMAN, P.L.
             By Brad Edwards, Esq.
                 425 N. Andrews Avenue
                 Suite 2
                 Fort Lauderdale, FL 33301
                 Phone: 954.524.2820
                 brad@pathtojustice.com
                 Appearing on behalf of the
                 Plaintiff


        BOIES, SCHILLER & FLEXNER LLP
             By Sigrid S. McCawley, Esq. (For Portion)
                 401 East Las Olas Boulevard
                 Suite 1200
                 Fort Lauderdale, FL 33301-2211
                 Phone: 954.356.0011
                 smccawley@bsfllp.com
                 Appearing on behalf of the
                 Plaintiff

Agren Blando Court Reporting & Video, Inc.

```
 1      APPEARANCES:  (Continued)

 2          HADDON, MORGAN AND FORMAN, P.C.
                By Laura A. Menninger, Esq.
 3                  Jeffrey S. Pagliuca, Esq.
                    150 East 10th Avenue
 4                  Denver, CO 80203
                    Phone: 303.831.7364
 5                  lmenninger@hmflaw.com
                    jpagliuca@hmflaw.com
 6                  Appearing on behalf of the
                    Defendant
 7
        Also Present:
 8                  Brenda Rodriguez, Paralegal
                    Nicholas F. Borgia, CLVS Videographer
 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Agren Blando Court Reporting & Video, Inc.

1          Pursuant to Notice and the Federal Rules

2    of Civil Procedure, the VIDEOTAPED DEPOSITION OF

3    VIRGINIA GIUFFRE, called by Defendant, was taken on

4    Tuesday, May 3, 2016, commencing at 9:00 a.m., at 150

5    East 10th Avenue, Denver, Colorado, before Kelly A.

6    Mackereth, Certified Shorthand Reporter, Registered

7    Professional Reporter, Certified Realtime Reporter

8    and Notary Public within Colorado.

9

10                  * * * * * * *
                   I N D E X

11

        EXAMINATION                          PAGE

12
         MS. MENNINGER                         8

13

14      PRODUCTION REQUEST(S):

15       (None.)

16

17

18

19

20

21

22

23

24

25

Agren Blando Court Reporting & Video, Inc.

1                          INDEX OF EXHIBITS

2

3   DESCRIPTION                                    INITIAL
                                                   REFERENCE

4

    Exhibit 1    Complaint and Demand for Jury      17
5                Trial re Jane Doe No. 102 v.
                 Jeffrey Epstein

6

    Exhibit 2    Jane Doe #3 and Jane Doe #4's      21
7                Motion Pursuant to Rule 21 for
                 Joinder in Action

8

    Exhibit 3    Declaration of Virginia L.         23
9                Giuffre re Jane Doe #1 and Jane
                 Doe #2 vs. United States of

10               America

11  Exhibit 4    Declaration of Jane Doe 3 re       31
                 Jane Doe #1 and Jane Doe #2 vs.

12               United States of America

13  Exhibit 5    Declaration of Virginia Giuffre    33
                 re Bradley J. Edwards and

14               Paul G. Cassell vs. Alan M.
                 Dershowitz

15

    Exhibit 6    FBI documentation, date of entry   36
16               7/5/13

17  Exhibit 7    Document titled Telecon,           39
                 Participants Jack Scarola, Brad

18               Edwards, Virginia Roberts. Re
                 Edwards adv. Epstein, 4/7/11,

19               (23 pages of transcription)

20  Exhibit 8    The Billionaire's Playboy Club,    41
                 By Virginia Roberts

21

    Exhibit 9    Plaintiff's Response and           44
22               Objections to Defendant's First
                 Set of Discovery Requests to

23               Plaintiff re Giuffre v. Maxwell

24

25

| | DESCRIPTION | INITIAL REFERENCE |
|---|---|---|
| Exhibit 10 | Plaintiff's Supplemental Response and Objections to Defendant's First Set of Discovery Requests to Plaintiff | 46 |
| Exhibit 11 | Undated Declaration of Virginia Giuffre re Plaintiff's Supplemental Response and Objections to Defendant's First Set of Discovery Requests served on March 22, 2016 | 46 |
| Exhibit 12 | Plaintiff's Second Amended Supplemental Response and Objections to Defendant's First Set of Discovery Requests to Plaintiff | 47 |
| Exhibit 13 | Mrs. Virginia Giuffre resume | 67 |
| Exhibit 14 | Compilation of e-mails re Open Position - Virginia Giuffre | 68 |
| Exhibit 15 | Virginia Lee Roberts passport application | 180 |
| Exhibit 16 | Composite of e-mail strings | 251 |
| Exhibit 17 | Compilation of e-mails between Giuffre and Silva and others | 259 |
| Exhibit 18 | Compilation of e-mails between Virginia Giuffre and Sandra White | 265 |
| Exhibit 19 | Compilation of e-mails between Marianne Strong and Virginia Giuffre | 269 |
| Exhibit 20 | Compilation of e-mails between Virginia Roberts and Jason Richards | 276 |

*Agren Blando Court Reporting & Video, Inc.*

1

                                                    INITIAL
2       DESCRIPTION                                 REFERENCE

3

4       Exhibit 21   Compilation of e-mails between    284
                     Sharon Churcher and Virginia
                     Giuffre
5

6       Exhibit 22   Compilation of e-mails among      287
                     Sharon Churcher, Michael Thomas,
                     Virginia Giuffre and others
7

8       Exhibit 23   Compilation of May 2011 e-mails   288
                     among Sharon Churcher, Virginia
                     Giuffre, Paulo Silva and others
9

10      Exhibit 24   Compilation of June 2011 e-mails 289
                     between Virginia Giuffre and
                     Sharon Churcher
11

12      Exhibit 26   PR Hub Statement on Behalf of     300
                     Ghislaine Maxwell article

13      Exhibit 27   1/2/15 e-mail from Ross Gow to    309
                     To Whom It May Concern
14

15

16

17

18

19

20

21

22

23

24

25

*Agren Blando Court Reporting & Video, Inc.*

1    Some names have been changed in order to protect

2    other people.

3          Q    (BY MS. MENNINGER)  Protect their privacy?

4          A    Protect their privacy, yeah, I would say,

5    just not getting them involved in, if this were to

6    ever go public.

7          Q    Well, again, without rereading the whole

8    manuscript --

9          A    Reading it, yeah.  I'm trying to see if I

10   can -- see something in here.

11         Q    Let me narrow my question and maybe that

12   will help.

13         A    Yes.

14         Q    Is there anything -- well, first of all,

15   did you author that entire manuscript?

16         A    Yes, I did.

17         Q    Did anyone else author part of that

18   manuscript?

19         A    Do you mean did anyone else write this

20   with me?

21         Q    Right.

22         A    No.

23         Q    That's all your writing?

24         A    This is my writing.

25         Q    Okay.  To the best of your recollection,

1    as you sit here right now, is there anything in that

2    manuscript about Ghislaine Maxwell that is untrue?

3         A     I don't believe so.  Like I said, there is

4    a lot of stuff that I actually have left out of here.

5         Q     Um-hum.

6         A     So there is a lot more information I could

7    put in there.  But as far as Ghislaine Maxwell goes,

8    I would like to say that there is 99.9 percent of it

9    would be to the correct knowledge.

10        Q     All right.  Is there anything that you --

11   and I understand you're doing this from memory.  Is

12   there anything that you recall, as you're sitting

13   here today, about Ghislaine Maxwell that is contained

14   in that manuscript, that is not true?

15        A     You know, I haven't read this in a very

16   long time.  I don't believe that there's anything in

17   here about Ghislaine Maxwell that is not true.

18              MR. EDWARDS:  I'd just ask, Counsel, if

19   you have anything specific to show her about

20   Ghislaine Maxwell --

21              MS. MENNINGER:  I'll ask questions.

22              MR. EDWARDS:  -- I'll have her look at it.

23              MS. MENNINGER:  I'll ask questions.

24              MR. EDWARDS:  I know, but I want the

25   record clear that if she hasn't read it in a long

Agren Blando Court Reporting & Video, Inc.

1    I, VIRGINIA GIUFFRE, do hereby certify that

2  I have read the foregoing transcript and that the

3  same and accompanying amendment sheets, if any,

4  constitute a true and complete record of my

5  testimony.

6

7

8

9    _____
     Signature of Deponent
     ( ) No Amendments
10    ( ) Amendments Attached

11    Acknowledged before me this

12  _____ day of _____, 2016.

13

14    Notary Public: _____

15    Address: _____

16             _____

17    My commission expires _____

18    Seal:

19

20

21  KAM

22

23

24

25

1    STATE OF COLORADO)

2                        )   ss.     REPORTER'S CERTIFICATE

3    COUNTY OF DENVER )

4              I, Kelly A. Mackereth, do hereby certify

5    that I am a Registered Professional Reporter and

6    Notary Public within the State of Colorado; that

7    previous to the commencement of the examination, the

8    deponent was duly sworn to testify to the truth.

9              I further certify that this deposition was

10   taken in shorthand by me at the time and place herein

11   set forth, that it was thereafter reduced to

12   typewritten form, and that the foregoing constitutes

13   a true and correct transcript.

14             I further certify that I am not related to,

15   employed by, nor of counsel for any of the parties or

16   attorneys herein, nor otherwise interested in the

17   result of the within action.

18             In witness whereof, I have affixed my

19   signature this 11th day of May, 2016.

20             My commission expires April 21, 2019.

21

22             _____

23             Kelly A. Mackereth, CRR, RPR, CSR
               216 - 16th Street, Suite 600
               Denver, Colorado  80202

24

25